UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
HICKEY FREEMAN TAILORED CLOTHING,
INC.,

               Plaintiff,

v.

CHARGEURS, S.A., LAINIERE DE PICARDIE
BC SAS, LAINIERE DE PICARDIE INC.,
LAINIERE DE PICARDIE (WUJIANG) TEXTILES
CO. LTD., AND VERATEX LINING LTD.,

               Defendants.
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 19, 2018

17 Civ. 5754 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

    For the reasons stated on the record on April 19, 2018, Plaintiff's motion to compel is GRANTED in part and DENIED in part. Plaintiff's and Defendant Veratex's motions for alternative service are DENIED. The Clerk of Court is directed to terminate the motions at Docket Entries 35 and 37.

    SO ORDERED.

Dated:    April 19, 2018
             New York, New York

                                                    KATHERINE POLK FAILLA
                                                  United States District Judge