Page 169

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

--------------------------------------

HICKEY FREEMAN TAILORED CLOTHING,

INC.,

                    Plaintiff,

          v.                    Case No. 17 Civ 5754

CHARGEURS, S.A., LAINIÉRE DE            (KPF)

PICARDIE BC SAS, LAINIÉRE DE

PICARDIE INC., LAINIÉRE DE

PICARDIE (WUJIANG) TEXTILES CO.

LTD., AND VERATEX LINING LTD.,

                    Defendants.

--------------------------------------

                 CONTINUED

     30(b)(6) DEPOSITION of VANESSA DEFAIT

                 VOLUME II

              June 19, 2018

             New York, New York



Reported by:

Robin LaFemina

JOB NO. 21844

Page 170

June 19, 2018
9:14 a.m.

RULE 30(b)(6) CONTINUED DEPOSITION
of CHARGEURS, S.A., by VANESSA DEFAIT, held
at the offices of Loeb & Loeb LLP, 345 Park
Avenue, New York, New York, before Robin
LaFemina, a Registered Professional Reporter,
Certified LiveNote Reporter and Notary
Public within and for the State of New York.

Page 171

A P P E A R A N C E S

FOR PLAINTIFF:
LOEB & LOEB LLP
BY:  FRANK D. D'ANGELO, ESQ.
    345 Park Avenue
    New York, New York 10154-1895
TELEPHONE: 212-407-4189
EMAIL: fdangelo@loeb.com

FOR DEFENDANTS CHARGEURS S.A., LAINIÉRE DE
PICARDIE BC SAS, LAINIÉRE DE PICARDIE INC.:
FOX ROTHSCHILD, LLP
BY:  CAROLINE A. MORGAN, ESQ.
    101 Park Avenue, Suite 1700
    New York, New York 10178
TELEPHONE: 212-878-7900
EMAIL: cmorgan@foxrothschild.com

Page 172

A P P E A R A N C E S  (C'td.)

FOR DEFENDANTS CHARGEURS S.A., LAINIÉRE DE
PICARDIE BC SAS, LAINIÉRE DE PICARDIE INC.:
FOX ROTHSCHILD, LLP
    2000 Market Street - 20th Floor
    Philadelphia, Pennsylvania 19103-3222
BY:  WILLIAM STASSEN, ESQ.
TELEPHONE: 215.299.2000
EMAIL: wstassen@foxrothschild.com

FOR DEFENDANTS VERATEX LINING LTD.:
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
BY: ERIC NIEDERER, ESQ.
    1010 Washington Boulevard
    Stamford, Connecticut 06901
TELEPHONE: 203-388-9100
EMAIL: eric.niederer@wilsonelser.com

ALSO PRESENT:
    ERIC HEUBERGER, French Interpreter

Page 173

ERIC HEUBERGER,
    recalled as a French Interpreter,
    having been previously duly sworn by
    Robin LaFemina, a Notary Public within
    and for the State of New York,
    translated as follows:
VANESSA DEFAIT,
    recalled as a Witness, having been
    previously duly sworn by Robin LaFemina,
    a Notary Public within and for the
    State of New York, was examined and
    testified as follows:
EXAMINATION BY
MR. D'ANGELO:
    Q.   Good morning, Ms. Defait.  How
are you?
    A.   I'm doing well.  Thank you.
    Q.   You understand you're still
under oath; is that correct?
    A.   Correct.  That's right.  I
understand.
    Q.   Ms. Defait, did you do any
additional preparation for your deposition
in between the time when we broke last night

2 (Pages 170 to 173)

Page 174

```
                    Defait
1
2    and this morning?
3         A.    Yes, I did.
4         Q.    And what did that consist of?
5         A.    I checked the -- I verified the
6    by-laws of Fitexin and of Chargeurs Entoilage
7    and also I made sure that in order to make
8    sure that the statements that I made yesterday
9    were exact, I also spoke with my lawyer and
10   I also called Francois Rousseau.
11        Q.    And why did you check the
12   by-laws of Fitexin and Chargeurs Entoilage?
13        A.    I wanted to make sure that the
14   statements that I made yesterday were exact
15   and that I hadn't made any mistakes
16   concerning the appointment of Angela Chan or
17   her revocation by the supervisory board.
18        Q.    And how long did you speak
19   with -- excuse me.  And why did you call
20   Mr. Rousseau?
21        A.    Solely to make sure that no one
22   from Chargeurs, S.A. was present at a
23   presentation that he made -- that he gave.
24   It was a presentation by the international
25   association and I think the last two letters
```

Page 175

```
                    Defait
1
2    of the acronym are CD.
3         Q.    And was anyone from Chargeurs,
4    S.A. at that presentation besides or other
5    than Mr. Rousseau?
6         A.    He confirmed to me what I
7    already supposed, which was that there was
8    no one from Chargeurs, S.A. at the event.
9         Q.    Did anyone from Chargeurs, S.A.
10   help Mr. Rousseau prepare that presentation?
11        A.    No.  Not to my knowledge.
12        Q.    And without disclosing the
13   substance of the conversations with your
14   lawyers, why did you speak with them?
15        MS. MORGAN:  I'll object to that
16   question and direct you not to answer
17   because it relates to -- I think that
18   gets into the discussions that we had,
19   Frank, the way you're posing that
20   question.
21        MR. D'ANGELO:  Okay.  That's
22   fine.
23        Q.    How long did you speak with your
24   lawyers for?
25        A.    Two hours.
```

Page 176

```
                    Defait
1
2         Q.    Anyone else participate in that
3    call or meeting besides you and Ms. Morgan
4    and/or Mr. Stassen?
5         A.    No.
6         Q.    I think yesterday there was some
7    discussion regarding a supervisory board for
8    Chargeurs Entoilage that has a representative
9    of Chargeurs, S.A. and a representative of
10   Chargeurs Boissy on that supervisory board.
11        Do you remember that?
12        A.    Yes.
13        Q.    Does Fitexin have a supervisory
14   board?
15        A.    Yes.
16        Q.    And what does that supervisory
17   board do?
18        A.    The supervisory board of Fitexin
19   has pretty much the same role as the
20   supervisory board of Chargeurs Entoilage.
21   It deals with certain specific questions and
22   there are certain conditions, the president
23   of Fitexin, for example, has to refer to
24   the -- defer to the supervisory board of
25   Fitexin before taking certain decisions, and
```

Page 177

```
                    Defait
1
2    the decisions of the board do not encompass
3    dealings with third parties, but are for
4    internal purposes alone.
5         Q.    Can you give me examples of
6    internal matters that the president of
7    Fitexin has to defer to this board regarding?
8         MS. MORGAN:  Do you mean actual
9    items that have been taken from the
10   president to the board or hypothetical --
11        MR. D'ANGELO:  I mean items that
12   are within that board's purview.
13        A.    So according to the by-laws of
14   Fitexin, the president of Fitexin has to
15   commit -- sorry -- has to consult the
16   supervisory board for certain types of
17   operations.  For example, the acquisition of
18   a company or for investments that are above
19   a certain threshold, for the -- for any
20   changes made to the by-laws of the company,
21   for the appointment of auditors or for the
22   appointment or revocation of the president
23   of the company or appointment or revocation
24   of members of the board.
25        Q.    Of what supervisory board?
```

3 (Pages 174 to 177)

Defait

1
2      A.    Of the board itself, the
3  supervisory board.  I just want to clarify
4  something.  For some decisions, the decisions
5  are deferred to the shareholders.  Now, the
6  by-laws require that the president before
7  submitting to an associate for a decision
8  taken by the associate and then the president
9  must first consult the supervisory board,
10 and it's not that the supervisory board has
11 the power to affect, for example, changes,
12 modifications to the by-laws, it's simply
13 that the procedure asks for the president to
14 first consult the board before passing the
15 decision on to the -- to an associate of the
16 company.
17     Q.    What do you mean by an associate
18 of the company?
19     A.    That would be the shareholder.
20     Q.    The shareholder of what company?
21     A.    So that would be for Fitexin and
22 the shareholder would be Chargeurs Entoilage.
23     Q.    Same president of both companies;
24 correct?
25     A.    That's right.

Defait

1
2      Q.    Who's on the supervisory board
3  for Fitexin currently?
4      A.    Chargeurs, S.A. and Chargeurs
5  Boissy.
6      Q.    Does that supervisory board have
7  the same individuals who represent those
8  entities as the Chargeurs Entoilage
9  supervisory board presently?
10     A.    Yes.  That's correct.
11 Chargeurs, S.A. is represented by Joelle
12 Fabre-Hoffmeister and Chargeurs Boissy is
13 represented by Olivier Buquen.
14     Q.    I'm sorry.  Can you spell
15 Olivier's last name, please?
16     A.    It's B-U-Q-U-E-N.
17     Q.    We also talked yesterday about
18 how Chargeurs Entoilage is a hundred percent
19 owned entity of Chargeurs, S.A.
20        Do you remember that?
21     A.    Yes.
22     Q.    No one else owns Chargeurs
23 Entoilage other than Chargeurs, S.A.; correct?
24     A.    That's right.
25     Q.    How does Chargeurs, S.A. tell

Defait

1
2  Chargeurs Entoilage what to do?
3         MS. MORGAN:  Objection to the
4     form.  That's assuming testimony that's
5     not in evidence and it's extremely
6     vague.  You can answer if you understand.
7      A.    I would agree the phrasing of
8  that question is a little bit general and
9  what is the specific point of the question,
10 what is it driving at.
11     Q.    This is a company that's owned
12 only by Chargeurs, S.A.?
13     A.    That's right.
14     Q.    So I want to know how, if any
15 way, Chargeurs, S.A. guides that company,
16 tells it what to do, if at all.
17     A.    So Chargeurs Entoilage has its
18 own president who is also the general
19 manager, general director of that company,
20 and he has all powers to represent the
21 company, to act on behalf of it and to
22 otherwise lead the company.  Chargeurs, S.A.,
23 it's role is as a shareholder, and it has
24 its own bylaws and it is governed by those
25 bylaws and bylaw, by which I mean French

Defait

1
2  law.  It has a defined function.  For
3  example, it can modify its bylaws, it can
4  appoint auditors.  These are its prerogatives
5  under what French law provides for companies
6  who are categorized, whose corporate
7  categorization is S.A.S.
8         And also in addition to
9  modifying the by-laws and appointing the
10 auditors is approving the accounts, and so
11 Chargeurs, S.A. relationship to Chargeurs
12 Entoilage doesn't have any specific power or
13 prerogative over it.
14     Q.    If Chargeurs, S.A. wanted to
15 undertake some kind of investigation into
16 something that happened within Chargeurs
17 Entoilage, could it, some kind of internal
18 investigation?
19        MS. MORGAN:  Objection to the
20     form.  You can answer if you can
21     understand it, if you understand it.
22     A.    If Chargeurs, S.A. wants some
23 information, it has to ask Angela Chan for
24 this information and then she is free as the
25 legal representative of that company to

4 (Pages 178 to 181)

Page 182

```
1            Defait
2    provide it or not.
3        Q.   If Chargeurs, S.A. suspected
4    some kind of wrongdoing at Chargeurs Entoilage,
5    it would just ask for information, it wouldn't
6    do anything more?
7        MS. MORGAN:  Objection to the
8    form.  You can answer.
9        A.   So in fact, in reality, these
10   are two distinct legal entities with
11   different personalities and each one has a
12   clearly defined role, so the answer would be
13   no.  Other than by seeking legal recourse,
14   Angela Chan if she does not want to, if she
15   opposes handing over information to Chargeurs,
16   S.A., she would be able to do so.  So there
17   would have to be some type of litigation
18   between the two companies, legal recourse
19   being sought, and this has never happened,
20   it's very hypothetical.
21       Q.   If Chargeurs, S.A. suspected
22   that Angela Chan was engaged in some kind of
23   wrongdoing at Chargeurs Entoilage, what
24   could it do?
25       MS. MORGAN:  Objection to the
```

Page 183

```
1            Defait
2    form.  You can answer.
3        Q.   It could remove her, couldn't it?
4        MS. MORGAN:  Objection to the
5    form.  You can answer.
6        A.   Angela Chan is the president of
7    Chargeurs Entoilage, and the people, that
8    is, the body that has the jurisdiction to
9    remove her would be the supervisory body, and
10   the supervisory body is led by Chargeurs, S.A.
11   and Chargeurs Boissy, comprised by them, so
12   if they, Chargeurs, S.A. and Chargeurs Boissy,
13   wanted to remove Angela Chan, they could do
14   it, but they would have to justify the
15   reasons and they would have to prove
16   wrongdoing on the part of Angela Chan in her
17   functions.
18       MS. MORGAN:  Eric, when you were
19   translating, did you mean supervisory
20   board?
21       THE INTERPRETER:  Did I not say
22   that?
23       MS. MORGAN:  You said supervisory
24   body.
25       THE INTERPRETER:  Oh, I meant
```

Page 184

```
1            Defait
2    supervisory board.  Sorry.
3        MS. MORGAN:  Okay.
4        MR. D'ANGELO:  I understood what
5    he meant.
6        MS. MORGAN:  I know, but for the
7    record.
8        THE INTERPRETER:  Sorry.
9        Q.   Are you familiar with the
10   company named Veratex Interlining Ltd.?
11       A.   Yes.  I heard about Veratex in
12   the context of the Hickey Freeman lawsuit.
13       Q.   I'm just going to call them
14   Veratex; is that all right?
15       A.   That's fine.
16       Q.   Do you know what that company
17   does?
18       A.   Not at all.  I don't know what
19   they do.
20       Q.   Does Chargeurs, S.A. have a
21   relationship with Veratex?
22       A.   Chargeurs, S.A. doesn't have any
23   contract signed with Veratex, they don't
24   have any commercial relationship with Veratex.
25       Q.   Does it have any relationship
```

Page 185

```
1            Defait
2    with Veratex that arises out of anything
3    other than a signed contract?
4        A.   What do you mean by relationship?
5        Q.   You understand that two
6    companies can do business with one another
7    without having a signed contract; right?
8        A.   There's no commercial
9    relationship, no business relationship
10   between Veratex and Chargeurs, S.A.
11       Q.   What about any other companies
12   within the Chargeurs group?
13       A.   I don't know.  I only heard of
14   Veratex, I only learned their name after
15   the -- in the context of the Hickey Freeman
16   lawsuit.
17       Q.   Do you know if any of the CFT --
18   strike that.
19       Do you know if any companies
20   within the CFT division do any business with
21   Veratex?
22       A.   I don't know.
23       Q.   Does LP BC do business with
24   Veratex?
25       A.   I don't know.
```

5 (Pages 182 to 185)

Page 186

```
              Defait
 1
 2        Q.   Does LP, Inc. do business with
 3    Veratex?
 4        A.   I don't know.
 5        Q.   Does LP Wujiang do business with
 6    Veratex?
 7        A.   That's what I understood in the
 8    context of the Hickey Freeman lawsuit.
 9        Q.   What's the nature of the
10    relationship between LP Wujiang and Veratex?
11             MS. MORGAN:  Objection to the
12        form to the extent that it calls for
13        you to discuss any conversations you've
14        had with counsel.  If you have any
15        independent knowledge, you can testify
16        concerning that.
17             MR. D'ANGELO:  If this witness
18        was adequately prepared to take her
19        deposition, she should be able to
20        answer this question, and whether that
21        impacts any conversation with counsel
22        or not it's irrelevant.  If it came up
23        in the context of her prep, then she
24        can testify to that.
25             MS. MORGAN:  Your question was
```

Page 187

```
              Defait
 1
 2    very broad and there are legal --
 3             MR. D'ANGELO:  It is quite simple.
 4             MS. MORGAN:  -- issues --
 5             MR. D'ANGELO:  It is a quite
 6        simple question.
 7             MS. MORGAN:  -- there are legal
 8        issues that relate to that.
 9        Q.   Can you answer the question,
10    Ms. Defait?
11        A.   Yes, I understand the question,
12    and Veratex is the distributor for LP Wujiang,
13    and as I said yesterday I don't really know
14    anything more about that, I don't know
15    anything more about the products sold by LP
16    Wujiang to Veratex.
17        Q.   What does Veratex distribute for
18    Wujiang?
19        A.   The only thing I know, and I
20    learned about it in the context of this
21    lawsuit, is that Veratex has distributed
22    products for -- sorry -- distributed Hickey
23    Freeman products made by Wujiang, LP Wujiang.
24        Q.   You mean Veratex distributed
25    products made by Wujiang to Hickey Freeman?
```

Page 188

```
              Defait
 1
 2    Is that what you mean?
 3        A.   That's right.
 4        Q.   What products?
 5        A.   Interlining and product whose
 6    model number is 3069.
 7        Q.   Does it distribute any other
 8    models of interlining from Wujiang to Hickey
 9    Freeman?
10        A.   I don't know.
11        Q.   Do you know if Veratex alters in
12    any way the interlining that it distributes
13    from Wujiang to Hickey Freeman?
14             MR. NIEDERER:  Objection to form.
15        A.   I have no idea.
16        Q.   Do you know if Veratex
17    repackages interlining it received from
18    Wujiang before shipping it to Hickey Freeman?
19        A.   I don't know.
20        Q.   Do you know if Veratex relabels
21    the interlining that it receives from
22    Wujiang before shipping it to Hickey Freeman?
23        A.   I don't know.
24        Q.   Do you know if -- strike that.
25             Does Veratex use a different
```

Page 189

```
              Defait
 1
 2    model number for the 3069 interlining?
 3        A.   I don't know.
 4        Q.   Do you know if Veratex inspects
 5    in any way interlining it receives from
 6    Wujiang before shipping it to Hickey Freeman?
 7             MR. NIEDERER:  Objection to form.
 8        A.   I don't know.
 9        Q.   Do you know if Veratex tests in
10    any way the interlining it receives from
11    Wujiang before distributing it?
12             MR. NIEDERER:  Objection to form.
13        A.   I don't know.
14        Q.   Does Wujiang ask Veratex to
15    inspect interlining that Veratex distributes
16    on its behalf?
17             MR. NIEDERER:  Objection to form.
18        A.   I don't know.
19             MR. D'ANGELO:  What's the
20        objection there, Eric?
21             MR. NIEDERER:  It's overly
22        broad.  Are you talking about any
23        product, the product at issue in this
24        case?
25             MR. D'ANGELO:  Any product.
```

6 (Pages 186 to 189)

Defait
1
2      MR. NIEDERER:  It was vague.
3      MR. D'ANGELO:  Any product.
4      MR. NIEDERER:  Okay.
5      Q.    Did Wujiang ask Veratex to
6  inspect the interlining at issue in this
7  case that Veratex distributed to Hickey
8  Freeman on its behalf?
9      A.    I don't know.
10     Q.    Did Wujiang ask Veratex to test
11  the interlining at issue that it distributed
12  to Hickey Freeman on Wujiang's behalf?
13     A.    I don't know.
14     Q.    Who would know that information?
15     MS. MORGAN:  The last question?
16     Q.    Who would know whether Wujiang
17  asked Veratex to inspect or test the
18  interlining at issue here before sending it
19  to Hickey Freeman?
20     A.    LP Wujiang itself.
21     Q.    Did you speak to anybody at
22  Wujiang about that?
23     A.    No.
24     Q.    Did you speak to anyone at
25  Wujiang about what other products Wujiang

Defait
1
2  has Veratex distribute for it?
3      MR. D'ANGELO:  Can you retranslate
4  the question, please, Eric?
5      A.    No.
6      Q.    Have you ever heard of the term
7  data sheet for fusible interlining?
8      A.    A data sheet?
9      Q.    Have you ever heard that term
10  before?
11     A.    In what context?
12     Q.    I'll represent to you a data
13  sheet is a piece of paper and it contains
14  certain parameters for fusing a particular
15  model of fusible interlining onto fabric.
16     Have you ever seen anything like
17  that?
18     A.    No.
19     Q.    Did you see any data sheets
20  created by Wujiang over the course of your
21  deposition prep?
22     A.    No.
23     Q.    Does Wujiang know if Veratex
24  creates its own data sheets for interlining
25  that it distributes for Wujiang?

Defait
1
2      A.    I don't know what LP Wujiang is
3  in the context -- I don't know what
4  Chargeurs, S.A. knows about LP Wujiang in
5  its relationship to Veratex.
6      Q.    I'm asking you what Wujiang
7  knows.
8      A.    So what I know about Wujiang?
9      Q.    I want to know what Wujiang knows.
10     A.    I don't know what LP Wujiang
11  knows.  It's a very broad question.
12     Q.    Do you know anything that Wujiang
13  knows?
14     MS. MORGAN:  Objection to the
15  form.  You can answer to the extent you
16  understand.
17     A.    In which context?
18     Q.    In any context.
19     MS. MORGAN:  Same objection.
20     A.    No.
21     Q.    Does Wujiang ask Veratex to
22  create its own data sheets for interlining
23  created by Wujiang?
24     A.    I don't know.
25     Q.    Are you familiar with the

Defait
1
2  company Chargeurs Interlining HK Ltd.?
3      THE INTERPRETER:  Is it
4  Chargeurs Entoilage or Interlining?
5      MR. D'ANGELO:  Interlining.
6      A.    Yes, I do.
7      Q.    What does that company do?
8      A.    It's a subsidiary of Fitexin and
9  it's a -- it's a sales -- they do sales and
10  they don't have any production site.
11     Q.    When you say they do sales, does
12  that mean they distribute products that are
13  manufactured by another company, or do you
14  mean something else?
15     A.    All I know is that it's a
16  company that doesn't have its own production
17  capacity, so it distributes products that
18  are produced at manufacturing sites by other
19  Fitexin subsidiaries.
20     Q.    Does it ever distribute products
21  manufactured by Wujiang?
22     A.    Yes.
23     Q.    Has it ever distributed Model
24  3069 interlining?
25     A.    I don't know.

7 (Pages 190 to 193)

Page 194

```
1              Defait
2      Q.    Did Chargeurs Interlining HK Ltd.
3  play any role in selling or distributing the
4  interlining at issue in this case?
5      A.    I don't know.
6      Q.    Fitexin also -- excuse me.
7  Strike that.
8            Veratex also distributes goods
9  manufactured by Wujiang; is that right?
10     A.    I don't know.
11     Q.    Didn't you say earlier Veratex
12  is a distributor of Wujiang?
13     A.    I -- in fact, I did indeed learn
14  that in the context of the Hickey Freeman
15  lawsuit Veratex was a distributor for LP
16  Wujiang, but I know nothing further about that.
17     Q.    Do you know when Wujiang uses
18  Veratex as a distributor versus when it uses
19  Chargeurs Interlining HK Ltd. as a distributor?
20     A.    I don't know.
21     Q.    Did you speak to anyone at
22  Wujiang as to whether Chargeurs Interlining
23  HK Ltd. was involved in distributing the
24  interlining in this case?
25     A.    No.
```

Page 195

```
1              Defait
2      Q.    Why does Wujiang use distributors?
3  Why doesn't it just ship goods directly?
4      A.    In fact, I don't know if LP
5  Wujiang doesn't actually do direct sales to
6  some clients.
7      Q.    You don't know?
8      A.    No.  No, I'm not in the business,
9  in LP Wujiang's business.
10     Q.    But you know that Veratex shipped
11  the goods at issue here to Hickey Freeman?
12     A.    It's the first time I heard
13  Veratex and I think what I understood from
14  this is that LP Wujiang produced the lots
15  that Veratex distributed to Hickey Freeman,
16  and, therefore, I understood that Veratex
17  was the distributor for LP Wujiang.
18     Q.    Why didn't Wujiang just ship
19  that interlining directly to Hickey Freeman?
20            MS. MORGAN:  Objection to the
21     form.  You can answer.
22            MR. D'ANGELO:  What's the
23     objection?
24            MS. MORGAN:  You're asking for
25     the mindset of individuals at Wujiang
```

Page 196

```
1              Defait
2  at the time.
3            MR. D'ANGELO:  Right.  Which is
4  precisely the sort of thing that the
5  court ordered this witness be prepared
6  on.
7            MS. MORGAN:  I think what the
8  court ordered is reflected in your
9  decision.
10            MR. D'ANGELO:  We'll see about
11  that.
12     Q.    Go on, Ms. Defait.
13     A.    Can you repeat the question, can
14  the translator repeat the question?
15            (Interpreter repeats question.)
16     A.    I don't know in the context of
17  the lots that were considered defective by
18  Hickey Freeman, I don't know if LP Wujiang
19  made the sales to Veratex directly or went
20  through an intermediary company.  I don't
21  know the channels of -- these channels of
22  distribution of these lots.
23     Q.    Who would know about the
24  channels of distribution of those lots?
25     A.    LP Wujiang and all other companies
```

Page 197

```
1              Defait
2  involved in these facts.
3      Q.    Did you speak to anybody at
4  Wujiang about that?
5      A.    No.
6      Q.    Does Chargeurs Interlining HK
7  alter the interlining -- strike that.
8            Does Wujiang know if Chargeurs
9  Interlining HK alters interlining that it
10  distributes for Wujiang in any way?
11     A.    I don't know what LP Wujiang
12  knows.  I don't know.
13     Q.    Does Wujiang know if Chargeurs
14  Interlining HK repackages or relabels
15  interlining that it distributes for Wujiang
16  in any way?
17     A.    I don't know.
18            MR. D'ANGELO:  Let's mark
19  Chargeurs Exhibit 11, please.
20            (Chargeurs Exhibit 11,
21  Technical Presentation bearing
22  production numbers LDP000248-LDP000294,
23  marked for identification, as of this
24  date.)
25            MS. MORGAN:  I'll just note for
```

8 (Pages 194 to 197)

1          Defait
2      the record that the -- some of the
3      printing in this is in -- some of the
4      printing on this, for example, the
5      first page isn't showing the full
6      picture of this slide based on the
7      toner that was used.
8           MR. D'ANGELO:  Any other pages
9      besides the first page that you noticed
10     that on, Caroline?
11          MS. MORGAN:  I haven't had time
12     to look.  I just looked at the first
13     page and I'm flipping through now.
14          MR. D'ANGELO:  Yes.  Can you
15     flip through and let me know if there
16     are any others, please?
17          (Witness reviewing document.)
18          MS. MORGAN:  As to the quality
19     of the other slides, I have to compare
20     it to the original because I was just
21     going from my memory, but I'll say that
22     at this moment, 265, 277 and 279 look,
23     as I recall, different than the
24     original, and I'm not sure about the
25     others because I'd have to go back to

1          Defait
2      that other document.
3           MR. D'ANGELO:  Okay.  I don't
4      think that's true, but I'm not going to
5      be asking about those pages anyway, so
6      I don't think it matters.
7      Q.    Ms. Defait, have you ever seen
8      this document before?
9      A.    No.
10     Q.    Is there a chance that you did
11     see this document, but are somehow not able
12     to recognize it because of the toner issue
13     on the first page?
14          MS. MORGAN:  Objection to the
15     form to the extent that I also referred
16     to other pages in my prior comment
17     concerning that that's based on my
18     recollection.
19     Q.    If you had seen this document
20     before, would you have known?
21     A.    I would, but I really don't
22     remember, recall having seen it.
23     Q.    CFT, that's one of Chargeurs,
24     S.A.'s four business lines; correct?
25          MS. MORGAN:  Objection to the

1          Defait
2      form.  You can answer.
3      A.    CFT, Chargeurs Fashion
4      Technologies, is the commercial name of one
5      of the divisions of Chargeurs, S.A.
6      Q.    Let's turn to the second page of
7      the exhibit, please.  Can you take a look at
8      that, please?  Let me start by asking you,
9      do you know who prepared this document?
10     A.    No, I don't.
11     Q.    The top of the second page of
12     the exhibit says Function of Interlining.
13          Do you see that?
14     A.    That's right.
15     Q.    The middle of the page has a
16     list in between two pictures of suit jackets.
17          Do you see that?
18     A.    Yes, I see that.
19     Q.    Is one function of interlining
20     to provide hand feel and shape to a garment?
21     A.    Yes.  That's right.  It's a sort
22     of structure for the garment.
23     Q.    Is another function of
24     interlining to provide less wrinkling or
25     puckering?

