Page 1

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------

HICKEY FREEMAN TAILORED CLOTHING,

INC.,

                Plaintiff,

       v.               Case No. 17 Civ 5754

CHARGEURS, S.A., LAINIÉRE DE       (KPF)

PICARDIE BC SAS, LAINIÉRE DE

PICARDIE INC., LAINIÉRE DE

PICARDIE (WUJIANG) TEXTILES CO.

LTD., AND VERATEX LINING LTD.,

            Defendants.

-------------------------------------

       30(b)(6) DEPOSITION of VANESSA DEFAIT

           June 18, 2018

         New York, New York

Reported by:

Robin LaFemina

JOB NO. 21843

## Page 2

```
 1
 2
 3
 4                    June 18, 2018
 5                    9:14 a.m.
 6
 7         RULE 30(b)(6) DEPOSITION of
 8   CHARGEURS, S.A., by VANESSA DEFAIT, held at
 9   the offices of Loeb & Loeb LLP, 345 Park
10   Avenue, New York, New York, before Robin
11   LaFemina, a Registered Professional
12   Reporter, Certified LiveNote Reporter and
13   Notary Public within and for the State of
14   New York
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1
 2   A P P E A R A N C E S
 3
 4   FOR PLAINTIFF:
 5   LOEB & LOEB LLP
 6   BY:  FRANK D. D'ANGELO, ESQ.
 7      345 Park Avenue
 8      New York, New York 10154-1895
 9   TELEPHONE: 212-407-4189
10   EMAIL: fdangelo@loeb.com
11
12   FOR DEFENDANTS CHARGEURS S.A., LAINIÉRE DE
13   PICARDIE BC SAS, LAINIÉRE DE PICARDIE INC.:
14   FOX ROTHSCHILD, LLP
15   BY:  CAROLINE A. MORGAN, ESQ.
16      101 Park Avenue, Suite 1700
17      New York, New York 10178
18   TELEPHONE: 212-878-7900
19   EMAIL: cmorgan@foxrothschild.com
20
21
22
23
24
25
```

## Page 4

```
 1
 2   A P P E A R A N C E S  (C'td.)
 3
 4   FOR DEFENDANTS CHARGEURS S.A., LAINIÉRE DE
 5   PICARDIE BC SAS, LAINIÉRE DE PICARDIE INC.:
 6   FOX ROTHSCHILD, LLP
 7      2000 Market Street - 20th Floor
 8      Philadelphia, Pennsylvania 19103-3222
 9   BY:  WILLIAM STASSEN, ESQ.
10   TELEPHONE: 215.299.2000
11   EMAIL:  wstassen@foxrothschild.com
12
13   FOR DEFENDANTS VERATEX LINING LTD.:
14   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
15   BY:  ERIC NIEDERER, ESQ.
16      1010 Washington Boulevard
17      Stamford, Connecticut 06901
18   TELEPHONE: 203-388-9100
19   EMAIL:  eric.niederer@wilsonelser.com
20
21   ALSO PRESENT:
22      ERIC HEUBERGER, French Interpreter
23
24
25
```

## Page 5

```
 1
 2         ERIC HEUBERGER,
 3      called as a French Interpreter, having
 4      been first duly sworn by Robin
 5      LaFemina, a Notary Public within and
 6      for the State of New York, translated
 7      as follows:
 8   VANESSA DEFAIT,
 9      called as a Witness, having been first
10      duly sworn by Robin LaFemina, a Notary
11      Public within and for the State of New
12      York, was examined and testified as
13      follows:
14   EXAMINATION BY
15   MR. D'ANGELO:
16      Q.    State your name for the record,
17   please.
18      A.    Vanessa Defait.
19      Q.    Where do you reside?
20      A.    132 Rue Perronet, 92200
21   Neuilly-Sur-Seine, France.
22      Q.    Good morning, Ms. Defait.  How
23   are you?
24      A.    Fine.  Thank you.
25      Q.    My name is Frank D'Angelo, I
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 6

1            Defait
2    represent Hickey Freeman in this deposition,
3    and I'm going to be asking you a number of
4    questions today and potentially tomorrow.  I
5    want to start today just by going over some
6    ground rules for the deposition.
7            Does that sound all right with
8    you?
9        A.    Yes.
10       Q.    Have you ever been deposed in
11   the United States before?
12       A.    Never.
13       Q.    So this might be new to you, so
14   that's why I'm going to go over some basics
15   so you know what to expect today.
16           We have a court reporter that's
17   going to be taking down your responses to my
18   questions.  She'll need verbal responses, so
19   when I ask you a question, I'll just ask you
20   to give me a response verbally as opposed to
21   shaking your head or nodding your head.
22           Okay?
23       A.    Okay.
24       Q.    Very good.
25           We have a translator that's

Page 7

1            Defait
2    going to be translating my questions and
3    your answers.  I ask that you please keep
4    your voice up so that he can hear your
5    responses.
6            Okay?
7        A.    Okay.
8        Q.    And then I ask that we all wait
9    until we stop speaking to -- before we give
10   an answer, so if you can wait until I stop
11   asking my question and the translator stops
12   asking his or translating my question before
13   you give an answer, it will just make it
14   clearer for the record if we all wait for
15   each other to speak.
16       A.    That's fine.
17       Q.    If I ask a question and you
18   don't understand it, please let me know and
19   I'll try to rephrase as best I can.
20           Okay?
21       A.    Very well.
22       Q.    If I ask you a question and you
23   don't ask me to rephrase or you don't say
24   that you don't understand my question, then
25   I'm going to assume you understand it.

Page 8

1            Defait
2            Is that fair with you?
3        A.    Very well.
4        Q.    Your attorney, Ms. Morgan, she
5    may object to some of my questions over the
6    course of the day.  Usually that's just to
7    record her objection for the record, and
8    I'll ask that you answer my question even if
9    she objects, with the exception that if she
10   instructs you not to answer a question, then
11   you don't have to.
12       A.    That's fine.
13       Q.    We can take breaks during the
14   day.  If you need a break or you need to use
15   the washroom, or you just want to take five
16   minutes and not be asked questions, please
17   let me know or let your attorney know as well.
18       A.    Fine.
19       Q.    I will represent to you that the
20   attorneys have discussed that we have allotted
21   two days for your deposition, today and
22   tomorrow.  Will you be available through the
23   end of the day tomorrow if necessary?
24       A.    I'm available today and tomorrow
25   until the end of the day.  However, I do

Page 9

1            Defait
2    have a plane to catch.
3        Q.    And when is your plane tomorrow?
4        A.    10:00.
5        Q.    That's 10 p.m.; correct?
6        A.    10 p.m.
7        Q.    Is that yes, 10 p.m.?
8        A.    Yes.
9        Q.    And do you have any calls or
10   meetings scheduled tonight that would
11   require us to stop at a certain time?
12       A.    No, I don't.
13       Q.    We'll try to get you out of here
14   at a reasonable time tonight.
15           You understand that you've taken
16   an oath to tell the truth today; correct?
17       A.    That's right.
18       Q.    And do you understand if you
19   don't testify truthfully, that could open
20   you up to potentially criminal or civil
21   liability in the United States?
22       A.    I understand.
23       Q.    Are you aware of anything,
24   Ms. Defait, that would prevent you from
25   answering my questions truthfully today?

3 (Pages 6 to 9)

```
1              Defait
2       A.    No.
3       Q.    Excuse me for asking this, but
4  do you have any medical conditions or have
5  you taken any medication that would inhibit
6  your ability to recall events or testify in
7  any way today?
8       A.    No.
9       Q.    How old are you, Ms. Defait?
10      A.    42 years old.
11      Q.    Where were you born?
12      A.    At Epinay-Sur-Seine in France.
13      Q.    And where do you currently live?
14      A.    In France.
15      Q.    Where in France?
16      A.    At Neuilly-Sur-Seine.
17      Q.    Do you speak English at all,
18 Ms. Defait?
19      A.    What do you mean by speak English?
20      Q.    Do you speak any English, and,
21 if so, how would you describe your level of
22 proficiency in the English language?
23      A.    I speak English, I understand
24 English, both written English and oral
25 English, spoken English.
```

```
1              Defait
2       Q.    When did you first learn to
3  speak or read English?
4       A.    In high school.
5       Q.    Approximately how old were you
6  at the time?
7       A.    16.
8       Q.    Do you conduct any business in
9  the English language at your place of work,
10 and by that I mean do you have business
11 conversations in English, do you send
12 e-mails or anything like that?
13      A.    Yes, I do.
14      Q.    And approximately how many days
15 out of the week did you use English as part of?
16      A.    Regularly.
17      Q.    Would you say every day?
18      A.    It depends.
19      Q.    Would you say every other day?
20      A.    It depends on the subject I'm
21 dealing with and who I'm speaking to.
22      Q.    Have you ever lived in the
23 United States?
24      A.    No.
25      Q.    Have I said anything to you so
```

```
1              Defait
2  far today in English that you have not
3  understood?
4       A.    Yes, I did.
5       Q.    Did you know a translator was
6  going to be here today?
7       A.    Yes, I did.
8       Q.    When did you first learn that?
9       A.    When my lawyer told me about it.
10      Q.    When was that?
11            MS. MORGAN:  And you can
12 discuss, Ms. Defait, the time, but not
13 any of the substance of the conversations
14 with any lawyer at Fox Rothschild.
15            THE WITNESS:  Fine.
16      Q.    So when did you first learn
17 there was going to be a translator here?
18      A.    If I remember correctly, it was
19 less than a month ago.
20      Q.    Did you ask for a translator to
21 be present at the deposition?
22      A.    No.
23      Q.    Do you know if someone else
24 asked on your behalf for a translator to be
25 present?
```

```
1              Defait
2       A.    No.
3       Q.    Do you currently work for
4  Chargeurs?
5            Strike that.
6            Do you currently work for
7  Chargeurs, S.A.?
8       A.    No.
9       Q.    What company do you work for, if
10 any?
11      A.    Chargeurs Boissy.
12      Q.    What does that company do?
13      A.    It's a service company.
14      Q.    Just so the record is clear,
15 could you spell Chargeurs Boissy, please?
16      A.    It's C-H-A-R-G-E-U-R-S and
17 Boissy is B-O-I-S-S-Y.
18      Q.    Is there a corporate designation
19 like S.A. or S.A.S., something like that?
20      A.    The company -- the legal name of
21 the company is an S.A.R.L., Limited --
22            THE INTERPRETER:  What's that?
23 I don't know the --
24            MR. D'ANGELO:  Responsibility I
25 think she said.
```

Page 14

```
1              Defait
2       A.   -- Limited Liability.
3            MS. MORGAN:  Eric, when you're
4    saying something as the interpreter,
5    could you say this is the interpreter
6    talking?
7            THE INTERPRETER:  Sure.
8            MS. MORGAN:  So can you repeat
9    your answer and then whatever comment
10   you had?
11           THE INTERPRETER:  Okay.
12           MR. D'ANGELO:  Let me just reask
13   the question.  I think it will be
14   clearer.
15           THE INTERPRETER:  Right.
16      Q.   Does Chargeurs Boissy have any
17   type of corporate designation?
18      A.   Yes.
19      Q.   What is it?
20      A.   S.A.R.L.
21      Q.   You mentioned Chargeurs Boissy
22   is a service company.  What type of services
23   does it provide and to whom?
24      A.   Chargeurs Boissy provides services
25   to Chargeurs, S.A., also to Fitexin, also
```

Page 15

```
1              Defait
2    Novacel, also to Senfa, also to Chargeurs
3    World Eurasia.
4       Q.   What services does it provide to
5    Chargeurs, S.A.?
6       A.   It provides legal, fiscal and
7    financial advice and assistance.
8       Q.   What services does it provide to
9    Fitexin?
10      A.   They are legal, fiscal and
11   financial assistance and advice, especially
12   on demand.  That is when the activities of
13   that company require these services.
14      Q.   Does it provide any business or
15   operational advice or services to either of
16   those two companies?
17      A.   No.
18      Q.   Do you know approximately how
19   many employees Chargeurs Boissy has?
20      A.   I would say approximately 10 to
21   15 people.
22      Q.   What is your position there?
23      A.   Head of legal affairs.
24      Q.   Are you the senior-most legal
25   officer within Chargeurs Boissy?
```

Page 16

```
1              Defait
2       A.   At Chargeurs Boissy, yes, I am.
3       Q.   To the best of your knowledge,
4    are there lawyers that work directly for
5    Chargeurs, S.A.?
6       A.   Yes.
7       Q.   Approximately how many, if you
8    know?
9       A.   I know of one law firm.
10      Q.   I guess let me rephrase my
11   question.  Do you know approximately how
12   many attorneys are employed directly by
13   Chargeurs, S.A. as in-house counsel?
14      A.   No, I don't.
15      Q.   Is there a more senior legal
16   employee within the entire Chargeurs group
17   to whom you report?
18      A.   No.
19      Q.   Is it fair to say you are the
20   most senior legal personnel within the
21   entire Chargeurs group?
22           MS. MORGAN:  Object to the form
23      to the extent that Chargeurs group is
24      ambiguous.  You can answer if you
25      understand.
```

Page 17

```
1              Defait
2       Q.   Do you understand what I mean by
3    Chargeurs group?
4       A.   I would like you to explain what
5    you mean, your definition of Chargeurs group.
6       Q.   Have you ever used the term
7    Chargeurs group?
8       A.   Yes.
9       Q.   When you have used that term,
10   what are you referring to?
11      A.   When I refer to that, I am
12   referring to Chargeurs, S.A. and its
13   associated companies, that is, its
14   subsidiaries.
15      Q.   Okay.  So let's go with that
16   definition.
17           Is there a more senior legal
18   personnel within Chargeurs group above you?
19      A.   There is in Chargeurs Boissy
20   one single legal personnel, and in the
21   subsidiaries I don't know the -- if there
22   are any employees who fill a legal function.
23      Q.   Who is the person you're
24   thinking of within Chargeurs Boissy?
25      A.   It's me.
```

5 (Pages 14 to 17)

Page 18

Defait

1
2      Q.    So my question is:  Is there any
3  other attorney within the Chargeurs group
4  that is senior to you or are you the single
5  most senior personnel within the Chargeurs
6  group?
7           MS. MORGAN:  Object to the form.
8  You can answer the question.
9      A.    So I don't have anybody above
10  me.  There is no person ranked above me in
11  Chargeurs Boissy that has a legal function.
12  My boss is Joelle Fabre-Hoffmeister who is
13  secretary general.
14      Q.    Can you spell that name for the
15  record, please?
16      A.    It's Joelle, J-O-E-L-L-E, and
17  the surname is F-A-B-R-E hyphen
18  H-O-F-F-M-E-I-S-T-E-R.
19      Q.    His position is secretary general?
20      A.    Yes.
21      Q.    Of Chargeurs Boissy?
22      A.    No.
23      Q.    Of what?
24      A.    Chargeurs, S.A.
25      Q.    Why are you serving as the

Page 19

Defait

1
2  corporate rep for Chargeurs Boissy?
3           THE INTERPRETER:  The
4  interpreter would like to ask a
5  question.  Corporate rep, sorry, so I
6  can interpret it?
7           MR. D'ANGELO:  Representative of
8  Chargeurs, S.A. for the purposes of
9  this deposition.
10           MS. MORGAN:  I think you said
11  the group.
12           THE INTERPRETER:  Chargeurs, S.A.?
13           MR. D'ANGELO:  Let me rephrase it.
14           THE INTERPRETER:  I'm not sure I
15  understood it.
16           MS. MORGAN:  Okay.
17      Q.    Why are you serving as the
18  corporate rep for Chargeurs, S.A. for the
19  purposes of this deposition?
20      A.    I was named as the person to be
21  the deponent in this deposition by Joelle
22  Fabre-Hoffmeister on behalf of Chargeurs.
23      Q.    Do you know if anyone else was
24  considered other than you?
25      A.    No.

Page 20

Defait

1
2      Q.    Do you know why your boss named
3  you as the corporate rep?
4           MS. MORGAN:  And to the extent
5  that you can answer that without
6  disclosing any attorney-client
7  privileged communication or any work
8  product, you can do so.  Otherwise, I
9  direct you not to answer.
10      A.    When she named me to do this,
11  she didn't provide a reason, she didn't say
12  what it was.
13      Q.    Did you ask her why?
14      A.    No, I didn't.
15      Q.    Do you know why she didn't
16  select a business person as opposed to an
17  attorney?
18           MS. MORGAN:  Objection to form.
19  It calls for speculation.  You can
20  answer to the extent you have any
21  personal knowledge.
22      Q.    Did you say to her in words or
23  substance that a businessperson might be
24  better to serve as a corporate rep?
25      A.    For which company?

Page 21

Defait

1
2      Q.    For Chargeurs, S.A.
3           MS. MORGAN:  And I'll direct you
4  not to answer that question because
5  that's getting into work product in
6  regards to this litigation, so I'll
7  direct you not to answer.
8      A.    I will follow the advice of my
9  attorney.
10           MR. D'ANGELO:  Let's mark the
11  first exhibit please Chargeurs 1.
12           (Chargeurs Exhibit 1, Amended
13  Notice of Deposition, marked for
14  identification, as of this date.)
15      Q.    Let me know when you've had a
16  chance to look at that, Ms. Defait.
17           (Witness reviewing document.)
18      A.    That's fine.
19      Q.    Have you seen that document before?
20      A.    Yes, I have.
21      Q.    It's the Notice of Chargeurs
22  S.A.'s Deposition; isn't that right?
23      A.    Yes.
24      Q.    And you're the person designated
25  to give that testimony today; correct?

Page 22

```
             Defait
 1
 2      A.    Yes.
 3      Q.    And you understand that your
 4  testimony is binding on Chargeurs, S.A.;
 5  correct?
 6      A.    Yes.
 7      Q.    Did you do anything to prepare
 8  for today's deposition?
 9      A.    Yes.
10      Q.    What did you do?
11      A.    I spoke with Caroline Morgan, I
12  also reviewed certain documents related to
13  Chargeurs, S.A. and I also spoke with Joelle
14  Fabre-Hoffmeister specifically about the
15  Chargeurs, S.A.
16      Q.    How many times did you meet with
17  Ms. Morgan to prepare?
18          MS. MORGAN:  And I'll counsel
19      you, Ms. Defait, that you can discuss
20      the number of times, but not any of the
21      substance of what we discussed.
22      A.    I spoke twice on the phone with
23  Caroline Morgan and I had one face to face
24  meeting with her.
25      Q.    When were the phone calls?
```

Page 23

```
             Defait
 1
 2      A.    Last Thursday and Friday.
 3      Q.    How long did the first call last
 4  for?
 5      A.    About two hours.
 6      Q.    Second phone call?
 7      A.    About an hour and a half.
 8      Q.    How about the in-person meeting?
 9      A.    Approximately seven hours.
10      Q.    How many times did you speak
11  with your boss -- I'm just going to call her
12  Joelle because it's easier for me -- how
13  many times did you speak with Joelle to
14  prepare for this deposition?
15          MS. MORGAN:  And, again, I'll
16      counsel you, Ms. Defait, that you can
17      discuss the number of times, but not
18      the substance of your conversations.
19      A.    Once before leaving for New York
20  and once this morning.
21      Q.    How long was the conversation
22  before leaving for New York for?
23      A.    No more than 20 minutes.
24      Q.    And this morning, how long did
25  that conversation last for?
```

Page 24

```
             Defait
 1
 2      A.    About half an hour.
 3      Q.    You say you reviewed documents
 4  with Ms. Morgan; is that right?
 5      A.    That's right.
 6      Q.    And you're aware that certain
 7  documents have been exchanged by the parties
 8  throughout this lawsuit?
 9      A.    I suppose so.
10      Q.    Do you know if any of the
11  documents you reviewed with Ms. Morgan are
12  documents that have not been exchanged by
13  the parties?
14      A.    When you talk about the parties
15  to this procedure, you're talking about
16  Hickey Freeman and who else?
17      Q.    Hickey Freeman, Veratex, LP
18  Inc., LP BC, LP Wujiang.
19          MS. MORGAN:  And, again, I
20      counsel you, Ms. Defait, that you can
21      respond to the question, however,
22      without any of the substance of our
23      conversations concerning any documents.
24      A.    So your question is that if the
25  documents that I reviewed with Ms. Morgan
```

Page 25

```
             Defait
 1
 2  are also documents that were exchanged with
 3  Veritext, LP Inc., LP BC, LP Wujiang and
 4  Hickey Freeman?
 5      Q.    Correct.
 6      A.    No.  It's only a supposition
 7  that I could possibly make.
 8      Q.    Do you know if you reviewed any
 9  documents that are being withheld from
10  Hickey Freeman because of attorney-client
11  privilege?
12      A.    Please could you repeat the
13  question?
14      Q.    Do you want me to rephrase or
15  just repeat?
16      A.    Just to repeat it so that I
17  understand the question properly.
18      Q.    Sure.
19          MR. D'ANGELO:  Would you mind.
20          (Whereupon, the requested
21      portion of the record was read back
22      by the reporter.)
23          MR. D'ANGELO:  Can the
24      translator retranslate that, please.
25          MS. MORGAN:  You can answer the
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Defait

1
2       question yes or no, but not discuss any
3       of the substance of those documents if
4       any exist.
5       A.    No, I don't know.
6           MS. MORGAN:  And throughout this
7       deposition, Ms. Defait, nobody here
8       wants you to guess, so if you're
9       unclear or you don't know, please state
10      so.  Earlier I believe you said --
11          MR. D'ANGELO:  Can you not give
12      instructions to the witness during the
13      deposition and on the record --
14          MS. MORGAN:  Earlier you said --
15          MR. D'ANGELO:  -- that's totally
16      improper.
17          MS. MORGAN:  Earlier --
18          MR. D'ANGELO:  Note my objection
19      to this, please.
20          MS. MORGAN:  -- you said it
21      would be a supposition, so to the
22      extent that you can answer the
23      questions, please do so.
24          MR. D'ANGELO:  I will ask
25      counsel to refrain from coaching the

Defait

1
2       witness during the deposition.  It is
3       completely improper.  And note my
4       objection to counsel's statement.
5           MS. MORGAN:  You can translate
6       that.
7           THE INTERPRETER:  Okay.
8           MS. MORGAN:  Is there a question
9       pending?  I don't think so.
10      Q.    That conversation with Joelle,
11      the two conversations with Joelle, anyone
12      else at those conversations between you and
13      he -- you and she, excuse me?
14      A.    No.
15      Q.    Did you speak with Francois
16      Rousseau to prepare for the deposition today?
17      A.    Yes.
18      Q.    When was that?
19      A.    This morning.
20      Q.    For how long?
21      A.    Less than a quarter of an hour.
22      Q.    What about Fran Natale?
23      A.    No.
24      Q.    What about Bernard Vossart?
25      A.    No.

Defait

1
2       Q.    What about Angela Chan?
3       A.    No.
4       Q.    You understand when I say LP
5       Wujiang, I mean Lainiére De Picardie (Wujiang)
6       Textiles Co. Ltd.?
7       A.    Yes.
8       Q.    So I'm just going to call them
9       Wujiang.
10      A.    That's fine.
11      Q.    Did you speak to anybody from
12      Wujiang to prepare for today's deposition?
13      A.    No.
14      Q.    Did you speak to Manuel Tse?
15      A.    No.
16      Q.    Did you speak to Chuck Lai to
17      prepare for today's deposition?
18      A.    No.
19      Q.    Did you speak to Dong Gui to
20      prepare for today's deposition?
21      A.    No.
22      Q.    Did you speak to Tina Chan to
23      prepare for today's deposition?
24      A.    No.
25      Q.    Did you review any transcripts

Defait

1
2       of depositions taken earlier in this case to
3       prepare?
4       A.    No.
5       Q.    Did you review the Complaint?
6       A.    No.
7       Q.    Did you review any other
8       documents that may have been filed with the
9       court in this case?
10      A.    No; except this Notice of
11      Deposition.
12      Q.    Why didn't you speak with anyone
13      from Wujiang?
14          MS. MORGAN:  Objection to the
15      extent that it calls for you to
16      disclose any communications with Fox
17      Rothschild.  You can answer otherwise.
18      A.    I represent the interest of
19      Chargeurs, S.A. and not LP Wujiang, so I didn't
20      deem it necessary to speak to LP Wujiang.
21      Q.    Are you aware that you're here
22      to give testimony on behalf of Chargeurs, S.A.
23      regarding matters within the possession or
24      knowledge of Wujiang?
25      A.    Yes, I'm aware of that.

8 (Pages 26 to 29)

Page 30

```
1               Defait
2        Q.   You didn't think it would be a
3   good idea to speak with somebody from Wujiang?
4            MS. MORGAN:  Objection.  Asked
5   and answered.
6        Q.   It wasn't asked and answered,
7   different question, but go ahead.
8        A.   Could you repeat the question?
9        Q.   You didn't think it would be a
10  good idea to speak to someone from Wujiang?
11       A.   I didn't ask myself that question.
12       Q.   You didn't consider it?
13       A.   No.
14       Q.   Where is Chargeurs, S.A. located?
15       A.   In Paris.
16       Q.   Address, please?
17       A.   112 Avenue Kleber, 75116 Paris.
18       Q.   Does Chargeurs, S.A. have any
19  other offices?
20       A.   No.
21       Q.   Where is Chargeurs Boissy
22  located?
23       A.   At 112 Avenue Kleber, 75116 Paris.
24       Q.   Same address?
25       A.   Yes.
```

Page 31

```
1               Defait
2        Q.   Same offices?
3        A.   Yes.
4        Q.   When did Chargeurs hire legal
5   counsel, outside legal counsel in connection
6   with the lawsuit?
7        A.   When Chargeurs, S.A. was first
8   notified.
9        Q.   First notified of what?
10       A.   When we received the Complaint.
11       Q.   By Complaint, do you mean the
12  document that was filed with the court or
13  something else?
14       A.   I'm not sure we're referring to
15  the same document.  Are there two different
16  documents?
17       Q.   What document are you referring
18  to?
19       A.   We were -- we were served the
20  Complaint, and then that's when we decided
21  to hire external counsel.
22       Q.   Do you know when the Complaint
23  was filed?
24            MS. MORGAN:  Do you mean with
25  the court?
```

Page 32

```
1               Defait
2            MR. D'ANGELO:  Strike that.
3        Q.   Do you know when you were served
4   with the Complaint?  And by that, I mean
5   Chargeurs, S.A.
6            MS. MORGAN:  Objection to the
7   form.  I believe the translator
8   translated that as received, but the
9   questioner noted served, which is
10  different.  To the extent that that
11  calls for a legal conclusion, the
12  witness is not testifying on legal
13  matters.  To the extent that you
14  understand the question, you can answer
15  it.
16            THE INTERPRETER:  I'm just
17  checking a word, checking my French
18  here.
19       A.   I don't remember the exact date
20  when Chargeurs received the Complaint.
21            MS. MORGAN:  I'd like to take a
22  short break.
23            MR. D'ANGELO:  Sure.
24            (Whereupon, a brief recess was
25  taken.)
```