1          Defait
2           MS. MORGAN:  Objection to the
3      form.  It's compound.  You can answer it.
4           MR. D'ANGELO:  All right.  Let
5      me break that down.
6      Q.    Is one function of interlining
7      to provide less wrinkling in a garment?
8      A.    I know that one of the functions
9      of interlining is to provide a certainly
10     structure to a garment, but beyond that, in
11     terms of anything more specific, I can't
12     speak as to the specificities and functions
13     of interlining because I'm not technologically
14     knowledgeable about it.
15     Q.    When you say it provides a sort
16     of structure for the garment, what do you
17     mean?  I'm asking you as a general matter
18     what you meant by that.
19     A.    My answer would be quite general
20     as well it would be that it provides a
21     garment with a crisp look that doesn't have
22     any wrinkles, any folds.
23     Q.    When it says here the word
24     puckering, do you know what that refers to?
25     A.    In this document, which I

9 (Pages 198 to 201)

Page 202

Defait

1  haven't written myself, I don't know what
2  they're referring to.
3      Q.    How about apart from the
4  document?  If I'm referring to a garment as
5  puckering, do you have any idea what that
6  means?
7      A.    In my own definition, yes, I --
8  looking at the suit, yes, I could say that I
9  know what puckering is, but we might have a
10  different idea of what puckering actually
11  means.
12      Q.    So why don't you let me know
13  what you mean by puckering and what idea you
14  have of what it means if the garment puckers.
15      A.    That means it wouldn't have a
16  nice shape.  For example, in the image that
17  we see here, this is an example of, in my
18  opinion, of what is meant by puckering.
19          MR. D'ANGELO:  Let the record
20      reflect the witness gestured toward the
21      photo on page LDP000249 which contains
22      a picture of a suit under the heading
23      Without Interlining.
24      Q.    And using your idea and your

Page 203

Defait

1  understanding of puckering, Ms. Defait, is
2  it your understanding that one function of
3  interlining is to prevent or minimize
4  puckering?
5      A.    Yes, as per my knowledge.
6  Interlining would help avoid that kind of
7  pucker.
8      Q.    The last item here at the bottom
9  of the list under the list Function of
10  Interlining, it says Beautiful Appearance.
11          Do you see that?
12          And I understand you didn't
13  prepare this document, but is one function
14  of interlining to make a garment appear to
15  be more beautiful?
16      A.    Yes.
17      Q.    You can put that one aside,
18  Ms. Defait.  Thank you.
19          MS. MORGAN:  We've been going
20      for a little over an hour.  Do you need
21      a break?
22          MR. D'ANGELO:  Yes.  Let's take
23      a five-minute break.
24          (Whereupon, a brief recess was

Page 204

Defait

1  taken.)
2  CONTINUED BY MR. D'ANGELO:
3      Q.    Ms. Defait, did you speak with
4  anyone from Fitexin during the course of
5  your preparation for today's deposition?
6      A.    If Francois Rousseau has a
7  contract with -- a work contract with
8  Fitexin, then my answer would be yes.
9      Q.    Besides Mr. Rousseau, anyone else?
10      A.    At Fitexin?
11      Q.    Yes.
12      A.    No.
13      Q.    Do you know if you reviewed any
14  Fitexin documents to prepare for today's
15  deposition or yesterday's deposition?
16      A.    Yes.
17      Q.    Which Fitexin documents did you
18  review?
19      A.    The Fitexin bylaws.
20      Q.    Other than the Fitexin bylaws?
21      A.    No.
22      Q.    Did you speak with anyone from
23  Chargeurs Entoilage to prepare for the
24  deposition?

Page 205

Defait

1      A.    If Francis Rousseau has a work
2  contract with Chargeurs Entoilage, then yes.
3      Q.    Do you know if he has a work
4  contract with Fitexin or Chargeurs Entoilage
5  or both?
6      A.    I don't know if it's one or the
7  other of these companies.
8      Q.    Did you review any Chargeurs
9  Entoilage documents to prepare for the
10  deposition today?
11      A.    Yes.
12      Q.    Are those the by-laws of
13  Chargeurs Entoilage?
14      A.    Yes.
15      Q.    Did you review any other
16  Chargeurs Entoilage documents besides the
17  bylaws?
18      A.    No.
19      Q.    How did you obtain the Fitexin
20  bylaws?
21      A.    Fitexin asked me, had asked me
22  to work on their bylaws, therefore, I have
23  their bylaws on my files.  I worked on
24  changes to the bylaws of both Chargeurs

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Defait
1
2  Entoilage and Fitexin, therefore, I have had
3  access to these documents.
4      Q.    Do you want to add anything to
5  that, Ms. Defait?
6      A.    No.
7      Q.    Other than the bylaws of Fitexin
8  and Chargeurs Entoilage, do you have access
9  to any other documents of those companies?
10     A.    Yes.
11     Q.    What documents?
12     A.    Documents concerning the
13 decisions taken by the supervisory board as
14 well as documents concerning decisions of
15 the shareholders, and on top of that service
16 contracts between Chargeurs, S.A. and
17 Chargeurs Entoilage as well as between
18 Chargeurs Boissy and Fitexin.
19     Q.    When you say decisions taken by
20 the shareholders and decisions taken by the
21 supervisory board, are those two different
22 things?
23     A.    Yes.
24     Q.    The supervisory board we
25 discussed earlier as being comprised of

Defait
1
2  someone from Chargeurs, S.A. and Chargeurs
3  Boissy; right?
4      A.    That's right.
5      Q.    And the decision of the
6  shareholders -- well, first of all, the
7  shareholders of what company?
8      A.    Chargeurs Entoilage.
9      Q.    So the shareholders of Chargeurs
10 Entoilage would be the shareholders of
11 Chargeurs, S.A.; correct?
12     A.    That's right.
13     Q.    And the decisions of Chargeurs,
14 S.A. with respect to Chargeurs Entoilage,
15 what matters do those decisions concern?
16     A.    So these decisions are taken --
17 these decisions -- the jurisdiction for
18 taking these decisions belongs to the
19 shareholders and they're made at the
20 occasion of the general assembly as per law.
21 They take decisions on the -- on modifications
22 to the bylaws, on approving the accounts,
23 and every six years on naming an auditor.
24     Q.    What do you mean when you say
25 approving accounts?

Defait
1
2      A.    So every year the company reviews
3  its accounts, the corporate accounts, and
4  these are submitted to the sole shareholder
5  and this sole shareholder then approves
6  these same accounts and then files them with
7  the local clerk, the local court as per law.
8      Q.    What do you mean when you say
9  it's corporate accounts?  What does that
10 refer to?
11     A.    So it's the financing statements,
12 that's what these accounts are, with the
13 results and any appendices attached to them.
14 They're first reviewed by the auditor before
15 being submitted to the office of the court.
16     Q.    And you say Chargeurs, S.A.
17 approves those accounts generated by
18 Chargeurs Entoilage?
19     A.    Yes.  As -- in its capacity as
20 shareholder, it must approve the accounts on
21 a yearly basis.
22     Q.    If it wants to make any changes
23 to those accounts, can it?
24     A.    No.  If the auditor determines
25 that there is some type of irregularity, he

Defait
1
2  can issue a reservation concerning these
3  accounts, but I wouldn't know the legal
4  situation because it never arose so I don't
5  know under French law how that would be
6  dealt with.
7      Q.    What's the point of having
8  Chargeurs, S.A. approve those accounts if it
9  can't change them?
10         MS. MORGAN:  Objection to the
11 form.  You can answer.
12     A.    It's a legal obligation of the
13 company.  They have to submit these accounts
14 to the shareholder or shareholders if there's
15 more than one.  It's something that they
16 have to do, but I don't know what would
17 happen in case there is some type of
18 irregularity affecting these same accounts.
19     Q.    What happens if Chargeurs, S.A.
20 doesn't approve them?
21         MS. MORGAN:  Objection to the
22 extent that it's calling for a legal
23 conclusion, otherwise you can answer.
24         MR. D'ANGELO:  Well, she's a
25 lawyer, but go ahead.

11 (Pages 206 to 209)

Page 210

Defait

1
2     MS. MORGAN:  Objection to your
3  characterization of Ms. Defait as a
4  lawyer.
5     Q.   Can you answer the question?
6     A.   I would indicate that I'm not a
7  lawyer, I haven't passed the Bar and I don't
8  know what French law would be on this highly
9  specific point.
10     Q.   You mentioned earlier you have
11  access to the service contracts between
12  Fitexin and Chargeurs Entoilage; is that right?
13     A.   No.  I have the contract between
14  Chargeurs, S.A. and Chargeurs Entoilage on
15  the one hand and between Chargeurs Boissy
16  and Fitexin on the other hand.
17     Q.   The service contract between
18  Chargeurs Entoilage and Chargeurs, S.A.,
19  what does that cover?
20     A.   Chargeurs, S.A. provides
21  advisory services and assistance to
22  Chargeurs Entoilage in matters relating to
23  human resources, in matters -- advice relating
24  to development, business development and
25  acquisitions and advice relating to

Page 211

Defait

1
2  corporate and environmental responsibility,
3  and for now that's all that I can think of.
4     Q.   And that contract between
5  Fitexin and Chargeurs Boissy, what does that
6  address?
7     A.   They provide financial, tax and
8  legal assistance and advice, and that's as
9  far as I know right now.
10     Q.   Chargeurs Boissy provides that
11  advice to Fitexin; correct?
12     A.   That's right.
13     Q.   Does Chargeurs, S.A. participate
14  at all in the process of marketing goods
15  that are produced by CFT?
16     A.   The CFT companies define their
17  own marketing policies, their own marketing
18  tools.  They're in charge of that.  They're
19  independent.  Chargeurs S.A. does not
20  intervene in these areas with -- there is an
21  exception can be made when a specific request
22  is formulated by Chargeurs Entoilage for the
23  services of Chargeurs, S.A. to help them or
24  to provide them with some specific, in the
25  context of a specific job.  The -- so the

Page 212

Defait

1
2  services of Chargeurs, S.A. in the context
3  of the service contract between Chargeurs,
4  S.A. and Chargeurs Entoilage, in that
5  context there is access provided to
6  Chargeurs Entoilage to what is called
7  Chargeurs Business Solutions, which provides
8  help to Chargeurs Entoilage.
9     Q.   Is Chargeurs Business Solutions
10  a separate legal entity?
11     A.   No, it isn't.
12     Q.   What is it then?
13     A.   It's the name of a unit
14  comprising three people who have specific
15  knowledge and skills in financial matters or
16  marketing and IT and they provide this to
17  the various divisions of Chargeurs when
18  these divisions ask for it for help on a
19  given project.  These services that these
20  people provide are paid for by the division
21  asking for the services, so for in this case
22  it would be, for example, Chargeurs Entoilage,
23  receiving these services from Chargeurs, S.A.
24     Q.   When you say it's a unit of
25  three people, you're saying it's a unit of

Page 213

Defait

1
2  Chargeurs, S.A.?
3     A.   Yes.  That's right.  They're
4  employees of Chargeurs, S.A.
5     Q.   Who are the three people on the
6  CBS unit currently?
7     A.   Audree Petit, Francesco Santuro
8  and Hugo Laffon.
9     Q.   Spell those names, please.
10     A.   So they are -- these people are
11  Audree Petit, who is actually the head of
12  the unit, the small group of people, then
13  the next one is Francesco, F-R-A-N-C-E-S-C-O,
14  Santuro, S-A-N-T-U-R-O, and also Hugo,
15  H-U-G-O, Laffon, L-A-F-F-O-N.
16     Q.   Do you remember yesterday we
17  were talking about this strategic seminar
18  that Chargeurs, S.A. organized?
19     A.   Yes.
20     Q.   And in the context of that
21  discussion, you said it was important for
22  Chargeurs, S.A. to define a global outlook.
23  Do you remember saying that?
24     A.   Yes.
25     Q.   Does Chargeurs, S.A. define a

12 (Pages 210 to 213)

Page 214

Defait
1
2  global outlook for any of its division's
3  marketing activities?
4      A.   No.  Each division is
5  independent, each division and I would even
6  say each subsidiary defines their marketing
7  with their own tools and their own policy.
8  Chargeurs, S.A. has absolutely -- doesn't
9  intervene at all in setting that policy.
10     Q.   Chargeurs, S.A. provides no
11 guidance whatsoever as to what direction
12 marketing should head in with respect to any
13 of the products owned by its business
14 divisions?
15     A.   No.  Each -- what Chargeurs,
16 S.A. does is it sets out an overall outlook,
17 a standard of excellence, but each respective
18 division and each respective subsidiary
19 takes its own decisions in setting its own
20 policy in the tools and the strategy that it
21 wants to use in order to achieve that policy.
22 Chargeurs, S.A. doesn't intervene at all in
23 that strategy on behalf of its subsidiaries.
24     Q.   Yes, I guess that was my
25 question earlier, how does Chargeurs, S.A.

Page 215

Defait
1
2  set the overall outlook with respect to
3  marketing?
4      THE INTERPRETER:  Let me repeat
5  the question because I wasn't clear in
6  what I said.
7      (Interpreter repeats the
8  question.)
9      MS. MORGAN:  Objection to the
10 form and also I note that in the prior
11 translation of the portion of the
12 interpreter translated vision to
13 standard and in this instance the
14 translator translated outlook into
15 vision which are distinct words.
16     MR. D'ANGELO:  Unfortunately we
17 only have one translator here.
18     THE INTERPRETER:  I used outlook.
19     MS. MORGAN:  In her prior
20 response she said vision of excellence
21 and you translated it as standard of
22 excellence, and in this question she
23 said global outlook and you translated
24 that to global vision.
25     MR. D'ANGELO:  Just note my

Page 216

Defait
1
2  objection to this colloquy.
3      THE INTERPRETER:  I don't see
4  global vision.  I don't see that I used
5  that. I'm sorry.
6      MR. D'ANGELO:  Yes, just note my
7  objection to this entire colloquy.
8      MS. MORGAN:  In your --
9      MR. D'ANGELO:  Excuse me.
10 Please note my objection to this entire
11 colloquy.  It is completely improper
12 for someone who has no demonstrated
13 French experience or expertise to be
14 taking issue with the translation of
15 the only French interpreter we have
16 here, there is no other interpreter
17 offered by Chargeurs to present any
18 alternate interpretation here, counsel
19 has no demonstrated experience in this
20 language and it's absolutely improper.
21     MS. MORGAN:  My comment was as
22 to when you translated it into French,
23 you said the global vision, and he
24 actually asked for outlook.  He said --
25 he stated outlook in his question.

Page 217

Defait
1
2      MR. D'ANGELO:  Note my objection.
3      THE INTERPRETER:  I'm sorry.
4  Just to make it clear, I don't see that
5  I used the vision.  I've been careful
6  to be consistent and to use outlook
7  whenever vision has been given in
8  French, it's a better equivalent and
9  I've meant outlook.  That's all.
10     Q.   Could you answer my question,
11 please?
12     A.   Could you repeat that question
13 so that I could answer it clearly?
14     MR. D'ANGELO:  Could you read
15 back the original question, Robin?
16     (Whereupon, the requested
17 portion of the record was read back
18 by the reporter.)
19     THE INTERPRETER:  The
20 interpreter is going to interpret the
21 answer in two segments.
22     A.   Chargeurs, S.A. has an outlook,
23 it has an outlook on the excellence it wants
24 to achieve, it has a model, it has a culture
25 that it wishes to develop.

13 (Pages 214 to 217)

Page 218

Defait

1
2      Q.      How does it communicate that to
3  the divisions?
4      A.      This outlook on excellence is
5  what it tries to communicate.  That's what
6  the reference document is designed to do,
7  that's what it's about.  It's through a
8  message.  In fact, that's what it is, it's --
9          THE INTERPRETER:  Let me finish.
10     The interpreter just wants to finish,
11     and then you can --
12     A.      It's an outlook.  Every -- then
13  in turn, every division is free and
14  independent in how it's going to apply this
15  outlook on the strategy that it's going to
16  follow, but it must follow the strategy in
17  order to achieve it, and that strategy is to
18  follow excellence.
19     Q.      What was the reference document
20  that you were referring to?
21     A.      The reference document is the
22  reference document of our 2017 accounts
23  which is the one presently online on our
24  website.
25     Q.      Is it the large document we took

Page 219

Defait

1  a look at yesterday?
2      A.    Yes.
3      Q.      So the only way that Chargeurs,
4  S.A. communicates its standard of excellence
5  to its divisions is through a document that's
6  filed publicly?
7          MS. MORGAN:  Are you talking
8      about Exhibit 2?
9          MR. D'ANGELO:  Can we have him
10     translate first, please.
11     A.    Yes, I'm talking about that
12  document.
13     Q.      So there's no other way that
14  Chargeurs, S.A. communicates to its
15  divisions its standard of excellence other
16  than by filing Exhibit 2 publicly with the
17  AMF, that's the only way it does that?
18     A.      Indeed, it's an outlook, it's a
19  message, it's a guideline and it's a guideline
20  that is passed through a message.  The
21  function of Chargeurs, S.A. and indeed the
22  function of the group at Chargeurs, S.A. is
23  a very decentralized one, and so each
24  subsidiary has its own domain of competence,

Page 220

Defait

1
2  its own managers, its own organization to
3  set out its own strategy for marketing.
4  Chargeurs, S.A. is a pure holding company
5  and does not interfere at all in these other
6  matters.  These divisions, subsidiaries take
7  these own decisions about their marketing
8  strategies and tools, the ones used by the
9  subsidiaries.
10         MR. D'ANGELO:  Move to strike
11     that entire answer as unresponsive.
12     Q.      I need you to listen to the
13  question I'm asking, Ms. Defait.  Okay?
14  Listen very closely to my question.
15         MR. D'ANGELO:  Please start by
16     translating that.
17     Q.      How specifically did Chargeurs,
18  S.A. make sure its business divisions
19  understand what the overall vision is that
20  must be carried out?
21     A.      So each subsidiary or each
22  division has its own -- makes its own
23  decisions concerning marketing or concerning
24  its business decisions.  Chargeurs in no way
25  interferes in those decisions.  Again,

Page 221

Defait

1
2  Chargeurs has a message which it seeks to
3  pass, it communicates it through internal
4  challenges through in fact the general
5  managers of the respective divisions.
6      Q.      I think you said internal
7  challenges --
8          MS. MORGAN:  I don't think she
9      was done with her answer.
10     Q.      Were you done with your answer?
11     A.    Yes, I finished.
12     Q.      How is that vision communicated
13  through internal channels?
14     A.      This is a message which is
15  passed on by the CEO to the heads of the
16  respective divisions, that is, to the
17  general managers, and then they in turn must
18  communicate this message to the subsidiaries,
19  it's purely a vision, it's purely a message,
20  in no way is a decision taken on a given
21  subject.  It's the divisions that are free
22  and independent in defining themselves,
23  their marketing or their business strategies.
24     Q.      How and when is the message
25  passed on by the CEO to the division heads?

14 (Pages 218 to 221)

Page 222

Defait
1
2      A.    At the seminar in New York and
3  then via the reference document which must
4  carry this message and which expresses it
5  very clearly.
6      Q.    The seminar in New York, is that
7  the strategic seminar that we discussed
8  yesterday?
9      A.    Yes.
10      Q.    Does Chargeurs, S.A. discuss
11  with its division heads the vision that must
12  be carried out at meetings of the executive
13  committee?
14         THE INTERPRETER:  I would like
15      to -- the interpreter would like to
16      reformulate the question.
17      A.    I don't know because I don't
18  attend those meetings.
19      Q.    Who would know?
20      A.    Everybody who participates in
21  these executive committees.
22      Q.    How many people from Chargeurs,
23  S.A. participate in those executive committee
24  meetings?  I just want to know a number.
25      A.    Four.

Page 223

Defait
1
2      Q.    What marketing activities does
3  Wujiang engage in?
4      A.    I don't know.
5      Q.    Does Wujiang ever sell products
6  direct to customers?
7         MS. MORGAN:  Asked and answered.
8      You can answer again.
9      A.    I don't know.  It's probably the
10  case.
11      Q.    Do you know for sure?
12      A.    No.
13      Q.    Walk me through all the steps in
14  the manufacturing process at Wujiang.
15      A.    No.
16      Q.    Can you answer the question?
17      A.    It seems that I already answered
18  that question.  Could you repeat the question?
19      Q.    Yes.  Sorry.  Please walk me
20  through all the steps in the manufacturing
21  process at Wujiang.
22      A.    No.
23      Q.    No as in you are refusing to
24  answer the question or no as in you don't
25  know what those steps are?

Page 224

Defait
1
2      A.    No as in I don't know all the
3  steps, so I can't answer the question.
4      Q.    Do you know any of the steps?
5      A.    No.
6      Q.    Walk me through what the various
7  quality control steps are that Wujiang
8  undertakes with respect to its interlining.
9      A.    I don't understand what you mean
10  when you say walk me through.
11      Q.    I'll come back to that in a
12  second.
13         Did you speak to anyone at
14  Wujiang about what marketing activities they
15  undertake in preparing for this deposition?
16      A.    No.
17      Q.    Did you speak to anyone at
18  Wujiang about whether they sell direct to
19  customers in preparing for this deposition?
20      A.    No.
21      Q.    Did you speak to anyone at
22  Wujiang regarding what its steps are in its
23  manufacturing process in preparing for this
24  deposition?
25      A.    No.

Page 225

Defait
1
2      Q.    Getting back to a question I
3  asked a moment ago, are you aware of any
4  steps that Wujiang undertakes when it
5  performs quality control, if it does, on
6  interlining that it manufactures?
7      A.    No.
8      Q.    Did you speak with anyone at
9  Wujiang regarding what steps it undertakes
10  in its quality control process for interlining
11  in preparing for this deposition?
12      A.    No.
13         MS. MORGAN:  Are you okay?
14      We've been going for about an hour and
15      20 minutes.
16      Q.    Do you want to take a break,
17  Ms. Defait, or do you want to keep going?
18  It's up to you.
19      A.    We can continue.
20         MR. D'ANGELO:  Let's mark the
21      next exhibit, please.  It's Chargeurs
22      12.
23         (Chargeurs Exhibit 12, 10-page
24      document produced in native format
25      bearing production number LDP003382,

15 (Pages 222 to 225)

Page 226

                  Defait
1
2         marked for identification, as of this
3         date.)
4         Q.    Please take a moment, Ms. Defait,
5    and take a look at that document.
6         MR. D'ANGELO:  And while the
7    witness is reviewing, I will note for
8    the record that Exhibit 12 is Bates
9    stamped LDP003382.  It's a document
10   that was produced in native form and it
11   appears in Exhibit 12 as an English
12   translation followed by the Chinese
13   language original that was produced in
14   native form followed by a translation
15   certification.
16        MR. NIEDERER:  Frank, I don't
17   have the Chinese version.  Was that
18   part of the exhibit?  I don't think I
19   do.
20        MR. D'ANGELO:  It does look like
21   it's missing, so we will make an effort
22   to add it on one of the breaks.
23        MR. NIEDERER:  Yes.  Well, the
24   certification has the Bates stamp
25   range, right, whatever that is.  Yes.

Page 227

                  Defait
1
2    Okay.
3         MR. D'ANGELO:  Well, the Bates
4    stamp appears on the first page of the
5    document, first page of the exhibit.
6         MR. NIEDERER:  Yes.  I'm good.
7    Thank you.
8         (Witness reviewing document.)
9         Q.    Have you had a chance to look at
10   that, Ms. Defait?
11        A.    I've looked it over, but I didn't
12   read it line by line.
13        Q.    Have you seen this document
14   before?
15        A.    No.
16        Q.    Was this document shown to you
17   during your deposition preparation?
18        A.    No.
19        Q.    The second page of the exhibit
20   which has number 1 on the bottom -- do you
21   see that?
22        A.    Yes.
23        Q.    -- the top of the e-mail
24   indicates that it's an e-mail from Emanuel
25   Tse to Dongqing Gui.

Page 228

                  Defait
1
2         Do you see that?
3         A.    Yes.
4         Q.    Both those people work at
5    Wujiang; correct?
6         A.    Yes.
7         Q.    I will represent to you that
8    this document was produced by Chargeurs'
9    attorneys.  Do you know how this document
10   was obtained?
11        A.    No.
12        Q.    The bottom of the first page
13   indicates that message is being forwarded by
14   Mr. Tse.
15        Do you see that?
16        A.    Yes.
17        Q.    If you could turn to the second,
18   rather, the third page of the exhibit, but
19   the page with the number 2 on the bottom of
20   it, and there's some text on the top of the
21   page, and it says Manager Xie, spelled
22   X-I-E, following is the QC report for the
23   final products for the three lot numbers
24   about which the customer has complained.  As
25   you can see, the degree of bonding was still

Page 229

                  Defait
1
2    quite high.  Why don't we just let the
3    translator translate that.
4         MR. D'ANGELO:  Have you
5    translated that?
6         THE INTERPRETER:  Yes.
7         MR. D'ANGELO:  Okay.
8         Q.    And you see there's a chart that
9    follows that text.
10        Does that chart in fact represent
11   a QC report?
12        A.    So according to the e-mail
13   introducing the chart, it is from Zhang
14   Hongyun and the e-mail address is a CFT
15   e-mail address and it is announcing quality
16   control report, but I don't have the
17   knowledge sufficient to discuss it, the
18   competence to discuss it.
19        Q.    Turn to the page that has number
20   5 at the bottom.  It actually begins on the
21   bottom of the page with the number 4 on the
22   bottom, it's an e-mail from Dong Gui to
23   Barry Diamond.  Okay.  And then if you turn
24   to the page with the number 5 at the bottom,
25   about halfway down the page in the middle of

**16 (Pages 226 to 229)**

Defait

1
2  that e-mail, there's a bullet point, it says
3  3069/23 Hickey Freeman issue.
4        Do you see that?
5     A.   I see.
6     Q.   And it says:  Fran and you still
7  did not report the lot number from HF.  I
8  did not see in the report.  You have to
9  figure out which lot was concerned.
10       Do you see that?  Do you see that?
11    A.   Yes.
12    Q.   When he says I did not see in
13 the report, do you know what report he's
14 referring to?
15    A.   It's an e-mail which I've just
16 seen now, but it does mention a report, but
17 outside of that very context, I can't say
18 what report it's referring to.
19    Q.   And then if you can turn back to
20 the page that has the number 3 on the
21 bottom, it's Mr. Diamond's response to
22 Mr. Gui.  On the bottom of the page, it
23 says:  Hi, Dong.  Please note the lot
24 numbers in question are 002328, 002464 in
25 black.

Defait

1
2        And then at the top of the next
3  page it says:  And white 002050.
4        Do you see that, Ms. Defait?
5     A.   Yes, I see.
6     Q.   Are those lot numbers of
7  interlining that was shipped to Hickey Freeman?
8        I don't want you to guess,
9  Ms. Defait, so if you don't know you can
10 tell me, but if you do know, please let me
11 know.
12    A.   I don't know.  I would have to
13 read all of the various e-mail exchanges in
14 order to understand what this is -- a little
15 more about what this is about.  And then I
16 would be able to determine whether I could
17 answer your question.
18    Q.   With respect to the lots of
19 interlining that Wujiang sells, do you know
20 if a particular lot of interlining can have
21 multiple models of interlining or if they
22 can only have one model of interlining?
23    A.   I don't know.
24    Q.   If you can flip back to the page
25 with the number 2 on the bottom of it, back

Defait

1
2  to the chart that we saw earlier.
3        Do you see how on the left-hand
4  column it says Article Name and then it's
5  followed by 3069/23?
6        MR. D'ANGELO:  For the record,
7  it's 3069/23.
8     A.   I see it.
9     Q.   Okay.
10       That's the model of interlining
11 that Hickey Freeman complained about here in
12 this case; correct?
13    A.   I don't know.
14    Q.   And in the column where it says
15 Date, do you see there's various dates
16 listed?  Do you see those dates?
17    A.   Yes.
18    Q.   Do you have any idea what those
19 dates mean, if it indicates when interlining
20 was manufactured, when it was tested, if it
21 means anything else entirely?
22    A.   I don't know.
23    Q.   And do you see where it says
24 Order Number, it's the fifth column from the
25 left?

Defait

1
2     A.   I see.
3     Q.   Do you know what that means?
4     A.   I just see that it's got an
5  order number.
6     Q.   Do you know what that means,
7  what order number that references?
8     A.   No, I don't.
9     Q.   And then two columns over where
10 it says Inspector at the top and then
11 Checker right underneath, do you see that?
12    A.   Yes.
13    Q.   Do you have any idea what those
14 letters are that are listed below in that
15 column?
16    A.   No.  I could only surmise.
17    Q.   And the next column, Piece
18 Number, do you have any idea what that means?
19    A.   Yes, I see.
20    Q.   Do you have any idea what that
21 means?
22    A.   No, I can only surmise.
23    Q.   And then in the next group of
24 columns, it says Total Weight at the top.
25       Do you see that?