Page 33

```
1               Defait
2   CONTINUED BY MR. D'ANGELO:
3        Q.   Ms. Defait, before the break I
4   asked you when Chargeurs hired outside
5   counsel and you said after Chargeurs was
6   served with a copy of the Complaint and I
7   asked you when and you said you didn't know.
8            After speaking with counsel, do
9   you want to change any of that testimony?
10       A.   Yes.
11       Q.   What would you like to change
12  about it?
13       A.   I have a more specific idea of
14  the date when we hired that lawyer.
15       Q.   By that lawyer, you mean Fox
16  Rothschild or somebody else?
17       A.   Yes.  Fox Rothschild?
18            MR. D'ANGELO:  Let the record
19  reflect the witness answered in English,
20  please.
21       Q.   So what's the date?
22       A.   May 2017.
23       Q.   Do you remember what time in May?
24       A.   No.
25       Q.   Was it in the beginning of the
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Defait
1
2  month or more toward the end of the month?
3      A.   I don't know.
4      Q.   Does Chargeurs, S.A. have a
5  board of directors?
6      A.   What do you mean by board of
7  directors?
8      Q.   What's your understanding of
9  what a board of directors is?
10     A.   It's a question of the
11 translation.  I think you're referring to a
12 conseil d'administration, board of directors.
13     Q.   When I say board of directors, I
14 mean people who don't necessarily need to be
15 employed by the company, but they can be
16 outside directors that discuss strategy.
17         Do you understand that?
18     A.   The answer is yes.
19     Q.   And approximately how many times
20 each year does that board meet?
21     A.   It depends on the years.
22     Q.   How about in 2017?  When did the
23 board meet that year?
24     A.   Approximately nine times.
25     Q.   Did you attend any of those

Defait
1
2  meetings?
3      A.   Yes.
4      Q.   All of them?
5      A.   Yes.
6      Q.   How many times did that board of
7  directors meet prior to May of 2017, during
8  the year 2017?
9      A.   Before May 2017?
10     Q.   Yes.
11     A.   Three times, if I remember
12 correctly.
13     Q.   Did the board discuss Hickey
14 Freeman at all during those three meetings?
15     A.   No.
16     Q.   Do you remember any meetings in
17 May of 2017, any Board meetings?
18     A.   No, I do not remember.
19     Q.   When is the next meeting you can
20 remember after May 2017?
21     A.   July 2017.
22     Q.   At any point in time prior to
23 that July 2017 meeting of the board of
24 directors, was there any discussion at those
25 board meetings of Hickey Freeman or of the

Defait
1
2  issue that Hickey Freeman had raised with
3  respect to Chargeurs Interlining?
4      A.   The answer is no.
5      Q.   Chargeurs also has a management
6  committee of people that work within the
7  Chargeurs group; isn't that right?
8      A.   What do you mean by management
9  of the group?
10     Q.   Is there some sort of management
11 or executive committee within the Chargeurs,
12 S.A.?
13     A.   There is a management committee
14 within Chargeurs, S.A.
15     Q.   How many times did they meet in
16 2017?
17     A.   I don't know.
18     Q.   Did you attend any of those
19 meetings?
20     A.   No.
21     Q.   Do you know if prior to May of
22 2017, any management committee meetings
23 involved any discussions of Hickey Freeman
24 or the issues Hickey Freeman raised with
25 respect to Chargeurs Interlining?

Defait
1
2      A.   I know that there was no
3  discussion of Hickey Freeman at the
4  management committee meetings.
5      Q.   At none of them?
6      A.   That's right.
7      Q.   Neither before nor after May
8  2017?  Is that what you're saying?
9      A.   That's right.
10     Q.   And how do you know that?
11     A.   I asked the question.
12     Q.   Was there any discussion of
13 Hickey Freeman at any of the board of
14 directors meetings after May of 2017?  And
15 that's a yes or no question.
16     A.   Was there any discussion by the
17 board of directors after May 2017?
18     Q.   Correct.
19     A.   No.
20     Q.   I just want to make sure the
21 question for the record is clear.  My question
22 was whether at any point after May 2017 at
23 the meetings of the board of directors for
24 Chargeurs, S.A., has there been any
25 discussion at all about Hickey Freeman or

10 (Pages 34 to 37)

Page 38

Defait

1  about this litigation at all?  Yes or no?
2      A.   No.
3      Q.   Do you know what fusible
4  interlining is, Ms. Defait?
5      A.   Yes.
6      Q.   Other than this lawsuit, has
7  Chargeurs, S.A. been involved in any other
8  lawsuits involving fusible interlining?
9        MS. MORGAN:  By involved, do you
10  mean a named party?
11        MR. D'ANGELO:  Let's start with
12  that, yes, named party.
13      A.   Chargeurs, S.A. has never been
14  involved in any litigation involving
15  interlining.
16      Q.   Has any other company within the
17  Chargeurs group?
18      A.   Yes.
19      Q.   Which ones?
20      A.   Intissel, I-N-T-I-S-S-E-L.
21      Q.   What's the full name of that
22  company, corporate designation, please?
23      A.   Intissel S.A.S.  I would like to
24  rectify that.  Today it is constituted as an

Page 39

Defait

1  S.A.R.L.
2      Q.   So Intissel S.A.R.L.; correct?
3      A.   That's right.
4      Q.   But at the time of the litigation
5  is may have been called Intissel S.A.S.?
6      A.   That's right.
7      Q.   When was that?
8      A.   It goes back to a number of
9  years ago, to 2006.
10      Q.   What was the subject matter of
11  the lawsuit?
12      A.   A defective product.
13      Q.   What was the allegedly defective
14  product?
15      A.   The product code was SD75, if I
16  remember correctly.
17      Q.   That's a product code for a
18  fusible interlining; is that right?
19      A.   I don't know.
20      Q.   Do you know if it was some other
21  kind of product?
22      A.   When you say kind of product,
23  what do you mean?  What kind of product?
24      Q.   Meaning interlining, canvas,

Page 40

Defait

1  fabric, something else.
2      A.   It was a non-woven product.
3      Q.   Where was that litigation?
4      A.   In France.
5      Q.   What was the name of the party
6  or parties that started that lawsuit?
7      A.   Canele Industrei.
8      Q.   Can you spell that, please?
9      A.   I think the spelling of Canele
10  is C-A-N-E-L-E followed by Industrei,
11  I-N-D-U-S-T-R-E-I, and there might or might
12  not be an S at the end of Industrei.
13      Q.   What were the results of that
14  litigation?
15      A.   The litigation filed by Canele
16  Industrei was dismissed.
17      Q.   Did Intissel have to pay
18  anything in connection with that lawsuit
19  being dismissed to the extent you can
20  remember anything?
21      A.   Intissel paid the legal fees,
22  but if I remember correctly, it didn't make
23  any payment to the Chargeurs group or party.
24      Q.   Other than Intissel, has any

Page 41

Defait

1  other company of the Chargeurs group been
2  involved in any lawsuit involving allegedly
3  defective products?
4        THE INTERPRETER:  Sorry.  I got
5  distracted.  I heard most of the
6  question.
7        MR. D'ANGELO:  It should be in
8  there.
9        THE INTERPRETER:  Thank you.
10      A.   Are you referring to all the
11  business units, to all the divisions?
12      Q.   Correct.
13      A.   Yes.
14      Q.   Which ones?
15      A.   Novacel Korea.
16      Q.   Any others?
17      A.   Boston Tapes.
18      Q.   Can you spell that, please?
19      A.   B-O-S-T-O-N T-A-P-E-S.
20      Q.   That's a company within the
21  Chargeurs group?
22      A.   It's a company that is a
23  subsidiary of Novacel, S.A.
24      Q.   Any others besides Novacel Korea

11 (Pages 38 to 41)

Page 42

Defait

and Boston Tapes?

A. No.

I just want to make a little rectification with regard to Boston Tapes because you mentioned litigation. There was a subpoena.

Q. So Boston Tapes was not sued in that case?

A. No.

Q. Novacel Korea was though?

A. Yes.

Q. Do you know what the product was that was involved in that case?

A. Temporary protective film.

Q. Do you know the result of that litigation?

A. As a result of the litigation between Novacel Korea?

Q. Yes.

A. Novacel Korea was found responsible.

Q. Who filed that case against Novacel Korea?

A. A client called Korvan.

Page 43

Defait

Q. Spell it, please, Ms. Defait.

A. K-O-R-V-A-N.

Q. How much did Novacel Korea have to pay in connection with that case, if you know? I am excluding attorneys' fees now.

A. I don't remember the exact amount as the litigation was in local currency, but it was approximately 300,000 euros.

Q. When was that case resolved?

A. In 2017.

Q. Other than Intissel and Novacel Korea, have any other companies within the Chargeurs group ever been party to a lawsuit in connection with an allegedly defective product?

A. Not as far as I can recall.

Q. How about Wujiang?

A. I'm not aware of it.

Q. Lainiére de Picardie BC?

A. No. I'm not aware of any.

Q. Lainiére de Picardie Corporate?

A. I'm not aware of any.

Q. How long have you been the head

Page 44

Defait

of legal at the company?

A. Which company?

Q. Boissy.

MS. MORGAN: Objection to the form. You can answer.

A. On behalf of Chargeurs Boissy, since 2010.

Q. Did you work in the Chargeurs group prior to that?

A. Yes.

Q. What did you do prior to that?

A. I was the head of legal affairs for Chargeurs Entoilage.

Q. How long were you there as head of legal affairs?

A. From February 2005 to September 2010.

Q. Did you have another position within the Chargeurs group prior to that time?

A. No.

Q. When did you get your law degree?

A. Which degree?

Q. How many law degrees do you have?

THE INTERPRETER: First I'm going

Page 45

Defait

to interpret as best to my ability.

A. An undergrad in law and a master's degree in law.

THE INTERPRETER: Is that okay?

A. I don't know the equivalents in the United States.

Q. Your master's degree in law, when was that?

A. In 1999.

Q. Your undergrad law degree?

MS. MORGAN: Objection to the form. You can answer.

A. It's a three-tiered degree for a total of four years and the last year is the maitrise.

THE INTERPRETER: The interpreter has translated maitrise as master's.

Q. So the last year of that, was the last year of that four-year program 1999?

A. Yes. Out of the four years, yes.

Q. Chargeurs, S.A., is that a publicly owned company?

A. Yes, it is. It is quoted on the

Page 46

```
                Defait
 1
 2   stock market.
 3       Q.    Do you know who its largest
 4   shareholder is?
 5       A.    Yes.
 6       Q.    Who is that?
 7       A.    The main shareholder is Columbus
 8   Holding.
 9       Q.    What's that, Columbus Holding?
10       A.    It's an investment fund.
11       Q.    Do you know approximately how
12   many shareholders Chargeurs, S.A. has?
13       A.    No.
14       Q.    What does Chargeurs, S.A. do?
15       A.    Chargeurs, S.A. is a company
16   listed on the stock market and it is -- it
17   is a holding company.
18       Q.    A holding company for what?
19       A.    It manages the shares in the
20   context of the activity.
21       Q.    What do you mean by managing
22   shares?
23       A.    That means it owns shares.
24       Q.    Of what?
25       A.    It owns shares in Senfa, it owns
```

Page 47

```
                Defait
 1
 2   shares in Chargeurs Interlining, it owns
 3   shares in Chargeurs Protective Film, it owns
 4   shares in Chargeurs Wool Eurasia, and it
 5   also -- also in some holding companies that
 6   don't have any particular operations,
 7   activity.
 8          You said that Chargeurs -- in
 9   the case of Chargeurs Protective Film, you
10   used the name of protective film, but in
11   terms of its legal name, you have to use the
12   French title, which is Chargeurs Film de
13   Protection.
14       Q.    And that you was addressed to
15   the translator; correct?  Was that a
16   statement directed to the translator or --
17       A.    Yes.  That's right.
18       Q.    And the translator translated
19   one of the companies you mentioned as
20   Chargeurs Interlining.  Is the name of that
21   company Chargeurs Entoilage?
22       A.    Yes, that's right.
23       Q.    Chargeurs Entoilage, S.A.;
24   correct?
25       A.    Today it is called Chargeurs
```

Page 48

```
                Defait
 1
 2   Entoilage S.A.S.
 3       Q.    Was it once known as Chargeurs
 4   Entoilage, S.A.?
 5       A.    That's right.
 6       Q.    When did it change?
 7       A.    Recently.  Yes, at the end of
 8   2017, or the beginning of 2018.  I don't
 9   have the exact date.  They didn't change
10   name.
11       Q.    You said it became S.A.S.;
12   correct?
13       A.    They changed the corporate name.
14       Q.    Yes.  Why did they change the
15   corporate name?
16       A.    The corporate name is more
17   flexible in terms of governance.
18       Q.    What does that mean?
19       A.    Chargeurs, S.A. had -- used to
20   have a board of directors.  Now it has a
21   surveillance committee, a monitoring
22   committee -- a supervisory board, and S.A.
23   is a stricter designation according to
24   French law than S.A.S. is.
25          MR. D'ANGELO:  Let's mark the
```

Page 49

```
                Defait
 1
 2   next exhibit, please, Chargeurs 2.
 3          (Chargeurs Exhibit 2,
 4   Registration Document 2017, marked for
 5   identification, as of this date.)
 6          MS. MORGAN:  Are you done with
 7   this?
 8          MR. D'ANGELO:  Yes.
 9       Q.    Have you seen that document
10   before, Ms. Defait?
11       A.    Yes.
12       Q.    What is it?
13       A.    It's the reference document for
14   Chargeurs, S.A.
15       Q.    I will represent to you this was
16   accessed from a website www.chargeurs.fr.
17          Is it true that a French version
18   of this document was filed with the French
19   government?
20       A.    No.  This document was not filed
21   with the French government.
22       Q.    If you can turn to the second
23   page of the document, please.  Do you see
24   the paragraph at the bottom left-hand corner
25   of the page?
```

13 (Pages 46 to 49)

Defait

1
2        It says, and I'll quote, the
3    French version of this registration document
4    was filed with French Financial Markets
5    Authority, the AMF, under the number
6    R.18-006 on March 23, 2018, pursuant to
7    Article 212-13 of the AMF's general
8    regulations.
9        Do you see that, Ms. Defait?
10   A.    Yes, I do.
11   Q.    Is that true?
12   A.    Yes, it is.
13   Q.    What is the AMF?
14   A.    It's the body that oversees the
15   financial markets.
16   Q.    Is it a government authority?
17   A.    No.
18   Q.    What is it then?
19   A.    It's an independent administrative
20   body.
21   Q.    Does it have authority to
22   sanction bodies that file with it?
23   A.    Yes.  They have the authority to
24   sanction bodies that are quoted on the stock
25   market.

Defait

1
2    Q.    Are you aware of what the
3    harshest sanction available to that body is?
4    A.    No, I don't.
5    Q.    Does it have authority to delist
6    companies from the stock market?
7    A.    I don't know their roles.
8    Q.    In your role as head of legal,
9    do you have any role, or with respect to
10   filing a version of this document with the
11   AMF?
12   A.    Yes.
13   Q.    What role do you play in filing
14   this document with the AMF?
15   A.    To draft certain sections of the
16   reference document.
17   Q.    Can you give me some answers of
18   which sections you had responsibility for
19   drafting?
20   A.    Yes.
21   Q.    You can point me to portions of
22   the Table of Contents if that's easier.
23   A.    Corporate governance.
24   Q.    That's the section that begins
25   at page 77; correct?

Defait

1
2    A.    That's right.
3    Q.    Anything else?
4    A.    Section 7.2, Section 7.3.
5    Q.    Those sections relate to a
6    report of the board of directors and direct
7    resolution submitted to the annual general
8    meeting; correct?
9    A.    That's right.
10   Q.    Anything else?
11   A.    No.
12   Q.    In addition to the portions that
13   you drafted, did you have responsibility for
14   reviewing any portions of this document before
15   it was filed with AMF?
16   A.    I was asked to read through the
17   reference document; yes.
18   Q.    The entire document?
19   A.    Yes.
20   Q.    And if you had found something
21   in there that was false, would you have
22   corrected it?
23   A.    Indeed I would have shared what
24   I found with Joelle Fabre-Hoffmeister.
25   Q.    Did you in fact make any

Defait

1
2    corrections to any portions that you reviewed
3    that you thought were false or inaccurate?
4    A.    False or inaccurate?  No.
5    Q.    Any other types of changes?
6    A.    The correction of some spelling
7    mistakes.
8        MR. D'ANGELO:  Let's go off the
9    record for a moment.
10       (Whereupon, a brief recess was
11   taken.)
12   Q.    Ms. Defait, if you could turn to
13   page 16 of the registration statement, please.
14       MS. MORGAN:  You said 16?
15       MR. D'ANGELO:  Yes.  Page 16.
16       THE INTERPRETER:  15?
17       MR. D'ANGELO:  16.
18       THE INTERPRETER:  I see.  16.
19   Q.    The first sentence of the page
20   says:  Chargeurs is a global manufacturing
21   and servicing group with leading positions
22   in the markets for temporary industrial
23   service protection, garment interlinings,
24   technical textiles and premium quality wool.
25       Do you see that, Ms. Defait?

Page 54

1            Defait
2    A.    Yes.
3    Q.    Then the next sentence starts
4  with the phrase our four business units.
5        Do you see that?
6    A.    Yes.
7    Q.    And then below that there are
8  four business units listed in different colors.
9        Do you see that?
10   A.    Yes.
11   Q.    And one of them is Chargeurs
12 Fashion Technologies; is that right?
13   A.    That's right.
14   Q.    And when it says our four
15 business units, what does the our refer to?
16       (Witness reviewing document.)
17   A.    I am just rereading the sentence.
18   Q.    Sure.
19       (Witness reviewing document.)
20   A.    That refers to Chargeurs.
21   Q.    When you say Chargeurs, do you
22 mean Chargeurs, S.A.?
23   A.    In this context, I understand
24 Chargeurs is referring to the group.
25   Q.    So in this page, it's noting

Page 55

1            Defait
2  that Chargeurs Fashion Technologies is one
3  business unit in the Chargeurs group?
4    A.    That's right.
5    Q.    If you can flip to page 52,
6  please.
7        Do you see it says Internal
8  Control Procedures at the top of the page?
9    A.    Yes.
10   Q.    And I just want to direct your
11 attention to the paragraph in the middle of
12 the page in the left column that says Scope
13 of Internal Control.
14       Do you see that?
15   A.    Yes, I see.
16   Q.    In the sentence that follows, it
17 starts with the word the group.
18       Do you see that?  Do you see
19 that?
20   A.    Yes, I see that.
21   Q.    Does that refer to the Chargeurs
22 group?
23       MS. MORGAN:  Objection to the
24   form.  You can answer.
25       MR. D'ANGELO:  What's wrong with

Page 56

1            Defait
2  the form?
3    A.    Yes, that's right.  It's a
4  Chargeurs group.
5        MR. D'ANGELO:  What was wrong
6    with the form, Caroline?
7        MS. MORGAN:  It was ambiguous if
8    you were referring to the prior
9    testimony concerning the group.
10   Q.    The sentence goes on to say:
11 The group is organized around a lean head
12 office that oversees four business lines.
13       Do you see that?
14       (Witness reviewing document.)
15   A.    Yes, I see that sentence.
16   Q.    And one of the business lines
17 that's listed is Chargeurs Fashion
18 Technologies; is that right?
19   A.    Yes.
20   Q.    And is that true, that statement?
21   A.    It all depends on how you
22 interpret that sentence.  What is your
23 interpretation?
24   Q.    I'm just asking you if as
25 stated, if that's a true statement as it

Page 57

1            Defait
2  reads on the page.
3    A.    Can you translate into French
4  the exact terms as they are given on this
5  page?
6        MR. D'ANGELO:  Please.
7        (Interpreter translating.)
8    A.    This sentence is true insofar as
9  oversee is supervision, in terms of
10 supervision meaning obtaining information
11 from all four divisions, but I would like to
12 look further for more context.
13       (Witness reviewing document.)
14   Q.    Are you ready?
15   A.    Yes.
16   Q.    Anything you want to change to
17 your statement?
18   A.    No.
19   Q.    When it says the group is
20 organized around a lean head office, where
21 is that lean head office located?
22   A.    In Paris.
23   Q.    Is that the office you gave
24 earlier on Avenue Kleber?
25   A.    Yes.

15 (Pages 54 to 57)

Page 58

```
Defait
 1
 2        Q.    So the office where Chargeurs,
 3   S.A. is located?
 4        A.    That's right.
 5        Q.    It's also the office where
 6   Chargeurs Boissy is located?
 7        A.    That's right.
 8        Q.    Any other companies based out of
 9   that lean head office?
10        A.    Yes.
11        Q.    What other ones?
12        A.    Chargeurs Wool Eurasia.
13        Q.    Any others?
14        A.    Yes.
15        Q.    Can you give me all of them,
16   please?
17        A.    Chargeurs Cloud, Chargeurs
18   Technical Substrates, Chargetex 34,
19   Chargetex 35 -- Chargetex is spelled
20   C-H-A-R-G-E-T-E-X -- Chargeurs Textile,
21   Chargeurs Boissy.
22        Q.    When you say Chargeurs Cloud,
23   can you spell that, please?
24        A.    C-L-O-U-D.
25        Q.    What does Chargeurs Cloud do?
```

Page 59

```
Defait
 1
 2        A.    So the commercial purpose of
 3   Chargeurs Cloud is everything related to
 4   aviation, the purchase of planes and the
 5   operation of planes.
 6        Q.    Chargetex 34 and 35, what do
 7   those companies do?
 8        A.    These are companies that no
 9   longer have any activity.
10        Q.    What did they do when they had
11   activity?
12        A.    They were just holding companies,
13   pure holding companies.
14        Q.    For what companies?
15        A.    They didn't have any shares.
16   They were shells that were there for the use
17   of the group whenever the need was felt.
18        Q.    Chargeurs Technical Substrates,
19   what does that company do?
20        A.    So it's a company that was
21   created recently, it's -- to put it simply,
22   its purpose -- Chargeurs Fashion Technologies
23   is the mother company for Chargeurs Technical
24   Substrates and it holds the shares of Senfa.
25        MS. MORGAN:  Did you mean the
```

Page 60

```
Defait
 1
 2   title?
 3        THE INTERPRETER:  The shares,
 4   the share capital of Senfa, S-E-N-F-A.
 5        A.    And also on behalf of Senfa and
 6   also another company, a new company called
 7   Leah.
 8        THE INTERPRETER:  L-E-A-H.
 9        Q.    What does Senfa do?
10        A.    It's a company that works with
11   technical textiles.  It makes them functional.
12        Q.    Does it make any interlining?
13        A.    No.
14        Q.    What does Leah do?
15        A.    Leah?
16        Q.    L-E-A-H.
17        A.    Oh, it's L-E-A-C-H, Leach.
18        Q.    What does Leach do?
19        A.    Light boxes.
20        Q.    You said earlier that Chargeurs
21   Fashion Technologies was the mother company
22   for Chargeurs Technology Substrates?  Do I
23   have that right?
24        A.    No.  That's not correct.
25   Chargeurs Fashion Technologies is not a
```

Page 61

```
Defait
 1
 2   company, it's not a legal entity.
 3        Q.    So did you misspeak when you
 4   said Chargeurs Fashion Technologies earlier?
 5        A.    In what context did I speak
 6   about Chargeurs Fashion Technologies?  What
 7   did I say?
 8        Q.    I believe you referred to it as
 9   a mother company of Chargeurs Technical
10   Substrates.  So that's incorrect?
11        A.    No.  That's not what I said.
12   That's not at all what it is.
13        Q.    What did you say then?
14        A.    To answer what question?
15        Q.    I asked you what Chargeurs
16   Technical Substrates does, and you said to
17   put it simply, Chargeurs Technical Substrates
18   is the mother company of Chargeurs Fashion
19   Technologies.
20        A.    No.
21        Q.    So what does Chargeurs Technical
22   Substrates do?
23        MR. STASSEN:  Could we go off
24   the record for a minute?
25        (Whereupon, a discussion was
```

Page 62

```
1              Defait
2      held off the record.)
3      A.   So Chargeurs Technical Substrates
4  is the business name of the division, but
5  also recently there was a company created
6  going by the name of Chargeurs Technical
7  Substrates S.A.S.
8      Q.   Let's turn to page 80 of the
9  document, please.  At the top of the page it
10 says Governance Structure and Board Committees.
11         Do you see that?
12     A.   Yes.
13     Q.   This is in the section of the
14 document that you created; correct?
15     A.   That's right.
16     Q.   When it says board committees,
17 it's referring to the board of directors of
18 Chargeurs S.A.; correct?
19     A.   No.
20     Q.   What board is it referring to?
21     A.   They are specialized committees
22 that are subsections of the board of directors.
23     Q.   Subsections of the board of
24 directors of Chargeurs S.A.; correct?
25     A.   That's right.
```

Page 63

```
1              Defait
2      Q.   How many members are currently
3  on the board of Chargeurs, S.A.?
4      A.   Just a moment.
5          Five.
6      Q.   Name them, please.
7      A.   Michael Fribourg, Columbus
8  Holding.
9      Q.   Columbus?
10     A.   Yes.  Columbus, C-O-L-O-M-B-U-S.
11     Q.   Is there one person that
12 represents Columbus Holding?
13     A.   Yes.
14     Q.   Who?
15     A.   Nicolas Urbain.
16     Q.   The other three members?
17     A.   Isabelle Guichot, Cecelia
18 Ragueneau, Emmanuel Coquoin.
19     Q.   Turn to page 83, please.  On the
20 right-hand column, it says Assessment of the
21 Board of Directors.
22         Do you see that?
23     A.   That's right.
24     Q.   Later on in this same section,
25 there's a paragraph at the top of page 84
```

Page 64

```
1              Defait
2  beginning with the word similarly.
3          If you can turn to that, please.
4      A.   Yes, I see.
5      Q.   I'm just going to read that into
6  the record.  Similarly, quote, discussions
7  with the managing directors of the group's
8  four business lines, both during the board
9  meetings where they are invited to present
10 their activity, during the strategic
11 seminars organized by the group and during
12 visits to Chargeurs' production sites, were
13 deemed to be very positive.
14         Do you see that, Ms. Defait?
15     A.   Yes.
16     Q.   Is it true that in 2017, the
17 board of directors of Chargeurs, S.A. met
18 with the managing director of Chargeurs
19 Fashion Technologies?
20         MS. MORGAN:  Objection to form.
21 You can answer.
22     A.   No.
23     Q.   It says managing directors of
24 the group's four business lines.
25         Is Chargeurs Fashion Technologies
```

Page 65

```
1              Defait
2  one of those four business lines?
3      A.   So what is the question?
4      Q.   Does that mean -- strike that.
5          Does that include the managing
6  director of Chargeurs Fashion Technologies?
7      A.   Yes.  It includes the managing
8  director of Chargeurs Fashion Technologies.
9      Q.   Right.
10         So in 2017, that was Bernard
11 Vossart; correct?
12     A.   That's right.
13     Q.   So were there in fact discussions
14 between the board of directors of Chargeurs,
15 S.A. and Mr. Vossart in 2017?
16     A.   It's a very general question.
17 Are you referring to something specifically?
18     Q.   I'm referring to what it says
19 here, when it says discussions with the
20 managing directors.  I just want to know if
21 that's true, whether there were discussions
22 between the board of Chargeurs and Mr. Vossart
23 as it says here.
24     A.   Yes.  It is as it is written
25 here, Bernard Vossart had a discussion with
```

17 (Pages 62 to 65)

```
 1              Defait
 2   the board of directors concerning the
 3   activities of the division of fashion --
 4   Chargeurs Fashion Technologies -- sorry --
 5   to present the activities of the division.
 6        Q.    Was that during one or more
 7   board meetings of board of directors of
 8   Chargeurs, S.A.?
 9        A.    It was during one meeting of the
10   board of directors.
11        Q.    You were at that meeting as
12   well; correct?
13        A.    That's right.
14        Q.    And what was discussed during
15   Mr. Vossart's presentation to the board?
16        A.    Sorry.  I'd like to make a
17   rectification.  I participated in all of the
18   meetings of the board of directors except
19   this one exceptionally because my son was
20   sick.
21            MS. MORGAN:  I'd like to take a
22        very short break.
23            MR. D'ANGELO:  We took a break
24        like 20 minutes ago.
25            MS. MORGAN:  I know.  I'm saying
```

```
 1              Defait
 2   very short.
 3            MR. D'ANGELO:  All right.
 4            (Whereupon, a brief recess was
 5        taken.)
 6   CONTINUED BY MR. D'ANGELO:
 7        Q.    I understand you didn't attend
 8   the meeting, but do you know what was
 9   discussed with Mr. Vossart regarding
10   Chargeurs Fashion Technologies?
11        A.    Yes, in part.
12        Q.    What do you know that was
13   discussed?
14        A.    What was transcribed in the
15   minutes of this meeting of the board in
16   question.
17        Q.    What general topics were covered?
18        A.    So what was discussed were the
19   outstanding data for the year, the
20   acquisition plans in the pipeline, actions
21   that were identified as part of the game
22   changer plan and the budget forecast for 2018.
23        Q.    Why would the board of directors
24   of Chargeurs, S.A. need to meet with
25   Mr. Vossart about these matters?
```

```
 1              Defait
 2        A.    So the board of directors does
 3   not -- did not only meet in order to have a
 4   discussion with Bernard Vossart, but also to
 5   meet with managing directors for the
 6   different lines of production who on the
 7   occasion presented their budgets for the
 8   past year, and it's also a way for the board
 9   of directors to be informed about all the
10   various activities taking place within the
11   various divisions.
12        Q.    Why does the board of directors
13   need to be informed about the various
14   activities taking place within Chargeurs
15   Fashion Technologies?
16        A.    The board of directors needs to
17   be informed about the activities of the
18   various subsidiaries just as the president
19   of the group needs to be informed of that,
20   and it's one way for the board of directors
21   to learn about various activities taking
22   place in the group, and it's important for
23   them to have -- to become -- to have that
24   information about the activities of the
25   subsidiaries and what has happened in the
```

```
 1              Defait
 2   subsidiaries.
 3        Q.    Why is it important for them to
 4   have that information?
 5        A.    The board of directors takes a
 6   stance on the general direction of the group
 7   and in that context Chargeurs has an
 8   obligation toward its investors.  It's
 9   important for both the president and the
10   board of directors to know what activities
11   are going on within a group, and Chargeurs,
12   S.A. has an obligation toward its shareholders,
13   a responsibility toward its shareholders.
14        Q.    And does Chargeurs S.A.'s
15   obligation toward its shareholders include
16   making sure that Chargeurs Fashion Technologies
17   is headed in the right direction?
18        A.    Chargeurs, S.A. does not
19   establish a direction for the various
20   production lines, but it has to render
21   accounts.  The -- in other words, the
22   financial results of Chargeurs, S.A. have to
23   be disclosed and the consolidated accounts
24   have to be reported.
25        Q.    If the board of Chargeurs, S.A.
```

18 (Pages 66 to 69)

```
1                  Defait
2    determined that Chargeurs Fashion Technologies
3    was not headed in the right general direction
4    to use your term, would it take steps to
5    change that?
6         MS. MORGAN:  Objection to the
7    form.  You can answer to the extent it
8    calls for a hypothetical.
9    A.    It is indeed a hypothetical
10   situation which I've never encountered since
11   I started working with Chargeurs Boissy.
12   Q.    So can I call Chargeurs Fashion
13   Technologies CFT?
14   A.    Yes.
15   Q.    So if the board of Chargeurs, S.A.
16   knew that the board of CFT was losing money,
17   it would just let it happen?
18        MS. MORGAN:  Objection to the
19   form.  You can answer.
20   A.    So Chargeurs Fashion Technologies,
21   the division of Chargeurs Fashion Technologies,
22   is under the responsibility of the managing
23   director of that division.  Now, if that
24   managing director doesn't achieve the expected
25   results, then certain measures can be taken
```

```
1                  Defait
2    following certain procedures, certain roles.
3    If Chargeurs Entoilage and the -- for
4    Chargeurs Entoilage, which has -- for the
5    CEO of Chargeurs Entoilage, these rules
6    would apply if Chargeurs Entoilage didn't
7    achieve the expected results, and certain
8    sanctions could be taken following rules
9    governing appointment or rules following
10   leading to dismissal.
11   Q.    So if the board of Chargeurs,
12   S.A. determined that the managing director
13   of CFT wasn't doing a good job, they could
14   dismiss him?
15   A.    No, I didn't say that, and, in
16   fact, it is not the -- it is not what is
17   done in fact.
18   Q.    Well, you said certain sanctions
19   could be taken.  What did you mean by
20   sanctions?
21   A.    I'm talking about dismissal,
22   firing.
23   Q.    Of whom?
24   A.    The general manager of Chargeurs
25   Fashion Technologies.
```

```
1                  Defait
2    Q.    So that's my question, the board
3    of Chargeurs, S.A. has the ability to
4    dismiss the managing director of Chargeurs
5    Fashion Technologies; correct?
6    A.    No; because the general manager
7    of CFT is not under the purview of Chargeurs,
8    S.A., and it is not the role of the board of
9    directors of Chargeurs, S.A., it's neither
10   its responsibility nor within its power to
11   terminate the general manager.
12   Q.    I'm not referring to general
13   manager.  I'm referring to the managing
14   director of CFT.
15        Does the board of Chargeurs,
16   S.A. have the ability to dismiss the
17   managing director of CFT?
18   A.    No.
19   Q.    If the board of directors wanted
20   to dismiss the managing director of CFT,
21   could they do anything about that?
22        MS. MORGAN:  Objection to the
23   form.  Are you talking about the board
24   of directors of Chargeurs, S.A.?
25        MR. D'ANGELO:  Yes.  That's what
```