17 (Pages 230 to 233)

Page 234

```
1              Defait
2        A.    Yes.
3        Q.    Do you have any idea how that
4    measurement is taken?
5        A.    No.
6        Q.    And then within that column it
7    says Standard, Average Value and R, those
8    are the last three columns under Total Weight.
9              Do you see that?
10       A.    I see.
11       Q.    Do you have any information as
12   to what the significance is of a designation
13   R, what that means?
14       A.    No.
15       Q.    And do you have any
16   understanding as to what the significance of
17   the values under Standard and Average Value
18   and what if means if they're different?
19       A.    No.
20       Q.    The next set of columns, it says
21   Bonding at the top.
22             Do you see that?
23       A.    I do see it.
24       Q.    Do you have any idea how that
25   measurement is taken?
```

Page 235

```
1              Defait
2        A.    No.
3        Q.    And then in the next column
4    after Bonding it says Percentage of Glue
5    Spots Transferred to Material followed by a
6    percent sign.
7              Do you see that?
8        A.    Yes.
9        Q.    Do you have any idea how that
10   measurement is taken?
11       A.    No.
12       Q.    And then next to that it says
13   Glue Penetration, in parentheses G/CM and
14   then under that it says Strick-Back, it's
15   spelled S-T-R-I-C-K dash B-A-C-K.
16             Do you see that?
17       A.    Yes.
18       Q.    Do you have any idea what that
19   means?
20       A.    No.
21       Q.    Do you have any idea how those
22   measurements are taken?
23       A.    No.
24       Q.    Do you know why there are values
25   listed in some rows, but not others?
```

Page 236

```
1              Defait
2        A.    No.
3        Q.    Do you have any information as
4    to whether those values -- strike that.
5              Do you have any information as
6    to whether there's any standard value that
7    the values reflected here should meet?
8        A.    No.
9        Q.    The next two columns are grouped
10   under a title Heat Stability.
11             Do you see that?
12       A.    Yes.
13       Q.    Do you know what that refers to
14   or how those measurements are taken?
15       A.    No.
16       Q.    The next two columns are grouped
17   under the heading KES.
18             Do you see that?
19       A.    Yes.
20       Q.    Do you know what that is?
21       A.    No.
22       Q.    All right.  You can put that
23   aside.
24             MR. D'ANGELO:  Let's mark the
25   next one.
```

Page 237

```
1              Defait
2              (Chargeurs Exhibit 13,
3        three-page document entitled Daily
4        Production Laboratory Test Report
5        bearing production numbers LDP003204,
6        marked for identification, as of this
7        date.)
8              MR. D'ANGELO:  While the witness
9        is taking a look at that, Exhibit 13 is
10       a document that was produced with the
11       Bates stamp LDP003204, it's an English
12       translation on the first page followed
13       by the Chinese language original
14       followed by a translation certificate.
15       Q.    Ms. Defait, at the top of the
16   page here, the one holding the exhibit
17   length-wise, it says Lainiere de Picardie
18   (Wujiang) Textiles Co., Ltd.
19             Do you see that?
20       A.    Yes.
21       Q.    And below that it says Daily
22   Production Laboratory Test Report.
23             Do you see that?
24       A.    Yes.
25       Q.    Do you have any independent
```

18 (Pages 234 to 237)

Defait

1
2  knowledge other than looking at this report
3  as to whether this is actually a daily
4  laboratory production chart?
5      A.   No.  I can see what is written
6  there, it says lab test report, but it's the
7  first time I see it, so I don't know where
8  it's from and I can only surmise it's from
9  LP Wujiang or it involves LP Wujiang.
10     Q.   So you hadn't seen this document
11  before I handed it to you, did you?
12     A.   No.
13     Q.   And take a look at the second
14  page of this exhibit, if you can, Ms. Defait,
15  and let me know after looking at this page
16  if you still think you haven't seen this
17  document before right now.
18     A.   No.
19     Q.   And flipping back to the first
20  page, can you tell me, do you know how this
21  document is generated?
22     A.   No.
23     Q.   Do you know who generated it?
24     A.   No.
25     Q.   Do you know if in fact Wujiang

Defait

1
2  conducts daily reports -- generates reports
3  on a daily basis?
4      A.   I don't know.
5      Q.   Do you know if it tests each
6  model of interlining daily?
7      MS. MORGAN:  Objection to the
8  form.  You may answer.
9      A.   I don't know.
10     Q.   And taking a look at this, you
11  would agree that it looks similar to the last
12  chart that we took a look at in Exhibit 12?
13     A.   That's right.
14     Q.   Do you have any information
15  about the data reflected in the columns here
16  or how that data is generated?  And you
17  could take your time and look it over.
18     A.   No, I don't.
19     MR. D'ANGELO:  Can we go off the
20  record for a moment?
21     (Whereupon, a discussion was
22  held off the record.)
23     (Time noted:  12:39 p.m.)
24     (Lunch recess taken.)
25     (Time resumed:  1:57 p.m.)

Defait

1
2  CONTINUED BY MR. D'ANGELO:
3      Q.   Ms. Defait, welcome back.
4          You understand you're still
5  under oath, Ms. Defait; correct?
6      A.   Yes.
7      Q.   We talked a little bit earlier
8  about the Model 3069 interlining.
9          Do you remember that?
10     A.   Yes.
11     Q.   Are you aware of the fact that
12  the Model 3069 interlining comes in two
13  different mesh designations, a 23 mesh and a
14  30 mesh?  Are you aware of that?
15     A.   No, I do not know that.
16     Q.   Do you understand what I mean
17  when I say mesh size or mesh designation?
18     A.   No.  Not exactly.
19     Q.   Do you know if the Model 3069
20  interlining has ever been referred to by
21  some other model number, something other
22  than 3069?
23     A.   No.
24     Q.   Do you know if Wujiang ever
25  mislabeled the Model 3069 interlining and

Defait

1
2  labeled it with some other model number by
3  mistake?
4      A.   No, I don't.
5      Q.   Has Wujiang ever taken the 3069
6  model and intentionally mislabeled it or
7  labeled it with a different label number
8  than 3069?
9      MR. NIEDERER:  Can you please
10  read that back?
11     (Whereupon, the requested
12  portion of the record was read back
13  by the reporter.)
14     A.   No.
15     Q.   No as in they have not or no,
16  you don't know?
17     A.   I don't know.
18     Q.   Has Wujiang ever asked Chargeurs
19  Interlining HK Ltd. to label a particular
20  model of interlining as a different model
21  from what it actually is?
22     A.   I don't know.
23     (Chargeurs Exhibit 14,
24  e-mail chain bearing production
25  numbers VERATEX SUPP.003329 -

19 (Pages 238 to 241)

1              Defait
2      VERATEX SUPP.003398, marked for
3      identification, as of this date.)
4      Q.    Take a look at that, Ms. Defait.
5           MR. D'ANGELO:  For the record,
6      Exhibit 14 is Bates stamped VERATEX
7      SUPP 3329 through 3398, and it appears
8      to be a fairly large exhibit, but the
9      last 20 to 30 pages have one vertical
10     line of text, so it's actually much
11     shorter than that in reality.
12           (Witness reviewing document.)
13     Q.    Directing your attention to the
14     page that has the Bates No. 3332 at the
15     bottom, it's the fourth page in the exhibit.
16           Let me start by asking this, Ms.
17     Defait.  Have you ever seen this document
18     before right now?
19     A.    No, I haven't.
20     Q.    On this page there's an e-mail
21     from Dong Gui to Mark Diamond on September
22     17, 2017 and the e-mail from Mr. Gui
23     references a style number 3069/23.
24           Do you see that?
25     A.    Yes, I see it.

1              Defait
2      Q.    Do you know who Mr. Gui is?
3      A.    Gui.
4      Q.    Excuse me.  Dong Gui.  Do you
5      know Mr. Gui?
6      A.    Yes, I know that he works for LP
7      Wujiang.
8      Q.    Do you know what his position is
9      there?
10     A.    I'm not sure.
11     Q.    Do you know who Mark Diamond is?
12     A.    I don't know who he is, but he
13     works for Veratex.  I can see from this
14     e-mail that he does.
15     Q.    If you can turn to the page with
16     330 at the bottom, it's the second page of
17     the exhibit, and there's an e-mail to
18     Mr. Diamond from Linda Zhu, Z-H-U.
19           Do you see that?
20     A.    Yes.
21     Q.    Do you know who Ms. Zhu is?
22     A.    No.
23     Q.    The e-mail from Linda Zhu, it
24     says: Dear Mark:  I think the label should
25     be 3060/30 black.  Is it correct?

1              Defait
2           And then below that it appears
3      the word description and two lines below
4      that a number designation which says
5      3069/30.
6           Do you see that?
7      A.    Mm-hmm.
8      Q.    Do you have any idea why Ms. Zhu
9      is saying that she thinks the label should
10     say 3060 instead of 3069?
11     A.    No.  It's the first time I see
12     this e-mail and I don't know the reason that
13     this person, Linda Zhu, thinks that the
14     label should be this number here.
15     Q.    Turning to the first page of the
16     exhibit, there's an e-mail on the bottom of
17     the page from Mark Diamond to Linda Zhu.  It
18     says: Hi, Linda.  It used to be 3069.  I
19     think it was changed to 3060 recently.
20           Do you see that, Ms. Defait?
21     A.    Yes.
22     Q.    Do you know whether in fact the
23     Model 3069 used to be 3069 but was changed
24     to 3060, do you know if that's true?
25     A.    No, I didn't know that.

1              Defait
2      Q.    At the top of the first page
3      here, there's an e-mail from Ms. Zhu saying:
4      Dear Mark:  Well received with thanks.
5           It says:  Now we have stock from
6      3060.  Today we send the samples from bulk
7      including 3069.
8           Do you see that?
9      A.    Yes, I see it.
10     Q.    Do you have any idea if she's
11     referring to the 3069 as part of the 3060
12     that was in stock or if she's referring to
13     3069 as something else entirely?
14     A.    Once again, I am just seeing
15     this e-mail for the first time.  I don't
16     know what the context is and I don't know
17     what she's referring to.
18     Q.    And you see below the e-mail
19     text there's a chart and there's a label --
20     excuse me -- there's a column D which says
21     Product and a column E which says Customer
22     Label?  Do you see that?
23     A.    Yes, I see that.
24     Q.    And do you see how the last two
25     rows listed, under product it says 3069/30,

Page 246

Defait

1
2  then under customer label it says 3060/30?
3      A.  I see.
4      Q.  Do you have any idea as to why
5  that is?
6      A.  No.
7      Q.  Do you have any idea as to what
8  the difference is, if any, between the
9  product and a customer label as far as it's
10 used by Wujiang?
11     A.  No, I don't.
12     Q.  Since 2016, has Wujiang ever
13 outsourced any part of its manufacturing
14 process to any third party?
15     A.  I don't know.
16     Q.  Has it ever had a third party
17 apply a resin or a coating to the interlining
18 it manufactures?
19     A.  I don't know.
20         MR. D'ANGELO:  Next exhibit, 15,
21 please.
22         (Chargeurs Exhibit 15, e-mail
23     chain bearing production numbers
24     LDP001846-LDP001849, marked for
25     identification, as of this date.)

Page 247

Defait

1
2      Q.  Take a moment and review that
3  document, please, Ms. Defait, it's Bates
4  stamped LDP0046 through 49.
5          (Witness reviewing document.)
6      Q.  Have you ever seen that document
7  before right now?
8      A.  No, it's the first time I see it.
9      Q.  You didn't see this in deposition
10 prep?
11     A.  No.
12     Q.  There is an e-mail in the middle
13 of the first page here, it's a June 29, 2016
14 e-mail from Dong Gui to John Huss.
15     A.  I see.
16     Q.  Mr. Huss, he was the president
17 of LP Inc.; correct?
18     A.  To which period are you referring
19 to?
20     Q.  Was he ever the president of LP
21 Inc.?
22     A.  Yes.
23     Q.  When?
24     A.  I don't know the exact period,
25 but I know that he had been.

Page 248

Defait

1
2      Q.  Was he there in 2016, to the
3  best of your knowledge?
4      A.  I can't say.  I can't confirm
5  that.
6      Q.  This e-mail here in the middle
7  of the first page from Mr. Gui, it says:
8  Dear John, regarding the new shipment, by
9  air and by sea, our inspection was very
10 minutiouse -- it's a word I'm not familiar
11 with, it's spelled M-I-N-U-T-I-O-U-S-E --
12 meticulous.  The next line says:  We cannot
13 make rolls with zero deffect -- defect
14 spelled D-E-F-F-E-C-T -- it is almost
15 impossible unless to having many cuts in one
16 roll.
17          That's a sic?
18          Do you see that, Ms. Defait?
19     A.  Yes, I see it.
20     Q.  Is it true that Wujiang cannot
21 make rolls of interlining with zero defects?
22     A.  I can see what is written in the
23 e-mail from Dong Gui, but I don't know what
24 the reference is to, it's the first time I
25 see this e-mail, and I don't know what zero

Page 249

Defait

1
2  defect means here.
3      Q.  So the answer to my question is
4  you don't know?
5          MS. MORGAN:  Objection to the
6      form.  You can answer.
7      A.  Could you please repeat the
8  initial question?
9      Q.  Yes.
10         The initial question was:  Is it
11 true that Wujiang cannot make rolls of
12 interlining with zero defects?
13     A.  I can't give a yes or no answer
14 on the basis of this single e-mail when I'm
15 seeing it for the first time and I don't
16 know what it's referring to.
17     Q.  So if you can't say yes and you
18 can't say no, is it fair to say that you
19 don't know?
20         MS. MORGAN:  Objection to the
21     form.  You can answer.
22         MR. D'ANGELO:  Let the record
23     reflect the witness is asking for a
24     retranslation.
25         (Interpreter repeats question.)

21 (Pages 246 to 249)

Page 250

|   |   |
|---|---|

                    Defait
1
2      A.    Yes, I don't know.
3      Q.    I think when we were here
4  yesterday you testified that Chargeurs, S.A.
5  hired a law firm, outside law firm to
6  represent it in connection with this
7  litigation in May of 2017; is that correct?
8      A.    Yes.
9      Q.    That was Fox Rothschild; correct?
10     A.    Yes.
11     Q.    Was there another law firm that
12 represented Chargeurs, S.A. in connection
13 with this lawsuit prior to Fox Rothschild?
14     A.    No.
15     Q.    Was that Chargeurs, S.A. that
16 hired Fox Rothschild or was that Chargeurs,
17 S.A.'s insurer?
18     A.    It's Chargeurs, S.A. that
19 appointed Fox Rothschild.
20     Q.    In May 2017; right?
21     A.    I can't say whether it was in
22 May or June of 2017.
23     Q.    Okay.
24         Prior to retaining Fox
25 Rothschild, did Chargeurs, S.A. undertake

Page 251

                    Defait
1
2  any investigation to the claims that Hickey
3  Freeman was making with respect to the
4  allegedly defective interlining?
5      A.    What do you mean by investigation?
6      Q.    What I mean is did Chargeurs
7  undertake to determine what happened as far
8  as, for example, who manufactured the
9  interlining, whether the interlining was
10 defective, to test the interlining and see
11 if what Hickey Freeman was saying about it
12 was true, anything like that?
13     A.    And the question was before
14 retaining Fox Rothschild?
15     Q.    Correct.
16     A.    No.
17     Q.    And prior to retaining Fox
18 Rothschild, did Chargeurs, S.A. either
19 undertake or request Wujiang to undertake
20 any investigation like that?
21     A.    No.
22     Q.    Prior to retaining Fox Rothschild,
23 did Chargeurs, S.A. direct or request anyone
24 at Chargeurs Entoilage or Fitexin to perform
25 or cause to be performed any investigation

Page 252

                    Defait
1
2  like that?
3      A.    No.
4      Q.    Prior to retaining Fox Rothschild,
5  did Chargeurs, S.A. direct anyone within the
6  Chargeurs group or request that anyone
7  within the Chargeurs group meet with Hickey
8  Freeman to discuss this issue?
9      A.    No.
10     Q.    Do you know when Wujiang first
11 retained counsel in connection with this
12 lawsuit?
13     A.    So specifically on this point, I
14 would like to correct the statement that I
15 made yesterday because thinking about this
16 question, to my knowledge, I don't know if
17 LP Wujiang retained the services of a lawyer.
18     Q.    Did you change your mind after
19 talking with counsel last night?
20         MS. MORGAN:  Objection to the
21     form.  I'll direct you not to answer
22     that since it's seeking conversation
23     between attorneys and their client.
24         MR. D'ANGELO:  It's not -- it's
25     a temporal question.

Page 253

                    Defait
1
2      Q.    Did you change your mind after
3  talking with counsel last night?  Please
4  answer my question.
5          MR. D'ANGELO:  You can answer
6     with a yes or no if after any
7     discussions in the temporal sense, but
8     not with regard to any substance of any
9     conversations you've had with Fox
10    Rothschild.
11    A.    Yes.
12    Q.    What caused you to change your
13 mind?
14        MS. MORGAN:  Objection to the
15    extent that the testimony would require
16    any conversations with Fox Rothschild
17    attorneys.  Otherwise, you can answer.
18        MR. D'ANGELO:  Would require any
19    conversations?  What does that mean?
20        MS. MORGAN:  Well, your question
21    was --
22        MR. D'ANGELO:  Does that mean
23    you require her to have a conversation
24    with you now?
25        MS. MORGAN:  Excuse me?

Page 254

Defait
1
2       MR. D'ANGELO:  You said objection
3   to the extent that the testimony would
4   require any conversations with counsel.
5       MS. MORGAN:  Your question
6   was --
7       MR. D'ANGELO:  I just want to
8   know what you meant.
9       MS. MORGAN:  Yes.  But my
10  answering that question will help if
11  you repeat what your question was
12  because I think you were asking for
13  what form the basis of her changing of
14  her mind and that's another way of
15  potentially asking about the substance
16  of conversations with counsel.
17      MR. D'ANGELO:  Well, the witness
18  said something yesterday and now she's
19  saying something different, so I want
20  to know why she's saying something
21  different now.
22      MS. MORGAN:  Well, to the extent
23  you can -- my objection stands that to
24  the extent that it would require her to
25  disclose any conversations with

Page 255

Defait
1
2   counsel, I'm directing her not to
3   respond.  If there's another reason,
4   she can answer without disclosing
5   communications with counsel, she can
6   respond.
7       Q.   Do you understand that
8   instruction, Ms. Defait?
9       THE INTERPRETER:  The
10  translator, should I translate the
11  last --
12      MS. MORGAN:  Yes.  The last
13  instruction.
14      THE INTERPRETER:  Okay.
15      Q.   Can you answer my question
16  subject to that instruction or not?
17      A.   So please repeat the initial
18  question.
19      Q.   What caused you to change your
20  mind?
21      A.   According -- yes.  So in my
22  testimony yesterday, I made some confusion
23  between all the different companies, LP BC,
24  LP Wujiang, it got mixed up in my mind, and
25  in reference to when I -- so when I answered

Page 256

Defait
1
2   the question yesterday about LP Wujiang, I
3   answered a little abruptly, and then I
4   remembered in fact that LP Wujiang should
5   not have had a lawyer because they were not
6   formally subpoenaed in the case.
7       Q.   Do you get mixed up between the
8   Chargeurs companies?
9       A.   Never.
10      Q.   You never find it hard to keep
11  them straight?
12      A.   No.  All the names are quite
13  different from each other, so the answer is
14  no.  Yesterday's confusion is due to the
15  fact -- is due to the specific context of
16  the deposition in which I was answering
17  questions.
18      Q.   Oh, so yesterday was the only
19  time you've ever mixed up these companies?
20      A.   Yes.  Only in the context of the
21  specific question that I had been asked
22  yesterday.
23      Q.   Why did you think yesterday that
24  Wujiang hired attorneys?
25      A.   LP Wujiang was named in the

Page 257

Defait
1
2   case, and so automatically I assumed they
3   had a lawyer.
4       Q.   So you only realized you assumed
5   wrong after you spoke with your attorneys?
6       MS. MORGAN:  Objection to the
7   form.  You can answer.
8       MR. D'ANGELO:  What's wrong with
9   the form?
10      MS. MORGAN:  You already asked
11  that question and she's already
12  answered it.
13      Q.   You can answer.
14      MS. MORGAN:  I told her she
15  could answer.
16      A.   Yes.
17      Q.   Did Wujiang ever examine the
18  purportedly defective interlining after
19  Hickey Freeman complained about it?
20      A.   I don't know.
21      Q.   Did anyone at Fitexin?
22      A.   I don't know.
23      Q.   Anyone at Chargeurs Entoilage?
24      A.   I don't know.
25      Q.   Did anyone at Wujiang compare

23 (Pages 254 to 257)

Page 258

```
1           Defait
2    the allegedly defective interlining against
3    prior versions of the same model interlining
4    after Hickey Freeman complained about it?
5        A.    I don't know.
6        Q.    Anyone at Fitexin do that?
7        A.    I don't know.
8        Q.    What about Chargeurs Entoilage?
9        A.    I don't know.
10       Q.    Did anyone at Wujiang review
11   their manufacturing processes to see what
12   happened in response to Hickey Freeman's
13   complaint about the interlining in this case?
14           MS. MORGAN:  Can you repeat that
15       question, please?
16           (Whereupon, the requested
17       portion of the record was read back
18       by the reporter.)
19           MR. D'ANGELO:  I'm going to
20       withdraw that question and ask a new
21       one.
22       Q.    Did anyone at Wujiang review
23   their manufacturing processes at any point
24   in time after Hickey Freeman complained
25   about the allegedly defective interlining?
```

Page 259

```
1           Defait
2        A.    I don't know.
3        Q.    Did anyone at Fitexin review
4    Wujiang's manufacturing processes after
5    Hickey Freeman complained about the
6    interlining here?
7        A.    I don't know.
8        Q.    What about Chargeurs Entoilage?
9        A.    I don't know.
10       Q.    Has Wujiang changed the way it
11   manufactures the Model 3069 interlining at
12   any point in time after February 2017?
13       A.    I don't know.
14       Q.    Has Wujiang changed its
15   suppliers for the raw materials that go into
16   the Model 3069 interlining at any point in
17   time after February 2017?
18       A.    I don't know.
19       Q.    Has Wujiang changed anything
20   about any of its manufacturing processes at
21   all for anything since February 2017?
22       A.    I don't know.
23       Q.    Has Wujiang changed anything at
24   all about its quality control procedures at
25   any point in time since February 2017?
```

Page 260

```
1           Defait
2        A.    I don't know.
3        Q.    Was anyone at Wujiang terminated
4    because of the complaint that Hickey Freeman
5    raised?
6        A.    I don't know.
7        Q.    Was anyone at Wujiang terminated
8    after Hickey Freeman raised an issue with
9    respect to the allegedly defective
10   interlining in February of 2017?
11       A.    I don't know.
12       Q.    Was anyone within the entire
13   Chargeurs group terminated as a result of
14   the complaint that Hickey Freeman raised
15   with respect to the allegedly defective
16   interlining?  Any company within the group.
17       A.    Nobody was dismissed from
18   Chargeurs, S.A.
19       Q.    What about any other company
20   within the Chargeurs group?
21       A.    Nobody was dismissed from
22   Chargeurs Boissy.
23       Q.    You understand I'm asking more
24   than just about Chargeurs, S.A. and
25   Chargeurs Boissy?
```

Page 261

```
1           Defait
2        A.    As far as the other companies
3    go, I don't know.
4        Q.    Was anyone within the Chargeurs
5    group forced to resign as a result of the
6    events that Hickey Freeman complained about?
7        A.    Nobody from Chargeurs, S.A. or
8    from Chargeurs Boissy resigned since the
9    Hickey Freeman lawsuit in May 2017.  As far
10   as the other companies go, I don't know.
11       Q.    Is it Chargeurs, S.A.'s position
12   that it's not responsible for the damages
13   that Hickey Freeman is claiming in this case?
14       A.    That's right.
15       Q.    Tell me all the reasons why.
16           MS. MORGAN:  Objection to the
17       form to the extent that it's calling
18       for attorney-client privileged
19       communications, including attorney work
20       product.
21           Let me --
22           MR. D'ANGELO:  I will note for
23       the record in response to that Exhibit
24       1, which is the Notice of Deposition,
25       Topic 21 is all other facts supporting
```

24 (Pages 258 to 261)

Page 262

Defait

1
2    or negating Chargeurs' defenses to the
3    allegations in the Complaint.  There
4    has been no objection raised toward
5    that topic, so the witness is required
6    to answer my questions that go toward
7    that topic, so I can't see how your
8    objection is valid regarding that.
9              MS. MORGAN:  I will note that
10   your question is tell me all the
11   reasons why, which is broader than that
12   topic, and in order to answer that
13   question she would be required to
14   disclose attorney-client privileged
15   communications, and I would direct her
16   not to answer that.  If you want to
17   narrow your question. . .
18       Q.    What's Chargeurs, S.A.'s basis
19   for saying it's not responsible for the
20   damages that Hickey Freeman is claiming?
21       A.    It's because Chargeurs, S.A. has
22   never had any relationship whatsoever, any
23   business relationship with Hickey Freeman.
24       Q.    Is there any other basis for
25   Chargeurs, S.A.'s sake that it's not

Page 263

Defait

1
2    responsible for the damages that Hickey
3    Freeman is claiming here?
4              MS. MORGAN:  Objection to the
5              question.  That would require her to
6              disclose attorney-client privileged
7              communications.
8        Q.    I'm asking for the factual bases
9    for Chargeurs, S.A. saying it's not responsible
10   here.  Could you give me all the factual
11   bases for why Chargeurs, S.A.'s taking the
12   position it's not responsible?
13       A.    For Chargeurs to consider itself
14   responsible, it would have had to deliver
15   defective products to Hickey Freeman, and
16   yet this is -- this was not the case.
17       Q.    You're saying it's not the case
18   that the products were defective?
19             MS. MORGAN:  Objection to the
20             form, but you can answer.
21       A.    What I said is that Chargeurs
22   itself had not delivered defective products,
23   and, therefore --
24             THE INTERPRETER:  The
25             interpreter would like to start over.