```
1                  Defait
2    we've been talking about the whole time.
3         MS. MORGAN:  And also objection
4    to the extent it calls for speculation.
5    You can answer if you understand.
6    A.    Indeed this case has never
7    presented itself in practice, and, again, it
8    is not up to the board of directors of
9    Chargeurs, S.A. to take any legal action to
10   dismiss the general manager of CFT.  It is
11   not part of its assigned tasks.
12   Q.    So who has the ability to
13   dismiss the managing director of CFT?
14   A.    The managing director of CFT
15   represents a -- it represents a description
16   of a function, it's not a legal title as
17   such.  The manning director of CFT, for him
18   it would be up to the president of Chargeurs
19   Entoilage who would have the mandate over
20   the general manager of the division.
21   Q.    Who is the president of Chargeurs
22   Entoilage now?
23   A.    Angela Chan.
24   Q.    Isn't she also the managing
25   director of CFT?
```

Page 74

Defait

1
2     A.    She is responsible for that
3  division.
4     Q.    So she'd have to fire herself?
5     A.    No.  That's not what I said.
6     Q.    So if someone wanted to remove
7  Angela Chan, who would it be?
8     A.    As per the bylaws of Chargeurs
9  Entoilage, those who are in power to mandate
10 would be the supervisory board.
11    Q.    Supervisory board of what?
12    A.    The supervisory board of
13 Chargeurs Entoilage.
14    Q.    Who is that composed of?
15    A.    Chargeurs, S.A. and Chargeurs
16 Boissy.
17    Q.    So we got there eventually.
18       Getting back to page 84.
19       MR. STASSEN:  That's not a
20 question.
21    Q.    No.  There's no question pending.
22       First paragraph in the page, the
23 same paragraph we looked at earlier, it
24 refers to strategic seminars organized by
25 the group.

Page 75

Defait

1
2       Do you see that?
3     A.    Yes.
4     Q.    What's that a reference to?
5     A.    It was a seminar held in New
6  York involving key people from the four
7  divisions including the key people from
8  Chargeurs, S.A. and some people as well from
9  Chargeurs Boissy.
10    Q.    Who organized that seminar?
11    A.    Chargeurs, S.A.
12    Q.    Did the managing director of CFT
13 at the time attend?
14    A.    Yes.
15    Q.    Why?
16    A.    Because he was one of the key
17 people who were invited.
18    Q.    What happened at that strategic
19 seminar?
20    A.    They're presentations made by
21 external presenters and they're also working
22 groups discussion groups.
23    Q.    Is the strategic direction of
24 the four main business lines discussed at
25 that seminar?

Page 76

Defait

1
2     A.    What do you mean by strategic
3  direction?
4     Q.    Well, you said speakers were
5  brought in and there were discussion groups;
6  correct?
7     A.    Yes.
8     Q.    And what general subjects did
9  the speakers present on?
10    A.    In particular, there was a
11 presentation about the code of ethics and
12 the new French rules governing ethics and
13 anti-corruption among other subjects.
14    Q.    What were the discussion groups
15 held on?
16    A.    Talent management, innovation,
17 sales and production.
18    Q.    When you say production, you
19 mean production of products?
20    A.    Yes.
21    Q.    Was one of the products being
22 discussed interlining?
23    A.    It's more about the production
24 process than about the finished -- than
25 about the product that is produced.

Page 77

Defait

1
2     Q.    Does that include the production
3  process of interlining?
4     A.    The key people from -- the key
5  interlining people were present, so yes,
6  they must have spoken about that subject.
7     Q.    When you say the key interlining
8  people were present, who does that include?
9     A.    The -- yes, the general manager
10 of the division, the head of finance for the
11 general manager and the heads of various
12 subsidiaries and some salespeople.
13    Q.    And the head of the division at
14 the time was Bernard Vossart?
15    A.    That's right.
16    Q.    Head of finance, was that
17 Mr. Rousseau?
18    A.    That's right.
19    Q.    And you said the heads of
20 various subsidiaries.  Which subsidiaries?
21       MR. D'ANGELO:  Can you translate
22 that portion of the answer so far?
23    A.    There is a Chuck Lai, Peter Seah
24 and Alexandre Marlien.
25       THE INTERPRETER:  Alexandre,

1              Defait
2        with the RE inverted at the end,
3        Marlien.
4        Q.    Did anyone from Chargeurs, S.A.
5   participate in the discussion group regarding
6   production processes for interlining?
7        A.    I don't know.  I wasn't involved
8   in that discussion.
9        Q.    Getting back to page 84, that
10  same paragraph, I'm just going to reread it
11  so we're on the same page here.  It says
12  similarly, quote, discussions with the
13  managing directors of the group's four
14  business lines, both during the board
15  meetings where they are invited to present
16  their activity, during the strategic
17  seminars organized by the group and during
18  visits to Chargeurs' production sites were
19  deemed to be very positive.
20          My question is:  Did anyone from
21  Chargeurs, S.A. or its board of directors
22  visit any production sites where interlining
23  is made in 2017?
24          MS. MORGAN:  Objection to the
25      form, compound, but you can answer.

1              Defait
2        A.    In particular regarding
3   interlining production sites, I don't know.
4        Q.    Well, you wrote this paragraph;
5   am I right?
6        A.    Yes.
7        Q.    What production sites did you
8   have in mind?
9        A.    Boston tapes.
10       Q.    What's made at Boston tapes?
11       A.    Temporary surface protection film.
12       Q.    Turn to page 146, please.
13          Do you see on the top of the
14  page it lists main consolidated companies?
15       A.    Yes.
16       Q.    And then it says at December 31,
17  2017, 58 companies were fully consolidated?
18       A.    Yes, I see.
19       Q.    And then under that it says
20  parent company Chargeurs, S.A.
21          Do you see that?
22       A.    I see.
23       Q.    And then under that it says main
24  fully consolidated companies.
25          Do you see that?

1              Defait
2        A.    I see.
3        Q.    And then it lists several
4   companies under that; correct?
5        A.    That's right.
6        Q.    And where it says Fashion
7   Technologies segment, that's a reference to
8   CFT; correct?
9        A.    That's right.
10       Q.    And are all the companies listed
11  under the Heading A, Main Fully Consolidated
12  Companies, are those all fully consolidated
13  companies?
14       A.    What do you mean by fully
15  consolidated?  I have to look at the context
16  in which this is set.
17       Q.    Yes.  Sure.  Let me start by
18  asking you what fully consolidated means.
19          MS. MORGAN:  As it's used in
20      this document --
21          MR. D'ANGELO:  Yes.
22          MS. MORGAN:  -- or in general?
23          MR. D'ANGELO:  Yes.
24       A.    So we're in the financial and
25  accounting information section --

1              Defait
2        Q.    Right.
3        A.    -- so it's solely a financial
4   concept.
5        Q.    So what does it mean when
6   companies are fully consolidated from a
7   financial standpoint?
8        A.    So I'm not an expert in finance,
9   but it's the consolidated account of the
10  subsidiaries that are referred to at the
11  group level, so for Chargeurs, S.A. there
12  are both corporate accounts and consolidated
13  accounts and the consolidated accounts
14  include the subsidiaries, the accounts of
15  the subsidiaries.
16       Q.    So the subsidiaries under CFT
17  that are listed here, are there financial
18  results consolidated with one another?
19       A.    So there are subsidiaries whose
20  accounts are consolidated, but I'm not
21  enough of an expert to tell you what it
22  means from the financial point of view.
23       Q.    Is it fair to say since all
24  these companies listed under Section A are
25  listed below the heading Main Fully

21 (Pages 78 to 81)

Page 82

Defait

1
2  Consolidated Companies, that they are all
3  fully consolidated at least as that term is
4  used in this document?
5       A.   From a financial point of view,
6  the answer is yes, but it would also mean
7  that -- it would also have to be explained
8  in terms of what fully consolidated means,
9  and since I'm not a financial manager, I
10 can't explain any further what consolidated
11 accounts would mean in terms of the impact
12 or how these consolidated accounts are
13 actually prepared.
14      Q.   Okay.  Let's turn to page 108,
15 please.
16           Do you see on the right-most
17 column it says consolidation methods?
18      A.   Yes.
19      Q.   And it says subsidiaries under
20 that?  Do you see that?
21      A.   Yes.
22      Q.   The third paragraph under that
23 section starting with subsidiaries, do you
24 see that paragraph?
25      A.   Yes.

Page 83

Defait

1
2       Q.   It says:  Subsidiaries are fully
3  consolidated from the date on which control
4  is transferred to the group.
5           Do you see that?
6       A.   I see it.
7       Q.   Is that statement true, to the
8  best of your knowledge?
9       A.   Everything that is in the
10 reference document is -- and the reference
11 document is a document that is -- that is
12 disclosed to the market, everything is
13 considered to be true, everything should be
14 true and the document must be true.  Now,
15 when you look -- you have to look at the
16 context of the sentences here to see what is
17 meant by fully consolidated and even by the
18 word control.
19      Q.   The companies that we looked at
20 earlier that were listed on page 146, do you
21 remember that, all the companies that were
22 listed under the heading Main Fully
23 Consolidated Companies, do you know if any
24 of the companies listed within the Fashion
25 Technologies segment have been deconsolidated

Page 84

Defait

1
2  for financial purposes?
3       A.   Deconsolidated no, I don't have
4  that information.  I can't say whether it
5  has indeed been the case.
6       Q.   Do you have any reason to
7  believe that any of the companies listed
8  under the CFT segment have in fact been
9  deconsolidated?
10      A.   There's no way for me to answer
11 that.  I don't have sufficient information
12 to ascertain whether it is or it is not the
13 case and I can't get.
14      Q.   You said earlier, Ms. Defait,
15 that -- by the way, is it okay if I call you
16 Miss Defait, Ms., Mrs.?  Which would you
17 prefer?
18      A.   Legally Miss is no longer used
19 in France.
20      Q.   I'll say Ms.  I think it was my
21 pronunciation.
22      A.   So you can say whichever way.
23      Q.   I think you said earlier --
24      A.   For me it's not an issue.
25      Q.   I mean no disrespect by it.  I

Page 85

Defait

1
2  hope you understand.
3           You stated earlier that CFT is
4  not a legal entity; is that right?
5       A.   When you use the term CFT, is it
6  CFT to mean CFT or to designate something
7  else?  Is there another context I should
8  understand?
9       Q.   No.  So whenever I say CFT, you
10 should understand I'm referring to Chargeurs
11 Fashion Technologies.
12      A.   Okay.  Yes, it's true, it's not
13 a legal entity.
14      Q.   What's the highest legal entity
15 within the Chargeurs group that's responsible
16 for CFT?
17      A.   It's a very broad question, but
18 if you're making reference to the parent
19 company, the division, that would be
20 Chargeurs Entoilage.
21      Q.   And Chargeurs Entoilage is owned
22 a hundred percent by Chargeurs, S.A.; correct?
23      A.   Chargeurs, S.A. owns a hundred
24 percent of the shares of Chargeurs Entoilage.
25      Q.   You are familiar with the

1          Defait
2   company known as Fitexin S.A.S.; right?
3       A.   Yes.
4       Q.    And Fitexin is owned a hundred
5   percent by Chargeurs Entoilage; correct?
6       A.   Yes.
7       Q.    Fitexin is also within the CFT
8   division; correct?
9       A.   Yes.
10      Q.    What is the division of labor,
11  if any, between Chargeurs Entoilage and
12  Fitexin with respect to the CFT division?
13          MS. MORGAN:  Eric, I don't think
14      you translated if any.
15          THE INTERPRETER:  I don't
16      remember what I said.  I can repeat my
17      translation.
18          MR. D'ANGELO:  Sure.
19      A.    What do you mean by labor?
20      Q.    What does Chargeurs Entoilage do
21  with respect to CFT?
22      A.    I don't know.  All that I know
23  is that Chargeurs Entoilage is the parent
24  company of Fitexin.
25      Q.    You don't know what Chargeurs

1          Defait
2   Entoilage does?
3       A.    Not in practical terms, no.
4       Q.    Why not?
5       A.    I am not an employee of
6   Chargeurs Entoilage or Fitexin, I am an
7   employee of Chargeurs Boissy, so I don't
8   have any knowledge if the day-to-day work
9   that goes on whether at Chargeurs Entoilage
10  or Fitexin or in relation to each other, all
11  I know is that it is a parent company and
12  that's all I know.
13      Q.    So the subject of what Chargeurs
14  Entoilage or Fitexin do, that didn't come up
15  in your deposition prep?
16          MS. MORGAN:  And I'll instruct
17      you not to answer with regard to any
18      conversations you had with counsel.
19          MR. D'ANGELO:  It's a yes or no.
20      You are instructing her not to answer
21      yes or no?
22          MS. MORGAN:  I need to hear your
23      question.
24          MR. D'ANGELO:  Can you reread
25      it, please, Robin?

1          Defait
2          (Whereupon, the requested
3       portion of the record was read back
4       by the reporter.)
5          MS. MORGAN:  And the same
6       objection holds.  I apologize.  I meant
7       the same instruction holds not to
8       answer the question to the extent that
9       it calls for any discussions with
10      counsel.
11      Q.    Can you answer the question
12  subject to that instruction, Ms. Defait?
13      A.    Yes, I can answer, and the
14  answer is no.
15      Q.    Angela Chan, she's the managing
16  director at CFT I think you said earlier;
17  correct?
18      A.   Yes.
19      Q.    And she's an employee of
20  Chargeurs Entoilage; is that right?
21      A.   Yes.
22      Q.    Does she have someone that she
23  reports to within the Chargeurs group?
24      A.    When you refer to the Chargeurs
25  group, which company specifically are you

1          Defait
2   referring to?
3       Q.    Any of them.
4       A.    Angela Chan reports to Michael
5   Fribourg.
6       Q.    He's the CEO of Chargeurs, S.A.;
7   correct?
8       A.   Yes.
9       Q.    What does she report to him
10  regarding?
11      A.    So when I say report, I mean
12  that in the hierarchy, she reports to
13  Michael Fribourg.
14      Q.    She doesn't give him any reports
15  regarding the CFT business on any kind of
16  periodic basis?
17      A.    When you say CFT business, do
18  you mean CFT business in general or what
19  sense?  What kind of information or activity
20  is encompassed by your question?
21      Q.    Just the business in a general
22  sense, any aspect of the CFT business.  Does
23  she give him any periodic reports at all,
24  does it happen in the context of a Board
25  meeting or some other meeting?

```
1                    Defait
2           MS. MORGAN:  Objection to the
3    form, compound, but you can answer.
4      A.    There is a monthly meeting where
5    Angela Chan and Michael Fribourg in particular
6    meet.  There are also other people who are
7    present.  Angela Chan reports on the financial
8    state of the division.  I also know that she
9    reports to the executive committee, but I
10   can't give you more information about that,
11   I don't really know that much information
12   about its particulars because I don't
13   participate in the executive committee
14   meetings.
15     Q.    The monthly meetings that
16   Ms. Chan has with Mr. Fribourg, is anyone
17   else from Chargeurs, S.A. present at those
18   meetings?
19     A.    So at the monthly meetings,
20   there is Joelle Fabre-Hoffmeister, there's
21   also Sampierro Lanfranchi and Audree Petit,
22   and also Mathieu Baliscut.
23     Q.    Who are those other three
24   individuals' position that you just
25   mentioned?
```

```
1                    Defait
2           MS. MORGAN:  Frank -- sorry.
3    You can answer his question, but she
4    needs to use the facilities.
5           MR. D'ANGELO:  Oh, sure.  Sure.
6    Just because there's a question
7    pending, let's get an answer and
8    then --
9      A.    So, as I had said before, Joelle
10   Fabre-Hoffmeister is secretary general, then
11   Audree Petit is head of strategy, also she's
12   the head of the -- of business solutions,
13   Mathieu Baliscut is head of business
14   development and strategic partnerships, and
15   Sampierro Lanfranchi is head of mergers and
16   acquisitions and special advisor to the
17   president -- the special advisor to the
18   president.
19           MS. MORGAN:  You can use the
20   rest room now.
21           MR. D'ANGELO:  Yes.
22           (Whereupon, a discussion was
23   held off the record.)
24           (Time noted:  1:12 p.m.)
25           (Lunch recess was taken.)
```

```
1                    Defait
2           (Time resumed:  2:17 p.m.)
3    CONTINUED BY MR. D'ANGELO:
4      Q.    Welcome back, Ms. Defait.
5           You understand you're still
6    under oath; correct?
7      A.    Yes.
8      Q.    Before we broke for lunch, I was
9    asking you some questions about the ways in
10   which Angela Chan reports to individuals at
11   Chargeurs, S.A.
12           Do you remember our talking
13   about that?
14     A.    Yes, I do.
15     Q.    And I believe you mentioned that
16   in addition to monthly meetings with Mr.
17   Fribourg and other individuals that Ms. Chan
18   also reports to an executive committee of
19   some kind.
20           Do you remember saying that?
21           THE INTERPRETER:  The
22   interpreter wants to check something.
23           MR. D'ANGELO:  Sure.
24     A.    So I don't know if it's a
25   question of how the term is interpreted, to
```

```
1                    Defait
2    report to, but she participates in the
3    meetings of the executive committee.
4      Q.    Who else is on that executive
5    committee?
6      A.    So this is Joelle Fabre-
7    Hoffmeister, Joelle, Angela Chan, Federico
8    Paullier, Laurent Derolez, Audree Petit,
9    Sampierro Lanfranchi, Olivier Buquen --
10           THE INTERPRETER:  Sorry.
11     A.    -- Patrick Bolleford.
12           MS. MORGAN:  Frank, do you want
13   her to spell them now?
14           MR. D'ANGELO:  Yes.
15     Q.    If you wouldn't mind spelling
16   those names, please, Ms. Defait.  We already
17   have Mr. Fribourg, Ms. Fabre-Hoffmeister and
18   Mr. Lanfranchi, but if you can spell the
19   other names.
20     A.    That was Federico Paullier,
21   P-A-U-L-L-I-E-R.  Laurent, L-A-U-R-E-N-T,
22   followed by D-E-R-O-L-E-Z.  And then Patrick
23   B-O-L-L-E-F-O-R-D.  Olivier, O-L-I-V-I-E-R,
24   Buquen, B-U-Q-U-E-N.
25     Q.    Are any of those individuals
```

Defait
1
2    employed by Chargeurs, S.A.?
3        A.   No.  Not all of them.
4        Q.   Are some of them?
5        A.   Yes.
6        Q.   Which ones?
7        A.   Joelle Fabre-Hoffmeister,
8    Sampierro Lanfranchi, Audree Petit, and
9    that's it.
10        Q.   Are any of those individuals
11    directors on the board of directors for
12    Chargeurs, S.A.?
13        A.   Yes.
14        Q.   Which ones?
15        A.   Michael Fribourg.
16        Q.   Any others?
17        A.   No.
18        Q.   And what types of matters are
19    discussed at this executive committee --
20    excuse me -- at meetings of this executive
21    committee?
22        A.   I don't know.
23        Q.   When you say it's an executive
24    committee, is it a committee of some larger
25    body?

Defait
1
2        A.   I'm not sure I understand the
3    question.  What larger body?
4        Q.   Is it a -- you refer to it as a
5    committee.  Is it a committee of the
6    Chargeurs group, is it a committee of some
7    other organization or body?
8        A.   The Chargeurs group is not an
9    entity.  It's a designation.  What do you
10    mean by the Chargeurs group in this context?
11        Q.   How are the members of this
12    committee selected?
13        A.   I don't know.
14        Q.   When they meet, where do they
15    meet?
16        A.   In Paris, although I don't know
17    if it's the only place.
18        Q.   Do these individuals comprise
19    the management of Chargeurs, S.A.?
20        A.   No.
21        Q.   Do they comprise the management
22    of the Chargeurs group companies?
23        A.   So the term management is a
24    rather diffuse one.  In this executive
25    committee, there is the CEO of Chargeurs,

Defait
1
2    S.A. and it also comprises the general
3    managers of the respective divisions.
4        Q.   Turn to page 86 of that document,
5    please.
6            Is that the executive committee
7    you referred to earlier?
8        A.   Yes.
9        Q.   And above the words Executive
10    Committee, it says Presentation of the
11    Members of Management.
12            Do you see that?
13        A.   I see the title; yes.
14        Q.   Management of what?
15            THE INTERPRETER:  Sorry.  The
16    interpreter needs to catch up.
17        A.   So as used in this document, you
18    can see here the members of the Board and
19    you can note Michael Fribourg who is in the
20    management of Chargeurs, S.A. because as you
21    see indicated here he is the CEO of
22    Chargeurs, S.A., and you also see the
23    management of CFT represented by -- in the
24    person of Angela Chan who is the managing
25    director of CFT.  It is also the case for

Defait
1
2    Laurent Derolez present here as the chief
3    executive officer of Chargeurs Protective
4    Films, and then followed by Patrick Bolleford
5    who is the managing director of Chargeurs
6    Technical Substrates present here as part of
7    the management of Chargeurs, S.A. So this
8    title refers to the management of each legal
9    entity in each respective sector and company
10    that they represent indicated -- as indicated
11    here.
12        Q.   So when you say management of
13    each legal entity, which legal entities
14    within Chargeurs Fashion Technologies are
15    being managed?
16        A.   So if you take the case of
17    Angela Chan, she -- her role, her
18    responsibility is as the general manager of
19    her respective division, but within that
20    division she is also present of Chargeurs
21    Entoilage and she is president of Chargeurs
22    Entoilage and part of the management of
23    Chargeurs Entoilage, she is also president
24    of Fitexin and part of the management of
25    Fitexin, so for each legal entity you have

Defait

1  directors, you have managers, so the term
2  management encompasses a very broad
3  definition of things and so you have to
4  place it in its proper context.
5      Q.    When Mr. Vossart was managing
6  director of CFT, what company was he
7  employed by?
8      A.    I don't know.
9      Q.    It's not the same as Angela Chan?
10     A.    You used the term employment,
11 but I don't know if he actually had a contract
12 with the legal entity.
13     Q.    I'm not talking about presently.
14 I'm talking about when he was managing
15 director.  Do you understand that?
16     A.    That's right.  When he was the
17 managing director, at that time he was
18 president of Chargeurs Entoilage and he was
19 present of Fitexin.
20     Q.    What does Chargeurs Entoilage do?
21     A.    It's a holding company which is
22 at the head of the CFT division.
23     Q.    Does it manufacture interlining?
24     A.    No.

*Lines 1-24 shown above; below continues page 98*

Defait

1
2      Q.    Does it sell interlining?
3      A.    No.
4      Q.    Does it have any oversight
5  responsibilities for companies that
6  manufacture or sell interlining?
7      A.    I don't know.
8      Q.    Why don't you know?
9      A.    Because I'm not an employee of
10 Chargeurs Entoilage, I'm an employee of
11 Chargeurs, S.A., and I don't have all the
12 information on Chargeurs Entoilage or its
13 subsidiaries.
14     Q.    Does Chargeurs, S.A. have the
15 ability to obtain records of Chargeurs
16 Entoilage?
17     A.    What do you mean by records?
18     Q.    Documents, papers belonging to
19 Chargeurs Entoilage, any business, financial,
20 legal papers kept by Chargeurs Entoilage.
21         MS. MORGAN:  Objection to form.
22     You can answer.
23     A.    So in respect of what are legal
24 documents, yes, because Chargeurs, S.A. is a
25 shareholder of Chargeurs Entoilage, so they

Defait

1
2  sign the records of the shareholder
3  meetings, the minutes of the shareholder
4  meetings.  They're also consultant with
5  regard to decisions affecting the shareholders
6  because, for example, if the president wants
7  to change a bylaw, the shareholders have to
8  agree with him on any decisions he takes, so
9  it's a decisionmaking process by the
10 shareholders which is governed by the law,
11 so Chargeurs, S.A. has all documents in
12 relation to such legal decisions, all the
13 corporate documentation.
14     Q.    What about non-legal documents
15 like e-mails or any other documents that are
16 part of Chargeurs Entoilage's files?
17         MS. MORGAN:  Objection to the
18     form.  You can answer.
19     A.    No.  Chargeurs, S.A. doesn't
20 have access to the e-mails of Chargeurs
21 Entoilage because they have their own server.
22     Q.    If Chargeurs, S.A. wanted to
23 access the server of Chargeurs Entoilage,
24 could it do so?
25     A.    No.

Defait

1
2      THE WITNESS:  No, no.
3      THE INTERPRETER:  I thought I
4  heard no.
5      THE WITNESS:  No, no.
6      THE INTERPRETER:  Oh, I heard
7  something.  Okay.  The interpreter did
8  not hear no.
9      A.    If Chargeurs, S.A. wanted access
10 to the e-mails, they would have to ask
11 Angela Chan who would take a decision on
12 that request.
13     Q.    Could Angela Chan say no if she
14 wanted?
15         MS. MORGAN:  Objection to the
16     form.  Hypothetical.  You can answer.
17     A.    It is indeed a hypothetical
18 case, but she can say no.  She is the
19 managing director of Chargeurs Entoilage and
20 she has all the powers to act on behalf of
21 Chargeurs Entoilage and say no.
22     Q.    If Chargeurs, S.A. wanted to
23 access documents from Chargeurs Entoilage
24 and Ms. Chan said no, could Chargeurs, S.A.
25 still make her provide those documents to

26 (Pages 98 to 101)

Page 102

```
1              Defait
2  Chargeurs, S.A.?
3            MS. MORGAN:  Objection to the
4      form.  You can answer.
5      A.    No.  If she doesn't want, then
6  she's free to say no.
7      Q.    If Chargeurs, S.A. still wanted
8  those documents, would they have to go through
9  the court system to get them?
10     A.    It's a very theoretical question,
11 but yes.
12     Q.    Would there be any other way for
13 Chargeurs, S.A. to access those documents
14 other than going through the court systems?
15     A.    Yes.
16     Q.    Court system.  Excuse me.
17     A.    If Angela Chan firmly denied
18 access, opposed any access to the documents,
19 one way that Chargeurs, S.A. could try to
20 gain access anyway would be by changing the
21 president of Chargeurs Entoilage.
22     Q.    What does Fitexin do?
23     A.    Its role is it acts as the
24 mother company with shareholdings in various
25 companies belonging to the CFT division.
```

Page 103

```
1              Defait
2      Q.    What do you mean by the mother
3  company?
4      A.    It's a company that owns shares
5  of the various subsidiaries and it's in
6  contrast to the subsidiary companies.  You
7  have the parent company on the one hand and
8  the subsidiaries on the other.
9      Q.    Does it manufacture interlining?
10     A.    Fitexin?
11     Q.    Yes.
12     A.    No.  It's a holding company.
13     Q.    Does it sell interlining?
14     A.    No, they don't.
15     Q.    Does it have any oversight
16 responsibility with respect to companies
17 that do manufacture or sell interlining?
18     A.    I don't know.
19     Q.    Why not?
20     A.    Because I'm not an employee of
21 Fitexin and I don't know how they are --
22 what their structure is.
23     Q.    Who is the highest ranking
24 employee of Fitexin?
25            THE INTERPRETER:  The interpreter
```

Page 104

```
1              Defait
2  made a mistake.  Sorry.
3      A.    Angela.
4      Q.    She is both the president of
5  Fitexin and Chargeurs Entoilage I think you
6  said?
7      A.    That's right.
8      Q.    Does Chargeurs, S.A. have the
9  ability to obtain records of Fitexin if it
10 wants to?
11     A.    What kinds of documents?
12     Q.    The same type of documents we
13 discussed earlier.
14            MS. MORGAN:  Objection to the
15     form.  You can answer.
16     Q.    When I say that, do you understand
17 I mean the legal business, financial
18 documents and e-mail records, the same types
19 of documents we discussed in connection with
20 Chargeurs Entoilage?
21     A.    In terms of the legal documents,
22 the only documents that one can get, they
23 can get are the documents from the -- are
24 the decisions of the supervisory board of
25 Fitexin.
```

Page 105