Page 264

Defait

1
2        A.    What I had said was that
3    Chargeurs itself had not delivered any
4    products and, therefore, it did not deliver
5    any defective products, but I haven't said
6    and here I would need some clarification on
7    the actual products.
8        Q.    I guess is Chargeurs, S.A.
9    taking a position as to whether the products
10   were or were not defective?
11       A.    No.  Chargeurs, S.A. today has
12   no element to indicate whether these products
13   were defective or not.
14       Q.    Is it Chargeurs's position
15   essentially that Hickey Freeman sued the
16   wrong party when it sued Chargeurs?
17       A.    Yes.  When it subpoenaed
18   Chargeurs, S.A., Chargeurs, S.A. wasn't at
19   all concerned by this case.
20       Q.    Which would have been the right
21   party to sue?
22             MS. MORGAN:  Objection to the
23             form and that it's calling for a legal
24             conclusion.  To the extent that you can
25             provide lay testimony or understand his

Page 265

Defait

1
2    question, you can answer it.
3        A.    We don't have any element
4    permitting us to know which party should be
5    sued in this lawsuit, we don't have any
6    technical element as to the source of the
7    defect of these products or even if any
8    party should have been sued.
9        Q.    So you said earlier that when
10   Hickey Freeman subpoenaed Chargeurs, S.A.,
11   Chargeurs, S.A. wasn't at all concerned by
12   this case.
13             Were there any other companies
14   within the Chargeurs group per se that were,
15   to use your words, concerned about this
16   case?
17       A.    So in that case what would the
18   word concerned mean?
19       Q.    You tell me.  It's the word you
20   used.
21       A.    So for me, concerned party
22   refers to the party that had a business
23   relationship with Hickey Freeman and the
24   word concerned is not equatable at all to
25   liable.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 266

Defait

1
2      Q.    Any companies within the
3  Chargeurs group have a business relationship
4  with Hickey Freeman?
5      A.    I don't know.
6      Q.    Does Chargeurs, S.A. have an
7  insurance policy with AIG?
8      A.    Yes.
9      Q.    Does that insurance policy
10 relate in any way to this case?
11     A.    What do you mean by having -- by
12 related in any way to this case?
13     Q.    I mean is Chargeurs, S.A. using
14 that insurance policy in connection with
15 this case in any way?
16     A.    Yes.
17     Q.    How is it doing so?
18     A.    Chargeurs declared this case to
19 AIG.
20     Q.    And what's the policy limit
21 applicable to this case?
22     A.    As per the document given to me
23 by our insurance broker, the civil liability
24 following delivery amounts to a total
25 warranty worth -- limit worth 30 million

Page 267

Defait

1
2  euros, although that does not imply that it
3  will necessarily apply in this case because
4  there can be exceptions.
5      Q.    That 30 million euro figure,
6  does that apply only to this case or that
7  applied to all civil liability over a
8  certain period of time?
9      A.    In the summary of the policy
10 that was submitted to me by the broker, the
11 30 million euros are indicated as per claim
12 without any further specifications.
13     Q.    Is there a deductible for
14 Chargeurs, S.A. on that policy?
15     A.    Yes.
16     Q.    And how much is it?
17     A.    As applicable to the CFT
18 division, it is 20,000 euros.
19     Q.    How about for Chargeurs, S.A.?
20 Is that a different amount for S.A.?
21     A.    I don't know because Chargeurs
22 does not deliver any products, so the
23 liability for the amount of the deductible
24 for -- the amount of the deductible on the
25 liability for a product after its delivery

Page 268

Defait

1
2  is not applicable to Chargeurs, S.A.
3      Q.    Does Chargeurs, S.A. pay that
4  deductible if the claim relates in any way
5  to products produced by the CFT division?
6      A.    Could you please repeat the
7  question?
8      Q.    Does Chargeurs, S.A. pay that
9  deductible if they are sued in a case and
10 the claim relates in any way to products
11 that are produced by the CFT division?
12     A.    If the judgment is rendered
13 against Chargeurs, S.A. in relation to this
14 policy and it's for a product produced by
15 CFT, then, yes, Chargeurs would pay the
16 deductible.
17     Q.    In determining how much of the
18 policy is available to pay out, does that --
19 are attorneys' fees or defense costs
20 deducted from that amount?
21     A.    I don't know.
22     Q.    Who would know that?
23            Strike that.
24            Who at Chargeurs, S.A. would
25 know that?

Page 269

Defait

1
2      A.    Any person who has access to the
3  policy and who is able to understand it.
4      Q.    You don't know the name of any
5  person that would know that information?
6      A.    Today?  To date?
7      Q.    Correct.
8      A.    As of today, anybody from
9  Chargeurs, S.A. could have access -- can
10 have access to that policy.
11     Q.    Are the other defendants that
12 were named in this case, and by that I mean
13 LP Inc., LP BC and LP Wujiang, are they all
14 covered under the same policy?
15     A.    The damage was declared for each
16 one of these companies to AIG.
17     Q.    Separately or collectively?
18            Strike that.
19            What I mean by that is the 30
20 million euro figure that you referenced
21 earlier, does that apply collectively to all
22 of the named defendants or separately
23 meaning a separate 30 million euro amount to
24 each?
25     A.    It's difficult to answer the

26 (Pages 266 to 269)

Page 270

```
 1              Defait
 2  question with any degree of certainty.  It
 3  depends on the specific case.  There is a
 4  master policy, but very strict conditions
 5  apply, so in the event of liability being
 6  found, it is difficult to say how the policy
 7  would play out.
 8      Q.   You don't know whether there's a
 9  separate 30 million euro policy here for
10  each of the defendants?
11      A.   What I know is that there is
12  this master policy and each subsidiary is
13  covered by the master policy, each one is
14  covered by it, but the conditions of
15  application for some of the subsidiaries
16  such as LP Inc. which has a stand-alone
17  policy might have a different type of
18  application.
19          MR. STASSEN:  Frank, can we take
20  a two-minute break?
21          MR. D'ANGELO:  Sure.
22          (Whereupon, a brief recess was
23  taken.)
24  CONTINUED BY MR. D'ANGELO:
25      Q.   We spoke a little bit yesterday,
```

Page 271

```
 1              Defait
 2  Ms. Defait, about the efforts that
 3  Chargeurs, S.A. undertook to collect
 4  documents in connection with this litigation.
 5          Do you remember talking about
 6  that?
 7      A.   Yes, I did.
 8      Q.   And one of the things that you
 9  mentioned was that Chargeurs, S.A. undertook
10  to access certain documents on the server
11  that it shares with Chargeurs Boissy; is
12  that correct?
13      A.   Yes, it is.
14      Q.   Do you know who was responsible,
15  what person or persons were responsible for
16  collecting certain documents from that server?
17      A.   When you say responsible, you
18  mean in charge of doing this?
19      Q.   Sure.  Let's start with that.
20      A.   Yes.
21      Q.   And who was that, Ms. Defait?
22      A.   Pascal Delplanque.
23      Q.   I'm not sure if we discussed
24  him, but could you remind me what his
25  position is?
```

Page 272

```
 1              Defait
 2      A.   He's the head of IT.
 3      Q.   Could you spell his last name,
 4  please?
 5      A.   It's D-E-L-P-L-A-N-Q-U-E.
 6      Q.   And do you know what precisely
 7  Mr. Delplanque did with respect to searching
 8  for documents on that server?
 9          MS. MORGAN:  Object to the
10  question to the extent it calls for any
11  attorney-client privileged communication,
12  including any instructions that may or
13  may not have come -- excuse me --
14  including instructions that may have
15  come from counsel.
16          I instruct you not to answer
17  with regard to that information.
18      A.   I can't state with exactitude
19  that I know what Pascal Delplanque did.
20      Q.   Do you know if anyone other than
21  Chargeurs' attorneys were -- strike that.
22          Do you know if anyone other than
23  Chargeurs' attorneys provided instructions
24  to Mr. Delplanque as to what to look for on
25  that server or how to look for it?
```

Page 273

```
 1              Defait
 2          MS. MORGAN:  My same instruction
 3  applies.  If it's somebody that is
 4  providing instruction from counsel.
 5          MR. D'ANGELO:  I'm just asking
 6  for the identification of any people.
 7  Are you instructing her not to identify
 8  anyone even though there were
 9  individuals that served as a conduit to
10  counsel's instructions?
11          MS. MORGAN:  Well, your question
12  I think was saying were there -- it's
13  unclear what your question was asking
14  and that's why I had that objection,
15  but if -- if you're only asking who
16  gave any instruction, not the content,
17  I don't have a problem with disclosing
18  that identity of that person or persons.
19          MR. D'ANGELO:  Let's just start
20  there and then we'll see if we can
21  navigate the issue from there.
22      Q.   So, Ms. Defait, I'm just
23  interested in whether there was anyone else
24  besides Fox Rothschild who provided
25  instructions to Mr. Delplanque as to what to
```

27 (Pages 270 to 273)

Page 274

```
 1           Defait
 2  look for on the server or how to look for
 3  it, if you know.
 4       A.   The term -- when you say anyone,
 5  it's very vague, it's very broad.  Do you
 6  mean someone -- anyone from Chargeurs,
 7  Chargeurs, S.A.?
 8       Q.   I mean anyone other than counsel.
 9  If there's someone within the Chargeurs
10  group outside of Chargeurs, S.A. who you're
11  aware of that provided instructions to
12  Mr. Delplanque as to what documents to look
13  for, how to look for them, I'd like for you
14  to identify that person as well.
15       A.   Yes.  There was a person who
16  asked Pascal Delplanque to search -- to make
17  a search, and that person was me.
18       Q.   Anyone else besides you?
19       A.   Not to my knowledge.
20       Q.   What instructions did you give
21  to Mr. Delplanque?
22           MS. MORGAN:  I'm going to direct
23       you not to answer that question because
24       that is requiring you to disclose
25       counsel's advice.
```

Page 275

```
 1           Defait
 2       A.   I will, therefore, follow that
 3  advice.
 4       Q.   Do you know what individual's
 5  e-mails were gathered as part of that process?
 6       A.   I know the answer to -- I know
 7  some of them from off the top of my head.
 8       Q.   Who are those, Ms. Defait?
 9       A.   Just to be sure that I know what
10  you're asking, you're asking for the e-mails
11  of people whose names appeared as a
12  consequence of that search?
13       Q.   Let me withdraw the question.
14           Did that search involve looking
15  for e-mails in the accounts of specific
16  persons within the Chargeurs group?
17       A.   So what you want to know is
18  whether Pascal Delplanque went looking into
19  the e-mail accounts, the e-mail addresses
20  of -- so I just want to understand, what
21  you're asking is what e-mail addresses or
22  accounts were in the scope of the search?
23       Q.   Correct.
24       A.   Michael Fribourg, Joelle
25  Fabre-Hoffmeister, Audree Petit.  Those are
```

Page 276

```
 1           Defait
 2  the ones that I'm sure about.
 3       Q.   Do you know approximately how
 4  many total persons whose e-mail addresses or
 5  e-mail accounts were within the scope of
 6  that search?
 7       A.   I'm not altogether sure, but I
 8  would say no more than five.
 9       Q.   Do you know if any documents
10  located as a result of that search were
11  ultimately provided to Hickey Freeman in
12  this case?
13       A.   In what context?  Chargeurs, S.A.
14  doesn't have any contact, is not in contact
15  with Hickey Freeman.
16       Q.   I guess what I'm asking is do
17  you know if any documents that were located
18  as a result of that search were then
19  provided to Hickey Freeman as part of this
20  litigation?
21       A.   Yes.
22       Q.   And do you know approximately
23  how many documents?
24       A.   No.
25       Q.   If you had to estimate, would
```

Page 277

```
 1           Defait
 2  you say it was more or less than ten?
 3       A.   When you say ten documents, are
 4  you saying -- are you asking about ten
 5  e-mails or are you asking about the number
 6  of documents that were submitted to Hickey
 7  Freeman?
 8       Q.   I'm asking about the number of
 9  documents from the e-mail records that were
10  served by Mr. Delplanque that ultimately
11  were provided to Hickey Freeman in this
12  litigation?
13       A.   I don't know.
14       Q.   Other than the e-mails from the
15  accounts of those individuals that you
16  mentioned earlier, were there any other
17  types of documents that Chargeurs, S.A.
18  attempted to locate as part of this
19  litigation?
20       A.   No.
21       Q.   Other than searching e-mail
22  accounts on the shared Chargeurs,
23  S.A./Chargeurs Boissy server, did Chargeurs,
24  S.A. undertake to try to find documents for
25  this case in any other manner?
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 278

Defait

1
2    A.   I wonder if you could be more
3  specific when you ask about finding
4  documents, it's very broad.  Do you mean
5  documents that weren't in its possession but
6  that it wanted to have, or documents that it
7  already had?
8    Q.   My question was purposely broad
9  because I want to know anything else that
10 was done to locate documents that would be
11 exchanged with Hickey Freeman in this case.
12   A.   Aside from the search for
13 e-mails and aside from getting the insurance
14 policy, no, there was no other, not to my
15 knowledge.
16   Q.   When you asked me to clarify
17 earlier, Ms. Defait, you mentioned something
18 about documents that weren't in Chargeurs,
19 S.A.'s possession that it wanted to have.
20 Did Chargeurs, S.A. undertake any steps to
21 obtain documents that were not in its
22 possession as part of its efforts to gather
23 documents for this litigation?
24   A.   No.
25   Q.   So Chargeurs did not undertake

Page 279

Defait

1
2  to obtain documents from Fitexin as part of
3  this litigation; is that correct?
4    A.   Yes.
5    Q.   And Chargeurs did not undertake
6  to get documents from Chargeurs Entoilage as
7  part of this litigation; is that correct?
8    A.   No, it didn't.
9    Q.   Chargeurs, S.A. did not
10 undertake to get documents from Wujiang as
11 part of this litigation; is that correct?
12   A.   Yes, that's correct.
13   Q.   Other than Chargeurs, S.A.'s
14 attorneys and you and Mr. Delplanque, was
15 anyone else involved in the process of
16 collecting documents that would be exchanged
17 with Hickey Freeman as part of this litigation?
18   A.   Other people from what companies?
19   Q.   Any companies.
20   A.   So please repeat the question.
21   MR. D'ANGELO:  I'll ask the
22 translator to retranslate it, please.
23   Q.   Let me withdraw the question and
24 ask a more precise question, please.
25   Other than Chargeurs, S.A.'s

Page 280

Defait

1
2  attorneys and you and Mr. Delplanque, was
3  anyone else involved in the process of
4  collecting documents on behalf of Chargeurs,
5  S.A. that would be exchanged with Hickey
6  Freeman as part of this litigation?
7    A.   No.
8    MR. D'ANGELO:  I don't have
9  anything further for Ms. Defait for
10 now.  We are going to keep the
11 deposition open in light of what we
12 believe to be a lack of preparation of
13 the witness pursuant to Federal Rule of
14 Civil Procedure 30(b)(6), and I'll turn
15 it over to Mr. Niederer.
16   MS. MORGAN:  Actually before you
17 do that, in my prior comment that we
18 had off the record, Mr. D'Angelo, the
19 two exhibits that Ms. Defait wanted to
20 supplement her testimony as to whether
21 she had seen them before, it's more
22 substantive than that.
23   MR. D'ANGELO:  Can we go off the
24 record?
25   MS. MORGAN:  Yes.

Page 281

Defait

1
2    (Whereupon, a discussion was
3  held off the record.)
4  EXAMINATION BY
5  MS. MORGAN:
6    Q.   Ms. Defait, do you understand
7  that you are still under oath?
8    A.   Yes.
9    Q.   Could you take a look at Exhibit
10 5 and 6, please?  And let me know when
11 you've finished your review.
12   (Witness reviewing documents.)
13   A.   Yes, I have.
14   Q.   Do you recall yesterday that you
15 testified that you had not reviewed these
16 documents in preparation for your deposition?
17   A.   I remember; yes.
18   Q.   Sitting here today and looking
19 at these exhibits, do you recall if you
20 reviewed these documents in preparation for
21 your deposition?
22   A.   Yes, indeed, I did.
23   Q.   And aside from reviewing these
24 documents in preparation for your deposition,
25 had you seen these documents before then?

29 (Pages 278 to 281)

Defait
1
2       A.    No.  The first time I saw them
3  was in preparation for my deposition.
4       MS. MORGAN:  Okay.  I have no
5  further questions.
6  EXAMINATION BY
7  MR. NIEDERER:
8       Q.    Good afternoon.  My name is Eric
9  Niederer.  I've been the quiet one here in
10 the corner.
11      MS. MORGAN:  Semi.
12      MR. NIEDERER:  Semi.  Yes.
13 Thanks.
14      Q.    I represent Veratex, so I do
15 have some questions for you.
16      And you understand that you're
17 here as a corporate designee on behalf of
18 Chargeurs, S.A.; correct?
19      THE INTERPRETER:  Corporate
20 designee?
21      MR. NIEDERER:  Corporate
22 designee, corporate representative.
23      A.    That's right.
24      Q.    And you are not being deposed
25 here in your individual capacity as yourself?

Defait
1
2       A.    That's right.
3       Q.    And as I understand your
4  testimony, prior to preparing for your
5  deposition here today, you had no idea who
6  Veratex was; is that fair to say?
7       A.    That's not completely true.  I
8  knew what -- I knew who Veratex was before
9  the preparation for this deposition, but
10 in -- but by that I also want to add that
11 the preparation for this testimony took
12 place over the last few days, and it's that
13 period I'm referring to.
14      Q.    Okay.
15      Prior to a claim being made in
16 this case, did you know who Veratex was?
17      A.    No.
18      Q.    So when I am asking you
19 questions, I'm putting it to you as the
20 corporate representative of Chargeurs, S.A.
21 Do you understand that?  Okay?
22      A.    Yes, I understand.
23      Q.    I don't want to find out
24 anything you discussed with your attorneys.
25 However, if you did learn some facts that

Defait
1
2  Chargeurs, S.A. is adopting as true in this
3  litigation, I want to know about the facts,
4  but not any mental impressions or analysis
5  by your attorneys.  Fair enough?  Do you
6  understand?
7       A.    Repeat.
8       Q.    Sure.
9       Effectively what I'm asking you
10 is when you respond to my questions, I want
11 to know any facts or information that
12 Chargeurs, S.A. has without knowing any
13 mental impressions or analysis done by your
14 attorneys.
15      Do you understand the difference?
16      A.    So I just want to see if I
17 understand.  What you want are answers that
18 relate solely to facts and are not the
19 result of analyses carried out by our
20 attorneys?
21      Q.    Correct.
22      As I understand your
23 testimony -- well, withdrawn.  Does
24 Chargeurs, S.A. claim that Veratex did
25 anything improper that caused any harm to

Defait
1
2  Hickey Freeman in this lawsuit?
3       A.    Today, Chargeurs, S.A. has not
4  pronounced itself on what Veratex has done
5  or not done.
6       Q.    When I'm asking you questions,
7  if you don't understand my question for any
8  reason, and sometimes I ask a bad question,
9  a confusing question, let me know.  It's
10 important you understand my question when
11 you respond.  Fair enough?
12      A.    That's great.
13      Q.    So as a follow-up to your
14 response, does Chargeurs, S.A. claim that
15 Veratex did anything wrong in this lawsuit
16 that could have or did cause harm to Hickey
17 Freeman?
18      MS. MORGAN:  Asked and answered.
19 You can answer again.
20      A.    Chargeurs, S.A. was not called
21 on to pronounce itself on what Veratex did
22 or didn't do.
23      Q.    And I'm asking you the question
24 now as the corporate representative of
25 Chargeurs, S.A. whether Chargeurs, S.A. at

Page 286

```
 1             Defait
 2  this point in time has any facts or
 3  knowledge that Veratex did anything improper
 4  that could have or did cause harm to Hickey
 5  Freeman in this lawsuit.
 6      A.   To date, Chargeurs, S.A. doesn't
 7  have any elements that would allow it to
 8  pronounce itself on that.
 9      Q.    And just to make sure that we
10  are clear, does Chargeurs, S.A. make any
11  claim that Veratex provided bad advice to
12  Hickey Freeman in the use of Chargeurs'
13  interlining at issue in this case?
14      A.   No.  Chargeurs, S.A. has made no
15  such claim.
16      Q.    Does Chargeurs, S.A. have
17  knowledge of any representations that
18  Veratex made to Hickey Freeman regarding the
19  Chargeurs interlining that's at issue in
20  this case?
21      A.   No.
22      Q.    Are you aware of any
23  representations that Veratex made to Hickey
24  Freeman regarding the Chargeurs Interlining
25  in this case?
```

Page 287

```
 1             Defait
 2      A.   No.
 3      Q.    Are you aware of any suggestions
 4  that Veratex made to Hickey Freeman
 5  regarding the Chargeurs Interlining in this
 6  case?
 7           MR. NIEDERER:  Mr. Interpreter,
 8       did she inquire to have the question
 9       read back?
10           THE INTERPRETER:  Just one word.
11           MR. NIEDERER:  Thank you.  Oh,
12       what was that word, Mr. Interpreter?
13           THE INTERPRETER:  Suggestions.
14           MR. NIEDERER:  Thank you.
15      A.   Chargeurs has never participated
16  in any meetings between Veratex and Hickey
17  Freeman, so the answer is no.
18      Q.    Through any other means, whether
19  direct participation in meetings, does
20  Chargeurs, S.A. have any knowledge about any
21  communications between Veratex and Hickey
22  Freeman regarding the Chargeurs interlining
23  at issue in this case?
24           MR. NIEDERER:  For the record,
25       Mr. Interpreter, she asked you to read
```

Page 288

```
 1             Defait
 2  back the question or parts of the
 3  question?
 4           THE INTERPRETER:  To repeat the
 5       question.
 6           MR. NIEDERER:  Thank you.
 7      Q.    Do you understand the question,
 8  ma'am?
 9      A.   I understood the question, but I
10  prefer to hear it again.
11           (Interpreter repeated question.)
12      A.    Chargeurs, S.A. never
13  participated in any meetings between Veratex
14  and Hickey Freeman and therefore has --
15  doesn't have any knowledge of that sort.
16      Q.    Yes, and you may have gotten
17  lost in my question.  I understand that you
18  being Chargeurs, S.A. did not directly
19  participate in any meetings between Veratex
20  and Hickey Freeman is your testimony.  My
21  question is:  Do you have knowledge outside
22  of any direct meetings, e-mails, calls,
23  meetings with other individuals, other
24  companies where Chargeurs, S.A. has
25  knowledge of any communication between
```

Page 289

```
 1             Defait
 2  Veratex and Hickey Freeman?
 3      A.    From the period before this
 4  claim, none.
 5      Q.    So is the extent of Chargeurs,
 6  S.A.'s knowledge regarding any communication
 7  between Veratex and Hickey Freeman based on
 8  communications with counsel or something
 9  else?
10      A.    Chargeurs, S.A. has no knowledge
11  of any communication between Veratex and
12  Hickey Freeman, than includes any sort of
13  communication, whether it is verbal or
14  written.
15           MR. NIEDERER:  Let's go off the
16       record for a minute.
17           (Whereupon, a discussion was
18       held off the record.)
19           (Whereupon, a recess was taken.)
20  CONTINUED BY MR. NIEDERER:
21      Q.    I understand from your testimony
22  you are not a technical person regarding the
23  product; is that fair?
24      A.    That's right.
25      Q.    So if I were to ask you what the
```

31 (Pages 286 to 289)

Page 290

1              Defait
2    glue line temperature is of this particular
3    product, would you know what I'm talking
4    about?
5           THE INTERPRETER:  When you --
6        when you say that, the interpreter
7        wants to know when you say that, you
8        mean -- when you're saying this
9        particular product, in what sense is
10       that to be taken?
11       Q.    When I'm talking about this
12   product, I'm solely talking about the
13   interlining that's at issue in this
14   litigation.
15          THE INTERPRETER:  Okay.
16          MR. NIEDERER:  Let's mark this
17       as the next exhibit.  It's the data
18       sheet.
19          (Chargeurs Exhibit 16,
20       technical data sheet dated June 15,
21       2017 bearing production numbers
22       LDP000650, marked for identification,
23       as of this date.)
24       Q.    Ma'am, let me know when you're
25   ready for me to question you on this

Page 291

1              Defait
2    document after you've reviewed it.
3           (Witness reviewing document.)
4        A.    It's good.  It's fine.
5        Q.    Have you ever seen this document
6    before?
7        A.    No.
8        Q.    Okay.
9           It looks like this document has
10   both English and Chinese on it; correct?
11       A.    That's right.
12       Q.    And I take it since you have not
13   seen this before, do you know whether this
14   is an LDP Wujiang document?
15       A.    I don't know where this document
16   comes from, but the logo on the top
17   indicates LDP Wujiang, so I assume that it's
18   a document from that company.
19       Q.    And, ma'am, when you're
20   responding, I don't want you to assume or
21   speculate, just what you know.  Okay?  Fair
22   enough?
23       A.    That's fine.
24       Q.    Okay.
25          Does any of the information on

Page 292

1              Defait
2    this technical data sheet mean anything to
3    you at all?
4        A.    What do you mean by mean
5    anything?
6        Q.    Okay.
7           Meaning does -- do you have any
8    knowledge about what the setting temperature
9    means?
10          THE INTERPRETER:  Frankly, I'm
11       in -- the interpreter is in the same
12       situation.  I don't know the context
13       enough to really -- I could guess at
14       the translation, but I'm --
15          MR. NIEDERER:  Let me withdraw
16       the question.
17       Q.    What I'm trying to find out,
18   other than the words themselves, do you know
19   what any of the information on this document
20   relates to regarding the product at issue in
21   this case?
22          MS. MORGAN:  Are you talking
23       about in the tables?
24          MR. NIEDERER:  I'm talking about
25       anything in the document, what the

Page 293

1              Defait
2    base, the warp, the weft, the coding,
3    total weight in G/M2 in setting
4    temperature, glue-line temperature,
5    pressure and time.  And to assist the
6    interpreter, I was reading from the
7    left column.
8           THE INTERPRETER:  That's fine.
9        A.    And by that, you're saying that
10   this document relates to the product in
11   question in the litigation?
12       Q.    Yes.  Assuming that it relates
13   to the product at issue in this litigation.
14       A.    I don't know.
15       Q.    Does Chargeurs, S.A. have any
16   knowledge that Veratex altered the Chargeurs
17   interlining at issue in this case in any way?
18          THE INTERPRETER:  The
19       interpreter just wishes to make a
20       remark.  The word alter for me has the
21       meaning of transforming for -- and
22       bearing as in refining, transforming a
23       product.
24          MR. NIEDERER:  Correct.  Alter
25       meaning transforming or refining the

Page 294

Defait
1
2  product in any way.
3      THE INTERPRETER:  For the
4  purpose of selling it in a more
5  specialized form?
6      MS. MORGAN:  Or -- well, I'm --
7      MR. NIEDERER:  Yes.
8      THE INTERPRETER:  Because it is
9  ambiguous.
10     MR. NIEDERER:  Sure.  And let me
11  explain the question for the interpreter
12  for the record.
13     So under the law, if there's an
14  alteration of the product, a material
15  alteration of the product, then if that
16  material alteration of the product by
17  Veratex caused harm, there may be some
18  liability to Veratex, assuming there
19  was harm.
20     THE INTERPRETER:  But when
21  there's an alteration, the product has
22  another code; right?  It becomes
23  another product?  Is that the meaning
24  of that?
25     MR. NIEDERER:  It all goes to

Page 295

Defait
1
2  what the term material alteration.  For
3  example, if it was --
4      MR. D'ANGELO:  Do you want this
5  to be on the record?
6      MR. NIEDERER:  Let's go off the
7  record.
8      (Whereupon, a discussion was
9  held off the record.)
10     MR. NIEDERER:  For the record,
11  we had a discussion with the
12  interpreter with regards to the
13  possible translation and the meaning of
14  my question.  I'm going to withdraw my
15  prior question and ask a new question.
16     Q.   Ma'am, do you have any knowledge
17  that Veratex altered the Chargeurs
18  interlining at issue in this case in any
19  way, including changing its physical
20  appearance, cutting it, its chemical
21  composition or anything else?
22     A.   Today Chargeurs, S.A. doesn't
23  have any information on that.
24     Q.   Ma'am, I'm done with that
25  exhibit.

Page 296

Defait
1
2      Does Chargeurs, S.A. have any
3  knowledge as to who manufactured the product
4  at issue in this litigation?
5      A.   Yes.
6      Q.   And who is that manufacturer?
7      A.   We know that the product came
8  from LP Wujiang, but we don't know exactly
9  if the final product that was delivered to
10  Hickey Freeman, we don't have any exact
11  knowledge about the final product that was
12  delivered to Hickey Freeman, if the product
13  was produced at the Wujiang factory
14  corresponds exactly to the product delivered
15  to Hickey Freeman.
16     Q.   So is it your testimony that LP
17  Wujiang was involved in the manufacturing --
18  in some aspect of the manufacturing process?
19     A.   That's right.  LP Wujiang
20  participated in the manufacturing of the
21  final product delivered to Hickey Freeman.
22     Q.   Do you know --
23     A.   I would like to add that that's
24  what we've learned in the context of the
25  Hickey Freeman litigation.

Page 297

Defait
1
2      Q.   Who did you learn that from?
3      A.   On the basis of the documents
4  that we received in the context of this
5  litigation.
6      Q.   Did anyone from Chargeurs, S.A.
7  confirm with Wujiang that they were involved
8  in the manufacturing process of the interlining
9  in this case?
10     A.   No.  This is information that we
11  obtained from documents in the file.
12     Q.   Is Chargeurs, S.A. aware of any
13  other entities other than LP Wujiang that
14  was involved in any other aspect other than
15  the manufacturing process?
16     A.   No.
17     Q.   Is Chargeurs, S.A. aware who
18  helped design the product at issue in this
19  litigation?
20     A.   No.  Okay.  When you talk about
21  design, how do you define that?
22     Q.   Sure.  Design of a product is
23  the process from the initial conception of a
24  product through all of the design stages
25  including preliminary testing before there

33 (Pages 294 to 297)

Page 298