```
1              Defait
2      Q.    Who is on the supervisory board?
3      A.    Chargeurs Entoilage and
4  Chargeurs Boissy.
5      Q.    Are there certain persons on the
6  supervisory board?
7      A.    Certain persons in what sense?
8  Physical persons?
9      Q.    Humans.
10     A.    Yes.  There is Joelle Fabre-
11 Hoffmeister who represents Chargeurs, S.A.
12 and then there is Olivier Buquen who
13 represents Chargeurs Boissy.
14     Q.    So I just want to make sure the
15 record is clear.  The supervisory board for
16 Fitexin has one representative from
17 Chargeurs, S.A. and one representative from
18 Boissy; is that right?
19     A.    That's right.
20     Q.    And what is the responsibility
21 of the supervisory board?
22     A.    The president of Fitexin has all
23 powers to engage in any types of commitments
24 on behalf of the company in respect to third
25 parties.  However, for purely internal
```

27 (Pages 102 to 105)

Page 106

Defait
1
2    decisionmaking purposes, Angela Chan has to
3    get a decision from the supervisory board
4    and their decision on those internal issues.
5        Q.    Which kinds --
6        A.    Which are not --
7        Q.    Sorry.
8        A.    Which are not directly -- which
9    are not directly -- where she cannot directly
10   act on them in regard to third parties.
11       There's a clarification.  The
12   decisions of the supervisory board cannot be
13   enacted directly in relation to third
14   parties. It's only for internal decisions.
15       Q.    What types of internal decisions
16   does the president of Fitexin need to secure
17   approval from the supervisory board regarding?
18       A.    In relation to acquisitions to
19   investments that fall above a certain
20   threshold to changing internal auditors of
21   the company, changes to the bylaws, in
22   relation to the appointment of the president
23   of the company and in relation to the
24   company's activities, scope of activities.
25       Q.    When you say appointment of the

Page 107

Defait
1
2    president, do you mean appointment of her
3    successor, of Ms. Chan's successor or the
4    president of some other organization?
5        A.    Of the company and of any
6    subsidiary held by the company, if I correctly
7    remember the bylaws of the company.
8        Q.    So you mean any subsidiary of
9    Fitexin; is that right?
10       A.    Right.  That's right.
11       Q.    Does the supervisory board meet
12   on a regular basis?
13       A.    No.  Not unless they're called
14   on to meet in relation to the decisions, the
15   types of decisions that I've just described.
16   Since it was created, the supervisory board
17   has only met once.
18       Q.    When was it created?
19       A.    It was either the end of 2017 or
20   the beginning of 2018.  I can't remember the
21   exact date.
22       Q.    Other than the decisions of the
23   supervisory board, if Chargeurs, S.A. wanted
24   to obtain any other documents of Fitexin,
25   could it do so?

Page 108

Defait
1
2        A.    You would have to ask Angela Chan
3    for that.
4        Q.    You mentioned earlier that
5    Chargeurs Entoilage has its own server.
6    Does Fitexin share that server or does it
7    have its own?
8        A.    I don't know.  When I said
9    before that Chargeurs Entoilage had its own
10   server, it was simply in contrast to the
11   server of Chargeurs, S.A. but I don't know
12   how their IT system is organized at present.
13       Q.    If Chargeurs, S.A. wanted to
14   access certain documents belonging to
15   Fitexin over Angela Chan's objections, could
16   it change the president of Fitexin?
17       A.    I don't know.
18       Q.    Are you done with your answer?
19       MR. D'ANGELO:  Eric, can we get
20   a translation?
21       A.    I don't know.  From a legal
22   standpoint, I don't know.
23       Q.    Are there any other ways that
24   Chargeurs, S.A. could get ahold of documents
25   other than by -- strike that.

Page 109

Defait
1
2        Other than by asking Ms. Chan
3    for Fitexin documents, are there any other
4    ways that Chargeurs, S.A. could obtain
5    Fitexin documents?
6        MS. MORGAN:  Objection to the
7    form to the extent it calls for a legal
8    conclusion.  Otherwise, you can answer
9    it.
10       A.    In actual deed, in fact,
11   Chargeurs, S.A. could ask an employee of
12   Fitexin.
13       Q.    Are you aware of the fact that
14   certain documents have been exchanged by the
15   parties in this lawsuit?
16       A.    When you say parties, which ones
17   are you referring to since several are
18   involved in this?
19       Q.    I'm referring to the fact that
20   Chargeurs, S.A. gathered certain documents
21   to provide to Hickey Freeman and Veratex.
22       A.    No.  That is not the case.
23       Q.    Chargeurs, S.A. did not gather
24   any documents?
25       A.    Certain documents from who?

28 (Pages 106 to 109)

Page 110

Defait

1
2      Q.    Let's take a look at Exhibit 1,
3   please.  And turn to the last page, please,
4   paragraph 23, last page.  Do you see that,
5   Ms. Defait?  Paragraph 23.  Do you see that?
6   Yes or no?
7      A.    Yes.
8      Q.    That's one of the topics that we
9   noticed for your deposition; correct?
10     A.    Yes.
11     Q.    I'm going to read that topic.
12  It says Chargeurs' efforts to locate
13  information, e-mails and documents
14  responsive to Hickey Freeman's document
15  requests, and any responsive documents or
16  information that have been or will be withheld.
17        Do you see that?
18        (Witness reviewing document.)
19     Q.    Do you see that?
20     A.    Yes.
21     Q.    What did you do to prepare to
22  testify about this topic?
23        MS. MORGAN:  And you can answer
24     that except to the extent that it
25     involves any discussions with counsel,

Page 111

Defait

1
2   Fox Rothschild.
3        MR. D'ANGELO:  Well, the
4     preparation is obviously going to
5     involve conversations with Fox
6     Rothschild.
7        MS. MORGAN:  The substance of
8     any conversations with Fox Rothschild.
9      A.    Chargeurs undertook a search of
10  the e-mails on its server of certain -- the
11  e-mail addresses of certain people at
12  Chargeurs, S.A.
13     Q.    Did it undertake to search
14  e-mails on Chargeurs Entoilage's server?
15     A.    No.
16     Q.    Why not?
17     A.    Chargeurs, S.A. doesn't have
18  access to the server of Chargeurs Entoilage.
19     Q.    Could it access documents on the
20  server if it wanted to?
21        MS. MORGAN:  Objection to the
22     form.  You can answer.
23     A.    No.  They would have to ask
24  Angela Chan.
25     Q.    Did anyone ask Angela Chan?

Page 112

Defait

1
2      A.    No.
3      Q.    Did Chargeurs undertake to
4   locate documents from Fitexin?
5      A.    No.
6      Q.    Why not?
7      A.    Because Fitexin documents
8   concern Fitexin and not Chargeurs, S.A.
9      Q.    Did anyone ask Angela Chan to
10  obtain those documents?
11     A.    Who is anyone?
12     Q.    Anyone from Chargeurs, S.A.
13     A.    No.  Not to my knowledge.
14     Q.    Did anyone from Chargeurs, S.A.
15  undertake to gather documents from Wujiang?
16     A.    No.
17     Q.    Why not?
18     A.    Because documents from LP Wujiang
19  only concern LP Wujiang and not Chargeurs, S.A.
20     Q.    Does Wujiang have its own server?
21     A.    I don't know.
22     Q.    Do you know if anyone representing
23  Chargeurs, S.A. undertook to gather documents
24  from Wujiang?
25        MS. MORGAN:  You mean legally

Page 113

Defait

1
2   representing?
3        MR. D'ANGELO:  Representing in
4     any way.
5      A.    No.
6      Q.    No as in they did not or no, you
7   don't know?
8      A.    Not to my knowledge; no.
9      Q.    What does Wujiang do?
10     A.    It's an interlining
11  manufacturing company.
12     Q.    Does it sell interlining, too?
13     A.    Yes.  They manufacture it to
14  sell it.
15     Q.    Do they sell interlining itself
16  or do they sell through a distributor or
17  both?
18     A.    I don't know how they do their
19  sales, I don't know if they have a
20  distribution network or not, but I do know
21  through this lawsuit that there's a distributor
22  called Veratex.
23     Q.    Do you know if Wujiang sells
24  products -- strike that.
25        Wujiang manufactures interlining;

29 (Pages 110 to 113)

Page 114

Defait

1
2  right?
3      A.   Yes.
4      Q.   Does it sell interlining to the
5  United States?
6      A.   I don't know.
7      Q.   Does it sell interlining to
8  Canada?
9      A.   I suppose they do because
10  there's a distributor called Veratex, but I
11  don't know what the channels are, whether
12  it's from Wujiang straight to Veratex
13  directly or through indirect channels.
14      Q.   What makes you think it can be
15  done through indirect channels?
16      A.   I don't -- that's not what I
17  think -- I -- in fact, I don't know.  I
18  don't know.
19      Q.   What are Wujiang's parent
20  companies?
21      A.   I know that Fitexin owns
22  LP Wujiang.
23      Q.   Is it the only company that owns
24  LP Wujiang?
25      A.   I know that it's the company

Page 115

Defait

1
2  that owns the majority of the shares, but I
3  don't know if there's another company that
4  owns a minority of the shares.
5      MR. D'ANGELO:  Let's mark the
6  next exhibit, I think it's 3.
7      (Chargeurs Exhibit 3, Lainiere
8  de Picardie (Wujiang) Textiles Co.,
9  Ltd. Articles bearing production
10  numbers LDP003928-LDP003942, in Chinese
11  and English, plus translation
12  certification, marked for
13  identification, as of this date.)
14      Q.   Exhibit 3 is a document Bates
15  stamped LDP003928 through LDP003942, the
16  document was originally produced in Chinese
17  and the exhibit consists of a Chinese
18  original and an English translation and the
19  translation certification.
20      Have you ever seen this document?
21      A.   No.
22      Q.   Look at the first page there.
23  The first paragraph -- excuse me.  The
24  second page of the document.  Strike that.
25  First page of the document.  It says check

Page 116

Defait

1
2  Laniere de Picardie (Wujiang) Textiles Co.,
3  Ltd. Articles.
4      Do you see that?
5      A.   Yes.
6      Q.   Did you see this document at all
7  when you prepared for today's deposition?
8      A.   No.
9      Q.   Are you sure?
10      A.   Yes.
11      Q.   Page 2 of the document lists
12  shareholders.  It says the shareholding
13  parties are Party A, Fitexin.
14      Do you see that?
15      A.   Yes.
16      Q.   And Party B, Intisselchina
17  Limited.
18      Do you see that?
19      A.   I see.
20      Q.   And then turn to page 3.  Toward
21  the bottom of the page, it says:  Registered
22  capital has been contributed by both Party A
23  and Party B among which Party A holds 78.79%
24  of the shares of the company and Party B
25  holds 21.21% of the shares of the company.

Page 117

Defait

1
2      Do you see that?
3      A.   Yes, I do.
4      Q.   Is it true that LP Wujiang is
5  owned 78.79% by Fitexin and 21.21% by
6  Intissel China limited?
7      A.   It's the first time that I see
8  this document.
9      (Witness reviewing document.)
10      A.   This is part of the bylaws of
11  the company.  I don't know if they are
12  extant.  If they are in force, then the
13  sentence must be true.
14      Q.   You don't know for sure though?
15      A.   It's a Chinese document produced
16  by a Chinese company, so I'm not specifically
17  sure if the document is extant, and,
18  therefore, I'm not sure if it has value as
19  an official document, if it is valid.
20      Q.   Can you refer back to Exhibit 1,
21  please?  Turn to page 2, please.
22      Toward the bottom of the page,
23  Topic 3, do you see that?  Ms. Defait, do
24  you see that?
25      THE INTERPRETER:  Page 2?

30 (Pages 114 to 117)

Page 118

Defait

1
2     MR. D'ANGELO:  Maybe it's the
3  second page 2 of the document.  Keep
4  flipping.
5     Q.    Sorry.  It should be the page
6  after that one.
7        Do you see it says number 2 at
8  the bottom?  So that's numbered page 2, but
9  it's actually page 4 of the exhibit; correct?
10    A.    Yes.
11    Q.    And Topic 3, it says:  The
12 owners, shareholders, members or partners of
13 Lainiere Textiles.
14       Do you see that?
15    A.    Yes.
16    Q.    What did you do to prepare to
17 testify about that topic?
18    A.    I looked at the legal chart,
19 diagram of Chargeurs, S.A.
20    Q.    Did that diagram say the same
21 thing as what's reflected in Exhibit 3
22 regarding the ownership of Wujiang?
23    A.    Yes, I remember it, but it's
24 quite a complex diagram, and, therefore,
25 while it seems that I saw it, it's hard to

Page 119

Defait

1
2  ascertain that entirely.
3     Q.    If you can turn to the last page
4  of Exhibit 1, please, going back to Topic 23
5  on the bottom.  I have a very specific
6  question with respect to that topic, which
7  is what did you do to prepare to testify
8  about that topic?
9        MS. MORGAN:  And I'll direct you
10       not to disclose any conversations that
11       you had with Fox Rothschild.
12       MR. D'ANGELO:  Do you mean the
13       contents of any conversations?
14       MS. MORGAN:  Yes.
15    A.    I had a conversation with Joelle
16 Fabre-Hoffmeister, with Francois Rousseau,
17 with Olivier Buquen and with Fox Rothschild
18 and I looked at some of my files.
19    Q.    Have you ever heard of the Model
20 3069 interlining?
21    A.    No.  Only in the framework of
22 this lawsuit.
23    Q.    Okay.
24       Does LP Wujiang manufacture the
25 Model 3069?

Page 120

Defait

1
2     Strike that.
3        Has LP Wujiang ever manufactured
4  the Model 3069 interlining?
5     A.    Yes.
6     Q.    Does it still?
7     A.    I don't know.
8     Q.    Did it manufacture that
9  interlining in 2016 and 2017?
10    A.    I don't know exactly.  I don't
11 know.
12    Q.    What periods of time do you know
13 that that model interlining was manufactured
14 by Wujiang?
15    A.    When they manufactured the lot,
16 that is at issue in the Hickey Freeman
17 lawsuit.
18    Q.    What lot is that?
19    A.    I don't know.
20    Q.    Do you know if there was more
21 than one lot at issue?
22    A.    Yes, I heard some mention of
23 several lots.
24    Q.    Wujiang manufactured those lots?
25    A.    Yes.

Page 121

Defait

1
2     Q.    Are you familiar with the
3  company Lainiére de Picardie S.A.S.?
4     A.    Yes.
5     Q.    It's 100% owned by Fitexin; right?
6     A.    Yes.
7     Q.    Have you ever heard of the
8  company Lainiére de Picardie, Inc.?
9     A.    Yes.
10    Q.    It's 100% owned by Fitexin;
11 correct?
12    A.    If my recollection of the legal
13 diagram is correct, then yes, it is completely
14 owned by Fitexin.
15       MR. D'ANGELO:  Let's take a
16       break.
17       (Whereupon, a recess was taken.)
18 CONTINUED BY MR. D'ANGELO:
19    Q.    Ms. Defait, you understand
20 you're still under oath; correct?
21    A.    Yes.
22    Q.    You mentioned earlier that in
23 order to obtain documents in connection with
24 this litigation, that Chargeurs, S.A.
25 undertook to search e-mails on its own

31 (Pages 118 to 121)

Page 122

Defait

1  server; is that right?
2  server; is that right?
3      A.   That's right.
4      Q.    Are there any other legal
5  entities or companies besides Chargeurs, S.A.
6  whose documents are located on that same
7  server?
8      A.   Yes.  Those would be documents
9  that we have received attached to e-mails,
10  by e-mails on the same server.
11      Q.    Those would be attachments to
12  e-mails received by Chargeurs, S.A. employees;
13  correct?
14      THE INTERPRETER:  The
15  interpreter added the word attached,
16  sorry.
17      Q.   Let's -- let me reask the
18  original question.
19      Are there any other legal
20  entities or companies besides Chargeurs,
21  S.A. whose e-mails would be on that same or
22  located on that same server?
23      MR. D'ANGELO:  What did the
24  witness ask?
25      THE INTERPRETER:  Just to repeat

Page 123

Defait

1      exactly the question by the interpreter.
2      exactly the question by the interpreter.
3      MR. D'ANGELO:  All right.
4      (Interpreter repeats question.)
5      A.    These are e-mails received by
6  other companies other than Chargeurs, S.A.
7  on the Chargeurs, S.A. server.
8      Q.    What other companies have
9  e-mails which they received which are
10  located on the Chargeurs, S.A. server?
11      MS. MORGAN:  They meaning
12  Chargeurs, S.A.?
13      MR. D'ANGELO:  No.  I mean other
14  companies.
15      Q.   Do you understand the question?
16      A.   I prefer to have it reconfirmed
17  to me to make sure I understand.
18      Q.   Chargeurs, S.A. has a server;
19  correct?
20      A.   Yes.
21      Q.   On that server are located
22  certain documents belonging to Chargeurs,
23  S.A.; correct?
24      A.   Yes.
25      Q.   That server also has the e-mail

Page 124

Defait

1  records of employees of Chargeurs, S.A.;
2  records of employees of Chargeurs, S.A.;
3  correct?
4      A.   Yes.
5      Q.   So if employees of Chargeurs,
6  S.A. received e-mails from other people who
7  don't work for Chargeurs, S.A., those e-mails
8  would be on the system; correct?  On the
9  server. Excuse me.
10      A.   Yes.
11      Q.   Apart from that, do any other
12  companies have their e-mails on the
13  Chargeurs, S.A. server?
14      A.   Let me just -- as far as I know,
15  Chargeurs, S.A. and Chargeurs Boissy share a
16  common server.
17      Q.   Are there any other companies
18  that you're aware of that share that same
19  server other than Chargeurs, S.A. and
20  Chargeurs Boissy?
21      A.   To my knowledge, no other
22  company in any case, no other company except
23  for the division, the Chargeurs division
24  which is CFT or the Film Protection division
25  or the Chargeurs Technological Substrates

Page 125

Defait

1  division.
2  division.
3      MR. D'ANGELO:  I think the witness
4  is indicating that she senses something
5  is inaccurate about the answer.
6      A.   All the entities that are part
7  of the CFT, all the entities that are part
8  of Chargeurs Protective Film and all the
9  entities that are part of Senfa and
10  Chargeurs Technological Substrates, all of
11  those do not share the same server as
12  Chargeurs, S.A. and Chargeurs Boissy.
13      Q.   So just to be clear, the
14  entities that comprise the CFT division,
15  those entities do not share the same server
16  as Chargeurs, S.A. and Chargeurs Boissy;
17  correct?
18      A.   That's right.
19      Q.   Wujiang shares the same server
20  as Chargeurs, S.A. and Chargeurs Boissy?
21      A.   No.
22      Q.   Does Wujiang share a server with
23  any other legal entity to the best of your
24  knowledge?
25      A.   I do not know.

32 (Pages 122 to 125)

Defait

1
2    Q.    Did Chargeurs, S.A. undertake to
3  search the server of Wujiang to find
4  documents in connection with this litigation?
5    A.    No.
6    Q.    Other than searching the server
7  shared by Chargeurs, S.A. and Chargeurs
8  Boissy, did Chargeurs, S.A. undertake to
9  search any other servers in connection with
10  this litigation for documents to provide to
11  Hickey Freeman?
12    A.    No.
13    Q.    Did Chargeurs S.A. do anything
14  to gather documents from Wujiang to provide
15  to Hickey Freeman as part of this litigation?
16    A.    No.
17    Q.    Did Wujiang search its own
18  documents to find documents to give to
19  Hickey Freeman as part of this litigation
20  and provide them to Chargeurs, S.A. or
21  Chargeurs S.A.'s attorneys?
22    A.    I don't know what LP Wujiang did
23  in the context of this lawsuit, but I know
24  that Chargeurs Boissy didn't receive any
25  documents from LP Wujiang in the context of

Defait

1
2  this lawsuit.
3    Q.    Did Chargeurs S.A.'s attorneys
4  receive any documents from Wujiang over the
5  course of this lawsuit to provide to Hickey
6  Freeman?
7    MS. MORGAN:  Objection to form.
8  You can answer.
9    A.    LP Wujiang shows the same lawyer
10  with Chargeurs, S.A. wanted to access and,
11  therefore, LP Wujiang certainly provided
12  documents to Fox Rothschild in the context
13  of this lawsuit.
14    Q.    So you're saying that Wujiang
15  provided documents directly to Fox Rothschild
16  as part of this litigation?  Is that what
17  you're saying?
18    MS. MORGAN:  Objection to the
19  form.  You can answer.
20    A.    The documents were not provided
21  to Chargeurs, S.A., but they were most
22  probably provided to Fox Rothschild.
23    Q.    Do you know what steps Wujiang
24  undertook to find documents to provide to
25  Fox Rothschild as part of this litigation?

Defait

1
2    MS. MORGAN:  Objection to the
3  form as mischaracterizing the testimony.
4  You can answer.
5    A.    No, I don't know.
6    Q.    Let's go back to Exhibit 2,
7  please.  It's the registration document.
8  No, Exhibit 2 is the registration document.
9    A.    Oh, sorry.  Okay.
10    Q.    Thanks.  That's quite all right.
11    And if I can direct your
12  attention to page 218, please.  And on the
13  top of the page, it says Relationships
14  Between Chargeurs and Its Subsidiaries.
15    Do you see that?
16    A.    Yes, I do.
17    Q.    And do you see where it says
18  8.1.2?
19    A.    Yes.
20    Q.    It says Role of the Chargeurs
21  Parent Company in the Group.
22    A.    I see it.
23    Q.    And it shows as the parent
24  company, that refers to Chargeurs, S.A.;
25  correct?

Defait

1
2    A.    Yes.
3    Q.    And underneath that it says:
4  The Chargeurs parent company acts as a
5  holding company for the group's companies.
6    Do you see that?
7    A.    I see; yes.
8    Q.    And then it lists several ways
9  in which Chargeurs, S.A. does that; correct?
10    A.    That's right.
11    Q.    And when it says it acts as
12  holding company for the group's companies,
13  is it referring to certain companies within
14  the Chargeurs group or all the companies
15  within the Chargeurs group?
16    A.    You're referring to the sentence
17  that says it acts as holding company for the
18  group's companies?
19    Q.    Correct.
20    A.    Yes.  In this paragraph, the
21  companies of the group comprise those whose
22  shares are owned by Chargeurs, S.A. and its
23  subsidiaries.
24    Q.    If I can direct your attention
25  to the second bullet point under that sentence,

Page 130

Defait

1
2    it says Managing Central Functions followed
3    by a colon, and then it has several examples.
4          Do you see that?
5    A.    Yes, I see it.
6    Q.    I just want to take those one by
7    one if we can.
8          How does Chargeurs, S.A. manage
9    the group's business strategy?
10         MS. MORGAN:  Objection to the
11    form.  You can answer.
12    A.    Are you talking about a
13    commercial strategy, a sales strategy?
14    Q.    I think that might be the second
15    example which is marketing strategy.
16         To your mind, is there a
17    difference between business strategy and
18    marketing strategy?
19         MR. D'ANGELO:  Was there a
20    question posed by the witness?
21    A.    You mean the sales strategy and
22    the marketing strategy?
23    Q.    Well, I'm using the terminology
24    written here, it says the group's business,
25    marketing strategy.  I want to know as you

Page 131

Defait

1
2    use those terms, is there a difference
3    between business strategy and marketing
4    strategy?
5    A.    I think that group business
6    strategy is very general, a very broad --
7    encompasses a very broad -- very broad axes,
8    whereas marketing strategy refers to marketing
9    and sales more concisely.
10    Q.    How, if in any way, does
11    Chargeurs, S.A. manage the group's business
12    strategy?
13    A.    It all depends on what you mean
14    by managing -- manage, because Chargeurs,
15    S.A. doesn't manage the strategy of its
16    subsidiaries.
17    Q.    You read this document before it
18    was filed with the AMF, didn't you?
19    A.    That's right.
20    Q.    Did you suggest to anyone that
21    this part of the document should be changed?
22    A.    No.
23    Q.    When you read this portion of
24    the document, did it seem accurate to you?
25         MS. MORGAN:  You mean right now

Page 132

Defait

1
2    or prior to filing?
3          MR. D'ANGELO:  At the time that
4    she read it and didn't take issue with
5    it.
6    A.    Chargeurs defines a strategy, a
7    broad strategy for which it promulgates, so
8    if that's what you mean by manage, then yes,
9    that's what -- indeed that's what Chargeurs
10    does, but the actual strategies are defined
11    by the divisions, within the divisions, and
12    the general managers of the divisions are
13    the ones who defined -- who managed strategy
14    for themselves.
15    Q.    How, if in any way, does
16    Chargeurs, S.A. control the operations of
17    the group?
18    A.    So it really depends what you
19    mean by control and by operations.
20    Chargeurs does not intervene in the daily
21    workings, the daily management of subsidiaries
22    or the strategies that are set by the
23    managers of the subsidiaries, so it would
24    really depend what you mean by control.
25    Q.    This section says the Chargeurs

Page 133

Defait

1
2    parent company acts as a holding company for
3    the group's companies.  I asked you what the
4    group's companies mean.  You told me all the
5    subsidiaries that are within the Chargeurs
6    group, not only direct subsidiaries.
7          Do you remember telling me that?
8    A.    Group's companies?
9    Q.    Group's companies.
10    A.    Group's companies refers to the
11    subsidiaries of Chargeurs, S.A. as well as
12    the subsidiaries of its subsidiaries.
13    Q.    So after that statement, it says
14    managing, in the second bullet point, it
15    says managing central functions followed by
16    a colon and then one of the items listed is
17    control of operations.
18         Do you see that?
19         So I want to know what control
20    of operations means here.
21    A.    So by control of operations, so
22    Chargeurs, S.A. receives from its subsidiaries,
23    it receives financial information and
24    Chargeurs then verifies that information,
25    that's what it does, it has access to it and

34 (Pages 130 to 133)

Defait

1
2  it is submitted to Chargeurs, S.A. by its
3  direct subsidiaries, but it does not control
4  the actions of its subsidiaries, it just
5  receives information from them which it then
6  checks.
7      Q.    What role does Chargeurs, S.A.
8  play, if any, in human resources policy,
9  which is the next item listed?
10     A.    So Chargeurs provides services
11 like consulting and services and -- services --
12 it provides like advisory services to
13 Chargeurs Entoilage, and then -- but it only
14 supplies it to Chargeurs Entoilage within
15 the CFT division, and in turn Chargeurs
16 Entoilage pays for those services, pays a
17 fee for those services.
18     Q.    Any of those services relate to
19 human resources?
20     A.    Yes.  It provides services that
21 are of human resource nature, but in a very
22 broad sense.  It's mainly advisory service
23 and assistance that it provides to key people.
24     Q.    I want to know what human
25 resources services specifically even if in a

Defait

1
2  broad sense.
3      A.    These services are provided by
4  Joelle Fabre-Hoffmeister who has specific
5  knowledge in that respect, but I don't know
6  exactly the types of services that are
7  provided to Chargeurs Entoilage.
8      Q.    Does Chargeurs, S.A. play any
9  role in the manufacturing processes of any
10 CFT subsidiaries?
11     A.    No.
12     Q.    Does it play any role in
13 determining what processes are implemented
14 at new factories within the CFT division?
15     A.    No.
16     Q.    What about in ensuring that
17 certain manufacturing processes are followed?
18     A.    No.  Chargeurs, S.A. never
19 intervenes in anything having to do with the
20 production by the subsidiaries of Chargeurs
21 Entoilage.
22     Q.    Do you remember earlier we
23 discussed the strategic seminar that
24 Chargeurs, S.A. organized for various heads
25 of subsidiaries?

Defait

1
2      A.    Yes, I do.
3      Q.    We mentioned that one of the
4  topics discussed during that, the roundtable
5  discussions there was production processes?
6  Do you remember that?
7      A.    That's right.
8      Q.    Why did Chargeurs, S.A. organize
9  a roundtable discussion regarding production
10 processes?
11     A.    They did it in order to allow
12 all the companies in the division, all the
13 teams in the division to define this very
14 important subject, but all the work was
15 conducted by the companies themselves, not
16 by Chargeurs, S.A., which restricted itself
17 to simply organizing the seminar.
18     Q.    This shows that Chargeurs, S.A.
19 thought it was important for heads of
20 various companies to speak with one another
21 about production processes?
22     A.    Chargeurs, S.A. identified four
23 subject areas among these human resource
24 production cells and innovation, it defined
25 these subject areas so that the groups

Defait

1
2  attending the seminar would be able to
3  discuss them.
4      Q.    My question was a little
5  different, which is:  Did Chargeurs think it
6  was important for the heads of particular
7  companies to speak with one another about
8  production processes?
9      A.    What's important for Chargeurs
10 is to find a strategic vision, a global
11 vision, a wider outlook, and for an
12 industrial group, the kind of group that it
13 is, each subject area is quite important.
14     Q.    When you say global outlook,
15 what do you mean by that?
16     A.    Global outlook comprising these
17 four subject areas.
18     Q.    What do you mean when you say
19 global outlook though?  Do you mean having
20 more substantial presence globally?
21     A.    It's a division that needs to be
22 disseminated, it's like an orientation for
23 the respective production areas and each
24 company then needs to define for itself the
25 actions that are possible for it in these

35 (Pages 134 to 137)

Page 138

```
1              Defait
2   four areas.  It's part of the game changer
3   program.
4       Q.   Does Chargeurs, S.A. want to
5   make sure that various production processes
6   across the globe are consistent with one
7   another?
8           MR. D'ANGELO:  Can you translate
9       that portion, please, Eric?
10      A.   It depends what you mean by
11  consistent.  There are four independent
12  divisions and they all make products which
13  are very different and independent from each
14  other, so I would have to understand what
15  consistent would mean in that respect.
16      Q.   You testified earlier that there
17  were heads of various subsidiaries that were
18  present at that strategic meeting; correct?
19      A.   Yes.
20      Q.   That includes heads of various
21  subsidiaries within the CFT division?
22      A.   I don't remember exactly who was
23  present at the seminar, all the people that
24  were present at the seminar, but yes, it
25  certainly regrouped the heads of these
```

Page 139

```
1              Defait
2   companies.
3       Q.   You said Mr. Lai and Mr. Marlien
4   were two people who were present there; is
5   that correct?
6       A.   That's right.
7       Q.   Heads of other CFT subsidiaries,
8   did they attend as well?
9       A.   I can't remember at this time,
10  but there were other people from the sector.
11      Q.   Including parts of the sector
12  that manufacture products?
13      A.   I don't know.  I can't recall
14  because I didn't participate in the working
15  group on production, so I don't know who was
16  there.
17          MR. D'ANGELO:  Let's mark
18      Exhibit 4, please.
19          (Chargeurs Exhibit 4, Chargeurs
20      Interling 30/04/2014 bearing
21      production numbers LDP000101-
22      LDP000145, marked for identification,
23      as of this date.)
24      Q.   Have you seen that document
25  before?
```

Page 140

```
1              Defait
2       (Witness reviewing document.)
3           MR. D'ANGELO:  And while the
4   witness is looking, I will note for the
5   record that Exhibit 4 is LDP00101
6   through 145.
7       A.   No, I have not seen this document.
8       Q.   Do you know who prepared this
9   document?
10      A.   No, I don't.
11      Q.   Turn to page 131, please.  It
12  says Worldwide Consistency Everywhere, Same
13  Product, Same Guarantees and Same Process.
14          Do you see that?
15      A.   I see.
16      Q.   Do you know what that's in
17  reference to?
18          THE INTERPRETER:  The
19      interpreter would like to use a more
20      specific term for consistency, just in
21      translation of the title.
22          MR. D'ANGELO:  I'm not a
23      translator, so I'm going to have to
24      rely on you.
25          THE INTERPRETER:  Okay.
```

Page 141

```
1              Defait
2           MR. D'ANGELO:  If you want to
3   use a more specific term, then go ahead.
4       A.   This is the first time I've seen
5   this.  I can see in the title that there is
6   a reference to Chargeurs Interlining --
7   Entoilage, and subsequently the name of the
8   division was changed to CFT, but I don't
9   know what context to fit this page into.
10      Q.   You don't know what this means
11  on this page, 131?
12          MS. MORGAN:  Asked and answered.
13      You can answer again.
14      A.   No, indeed, I don't know what it
15  refers to.
16      Q.   Could you turn two pages to page
17  133.  It says Lainiere de Picardie Wujiang,
18  China at the top there.
19          Do you see that?
20      A.   Yes.
21      Q.   And then under that it says:
22  Wujiang is inspired directly from our
23  headquarter.
24          Do you see that?
25      A.   Yes.
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Defait

1
2      Q.    Do you know what that is?
3      A.    No, I'm not the one who wrote
4  it.  I don't know who wrote it, for what
5  purpose was it written or what context, so I
6  don't know what it means.
7      Q.    Do you have any idea what our
8  headquarter might mean?
9      A.    I could only guess that it is
10  Chargeurs Entoilage document from 2014, so
11  it could be Chargeurs Entoilage, but I don't
12  know who produced it.
13      Q.    Has Chargeurs, S.A. ever
14  undertaken to make sure that various
15  production processes across various CFT
16  manufacturing facilities are similar in any
17  way?
18      A.    Chargeurs, S.A. is a publicly
19  listed company, it doesn't intervene in the
20  day-to-day management in the subsidiaries or
21  the subsidiaries of its subsidiaries and it
22  does not intervene in the production processes
23  of the same.
24      Q.    So do you have any idea what it
25  means here when it says same production

Defait

1
2  process, same products and services?
3      A.    This is a title in a document,
4  it was drafted by a person unknown to me for
5  people who I don't know, and it's the first
6  time I see it.  It's the first time I see
7  this title, so I don't know what it refers to.
8      Q.    You can put that aside then.
9      MR. D'ANGELO:  Let's mark 5 and
10  6.
11      (Chargeurs Exhibit 5, English
12  translation along with the Chinese
13  original and translation certificate
14  bearing production numbers LDP003925-
15  LDP003927, marked for identification,
16  as of this date.)
17      (Chargeurs Exhibit 6, English
18  translation along with the Chinese
19  original and translation certificate
20  bearing production numbers LDP003923-
21  LDP003924, marked for identification,
22  as of this date.)
23      MS. MORGAN:  Do you know how
24  long we'll have on these?  Because
25  we're at 5 now.