```
1              Defait
2    is a decision to manufacture the product for
3    sale.
4        A.    So from my understanding of
5    design, it's everything that takes place
6    before the manufacturing process, and if
7    that is indeed the case, if that's the
8    understanding, then indeed Chargeurs, S.A.
9    does not know.
10       Q.    Okay.
11            For example, that would include
12   the selection of the base material, the
13   resin or any other aspect of the product?
14       A.    So I can confirm that Chargeurs,
15   S.A. does not know who is the -- who is at
16   the source of the design of this product.
17       Q.    Is there a particular Chargeurs
18   entity under the Chargeurs group that
19   typically handles design of a product like
20   interlining?
21       A.    You mean a company whose sole
22   activity would be to design interlining for
23   all of the companies in Chargeurs?
24       Q.    It doesn't have to be the sole
25   activity of that company, but the company
```

Page 299

```
1              Defait
2    has to be involved in some aspect of the
3    design regarding a product like interlining
4    which is at issue in this case?
5        A.    So you're referring to the
6    interlining at issue in the Hickey Freeman
7    litigation?
8        Q.    Interlining like the one.  It
9    doesn't have to be that specific interlining.
10       A.    No.  Chargeurs, S.A. does not
11   know of any entity of Chargeurs Fashion
12   Technologies that deals with all of the
13   design processes for the interlining that is
14   in question in the Hickey Freeman litigation.
15       Q.    Does Chargeurs, S.A. have any
16   knowledge as to any entity that provides or
17   provided technical assistance or information
18   to anyone regarding the interlining at issue
19   in this case?
20       A.    No.
21       Q.    You were asked earlier about a
22   Hong Kong limited entity.  Do you recall
23   those questions?
24       A.    I remember, yes, I recall that I
25   was asked questions about this company, but
```

Page 300

```
1              Defait
2    I don't remember the specific questions that
3    were asked.
4        Q.    Okay.
5             I have notes that you testified
6    that you do not know on behalf of Chargeurs,
7    S.A. whether the Hong Kong limited company
8    was involved at all in the sales involving
9    the interlining at issue in this case?
10       A.    That's right.
11       Q.    If documents show that the
12   subject product at issue in this case was
13   sold by the Hong Kong entity to Veratex,
14   does Chargeurs, S.A. have any understanding
15   why that may have occurred?
16       A.    I don't quite understand the
17   sense of the question why that may have
18   occurred.
19       Q.    Sure.
20            Does Wujiang ever sell products
21   to the Hong Kong entity?
22       A.    I don't know.
23       Q.    Do you have any understanding as
24   to the relationship between the two Chinese
25   entities, the Wujiang entity and the Hong
```

Page 301

```
1              Defait
2    Kong entity?
3        A.    That's a very broad question.
4    Do you mean their business relationship?
5        Q.    Correct.  Is there something
6    that the Hong Kong entity does that Wujiang
7    does not and vice versa?
8        A.    I don't know.
9        Q.    So do you have any knowledge
10   whether Wujiang is the factory that
11   participates in the manufacturing of the
12   product and then sells to Hong Kong to allow
13   those products to be sold outside of China?
14       A.    I've never seen any documents
15   that would permit me to understand the
16   statement you made.  I don't know if there
17   is any business exchange between Wujiang,
18   Hong Kong and Veratex since I've never seen
19   any contracts or invoices that would attest
20   to that.
21       Q.    By reference, I would like to
22   show you what was previously marked at Barry
23   Diamond's deposition, it is in Exhibit 7,
24   and, ma'am, if you would look through that
25   document.
```

34 (Pages 298 to 301)

Page 302

Defait
1
2          (Witness reviewing document.)
3      Q.    Are you ready, ma'am?
4      A.    Yes.
5      Q.    Do you see invoices and purchase
6  orders between Veratex and the Hong Kong
7  entity?
8      A.    Yes, indeed.  The document you
9  submitted to me is an invoice from Hong Kong
10  to Veratex.  It is the first time I see this
11  document.
12      Q.    Okay.
13          And do you know whether these
14  invoices and purchase orders relate to the
15  product at issue in this case?
16          MS. MORGAN:  Every one in
17      Exhibit 7?
18          MR. NIEDERER:  If any of them.
19          MS. MORGAN:  Okay.
20      A.    No, I don't know.
21      Q.    If these documents do represent
22  some sale and purchase of the subject
23  interlining, do you have any understanding
24  as to the role the Hong Kong limited entity
25  played relative to the interlining at issue

Page 303

Defait
1
2  in this case?
3      A.    So from what I can see in this
4  invoice, it means that Chargeurs Interlining
5  Hong Kong sold product to Veratex, so Hong
6  Kong is the seller and Veratex is the buyer.
7      Q.    Based on these documents in
8  front of you, do you have any understanding
9  as to what occurred between the Wujiang
10  entity and the Hong Kong entity relative to
11  the interlining at issue in this case?
12          MS. MORGAN:  Objection to the
13      form.  You can answer.
14      A.    No; because this document solely
15  concerns a business relationship between
16  Hong Kong and Veratex, and it does not
17  indicate anything about LP Wujiang and
18  Chargeurs Hong Kong.
19      Q.    Does Chargeurs, S.A. have any
20  knowledge as to why Wujiang if involved in
21  the manufacture of the product at issue in
22  this case did not sell directly to Veratex,
23  but sold through Hong Kong Limited?
24      A.    Chargeurs, S.A. does not know
25  whether LP Wujiang in its relationship with

Page 304

Defait
1
2  Chargeurs Interlining Hong Kong does not
3  know whether it may be passed by -- passed
4  through an intermediary company in its sales
5  to Hong Kong, so -- so --
6          THE INTERPRETER:  I'm sorry.
7          MR. NIEDERER:  Do you need
8      further clarification of the last
9      response?
10      A.    So Chargeurs, S.A. does not know
11  that Wujiang -- LP Wujiang did not know why
12  LP Wujiang did not sell directly to Veratex,
13  and according to this document, Chargeurs,
14  S.A. cannot tell whether LP Wujiang sold
15  directly to Hong Kong or whether it passed
16  through an intermediary in its sales to Hong
17  Kong.
18      Q.    Are you aware of any historic
19  sales between the Wujiang entity and the
20  Hong Kong Limited entity?
21      A.    So Chargeurs, S.A. has no access
22  to the invoices covering any sales between
23  LP Wujiang and Chargeurs Interlining Hong
24  Kong, and, therefore, Chargeurs, S.A. does
25  not know whether there were any sales from

Page 305

Defait
1
2  LP Wujiang to Chargeurs Interlining Hong Kong.
3      Q.    So is it your testimony separate
4  from the issues in this case, Chargeurs, S.A.
5  has no knowledge of any sales between
6  Wujiang and the Hong Kong entities?
7          THE INTERPRETER:  I'm sorry.
8      The interpreter -- could you please ask
9      the question again?
10          MR. NIEDERER:  Why don't we have
11      it read back from the court reporter.
12          THE INTERPRETER:  Yes.
13          MR. NIEDERER:  And then if --
14      yes.
15          (Whereupon, the requested
16      portion of the record was read back
17      by the reporter.)
18          THE INTERPRETER:  Okay.
19          MR. NIEDERER:  Do you understand
20      the question?  It's important, Mr.
21      Interpreter, you understand the
22      question in order to interpret it.
23          THE INTERPRETER:  There are two
24      statements.  That's what I --
25          MR. NIEDERER:  If you're having

35 (Pages 302 to 305)

Page 306

Defait
1
2    any trouble, I'll withdraw and ask
3    another question.
4         THE INTERPRETER: Yes. Okay.
5         MR. NIEDERER: That's fine.
6         THE INTERPRETER: Sorry.
7         MR. NIEDERER: No. That's fine.
8    And this is also an instruction to the
9    interpreter. To the extent you don't
10   understand my question, it's important
11   you understand it for interpretation.
12   So please let me know.
13        THE INTERPRETER: Okay.
14        Q.   Does Chargeurs, S.A. have any
15   knowledge about any sale of anything between
16   the Wujiang and the Hong Kong entities at
17   any time?
18        A.   On the basis of any existing
19   invoices or contracts between Wujiang and
20   Hong Kong, the two entities, those documents
21   are documents that Chargeurs, S.A. has no
22   access to, and, therefore, I can't answer
23   your question in any affirmative way.
24        Q.   What about any internal reports
25   among the subsidiaries or I think you've

Page 307

Defait
1
2    called them divisions as well within
3    Chargeurs group about any sales between
4    Wujiang and the Hong Kong entity?
5         A.   The financial reports to
6    Chargeurs, S.A. concern the financial
7    information of the various companies, but
8    not the relationships between the actual
9    companies, the subsidiaries, such as Wujiang
10   and Hong Kong. Therefore, the financial
11   reports to Chargeurs, S.A. do not contain
12   that kind of information.
13        Q.   Is there any information
14   available to Chargeurs, S.A. that would
15   contain information on sales between Wujiang
16   and Hong Kong?
17        A.   What products and covering what
18   periods? And when you say available to
19   Chargeurs, S.A., what do you mean?
20        Q.   Any products, any periods and
21   any information that Chargeurs, S.A. would
22   have access to or control over at any time
23   in any way.
24        MS. MORGAN: Objection to the
25   extent that the question relates to

Page 308

Defait
1
2    information outside of the noticed
3    topics of the deposition as it relates
4    to any products. Otherwise,
5    notwithstanding that, if you can answer
6    the question, you can do so.
7         A.   In relation to the products in
8    question, Chargeurs, S.A. doesn't have any
9    information to date concerning the business
10   relationship between Wujiang and Hong Kong.
11        MR. NIEDERER: Is that the
12   complete translation?
13        THE INTERPRETER: Yes.
14        MR. NIEDERER: Okay.
15        Q.   My question was beyond just the
16   products at issue in this litigation. My
17   question was Chargeurs, S.A.'s knowledge to
18   the extent it has knowledge of any products
19   sold at any time between those two entities.
20        MS. MORGAN: Same objection as I
21   stated earlier.
22        MR. NIEDERER: Just so the
23   record is clear, you're not instructing
24   her not to answer, you're just
25   preserving an objection?

Page 309

Defait
1
2         MS. MORGAN: I am preserving an
3    objection.
4         MR. NIEDERER: Okay.
5         MS. MORGAN: And to the extent
6    you can answer it as it refers to the
7    topics on behalf of Chargeurs, S.A.,
8    you can do so.
9         A.   Before answering, I would like
10   to know what you mean by knowledge. Is this
11   knowledge of documents that have been
12   submitted to Chargeurs, S.A.?
13        Q.   I'm talking about Chargeurs's
14   knowledge -- Chargeurs, S.A.'s knowledge
15   regardless if documents were submitted, it
16   oversaw them, found out from a secondary
17   source that they exist. I'm just talking
18   knowledge in general. Verbal communications,
19   e-mails, anything?
20        A.   Before the Hickey Freeman
21   litigation, Chargeurs, S.A. had no knowledge
22   of any information concerning the sales of
23   products from LP Wujiang to Chargeurs
24   Interlining Hong Kong in respect of the
25   products in question in this litigation.

36 (Pages 306 to 309)

Page 310

Defait

1
2       MR. STASSEN:  Can we take a
3   two-minute break?
4       MS. MORGAN:  Yes.
5       MR. NIEDERER:  I'm going to
6   forget my question, but that's okay.
7       MS. MORGAN:  Well, that's why
8   she's here.  I mean, I think a
9   two-minute --
10      MR. NIEDERER:  No.  I'm going to
11  forget my next question, but that's
12  okay.  Let's take a break.
13      (Whereupon, a brief recess was
14  taken.)
15      MR. NIEDERER:  Can you read back
16  the last question and answer?
17      (Whereupon, the requested
18  portion of the record was read back
19  by the reporter.)
20  CONTINUED BY MR. NIEDERER:
21      Q.   I understand your response is
22  limited to knowledge after the Hickey
23  Freeman claim and regarding the subject
24  product.  My question is:  At any point in
25  time, does Chargeurs, S.A. have knowledge

Page 311

Defait

1
2   about any sales between Wujiang and the Hong
3   Kong Limited entity?
4       MS. MORGAN:  And the same
5       objection that the question calls for
6       a topic area which was not noticed in the
7       30(b)(6) Notice provided by Veratex.
8       To the extent, Ms. Defait, that you can
9       answer on behalf of Chargeurs, S.A.,
10      you can.
11      A.   I can't answer that this
12  question because I don't have -- I haven't
13  any knowledge of it.  I hadn't prepared for
14  the -- for this subject at the deposition
15  outside of its context.  It's a very broad
16  question, it contains all products for any
17  period, and so I don't know.
18      Q.   So as you sit here today, you
19  have no knowledge about any product being
20  sold between Wujiang and Hong Kong Limited?
21  Fair to say?
22      MS. MORGAN:  Same objection.
23      You can answer.
24      A.   I can answer that I cannot answer
25  the question because I have only prepared

Page 312

Defait

1
2   myself to answer questions concerning the
3   product at issue in this litigation.
4       Q.   And if I understand your
5   testimony, you don't have any knowledge
6   regarding any sale between Wujiang and the
7   Hong Kong Limited entities regarding the
8   subject interlining in this case; fair to
9   say?
10      MS. MORGAN:  Asked and answered.
11      You can answer again with the same
12      objection.
13      A.   That's right.  To date, I don't
14  have any knowledge of any sale from Wujiang
15  to Hong Kong concerning the products that
16  were alleged to be defective by Hickey Freeman.
17      Q.   Do you have knowledge in a
18  commercial sales context of the term value
19  added to a product?
20      MS. MORGAN:  Objection to the
21      extent that that's asking a question
22      about a topic that's not noticed in the
23      deposition.  Ms. Defait, you can answer
24      to the extent that you can for
25      Chargeurs, S.A.

Page 313

Defait

1
2       MR. NIEDERER:  And just note
3   that I'm not going to get into a back
4   and forth --
5       MS. MORGAN:  Yes.  I'm preserving
6   the objection.
7       MR. NIEDERER:  Yes.  Sure.
8       A.   So the question is if I have any
9   knowledge about what the term added value
10  means in the context of the sale of the
11  product, commercial sale of the product?
12      Q.   Let me ask you some other
13  questions.  I'm going to withdraw that
14  question.
15      Are you personally, not as
16  Chargeurs, S.A., involved in any tax
17  preparation or consultation with tax
18  preparers or in any way in a commercial
19  context regarding value added taxes or value
20  added to a product for either tariffs or any
21  issues regarding sales in any context?
22      A.   Me personally if I'm consulted
23  on this kind of subject?
24      Q.   Do you have any knowledge of it?
25      MS. MORGAN:  Objection to the

37 (Pages 310 to 313)

```
 1              Defait
 2    form that it's not -- this isn't an
 3    individual deposition of Ms. Defait.
 4    To the extent you can answer, you can
 5    do so.
 6         MR. NIEDERER:  Just for the
 7    record, the reason I'm asking this
 8    witness that information, to the extent
 9    as a human being testifying she has
10    sufficient understanding of the term in
11    order to testify.  It's a preliminary
12    question.
13         A.    I know what VAT represents, at
14    least in France, but I'm not a specialist on
15    value added taxes.  In terms of added value
16    on a product in the context of a commercial
17    sell, well, that is a very broad topic and
18    it would really depend on the context.
19         MR. NIEDERER:  Let's go off the
20    record.  I just need a short break.
21         (Whereupon, a recess was taken.)
22         MS. MORGAN:  Chargeurs, S.A.
23    hereby stipulates with Hickey Freeman
24    and Veratex the following terms
25    concerning the continued 30(b)(6)
```

```
 1              Defait
 2    deposition of Chargeurs, S.A.
 3         The parties agree that pursuant
 4    to Veratex's 30(b)(6) Notice dated May
 5    30, 2018, the deposition of a
 6    Chargeurs, S.A. representative will
 7    continue on the following terms:  That
 8    the continued deposition will be
 9    remotely, it will be with an
10    interpreter at Veratex's cost, it will
11    be pursuant to the same notice that I
12    just recited and referred to dated May
13    30, 2018, it will also include the
14    opportunity of Veratex's counsel to
15    question Chargeurs's 30(b)(6) witness
16    with regards to any questions and
17    corresponding testimony elicited by
18    Hickey Freeman's attorney on June 18
19    and 19 of 2018.
20         Plaintiff can also have an
21    opportunity to have any follow-up
22    questions after Veratex's questioning
23    is concluded.  All the questioning will
24    be at the maximum of seven hours, and
25    this continued deposition will be at a
```

```
 1              Defait
 2    mutually convenient time and date that
 3    is within the current scheduling order
 4    or outside the scheduling order as
 5    agreed by all the parties.
 6         MR. NIEDERER:  Eric Niederer on
 7    behalf of Veratex.  That does summarize
 8    the stipulation that Veratex agrees to.
 9    At this point in time, Veratex does
10    request dates offered by Chargeurs, S.A.
11    for the continued deposition and we
12    await their response.
13         MS. MORGAN:  And I will add that
14    for the avoidance of doubt, what is
15    meant by pursuant to the same Notice is
16    that the continued deposition would be
17    pursuant to the same topics that are
18    within the Notice dated May 30, 2018
19    entitled Cross-Notice of Deposition of
20    Chargeurs, S.A.
21         MR. NIEDERER:  In addition to
22    any questions I have pursuant to the
23    plaintiff's topic areas and testimony
24    elicited from plaintiff's counsel
25    during the last two days of deposition;
```

```
 1              Defait
 2    correct.
 3         MS. MORGAN:  The 18th and 19th;
 4    correct.
 5         MR. NIEDERER:  Yes.
 6         MS. MORGAN:  Okay.
 7         MR. D'ANGELO:  I have nothing to
 8    add.
 9         MR. NIEDERER:  Thank you.
10         (Time noted:  7:21 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

38 (Pages 314 to 317)

Page 318

```
 1
 2          A C K N O W L E D G E M E N T
 3
 4      I, VANESSA DEFAIT, hereby
 5  certify that I have read the transcript
 6  of my testimony taken under oath in my
 7  deposition of June 19, 2018; that the
 8  transcript is a true, complete and
 9  correct record of what was asked,
10  answered and said during this
11  deposition, and that the answers on the
12  record as given by me are true and
13  correct.
14
15
16  _____
    VANESSA DEFAIT
17
18
    Subscribed and sworn to
19
    before me this _____ day
20
    of_____, 2018.
21
22  _____
    NOTARY PUBLIC
23
24
25
```

Page 320

```
 1
 2           I N D E X  (C'td.)
 3
 4  CHARGEURS
    EXHIBITS    DESCRIPTION         PAGE
 5
    Exhibit 16   Technical data      290
 6               sheet dated June
                 15, 2017 bearing
 7               production numbers
                 LDP000650
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 319

```
 1
 2           I N D E X
 3
 4  WITNESS      EXAMINATION BY      PAGE
 5  Vanessa Defait  Mr. D'Angelo    173
 6               Ms. Morgan         281
 7               Mr. Niederer       282
 8  CHARGEURS
    EXHIBITS    DESCRIPTION         PAGE
 9
    Exhibit 11   Technical          197
10               Presentation
                 bearing production
11               numbers
                 LDP000248-LDP000294
12
    Exhibit 12   10-page document   225
13               produced in native
                 format bearing
14               production number
                 LDP003382
15
    Exhibit 13   Three-page document 237
16               entitled Daily
                 Production
17               Laboratory Test
                 Report bearing
18               production numbers
                 LDP003204
19
    Exhibit 14   e-mail chain       241
20               bearing production
                 numbers VERATEX
21               SUPP.003329 -
                 VERATEX SUPP.003398
22
    Exhibit 15   e-mail chain       246
23               bearing production
                 numbers
24               LDP001846-LDP001849
25
```

Page 321

```
 1
 2           C E R T I F I C A T E
 3  STATE OF NEW YORK      )
 4                         ) ss.:
 5  COUNTY OF NASSAU       )
 6      I, ROBIN LaFEMINA, a Registered
 7  Professional Reporter, Certified LiveNote
 8  Reporter and Notary Public within and for
 9  the State of New York, do hereby certify:
10      That VANNESA DEFAIT, the witness
11  whose deposition is hereinbefore set forth,
12  was duly sworn by me and that such deposition
13  is a true record of the testimony given by
14  such witness.
15      I further certify that I am not
16  related to any of the parties to this action
17  by blood or marriage; and that I am in no
18  way interested in the outcome of this matter.
19      IN WITNESS WHEREOF, I have
20  hereunto set my hand this   day of      ,
21  2018.
22
23
24
            ROBIN LaFEMINA
25
```



Page 322