Defait

1
2      MR. D'ANGELO:  You want to take
3  a break now?
4      MS. MORGAN:  Yes.
5      MR. D'ANGELO:  Let's take a break.
6      (Whereupon, a brief recess was
7  taken.)
8      Q.    We have marked Exhibits 5 and 6.
9  Exhibit 5 is Bates stamped LDP003925-27.
10  It's an English translation along with the
11  Chinese language original and translation
12  certificate.  Exhibit 6 is Bates stamped
13  LDP003923 through 24, English translation, a
14  Chinese language original and a translation
15  certificate.
16      Ms. Defait, please take a look
17  at Exhibits 5 and 6, please.  Let me know
18  when you've had a chance to take a look at
19  them, please.
20      (Witness reviewing documents.)
21      A.    I haven't read everything, but
22  I've looked at them.
23      Q.    Have you seen these documents
24  before?
25      A.    No.

Defait

1
2      Q.    Were you shown these during your
3  preparation for today's deposition?
4      A.    No.
5      Q.    Do you know what these documents
6  are?
7      A.    They are documents related to
8  quality.  They're issued by -- they were
9  made by LP Wujiang and they concern quality
10  control procedures.
11      Q.    Do you know if these pertain to
12  every model interlining manufactured by
13  Wujiang?
14      A.    Produced by LP Wujiang?
15      Q.    Correct.
16      A.    No, I do not know.
17      Q.    Do you know if these apply
18  specifically to the Model 3069 interlining?
19      A.    No.
20      Q.    And you see there are some dates
21  on the top of both documents?  There's a
22  declaration number, an enactment date and a
23  revision date on the top of each.
24      Do you see that?
25      A.    Yes, I see it.

Page 146

```
1              Defait
2      Q.    Do you know if either of these
3  documents have been revised since the date
4  that's indicated on the top?
5      A.    No, I don't know.
6      Q.    Do you know if each of these
7  procedures discussed in these documents were
8  followed over the course of the manufacturing
9  of the 3069 interlining that was ultimately
10 provided to Hickey Freeman?
11     A.    No, I don't know.
12         MR. D'ANGELO:  Let's go ahead
13 and mark Exhibits 7 and 8.
14         (Chargeurs Exhibit 7, LPWJ Raw
15     Material QC Inspection Procedure
16     bearing production numbers
17     LDP003900-LDP003911, in English and
18     Chinese and translation certification,
19     marked for identification, as of this
20     date.)
21         (Chargeurs Exhibit 8, LPWJ
22     Finished Product QC Inspection
23     Procedure bearing production numbers
24     LDP003912-LDP003922, in English and
25     Chinese, and translation certification,
```

Page 147

```
1              Defait
2  marked for identification, as of this
3  date.)
4         MR. D'ANGELO:  While the witness
5  is reviewing these documents, I will
6  note for the record that the documents
7  are LDP003900-11, it's an English
8  translation with a Chinese language
9  original and the translation certificate
10 at the end, and Exhibit 8 is Bates
11 stamped LDP003912 through 22, it's an
12 English translation with a Chinese
13 language original and the translation
14 certificate.
15     Q.    Ms. Defait, have you ever seen
16 either of these two documents before?
17         (Witness reviewing document.)
18     A.    Yes, I think I've seen it before.
19     Q.    Which one or both of them?
20     A.    They're almost identical and I
21 think I've seen them once before in the
22 preparation of this deposition.
23     Q.    And what are they?
24     A.    They're documents concerning the
25 production, inspection of LP Wujiang and
```

Page 148

```
1              Defait
2  also concerning the raw materials used by --
3  inspection of the raw materials used by LP
4  Wujiang.
5      Q.    And do you know who at Wujiang
6  prepared these documents?
7      A.    No.
8      Q.    Do you know if these QC inspection
9  procedures were in place in 2016 and 2017?
10     A.    No, I don't know.
11     Q.    Do you know when these were in
12 place at all?
13     A.    No, I don't know.
14     Q.    Do you know what models of
15 interlining, if any, these procedures apply
16 to?
17     A.    No.
18     Q.    Do you know if these inspection
19 procedures apply to the Model 3069 interlining?
20     A.    I don't know.
21     Q.    With respect to Exhibits 5, 6, 7
22 and 8, all four that I've handed you over
23 the past several minutes, do you know if
24 anyone at Fitexin played a role in preparing
25 any of these documents or approving any of
```

Page 149

```
1              Defait
2  these documents?
3      A.    No.
4      Q.    Do you know if anyone at
5  Chargeurs Entoilage played a role in
6  preparing or approving any of these documents?
7      A.    I don't know.
8      Q.    Do you know if anyone at
9  Chargeurs, S.A. played a role in preparing
10 or approving any of these documents?
11     A.    No, that is not the case.
12     Q.    So you do know that no one at
13 Chargeurs, S.A. played a role in appearing
14 or approving this?
15     A.    That's right.
16     Q.    And why is that?
17     A.    Because on the one hand,
18 Chargeurs, it is not the role of Chargeurs,
19 S.A. to inspect these companies, to inspect
20 LP Wujiang and, secondly, because I asked
21 Joelle Fabre-Hoffmeister yesterday if
22 Chargeurs, S.A. had ever intervened in the --
23 specifically in matters related to inspections,
24 if -- LPW, of LP Wujiang.
25     Q.    Do you know how these documents
```

38 (Pages 146 to 149)

Page 150

Defait
1
2     are obtained from Wujiang if in fact they were?
3        A.   No, I don't know.
4        Q.   You can put those aside for now.
5           MS. MORGAN:  All of them?
6           MR. D'ANGELO:  Yes.
7           Let's mark the next exhibit
8        which I believe is 9.
9           (Chargeurs Exhibit 9, printout
10          from Chargeurs Fashion Technology
11          website in English and French, marked
12          for identification, as of this date.)
13       Q.   I'll represent to you,
14    Ms. Defait, that this is a website that was
15    printed from the URL indicated at the bottom
16    of the page from the chargeurs.fr website
17    and I will note for the record that the
18    exhibit includes both the English and the
19    French versions of the website available
20    from Chargeurs' website.
21          Do you recognize this, Ms. Defait?
22       A.   Yes, I do.
23       Q.   If I can direct your attention
24    to the penultimate paragraph on the first
25    page.  It starts with the sentence Chargeurs

Page 151

Defait
1
2     Fashion Technologies provides end-to-end
3     solutions for the world's leading menswear
4     and womenswear brands by designing interlining.
5           Do you see that statement?
6        A.   I see it.
7        Q.   Is that statement true?
8        A.   May I have a translation?
9        Q.   If it's easier, Ms. Defait, you
10    can look at the translation itself which is
11    indicated on page 3.
12          MR. D'ANGELO:  And if the
13       translator can direct the witness to
14       the same sentence in French on that
15       page 3, that would be helpful.
16          THE INTERPRETER:  So it's
17       actually -- it's not a --
18          MR. D'ANGELO:  Not a direct
19       translation?
20          THE INTERPRETER:  No.
21          MR. D'ANGELO:  Okay.  Well,
22       let's just work off of the English
23       translation.
24          MS. MORGAN:  If we're doing that,
25       then she would need the translation in

Page 152

Defait
1
2     English by the interpreter.
3           MR. D'ANGELO:  We can have the
4        interpreter translate.
5           MS. MORGAN:  Yes.  Can you
6        explain it?
7           (Interpreter translates.)
8           MR. D'ANGELO:  And for the
9        record, when I say let's work off of
10       the English translation, I mean the
11       English version of the website actually.
12          MS. MORGAN:  And, Eric, the
13       question was actually only from the
14       first sentence.
15          THE INTERPRETER:  Okay.
16          MR. D'ANGELO:  Yes.  Just the
17       words Chargeurs Fashion Technologies
18       through designed interlining, just the
19       first sentence, and also that penultimate
20       paragraph on the first page.
21          MS. MORGAN:  Or I don't know if
22       the witness was asking for the whole
23       paragraph, but maybe if you could
24       restate the question, that would be
25       clearer.

Page 153

Defait
1
2           MR. D'ANGELO:  Yes.  Let's start
3        from the top.  And I want the witness
4        to only look at the first page and the
5        translator to only translate what I'm
6        asking.  Let's do that.
7           (Interpreter translates.)
8           THE INTERPRETER:  Okay.
9        Q.   Do you see that sentence,
10    Ms. Defait?
11       A.   Yes.
12       Q.   Is that sentence true, to the
13    best of your knowledge?
14          (Witness reviewing document.)
15       A.   This sentence is from a section
16    of the workshop, chargeurs.fr, regarding
17    Chargeurs Fashion Technologies, but I don't
18    know who drafted this paragraph.
19       Q.   Are you able to say whether
20    Chargeurs Fashion Technologies in fact does
21    the things that the sentence says it does?
22          (Witness reviewing document.)
23       A.   It's a very long sentence.  I
24    don't have any means to say what -- if it is
25    an affirmation which is true or not.  It is --

39 (Pages 150 to 153)

Page 154

```
1              Defait
2     it's true on the site of chargeurs.fr,
3     so it's information from the different
4     divisions, and, therefore, it should be
5     true. However, it's a very general statement
6     and I'm not all together clear what it's
7     intended for.
8          Q.    Does Chargeurs, S.A.'s legal
9     personnel or Chargeurs Entoilage's legal
10    personnel review language that goes up on
11    the Chargeurs website before it goes up there?
12         A.    Chargeurs, S.A. doesn't have any
13    legal personnel, but Chargeurs Boissy does,
14    I am in charge of legal affairs at Chargeurs
15    Boissy, and Chargeurs Boissy does provide
16    legal services to Chargeurs, S.A., and in
17    that capacity I sometimes check on information
18    related to language that is supposed to be
19    regulated, the nature is to be regulated,
20    but because the sentence doesn't have any
21    information of a legal nature, it wouldn't
22    be the case, it just has information about
23    the activities, the operations.
24         Q.    So you and your team wouldn't
25    have reviewed this before it going on the
```

Page 155

```
1              Defait
2     website?
3          MS. MORGAN:  Objection to the
4     form as to her team and reviewing.  You
5     can answer if you understand.
6          Q.    Do you understand the question?
7          A.    I would like in fact to know
8     what you mean by team.  Do you mean my team?
9          Q.    So neither you nor any other
10    legal personnel at Chargeurs Boissy reviewed
11    this language before it went up on the
12    website; right?
13         MS. MORGAN:  Objection to the
14    form.  You can answer.
15         A.    There is no other legal personnel
16    other than myself or other at Chargeurs,
17    S.A. or Chargeurs Boissy, so I have not seen
18    this, and I have not seen this document.
19         Q.    Second sentence of the
20    penultimate paragraph in the page says:
21    Interlining is generally used between the
22    fabric and the lining to help jackets,
23    shirts, coats and blouses to retain their
24    shape and structure.
25         Is that true?
```

Page 156

```
1              Defait
2          A.    What I understand from the
3     sentence is that it's a definition of
4     interlining and I don't have the knowledge --
5     I don't know if it's a definition which is
6     exact because I don't have the technical
7     know-how or knowledge to judge if this
8     definition is indeed precise.
9          Q.    Do you know if interlining is
10    used to help jackets, coats, shirts and
11    blouses retain their shape and structure?
12         A.    Yes.
13         Q.    Yes as in it is, it is used for
14    those purposes?
15         A.    Yes, but I don't know if it's a
16    complete and exhaustive definition of
17    interlining.
18         Q.    I'm not asking you if it's
19    complete and exhaustive.  All I'm asking
20    you, Ms. Defait, is if interlining is used
21    to help jackets, coats, shirts and blouses
22    retain their shape and structure.  Is it or
23    is it not?
24         A.    Yes, indeed it's a definition of
25    interlining as you have already heard.
```

Page 157

```
1              Defait
2          Q.    So that's a yes to my question?
3          A.    Yes.
4          Q.    If I could turn your attention
5     to the second page, please.
6          It says:  In addition to its
7     excellent innovation, capabilities and rapid
8     response to new fashion trends, Chargeurs
9     Fashion Technologies complies and in some
10    instances is the only company to comply
11    with the highest market standards.
12         Do you see that?
13         A.    Yes.
14         Q.    Does in fact Chargeurs Fashion
15    Technologies plant equipment comply with the
16    highest market standards?
17         (Witness reviewing document.)
18         MS. MORGAN:  Let the record
19    reflect it appears the witness is
20    looking at the French of this document.
21         MR. D'ANGELO:  Yes.  Let's just
22    have -- let's just focus on the English
23    language version and we can have the
24    translator translate.  I just don't
25    want to confuse ourselves if it's two
```

40 (Pages 154 to 157)

1          Defait
2    different versions.
3          MS. MORGAN:  Eric, can you
4    translate the sentence that was quoted?
5          THE INTERPRETER:  Yes.
6          (Interpreter translating.)
7          MR. D'ANGELO:  Do you need to
8    look up a word?
9          THE INTERPRETER:  I just want
10   to -- you know, it's this fabricated
11   line, it's a marketed line, a
12   fabricated line, which I want to be
13   somewhat exact.
14         MR. D'ANGELO:  I appreciate it.
15         (Interpreter translating.)
16   Q.   If you know.
17   A.   I don't know.
18   Q.   The last full paragraph on that
19   page under operations specifications, do you
20   see that?  The last sentence, it references
21   a Chargeurs Fashion Technologies showroom
22   that opened in 2017 in New York.
23         Do you see that?
24         And if you need to have the
25   translator translate that sentence, we can

1          Defait
2    do so.
3          THE INTERPRETER:  Should I
4    translate the whole sentence?
5          MR. D'ANGELO:  Sure.  Why don't
6    you go ahead and translate it.
7          (Interpreter translating.)
8    A.   No.
9    Q.   Do you know when that showroom
10   was opened?
11   A.   No, I don't know the exact date.
12   Q.   Do you know why a showroom was
13   opened?
14   A.   No, I don't.
15   Q.   Do you know what goes on at the
16   showroom?
17   A.   No.
18   Q.   Did Chargeurs, S.A. participate
19   in the decision to open up that showroom in
20   New York?
21   A.   I don't know.
22   Q.   You could put that aside,
23   Ms. Defait.
24         MR. D'ANGELO:  Let's just do the
25   next one, it will be pretty brief, and

1          Defait
2    then we'll finish up.
3          MS. MORGAN:  Five minutes?
4          MR. D'ANGELO:  Yes.  It will be
5    five minutes or less.
6          (Whereupon, a brief recess was
7    taken.)
8          MR. D'ANGELO:  Next exhibit,
9    Chargeurs 10.  These should be stapled
10   together, but they're not.  Let's make
11   them --
12         MS. MORGAN:  Is there a stapler
13   here?
14         MR. D'ANGELO:  Oh, no, they're
15   good.
16         (Chargeurs Exhibit 10, website
17   printout in English and French, marked
18   for identification, as of this date.)
19   Q.   For the record, Exhibit 10 is a
20   printout from the website
21   www.chargeurs-fashion-technologies.com/
22   products.  It's a printout of the English
23   language version of the website as well as
24   the French language version of the same
25   website.

1          Defait
2          MS. MORGAN:  Frank, is 5
3    intentionally blank essentially?
4          MR. D'ANGELO:  It's essentially
5    blank.  That was just the way the
6    printout ended.
7          MS. MORGAN:  Okay.
8          MR. D'ANGELO:  If your question
9    is if anything was redacted, the answer
10   is no.
11   Q.   The first page of the document,
12   Ms. Defait, it says Interlining For Menswear.
13         Do you see that?
14   A.   Yes.
15   Q.   And it says:  Chargeurs Fashion
16   Technologies is one of the world leaders in
17   interlinings for the menswear garment industry.
18         Do you see that?
19   A.   Yes.
20   Q.   And feel free to look at the
21   French translation.  I think this one is
22   actually pretty accurate.
23         Do you see that statement,
24   Ms. Defait?
25   A.   Yes, I see that.

Page 162

```
 1              Defait
 2      Q.    In the following sentence, it
 3 says:  We propose an extensive range of
 4 products in every application used in the
 5 menswear industry.
 6         Do you see that?
 7      A.    Yes, I do.
 8         MS. MORGAN:  I request that the
 9 translator continue to translate this
10 English because I think there is some
11 difference.
12         MR. D'ANGELO:  All right.  Fair
13 enough.  We'll stick with the English
14 version.
15      Q.    Ms. Defait, could you flip back
16 to the English version, please?
17         All right.  So let's start with
18 the first sentence and if the translator can
19 translate, please.
20         (Interpreter translating.)
21      Q.    Let's just break that up piece
22 by piece.  The first sentence says:
23 Chargeurs Fashion Technologies is one of the
24 world's leaders in interlining for the
25 menswear garment industry.
```

Page 163

```
 1              Defait
 2         Am I correct that's what the
 3 website says?
 4      A.    Yes.  That's what's indicated on
 5 the website, ChargeursFashionTechnologies.com/
 6 products.
 7      Q.    The second sentence says:  We
 8 propose an extensive range of products aimed
 9 at every application used in the menswear
10 industry.
11         Do you see that?
12      A.    I see that sentence.
13      Q.    Does Chargeurs Fashion
14 Technologies in fact propose an extensive
15 range of products in every application aimed
16 at the menswear industry?
17      A.    It does say that on the site of
18 the website of CFT, but I don't have either
19 the knowledge or the know-how to comment on
20 its truth, but if it does say there, then it
21 must be that it is true.
22         MR. D'ANGELO:  Let's go off the
23 record, please.
24         (Time noted:  6:03 p.m.)
25
```

Page 164

```
 1
 2         A C K N O W L E D G E M E N T
 3
 4      I, VANESSA DEFAIT, hereby
 5 certify that I have read the transcript
 6 of my testimony taken under oath in my
 7 deposition of June 18, 2018; that the
 8 transcript is a true, complete and
 9 correct record of what was asked,
10 answered and said during this
11 deposition, and that the answers on the
12 record as given by me are true and
13 correct.
14
15
16 _____
   VANESSA DEFAIT
17
18
   Subscribed and sworn to
19
   before me this ____ day
20
   of_____, 2018.
21
22 _____
   NOTARY PUBLIC
23
24
25
```

Page 165

```
 1
 2         I N D E X
 3
 4 WITNESS      EXAMINATION BY      PAGE
 5 Vanessa Defait  Mr. D'Angelo      5
 6
 7 CHARGEURS
   EXHIBITS      DESCRIPTION      PAGE
 8
 9 Exhibit 1    Amended Notice of      21
                Deposition
10 Exhibit 2    Registration      49
                Document 2017
11
12 Exhibit 3    Lainiere de      115
                Picardie (Wujiang)
13              Textiles Co., Ltd.
                Articles bearing
14              production numbers
                LDP003928-LDP003942
15              in Chinese and
                English, plus
16              translation
                certification
17
18 Exhibit 4    Chargeurs      139
                Interlining
19              30/04/2014 bearing
                production numbers
20              LDP000101-
                LDP000145
21 Exhibit 5    English translation  143
                along with the
22              Chinese original
                and translation
23              certificate bearing
                production numbers
24              LDP003925-
                LDP003927
25
```

42 (Pages 162 to 165)

## Page 166

```
 1
 2        I N D E X  (C'td.)
 3
 4   CHARGEURS
     EXHIBITS    DESCRIPTION    PAGE
 5
     Exhibit 6   English translation  143
 6               along with the
                 Chinese original
 7               and translation
                 certificate bearing
 8               production numbers
                 LDP003923-LDP003924
 9
     Exhibit 7   LPWJ Raw Material  146
10               QC Inspection
                 Procedure bearing
11               production numbers
                 LDP003900-LDP003911
12               in English and
                 Chinese and
13               translation
                 certification
14                                146
     Exhibit 8   LPWJ Finished
15               Product QC Inspection
                 Procedure bearing
16               production numbers
                 LDP003912-LDP003922
17               in English and
                 Chinese, and
18               translation
                 certification
19
     Exhibit 9   Printout from      150
20               Chargeurs Fashion
                 Technology website
21               in English and
                 French
22
     Exhibit 10  Website printout in 160
23               English and French
24
25
```

## Page 168

```
 1
 2              ERRATA SHEET
 3   CASE NAME:  HICKEY FREEMAN v. CHARGEURS
     DATE OF DEPOSITION:  6/18/18
 4   WITNESS' NAME:  VANESSA DEFAIT  REF: 21843
 5   PAGE/LINE(S)/    CHANGE     REASON
 6   ____/____/_____/_____/
 7   ____/____/_____/_____/
 8   ____/____/_____/_____/
 9   ____/____/_____/_____/
10   ____/____/_____/_____/
11   ____/____/_____/_____/
12   ____/____/_____/_____/
13   ____/____/_____/_____/
14   ____/____/_____/_____/
15   ____/____/_____/_____/
16   ____/____/_____/_____/
17   ____/____/_____/_____/
18   ____/____/_____/_____/
19   ____/____/_____/_____/
20            VANESSA DEFAIT
21   SUBSCRIBED AND SWORN TO
     BEFORE ME THIS____ DAY
22   OF_____, 2018.
23   _____
            NOTARY PUBLIC
24
     MY COMMISSION EXPIRES_____
25
```

## Page 167

```
 1
 2          C E R T I F I C A T E
 3   STATE OF NEW YORK     )
 4                         ) ss.:
 5   COUNTY OF NASSAU      )
 6        I, ROBIN LaFEMINA, a Registered
 7   Professional Reporter, Certified LiveNote
 8   Reporter and Notary Public within and for
 9   the State of New York, do hereby certify:
10        That VANNESA DEFAIT, the witness
11   whose deposition is hereinbefore set forth,
12   was duly sworn by me and that such deposition
13   is a true record of the testimony given by
14   such witness.
15        I further certify that I am not
16   related to any of the parties to this action
17   by blood or marriage; and that I am in no
18   way interested in the outcome of this matter.
19        IN WITNESS WHEREOF, I have
20   hereunto set my hand this   day of     ,
21   2018.
22
23
24
          ROBIN LaFEMINA
25
```

## A

**ability** 10:6 45:2 72:3,16 73:12 99:15 104:9
**able** 137:2 153:19
**access** 100:20,23 101:9,23 102:13 102:18,18,20 108:14 111:18,19 127:10 133:25
**accessed** 49:16
**account** 81:9
**accounting** 80:25
**accounts** 69:21,23 81:12,13,13,14,20 82:11,12
**accurate** 131:24 161:22
**achieve** 70:24 71:7
**acquisition** 67:20
**acquisitions** 91:16 106:18
**act** 101:20 106:10
**action** 73:9 167:16
**actions** 67:20 134:4 137:25
**activities** 15:12 66:3,5 68:10,14 68:17,21,24 69:10 106:24,24 154:23
**activity** 46:20 47:7 59:9,11 64:10 78:16 89:19
**acts** 102:23 129:4 129:11,17 133:2
**actual** 109:10 132:10
**added** 122:15
**addition** 52:12 92:16 157:6
**address** 30:16,24
**addressed** 47:14
**addresses** 111:11
**administrative** 50:19
**advice** 15:7,11,15 21:8

**advisor** 91:16,17
**advisory** 134:12,22
**affairs** 15:23 44:13 44:16 154:14
**affirmation** 153:25
**ago** 12:19 39:10 66:24
**agree** 100:8
**ahead** 30:7 141:3 146:12 159:6
**ahold** 108:24
**aimed** 163:8,15
**Alexandre** 77:24 77:25
**allegedly** 39:14 41:3 43:16
**allotted** 8:20
**allow** 136:11
**ambiguous** 16:24 56:7
**Amended** 21:12 165:8
**AMF** 50:5,13 51:11 51:14 52:15 131:18
**AMF's** 50:7
**amount** 43:8
**Angela** 28:2 73:23 74:7 88:15 89:4 90:5,7 92:10 93:7 96:24 97:17 98:10 101:11,13 102:17 104:3 106:2 108:2 108:15 111:24,25 112:9
**annual** 52:7
**answer** 7:10,13 8:8 8:10 14:9 16:24 18:8 20:5,9,20 21:4,7 25:25 26:22 29:17 32:14 34:18 36:4 44:6 45:13 55:24 61:14 64:21 70:7,19 73:5 77:22 78:25 82:6 84:10 87:17 87:20 88:8,11,13

88:14 90:3 91:3,7 99:22 100:18 101:16 102:4 104:15 108:18 109:8 110:23 111:22 125:5 127:8,19 128:4 130:11 141:13 155:5,14 161:9
**answered** 30:5,6 33:19 141:12 164:10
**answering** 9:25
**answers** 7:3 51:17 164:11
**anti-corruption** 76:13
**anybody** 18:9 28:11
**anyway** 102:20
**Apart** 124:11
**apologize** 88:6
**appearing** 149:13
**appears** 157:19
**application** 162:4 163:9,15
**apply** 71:6 145:17 148:15,19
**appointment** 71:9 106:22,25 107:2
**appreciate** 158:14
**approval** 106:17
**approving** 148:25 149:6,10,14
**approximately** 11:5,14 15:18,20 16:7,11 23:9 34:19,24 43:9 46:11
**area** 137:13
**areas** 136:23,25 137:17,23 138:2
**Article** 50:7
**Articles** 115:9 116:3 165:13
**ascertain** 84:12 119:2

**aside** 143:8 150:4 159:22
**asked** 8:16 12:24 30:4,6 33:4,7 37:11 52:16 61:15 133:3 141:12 149:20 164:9
**asking** 6:3 7:11,12 10:3 56:24 80:18 92:9 109:2 152:22 153:6 156:18,19
**aspect** 89:22
**Assessment** 63:20
**assigned** 73:11
**assistance** 15:7,11 134:23
**associated** 17:13
**assume** 7:25
**attached** 122:9,15
**attachments** 122:11
**attend** 34:25 36:18 67:7 75:13 139:8
**attending** 137:2
**attention** 55:11 128:12 129:24 150:23 157:4
**attorney** 8:4,17 18:3 20:17 21:9
**attorneys** 8:20 16:12 43:6 126:21 127:3
**attorney-client** 20:6 25:10
**auditors** 106:20
**Audree** 90:21 91:11 93:8 94:8
**authority** 50:5,16 50:21,23 51:5
**available** 8:22,24 51:3 150:19
**Avenue** 2:10 3:7,16 30:17,23 57:24
**aviation** 59:4
**aware** 9:23 24:6 29:21,25 43:20,22 43:24 51:2 109:13

124:18
**axes** 131:7
**a.m** 2:5

## B

**B** 116:16,23,24
**back** 25:21 39:9 74:18 78:9 88:3 92:4 117:20 119:4 128:6 162:15
**Baliscut** 90:22 91:13
**based** 58:8
**basics** 6:14
**basis** 89:16 107:12
**Bates** 115:14 144:9 144:12 147:10
**BC** 1:10 3:13 4:5 24:18 25:3 43:21
**bearing** 115:9 139:20 143:14,20 146:16,23 165:13 165:18,23 166:7 166:10,15
**beginning** 33:25 48:8 64:2 107:20
**begins** 51:24
**behalf** 12:24 19:22 29:22 44:7 60:5 101:20 105:24
**believe** 26:10 32:7 61:8 84:7 92:15 150:8
**belonging** 99:18 102:25 108:14 123:22
**Bernard** 27:24 65:10,25 68:4 77:14
**best** 7:19 16:3 45:2 83:8 125:23 153:13
**better** 20:24
**binding** 22:4
**blank** 161:3,5
**blood** 167:17
**blouses** 155:23

156:11,21
**board** 34:5,6,9,12
34:13,20,23 35:6
35:13,17,23,25
37:13,17,23 48:20
48:22 52:6 62:10
62:16,17,20,22,23
63:3,21 64:8,17
65:14,22 66:2,7,7
66:10,15,18 67:15
67:23 68:2,8,12
68:16,20 69:5,10
69:25 70:15,16
71:11 72:2,8,15
72:19,23 73:8
74:10,11,12 78:14
78:21 89:24 94:11
96:18 104:24
105:2,6,15,21
106:3,12,17
107:11,16,23
**bodies** 50:22,24
**body** 50:14,20 51:3
94:25 95:3,7
**Boissy** 13:11,15,17
14:16,21,24 15:19
15:25 16:2 17:19
17:24 18:11,21
19:2 30:21 44:4,7
58:6,21 70:11
74:16 75:9 87:7
105:4,13,18
124:15,20 125:12
125:16,20 126:8
126:24 154:13,15
154:15 155:10,17
**Bolleford** 93:11
97:4
**born** 10:11
**boss** 18:12 20:2
23:11
**Boston** 41:18 42:2
42:5,8 79:9,10
**bottom** 49:24
116:21 117:22
118:8 119:5
150:15

**Boulevard** 4:16
**boxes** 60:19
**brands** 151:4
**break** 8:14 32:22
33:3 66:22,23
121:16 144:3,5
162:21
**breaks** 8:13
**brief** 32:24 53:10
67:4 144:6 159:25
160:6
**broad** 85:17 98:3
131:6,7,7 132:7
134:22 135:2
**broke** 92:8
**brought** 76:5
**budget** 67:22
**budgets** 68:7
**bullet** 129:25
133:14
**Buquen** 93:9,24
105:12 119:17
**business** 11:8,10
15:14 20:16 41:12
54:4,8,15 55:3
56:12,16 62:4
64:8,24 65:2
75:24 78:14 89:15
89:17,18,21,22
91:12,13 99:19
104:17 130:9,17
130:24 131:3,5,11
**businessperson**
20:23
**bylaw** 100:7
**bylaws** 74:8 106:21
107:7 117:10
**B-O-I-S-S-Y** 13:17
**B-O-L-L-E-F-O-...**
93:23
**B-O-S-T-O-N**
41:20
**B-U-Q-U-E-N**
93:24