```
1
2            ERRATA SHEET
3    CASE NAME:  HICKEY FREEMAN v. CHARGEURS
     DATE OF DEPOSITION:  6/19/18
4    WITNESS' NAME:  VANESSA DEFAIT  REF: 21844
5    PAGE/LINE(S)/    CHANGE        REASON
6         /        /              /
7         /        /              /
8         /        /              /
9         /        /              /
10        /        /              /
11        /        /              /
12        /        /              /
13        /        /              /
14        /        /              /
15        /        /              /
16        /        /              /
17        /        /              /
18        /        /              /
19
           _____
20            VANESSA DEFAIT
21   SUBSCRIBED AND SWORN TO
     BEFORE ME THIS_____DAY
22   OF_____,2018.
23   _____
          NOTARY PUBLIC
24
     MY COMMISSION EXPIRES_____
25
```

## A

**able** 182:16 186:19
    199:11 231:16
    269:3
**abruptly** 256:3
**absolutely** 214:8
    216:20
**access** 206:3,8
    210:11 212:5
    269:2,9,10 271:10
    304:21 306:22
    307:22
**accounts** 181:10
    207:22,25 208:3,3
    208:6,9,12,17,20
    208:23 209:3,8,13
    209:18 218:22
    275:15,19,22
    276:5 277:15,22
**achieve** 214:21
    217:24 218:17
**acquisition** 177:17
**acquisitions** 210:25
**acronym** 175:2
**act** 180:21
**action** 321:16
**activities** 214:3
    223:2 224:14
**activity** 298:22,25
**actual** 177:8 264:7
    307:8
**add** 206:4 226:22
    283:10 296:23
    316:13 317:8
**added** 312:19
    313:9,19,20
    314:15,15
**addition** 181:8
    316:21
**additional** 173:24
**address** 211:6
    229:14,15
**addresses** 275:19
    275:21 276:4
**adequately** 186:18
**adopting** 284:2
**advice** 210:23,25

**advisory** 210:21
**affect** 178:11
**affirmative** 306:23
**afternoon** 282:8
**ago** 225:3
**agree** 180:7 239:11
    315:3
**agreed** 316:5
**agrees** 316:8
**ahead** 209:25
**AIG** 266:7,19
    269:16
**air** 248:9
**allegations** 262:3
**alleged** 312:16
**allegedly** 251:4
    258:2,25 260:9,15
**allow** 286:7 301:12
**alter** 197:7 293:20
    293:24
**alteration** 294:14
    294:15,16,21
    295:2
**altered** 293:16
    295:17
**alternate** 216:18
**alters** 188:11 197:9
**altogether** 276:7
**ambiguous** 294:9
**AMF** 219:18
**amount** 267:20,23
    267:24 268:20
    269:23
**amounts** 266:24
**analyses** 284:19
**analysis** 284:4,13
**and/or** 176:4
**Angela** 174:16
    181:23 182:14,22
    183:6,13,16
**announcing** 229:15
**answer** 175:16
    180:6 181:20
    182:8,12 183:2,5
    186:20 187:9

**211:8,11 274:25**
    275:3 286:11
**192:15 195:21**
    200:2 201:3,19
    204:9 209:11,23
    210:5 217:10,13
    217:21 220:11
    221:9,10 223:8,16
    223:24 224:3
    231:17 239:8
    249:3,6,13,21
    252:21 253:4,5,17
    255:4,15 256:13
    257:7,13,15 262:6
    262:12,16 263:20
    265:2 269:25
    272:16 274:23
    275:6 285:19
    287:17 303:13
    306:22 308:5,24
    309:6 310:16
    311:9,11,23,24,24
    312:2,11,23 314:4
**answered** 223:7,17
    255:25 256:3
    257:12 285:18
    312:10 318:10
**answering** 254:10
    256:16 309:9
**answers** 284:17
    318:11
**anybody** 190:21
    197:3 269:8
**anyway** 199:5
**apart** 202:4
**appear** 203:15
**appearance** 203:11
    295:20
**appeared** 275:11
**appears** 226:11
    227:4 242:7 244:2
**appendices** 208:13
**applicable** 266:21
    267:17 268:2
**application** 270:15
    270:18
**applied** 267:7
**applies** 273:3
**apply** 218:14

**246:17 267:3,6**
    269:21 270:5
**appoint** 181:4
**appointed** 250:19
**appointing** 181:9
**appointment**
    174:16 177:21,22
    177:23
**approve** 208:20
    209:8,20
**approves** 208:5,17
**approving** 181:10
    207:22,25
**approximately**
    276:3,22
**area** 311:6
**areas** 211:20
    316:23
**arises** 185:2
**arose** 209:4
**Article** 232:4
**aside** 203:18
    236:23 278:12,13
    281:23
**asked** 190:17
    205:22,22 216:24
    223:7 225:3
    241:18 256:21
    257:10 274:16
    278:16 285:18
    287:25 299:21,25
    300:3 312:10
    318:9
**asking** 192:6
    195:24 199:5
    200:8 201:17
    212:21 220:13
    242:16 249:23
    254:12,15 260:23
    263:8 273:5,13,15
    275:10,10,21
    276:16 277:4,5,8
    283:18 284:9
    285:6,23 312:21
    314:7
**asks** 178:13
**aspect** 296:18

**297:14 298:13**
    299:2
**assembly** 207:20
**assist** 293:5
**assistance** 210:21
    211:8 299:17
**associate** 178:7,8
    178:15,17
**association** 174:25
**assume** 291:17,20
**assumed** 257:2,4
**assuming** 180:4
    293:12 294:18
**attached** 208:13
**attempted** 277:18
**attend** 222:18
**attention** 242:13
**attest** 301:19
**attorney** 261:19
    315:18
**attorneys** 228:9
    252:23 253:17
    256:24 257:5
    268:9 272:21,23
    279:14 280:2
    283:24 284:5,14
    284:20
**attorney-client**
    261:18 262:14
    263:6 272:11
**auditor** 207:23
    208:14,24
**auditors** 177:21
    181:4,10
**Audree** 213:7,11
    275:25
**automatically**
    257:2
**available** 268:18
    307:14,18
**Avenue** 170:11
    171:7,16
**Average** 234:7,17
**avoid** 203:7
**avoidance** 316:14
**await** 316:12
**aware** 225:3 240:11

240:14 274:11
286:22 287:3
297:12,17 304:18
**a.m** 170:6

---

**B**

**back** 198:25 217:15
217:17 224:11
225:2 230:19
231:24,25 238:19
240:3 241:10,12
258:17 287:9
288:2 305:11,16
310:15,18 313:3
**bad** 285:8 286:11
**Bar** 210:7
**Barry** 229:23
301:22
**base** 293:2 298:12
**based** 198:6 199:17
289:7 303:7
**bases** 263:8,11
**basis** 208:21 239:3
249:14 254:13
262:18,24 297:3
306:18
**Bates** 226:8,24
227:3 237:11
242:6,14 247:3
**BC** 169:10 171:13
172:5 185:23
255:23 269:13
**bearing** 197:21
225:25 237:5
241:24 246:23
290:21 293:22
319:10,13,17,20
319:23 320:6
**beautiful** 203:11,16
**begins** 229:20
**behalf** 180:21
189:16 190:8,12
214:23 280:4
282:17 300:6
309:7 311:9 316:7
**believe** 280:12
**belongs** 207:18

**best** 248:3
**better** 217:8
**beyond** 201:10
308:15
**bit** 180:8 240:7
270:25
**black** 230:25
243:25
**blood** 321:17
**board** 174:17 176:7
176:10,14,17,18
176:20,24 177:2,7
177:10,16,24,25
178:2,3,9,10,14
179:2,6,9 183:20
184:2 206:13,21
206:24
**board's** 177:12
**body** 183:8,9,10,24
**Boissy** 176:10
179:5,12 183:11
183:12 206:18
207:3 210:15
211:5,10 260:22
260:25 261:8
271:11 277:23
**bonding** 228:25
234:21 235:4
**bottom** 203:9
227:20 228:12,19
229:20,21,22,24
230:21,22 231:25
242:15 243:16
244:16
**Boulevard** 172:16
**break** 201:5 203:22
203:24 225:16
270:20 310:3,12
314:20
**breaks** 226:22
**brief** 203:25 270:22
310:13
**broad** 187:2 189:22
192:11 274:5
278:4,8 301:3
311:15 314:17
**broader** 262:11

**broke** 173:25
**broker** 266:23
267:10
**bulk** 245:6
**bullet** 230:2
**Buquen** 179:13
**business** 185:6,9,20
185:23 186:2,5
195:8,9 199:24
210:24 212:7,9
214:13 220:18,24
221:23 262:23
265:22 266:3
301:4,17 303:15
308:9
**buyer** 303:6
**bylaw** 180:25
**bylaws** 180:24,25
181:3 204:20,21
205:18,21,23,24
205:25 206:7
207:22
**by-laws** 174:6,12
177:13,20 178:6
178:12 181:9
205:13
**B-A-C-K** 235:15
**B-U-Q-U-E-N**
179:16

---

**C**

**C** 171:2 172:2
318:2 321:2,2
**call** 174:19 176:3
184:13
**called** 174:10 212:6
285:20 307:2
**calling** 209:22
261:17 264:23
**calls** 186:12 272:10
288:22 311:5
**capacity** 193:17
208:19 282:25
**careful** 217:5
**Caroline** 171:15
198:10
**carried** 220:20

222:12 284:19
**carry** 222:4
**case** 169:8 189:24
190:7 194:4,24
209:17 212:21
223:10 232:12
256:6 257:2
258:13 261:13
263:16,17 264:19
265:12,16,17
266:10,12,15,18
266:21 267:3,6
268:9 269:12
270:3 276:12
277:25 278:11
283:16 286:13,20
286:25 287:6,23
292:21 293:17
295:18 297:9
298:7 299:4,19
300:9,12 302:15
303:2,11,22 305:4
312:8 322:3
**categorization**
181:7
**categorized** 181:6
**cause** 251:25
285:16 286:4
**caused** 253:12
255:19 284:25
294:17
**CBS** 213:6
**CD** 175:2
**CEO** 221:15,25
**certain** 176:21,22
176:25 177:16,19
191:14 267:8
271:10,16
**certainly** 201:9
**certainty** 270:2
**certificate** 237:14
**certification**
226:15,24
**Certified** 170:13
321:7
**certify** 318:5 321:9
321:15

**CFT** 185:17,20
199:23 200:3
211:15,16 229:14
267:17 268:5,11
268:15
**chain** 241:24
246:23 319:19,22
**challenges** 221:4,7
**Chan** 174:16
181:23 182:14,22
183:6,13,16
**chance** 199:10
227:9
**change** 209:9
252:18 253:2,12
255:19 322:5
**changed** 244:19,23
259:10,14,19,23
**changes** 177:20
178:11 205:25
208:22
**changing** 254:13
295:19
**channels** 196:21,21
196:24 221:13
**characterization**
210:3
**charge** 211:18
271:18
**Chargeurs** 169:9
170:9 171:12
172:4 174:6,12,22
175:3,8,9 176:8,9
176:10,20 178:22
179:4,4,8,11,12
179:18,19,22,23
179:25 180:2,12
180:15,17,22
181:11,11,14,16
181:22 182:3,4,15
182:21,23 183:7
183:10,11,12,12
184:20,22 185:10
185:12 192:4
193:2,4 194:2,19
194:22 197:6,8,13
197:19,20 199:23

200:3,5 204:24
205:3,5,9,14,17
205:25 206:8,16
206:17,18 207:2,2
207:8,9,11,13,14
208:16,18 209:8
209:19 210:12,14
210:14,15,18,18
210:20,22 211:5
211:10,13,19,22
211:23 212:2,3,4
212:6,7,8,9,17,22
212:23 213:2,4,18
213:22,25 214:8
214:10,15,22,25
216:17 217:22
219:4,15,22,23
220:4,17,24 221:2
222:10,22 225:21
225:23 228:8
237:2 241:18,23
246:22 250:4,12
250:15,16,18,25
251:6,18,23,24
252:5,6,7 256:8
257:23 258:8
259:8 260:13,18
260:20,22,24,25
261:4,7,8,11
262:2,18,21,25
263:9,11,13,21
264:3,8,11,16,18
264:18 265:10,11
265:14 266:3,6,13
266:18 267:14,19
267:21 268:2,3,8
268:13,15,24
269:9 271:3,9,11
272:21,23 274:6,7
274:9,10 275:16
276:13 277:17,22
277:23,23 278:18
278:20,25 279:5,6
279:9,13,25 280:4
282:18 283:20
284:2,12,24 285:3
285:14,20,25,25

286:6,10,12,14,16
286:19,24 287:5
287:15,20,22
288:12,18,24
289:5,10 290:19
293:15,16 295:17
295:22 296:2
297:6,12,17 298:8
298:14,17,18,23
299:10,11,15
300:6,14 303:4,18
303:19,24 304:2
304:10,13,21,23
304:24 305:2,4
306:14,21 307:3,6
307:11,14,19,21
308:8,17 309:7,12
309:14,21,23
310:25 311:9
312:25 313:16
314:22 315:2,6
316:10,20 319:8
320:4 322:3
**Chargeurs's**
264:14 309:13
315:15
**chart** 229:8,10,13
232:2 238:4
239:12 245:19
**check** 174:11
**checked** 174:5
**Checker** 233:11
**chemical** 295:20
**China** 301:13
**Chinese** 226:12,17
237:13 291:10
300:24
**Civ** 169:8
**civil** 266:23 267:7
280:14
**claim** 267:11 268:4
268:10 283:15
284:24 285:14
286:11,15 289:4
310:23
**claiming** 261:13
262:20 263:3

**claims** 251:2
**clarification** 264:6
304:8
**clarify** 178:3
278:16
**clear** 215:5 217:4
286:10 308:23
**clearly** 182:12
217:13 222:5
**clerk** 208:7
**client** 252:23
**clients** 195:6
**closely** 220:14
**CLOTHING** 169:5
**cmorgan@foxrot...**
171:19
**coating** 246:17
**code** 294:22
**coding** 293:2
**collect** 271:3
**collecting** 271:16
279:16 280:4
**collectively** 269:17
269:21
**colloquy** 216:2,7,11
**column** 232:4,14
232:24 233:15,17
234:6 235:3
245:20,21 293:7
**columns** 233:9,24
234:8,20 236:9,16
239:15
**come** 224:11
272:13,15
**comes** 240:12
291:16
**comment** 199:16
216:21 280:17
**commercial** 184:24
185:8 200:4
312:18 313:11,18
314:16
**COMMISSION**
322:24
**commit** 177:15
**committee** 222:13
222:23

**committees** 222:21
**communicate**
218:2,5 221:18
**communicated**
221:12
**communicates**
219:5,15 221:3
**communication**
272:11 288:25
289:6,11,13
**communications**
255:5 261:19
262:15 263:7
287:21 289:8
309:18
**companies** 178:23
181:5 182:18
185:6,11,19
196:25 205:8
206:9 211:16
255:23 256:8,19
261:2,10 265:13
266:2 269:16
279:18,19 288:24
298:23 307:7,9
**company** 177:18
177:20,23 178:16
178:18,20 180:11
180:15,19,21,22
181:25 184:10,16
193:2,7,13,16
196:20 207:7
208:2 209:13
220:4 260:16,19
291:18 298:21,25
298:25 299:25
300:7 304:4
**compare** 198:19
257:25
**competence** 219:25
229:18
**complained** 228:24
232:11 257:19
258:4,24 259:5
261:6
**complaint** 258:13
260:4,14 262:3

**complete** 308:12
318:8
**completely** 216:11
283:7
**composition**
295:21
**compound** 201:3
**comprised** 183:11
206:25
**comprising** 212:14
**conception** 297:23
**concern** 207:15
307:6
**concerned** 230:9
264:19 265:11,15
265:18,21,24
**concerning** 174:16
186:16 199:17
206:12,14 209:2
220:23,23 308:9
309:22 312:2,15
314:25
**concerns** 303:15
**concluded** 315:23
**conclusion** 209:23
264:24
**conditions** 176:22
270:4,14
**conducts** 239:2
**conduit** 273:9
**confirm** 248:4
297:7 298:14
**confirmed** 175:6
**confusing** 285:9
**confusion** 255:22
256:14
**Connecticut**
172:17
**connection** 250:6
250:12 252:11
266:14 271:4
**consequence**
275:12
**consider** 263:13
**considered** 196:17
**consist** 174:4
**consistent** 217:6

consult 177:15
    178:9,14
consultation
    313:17
consulted 313:22
contact 276:14,14
contain 307:11,15
contains 191:13
    202:22 311:16
content 273:16
context 184:12
    185:15 186:8,23
    187:20 191:11
    192:3,17,18
    194:14 196:16
    211:25 212:2,5
    213:20 230:17
    245:16 256:15,20
    276:13 292:12
    296:24 297:4
    311:15 312:18
    313:10,19,21
    314:16,18
continue 225:19
    315:7
continued 169:16
    170:8 204:3 240:2
    270:24 289:20
    310:20 314:25
    315:8,25 316:11
    316:16
contract 184:23
    185:3,7 204:8,8
    205:3,5 210:13,17
    211:4 212:3
contracts 206:16
    210:11 301:19
    306:19
control 224:7 225:5
    225:10 229:16
    259:24 307:22
convenient 316:2
conversation
    186:21 252:22
    253:23
conversations
    175:13 186:13

253:9,16,19 254:4
    254:16,25
corner 282:10
corporate 181:6
    208:3,9 211:2
    282:17,19,21,22
    283:20 285:24
correct 173:20,21
    178:24 179:10,23
    199:24 207:11
    211:11 228:5
    232:12 240:5
    243:25 247:17
    250:7,9 251:15
    252:14 269:7
    271:12 275:23
    279:3,7,11,12
    282:18 284:21
    291:10 293:24
    301:5 317:2,4
    318:9,13
corresponding
    315:17
corresponds
    296:14
cost 315:10
costs 268:19
counsel 186:14,21
    216:18 252:11,19
    253:3 254:4,16
    255:2,5 272:15
    273:4 274:8 289:8
    315:14 316:24
counsel's 273:10
    274:25
COUNTY 321:5
course 191:20
    204:5
court 169:2 196:5,8
    208:7,15 305:11
cover 210:19
covered 269:14
    270:13,14
covering 304:22
    307:17
create 192:22
created 191:20

192:23
creates 191:24
crisp 201:21
Cross-Notice
    316:19
culture 217:24
current 316:3
currently 179:3
    213:6
customer 228:24
    245:21 246:2,9
customers 223:6
    224:19
cuts 248:15
cutting 295:20
C'td 172:2 320:2

**D**

D 171:6 245:20
    318:2 319:2 320:2
daily 237:3,21
    238:3 239:2,3,6
    319:16
damage 269:15
damages 261:12
    262:20 263:2
dash 235:15
data 191:7,8,12,19
    191:24 192:22
    239:15,16 290:17
    290:20 292:2
    320:5
date 197:24 226:3
    232:15 237:7
    242:3 246:25
    269:6 286:6
    290:23 308:9
    312:13 316:2
    322:3
dated 290:20 315:4
    315:12 316:18
    320:6
dates 232:15,16,19
    316:10
day 318:19 321:20
    322:21
days 283:12 316:25

de 169:9,10,11
    171:12,13 172:4,5
    237:17
dealings 177:3
deals 176:21
    299:12
dealt 209:6
Dear 243:24 245:4
    248:8
decentralized
    219:24
decision 178:7,15
    196:9 207:5
    221:20 298:2
decisions 176:25
    177:2 178:4,4
    206:13,14,19,20
    207:13,15,16,17
    207:18,21 214:19
    220:7,23,24,25
declared 266:18
    269:15
deducted 268:20
deductible 267:13
    267:23,24 268:4,9
    268:16
Defait 169:17
    170:9 173:8,16,23
    174:1 175:1 176:1
    177:1 178:1 179:1
    180:1 181:1 182:1
    183:1 184:1 185:1
    186:1 187:1,10
    188:1 189:1 190:1
    191:1 192:1 193:1
    194:1 195:1 196:1
    196:12 197:1
    198:1 199:1,7
    200:1 201:1 202:1
    203:1,2,19 204:1
    204:4 205:1 206:1
    206:5 207:1 208:1
    209:1 210:1,3
    211:1 212:1 213:1
    214:1 215:1 216:1
    217:1 218:1 219:1
    220:1,13 221:1

222:1 223:1 224:1
    225:1,17 226:1,4
    227:1,10 228:1
    229:1 230:1 231:1
    231:4,9 232:1
    233:1 234:1 235:1
    236:1 237:1,15
    238:1,14 239:1
    240:1,3,5 241:1
    242:1,4,17 243:1
    244:1,20 245:1
    246:1 247:1,3
    248:1,18 249:1
    250:1 251:1 252:1
    253:1 254:1 255:1
    255:8 256:1 257:1
    258:1 259:1 260:1
    261:1 262:1 263:1
    264:1 265:1 266:1
    267:1 268:1 269:1
    270:1 271:1,2,21
    272:1 273:1,22
    274:1 275:1,8
    276:1 277:1 278:1
    278:17 279:1
    280:1,9,19 281:1
    281:6 282:1 283:1
    284:1 285:1 286:1
    287:1 288:1 289:1
    290:1 291:1 292:1
    293:1 294:1 295:1
    296:1 297:1 298:1
    299:1 300:1 301:1
    302:1 303:1 304:1
    305:1 306:1 307:1
    308:1 309:1 310:1
    311:1,8 312:1,23
    313:1 314:1,3
    315:1 316:1 317:1
    318:4,16 319:5
    321:10 322:4,20
defect 248:13 249:2
    265:7
defective 196:17
    251:4,10 257:18
    258:2,25 260:9,15
    263:15,18,22

264:5,10,13
312:16
**defects** 248:21
249:12
**defendants** 169:14
171:12 172:4,13
269:11,22 270:10
**defense** 268:19
**defenses** 262:2
**defer** 176:24 177:7
**deferred** 178:5
**deffect** 248:13
**define** 211:16
213:22,25 297:21
**defined** 181:2
182:12
**defines** 214:6
**defining** 221:22
**definition** 202:8
**degree** 228:25
270:2
**deliver** 263:14
264:4 267:22
**delivered** 263:22
264:3 296:9,12,14
296:21
**delivery** 266:24
267:25
**Delplanque** 271:22
272:7,19,24
273:25 274:12,16
274:21 275:18
277:10 279:14
280:2
**demonstrated**
216:12,19
**depend** 314:18
**depends** 270:3
**deposed** 282:24
**deposition** 169:17
170:8 173:24
186:19 191:21
204:6,16,16,25
205:11 224:15,19
224:24 225:11
227:17 247:9
256:16 261:24

280:11 281:16,21
281:24 282:3
283:5,9 301:23
308:3 311:14
312:23 314:3
315:2,5,8,25
316:11,16,19,25
318:7,11 321:11
321:12 322:3
**description** 244:3
319:8 320:4
**design** 297:18,21
297:22,24 298:5
298:16,19,22
299:3,13
**designation** 234:12
240:17 244:4
**designations**
240:13
**designed** 218:6
**designee** 282:17,20
282:22
**determine** 231:16
251:7
**determines** 208:24
**determining**
268:17
**develop** 217:25
**development**
210:24,24
**Diamond** 229:23
242:21 243:11,18
244:17
**Diamond's** 230:21
301:23
**DICKER** 172:14
**difference** 246:8
284:15
**different** 182:11
188:25 198:23
202:11 206:21
234:18 240:13
241:7,20 254:19
254:21 255:23
256:13 267:20
270:17
**difficult** 269:25

270:6
**direct** 175:16 195:5
223:6 224:18
251:23 252:5,21
262:15 274:22
287:19 288:22
**directing** 242:13
255:2
**direction** 214:11
**directly** 195:3,19
196:19 288:18
303:22 304:12,15
**director** 180:19
**disclose** 254:25
262:14 263:6
274:24
**disclosing** 175:12
255:4 273:17
**discuss** 186:13
222:10 229:17,18
252:8
**discussed** 206:25
222:7 271:23
283:24
**discussion** 176:7
213:21 239:21
281:2 289:17
295:8,11
**discussions** 175:18
253:7
**dismissed** 260:17
260:21
**distinct** 182:10
215:15
**distribute** 187:17
188:7 191:2
193:12,20
**distributed** 187:21
187:22,24 190:7
190:11 193:23
195:15
**distributes** 188:12
189:15 191:25
193:17 194:8
197:10,15
**distributing** 189:11
194:3,23

**distribution** 196:22
196:24
**distributor** 187:12
194:12,15,18,19
195:17
**distributors** 195:2
**DISTRICT** 169:2,3
**division** 185:20
212:20 214:4,5,18
218:13 220:22
221:25 222:11
267:18 268:5,11
**divisions** 200:5
212:17,18 214:14
218:3 219:6,16
220:6,18 221:5,16
221:21 307:2
**division's** 214:2
**document** 198:17
199:2,8,11,19
200:9 201:25
202:5 203:14
218:6,19,21,22,25
219:6,13 222:3
225:24 226:5,9
227:5,8,13,16
228:8,9 237:3,10
238:10,17,21
242:12,17 247:3,5
247:6 266:22
291:2,3,5,9,14,15
291:18 292:19,25
293:10 301:25
302:2,8,11 303:14
304:13 319:12,15
**documents** 204:15
204:18 205:10,17
206:3,9,11,12,14
271:4,10,16 272:8
274:12 276:9,17
276:23 277:3,6,9
277:17,24 278:4,5
278:6,10,18,21,23
279:2,6,10,16
280:4 281:12,16
281:20,24,25
297:3,11 300:11

301:14 302:21
303:7 306:20,21
309:11,15
**doing** 173:18
266:17 271:18
**domain** 219:25
**Dong** 229:22
230:23 242:21
243:4 247:14
248:23
**Dongqing** 227:25
**doubt** 316:14
**driving** 180:10
**due** 256:14,15
**duly** 173:4,10
321:12
**D'Angelo** 171:6
173:15 175:21
177:11 184:4
186:17 187:3,5
189:19,25 190:3
191:3 193:5
195:22 196:3,10
197:18 198:8,14
199:3 201:4
202:20 203:23
204:3 209:24
215:16,25 216:6,9
217:2,14 219:10
220:10,15 225:20
226:6,20 227:3
229:4,7 232:6
236:24 237:8
239:19 240:2
242:5 246:20
249:22 252:24
253:5,18,22 254:2
254:7,17 257:8
258:19 261:22
270:21,24 273:5
273:19 279:21
280:8,18,23 295:4
317:7 319:5
**D-E-F-F-E-C-T**
248:14
**D-E-L-P-L-A-N-...**
272:5

**E**

E 171:2,2 172:2,2
  245:21 318:2,2,2
  319:2 320:2 321:2
  321:2
earlier 194:11
  206:25 210:10
  214:25 232:2
  240:7 265:9
  269:21 277:16
  278:17 299:21
  308:21
EDELMAN 172:14
Effectively 284:9
effort 226:21
efforts 271:2
  278:22
either 251:18
  313:20
element 264:12
  265:3,6
elements 286:7
elicited 315:17
  316:24
ELSER 172:14
EMAIL 171:10,19
  172:11,19
Emanuel 227:24
employees 213:4
encompass 177:2
engage 223:3
engaged 182:22
English 226:11
  237:11 291:10
entire 216:7,10
  220:11 260:12
entirely 232:21
  245:13
entities 179:8
  182:10 297:13
  300:25 305:6
  306:16,20 308:19
  312:7
entitled 237:3
  316:19 319:16
entity 179:19
  212:10 298:18

299:11,16,22
300:13,21,25
301:2,6 302:7,24
303:10,10 304:19
304:20 307:4
311:3
Entoilage 174:6,12
  176:8,20 178:22
  179:8,18,23 180:2
  180:17 181:12,17
  182:4,23 183:7
  193:4 204:24
  205:3,5,10,14,17
  206:2,8,17 207:8
  207:10,14 208:18
  210:12,14,18,22
  211:22 212:4,6,8
  212:22 251:24
  257:23 258:8
  259:8 279:6
environmental
  211:2
equatable 265:24
equivalent 217:8
Eric 172:15,22
  173:2 183:18
  189:20 191:4
  282:8 316:6
eric.niederer@w...
  172:19
ERRATA 322:2
ESQ 171:6,15
  172:9,15
essentially 264:15
estimate 276:25
euro 267:5 269:20
  269:23 270:9
euros 267:2,11,18
event 175:8 270:5
events 261:6
Everybody 222:20
evidence 180:5
exact 174:9,14
  247:24 296:10
exactitude 272:18
exactly 240:18
  296:8,14

**EXAMINATION**
  173:14 281:4
  282:6 319:4
examine 257:17
examined 173:12
example 176:23
  177:17 178:11
  181:3 198:4
  202:17,18 212:22
  251:8 295:3
  298:11
examples 177:5
excellence 214:17
  215:20,22 217:23
  218:4,18 219:5,16
exception 211:21
exceptions 267:4
exchange 301:17
exchanged 278:11
  279:16 280:5
exchanges 231:13
excuse 174:19
  194:6 216:9 243:4
  245:20 253:25
  272:13
executive 222:12
  222:21,23
exhibit 197:19,20
  200:7,12 219:9,17
  225:21,23 226:8
  226:11,18 227:5
  227:19 228:18
  237:2,9,16 238:14
  239:12 241:23
  242:6,8,15 243:17
  244:16 246:20,22
  261:23 281:9
  290:17,19 295:25
  301:23 302:17
  319:9,12,15,19,22
  320:5
exhibits 280:19
  281:19 319:8
  320:4
exist 309:17
existing 306:18
experience 216:13

216:19
expertise 216:13
EXPIRES 322:24
explain 294:11
expresses 222:4
extent 186:12
  192:15 199:15
  209:22 253:15
  254:3,22,24
  261:17 264:24
  272:10 289:5
  306:9 307:25
  308:18 309:5
  311:8 312:21,24
  314:4,8
extremely 180:5
e-mail 227:23,24
  229:12,14,15,22