---

**C**

---

**C** 3:2 4:2 164:2

167:2,2
**call** 23:3,6,11 28:8
70:12 84:15
**called** 5:3,9 39:6
42:25 47:25 60:6
107:13 113:22
114:10
**calls** 9:9 20:19
22:25 29:15 32:11
70:8 73:4 88:9
109:7
**Canada** 114:8
**Canele** 40:8,10,16
**canvas** 39:25
**capabilities** 157:7
**capacity** 154:17
**capital** 60:4 116:22
**Caroline** 3:15
22:11,23 56:6
**case** 1:8 29:2,9 42:9
42:14,23 43:5,11
47:9 73:6 84:5,13
96:25 97:16
101:18 109:22
124:22 149:11
154:22 168:3
**catch** 9:2 96:16
**Cecelia** 63:17
**cells** 136:24
**central** 130:2
133:15
**CEO** 71:5 89:6
95:25 96:21
**certain** 9:11 22:12
24:6 51:15 70:25
71:2,2,7,18 105:5
105:7 106:19
108:14 109:14,20
109:25 111:10,11
123:22 129:13
135:17
**certainly** 127:11
138:25
**certificate** 143:13
143:19 144:12,15
147:9,14 165:23
166:7

**certification**
115:12,19 146:18
146:25 165:16
166:13,18
**Certified** 2:12
167:7
**certify** 164:5 167:9
167:15
**CFT** 70:13,16
71:13 72:7,14,17
72:20 73:10,13,14
73:17,25 75:12
80:8 81:16 84:8
85:3,5,6,6,9,16
86:7,12,21 88:16
89:15,17,18,22
96:23,25 98:7,23
102:25 124:24
125:7,14 134:15
135:10,14 138:21
139:7 141:8
142:15 163:18
**Chan** 28:2,22 73:23
74:7 88:15 89:4
90:5,7,16 92:10
92:17 93:7 96:24
97:17 98:10
101:11,13,24
102:17 106:2
108:2 109:2
111:24,25 112:9
**chance** 21:16
144:18
**change** 33:9,11
48:6,9,14 57:16
70:5 100:7 108:16
168:5
**changed** 48:13
131:21 141:8
**changer** 67:22
138:2
**changes** 53:5
106:21
**changing** 102:20
106:20
**channels** 114:11,13
114:15

**Chan's** 107:3
108:15
**charge** 154:14
**Chargetex** 58:18
58:19,19 59:6
**Chargeurs** 1:9 2:8
3:12 4:4 13:4,7,11
13:15 14:16,21,24
14:25 15:2,5,19
15:25 16:2,5,13
16:16,21,23 17:3
17:5,7,12,18,19
17:24 18:3,5,11
18:21,24 19:2,8
19:12,18,22 21:2
21:11,12,21 22:4
22:13,15 29:19,22
30:14,18,21 31:4
31:7 32:5,20 33:4
33:5 34:4 36:3,5,7
36:11,14,25 37:24
38:8,14,18 40:24
41:2,22 43:15
44:7,9,14,20
45:23 46:12,14,15
47:2,3,4,8,9,12,20
47:21,23,25 48:3
48:19 49:2,3,14
53:20 54:11,20,21
54:22,24 55:2,3
55:21 56:4,17
58:2,6,12,17,17
58:20,21,22,25
59:3,18,22,23
60:20,22,25 61:4
61:6,9,15,17,18
61:21 62:3,6,18
62:24 63:3 64:12
64:17,18,25 65:6
65:8,14,22 66:4,8
67:10,24 68:14
69:7,11,14,16,18
69:22,25 70:2,11
70:12,15,20,21
71:3,4,5,6,11,24
72:3,4,7,9,15,24
73:9,18,21 74:8

74:13,15,15 75:8
75:9,11 78:4,18
78:21 79:20 81:11
85:10,15,20,21,22
85:23,24 86:5,11
86:20,23,25 87:6
87:7,9,13 88:20
88:23,24 89:6
90:17 92:11 94:2
94:12 95:6,8,10
95:19,22,25 96:20
96:22 97:3,5,7,14
97:20,21,23 98:19
98:21 99:10,11,12
99:14,15,19,20,24
99:25 100:11,16
100:19,20,22,23
101:9,19,21,22,23
101:24 102:2,7,13
102:19,21 104:5,8
104:20 105:3,4,11
105:13,17 107:23
108:5,9,11,13,24
109:4,11,20,23
110:12 111:9,12
111:14,17,18
112:3,8,12,14,19
112:23 115:7
118:19 121:24
122:5,12,20 123:6
123:7,10,12,18,22
124:2,5,7,13,15
124:15,19,20,23
124:25 125:8,10
125:12,12,16,16
125:20,20 126:2,7
126:7,8,13,20,21
126:24 127:3,10
127:21 128:14,20
128:24 129:4,9,14
129:15,22 130:8
131:11,14 132:6,9
132:16,20,25
133:5,11,22,24
134:2,7,10,13,14
134:15 135:7,8,18
135:20,24 136:8

136:16,18,22
137:5,9 138:4
139:19,19 141:6
142:10,11,13,18
143:11,17 146:14
146:21 149:5,9,13
149:18,18,22
150:9,10,20,25
152:17 153:17,20
154:8,9,11,12,13
154:14,15,16
155:10,16,17
157:8,14 158:21
159:18 160:9,16
161:15 162:23
163:13 165:7,17
166:4,20 168:3
**ChargeursFashi...**
163:5
**chargeurs.fr**
150:16 153:16
154:2
**chart** 118:18
**check** 92:22 115:25
154:17
**checking** 32:17,17
**checks** 134:6
**chief** 97:2
**China** 117:6
141:18
**Chinese** 115:10,16
115:17 117:15,16
143:12,18 144:11
144:14 146:18,25
147:8,12 165:15
165:22 166:6,12
166:17
**Chuck** 28:16 77:23
**Civ** 1:8
**civil** 9:20
**clarification**
106:11
**clear** 13:14 37:21
105:15 125:13
154:6
**clearer** 7:14 14:14
152:25

**client** 42:25
**CLOTHING** 1:5
**Cloud** 58:17,22,25
59:3
**cmorgan@foxrot...**
3:19
**coaching** 26:25
**coats** 155:23
156:10,21
**code** 39:16,18
76:11
**colon** 130:3 133:16
**colors** 54:8
**Columbus** 46:7,9
63:7,9,10,12
**column** 55:12
63:20 82:17
**come** 87:14
**comment** 14:9
163:19
**commercial** 59:2
130:13
**COMMISSION**
168:24
**commitments**
105:23
**committee** 36:6,11
36:13,22 37:4
48:21,22 90:9,13
92:18 93:3,5
94:19,21,24,24
95:5,5,6,12,25
96:6,10
**committees** 62:10
62:16,21
**common** 124:16
**communication**
20:7
**communications**
29:16
**companies** 15:16
17:13 43:14 47:5
47:19 51:6 58:8
59:7,8,12,13,14
79:14,17,24 80:4
80:10,12,13 81:6
81:24 82:2 83:19

83:21,23,24 84:7
95:22 99:5 102:25
103:6,16 114:20
122:5,20 123:6,8
123:14 124:12,17
129:5,12,13,14,18
129:21 133:3,4,8
133:9,10 136:12
136:15,20 137:7
139:2 149:19
**company** 13:9,12
13:13,20,21 14:22
15:13 20:25 34:15
38:17,23 41:2,21
41:23 44:2,3
45:24 46:15,17,18
47:21 59:19,20,23
60:6,6,10,21 61:2
61:9,18 62:5
79:20 85:19 86:2
86:24 87:11 88:25
97:9 98:7,22
102:24 103:3,4,7
103:12 105:24
106:21,23 107:5,6
107:7 113:11
114:23,25 115:3
116:24,25 117:11
117:16 121:3,8
124:22,22 128:21
128:24 129:4,5,12
129:17 133:2,2
137:24 142:19
**company's** 106:24
**Complaint** 29:5
31:10,11,20,22
32:4,20 33:6
**complete** 156:16,19
164:8
**completely** 27:3
121:13
**complex** 118:24
**complies** 157:9
**comply** 157:10,15
**composed** 74:14
**compound** 78:25
90:3

**comprise** 95:18,21
125:14 129:21
**comprises** 96:2
**comprising** 137:16
**concept** 81:4
**concern** 112:8,19
145:9
**concerning** 24:23
56:9 66:2 147:24
148:2
**concisely** 131:9
**conclusion** 32:11
109:8
**conditions** 10:4
**conduct** 11:8
**conducted** 136:15
**confuse** 157:25
**Connecticut** 4:17
**connection** 31:5
40:19 43:5,16
104:19 121:23
126:4,9
**conseil** 34:12
**consider** 30:12
**considered** 19:24
83:13
**consistency** 140:12
140:20
**consistent** 138:6,11
138:15
**consists** 115:17
**consolidated** 69:23
79:14,17,24 80:11
80:12,15,18 81:6
81:9,12,13,18,20
82:2,3,8,10,12
83:3,17,23
**consolidation**
82:17
**constituted** 38:25
**consultant** 100:4
**consulting** 134:11
**contents** 51:22
119:13
**context** 46:20
54:23 57:12 61:5
69:7 80:15 83:16

85:7 89:24 95:10
98:5 126:23,25
127:12 141:9
142:5
**continue** 162:9
**CONTINUED** 33:2
67:6 92:3 121:18
**contract** 98:12
**contrast** 103:6
108:10
**contributed** 116:22
**control** 55:8,13
83:3,18 132:16,19
132:24 133:17,19
133:21 134:3
145:10
**conversation** 23:21
23:25 27:10
119:15
**conversations**
11:11 12:13 23:18
24:23 27:11,12
87:18 111:5,8
119:10,13
**copy** 33:6
**Coquoin** 63:18
**corner** 49:24
**corporate** 13:18
14:17 19:2,5,18
20:3,24 38:23
43:23 48:13,15,16
51:23 81:12
100:13
**correct** 9:5,16
21:25 22:5 25:5
37:18 39:3 41:13
47:15,24 48:12
51:25 52:8 60:24
62:14,18,24 65:11
66:12 72:5 76:6
80:4,8 85:22 86:5
86:8 88:17 89:7
92:6 110:9 118:9
121:11,13,20
122:13 123:19,23
124:3,8 125:17
128:25 129:9,19

138:18 139:5
145:15 163:2
164:9,13
**corrected** 52:22
**correction** 53:6
**corrections** 53:2
**correctly** 12:18
35:12 39:17 40:23
107:6
**counsel** 16:13
22:18 23:16 24:20
26:25 31:5,5,21
33:5,8 87:18
88:10 110:25
**counsel's** 27:4
**COUNTY** 167:5
**course** 8:6 127:5
146:8
**court** 1:2 6:16 29:9
31:12,25 102:9,14
102:16
**covered** 67:17
**created** 59:21 62:5
62:14 107:16,18
**criminal** 9:20
**currency** 43:9
**currently** 10:13
13:3,6 63:2
**C'td** 4:2 166:2
**C-A-N-E-L-E**
40:11
**C-H-A-R-G-E-T-**
58:20
**C-H-A-R-G-E-U-**
13:16
**C-L-O-U-D** 58:24
**C-O-L-O-M-B-U-**
63:10

---

**D**

**D** 3:6 164:2 165:2
166:2
**daily** 132:20,21
**data** 67:19
**date** 21:14 32:19
33:14,21 48:9
49:5 83:3 107:21

115:13 139:23
143:16,22 145:22
145:23 146:3,20
147:3 150:12
159:11 160:18
168:3
**dates** 145:20
**day** 8:6,14,23,25
11:17,19 164:19
167:20 168:21
**days** 8:21 11:14
**day-to-day** 87:8
142:20
**de** 1:9,10,11 3:12
3:13 4:4,5 28:5
43:21,23 47:12
115:8 116:2 121:3
121:8 141:17
165:12
**dealing** 11:21
**December** 79:16
**decided** 31:20
**decision** 101:11
106:3,4 159:19
**decisionmaking**
100:9 106:2
**decisions** 100:5,8
100:12 104:24
106:12,14,15
107:14,15,22
**declaration** 145:22
**deconsolidated**
83:25 84:3,9
**deed** 109:10
**deem** 29:20
**deemed** 64:13
78:19
**Defait** 1:17 2:8 5:8
5:18,22 6:1 7:1
8:1 9:1,24 10:1,9
10:18 11:1 12:1
12:12 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1,16 22:1,19
23:1,16 24:1,20
25:1 26:1,7 27:1

28:1 29:1 30:1
31:1 32:1 33:1,3
34:1 35:1 36:1
37:1 38:1,5 39:1
40:1 41:1 42:1
43:1,2 44:1 45:1
46:1 47:1 48:1
49:1,10 50:1,9
51:1 52:1 53:1,12
53:25 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1,14
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1,14,16
85:1 86:1 87:1
88:1,12 89:1 90:1
91:1 92:1,4 93:1
93:16 94:1 95:1
96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
110:5 111:1 112:1
113:1 114:1 115:1
116:1 117:1,23
118:1 119:1 120:1
121:1,19 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1,16 145:1
146:1 147:1,15
148:1 149:1 150:1
150:14,21 151:1,9
152:1 153:1,10
154:1 155:1 156:1

156:20 157:1
158:1 159:1,23
160:1 161:1,12,24
162:1,15 163:1
164:4,16 165:5
167:10 168:4,20
**defective** 39:13,14
41:4 43:16
**Defendants** 1:14
3:12 4:4,13
**define** 136:13
137:24
**defined** 132:10,13
136:24
**defines** 132:6
**definition** 17:5,16
98:4 156:3,5,8,16
156:24
**degree** 44:22,23
45:4,8,11,14
**degrees** 44:24
**delist** 51:5
**demand** 15:12
**denied** 102:17
**depend** 132:24
**depends** 11:18,20
34:21 56:21
131:13 132:18
138:10
**deponent** 19:21
**deposed** 6:10
**deposition** 1:17 2:7
6:2,6 8:21 12:21
19:9,19,21 21:13
21:22 22:8 23:14
26:7,13 27:2,16
28:12,17,20,23
29:11 87:15 110:9
116:7 145:3
147:22 164:7,11
165:9 167:11,12
168:3
**depositions** 29:2
**Derolez** 93:8 97:2
**describe** 10:21
**described** 107:15
**description** 73:15

165:7 166:4
**designate** 85:6
**designated** 21:24
**designation** 13:18
  14:17 38:23 48:23
  95:9
**designed** 152:18
**designing** 151:4
**determined** 70:2
  71:12
**determining**
  135:13
**development** 91:14
**diagram** 118:19,20
  118:24 121:13
**DICKER** 4:14
**difference** 130:17
  131:2 162:11
**different** 30:7
  31:15 32:10 54:8
  68:6 137:5 138:13
  154:3 158:2
**diffuse** 95:24
**direct** 20:9 21:3,7
  52:6 55:10 119:9
  128:11 129:24
  133:6 134:3
  150:23 151:13,18
**directed** 47:16
**direction** 69:6,17
  69:19 70:3 75:23
  76:3
**directly** 16:4,12
  106:8,9,9,13
  114:13 127:15
  141:22
**director** 64:18 65:6
  65:8 70:23,24
  71:12 72:4,14,17
  72:20 73:13,14,17
  73:25 75:12 88:16
  96:25 97:5 98:7
  98:16,18 101:19
**directors** 34:5,7,9
  34:12,13,16 35:7
  35:24 37:14,17,23
  48:20 52:6 62:17

62:22,24 63:21
  64:7,17,23 65:14
  65:20 66:2,7,10
  66:18 67:23 68:2
  68:5,9,12,16,20
  69:5,10 72:9,19
  72:24 73:8 78:13
  78:21 94:11,11
  98:2
**disclose** 29:16
  119:10
**disclosed** 69:23
  83:12
**disclosing** 20:6
**discuss** 12:12 22:19
  23:17 26:2 34:16
  35:13 137:3
**discussed** 8:20
  22:21 66:14 67:9
  67:13,18 75:24
  76:22 94:19
  104:13,19 135:23
  136:4 146:7
**discussion** 35:24
  37:3,12,16,25
  61:25 65:25 68:4
  75:22 76:5,14
  78:5,8 91:22
  136:9
**discussions** 36:23
  64:6 65:13,19,21
  78:12 88:9 110:25
  136:5
**dismiss** 71:14 72:4
  72:16,20 73:10,13
**dismissal** 71:10,21
**dismissed** 40:17,20
**disrespect** 84:25
**disseminated**
  137:22
**distracted** 41:6
**distribution** 113:20
**distributor** 113:16
  113:21 114:10
**DISTRICT** 1:2,3
**division** 62:4 66:3,5
  70:21,23 73:20

74:3 77:10,13
  85:19 86:8,10,12
  90:8 97:19,20
  98:23 102:25
  124:23,23,24
  125:2,14 134:15
  135:14 136:12,13
  137:21 138:21
  141:8
**divisions** 41:12
  57:11 68:11 75:7
  96:3 132:11,11,12
  138:12 154:4
**document** 21:17,19
  31:12,15,17 49:4
  49:9,13,18,20,23
  50:3 51:10,14,16
  52:14,17,18 54:16
  54:19 56:14 57:13
  62:9,14 80:20
  82:4 83:10,11,11
  83:14 96:4,17
  110:14,18 115:14
  115:16,20,24,25
  116:6,11 117:8,9
  117:15,17,19
  118:3 128:7,8
  131:17,21,24
  139:24 140:2,7,9
  142:10 143:3
  147:17 153:14,22
  155:18 157:17,20
  161:11 165:10
**documentation**
  100:13
**documents** 22:12
  24:3,7,11,12,23
  24:25 25:2,9 26:3
  29:8 31:16 99:18
  99:24 100:11,14
  100:15 101:23,25
  102:8,13,18
  104:11,12,18,19
  104:21,22,23
  107:24 108:14,24
  109:3,5,14,20,24
  109:25 110:13,15

111:19 112:4,7,10
  112:15,18,23
  121:23 122:6,8
  123:22 126:4,10
  126:14,18,18,25
  127:4,12,15,20,24
  144:20,23 145:5,7
  145:21 146:3,7
  147:5,6,16,24
  148:6,25 149:2,6
  149:10,25
**doing** 71:13 151:24
**Dong** 28:19
**draft** 51:15
**drafted** 52:13
  143:4 153:18
**drafting** 51:19
**duly** 5:4,10 167:12
**d'administration**
  34:12
**D'Angelo** 3:6 5:15
  5:25 13:24 14:12
  19:7,13 21:10
  25:19,23 26:11,15
  26:18,24 32:2,23
  33:2,18 38:12
  41:8 48:25 49:8
  53:8,15,17 55:25
  56:5 57:6 66:23
  67:3,6 72:25
  77:21 80:21,23
  86:18 87:19,24
  91:5,21 92:3,23
  93:14 108:19
  111:3 113:3 115:5
  118:2 119:12
  121:15,18 122:23
  123:3,13 125:3
  130:19 132:3
  138:8 139:17
  140:3,22 141:2
  143:9 144:2,5
  146:12 147:4
  150:6 151:12,18
  151:21 152:3,8,16
  153:2 157:21
  158:7,14 159:5,24

160:4,8,14 161:4
  161:8 162:12
  163:22 165:5
**D-E-R-O-L-E-Z**
  93:22

**E**

**E** 3:2,2 4:2,2 164:2
  164:2,2 165:2
  166:2 167:2,2
**earlier** 26:10,14,17
  29:2 57:24 60:20
  61:4 74:23 83:20
  84:14,23 85:3
  88:16 96:7 104:13
  108:4 121:22
  135:22 138:16
**easier** 23:12 51:22
  151:9
**EDELMAN** 4:14
**efforts** 110:12
**either** 15:15 107:19
  146:2 147:16
  163:18
**ELSER** 4:14
**EMAIL** 3:10,19
  4:11,19
**Emmanuel** 63:18
**employed** 16:12
  34:15 94:2 98:8
**employee** 16:16
  87:5,7 88:19 99:9
  99:10 103:20,24
  109:11
**employees** 15:19
  17:22 122:12
  124:2,5
**employment** 98:11
**enacted** 106:13
**enactment** 145:22
**encompassed** 89:20
**encompasses** 98:3
  131:7
**encountered** 70:10
**ended** 161:6
**end-to-end** 151:2
**engage** 105:23

**English** 10:17,19
  10:20,22,23,24,24
  10:25,25 11:3,9
  11:11,15 12:2
  33:19 115:11,18
  143:11,17 144:10
  144:13 146:17,24
  147:7,12 150:11
  150:18 151:22
  152:2,10,11
  157:22 160:17,22
  162:10,13,16
  165:15,21 166:5
  166:12,17,21,23
**ensuring** 135:16
**entire** 16:16,21
  52:18
**entirely** 119:2
**entities** 97:13 122:5
  122:20 125:6,7,9
  125:14,15
**entity** 61:2 85:4,13
  85:14 95:9 97:9
  97:13,25 98:13
  125:23
**Entoilage** 44:14
  47:21,23 48:2,4
  71:3,4,5,6 73:19
  73:22 74:9,13
  85:20,21,24 86:5
  86:11,20,23 87:2
  87:6,9,14 88:20
  97:21,22,23 98:19
  98:21 99:10,12,16
  99:19,20,25
  100:21,23 101:19
  101:21,23 102:21
  104:5,20 105:3
  108:5,9 111:18
  134:13,14,16
  135:7,21 141:7
  142:10,11 149:5
**Entoilage's** 100:16
  111:14 154:9
**Epinay-Sur-Seine**
  10:12
**equipment** 157:10

**157:15
equivalents** 45:6
**Eric** 4:15,22 5:2
  14:3 86:13 108:19
  138:9 152:12
  158:3
**eric.niederer@w...**
  4:19
**ERRATA** 168:2
**especially** 15:11
**ESQ** 3:6,15 4:9,15
**essentially** 161:3,4
**establish** 69:19
**ethics** 76:11,12
**Eurasia** 15:3 47:4
  58:12
**euros** 43:10
**events** 10:6
**eventually** 74:17
**exact** 32:19 43:7
  48:9 57:4 107:21
  156:6 158:13
  159:11
**exactly** 120:10
  123:2 135:6
  138:22
**EXAMINATION**
  5:14 165:4
**examined** 5:12
**example** 100:6
  130:15
**examples** 130:3
**excellent** 157:7
**exception** 8:9
**exceptionally** 66:19
**exchanged** 24:7,12
  25:2 109:14
**excluding** 43:6
**excuse** 10:3 27:13
  94:20 102:16
  115:23 124:9
**executive** 36:11
  90:9,13 92:18
  93:3,4 94:19,20
  94:23 95:24 96:6
  96:9 97:3
**exhaustive** 156:16

**156:19
exhibit** 21:11,12
  49:2,3 110:2
  115:6,7,14,17
  117:20 118:9,21
  119:4 128:6,8
  139:18,19 140:5
  143:11,17 144:9
  144:12 146:14,21
  147:10 150:7,9,18
  160:8,16,19 165:8
  165:10,12,17,21
  166:5,9,14,19,22
**Exhibits** 144:8,17
  146:13 148:21
  165:7 166:4
**exist** 26:4
**expect** 6:15
**expected** 70:24
  71:7
**expert** 81:8,21
**EXPIRES** 168:24
**explain** 17:4 82:10
  152:6
**explained** 82:7
**extant** 117:12,17
**extensive** 162:3
  163:8,14
**extent** 16:23 20:4
  20:20 26:22 29:15
  32:10,13 40:20
  70:7 73:4 88:8
  109:7 110:24
**external** 31:21
  75:21
**e-mail** 104:18
  111:11 123:25
**e-mails** 11:12
  100:15,20 101:10
  110:13 111:10,14
  121:25 122:9,10
  122:12,21 123:5,9
  124:6,7,12

**F**

**F** 167:2
**Fabre** 93:6 105:10

**Fabre-Hoffmeister**
  18:12 19:22 22:14
  52:24 90:20 91:10
  93:17 94:7 119:16
  135:4 149:21
**fabric** 40:2 155:22
**fabricated** 158:10
  158:12
**face** 22:23,23
**facilities** 91:4
  142:16
**fact** 52:25 65:13
  71:16,17 84:8
  109:10,13,19
  114:17 150:2
  153:20 155:7
  157:14 163:14
**factories** 135:14
**fair** 8:2 16:19 81:23
  162:12
**fall** 106:19
**false** 52:21 53:3,4
**familiar** 85:25
  121:2
**far** 12:2 43:18
  77:22 124:14
**fashion** 54:12 55:2
  56:17 59:22 60:21
  60:25 61:4,6,18
  64:19,25 65:6,8
  66:3,4 67:10
  68:15 69:16 70:2
  70:12,20,21 71:25
  72:5 80:6 83:24
  85:11 97:14
  150:10 151:2
  152:17 153:17,20
  157:8,9,14 158:21
  161:15 162:23
  163:13 166:20
**fdangelo@loeb.c...**
  3:10
**February** 44:17
**Federico** 93:7,20
**fee** 134:17
**feel** 161:20
**fees** 40:22 43:6

**felt** 59:17
**file** 50:22
**filed** 29:8 31:12,23
  40:16 42:23 49:18
  49:20 50:4 52:15
  131:18
**files** 100:16 119:18
**filing** 51:10,13
  132:2
**fill** 17:22
**film** 42:15 47:3,9
  47:10,12 79:11
  124:24 125:8
**Films** 97:4
**finance** 77:10,16
  81:8
**financial** 15:7,11
  50:4,15 69:22
  80:24 81:3,7,17
  81:22 82:5,9 84:2
  90:7 99:19 104:17
  133:23
**find** 126:3,18
  127:24 137:10
**fine** 5:24 7:16 8:12
  8:18 12:15 21:18
  28:10
**finish** 160:2
**finished** 76:24
  146:22 166:14
**fire** 74:4
**firing** 71:22
**firm** 16:9
**firmly** 102:17
**first** 5:4,9 11:2 12:8
  12:16 21:11 23:3
  31:7,9 44:25
  53:19 74:22
  115:22,23,25
  117:7 141:4 143:5
  143:6 150:24
  152:14,19,20
  153:4 161:11
  162:18,22
**fiscal** 15:6,10
**fit** 141:9
**Fitexin** 14:25 15:9

86:2,4,7,12,24
87:6,10,14 97:24
97:25 98:20
102:22 103:10,21
103:24 104:5,9,25
105:16,22 106:16
107:9,24 108:6,15
108:16 109:3,5,12
112:4,7,8 114:21
116:13 117:5
121:5,10,14
148:24
**five** 8:15 63:5 160:3
160:5
**flexible** 48:17
**flip** 55:5 162:15
**flipping** 118:4
**Floor** 4:7
**focus** 157:22
**follow** 21:8
**followed** 40:11
93:22 97:4 130:2
133:15 135:17
146:8
**following** 71:2,8,9
162:2
**follows** 5:7,13
55:16
**force** 117:12
**forecast** 67:22
**form** 16:22 18:7
20:18 32:7 44:6
45:13 55:24 56:2
56:6 64:20 70:7
70:19 72:23 78:25
90:3 99:21 100:18
101:16 102:4
104:15 109:7
111:22 127:7,19
128:3 130:11
155:4,14
**forth** 167:11
**found** 42:21 52:20
52:24
**four** 45:15,22 54:4
54:8,14 56:12
57:11 64:8,24

65:2 75:6,24
78:13 136:22
137:17 138:2,11
148:22
**four-year** 45:21
**Fox** 3:14 4:6 12:14
29:16 33:15,17
111:2,5,8 119:11
119:17 127:12,15
127:22,25
**framework** 119:21
**Fran** 27:22
**France** 5:21 10:12
10:14,15 40:5
84:19
**Francois** 27:15
119:16
**Frank** 3:6 5:25
91:2 93:12 161:2
**free** 102:6 161:20
**Freeman** 1:5 6:2
24:16,17 25:4,10
35:14,25 36:2,23
36:24 37:3,13,25
109:21 120:16
126:11,15,19
127:6 146:10
168:3
**Freeman's** 110:14
**French** 4:22 5:3
32:17 47:12 48:24
49:17,18,21 50:3
50:4 57:3 76:12
150:11,19 151:14
157:20 160:17,24
161:21 166:21,23
**Fribourg** 63:7 89:5
89:13 90:5,16
92:17 93:17 94:15
96:19
**Friday** 23:2
**full** 38:22 158:18
**fully** 79:17,24
80:11,12,14,18
81:6,25 82:3,8
83:2,17,22
**function** 17:22

18:11 73:16
**functional** 60:11
**functions** 130:2
133:15
**fund** 46:10
**further** 57:12
82:10 167:15
**fusible** 38:4,9 39:19
**F-A-B-R-E** 18:17

**G**
**G** 164:2
**gain** 102:20
**game** 67:21 138:2
**garment** 53:23
161:17 162:25
**gather** 109:23
112:15,23 126:14
**gathered** 109:20
**general** 18:13,19
50:7 52:7 65:16
67:17 69:6 70:3
71:24 72:6,11,12
73:10,20 76:8
77:9,11 80:22
89:18,21 91:10
96:2 97:18 131:6
132:12 154:5
**generally** 155:21
**getting** 21:5 74:18
78:9
**give** 6:20 7:9,13
21:25 26:11 29:22
51:17 58:15 89:14
89:23 90:10
126:18
**given** 57:4 164:12
167:13
**global** 53:20
137:10,14,16,19
**globally** 137:20
**globe** 138:6
**go** 6:14 17:15 30:7
53:8 61:23 102:8
128:6 141:3
146:12 159:6
163:22

**goes** 39:9 56:10
87:9 154:10,11
159:15
**going** 6:3,5,14,17
7:2,25 12:6,17
23:11 28:8 44:25
62:6 64:5 69:11
78:10 102:14
110:11 111:4
119:4 140:23
154:25
**good** 5:22 6:24 30:3
30:10 71:13
160:15
**governance** 48:17
51:23 62:10
**governed** 100:10
**governing** 71:9
76:12
**government** 49:19
49:21 50:16
**ground** 6:6
**group** 16:16,21,23
17:3,5,7,18 18:3,6
19:11 36:7,9
38:18 40:24 41:2
41:22 43:15 44:10
44:20 53:21 54:24
55:3,17,22 56:4,9
56:11 57:19 59:17
64:11 68:19,22
69:6,11 74:25
78:5,17 81:11
83:4 85:15 88:23
88:25 95:6,8,10
95:22 128:21
129:14,15,21
131:5 132:17
133:6 137:12,12
139:15
**groups** 75:22,22
76:5,14 136:25
**group's** 64:7,24
78:13 129:5,12,18
130:9,24 131:11
133:3,4,8,9,10
**Guarantees** 140:13