  230:2,15 231:13
  241:24 242:20,22
  243:14,17,23
  244:12,16 245:3
  245:15,18 246:22
  247:12,14 248:6
  248:23,25 249:14
  275:19,19,21
  276:4,5 277:9,21
  319:19,22
e-mails 275:5,10,15
  277:5,14 278:13
  288:22 309:19

**F**

F 321:2
Fabre-Hoffmeister
  179:12 275:25
fabric 191:15
fact 182:9 194:13
  195:4 218:8 221:4
  229:10 238:25
  240:11 244:22
  256:4,15
factory 296:13
  301:10
facts 197:2 261:25
  283:25 284:3,11
  284:18 286:2

factual 263:8,10
fair 249:18 283:6
  284:5 285:11
  289:23 291:21
  311:21 312:8
fairly 242:8
familiar 184:9
  192:25 248:10
far 211:9 246:9
  251:7 261:2,9
Fashion 200:3
  299:11
fdangelo@loeb.c...
  171:10
February 259:12
  259:17,21,25
  260:10
Federal 280:13
feel 200:20
fees 268:19
fifth 232:24
figure 230:9 267:5
  269:20
file 297:11
filed 219:7
files 205:24 208:6
filing 219:17
final 228:23 296:9
  296:11,21
financial 211:7
  212:15 307:5,6,10
financing 208:11
find 256:10 277:24
  283:23 292:17
finding 278:3
fine 175:22 184:15
  291:4,23 293:8
  306:5,7
finish 218:9,10
finished 221:11
  281:11
firm 250:5,5,11
first 178:9,14
  195:12 198:5,9,12
  199:13 207:6
  208:14 219:11
  227:4,5 228:12

237:12 238:7,19
244:11,15 245:2
245:15 247:8,13
248:7,24 249:15
252:10 282:2
302:10
**Fitexin** 174:6,12
176:13,18,23,25
177:7,14,14
178:21 179:3
193:8,19 194:6
204:5,9,11,15,18
204:20,21 205:5
205:20,22 206:2,7
206:18 210:12,16
211:5,11 251:24
257:21 258:6
259:3 279:2
**five** 276:8
**five-minute** 203:24
**flip** 198:15 231:24
**flipping** 198:13
238:19
**Floor** 172:7
**folds** 201:22
**follow** 218:16,16,18
275:2
**followed** 226:12,14
232:5 235:5
237:12,14
**following** 228:22
266:24 314:24
315:7
**follows** 173:7,13
229:9
**follow-up** 285:13
315:21
**forced** 261:5
**forget** 310:6,11
**form** 180:4 181:20
182:8 183:2,5
186:12 188:14
189:7,12,17
192:15 195:21
199:15 200:2
201:3 209:11
215:10 226:10,14

239:8 249:6,21
252:21 254:13
257:7,9 261:17
263:20 264:23
294:5 303:13
314:2
**formally** 256:6
**format** 225:24
319:13
**formulated** 211:22
**forth** 313:4 321:11
**forwarded** 228:13
**found** 270:6 309:16
**four** 199:24 222:25
**fourth** 242:15
**Fox** 171:14 172:6
250:9,13,16,19,24
251:14,17,22
252:4 253:9,16
273:24
**Fran** 230:6
**France** 314:14
**Francesco** 213:7,13
**Francis** 205:2
**Francois** 174:10
204:7
**Frank** 171:6
175:19 226:16
270:19
**Frankly** 292:10
**free** 181:24 218:13
221:21
**Freeman** 169:5
184:12 185:15
186:8 187:23,25
188:9,13,18,22
189:6 190:8,12,19
194:14 195:11,15
195:19 196:18
230:3 231:7
232:11 251:3,11
252:8 257:19
258:4,24 259:5
260:4,8,14 261:6
261:9,13 262:20
262:23 263:3,15
264:15 265:10,23

266:4 276:11,15
276:19 277:7,11
278:11 279:17
280:6 285:2,17
286:5,12,18,24
287:4,17,22
288:14,20 289:2,7
289:12 296:10,12
296:15,21,25
299:6,14 309:20
310:23 312:16
314:23 322:3
**Freeman's** 258:12
315:18
**French** 172:22
173:3 180:25
181:5 209:5 210:8
216:13,15,22
217:8
**Fribourg** 275:24
**front** 303:8
**full** 198:5
**function** 181:2
200:12,19,23
201:6 203:3,10,14
219:22,23
**functions** 183:17
201:8,12
**further** 194:16
267:12 280:9
282:5 304:8
321:15
**fusible** 191:7,15
**fusing** 191:14
**F-R-A-N-C-E-S-...**
213:13

**G**

**G** 318:2
**garment** 200:20,22
201:7,10,16,21
202:5,15 203:15
**gather** 278:22
**gathered** 275:5
**general** 180:8,18
180:19 201:17,19
207:20 221:4,17

309:18
**generated** 208:17
238:21,23 239:16
**generates** 239:2
**gestured** 202:21
**getting** 225:2
278:13
**give** 177:5 249:13
263:10 274:20
**given** 212:19 217:7
221:20 266:22
318:12 321:13
**global** 213:22
214:2 215:23,24
216:4,23
**glue** 235:4,13 290:2
**glue-line** 293:4
**go** 196:12 198:25
209:25 239:19
259:15 261:3,10
262:6 280:23
289:15 295:6
314:19
**goes** 294:25
**going** 184:13
198:21 199:4
203:20 217:20
218:14,15 225:14
225:17 258:19
274:22 280:10
295:14 310:5,10
313:3,13
**good** 173:16 227:6
282:8 291:4
**goods** 194:8 195:3
195:11 211:14
**gotten** 288:16
**governed** 180:24
**great** 285:12
**group** 185:12
213:12 219:23
233:23 252:6,7
260:13,16,20
261:5 265:14
266:3 274:10
275:16 298:18
307:3

**grouped** 236:9,16
**guess** 214:24 231:8
264:8 276:16
292:13
**Gui** 227:25 229:22
230:22 242:21,22
243:2,3,4,5
247:14 248:7,23
**guidance** 214:11
**guideline** 219:20
219:20
**guides** 180:15
**G/CM** 235:13
**G/M2** 293:3

**H**

**halfway** 229:25
**hand** 200:20
210:15,16 321:20
**handed** 238:11
**handing** 182:15
**handles** 298:19
**happen** 209:17
**happened** 181:16
182:19 251:7
258:12
**happens** 209:19
**hard** 256:10
**harm** 284:25
285:16 286:4
294:17,19
**head** 213:11 214:12
272:2 275:7
**heading** 202:23
236:17
**heads** 221:15,25
222:11
**hear** 288:10
**heard** 184:11
185:13 191:6,9
195:12
**Heat** 236:10
**held** 170:9 239:22
281:3 289:18
295:9
**help** 175:10 203:7
211:23 212:8,18

254:10
**helped** 297:18
**hereinbefore**
321:11
**hereunto** 321:20
**HEUBERGER**
172:22 173:2
**HF** 230:7
**Hi** 230:23 244:18
**Hickey** 169:5
184:12 185:15
186:8 187:22,25
188:8,13,18,22
189:6 190:7,12,19
194:14 195:11,15
195:19 196:18
230:3 231:7
232:11 251:2,11
252:7 257:19
258:4,12,24 259:5
260:4,8,14 261:6
261:9,13 262:20
262:23 263:2,15
264:15 265:10,23
266:4 276:11,15
276:19 277:6,11
278:11 279:17
280:5 285:2,16
286:4,12,18,23
287:4,16,21
288:14,20 289:2,7
289:12 296:10,12
296:15,21,25
299:6,14 309:20
310:22 312:16
314:23 315:18
322:3
**high** 229:2
**highly** 210:8
**hired** 250:5,16
256:24
**historic** 304:18
**HK** 193:2 194:2,19
194:23 197:6,9,14
241:19
**holding** 220:4
237:16

**Hong** 299:22 300:7
300:13,21,25
301:6,12,18 302:6
302:9,24 303:5,5
303:10,16,18,23
304:2,5,15,16,20
304:23 305:2,6
306:16,20 307:4
307:10,16 308:10
309:24 311:2,20
312:7,15
**Hongyun** 229:14
**hour** 203:21 225:14
**hours** 175:25
315:24
**Hugo** 213:8,14
**human** 210:23
314:9
**hundred** 179:18
**Huss** 247:14,16
**hypothetical**
177:10 182:20
**H-U-G-O** 213:15

---

**I**
**idea** 188:15 202:6
202:11,14,25
232:18 233:13,18
233:20 234:3,24
235:9,18,21 244:8
245:10 246:4,7
283:5
**identification**
197:23 226:2
237:6 242:3
246:25 273:6
290:22
**identify** 273:7
274:14
**identity** 273:18
**II** 169:18
**image** 202:17
**impacts** 186:21
**imply** 267:2
**important** 213:21
285:10 305:20
306:10

**impossible** 248:15
**impressions** 284:4
284:13
**improper** 216:11
216:20 284:25
286:3
**include** 298:11
315:13
**includes** 289:12
**including** 245:7
261:19 272:12,14
295:19 297:25
**independent**
186:15 211:19
214:5 218:14
221:22 237:25
**indicate** 210:6
264:12 303:17
**indicated** 267:11
**indicates** 227:24
228:13 232:19
291:17
**individual** 282:25
314:3
**individuals** 179:7
195:25 273:9
277:15 288:23
**individual's** 275:4
**information** 181:23
181:24 182:5,15
190:14 234:11
236:3,5 239:14
269:5 272:17
284:11 291:25
292:19 295:23
297:10 299:17
307:7,12,13,15,21
308:2,9 309:22
314:8
**initial** 249:8,10
255:17 297:23
**inquire** 287:8
**inspect** 189:15
190:6,17
**inspection** 248:9
**Inspector** 233:10
**inspects** 189:4

**instance** 215:13
**instruct** 272:16
**instructing** 273:7
308:23
**instruction** 255:8
255:13,16 273:2,4
273:16 306:8
**instructions** 272:12
272:14,23 273:10
273:25 274:11,20
**insurance** 266:7,9
266:14,23 278:13
**insurer** 250:17
**intentionally** 241:6
**interested** 273:23
321:18
**interfere** 220:5
**interferes** 220:25
**interlining** 184:10
188:5,8,12,17,21
189:2,5,10,15
190:6,11,18 191:7
191:15,24 192:22
193:2,4,5,24
194:2,4,19,22,24
195:19 197:6,7,9
197:9,14,15
200:12,19,24
201:6,9,13 202:24
203:4,7,11,15
224:8 225:6,10
231:7,19,20,21,22
232:10,19 239:6
240:8,12,20,25
241:19,20 246:17
248:21 249:12
251:4,9,9,10
257:18 258:2,3,13
258:25 259:6,11
259:16 260:10,16
286:13,19,24
287:5,22 290:13
293:17 295:18
297:8 298:20,22
299:3,6,8,9,13,18
300:9 302:23,25
303:4,11 304:2,23

305:2 309:24
312:8
**intermediary**
196:20 304:4,16
**internal** 177:4,6
181:17 221:3,6,13
306:24
**international**
174:24
**interpret** 217:20
305:22
**interpretation**
216:18 306:11
**interpreter** 172:22
173:3 183:21,25
184:8 193:3
196:15 215:4,7,12
215:18 216:3,15
216:16 217:3,19
217:20 218:9,10
222:14,15 229:6
249:25 255:9,14
263:24,25 282:19
287:7,10,12,13,25
288:4,11 290:5,6
290:15 292:10,11
293:6,8,18,19
294:3,8,11,20
295:12 304:6
305:7,8,12,18,21
305:23 306:4,6,9
306:13 308:13
315:10
**intervene** 211:20
214:9,22
**introducing** 229:13
**investigation**
181:15,18 251:2,5
251:20,25
**investments** 177:18
**invoice** 302:9 303:4
**invoices** 301:19
302:5,14 304:22
306:19
**involve** 275:14
**involved** 194:23
197:2 279:15

280:3 296:17
297:7,14 299:2
300:8 303:20
313:16
**involves** 238:9
**involving** 300:8
**irregularity** 208:25
209:18
**irrelevant** 186:22
**issue** 189:23 190:6
190:11,18 194:4
195:11 199:12
209:2 216:14
230:3 252:8 260:8
273:21 286:13,19
287:23 290:13
292:20 293:13,17
295:18 296:4
297:18 299:4,6,18
300:9,12 302:15
302:25 303:11,21
308:16 312:3
**issues** 187:4,8
305:4 313:21
**item** 203:9
**items** 177:9,11

**J**

**jackets** 200:16
**job** 169:25 211:25
**Joelle** 179:11
275:24
**John** 247:14 248:8
**judgment** 268:12
**June** 169:19 170:5
247:13 250:22
290:20 315:18
318:7 320:6
**jurisdiction** 183:8
207:17
**justify** 183:14

**K**

**K** 318:2
**keep** 225:17 256:10
280:10
**KES** 236:17
**kind** 181:15,17

182:4,22 203:7
307:12 313:23
**knew** 283:8,8
**know** 180:14 184:6
184:16,18 185:13
185:17,19,22,25
186:4 187:13,14
187:19 188:10,11
188:16,19,20,23
188:24 189:3,4,8
189:9,13,18 190:9
190:13,14,16
191:23 192:2,3,8
192:9,10,12,24
193:15,25 194:5
194:10,16,17,20
195:4,7,10 196:16
196:18,21,23
197:8,11,12,13,17
198:15 200:9
201:8,24 202:2,10
202:13 204:14
205:4,7 209:3,5
209:16 210:8
211:9 222:17,19
222:24 223:4,9,11
223:25 224:2,4
228:9 230:13
231:9,10,11,12,19
231:23 232:13,22
233:3,6 235:24
236:13,20 238:7
238:15,20,23,25
239:4,5,9 240:15
240:19,24 241:16
241:17,22 243:2,5
243:6,8,11,12,21
244:12,22,24,25
245:16,16 246:15
246:19 247:24,25
248:23,25 249:4
249:16,19 250:2
252:10,16 254:8
254:20 257:20,22
257:24 258:5,7,9
259:2,7,9,13,18
259:22 260:2,6,11

261:3,10 265:4
266:5 267:21
268:21,22,25
269:4,5 270:8,11
271:14 272:6,19
272:20,22 274:3
275:4,6,6,9,17
276:3,9,17,22
277:13 278:9
281:10 283:16
284:3,11 285:9
290:3,7,24 291:13
291:15,21 292:12
292:18 293:14
296:7,8,22 298:9
298:15 299:11
300:6,22 301:8,16
302:13,20 303:24
304:3,10,11,25
306:12 309:10
311:17 314:13
**knowing** 284:12
**knowledge** 175:11
186:15 203:6
212:15 229:17
238:2 248:3
252:16 274:19
278:15 286:3,17
287:20 288:15,21
288:25 289:6,10
292:8 293:16
295:16 296:3,11
299:16 301:9
303:20 305:5
306:15 308:17,18
309:10,11,14,14
309:18,21 310:22
310:25 311:13,19
312:5,14,17 313:9
313:24
**knowledgeable**
201:14
**known** 199:20
**knows** 192:4,7,9,11
192:13 197:12
**Kong** 299:22 300:7
300:13,21 301:2,6

301:12,18 302:6,9
302:24 303:5,6,10
303:16,18,23
304:2,5,15,17,20
304:24 305:2,6
306:16,20 307:4
307:10,16 308:10
309:24 311:3,20
312:7,15
**KPF** 169:9

**L**

**L** 318:2
**lab** 238:6
**label** 241:7,19
243:24 244:9,14
245:19,22 246:2,9
**labeled** 241:2,7
**laboratory** 237:4
237:22 238:4
319:17
**lack** 280:12
**LaFemina** 169:24
170:12 173:5,10
321:6,24
**Laffon** 213:8,15
**Lainiere** 237:17
**LAINIÉRE** 169:9
169:10,11 171:12
171:13 172:4,5
**language** 216:20
226:13 237:13
**large** 218:25 242:8
**law** 181:2,5 207:20
208:7 209:5 210:8
250:5,5,11 294:13
**lawsuit** 184:12
185:16 186:8
187:21 194:15
250:13 252:12
261:9 265:5 285:2
285:15 286:5
**lawyer** 174:9
209:25 210:4,7
252:17 256:5
257:3
**lawyers** 175:14,24

**lay** 264:25
**LDP** 291:14,17
**LDP000248-LDP...**
197:22 319:11
**LDP000249** 202:22
**LDP000650** 290:22
320:7
**LDP001846-LDP...**
246:24 319:24
**LDP003204** 237:5
237:11 319:18
**LDP003382** 225:25
226:9 319:14
**LDP0046** 247:4
**lead** 180:22
**learn** 194:13
283:25 297:2
**learned** 185:14
187:20 296:24
**led** 183:10
**left** 232:25 293:7
**left-hand** 232:3
**legal** 181:25 182:10
182:13,18 187:2,7
209:3,12,22 211:8
212:10 264:23
**length-wise** 237:17
**letters** 174:25
233:14
**Let's** 197:18 200:6
203:23 225:20
236:24 271:19
273:19 289:15
290:16 295:6
310:12 314:19
**liability** 266:23
267:7,23,25 270:5
294:18
**liable** 265:25
**light** 280:11
**limit** 266:20,25
**limited** 299:22
300:7 302:24
303:23 304:20
310:22 311:3,20
312:7
**Linda** 243:18,23

244:13,17,18
**line** 227:12,12
242:10 248:12
290:2
**lines** 199:24 244:3
**LINING** 169:13
172:13
**list** 200:16 203:10
203:10
**listed** 232:16
233:14 235:25
245:25
**listen** 220:12,14
**litigation** 182:17
250:7 271:4
276:20 277:12,19
278:23 279:3,7,11
279:17 280:6
284:3 290:14
293:11,13 296:4
296:25 297:5,19
299:7,14 308:16
309:21,25 312:3
**little** 180:8 203:21
231:14 240:7
256:3 270:25
**LiveNote** 170:13
321:7
**LLP** 170:10 171:5
171:14 172:6,14
**local** 208:7,7
**locate** 277:18
278:10
**located** 276:10,17
**Loeb** 170:10,10
171:5,5
**logo** 291:16
**long** 174:18 175:23
**look** 198:12,22
200:7 201:21
219:2 226:5,20
227:9 237:9
238:13 239:10,12
239:17 242:4
272:24,25 274:2,2
274:12,13 281:9
301:24

**looked** 198:12
227:11
**looking** 202:9
238:2,15 275:14
275:18 281:18
**looks** 239:11 291:9
**lost** 288:17
**lot** 228:23 230:7,9
230:23 231:6,20
**lots** 195:14 196:17
196:22,24 231:18
**LP** 185:23 186:2,5
186:10 187:12,15
187:23 190:20
192:2,4,10 194:15
195:4,9,14,17
196:18,25 197:11
238:9,9 243:6
247:17,20 252:17
255:23,24 256:2,4
256:25 269:13,13
269:13 270:16
296:8,16,19
297:13 303:17,25
304:11,12,14,23
305:2 309:23
**Lunch** 239:24
**L-A-F-F-O-N**
213:15

_____

**M**

**M** 318:2
**making** 251:3
**manager** 180:19
228:21
**managers** 220:2
221:5,17
**manner** 277:25
**manufacture** 298:2
303:21
**manufactured**
193:13,21 194:9
232:20 251:8
296:3
**manufacturer**
296:6
**manufactures**

225:6 246:18
259:11
**manufacturing**
193:18 223:14,20
224:23 246:13
258:11,23 259:4
259:20 296:17,18
296:20 297:8,15
298:6 301:11
**mark** 197:18
225:20 236:24
242:21 243:11,24
244:17 245:4
290:16
**marked** 197:23
226:2 237:6 242:2
246:24 290:22
301:22
**Market** 172:7
**marketing** 211:14
211:17,17 212:16
214:3,6,12 215:3
220:3,7,23 221:23
223:2 224:14
**marriage** 321:17
**master** 270:4,12,13
**material** 235:5
294:14,16 295:2
298:12
**materials** 259:15
**matter** 201:17
321:18
**matters** 177:6
199:6 207:15
210:22,23 212:15
220:6
**maximum** 315:24
**ma'am** 288:8
290:24 291:19
295:16,24 301:24
302:3
**mean** 177:8,11
178:17 180:25
183:19 185:4
187:24 188:2
193:12,14 201:17
202:14 207:24

208:8 224:9
232:19 240:16
251:5,6 253:19,22
265:18 266:11,13
269:12,19 271:18
274:6,8 278:4
290:8 292:2,4,4
298:21 301:4
307:19 309:10
310:8
**meaning** 269:23
292:7 293:21,25
294:23 295:13
**means** 202:7,12,15
202:16 232:21
233:3,6,18,21
234:13,18 235:19
249:2 287:18
292:9 303:4
**meant** 183:25
184:5 201:18
202:19 217:9
254:8 316:15
**measurement**
234:4,25 235:10
**measurements**
235:22 236:14
**meet** 236:7 252:7
**meeting** 176:3
**meetings** 222:12,18
222:24 287:16,19
288:13,19,22,23
**members** 177:24
**memory** 198:21
**mental** 284:4,13
**mention** 230:16
**mentioned** 210:10
271:9 277:16
278:17
**mesh** 240:13,13,14
240:17,17
**message** 218:8
219:20,21 221:2
221:14,18,19,24
222:4 228:13
**meticulous** 248:12

**Michael** 275:24
**middle** 200:15
229:25 247:12
248:6
**million** 266:25
267:5,11 269:20
269:23 270:9
**mind** 252:18 253:2
253:13 254:14
255:20,24
**mindset** 195:25
**minimize** 203:4
**minute** 289:16
**minutes** 225:15
**minutiouse** 248:10
**mislabeled** 240:25
241:6
**missing** 226:21
**mistake** 241:3
**mistakes** 174:15
**mixed** 255:24
256:7,19
**Mm-hmm** 244:7
**model** 188:6 189:2
191:15 193:23
217:24 231:22
232:10 239:6
240:8,12,19,21,25
241:2,6,20,20
244:23 258:3
259:11,16
**models** 188:8
231:21
**modifications**
178:12 207:21
**modify** 181:3
**modifying** 181:9
**moment** 198:22
225:3 226:4
239:20 247:2
**Morgan** 171:15
175:15 176:3
177:8 180:3
181:19 182:7,25
183:4,18,23 184:3
184:6 186:11,25
187:4,7 190:15

192:14,19 195:20
195:24 196:7
197:25 198:11,18
199:14,25 201:2
203:20 209:10,21
210:2 215:9,19
216:8,21 219:8
221:8 223:7
225:13 239:7
249:5,20 252:20
253:14,20,25
254:5,9,22 255:12
257:6,10,14
258:14 261:16
262:9 263:4,19
264:22 272:9
273:2,11 274:22
280:16,25 281:5
282:4,11 285:18
292:22 294:6
302:16,19 303:12
307:24 308:20
309:2,5 310:4,7
311:4,22 312:10
312:20 313:5,25
314:22 316:13
317:3,6 319:6
morning 173:16
174:2
MOSKOWITZ
172:14
Move 220:10
multiple 231:21
mutually 316:2
M-I-N-U-T-I-O-...
248:11

**N**

N 171:2 172:2
318:2,2 319:2
320:2
name 179:15
185:14 200:4
212:13 232:4
269:4 272:3 282:8
322:3,4
named 184:10

256:25 269:12,22
names 213:9
256:12 275:11
naming 207:23
narrow 262:17
NASSAU 321:5
native 225:24
226:10,14 319:13
nature 186:9
navigate 273:21
necessarily 267:3
need 203:21 220:12
264:6 304:7
314:20
negating 262:2
never 182:19 209:4
256:9,10 262:22
287:15 288:12
301:14,18
new 169:3,20,20
170:11,11,14
171:8,8,17,17
173:6,12 222:2,6
248:8 258:20
295:15 321:3,9
nice 202:17
Niederer 172:15
188:14 189:7,12
189:17,21 190:2,4
226:16,23 227:6
241:9 280:15
282:7,9,12,21
287:7,11,14,24
288:6 289:15,20
290:16 292:15,24
293:24 294:7,10
294:25 295:6,10
302:18 304:7
305:10,13,19,25
306:5,7 308:11,14
308:22 309:4
310:5,10,15,20
313:2,7 314:6,19
316:6,6,21 317:5
317:9 319:7
night 173:25
252:19 253:3

Notary 170:13
173:5,11 318:22
321:8 322:23
note 197:25 215:10
215:25 216:6,10
217:2 226:7
230:23 261:22
262:9 313:2
noted 239:23
317:10
notes 300:5
notice 261:24 311:7
315:4,11 316:15
316:18
noticed 198:9
308:2 311:6
312:22
notwithstanding
308:5
number 188:6
189:2 222:24
225:25 227:20
228:19 229:19,21
229:24 230:7,20
231:25 232:24
233:5,7,18 240:21
241:2,7 242:23
244:4,14 277:5,8
319:14
numbers 197:22
228:23 230:24
231:6 237:5
241:25 246:23
290:21 319:11,18
319:20,23 320:7

**O**

O 318:2
oath 173:20 240:5
281:7 318:6
object 175:15
272:9
objection 180:3
181:19 182:7,25
183:4 186:11
188:14 189:7,12
189:17,20 192:14

192:19 195:20,23
199:14,25 201:2
209:10,21 210:2
215:9 216:2,7,10
217:2 239:7 249:5
249:20 252:20
253:14 254:2,23
257:6 261:16
262:4,8 263:4,19
264:22 273:14
303:12 307:24
308:20,25 309:3
311:5,22 312:12
312:20 313:6,25
obligation 209:12
obtain 205:20
278:21 279:2
obtained 228:10
297:11
occasion 207:20
occurred 300:15,18
303:9
offered 216:17
316:10
office 208:15
offices 170:10
Oh 183:25 256:18
287:11
okay 175:21 184:3
190:4 199:3
220:13 225:13
227:2 229:7,23
232:9 250:23
255:14 282:4
283:14,21 290:15
291:8,21,24 292:6
297:20 298:10
300:4 302:12,19
305:18 306:4,13
308:14 309:4
310:6,12 317:6
Olivier 179:13
Olivier's 179:15
Once 245:14
ones 220:8 276:2
online 218:23
open 280:11

operations 177:17
opinion 202:19
opportunity 315:14
315:21
opposes 182:15
order 174:7 214:21
218:17 231:14
232:24 233:5,7
262:12 305:22
314:11 316:3,4
ordered 196:5,8
orders 302:6,14
organization 220:2
organized 213:18
original 198:20,24
217:15 226:13
237:13
outcome 321:18
outlook 213:22
214:2,16 215:2,14
215:18,23 216:24
216:25 217:6,9,22
217:23 218:4,12
218:15 219:19
outside 230:17
250:5 274:10
288:21 301:13
308:2 311:15
316:4
outsourced 246:13
overall 214:16
215:2 220:19
overly 189:21
oversaw 309:16
owned 179:19
180:11 214:13
owns 179:22

**P**

P 171:2,2 172:2,2
page 198:5,9,13
199:13 200:6,11
200:15 202:22
227:4,5,19 228:12
228:18,19,21
229:19,21,24,25
230:20,22 231:3

231:24 237:12,16
238:14,15,20
242:14,15,20
243:15,16 244:15
244:17 245:2
247:13 248:7
319:4,8 320:4
**pages** 198:8 199:5
199:16 242:9
**PAGE/LINE(S)**
322:5
**paid** 212:20
**paper** 191:13
**parameters** 191:14
**parentheses** 235:13
**Park** 170:10 171:7
171:16
**part** 183:16 226:18
245:11 246:13
275:5 276:19
277:18 278:22
279:2,7,11,17
280:6
**participate** 176:2
211:13 222:23
288:19
**participated**
287:15 288:13
296:20
**participates** 222:20
301:11
**participation**
287:19
**particular** 191:14
231:20 241:19
290:2,9 298:17
**parties** 177:3 315:3
316:5 321:16
**parts** 288:2
**party** 246:14,16
264:16,21 265:4,8
265:21,22
**Pascal** 271:22
272:19 274:16
275:18
**pass** 221:3
**passed** 210:7

219:21 221:15,25
304:3,3,15
**passing** 178:14
**pay** 268:3,8,15,18
**Penetration** 235:13
**Pennsylvania**
172:8
**people** 183:7
212:14,20,25
213:5,10,12
222:22 228:4
273:6 275:11
279:18
**percent** 179:18
235:6
**Percentage** 235:4
**perform** 251:24
**performed** 251:25
**performs** 225:5
**period** 247:18,24
267:8 283:13
289:3 311:17
**periods** 307:18,20
**permit** 301:15
**permitting** 265:4
**person** 244:13
269:2,5 271:15
273:18 274:14,15
274:17 289:22
**personalities**
182:11
**personally** 313:15
313:22
**persons** 271:15
273:18 275:16
276:4
**Petit** 213:7,11
275:25
**Philadelphia** 172:8
**photo** 202:22
**phrasing** 180:7
**physical** 295:19
**Picardie** 169:10,11
169:12 171:13,13
172:5,5 237:17
**picture** 198:6
202:23

**pictures** 200:16
**piece** 191:13
233:17
**place** 283:12 298:5
**Plaintiff** 169:7
171:4 315:20
**plaintiff's** 316:23
316:24
**play** 194:3 270:7
**played** 302:25
**please** 179:15
191:4 197:19
198:16 200:7,8
213:9 216:10
217:11 219:11
220:15 223:19
225:21 226:4
230:23 231:10
241:9 246:21
247:3 249:7 253:3
255:17 258:15
268:6 272:4
279:20,22,24
281:10 305:8
306:12
**point** 180:9 209:7
210:9 230:2
252:13 258:23
259:12,16,25
286:2 310:24
316:9
**policies** 211:17
**policy** 214:7,9,20
214:21 266:7,9,14
266:20 267:9,14
268:14,18 269:3
269:10,14 270:4,6
270:9,12,13,17
278:14
**portion** 215:11
217:17 241:12
258:17 305:16
310:18
**posing** 175:19
283:19
**position** 243:8
261:11 263:12

264:9,14 271:25
**possession** 278:5
278:19,22
**possible** 295:13
**potentially** 254:15
**power** 178:11
181:12
**powers** 180:20
**precise** 279:24
**precisely** 196:4
272:6
**prefer** 288:10
**preliminary** 297:25
314:11
**prep** 186:23 191:21
247:10
**preparation** 173:24
204:6 227:17
280:12 281:16,20
281:24 282:3
283:9,11 313:17
**prepare** 175:10
203:14 204:15,24
205:10
**prepared** 186:18
196:5 200:9
311:13,25
**preparers** 313:18
**preparing** 224:15
224:19,23 225:11
283:4
**prerogative** 181:13
**prerogatives** 181:4
**present** 172:21
174:22 216:17
**presentation**
174:23,24 175:4
175:10 197:21
319:10
**presently** 179:9
218:23
**preserving** 308:25
309:2 313:5
**president** 176:22
177:6,10,14,22
178:6,8,13,23
180:18 183:6

247:16,20
**pressure** 293:5
**pretty** 176:19
**prevent** 203:4
**previously** 173:4
173:10 301:22
**printing** 198:3,4
**prior** 199:16
215:10,19 250:13
250:24 251:17,22
252:4 258:3
280:17 283:4,15
295:15
**privileged** 261:18
262:14 263:6
272:11
**probably** 223:9
**problem** 273:17
**procedure** 178:13
280:14
**procedures** 259:24
**process** 211:14
223:14,21 224:23
225:10 246:14
275:5 279:15
280:3 296:18
297:8,15,23 298:6
**processes** 258:11
258:23 259:4,20
299:13