**guess** 16:10 26:8
142:9
**Gui** 28:19
**Guichot** 63:17

**H**
**half** 23:7 24:2
**hand** 103:7 149:17
167:20
**handed** 148:22
**happen** 70:17
89:24
**happened** 68:25
75:18
**hard** 118:25
**harshest** 51:3
**head** 6:21,21 15:23
43:25 44:13,15
51:8 56:11 57:20
57:21 58:9 77:10
77:13,16 91:11,12
91:13,15 98:23
**headed** 69:17 70:3
**heading** 80:11
81:25 83:22
**headquarter**
141:23 142:8
**heads** 77:11,19
135:24 136:19
137:6 138:17,20
138:25 139:7
**hear** 7:4 87:22
101:8
**heard** 41:6 101:4,6
119:19 120:22
121:7 156:25
**held** 2:8 62:2 75:5
76:15 91:23 107:6
**help** 155:22 156:10
156:21
**helpful** 151:15
**hereinbefore**
167:11
**hereunto** 167:20
**HEUBERGER**
4:22 5:2
**Hickey** 1:5 6:2

24:16,17 25:4,10
35:13,25 36:2,23
36:24 37:3,13,25
109:21 110:14
120:16 126:11,15
126:19 127:5
146:10 168:3
**hierarchy** 89:12
**high** 11:4
**highest** 85:14
103:23 157:11,16
**hire** 31:4,21
**hired** 33:4,14
**Hoffmeister** 93:7
105:11
**holding** 46:8,9,17
46:18 47:5 59:12
59:13 63:8,12
98:22 103:12
129:5,12,17 133:2
**holds** 59:24 88:6,7
116:23,25
**hope** 85:2
**hour** 23:7 24:2
27:21
**hours** 23:5,9
**human** 134:8,19,21
134:24 136:23
**Humans** 105:9
**hundred** 85:22,23
86:4
**hyphen** 18:17
**hypothetical** 70:8,9
101:16,17
**H-O-F-F-M-E-I-...**
18:18

**I**

**idea** 30:3,10 33:13
142:7,24
**identical** 147:20
**identification**
21:14 49:5 115:13
139:22 143:15,21
146:19 147:2
150:12 160:18
**identified** 67:21

136:22
**impact** 82:11
**implemented**
135:13
**important** 68:22
69:3,9 136:14,19
137:6,9,13
**improper** 26:16
27:3
**inaccurate** 53:3,4
125:5
**include** 65:5 69:15
77:2,8 81:14
**includes** 65:7
138:20 150:18
**including** 75:7
139:11
**incorrect** 61:10
**independent** 50:19
138:11,13
**indicated** 96:21
97:10,10 146:4
150:15 151:11
163:4
**indicating** 125:4
**indirect** 114:13,15
**individuals** 90:24
92:10,17 93:25
94:10 95:18
**Industrei** 40:8,11
40:13,17
**industrial** 53:22
137:12
**industry** 161:17
162:5,25 163:10
163:16
**information** 57:10
68:24 69:4 80:25
84:4,11 89:19
90:10,11 99:12
110:13,16 133:23
133:24 134:5
154:3,17,21,22
**informed** 68:9,13
68:17,19
**inhibit** 10:5
**innovation** 76:16

136:24 157:7
**insofar** 57:8
**inspect** 149:19,19
**inspection** 146:15
146:22 147:25
148:3,8,18 166:10
166:15
**inspections** 149:23
**inspired** 141:22
**instances** 157:10
**instruct** 87:16
**instructing** 87:20
**instruction** 88:7,12
**instructions** 26:12
**instructs** 8:10
**intended** 154:7
**intentionally** 161:3
**interest** 29:18
**interested** 167:18
**interlining** 36:3,25
38:5,9,16 39:19
39:25 47:2,20
60:12 76:22 77:3
77:5,7 78:6,22
79:3 98:24 99:2,6
103:9,13,17
113:10,12,15,25
114:4,7 119:20
120:4,9,13 139:20
141:6 145:12,18
146:9 148:15,19
151:4 152:18
155:21 156:4,9,17
156:20,25 161:12
162:24 165:18
**interlinings** 53:23
161:17
**internal** 55:7,13
105:25 106:4,14
106:15,20
**interpret** 19:6 45:2
56:22
**interpretation**
56:23
**interpreted** 92:25
**interpreter** 4:22
5:3 13:22 14:4,5,7

14:11,15 19:3,4
19:12,14 27:7
32:16 41:5,10
44:25 45:5,17,18
53:16,18 57:7
60:3,8 77:25
86:15 92:21,22
93:10 96:15,16
101:3,6,7 103:25
103:25 117:25
122:14,15,25
123:2,4 140:18,19
140:25 151:16,20
152:2,4,7,15
153:7,8 158:5,6,9
158:15 159:3,7
162:20
**intervene** 132:20
142:19,22
**intervened** 149:22
**intervenes** 135:19
**Intissel** 38:21,24
39:3,6 40:18,22
40:25 43:13 117:6
**Intisselchina**
116:16
**inverted** 78:2
**investment** 46:10
**investments** 106:19
**investors** 69:8
**invited** 64:9 75:17
78:15
**involve** 111:5
**involved** 36:23
38:8,10,15 41:3
42:14 78:7 109:18
**involves** 110:25
**involving** 38:9,15
41:3 75:6
**in-house** 16:13
**in-person** 23:8
**Isabelle** 63:17
**issue** 36:2 84:24
120:16,21 132:4
**issued** 145:8
**issues** 36:24 106:4
**item** 134:9

**items** 133:16
**I-N-D-U-S-T-R-...**
40:12
**I-N-T-I-S-S-E-L**
38:21

**J**

**jackets** 155:22
156:10,21
**job** 1:25 71:13
**Joelle** 18:12,16
19:21 22:13 23:12
23:13 27:10,11
52:24 90:20 91:9
93:6,7 94:7
105:10 119:15
135:4 149:21
**judge** 156:7
**July** 35:21,23
**June** 1:18 2:4 164:7
**J-O-E-L-L-E** 18:16

**K**

**K** 164:2
**keep** 7:3 118:3
**kept** 99:20
**key** 75:6,7,16 77:4
77:4,7 134:23
**kind** 39:22,23,24
89:15,19 92:19
137:12
**kinds** 104:11 106:5
**Kleber** 30:17,23
57:24
**knew** 70:16
**know** 6:15 7:18
8:17,17 12:5,23
13:23 15:18 16:8
16:9,11 17:21
19:23 20:2,15
21:15 24:10 25:8
26:5,9 31:22 32:3
33:7 34:3 36:17
36:21 37:2,10
38:4 39:20,21
42:13,16 43:6
45:6 46:3,11 51:7
65:20 66:25 67:8

67:12 69:10 78:7
79:3 83:23 86:22
86:22,25 87:11,12
90:8,11 92:24
94:22 95:13,16
98:9,12 99:7,8
103:18,21 108:8
108:11,17,21,22
112:21,22 113:7
113:18,19,20,23
114:6,11,17,18,21
114:25 115:3
117:11,14 120:7
120:10,11,12,19
120:20 124:14
125:25 126:22,23
127:23 128:5
130:25 133:19
134:24 135:5
139:13,15 140:8
140:16 141:9,10
141:14 142:2,4,6
142:12 143:5,7,23
144:17 145:5,11
145:16,17 146:2,5
146:6,11 148:5,8
148:10,11,13,14
148:18,20,23
149:4,7,8,12,25
150:3 152:21
153:18 155:7
156:5,9,15 158:10
158:16,17 159:9
159:11,12,15,21
**knowledge** 16:3
20:21 29:24 83:8
87:8 112:13 113:8
124:21 125:24
135:5 153:13
156:4,7 163:19
**known** 48:3 86:2
**know-how** 156:7
163:19
**Korea** 41:16,25
42:11,19,21,24
43:4,14
**Korvan** 42:25

**KPF** 1:9
**K-O-R-V-A-N** 43:3
———————————
**L**
**L** 164:2
**labor** 86:10,19
**LaFemina** 1:24
2:11 5:5,10 167:6
167:24
**Lai** 28:16 77:23
139:3
**Lainiére** 28:5
43:21,23 121:3,8
**Lainiere** 115:7
118:13 141:17
165:12
**LAINIÉRE** 1:9,10
1:11 3:12,13 4:4,5
**Lanfranchi** 90:21
91:15 93:9,18
94:8
**language** 10:22
11:9 144:11,14
147:8,13 154:10
154:18 155:11
157:23 160:23,24
**Laniere** 116:2
**larger** 94:24 95:3
**largest** 46:3
**Laurent** 93:8,21
97:2
**law** 16:9 44:22,24
45:3,4,8,11 48:24
100:10
**lawsuit** 24:8 31:6
38:7 39:12 40:7
40:19 41:3 43:15
109:15 113:21
119:22 120:17
126:23 127:2,5,13
**lawsuits** 38:9
**lawyer** 12:9,14
33:14,15 127:9
**lawyers** 16:4
**LDP000101** 139:21
165:19
**LDP000145** 139:22

165:20
**LDP00101** 140:5
**LDP003900-LDP...**
146:17 166:11
**LDP003900-11**
147:7
**LDP003912** 147:11
**LDP003912-LDP...**
146:24 166:16
**LDP003923** 143:20
144:13
**LDP003923-LDP...**
166:8
**LDP003924** 143:21
**LDP003925** 143:14
165:24
**LDP003925-27**
144:9
**LDP003927** 143:15
165:24
**LDP003928** 115:15
**LDP003928-LDP...**
115:10 165:14
**LDP003942** 115:15
**Leach** 60:17,18
**leaders** 161:16
162:24
**leading** 53:21
71:10 151:3
**Leah** 60:7,14,15
**lean** 56:11 57:20,21
58:9
**learn** 11:2 12:8,16
68:21
**leaving** 23:19,22
**left** 55:12
**left-hand** 49:24
**legal** 13:20 15:6,10
15:23,24 16:15,20
17:17,20,22 18:11
31:4,5 32:11,12
40:22 44:2,13,16
47:11 51:8 61:2
73:9,16 85:4,13
85:14 97:8,13,13
97:25 98:13 99:20
99:23 100:12

104:17,21 108:21
109:7 118:18
121:12 122:4,19
125:23 154:8,9,13
154:14,16,21
155:10,15
**legally** 84:18
112:25
**let's** 17:15 21:10
38:12 48:25 53:8
62:8 82:14 91:7
110:2 115:5
121:15 122:17
128:6 139:17
143:9 144:5
146:12 150:7
151:22 152:9
153:2,6 157:21,22
159:24 160:10
162:17,21 163:22
**level** 10:21 81:11
**liability** 9:21 14:2
**Light** 60:19
**limited** 13:21 14:2
116:17 117:6
**line** 158:11,11,12
**lines** 56:12,16 64:8
64:24 65:2 68:6
69:20 75:24 78:14
**lining** 1:13 4:13
155:22
**listed** 46:16 54:8
56:17 80:10 81:17
81:24,25 83:20,22
83:24 84:7 133:16
134:9 142:19
**lists** 79:14 80:3
116:11 129:8
**litigation** 21:6 38:2
38:15 39:5 40:4
40:15,16 42:6,17
42:18 43:8 121:24
126:4,10,15,19
127:16,25
**little** 42:4 137:4
**live** 10:13
**lived** 11:22

**LiveNote** 2:12
167:7
**LLP** 2:9 3:5,14 4:6
4:14
**local** 43:8
**locate** 110:12 112:4
57:21 58:3,6
122:6,22 123:10
123:21
**Loeb** 2:9,9 3:5,5
**long** 23:3,21,24
27:20 43:25 44:15
143:24 153:23
**longer** 59:9 84:18
**look** 21:16 57:12
80:15 83:15,15
110:2 115:22
144:16,18 151:10
153:4 158:8
161:20
**looked** 74:23 83:19
118:18 119:18
144:22
**looking** 140:4
157:20
**losing** 70:16
**lot** 120:15,18,21
**lots** 120:23,24
**LP** 24:17,18,18
25:3,3,3 28:4
29:19,20 112:18
112:19 114:22,24
117:4 119:24
120:3 126:22,25
127:9,11 145:9,14
147:25 148:3
149:20,24
**LPW** 149:24
**LPWJ** 146:14,21
166:9,14
**lunch** 91:25 92:8
**L-A-U-R-E-N-T**
93:21
**L-E-A-C-H** 60:17
**L-E-A-H** 60:8,16

**M**

**M** 164:2
**main** 46:7 75:24
  79:14,23 80:11
  81:25 83:22
**maitrise** 45:16,18
**majority** 115:2
**making** 69:16
  85:18
**manage** 130:8
  131:11,14,15
  132:8
**managed** 97:15
  132:13
**management** 36:5
  36:8,10,13,22
  37:4 76:16 95:19
  95:21,23 96:11,14
  96:20,23 97:7,8
  97:12,22,24 98:3
  132:21 142:20
**manager** 71:24
  72:6,11,13 73:10
  73:20 77:9,11
  82:9 97:18
**managers** 96:3
  98:2 132:12,23
**manages** 46:19
**managing** 46:21
  64:7,18,23 65:5,7
  65:20 68:5 70:22
  70:24 71:12 72:4
  72:13,17,20 73:13
  73:14,24 75:12
  78:13 88:15 96:24
  97:5 98:6,15,18
  101:19 130:2
  131:14 133:14,15
**mandate** 73:19
  74:9
**manning** 73:17
**Manuel** 28:14
**manufacture** 98:24
  99:6 103:9,17
  113:13 119:24
  120:8 139:12
**manufactured**

120:3,13,15,24
  145:12
**manufactures**
  113:25
**manufacturing**
  53:20 113:11
  135:9,17 142:16
  146:8
**March** 50:6
**mark** 21:10 48:25
  115:5 139:17
  143:9 146:13
  150:7
**marked** 21:13 49:4
  115:12 139:22
  143:15,21 144:8
  146:19 147:2
  150:11 160:17
**market** 4:7 46:2,16
  50:25 51:6 83:12
  157:11,16
**marketed** 158:11
**marketing** 130:15
  130:18,22,25
  131:3,8,8
**markets** 50:4,15
  53:22
**Marlien** 77:24 78:3
  139:3
**marriage** 167:17
**master's** 45:4,8,19
**Material** 146:15
  166:9
**materials** 148:2,3
**Mathieu** 90:22
  91:13
**matter** 39:11
  167:18
**matters** 29:23
  32:13 67:25 94:18
  149:23
**mean** 10:19 11:10
  17:2,5 28:5 31:11
  31:24 32:4 33:15
  34:6,14 36:8
  38:11 39:24 46:21
  48:18 54:22 59:25

65:4 71:19 76:2
  76:19 80:14 81:5
  82:6,11 84:25
  85:6 86:19 89:11
  89:18 95:10 99:17
  103:2 104:17
  107:2,8 112:25
  119:12 123:13
  130:21 131:13,25
  132:8,19,24 133:4
  137:15,18,19
  138:10,15 142:8
  152:10 155:8,8
**meaning** 39:25
  57:10 123:11
**means** 46:23 80:18
  81:22 82:8 133:20
  141:10 142:6,25
  153:24
**meant** 83:17 88:6
**measures** 70:25
**medical** 10:4
**medication** 10:5
**meet** 22:16 34:20
  34:23 35:7 36:15
  67:24 68:3,5 90:6
  95:14,15 107:11
  107:14
**meeting** 22:24 23:8
  35:19,23 52:8
  66:9,11 67:8,15
  89:25,25 90:4
  138:18
**meetings** 9:10 35:2
  35:14,16,17,25
  36:19,22 37:4,14
  37:23 64:9 66:7
  66:18 78:15 90:14
  90:15,18,19 92:16
  93:3 94:20 100:3
  100:4
**members** 63:2,16
  95:11 96:11,18
  118:12
**menswear** 151:3
  161:12,17 162:5
  162:25 163:9,16

**mention** 120:22
**mentioned** 14:21
  42:6 47:19 90:25
  92:15 108:4
  121:22 136:3
**mergers** 91:15
**met** 64:17 107:17
**methods** 82:17
**Michael** 63:7 89:4
  89:13 90:5 94:15
  96:19
**middle** 55:11
**mind** 25:19 79:8
  93:15 130:16
**minority** 115:4
**minute** 61:24
**minutes** 8:16 23:23
  66:24 67:15 100:3
  148:23 160:3,5
**mischaracterizing**
  128:3
**misspeak** 61:3
**mistake** 104:2
**mistakes** 53:7
**model** 119:19,25
  120:4,13 145:12
  145:18 148:19
**models** 148:14
**moment** 53:9 63:4
**money** 70:16
**monitoring** 48:21
**month** 12:19 34:2,2
**monthly** 90:4,15,19
  92:16
**Morgan** 3:15 8:4
  12:11 14:3,8
  16:22 18:7 19:10
  19:16 20:4,18
  21:3 22:11,17,18
  22:23 23:15 24:4
  24:11,19,25 25:25
  26:6,14,17,20
  27:5,8 29:14 30:4
  31:24 32:6,21
  38:10 44:5 45:12
  49:6 53:14 55:23
  56:7 59:25 64:20

66:21,25 70:6,18
  72:22 73:3 78:24
  80:19,22 86:13
  87:16,22 88:5
  90:2 91:2,19
  93:12 99:21
  100:17 101:15
  102:3 104:14
  109:6 110:23
  111:7,21 112:25
  119:9,14 123:11
  127:7,18 128:2
  130:10 131:25
  141:12 143:23
  144:4 150:5
  151:24 152:5,12
  152:21 155:3,13
  157:18 158:3
  160:3,12 161:2,7
  162:8
**morning** 5:22
  23:20,24 27:19
**MOSKOWITZ**
  4:14
**mother** 59:23
  60:21 61:9,18
  102:24 103:2

**N**

**N** 3:2 4:2 164:2,2
  165:2 166:2
**name** 5:16,25 13:20
  18:14 38:22 40:6
  47:10,11,20 48:10
  48:13,15,16 62:4
  62:6 63:6 141:7
  168:3,4
**named** 19:20 20:2
  20:10 38:11,13
**names** 93:16,19
**NASSAU** 167:5
**Natale** 27:22
**nature** 134:21
  154:19,21
**necessarily** 34:14
**necessary** 8:23
  29:20

need 6:18 8:14,14
    34:14 59:17 67:24
    68:13 87:22
    106:16 151:25
    158:7,24
needs 68:16,19
    91:4 96:16 137:21
    137:24
neither 37:7 72:9
    155:9
network 113:20
Neuilly-Sur-Seine
    5:21 10:16
never 6:12 38:14
    70:10 73:6 135:18
new 1:3,19,19 2:10
    2:10,14 3:8,8,17
    3:17 5:6,11 6:13
    23:19,22 60:6
    75:5 76:12 135:14
    157:8 158:22
    159:20 167:3,9
Nicolas 63:15
NIEDERER 4:15
nine 34:24
nodding 6:21
non-legal 100:14
non-woven 40:3
Notary 2:13 5:5,10
    164:22 167:8
    168:23
note 26:18 27:3
    96:19 140:4 147:6
    150:17
noted 32:9 91:24
    163:24
Notice 21:13,21
    29:10 165:8
noticed 110:9
notified 31:8,9
noting 54:25
Novacel 15:2 41:16
    41:24,25 42:11,19
    42:21,24 43:4,13
number 6:3 22:20
    23:17 39:9 50:5
    118:7 145:22

numbered 118:8
numbers 115:10
    139:21 143:14,20
    146:16,23 165:14
    165:19,23 166:8
    166:11,16

_____

O

O 164:2
oath 9:16 92:6
    121:20 164:6
object 8:5 16:22
    18:7
objection 8:7 20:18
    26:18 27:4 29:14
    30:4 32:6 44:5
    45:12 55:23 64:20
    70:6,18 72:22
    73:3 78:24 88:6
    90:2 99:21 100:17
    101:15 102:3
    104:14 109:6
    111:21 127:7,18
    128:2 130:10
    155:3,13
objections 108:15
objects 8:9
obligation 69:8,12
    69:15
obtain 99:15 104:9
    107:24 109:4
    112:10 121:23
obtained 150:2
obtaining 57:10
obviously 111:4
occasion 68:7
office 56:12 57:20
    57:21,23 58:2,5,9
officer 15:25 97:3
offices 2:9 30:19
    31:2
official 117:19
Oh 60:17 91:5
    101:6 128:9
    160:14
okay 6:22,23 7:6,7
    7:20 14:11 17:15

19:16 27:7 45:5
    82:14 84:15 85:12
    101:7 119:23
    128:9 140:25
    151:21 152:15
    153:8 161:7
old 10:9,10 11:5
Olivier 93:9,23
    105:12 119:17
once 23:19,20 48:3
    107:17 147:21
ones 38:20 41:15
    58:11 94:6,14
    109:16 132:13
open 9:19 159:19
opened 158:22
    159:10,13
operation 59:5
operational 15:15
operations 47:6
    132:16,19 133:17
    133:20,21 154:23
    158:19
opposed 6:20 20:16
    102:18
oral 10:24
order 68:3 121:23
    136:11
organization 95:7
    107:4
organize 136:8
organized 56:11
    57:20 64:11 74:24
    75:10 78:17
    108:12 135:24
organizing 136:17
orientation 137:22
original 115:18
    122:18 143:13,19
    144:11,14 147:9
    147:13 165:22
    166:6
originally 115:16
outcome 167:18
outlook 137:11,14
    137:16,19
outside 31:5 33:4

34:16
outstanding 67:19
oversee 57:9
oversees 50:14
    56:12
oversight 99:4
    103:15
owned 45:24 85:21
    86:4 117:5 121:5
    121:10,14 129:22
owners 118:12
ownership 118:22
owns 46:23,25,25
    47:2,3 85:23
    103:4 114:21,23
    115:2,4

O-L-I-V-I-E-R
    93:23

_____

P

P 3:2,2 4:2,2
page 49:23,25
    51:25 53:13,15,19
    54:25 55:5,8,12
    57:2,5 62:8,9
    63:19,25 74:18,22
    78:9,11 79:12,14
    82:14 83:20 96:4
    110:3,4 115:22,24
    115:25 116:11,20
    116:21 117:21,22
    117:25 118:3,5,8
    118:9 119:3
    128:12,13 140:11
    141:9,11,16
    150:16,25 151:11
    151:15 152:20
    153:4 155:20
    157:5 158:19
    161:11 165:4,7
    166:4
pages 141:16
PAGE/LINE(S)
    168:5
paid 40:22
papers 99:18,20
paragraph 49:24

55:11 63:25 74:22
    74:23 78:10 79:4
    82:22,24 110:4,5
    115:23 129:20
    150:24 152:20,23
    153:18 155:20
    158:18
parent 79:20 85:18
    86:23 87:11 103:7
    114:19 128:21,23
    129:4 133:2
Paris 30:15,17,23
    57:22 95:16
Park 2:9 3:7,16
part 11:15 67:11,21
    73:11 97:6,22,24
    100:16 117:10
    125:6,7,9 126:15
    126:19 127:16,25
    131:21 138:2
participate 78:5
    90:13 139:14
    159:18
participated 66:17
participates 93:2
particular 47:6
    76:10 79:2 90:5
    137:6
particulars 90:12
parties 24:7,13,14
    40:7 105:25
    106:10,14 109:15
    109:16 116:13
    167:16
partners 118:12
partnerships 91:14
parts 139:11
party 38:11,13 40:6
    40:24 43:15
    116:13,16,22,23
    116:23,24
Patrick 93:11,22
    97:4
Paullier 93:8,20
pay 40:18 43:5
payment 40:24
pays 134:16,16

**pending** 27:9 74:21
   91:7
**Pennsylvania** 4:8
**penultimate** 150:24
   152:19 155:20
**people** 15:21 34:14
   36:6 75:6,7,8,17
   77:4,5,8 90:6
   111:11 124:6
   134:23 138:23
   139:4,10 143:5
**percent** 85:22,24
   86:5
**periodic** 89:16,23
**periods** 120:12
**Perronet** 5:20
**person** 17:23 18:10
   19:20 20:16 21:24
   63:11 96:24 143:4
**personal** 20:21
**personnel** 16:20
   17:18,20 18:5
   154:9,10,13
   155:10,15
**persons** 105:5,7,8
**pertain** 145:11
**Peter** 77:23
**Petit** 90:21 91:11
   93:8 94:8
**Philadelphia** 4:8
**phone** 22:22,25
   23:6
**phrase** 54:4
**Physical** 105:8
**Picardie** 1:10,11,12
   3:13,13 4:5,5 28:5
   43:21,23 115:8
   116:2 121:3,8
   141:17 165:12
**piece** 162:21,22
**pipeline** 67:20
**place** 11:9 68:10,14
   68:22 95:17 98:5
   148:9,12
**Plaintiff** 1:7 3:4
**plan** 67:22
**plane** 9:2,3

**planes** 59:4,5
**plans** 67:20
**plant** 157:15
**play** 51:13 134:8
   135:8,12
**played** 148:24
   149:5,9,13
**please** 5:17 7:3,18
   8:16 13:15 18:15
   21:11 25:12,24
   26:9,19,23 30:16
   33:20 38:23 40:9
   41:19 43:2 49:2
   49:23 53:13 55:6
   57:6 58:16,23
   62:9 63:6,19 64:3
   79:12 82:15 87:25
   93:16 96:5 110:3
   110:3 117:21,21
   119:4 128:7,12
   138:9 139:18
   140:11 144:16,17
   144:19 157:5
   162:16,19 163:23
**plus** 115:11 165:15
**point** 35:22 37:22
   51:21 81:22 82:5
   129:25 133:14
**policy** 134:8
**portion** 25:21
   77:22 88:3 131:23
   138:9
**portions** 51:21
   52:12,14 53:2
**posed** 130:20
**position** 15:22
   18:19 44:19 90:24
**positions** 53:21
**positive** 64:13
   78:19
**possession** 29:23
**possible** 137:25
**possibly** 25:7
**potentially** 6:4 9:20
**power** 72:10 74:9
**powers** 101:20
   105:23

**practical** 87:3
**practice** 73:7
**precise** 156:8
**prefer** 84:17
   123:16
**premium** 53:24
**prep** 87:15
**preparation** 111:4
   145:3 147:22
**prepare** 22:7,17
   23:14 27:16 28:12
   28:17,20,23 29:3
   110:21 118:16
   119:7
**prepared** 82:13
   116:7 140:8 148:6
**preparing** 148:24
   149:6,9
**presence** 137:20
**present** 4:21 12:21
   12:25 64:9 66:5
   76:9 77:5,8 78:15
   90:7,17 91:18
   97:2,6,20 98:20
   108:12 138:18,23
   138:24 139:4
**presentation** 66:15
   76:11 96:10
**presentations**
   75:20
**presented** 68:7
   73:7
**presenters** 75:21
**presently** 98:14
**president** 68:18
   69:9 73:18,21
   91:17 97:21,23
   98:19 100:6
   102:21 104:4
   105:22 106:16,22
   107:2,4 108:16
**pretty** 159:25
   161:22
**prevent** 9:24
**printed** 150:15
**printout** 150:9
   160:17,20,22

**prior** 35:7,22 36:21
   44:10,12,20 56:8
   132:2
**privilege** 25:11
**privileged** 20:7
**probably** 127:22
**procedure** 24:15
   146:15,23 166:10
   166:15
**procedures** 55:8
   71:2 145:10 146:7
   148:9,15,19
**process** 76:24 77:3
   100:9 140:13
   143:2
**processes** 78:6
   135:9,13,17 136:5
   136:10,21 137:8
   138:5 142:15,22
**produced** 76:25
   115:16 117:15
   142:12 145:14
**product** 20:8 21:5
   39:13,15,16,18,22
   39:23,24 40:3
   42:13 43:17 76:25
   140:13 146:22
   166:15
**production** 64:12
   68:6 69:20 76:17
   76:18,19,23 77:2
   78:6,18,22 79:3,7
   115:9 135:20
   136:5,9,21,24
   137:8,23 138:5
   139:15,21 142:15
   142:22,25 143:14
   143:20 146:16,23
   147:25 165:14,19
   165:23 166:8,11
   166:16
**products** 41:4
   76:19,21 113:24
   138:12 139:12
   143:2 160:22
   162:4 163:6,8,15

**Professional** 2:11
   167:7
**proficiency** 10:22
**program** 45:21
   138:3
**promulgates** 132:7
**pronunciation**
   84:21
**proper** 98:5
**properly** 25:17
**propose** 162:3
   163:8,14
**protection** 47:13
   53:23 79:11
   124:24
**protective** 42:15
   47:3,9,10 97:3
   125:8
**provide** 14:23 15:4
   15:8,14 20:11
   101:25 109:21
   126:10,14,20
   127:5,24 154:15
**provided** 127:11,15
   127:20,22 135:3,7
   146:10
**provides** 14:24
   15:6 134:10,12,20
   134:23 151:2
**Public** 2:13 5:5,11
   164:22 167:8
   168:23
**publicly** 45:24
   142:18
**purchase** 59:4
**pure** 59:13
**purely** 105:25
**purpose** 59:2,22
   142:5
**purposes** 19:8,19
   84:2 106:2 156:14
**pursuant** 50:6
**purview** 72:7
**put** 59:21 61:17
   143:8 150:4
   159:22
**P-A-U-L-L-I-E-R**

93:21
p.m 9:5,6,7 91:24
  92:2 163:24

**Q**

**QC** 146:15,22
  148:8 166:10,15
**quality** 53:24 145:8
  145:9
**quarter** 27:21
**question** 6:19 7:11
  7:12,17,22,24 8:8
  8:10 14:13 16:11
  18:2,8 19:5 21:4
  24:21,24 25:13,17
  26:2 27:8 30:7,8
  30:11 32:14 34:10
  37:11,15,21,21
  41:7 61:14 65:3
  65:16 67:16 72:2
  74:20,21 78:20
  85:17 87:23 88:8
  88:11 89:20 91:3
  91:6 92:25 95:3
  102:10 119:6
  122:18 123:2,4,15
  130:20 137:4
  152:13,24 155:6
  157:2 161:8
**questioner** 32:9
**questions** 6:4,18
  7:2 8:5,16 9:25
  26:23 92:9
**quite** 118:24
  128:10 137:13
**quote** 50:2 64:6
  78:12
**quoted** 45:25 50:24
  158:4