**produced** 193:18
195:14 211:15
225:24 226:10,13
228:8 237:10
268:5,11,14
296:13 319:13
**product** 188:5
189:23,23,25
190:3 245:21,25
246:9 261:20
267:25 268:14
289:23 290:3,9,12
292:20 293:10,13
293:23 294:2,14
294:15,16,21,23
296:3,7,9,11,12
296:14,21 297:18

297:22,24 298:2
298:13,16,19
299:3 300:12
301:12 302:15
303:5,21 310:24
311:19 312:3,19
313:11,11,20
314:16
**production** 193:10
193:16 197:22
225:25 237:4,5,22
238:4 241:24
246:23 290:21
319:10,14,16,18
319:20,23 320:7
**products** 187:15,22
187:23,25 188:4
190:25 193:12,17
193:20 214:13
223:5 228:23
263:15,18,22
264:4,5,7,9,12
265:7 267:22
268:5,10 300:20
301:13 307:17,20
308:4,7,16,18
309:23,25 311:16
312:15
**Professional**
170:12 321:7
**project** 212:19
**pronounce** 285:21
286:8
**pronounced** 285:4
**prove** 183:15
**provide** 182:2
200:20,24 201:7,9
211:7,24 212:16
212:20 264:25
**provided** 212:5
272:23 273:24
274:11 276:11,19
277:11 286:11
299:17 311:7
**provides** 181:5
201:15,20 210:20
211:10 212:7

214:10 299:16
**providing** 273:4
**Public** 170:14
173:5,11 318:22
321:8 322:23
**publicly** 219:7,17
**pucker** 203:8
**puckering** 200:25
201:24 202:6,10
202:11,14,19
203:2,5
**puckers** 202:15
**purchase** 302:5,14
302:22
**pure** 220:4
**purely** 221:19,19
**purportedly**
257:18
**purpose** 294:4
**purposely** 278:8
**purposes** 177:4
**pursuant** 280:13
315:3,11 316:15
316:17,22
**purview** 177:12
**put** 203:18 236:22
**p.m** 239:23,25
317:10

### Q

**QC** 228:22 229:11
**quality** 198:18
224:7 225:5,10
229:15 259:24
**question** 175:16,20
180:8,9 186:20,25
187:6,9,11 190:15
191:4 192:11
196:13,14,15
210:5 214:25
215:5,8,22 216:25
217:10,12,15
220:13,14 222:16
223:16,18,18,24
224:3 225:2
230:24 231:17
249:3,8,10,25

251:13 252:16,25
253:4,20 254:5,10
254:11 255:15,18
256:2,21 257:11
258:15,20 262:10
262:13,17 263:5
265:2 268:7 270:2
272:10 273:11,13
274:23 275:13
278:8 279:20,23
279:24 285:7,8,9
285:10,23 287:8
288:2,3,5,7,9,11
288:17,21 290:25
292:16 293:11
294:11 295:14,15
295:15 299:14
300:17 301:3
305:9,20,22 306:3
306:10,23 307:25
308:6,8,15,17
309:25 310:6,11
310:16,24 311:5
311:12,16,25
312:21 313:8,14
314:12 315:15
**questioning** 315:22
315:23
**questions** 176:21
256:17 262:6
282:5,15 283:19
284:10 285:6
299:23,25 300:2
312:2 313:13
315:16,22 316:22
**quiet** 282:9
**quite** 187:3,5
201:19 229:2
256:12 300:16

### R

**R** 171:2 172:2
234:7,13 321:2
**raised** 260:5,8,14
262:4
**range** 226:25
**raw** 259:15

**read** 217:14,17
227:12 231:13
241:10,12 258:17
287:9,25 305:11
305:16 310:15,18
318:5
**reading** 293:6
**ready** 290:25 302:3
**reality** 182:9
242:11
**realized** 257:4
**really** 187:13
199:21 292:13
314:18
**reason** 244:12
255:3 285:8 314:7
322:5
**reasons** 183:15
261:15 262:11
**recall** 198:23
199:22 281:14,19
299:22,24
**recalled** 173:3,9
**received** 188:17
245:4 297:4
**receives** 188:21
189:5,10
**receiving** 212:23
**recess** 203:25
239:24 270:22
289:19 310:13
314:21
**recited** 315:12
**recognize** 199:12
**recollection** 199:18
**record** 184:7 198:2
202:20 217:17
226:8 232:6
239:20,22 241:12
242:5 249:22
258:17 261:23
280:18,24 281:3
287:24 289:16,18
294:12 295:5,7,9
295:10 305:16
308:23 310:18
314:7,20 318:9,12

321:13
**records** 277:9
**recourse** 182:13,18
**REF** 322:4
**refer** 176:23
208:10
**reference** 218:6,19
218:21,22 222:3
248:24 255:25
301:21
**referenced** 269:20
**references** 233:7
242:23
**referred** 199:15
240:20 315:12
**referring** 202:3,5
218:20 230:14,18
245:11,12,17
247:18 249:16
283:13 299:5
**refers** 201:24
236:13 265:22
309:6
**refining** 293:22,25
**reflect** 202:21
249:23
**reflected** 196:8
236:7 239:15
**reformulate** 222:16
**refusing** 223:23
**regard** 253:8
272:17
**regarding** 176:7
177:7 224:22
225:9 248:8 262:8
286:18,24 287:5
287:22 289:6,22
292:20 299:3,18
310:23 312:6,7
313:19,21
**regardless** 309:15
**regards** 295:12
315:16
**Registered** 170:12
321:6
**relabels** 188:20
197:14

relate 187:8 266:10
284:18 302:14
related 266:12
321:16
relates 175:17
268:4,10 292:20
293:10,12 307:25
308:3
relating 210:22,23
210:25
relation 268:13
308:7
relationship 181:11
184:21,24,25
185:4,9,9 186:10
192:5 262:22,23
265:23 266:3
300:24 301:4
303:15,25 308:10
relationships 307:8
relative 302:25
303:10
remark 293:20
remember 176:11
179:20 199:22
213:16,23 240:9
271:5 281:17
299:24 300:2
remembered 256:4
remind 271:24
remotely 315:9
remove 183:3,9,13
rendered 268:12
repackages 188:17
197:14
repeat 196:13,14
215:4 217:12
223:18 249:7
254:11 255:17
258:14 268:6
279:20 284:7
288:4
repeated 288:11
repeats 196:15
215:7 249:25
report 228:22
229:11,16 230:7,8

230:13,13,16,18
237:4,22 238:2,6
319:17
Reported 169:23
reporter 170:12,13
217:18 241:13
258:18 305:11,17
310:19 321:7,8
reports 239:2,2
306:24 307:5,11
represent 179:7
180:20 191:12
228:7 229:10
250:6 282:14
302:21
representations
286:17,23
representative
176:8,9 181:25
282:22 283:20
285:24 315:6
represented 179:11
179:13 250:12
represents 314:13
request 211:21
251:19,23 252:6
316:10
requested 217:16
241:11 258:16
305:15 310:17
require 178:6
253:15,18,23
254:4,24 263:5
required 262:5,13
requiring 274:24
reservation 209:2
resign 261:5
resigned 261:8
resin 246:17
298:13
resources 210:23
respect 207:14
214:12 215:2
224:8 231:18
251:3 260:9,15
272:7 309:24
respective 214:17

214:18 221:5,16
respond 255:3,6
284:10 285:11
responding 291:20
response 215:20
230:21 258:12
261:23 285:14
304:9 310:21
316:12
responsibility
211:2
responsible 261:12
262:19 263:2,9,12
263:14 271:14,15
271:17
result 260:13 261:5
276:10,18 284:19
results 208:13
resumed 239:25
retained 252:11,17
retaining 250:24
251:14,17,22
252:4
retranslate 191:3
279:22
retranslation
249:24
review 204:19
205:9,16 247:2
258:10,22 259:3
281:11
reviewed 204:14
208:14 281:15,20
291:2
reviewing 198:17
226:7 227:8
242:12 247:5
281:12,23 291:3
302:2
reviews 208:2
revocation 174:17
177:22,23
right 173:21
178:25 179:24
180:13 184:14
185:7 188:3 194:9
196:3 200:14,21

201:4 207:3,4,12
210:12 211:9,12
213:3 226:25
233:11 236:22
238:17 239:13
242:18 247:7
250:20 261:14
264:20 282:23
283:2 289:24
291:11 294:22
296:19 300:10
312:13
Robin 169:24
170:11 173:5,10
217:15 321:6,24
role 176:19 180:23
182:12 194:3
302:24
roll 248:16
rolls 248:13,21
249:11
Rothschild 171:14
172:6 250:9,13,16
250:19,25 251:14
251:18,22 252:4
253:10,16 273:24
Rousseau 174:10
174:20 175:5,10
204:7,10 205:2
rows 235:25 245:25
Rule 170:8 280:13

_____

S

s 171:2 172:2
199:24 250:17
261:11 262:18,25
263:11 278:19
279:13,25 289:6
308:17 309:14
sake 262:25
sale 298:3 302:22
306:15 312:6,14
313:10,11
sales 193:9,9,11
195:5 196:19
300:8 304:4,16,19
304:22,25 305:5

307:3,15 309:22
311:2 312:18
313:21
samples 245:6
Santuro 213:7,14
SAS 169:10 171:13
172:5
saw 232:2 282:2
saying 212:25
213:23 244:9
245:3 251:11
254:19,20 262:19
263:9,17 273:12
277:4 290:8 293:9
says 200:12 201:23
203:11 228:21
230:2,6,12,23
231:3 232:4,14,23
233:10,24 234:7
234:20 235:4,12
235:14 237:17,21
238:6 243:24
244:4,18 245:5,20
245:21,25 246:2
248:7,12
scheduling 316:3,4
scope 275:22 276:5
se 265:14
sea 248:9
search 274:16,17
275:12,14,22
276:6,10,18
278:12
searching 272:7
277:21
second 200:6,11
224:12 227:19
228:17 238:13
243:16
secondary 309:16
see 191:19 196:10
199:11 200:13,17
200:18 202:18
203:12 216:3,4
217:4 227:21
228:2,15,25 229:8
230:4,5,8,10,10

230:12 231:4,5
232:3,8,15,16,23
233:2,4,11,19,25
234:9,10,22,23
235:7,16 236:11
236:18 237:19,23
238:5,7 242:24,25
243:13,19 244:6
244:11,20 245:8,9
245:18,22,23,24
246:3 247:8,9,15
248:18,19,22,25
251:10 258:11
262:7 273:20
284:16 302:5,10
303:3
**seeing** 245:14
249:15
**seeking** 182:13
252:22
**seeks** 221:2
**seen** 191:16 199:7
199:19,22 227:13
230:16 238:10,16
242:17 247:6
280:21 281:25
291:5,13 301:14
301:18
**segments** 217:21
**selection** 298:12
**sell** 223:5 224:18
300:20 303:22
304:12 314:17
**seller** 303:6
**selling** 194:3 294:4
**sells** 231:19 301:12
**Semi** 282:11,12
**seminar** 213:17
222:2,6,7
**send** 245:6
**sending** 190:18
**sense** 253:7 290:9
300:17
**separate** 212:10
269:23 270:9
305:3
**separately** 269:17

**September** 242:21
**served** 273:9
277:10
**server** 271:10,16
272:8,25 274:2
277:23
**service** 206:15
210:11,17 212:3
**services** 210:21
211:23 212:2,19
212:21,23 252:17
**set** 215:2 220:3
234:20 321:11,20
**sets** 214:16
**setting** 214:9,19
292:8 293:3
**seven** 315:24
**shape** 200:20
202:17
**shared** 277:22
**shareholder** 178:19
178:20,22 180:23
208:4,5,20 209:14
**shareholders** 178:5
206:15,20 207:6,7
207:9,10,19
209:14
**shares** 271:11
**sheet** 191:7,8,13
290:18,20 292:2
320:6 322:2
**sheets** 191:19,24
192:22
**ship** 195:3,18
**shipment** 248:8
**shipped** 195:10
231:7
**shipping** 188:18,22
189:6
**short** 314:20
**shorter** 242:11
**show** 300:11
301:22
**showing** 198:5
**shown** 227:16
**sic** 248:17
**269:22**

**sign** 235:6
**signed** 184:23
185:3,7
**significance** 234:12
234:16
**similar** 239:11
**simple** 187:3,6
**simply** 178:12
**single** 249:14
**sit** 311:18
**site** 193:10
**sites** 193:18
**Sitting** 281:18
**situation** 209:4
292:12
**six** 207:23
**size** 240:17
**skills** 212:15
**slide** 198:6
**slides** 198:19
**small** 213:12
**sold** 187:15 300:13
301:13 303:5,23
304:14 308:19
311:20
**sole** 208:4,5 298:21
298:24
**solely** 174:21
284:18 290:12
303:14
**Solutions** 212:7,9
**somebody** 273:3
**sorry** 177:15
179:14 184:2,8
187:22 216:5
217:3 223:19
304:6 305:7 306:6
**sort** 196:4 200:21
201:15 288:15
289:12
**sought** 182:19
**source** 265:6
298:16 309:17
**SOUTHERN** 169:3
**speak** 174:18
175:14,23 190:21
190:24 194:21

197:3 201:12
204:4,23 224:13
224:17,21 225:8
**specialist** 314:14
**specialized** 294:5
**specific** 176:21
180:9 181:12
201:11 210:9
211:21,24,25
212:14 256:15,21
270:3 275:15
278:3 299:9 300:2
**specifically** 220:17
252:13
**specifications**
267:12
**specificities** 201:12
**speculate** 291:21
**spell** 179:14 213:9
272:3
**spelled** 228:21
235:15 248:11,14
**spoke** 174:9 257:5
270:25
**Spots** 235:5
**ss** 321:4
**Stability** 236:10
**stages** 297:24
**Stamford** 172:17
**stamp** 226:24
227:4 237:11
**stamped** 226:9
242:6 247:4
**standard** 214:17
215:13,21 219:5
219:16 234:7,17
236:6
**stands** 254:23
**stand-alone** 270:16
**start** 200:8 220:15
242:16 263:25
271:19 273:19
**Stassen** 172:9
176:4 270:19
310:2
**state** 170:14 173:6
173:12 272:18

321:3,9
**stated** 216:25
308:21
**statement** 252:14
301:16
**statements** 174:8
174:14 208:11
305:24
**STATES** 169:2
**steps** 223:13,20,25
224:3,4,7,22
225:4,9 278:20
**stipulates** 314:23
**stipulation** 316:8
**stock** 245:5,12
**straight** 256:11
**strategic** 213:17
222:7
**strategies** 220:8
221:23
**strategy** 214:20,23
218:15,16,17
220:3
**Street** 172:7
**Strick-Back** 235:14
**strict** 270:4
**strike** 185:18
188:24 194:7
197:7 220:10
236:4 268:23
269:18 272:21
**structure** 200:22
201:10,16
**style** 242:23
**subject** 221:21
255:16 300:12
302:22 310:23
311:14 312:8
313:23
**submit** 209:13
**submitted** 208:4,15
267:10 277:6
302:9 309:12,15
**submitting** 178:7
**subpoenaed** 256:6
264:17 265:10
**Subscribed** 318:18

322:21
**subsidiaries** 193:19
  214:23 220:6,9
  221:18 270:15
  306:25 307:9
**subsidiary** 193:8
  214:6,18 219:25
  220:21 270:12
**substance** 175:13
  253:8 254:15
**substantive** 280:22
**sue** 264:21
**sued** 264:15,16
  265:5,8 268:9
**sufficient** 229:17
  314:10
**suggestions** 287:3
  287:13
**suit** 200:16 202:9
  202:23
**Suite** 171:16
**summarize** 316:7
**summary** 267:9
**supervisory** 174:17
  176:7,10,13,16,18
  176:20,24 177:16
  177:25 178:3,9,10
  179:2,6,9 183:9
  183:10,19,23
  184:2 206:13,21
  206:24
**SUPP** 242:7
**supplement** 280:20
**suppliers** 259:15
**supporting** 261:25
**supposed** 175:7
**SUPP.003329**
  241:25 319:21
**SUPP.003398**
  242:2 319:21
**sure** 174:7,8,13,21
  198:24 220:18
  223:11 243:10
  270:21 271:19,23
  275:9 276:2,7
  284:8 286:9
  294:10 297:22

300:19 313:7
**surmise** 233:16,22
  238:8
**suspected** 182:3,21
**sworn** 173:4,10
  318:18 321:12
  322:21
**S-A-N-T-U-R-O**
  213:14
**S-T-R-I-C-K**
  235:15
**S.A** 169:9 170:9
  171:12 172:4
  174:22 175:4,8,9
  176:9 179:4,11,19
  179:23,25 180:12
  180:15,22 181:11
  181:14,22 182:3
  182:16,21 183:10
  183:12 184:20,22
  185:10 192:4
  199:24 200:5
  206:16 207:2,11
  207:14 208:16
  209:8,19 210:14
  210:18,20 211:13
  211:19,23 212:2,4
  212:23 213:2,4,18
  213:22,25 214:8
  214:10,16,22,25
  217:22 219:5,15
  219:22,23 220:4
  220:18 222:10,23
  250:4,12,15,17,18
  250:25 251:18,23
  252:5 260:18,24
  261:7,11 262:18
  262:21,25 263:9
  263:11 264:8,11
  264:18,18 265:10
  265:11 266:6,13
  267:14,19,20
  268:2,3,8,13,24
  269:9 271:3,9
  274:7,10 276:13
  277:17,23,24
  278:19,20 279:9

279:13,25 280:5
  282:18 283:20
  284:2,12,24 285:3
  285:14,20,25,25
  286:6,10,14,16
  287:20 288:12,18
  288:24 289:6,10
  293:15 295:22
  296:2 297:6,12,17
  298:8,15 299:10
  299:15 300:7,14
  303:19,24 304:10
  304:14,21,24
  305:4 306:14,21
  307:6,11,14,19,21
  308:8,17 309:7,12
  309:14,21 310:25
  311:9 312:25
  313:16 314:22
  315:2,6 316:10,20
**S.A.S** 181:7

---

### T

T 318:2 321:2,2
**tables** 292:23
**TAILORED** 169:5
**take** 186:18 200:7
  203:23 207:21
  220:6 225:16
  226:4,5 238:13
  239:17 242:4
  247:2 270:19
  281:9 291:12
  310:2,12
**taken** 177:9 178:8
  204:2 206:13,19
  206:20 207:16
  221:20 234:4,25
  235:10,22 236:14
  239:24 241:5
  270:23 289:19
  290:10 310:14
  314:21 318:6
**takes** 214:19 298:5
**talk** 297:20
**talked** 179:17
  240:7

**talking** 189:22
  213:17 219:8,12
  252:19 253:3
  271:5 290:3,11,12
  292:22,24 309:13
  309:17
**tariffs** 313:20
**tax** 211:7 313:16,17
**taxes** 313:19
  314:15
**technical** 197:21
  265:6 289:22
  290:20 292:2
  299:17 319:9
  320:5
**technologically**
  201:13
**Technologies** 200:4
  299:12
**TELEPHONE**
  171:9,18 172:10
  172:18
**tell** 179:25 231:10
  238:20 261:15
  262:10 265:19
  304:14
**tells** 180:16
**temperature** 290:2
  292:8 293:4,4
**temporal** 252:25
  253:7
**ten** 277:2,3,4
**term** 191:6,9 274:4
  295:2 312:18
  313:9 314:10
**terminated** 260:3,7
  260:13
**terms** 201:11
  314:15,24 315:7
**test** 190:10,17
  237:4,22 238:6
  251:10 319:17
**tested** 232:20
**testified** 173:13
  250:4 281:15
  300:5
**testify** 186:15,24

314:11
**testifying** 314:9
**testimony** 180:4
  253:15 254:3
  255:22 264:25
  280:20 283:4,11
  284:23 288:20
  289:21 296:16
  305:3 312:5
  315:17 316:23
  318:6 321:13
**testing** 297:25
**tests** 189:9 239:5
**text** 228:20 229:9
  242:10 245:19
**Textiles** 169:12
  237:18
**Thank** 173:18
  203:19 227:7
  287:11,14 288:6
  317:9
**thanks** 245:4
  282:13
**thing** 187:19 196:4
**things** 206:22
  271:8
**think** 174:25
  175:17 176:6
  195:13 196:7
  199:4,6 211:3
  221:6,8 226:18
  238:16 243:24
  244:19 250:3
  254:12 256:23
  273:12 306:25
  310:8
**thinking** 252:15
**thinks** 244:9,13
**third** 177:3 228:18
  246:14,16
**three** 212:14,25
  213:5 228:23
  234:8
**three-page** 237:3
  319:15
**threshold** 177:19
**time** 173:25 195:12

196:2 198:11
238:7 239:17,23
239:25 244:11
245:15 247:8
248:24 249:15
256:19 258:24
259:12,17,25
267:8 282:2 286:2
293:5 302:10
306:17 307:22
308:19 310:25
316:2,9 317:10
**title** 236:10
**today** 205:11 245:6
264:11 269:6,8
281:18 283:5
285:3 295:22
311:18
**today's** 204:6,15
**told** 257:14
**toner** 198:7 199:12
**tools** 211:18 214:7
214:20 220:8
**top** 200:11 206:15
227:23 228:20
231:2 233:10,24
234:21 237:15
245:2 275:7
291:16
**topic** 261:25 262:5
262:7,12 311:6
312:22 314:17
316:23
**topics** 308:3 309:7
316:17
**total** 233:24 234:8
266:24 276:4
293:3
**transcript** 318:5,8
**Transferred** 235:5
**transforming**
293:21,22,25
**translate** 219:11
229:3 255:10
**translated** 173:7
215:12,14,21,23
216:22 229:5

**translating** 183:19
220:16
**translation** 215:11
216:14 226:12,14
237:12,14 292:14
295:13 308:12
**translator** 196:14
215:14,17 229:3
255:10 279:22
**tries** 218:5
**trouble** 306:2
**true** 199:4 244:24
248:20 249:11
251:12 283:7
284:2 318:8,12
321:13
**try** 277:24
**trying** 292:17
**Tse** 227:25 228:14
**turn** 200:6 218:13
221:17 228:17
229:19,23 230:19
243:15 280:14
**Turning** 244:15
**two** 174:25 175:25
182:10,18 185:5
200:16 206:21
217:21 233:9
236:9,16 240:12
244:3 245:24
280:19 300:24
305:23 306:20
308:19 316:25
**two-minute** 270:20
310:3,9
**type** 182:17 208:25
209:17 270:17
**types** 177:16
277:17
**typically** 298:19

**U**

**ultimately** 276:11
277:10
**unclear** 273:13
**underneath** 233:11
**understand** 173:19

173:22 180:6
181:21,21 185:5
187:11 192:16
203:13 220:19
224:9 231:14
240:4,16 255:7
260:23 264:25
269:3 275:20
281:6 282:16
283:3,21,22 284:6
284:15,17,22
285:7,10 288:7,17
289:21 300:16
301:15 305:19,21
306:10,11 310:21
312:4
**understanding**
203:2,3 234:16
298:4,8 300:14,23
302:23 303:8
314:10
**understood** 184:4
186:7 195:13,16
288:9
**undertake** 181:15
224:15 250:25
251:7,19,19
277:24 278:20,25
279:5,10
**undertakes** 224:8
225:4,9
**undertook** 271:3,9
**Unfortunately**
215:16
**unit** 212:13,24,25
213:6,12
**UNITED** 169:2
**unresponsive**
220:11
**use** 188:25 195:2
214:21 217:6
265:15 286:12
**uses** 194:17,18

**V**

**v** 169:8 322:3
**vague** 180:6 190:2

274:5
**valid** 262:8
**value** 234:7,17
236:6 312:18
313:9,19,19
314:15,15
**values** 234:17
235:24 236:4,7
**Vanessa** 169:17
170:9 173:8 318:4
318:16 319:5
322:4,20
**VANNESA** 321:10
**various** 212:17
224:6 231:13
232:15 307:7
**VAT** 314:13
**Veratex** 169:13
172:13 184:10,11
184:14,21,23,24
185:2,10,14,21,24
186:3,6,10 187:12
187:16,17,21,24
188:11,16,20,25
189:4,9,14,15
190:5,7,10,17
191:2,23 192:5,21
194:8,11,15,18
195:10,13,15,16
196:19 241:25
242:2,6 243:13
282:14 283:6,8,16
284:24 285:4,15
285:21 286:3,11
286:18,23 287:4
287:16,21 288:13
288:19 289:2,7,11
293:16 294:17,18
295:17 300:13
301:18 302:6,10
303:5,6,16,22
304:12 311:7
314:24 316:7,8,9
319:20,21
**Veratex's** 315:4,10
315:14,22
**verbal** 289:13

309:18
**verified** 174:5
**versa** 301:7
**version** 226:17
**versions** 258:3
**versus** 194:18
**vertical** 242:9
**vice** 301:7
**vision** 215:12,15,20
215:24 216:4,23
217:5,7 220:19
221:12,19 222:11
**VOLUME** 169:18

**W**

**W** 318:2
**walk** 223:13,19
224:6,10
**want** 178:3 180:14
182:14 192:9
206:4 222:24
225:16,17 231:8
254:7,19 262:16
275:17,20 278:9
283:10,23 284:3
284:10,16,17
291:20 295:4
**wanted** 174:13
181:14 183:13
278:6,19 280:19
**wants** 181:22
208:22 214:21
217:23 218:10
290:7
**warp** 293:2
**warranty** 266:25
**Washington**
172:16
**wasn't** 215:5
264:18 265:11
**way** 175:19 180:15
188:12 189:5,10
197:10,16 219:4
219:14,18 220:24
221:20 254:14
259:10 266:10,12
266:15 268:4,10

293:17 294:2
295:19 306:23
307:23 313:18
321:18
**website** 218:24
**weft** 293:2
**weight** 233:24
234:8 293:3
**welcome** 240:3
**went** 196:19 275:18
**weren't** 278:5,18
**we'll** 196:10 273:20
**we've** 203:20
225:14 296:24
**whatsoever** 214:11
262:22
**WHEREOF**
321:19
**white** 231:3
**WILLIAM** 172:9
**WILSON** 172:14
**wishes** 217:25
293:19
**withdraw** 258:20
275:13 279:23
292:15 295:14
306:2 313:13
**withdrawn** 284:23
**witness** 173:9
186:17 196:5
198:17 202:21
226:7 227:8 237:8
242:12 247:5
249:23 254:17
262:5 280:13
281:12 291:3
302:2 314:8
315:15 319:4
321:10,14,19
322:4
**wonder** 278:2
**word** 201:23 244:3
248:10 265:18,19
265:24 287:10,12
293:20
**words** 215:15
265:15 292:18

**work** 204:8 205:2,4
205:23 228:4
261:19
**worked** 205:24
**works** 243:6,13
**worth** 266:25,25
**wouldn't** 182:5
202:16 209:3
**wrinkles** 201:22
**wrinkling** 200:24
201:7
**written** 202:2
238:5 248:22
289:14
**wrong** 257:5,8
264:16 285:15
**wrongdoing** 182:4
182:23 183:16
**wstassen@foxrot...**
172:11
**Wujiang** 169:12
186:5,10 187:12
187:16,18,23,23
187:25 188:8,13
188:18,22 189:6
189:11,14 190:5
190:10,16,20,22
190:25,25 191:20
191:23,25 192:2,4
192:6,8,9,10,12
192:21,23 193:21
194:9,12,16,17,22
195:2,5,14,17,18
195:25 196:18,25
197:4,8,10,11,13
197:15 223:3,5,14
223:21 224:7,14
224:18,22 225:4,9
228:5 231:19
237:18 238:9,9,25
240:24 241:5,18
243:7 246:10,12
248:20 249:11
251:19 252:10,17
255:24 256:2,4,24
256:25 257:17,25
258:10,22 259:10

259:14,19,23
260:3,7 269:13
279:10 291:14,17
296:8,13,17,19
297:7,13 300:20
300:25 301:6,10
301:17 303:9,17
303:20,25 304:11
304:11,12,14,19
304:23 305:2,6
306:16,19 307:4,9
307:15 308:10
309:23 311:2,20
312:6,14
**Wujiang's** 190:12
195:9 259:4

**X**
**X** 319:2 320:2
**Xie** 228:21
**X-I-E** 228:22

**Y**
**year** 208:2
**yearly** 208:21
**years** 207:23
**yesterday** 174:8,14
176:6 179:17
187:13 213:16
219:2 222:8 250:4
252:15 254:18
255:22 256:2,18
256:22,23 270:25
281:14
**yesterday's** 204:16
256:14
**York** 169:3,20,20
170:11,11,14
171:8,8,17,17
173:6,12 222:2,6
321:3,9

**Z**
**zero** 248:13,21,25
249:12
**Zhang** 229:13
**Zhu** 243:18,21,23
244:8,13,17 245:3

**Z-H-U** 243:18

**0**
**002050** 231:3
**002328** 230:24
**002464** 230:24
**06901** 172:17

**1**
**1** 227:20 261:24
**1:57** 239:25
**10-page** 225:23
319:12
**101** 171:16
**1010** 172:16
**10154-1895** 171:8
**10178** 171:17
**11** 197:19,20 319:9
**12** 225:22,23 226:8
226:11 239:12
319:12
**12:39** 239:23
**13** 237:2,9 319:15
**14** 241:23 242:6
319:19
**15** 246:20,22
290:20 319:22
320:6
**16** 290:19 320:5
**17** 169:8 242:22
**1700** 171:16
**173** 319:5
**18** 315:18
**18th** 317:3
**19** 169:19 170:5
315:19 318:7
**19th** 317:3
**19103-3222** 172:8
**197** 319:9

**2**
**2** 219:9,17 228:19
231:25
**20** 225:15 242:9
**20th** 172:7
**20,000** 267:18
**2000** 172:7
**2016** 246:12 247:13

**248**:2
**2017** 218:22 242:22
250:7,20,22
259:12,17,21,25
260:10 261:9
290:21 320:6
**2018** 169:19 170:5
315:5,13,19
316:18 318:7,20
321:21 322:22
**203-388-9100**
172:18
**21** 261:25
**212-407-4189**
171:9
**212-878-7900**
171:18
**215.299.2000**
172:10
**21844** 169:25 322:4
**225** 319:12
**23** 240:13
**237** 319:15
**241** 319:19
**246** 319:22
**265** 198:22
**277** 198:22
**279** 198:22
**281** 319:6
**282** 319:7
**29** 247:13
**290** 320:5

**3**
**3** 230:20
**30** 240:14 242:9
266:25 267:5,11
269:19,23 270:9
315:5,13 316:18
**30(b)(6)** 169:17
170:8 280:14
311:7 314:25
315:4,15
**3060** 244:10,19,24
245:6,11
**3060/30** 243:25
246:2

**3069** 188:6 189:2
193:24 240:8,12
240:19,22,25
241:5,8 244:10,18
244:23,23 245:7
245:11,13 259:11
259:16
**3069/23** 230:3
232:5,7 242:23
**3069/30** 244:5
245:25
**330** 243:16
**3329** 242:7
**3332** 242:14
**3398** 242:7
**345** 170:10 171:7

**4**

**4** 229:21
**49** 247:4

**5**

**5** 229:20,24 281:10
**5754** 169:8

**6**

**6** 281:10
**6/19/18** 322:3

**7**

**7** 301:23 302:17
**7:21** 317:10

**9**

**9:14** 170:6