**R**

**R** 3:2 4:2 167:2
**Ragueneau** 63:18
**raised** 36:2,24
**range** 162:3 163:8
  163:15
**ranked** 18:10
**ranking** 103:23

**rapid** 157:7
**raw** 146:14 148:2,3
  166:9
**read** 11:3 25:21
  52:16 64:5 88:3
  110:11 131:17,23
  132:4 144:21
  164:5
**reads** 57:2
**ready** 57:14
**really** 90:11 132:18
  132:24
**reask** 14:12 122:17
**reason** 20:11 84:6
  168:5
**reasonable** 9:14
**recall** 10:6 43:18
  139:13
**receive** 126:24
  127:4
**received** 31:10 32:8
  32:20 122:9,12
  123:5,9 124:6
**receives** 133:22,23
  134:5
**recess** 32:24 53:10
  67:4 91:25 121:17
  144:6 160:6
**recognize** 150:21
**recollection** 121:12
**reconfirmed**
  123:16
**record** 5:16 7:14
  8:7,7 13:14 18:15
  25:21 26:13 33:18
  37:21 53:9 61:24
  62:2 64:6 88:3
  91:23 105:15
  140:5 147:6
  150:17 152:9
  157:18 160:19
  163:23 164:9,12
  167:13
**records** 99:15,17
  100:2 104:9,18
  124:2
**rectification** 42:5

66:17
**rectify** 38:25
**redacted** 161:9
**REF** 168:4
**refer** 17:11 54:15
  55:21 88:24 95:4
  117:20
**reference** 49:13
  51:16 52:17 75:4
  80:7 83:10,10
  85:18 140:17
  141:6
**references** 158:20
**referred** 61:8 81:10
  96:7
**referring** 17:10,12
  31:14,17 34:11
  41:11 54:24 56:8
  62:17,20 65:17,18
  72:12,13 85:10
  89:2 109:17,19
  129:13,16
**refers** 54:20 74:24
  97:8 128:24 131:8
  133:10 141:15
  143:7
**reflect** 33:19
  157:19
**reflected** 118:21
**refrain** 26:25
**regard** 42:5 87:17
  100:5 106:10
**regarding** 29:23
  67:9 78:5 79:2
  89:10,15 106:17
  118:22 136:9
  153:16
**regards** 21:6
**Registered** 2:11
  116:21 167:6
**registration** 49:4
  50:3 53:13 128:7
  128:8 165:10
**regrouped** 138:25
**regular** 107:12
**Regularly** 11:16
**regulated** 154:19

154:19
**regulations** 50:8
**relate** 52:5 134:18
**related** 22:12 59:3
  145:7 149:23
  154:18 167:16
**relation** 87:10
  100:12 106:13,18
  106:22,23 107:14
**Relationships**
  128:13
**rely** 140:24
**remember** 12:18
  32:19 33:23 35:11
  35:16,18,20 39:17
  40:21,23 43:7
  83:21 86:16 92:12
  92:20 107:7,20
  118:23 133:7
  135:22 136:6
  138:22 139:9
**remove** 74:6
**render** 69:20
**rep** 19:2,5,18 20:3
  20:24
**repeat** 14:8 25:12
  25:15,16 30:8
  86:16 122:25
**repeats** 123:4
**rephrase** 7:19,23
  16:10 19:13 25:14
**report** 16:17 52:6
  89:9,11 93:2
**reported** 1:23
  69:24
**reporter** 2:12,12
  6:16 25:22 88:4
  167:7,8
**reports** 88:23 89:4
  89:12,14,23 90:7
  90:9 92:10,18
**represent** 6:2 8:19
  29:18 49:15 97:10
  150:13
**representative** 19:7
  105:16,17
**represented** 96:23

**representing**
  112:22 113:2,3
**represents** 63:12
  73:15,15 105:11
  105:13
**request** 101:12
  162:8
**requested** 25:20
  88:2
**requests** 110:15
**require** 9:11 15:13
**reread** 78:10 87:24
**rereading** 54:17
**reside** 5:19
**resolution** 52:7
**resolved** 43:11
**resource** 134:21
  136:23
**resources** 134:8,19
  134:25
**respect** 36:3,25
  51:9 86:12,21
  99:23 103:16
  105:24 119:6
  135:5 138:15
  148:21
**respective** 96:3
  97:9,19 137:23
**respond** 24:21
**response** 6:20
  157:8
**responses** 6:17,18
  7:5
**responsibilities**
  99:5
**responsibility**
  13:24 51:18 52:13
  69:13 70:22 72:10
  97:18 103:16
  105:20
**responsible** 42:22
  74:2 85:15
**responsive** 110:14
  110:15
**rest** 91:20
**restate** 152:24
**restricted** 136:16

**result** 42:16,18
**results** 40:14 69:22
  70:25 71:7 81:18
**resumed** 92:2
**retain** 155:23
  156:11,22
**retranslate** 25:24
**review** 28:25 29:5,7
  154:10
**reviewed** 22:12
  24:3,11,25 25:8
  53:2 154:25
  155:10
**reviewing** 21:17
  52:14 54:16,19
  56:14 57:13
  110:18 117:9
  140:2 144:20
  147:5,17 153:14
  153:22 155:4
  157:17
**revised** 146:3
**revision** 145:23
**right** 6:7 9:17
  14:15 21:22 24:4
  24:5 36:7 37:6,9
  39:4,7,19 47:17
  47:22 48:5 52:2,9
  54:12,13 55:4
  56:3,18 58:4,7
  60:23 62:15,25
  63:23 65:9,12
  66:13 67:3 69:17
  70:3 77:15,18
  79:5 80:5,9 81:2
  85:4 86:2 88:20
  98:17 104:7
  105:18,19 107:9
  107:10,10 114:2
  121:5 122:2,3
  123:3 125:18
  128:10 129:10
  131:19,25 136:7
  139:6 149:15
  155:12 162:12,17
**right-hand** 63:20
**right-most** 82:16

**Robin** 1:24 2:10
  5:4,10 87:25
  167:6,24
**role** 51:8,9,13 72:8
  97:17 102:23
  128:20 134:7
  135:9,12 148:24
  149:5,9,13,18
**roles** 51:7 71:2
**room** 91:20
**Rothschild** 3:14
  4:6 12:14 29:17
  33:16,17 111:2,6
  111:8 119:11,17
  127:12,15,22,25
**roundtable** 136:4,9
**Rousseau** 27:16
  77:17 119:16
**Rue** 5:20
**RULE** 2:7
**rules** 6:6 71:5,8,9
  76:12
**R.18-006** 50:6

---

**S**

**s** 3:2 4:2 21:22
  40:13 69:14
  126:21 127:3
  154:8
**sales** 76:17 113:19
  130:13,21 131:9
**salespeople** 77:12
**Sampierro** 90:21
  91:15 93:9 94:8
**sanction** 50:22,24
  51:3
**sanctions** 71:8,18
  71:20
**SAS** 1:10 3:13 4:5
**saw** 118:25
**saying** 14:4 37:8
  66:25 92:20
  127:14,17
**says** 50:2 53:20
  54:14 55:7,12
  57:19 62:10,16
  63:20 64:23 65:18

  65:19,23 78:11
  79:16,19,23 80:6
  82:17,19 83:2
  96:10 110:12
  115:25 116:12,21
  118:7,11 128:13
  128:17,20 129:3
  129:11,17 130:2
  130:24 132:25
  133:13,15 140:12
  141:17,21 142:25
  153:21 155:20
  157:6 161:12,15
  162:3,22 163:3,7
**scheduled** 9:10
**school** 11:4
**scope** 55:12 106:24
**SD75** 39:16
**Seah** 77:23
**search** 111:9,13
  121:25 126:3,9,17
**searching** 126:6
**second** 23:6 49:22
  115:24 118:3
  129:25 130:14
  133:14 155:19
  157:5 163:7
**secondly** 149:20
**secretary** 18:13,19
  91:10
**section** 51:24 52:4
  52:4 62:13 63:24
  80:25 81:24 82:23
  132:25 153:15
**sections** 51:15,18
  52:5
**sector** 97:9 139:10
  139:11
**secure** 106:16
**see** 49:23 50:9
  53:18,25 54:5,9
  55:7,14,15,18,18
  55:20 56:13,15
  62:11 63:22 64:4
  64:14 75:2 79:13
  79:18,21,22,25
  80:2 82:16,20,24

  83:5,6,16 96:12
  96:13,18,21,22
  110:4,5,17,19
  116:4,6,14,18,19
  117:2,7,23,24
  118:7,14 128:15
  128:17,22 129:6,7
  130:4,5 133:18
  140:14,15 141:5
  141:19,24 143:6,6
  145:20,24,25
  151:5,6 153:9
  157:12 158:20,23
  161:13,18,23,25
  162:6 163:11,12
**seen** 21:19 49:9
  115:20 139:24
  140:7 141:4
  144:23 147:15,18
  147:21 155:17,18
**segment** 80:7 83:25
  84:8
**select** 20:16
**selected** 95:12
**sell** 99:2,6 103:13
  103:17 113:12,14
  113:15,16 114:4,7
**sells** 113:23
**seminar** 75:5,10,19
  75:25 135:23
  136:17 137:2
  138:23,24
**seminars** 64:11
  74:24 78:17
**send** 11:11
**Senfa** 15:2 46:25
  59:24 60:4,5,9
  125:9
**senior** 16:15,20
  17:17 18:4,5
**senior-most** 15:24
**sense** 89:19,22
  105:7 134:22
  135:2
**senses** 125:4
**sentence** 53:19
  54:3,17 55:16

  56:10,15,22 57:8
  117:13 129:16,25
  150:25 151:14
  152:14,19 153:9
  153:12,15,21,23
  154:20 155:19
  156:3 158:4,20,25
  159:4 162:2,18,22
  163:7,12
**sentences** 83:16
**September** 44:17
**serve** 20:24
**served** 31:19 32:3,9
  33:6
**server** 100:21,23
  108:5,6,10,11
  111:10,14,18,20
  112:20 122:2,7,10
  122:22 123:7,10
  123:18,21,25
  124:9,13,16,19
  125:11,15,19,22
  126:3,6
**servers** 126:9
**service** 13:13 14:22
  53:23 134:22
**services** 14:22,24
  15:4,8,13,15
  134:10,11,11,12
  134:16,17,18,20
  134:25 135:3,6
  143:2 154:16
**servicing** 53:21
**serving** 18:25
  19:17
**set** 80:16 132:22
  167:11,20
**seven** 23:9
**shaking** 6:21
**shape** 155:24
  156:11,22
**share** 60:4 108:6
  124:15,18 125:11
  125:15,22
**shared** 52:23 126:7
**shareholder** 46:4,7
  99:25 100:2,3

shareholders 46:12
  69:12,13,15 100:5
  100:7,10 116:12
  118:12
shareholding
  116:12
shareholdings
  102:24
shares 46:19,22,23
  46:25 47:2,3,4
  59:15,24 60:3
  85:24 103:4 115:2
  115:4 116:24,25
  125:19 129:22
SHEET 168:2
shells 59:16
she'd 74:4
She'll 6:18
shirts 155:23
  156:10,21
short 32:22 66:22
  67:2
shown 145:2
showroom 158:21
  159:9,12,16,19
shows 127:9 128:23
  136:18
sick 66:20
sign 100:2
similar 142:16
similarly 64:2,6
  78:12
simply 59:21 61:17
  108:10 136:17
single 17:20 18:4
site 154:2 163:17
sites 64:12 78:18,22
  79:3,7
situation 70:10
solely 81:3
solutions 91:12
  151:3
somebody 30:3
  33:16
somewhat 158:13
son 66:19
sorry 19:5 41:5

66:4,16 91:2
  93:10 96:15 104:2
  106:7 118:5
  122:16 128:9
sort 36:10
sound 6:7
SOUTHERN 1:3
speak 7:15 10:17
  10:19,20,23 11:3
  23:10,13 27:15
  28:11,14,16,19,22
  29:12,20 30:3,10
  61:5 136:20 137:7
speakers 76:4,9
speaking 7:9 11:21
  33:8
special 91:16,17
specialized 62:21
specific 33:13
  119:5 135:4
  140:20 141:3
specifically 22:14
  65:17 88:25
  117:16 134:25
  145:18 149:23
specifications
  158:19
speculation 20:19
  73:4
spell 13:15 18:14
  40:9 41:19 43:2
  58:23 93:13,18
spelled 58:19
spelling 40:10 53:6
  93:15
spoke 22:11,13,22
spoken 10:25 77:6
ss 167:4
Stamford 4:17
stamped 115:15
  144:9,12 147:11
stance 69:6
standards 157:11
  157:16
standpoint 81:7
  108:22
stapled 160:9

stapler 160:12
start 6:5 38:12
  80:17 153:2
  162:17
started 40:7 70:11
starting 82:23
starts 54:3 55:17
  150:25
STASSEN 4:9
  61:23 74:19
state 2:13 5:6,11,16
  26:9 90:8 167:3,9
stated 56:25 85:3
statement 27:4
  47:16 53:13 56:20
  56:25 57:17 83:7
  133:13 151:5,7
  154:5 161:23
States 1:2 6:11 9:21
  11:23 45:7 114:5
steps 70:4 127:23
stick 162:13
stock 46:2,16 50:24
  51:6
stop 7:9,10 9:11
stops 7:11
straight 114:12
strategic 64:10
  74:24 75:18,23
  76:2 78:16 91:14
  135:23 137:10
  138:18
strategies 132:10
  132:22
strategy 34:16
  91:11 130:9,13,13
  130:15,17,18,21
  130:22,25 131:3,4
  131:6,8,12,15
  132:6,7,13
Street 4:7
stricter 48:23
strike 13:5 32:2
  65:4 108:25
  113:24 115:24
  120:2
structure 62:10

103:22 155:24
  156:11,22
subject 11:20 39:11
  77:6 87:13 88:12
  136:14,23,25
  137:13,17
subjects 76:8,13
submitted 52:7
  134:2
subpoena 42:7
Subscribed 164:18
  168:21
subsections 62:22
  62:23
subsequently 141:7
subsidiaries 17:14
  17:21 68:18,25
  69:2 77:12,20,20
  81:10,14,15,16,19
  82:19,23 83:2
  99:13 103:5,8
  128:14 129:23
  131:16 132:21,23
  133:5,6,11,12,12
  133:22 134:3,4
  135:10,20,25
  138:17,21 139:7
  142:20,21,21
subsidiary 41:24
  103:6 107:6,8
substance 12:13
  20:23 22:21 23:18
  24:22 26:3 111:7
substantial 137:20
Substrates 58:18
  59:18,24 60:22
  61:10,16,17,22
  62:3,7 97:6
  124:25 125:10
successor 107:3,3
sued 42:8
sufficient 84:11
suggest 131:20
Suite 3:16
supervision 57:9
  57:10
supervisory 48:22

74:10,11,12
  104:24 105:2,6,15
  105:21 106:3,12
  106:17 107:11,16
  107:23
supplies 134:14
suppose 24:9 114:9
supposed 154:18
supposition 25:6
  26:21
sure 14:7 19:14
  25:18 31:14 32:23
  37:20 54:18 69:16
  80:17 86:18 91:5
  91:5 92:23 95:2
  105:14 116:9
  117:14,17,18
  123:17 138:5
  142:14 159:5
surface 79:11
surname 18:17
surveillance 48:21
sworn 5:4,10
  164:18 167:12
  168:21
system 102:9,16
  108:12 124:8
systems 102:14
S-E-N-F-A 60:4
S.A 1:9 2:8 3:12 4:4
  13:7,19 14:25
  15:5 16:5,13
  17:12 18:24 19:8
  19:12,18 21:2,22
  22:4,13,15 29:19
  29:22 30:14,18
  31:7 32:5 34:4
  36:12,14 37:24
  38:8,14 41:24
  45:23 46:12,14,15
  47:23 48:4,19,22
  49:14 54:22 58:3
  62:18,24 63:3
  64:17 65:15 66:8
  67:24 69:12,14,18
  69:22,25 70:15
  71:12 72:3,8,9,16

72:24 73:9 74:15
75:8,11 78:4,21
79:20 81:11 85:22
85:23 89:6 90:17
92:11 94:2,12
95:19 96:2,20,22
97:7 99:11,14,24
100:11,19,22
101:9,22,24 102:2
102:7,13,19 104:8
105:11,17 107:23
108:11,13,24
109:4,11,20,23
111:12,17 112:8
112:12,14,19,23
118:19 121:24
122:5,12,21 123:6
123:7,10,12,18,23
124:2,6,7,13,15
124:19 125:12,16
125:20 126:2,7,8
126:13,20,21
127:3,10,21
128:24 129:9,22
130:8 131:11,15
132:16 133:11,22
134:2,7 135:8,18
135:24 136:8,16
136:18,22 138:4
142:13,18 149:9
149:13,19,22
154:8,12,16
155:17 159:18
**S.A.R.L** 13:21
14:20 39:2,3
**S.A.S** 13:19 38:24
39:6 48:2,11,24
62:7 86:2 121:3

**T**
**T** 164:2 167:2,2
**Table** 51:22
**TAILORED** 1:5
**take** 8:13,15 32:21
66:21 70:4 73:9
97:16 101:11
110:2 121:15

130:6 132:4 144:2
144:5,16,18
**taken** 9:15 10:5
29:2 32:25 53:11
67:5 70:25 71:8
71:19 91:25
121:17 144:7
160:7 164:6
**takes** 69:5 100:8
**Talent** 76:16
**talk** 24:14
**talking** 14:6 24:15
71:21 72:23 73:2
92:12 98:14,15
130:12
**tapes** 41:18 42:2,5
42:8 79:9,10
**tasks** 73:11
**team** 154:24 155:4
155:8,8
**teams** 136:13
**technical** 53:24
58:18 59:18,23
60:11 61:9,16,17
61:21 62:3,6 97:6
156:6
**Technological**
124:25 125:10
**Technologies** 54:12
55:2 56:18 59:22
60:21,25 61:4,6
61:19 64:19,25
65:6,8 66:4 67:10
68:15 69:16 70:2
70:13,20,21 71:25
72:5 80:7 83:25
85:11 97:14 151:2
152:17 153:17,20
157:9,15 158:21
161:16 162:23
163:14
**Technology** 60:22
150:10 166:20
**TELEPHONE** 3:9
3:18 4:10,18
**tell** 9:16 81:21
**telling** 133:7

**temporary** 42:15
53:22 79:11
**term** 17:6,9 70:4
82:3 85:5 92:25
95:23 98:2,11
140:20 141:3
**terminate** 72:11
**terminology**
130:23
**terms** 47:11 48:17
57:4,9 82:8,11
87:3 104:21 131:2
**testified** 5:12
138:16
**testify** 9:19 10:6
110:22 118:17
119:7
**testifying** 32:12
**testimony** 21:25
22:4 29:22 33:9
56:9 128:3 164:6
167:13
**Textile** 58:20
**textiles** 1:12 28:6
53:24 60:11 115:8
116:2 118:13
165:13
**Thank** 5:24 41:10
**Thanks** 128:10
**theoretical** 102:10
**thing** 118:21
**things** 98:4 153:21
**think** 13:25 14:13
19:10 27:9 30:2,9
34:11 40:10 84:20
84:23 86:13 88:16
104:5 114:14,17
115:6 125:3
130:14 131:5
137:5 147:18,21
161:21 162:10
**thinking** 17:24
**third** 82:22 105:24
106:10,13
**thought** 53:3 101:3
136:19
**three** 35:11,14

63:16 90:23
**three-tiered** 45:14
**threshold** 106:20
**Thursday** 23:2
**time** 9:11,14 11:6
12:12 33:23 35:22
39:5 44:20 73:2
75:13 77:14 91:24
92:2 98:18 117:7
120:12 132:3
139:9 141:4 143:6
143:6 163:24
**times** 22:16,20
23:10,13,17 34:19
34:24 35:6,11
36:15
**Tina** 28:22
**title** 47:12 60:2
73:16 96:13 97:8
140:21 141:5
143:3,7
**today** 6:4,5,15 8:21
8:24 9:16,25 10:7
12:2,6 21:25
27:16 38:25 47:25
**today's** 22:8 28:12
28:17,20,23 116:7
145:3
**told** 12:9 133:4
**tomorrow** 6:4 8:22
8:23,24 9:3
**tonight** 9:10,14
**top** 55:8 62:9 63:25
79:13 128:13
141:18 145:21,23
146:4 153:3
**topic** 110:11,22
117:23 118:11,17
119:4,6,8
**topics** 67:17 110:8
136:4
**total** 45:15
**totally** 26:15
**transcribed** 67:14
**transcript** 164:5,8
**transcripts** 28:25
**transferred** 83:4

**translate** 27:5 57:3
77:21 138:8 152:4
153:5 157:24
158:4,25 159:4,6
162:9,19
**translated** 5:6 32:8
45:18 47:18 86:14
**translates** 152:7
153:7
**translating** 7:2,12
57:7 158:6,15
159:7 162:20
**translation** 34:11
86:17 108:20
115:11,18,19
140:21 143:12,13
143:18,19 144:10
144:11,13,14
146:18,25 147:8,9
147:12,13 151:8
151:10,19,23,25
152:10 161:21
165:16,21,22
166:5,7,13,18
**translator** 6:25
7:11 12:5,17,20
12:24 25:24 32:7
47:15,16,18
140:23 151:13
153:5 157:24
158:25 162:9,18
**trends** 157:8
**true** 49:17 50:11
56:20,25 57:8
64:16 65:21 83:7
83:13,14,14 85:12
117:4,13 151:7
153:12,25 154:2,5
155:25 163:21
164:8,12 167:13
**truth** 9:16 163:20
**truthfully** 9:19,25
**try** 7:19 9:13
102:19
**Tse** 28:14
**turn** 49:22 53:12
62:8 63:19 64:3

79:12 82:14 96:4
110:3 116:20
117:21 119:3
134:15 140:11
141:16 157:4
**twice** 22:22
**two** 8:21 15:16 23:5
27:11 31:15 139:4
141:16 147:16
157:25
**type** 14:17,22
104:12
**types** 53:5 94:18
104:18 105:23
106:15 107:15
135:6
**T-A-P-E-S** 41:20

**U**

**ultimately** 146:9
**unclear** 26:9
**undergrad** 45:3,11
**underneath** 129:3
**understand** 7:18
7:24,25 9:15,18
9:22 10:23 16:25
17:2 22:3 25:17
28:4 32:14 34:17
54:23 67:7 73:5
85:2,8,10 92:5
95:2 98:16 104:16
121:19 123:15,17
138:14 155:5,6
156:2
**understanding**
34:8
**understood** 12:3
19:15
**undertake** 111:13
112:3,15 126:2,8
**undertaken** 142:14
**undertook** 111:9
112:23 121:25
127:24
**unit** 55:3
**United** 1:2 6:11
9:21 11:23 45:7

**114**:5
**units** 41:12 54:4,8
54:15
**unknown** 143:4
**Urbain** 63:15
**URL** 150:15
**use** 8:14 11:15
47:11 59:16 70:4
85:5 91:4,19
131:2 140:19
141:3
**Usually** 8:6

**V**

**v** 1:8 168:3
**valid** 117:19
**value** 117:18
**Vanessa** 1:17 2:8
5:8,18 164:4,16
165:5 168:4,20
**VANNESA** 167:10
**various** 68:10,11
68:13,18,21 69:19
77:11,20 102:24
103:5 135:24
136:20 138:5,17
138:20 142:14,15
**Veratex** 1:13 4:13
24:17 109:21
113:22 114:10,12
**verbal** 6:18
**verbally** 6:20
**verifies** 133:24
**Veritext** 25:3
**version** 49:17 50:3
51:10 152:11
157:23 160:23,24
162:14,16
**versions** 150:19
158:2
**view** 81:22 82:5
**vision** 137:10,11
**visit** 78:22
**visits** 64:12 78:18
**voice** 7:4
**Vossart** 27:24
65:11,15,22,25

67:9,25 68:4
77:14 98:6
**Vossart's** 66:15

**W**

**W** 164:2
**wait** 7:8,10,14
**want** 6:5 8:15
25:14 33:9 37:20
42:4 55:10 57:16
65:20 93:12 102:5
105:14 130:6,25
133:19 134:24
138:4 141:2 144:2
153:3 157:25
158:9,12
**wanted** 72:19 74:6
100:22 101:9,14
101:22 102:7
107:23 108:13
111:20 127:10
**wants** 26:8 92:22
100:6 104:10
**Washington** 4:16
**washroom** 8:15
**wasn't** 30:6 71:13
78:7
**way** 10:7 68:8,20
84:10,15,22
102:12,19 113:4
131:10 132:15
142:17 161:5
167:18
**ways** 92:9 108:23
109:4 129:8
**website** 49:16
150:11,14,16,19
150:20 152:11
154:11 155:2,12
160:16,20,23,25
163:3,5,18 166:20
166:22
**week** 11:15
**Welcome** 92:4
**went** 155:11
**we'll** 9:13 143:24
160:2 162:13

**we're** 31:14 78:11
80:24 143:25
151:24
**we've** 73:2
**WHEREOF**
167:19
**whichever** 84:22
**wider** 137:11
**WILLIAM** 4:9
**WILSON** 4:14
**withheld** 25:9
110:16
**witness** 5:9 12:15
21:17 26:12 27:2
32:12 33:19 54:16
54:19 56:14 57:13
101:2,5 110:18
117:9 122:24
125:3 130:20
140:2,4 144:20
147:4,17 151:13
152:22 153:3,14
153:22 157:17,19
165:4 167:10,14
167:19 168:4
**womenswear** 151:4
**wool** 47:4 53:24
58:12
**word** 32:17 55:17
64:2 83:18 122:15
158:8
**words** 20:22 69:21
96:9 152:17
**work** 11:9 13:3,6,9
16:4 20:7 21:5
36:6 44:9 87:8
124:7 136:14
151:22 152:9
**working** 70:11
75:21 139:14
**workings** 132:21
**works** 60:10
**workshop** 153:16
**world** 15:3 161:16
**Worldwide** 140:12
**world's** 151:3
162:24

**wouldn't** 93:15
154:21,24
**written** 10:24
65:24 130:24
142:5
**wrong** 55:25 56:5
**wrote** 79:4 142:3,4
**wstassen@foxrot...**
4:11
**Wujiang** 1:12
24:18 25:3 28:5,5
28:9,12 29:13,19
29:20,24 30:3,10
43:19 112:15,18
112:19,20,24
113:9,23,25
114:12,22,24
115:8 116:2 117:4
118:22 119:24
120:3,14,24
125:19,22 126:3
126:14,17,22,25
127:4,9,11,14,23
141:17,22 145:9
145:13,14 147:25
148:4,5 149:20,24
150:2 165:12
**Wujiang's** 114:19
**www.chargeurs-f...**
160:21
**www.chargeurs.fr**
49:16

**X**

**X** 165:2 166:2

**Y**

**year** 34:20,23 35:8
45:15,20,21 67:19
68:8
**years** 10:10 34:21
39:10 45:15,22
**yesterday** 149:21
**York** 1:3,19,19
2:10,10,14 3:8,8
3:17,17 5:6,12
23:19,22 75:6
158:22 159:20

167:3,9

**0**
**06901** 4:17

**1**
**1** 21:11,12 110:2
  117:20 119:4
  165:8
**1:12** 91:24
**10** 9:5,6,7 15:20
  160:9,16,19
  166:22
**10:00** 9:4
**100%** 121:5,10
**101** 3:16
**1010** 4:16
**10154-1895** 3:8
**10178** 3:17
**108** 82:14
**112** 30:17,23
**115** 165:12
**131** 140:11 141:11
**132** 5:20
**133** 141:17
**139** 165:17
**143** 165:21 166:5
**145** 140:6
**146** 79:12 83:20
  166:9,14
**15** 15:21 53:16
**150** 166:19
**16** 11:7 53:13,14,15
  53:17,18
**160** 166:22
**17** 1:8
**1700** 3:16
**18** 1:18 2:4 164:7
**19103-3222** 4:8
**1999** 45:10,21

**2**
**2** 49:2,3 116:11
  117:21,25 118:3,7
  118:8 128:6,8
  165:10
**2:17** 92:2
**20** 23:23 66:24

**20th** 4:7
**2000** 4:7
**2005** 44:17
**2006** 39:10
**2010** 44:8,18
**2014** 142:10
**2016** 120:9 148:9
**2017** 33:22 34:22
  35:7,8,9,17,20,21
  35:23 36:16,22
  37:8,14,17,22
  43:12 48:8 49:4
  64:16 65:10,15
  78:23 79:17
  107:19 120:9
  148:9 158:22
  165:10
**2018** 1:18 2:4 48:8
  50:6 67:22 107:20
  164:7,20 167:21
  168:22
**203-388-9100** 4:18
**21** 165:8
**21.21** 116:25 117:5
**212-13** 50:7
**212-407-4189** 3:9
**212-878-7900** 3:18
**215.299.2000** 4:10
**218** 128:12
**21843** 1:25 168:4
**22** 147:11
**23** 50:6 110:4,5
  119:4
**24** 144:13

**3**
**3** 115:6,7,14 116:20
  117:23 118:11,21
  151:11,15 165:12
**30(b)(6)** 1:17 2:7
**30/04/2014** 139:20
  165:18
**300,000** 43:9
**3069** 119:20,25
  120:4 145:18
  146:9 148:19
**31** 79:16

**34** 58:18 59:6
**345** 2:9 3:7
**35** 58:19 59:6

**4**
**4** 118:9 139:18,19
  140:5 165:17
**42** 10:10
**49** 165:10

**5**
**5** 143:9,11,25 144:8
  144:9,17 148:21
  161:2 165:5,21
**52** 55:5
**5754** 1:8
**58** 79:17

**6**
**6** 143:10,17 144:8
  144:12,17 148:21
  166:5
**6/18/18** 168:3
**6:03** 163:24

**7**
**7** 146:13,14 148:21
  166:9
**7.2** 52:4
**7.3** 52:4
**75116** 30:17,23
**77** 51:25
**78.79** 116:23 117:5

**8**
**8** 146:13,21 147:10
  148:22 166:14
**8.1.2** 128:18
**80** 62:8
**83** 63:19
**84** 63:25 74:18 78:9
**86** 96:4

**9**
**9** 150:8,9 166:19
**9:14** 2:5
**92200** 5:20