*HICKEY FREEMAN TAILORED CLOTHING, INC. VS.*
*CHARGEURS, S.A., et al*

---

*ROBERT JEFFERY DIDUCH*
*June 21, 2018*

---



ELLEN GRAUER
COURT REPORTING CO. LLC

126 East 56th Street, Fifth Floor  New York, New York 10022
P:  212-750-6434   F:  212-750-1097
www.ellengrauer.com

*Original File 117777.TXT*
*Min-U-Script® with Word Index*

**Page 1**

1  IN THE UNITED STATES DISTRICT COURT

2  FOR THE SOUTHERN DISTRICT OF NEW YORK

3  ---------------------------------------------------x
HICKEY FREEMAN TAILORED CLOTHING, INC.,

4                    Plaintiff,

5    -against-

6  CHARGEURS, S.A., LAINIÉRE DE PICARDIE BC SAS,
LAINIÉRE DE PICARDIE, INC., LAINIÉRE DE PICARDIE

7  (WUJIANG) TEXTILES CO. LTD., AND VERATEX LINING,
LTD.,

8                    Defendants.

9  Case No. 17-cv-5754 (KPF)

10 ---------------------------------------------------x

11

12                    101 Park Avenue
New York, New York

13                    June 21, 2018
9:20 a.m.

14

15

16        DEPOSITION of ROBERT JEFFERY DIDUCH,

17  taken before KAREN E. RIGONI, CSR, and Notary

18  Public of the State of New York.

19

20

21

22

23        ELLEN GRAUER COURT REPORTING CO., LLC
126 East 56th Street, Fifth Floor

24            New York, New York 10022
212-750-6434

25            REF:  117777

**Page 2**

1  A P P E A R A N C E S :

2  LOEB & LOEB, LLP

3  Attorneys for Plaintiff

4        345 Park Avenue

5        New York, New York  10154-1895

6  BY:  FRANK D. D'ANGELO, ESQ.

7        (212) 407-4000

8        fdangelo@loeb.com

9

10

11  FOX ROTHSCHILD, LLP

12  Attorney for Defendants, Chargeurs S.A.,

13  Lainiére de Picardie BC SAS, Lainiére de

14  Picardie, Inc.

15        101 Park Avenue, 17th Floor

16        New York, New York  10178

17  BY:  CAROLINE A. MORGAN, ESQ.

18        (212) 878-7900

19        cmorgan@foxrothschild.com

20

21

22

23

24

25

**Page 3**

1     A P P E A R A N C E S : (Cont'd)

2

3  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

4  Attorneys for Veratex Lining, Ltd.

5  1010 Washington Boulevard

6  Stamford, Connecticut  06901

7    BY: ERIC NIEDERER, ESQ

8  (203) 388-9100

9  eric.niederer@wilsonelser.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Page 4**

1  ------------------ I N D E X -------------------

2  WITNESS                    EXAMINATION BY      PAGE

3  ROBERT JEFFERY DIDUCH   MS. MORGAN          6

4

5

6  --------------- E X H I B I T S ----------------

7  DEFENDANT'S      DESCRIPTION            FOR I.D.

8  Exhibit 1      Notice of deposition        6

9  Exhibit 2      Updated or amended notice   6

10               of deposition

11  Exhibit 3      Data sheet for the 630 by   135

12               Veratex

13  Exhibit 4      Chargeurs data sheet of     135

14               the 3069

15  Exhibit 5      E-mail                      229

16  Exhibit 6      E-mail                      247

17  Exhibit 7      E-mail                      257

18  Exhibit 8      E-mail                      259

19  Exhibit 9      E-mail                      267

20  Exhibit 10     E-mail                      269

21  Exhibit 11     E-mail                      280

22  Exhibit 12     E-mail                      286

23  Exhibit 13     Complaint                   292

24

25

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

Page 5

STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED, by and
among counsel for the respective parties hereto,
that the filing, sealing and certification of
the within deposition shall be and the same are
hereby waived;
IT IS FURTHER STIPULATED AND AGREED that all
objections, except as to form of the question,
shall be reserved to the time of the trial;
IT IS FURTHER STIPULATED AND AGREED that
the within deposition may be signed before any
Notary Public with the same force and effect as
if signed and sworn to before the Court.

Page 6

1    (Whereupon, Defendant's Deposition
2    Exhibit Nos. 1 and 2 were marked
3    for identification.)
4    THE REPORTER: State your name for the record.
5    THE WITNESS: Robert Jeffery Diduch.
6    THE REPORTER: What is your address?
7    THE WITNESS: 12 Saddle Ridge Trail, three
8    words, Fairport, New York, 14450.
9    ROBERT JEFFERY DIDUCH,
10   called as a witness herein, having been
11   first duly sworn, was examined and
12   testified as follows:
13   EXAMINATION
14   (Witness sworn.)
15   BY MS. MORGAN:
16   Q.  Good morning, Mr. Diduch.  My name is
17   Caroline Morgan and I represent the defendants in
18   the action that Hickey Freeman has brought.  Have
19   you ever been deposed before?
20   A.  No.
21   Q.  Okay.  I'll just first give you some
22   ground rules for this deposition.  Number one is if
23   I ask you a question and you don't understand it,
24   please let me know because if you don't, then I'm
25   going to assume that you do understand it.  When

Page 7

DIDUCH

1    you're giving responses, if they could be verbal as
2    in words coming out of your mouth as opposed to
3    nodding your head or shaking your head no as opposed
4    to yeah or uh-huh, a "yes" is preferred so that the
5    court reporter can capture your testimony.
6        You can take a break at any time that
7    you'd like, but if a question is pending, please
8    answer that question first and then you can take the
9    break.
10       The object of this deposition is to get
11   your testimony.  I'm interested in what you know,
12   not any guessing or speculation, so please keep that
13   in mind when answering the questions.
14       This is a 30(b)6 deposition of
15   Hickey Freeman.  Do you understand that?
16   A.  No.
17   Q.  Okay.  Do you understand that your
18   company has appointed you as a representative of it
19   to give testimony on the company's behalf?
20   A.  Yes.
21   Q.  Okay.  And do you understand that your
22   testimony is binding on Hickey Freeman?
23   A.  I understand that is stated.  I'm not
24   entirely sure what "binding" means.

Page 8

DIDUCH

1    Q.  Okay.  Do you understand that your
2    answers are, in effect, answers of Hickey Freeman to
3    the questions that I'm asking you?
4    A.  Yes.
5    Q.  If you could take a look at Exhibit 1
6    and 2.  These are the notices of deposition for
7    Hickey Freeman.  And after you've had an opportunity
8    to look at both, please let me know.
9        Oh, let me give you a copy.  Sorry about
10   that.  Here you go.
11       MR. D'ANGELO: Thank you.  I'll just note for
12   the record that we lodge an objection to service --
13   to service of Exhibit 2 which was an updated or
14   amended notice of deposition served June 18.
15   Counsel had an e-mail exchange following the service
16   of that amended notice pursuant to which
17   Hickey Freeman lodged an objection and we indicated
18   we would do our best to educate the witness as to
19   the approximately a dozen new or newly expanded
20   topics.  And so I just want to note for the record
21   that there was an objection made and that counsel
22   had an e-mail exchange regarding the amended notice.
23       MR. NIEDERER: Which one is one and which
24   one's two?

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

Page 9

1    DIDUCH
2       MR. D'ANGELO: I believe one is the original
3    and two is the updated.
4       MS. MORGAN: One is the February.
5       MR. NIEDERER: Okay, great. Thank you.
6       BY MS. MORGAN:
7    Q.  Have you taken a look at the exhibits,
8    Mr. Diduch?
9    A.  I have.
10   Q.  Okay.  And did you have an opportunity to
11   examine Exhibit 2?
12   A.  I did.
13   Q.  Before today at this deposition, had you
14   seen Exhibit 2 before?
15   A.  I don't think so, no.
16   Q.  Is it Hickey Freeman's position that you
17   will testify to the best of your ability as to the
18   subjects in Exhibit 2?
19   A.  Some of them.
20   Q.  Do you know which ones that you would be
21   able to testify to the best of your ability?
22   A.  Do you want me to list them all?
23   Q.  Sure.
24      MR. D'ANGELO: I'll note for the record as
25   well that we've designated Mr. Diduch to testify as

Page 10

1    DIDUCH
2    to certain topics in the timely served notice dated
3    February 3 as Exhibit 1, and Mr. Abramowicz who's
4    testifying on Monday and Tuesday of next week, to
5    testify regarding certain topics in that same
6    notice, Exhibit 1.  This was all set forth in an
7    e-mail exchange between counsel prior to the
8    deposition today.  If there was any other issues
9    with respect to the topics or notices, we would
10   expect that those would have been brought to our
11   attention in a timely basis prior to the deposition
12   rather than asking the witness to list the topics
13   today.
14      BY MS. MORGAN:
15   Q.  You can answer the question.
16   A.  I will list the things that I have direct
17   knowledge of first, and then I will list the things
18   that I could find out or could have found out
19   without having had direct knowledge of them; is that
20   acceptable?
21   Q.  Is your -- though you haven't seen
22   Exhibit 2 before today, did you discuss Exhibit 2 or
23   prepare for any of the new portions in Exhibit 2?
24      MR. D'ANGELO: You discuss it with anyone
25   or --

Page 11

1    DIDUCH
2       THE WITNESS: I think we talked last night
3    about some of the items.
4       BY MS. MORGAN:
5    Q.  Okay.  What did you do to prepare for
6    this deposition?
7    A.  I had a meeting with my attorney
8    yesterday which lasted approximately six hours, six
9    and a half hours.  We had a phone call last week.
10   I spoke to Mark Corbett.  I spoke to Claudia
11   Musialowski.  I spoke to Roy Nicholls.  I spoke to
12   Eva Cossio.  I spoke to Frank Casiano.  I spoke
13   to -- I can't remember her name -- a machine
14   operator on the floor.
15   Q.  Do you remember her first name or last
16   name?
17   A.  I don't.
18   Q.  And after Roy -- in between Roy and
19   Frank, who else did you speak with?
20   A.  I don't remember who I listed before.
21   Q.  Mark, Claudia, Roy, another individual,
22   Frank, and a female on the machine?
23   A.  Eva Cossio.
24   Q.  Eva?
25   A.  Eva, E-v-a.

Page 12

1    DIDUCH
2    Q.  We can get the spelling later.
3       And did you speak to anybody else?
4    A.  I spoke to Darleni (phonetic) and I can't
5    remember exact last name.  That's all I'm drawing
6    right now.
7    Q.  And the call that you had, was that with
8    an attorney?
9    A.  Yes.
10   Q.  And how long was that call?
11   A.  Forty minutes.
12   Q.  And the meeting you had yesterday for
13   six and a half hours, was that just with counsel?
14   A.  And Alan Abramowicz showed up at one
15   point.
16   Q.  Anybody else?
17   A.  No.
18   Q.  Did you review any documents to prepare
19   for your deposition?
20   A.  We looked at some previous e-mails and,
21   yes, documents.
22   Q.  To your knowledge, were all the documents
23   that you've reviewed in preparation for this
24   deposition produced in this litigation?
25   A.  Yes.

Page 13

1       DIDUCH
2   Q.  Other than documents, did you look at
3   anything else such as videos?
4   A.  Yes.
5   Q.  Okay.  Which videos did you view?
6   A.  I looked at a video that I had on my
7   phone of a dry cleaner.
8   Q.  Do you know if that video was produced in
9   this litigation?
10  A.  I thought it was.
11  Q.  And what was going on in that video?
12  A.  A jacket was being pressed.
13  Q.  At a -- by a dry cleaner at the Rochester
14  plant or at some other location?
15  A.  At some other location.
16  Q.  Do you know which location?
17  A.  It was in Little Rock, Arkansas.
18  Q.  Other than that video, did you see any
19  other video?
20  A.  No.
21  Q.  What does Mark Corbett do?
22  A.  He's the director of maintenance.
23  Q.  And Claudia?
24  A.  She's our engineer.
25  Q.  Eva?

Page 14

1       DIDUCH
2   A.  She's the supervisor of the fusing section.
3   Q.  Frank?
4   A.  He's one of the mechanics.
5   Q.  That's employed by Hickey Freeman?
6   A.  Yes.
7   Q.  And the female machine operator that you
8   mentioned, what machine does she operate?
9   A.  A fusing press.
10  Q.  Are you Canadian?
11  A.  Yes.
12  Q.  Do you also have a Canadian residence?
13  A.  No.
14  Q.  There are several defendants in this
15  lawsuit, and some of their names may sound --
16      MR. D'ANGELO:  Sorry, are you done with this
17  exhibit?
18      MS. MORGAN:  Yes.
19      BY MS. MORGAN:
20  Q.  -- some of their names may sound
21  familiar.  In fact, you can take -- take a look at
22  one of those exhibits if you'd like to see the
23  caption.
24      Are you -- do you know the difference
25  between the defendants in this action, for example,

Page 15

1       DIDUCH
2   Lainiére de Picardie BC SAS and Lainiére de
3   Picardie, Inc.?
4   A.  I'm not entirely certain the different
5   between those two.
6   Q.  Okay.  I'd ask that when you're answering
7   a question, if you're not sure about which defendant
8   you're referring to, just to let me know and not to
9   guess as to a defendant's name, okay?
10      What is your highest form of education,
11  Mr. Diduch?
12  A.  Technical college.
13  Q.  And you understand that you're also here
14  as an individual witness?
15  A.  Yes.
16  Q.  What was the name of your technical
17  college?
18  A.  L'Academie Des Couturiers Canadiens.
19  Q.  What degree did you obtain from there?
20  A.  Fashion designer.
21  Q.  And does that have a, you know, for
22  example, bachelor's as a BA?  Is there some kind of
23  distinction with that?
24  A.  There isn't an equivalent to the American
25  system.  It's a technical college degree.

Page 16

1       DIDUCH
2   Q.  How long did you study to obtain that
3   degree?
4   A.  Three years.
5   Q.  And before that, what was your education?
6   A.  High school.
7   Q.  Did you obtain a license or anything of
8   that nature?
9   A.  No.
10  Q.  After the fashion designer degree, did
11  you continue with any other coursework from then to
12  today?
13  A.  Specifically fashion related?
14  Q.  Any coursework.
15  A.  Yes.
16  Q.  What coursework is that?
17  A.  Photography.
18  Q.  Is that a hobby?
19  A.  Yes.
20  Q.  Any other coursework?
21  A.  Languages.
22  Q.  Anything else?
23  A.  Not that comes to mind.
24  Q.  Is one of those languages French?
25  A.  Yes.

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

---

Page 17

```
1      DIDUCH
2 Q.  What year did you obtain your fashion
3   designer degree?
4 A.  1996.
5 Q.  And you mentioned it was a technical
6   school.  Can you describe some of the coursework
7   that you took at -- while obtaining your fashion
8   designer degree?
9 A.  Pattern design, draping, fabric
10   selection, garment construction, fashion
11   illustration.  I think that's it.
12 Q.  What was the -- did you say you thought
13   that was it?  Was there something else?
14 A.  That's it.  It was a long time ago.
15 Q.  What was the garment construction class
16   about?
17 A.  It was learning how to sew garments.
18 Q.  By hand or wooden sheens?
19 A.  Both.
20 Q.  Did you learn how to operate machinery
21   during that --
22 A.  Yes.
23 Q.  -- coursework?
24      Any specific machinery --
25      MR. D'ANGELO: Give her a chance to ask the
```

Page 18

```
1      DIDUCH
2   question.
3      THE WITNESS: Sorry.
4      BY MS. MORGAN:
5 Q.  Any specific machinery that you recall?
6 A.  Lockstitch machine.
7 Q.  It that's call lockstitch --
8 A.  Lockstitch machine.
9 Q.  Any others?
10 A.  Hand iron.
11 Q.  Anything else?
12 A.  No.
13 Q.  Just those two?
14 A.  Uh-huh.
15 Q.  Your current title now at Hickey Freeman
16   now is what?
17 A.  Vice President, Technical Design.
18 Q.  When did you start at Hickey Freeman?
19 A.  February 2, 2016.
20 Q.  Have you been VP of tech design since
21   then?
22 A.  Since very shortly after.
23 Q.  What was your first title when you
24   started?
25 A.  Director of technical design.
```

Page 19

```
1      DIDUCH
2 Q.  How long were you director of technical
3   design?
4 A.  A month or two.
5 Q.  So you were promoted in a month or two?
6 A.  It was initially the intention to bring
7   me in as a vice president, but because there were
8   some politics involved with certain employees, they
9   decided to delay that particular title.
10 Q.  Who do you report to as VP of technical
11   design?
12 A.  Alan Abramowicz.
13 Q.  And how do you report to him?
14 A.  By telephone, by e-mail.
15 Q.  Any other way?
16 A.  When he's in Rochester, in person.
17 Q.  Any other way than that?
18 A.  No.
19 Q.  Do you ever have weekly or monthly
20   reporting that's memorialized in documents?
21 A.  No.
22 Q.  Do you have set meeting dates where you
23   report to him?
24 A.  Not individually.
25 Q.  Do you report to him along with any other
```

Page 20

```
1      DIDUCH
2   individuals?
3 A.  Not together.
4 Q.  When you mentioned "not individually",
5   what did you mean by that?
6 A.  The only scheduled meetings that I
7   participate in where he is involved is either a
8   group meeting or scheduled meetings with our
9   customers.
10 Q.  And the group meetings, what are those?
11 A.  We have a weekly management meeting.
12 Q.  And any other scheduled meetings?
13 A.  With our customers.
14 Q.  And that's when?
15 A.  We have one meeting on Thursdays at
16   11 o'clock, and another one that floats, but it's
17   weekly.
18 Q.  And it's predetermined with your
19   customers?
20 A.  Yes.
21 Q.  So every Thursday your customers speak
22   with you?
23 A.  One particular customer.
24 Q.  Which one?
25 A.  Trunk Club.
```

---

Page 21

DIDUCH

1     DIDUCH
2 Q.  And the floating one, is that a
3   particular customer?
4 A.  Yes.
5 Q.  Which one?
6 A.  Ralph Lauren.
7 Q.  Other than Ralph Lauren and the Trunk
8   Club, any other scheduled meetings with customers?
9 A.  No.
10 Q.  The weekly management meeting, who is
11   involved in that?
12 A.  Myself, Alan Abramowicz, Roy Nicholls was
13   involved, Lynda Forken was involved, Lutrer Danier
14   (phonetic), Cindy Arandt, Chris Linaris. I think
15   that was it.
16 Q.  Do you ever report to Stephen Granovsky?
17 A.  No.
18 Q.  Has Roy Nicholls been replaced?
19 A.  We're attempting to.
20 Q.  So who's doing Roy Nicholls' job now, if
21   anybody?
22 A.  Donny Wray and Pranay Shah.
23 Q.  And what is the purpose of the weekly
24   management meetings?
25 A.  To make all the other department heads

Page 22

1     DIDUCH
2   aware of generally what's going on in the company.
3 Q.  What do you -- what are you generally
4   responsible for reporting about at the weekly
5   meetings, if anything?
6 A.  Either design items, samples, development
7   issues, quality issues.
8 Q.  Where were you before Hickey Freeman?
9 A.  Hardwick Clothes.
10 Q.  How long were you there?
11 A.  Approximately two years.
12 Q.  Is that a men's -- menswear company?
13 A.  Yes.
14 Q.  Tailored?
15 A.  Yes.
16 Q.  And before Hardwick, where were you?
17 A.  It was called W. Diamond Group.
18 Q.  How long were you there?
19 A.  Approximately four years.
20 Q.  At Hardwick, what was your title?
21 A.  Chief creative officer.
22 Q.  And why did you leave Hardwick?
23 A.  A combination of factors.
24 Q.  Can you tell me what they are?
25 A.  A disagreement with the owner of Hardwick

Page 23

1     DIDUCH
2   and an offer from the owners of Hickey Freeman.
3 Q.  What did you disagree with the owner
4   about?
5 A.  The business strategy that he wanted.
6 Q.  What was that?
7 A.  He thought he could keep a factory full
8   making only navy blazers and khaki trousers.
9 Q.  Did you seek out Hickey Freeman or did
10   Hickey Freeman recruit you?
11 A.  Hickey Freeman recruited me.
12 Q.  Did you know somebody from Hickey Freeman
13   before you started working there?
14 A.  Yes.
15 Q.  Who's that?
16 A.  Most of the people.
17 Q.  Was there a specific person that
18   recruited you from Hickey Freeman?
19 A.  Alan Abramowicz.
20 Q.  How long have you known Alan?
21 A.  I would guess five or six years.
22 Q.  And what was your title at W. Diamond?
23 A.  I was Vice President of Design.
24 Q.  And why did you leave W. Diamond?
25 A.  I was offered an opportunity at Hardwick

Page 24

1     DIDUCH
2   to take a bankrupt company and reconvert it and try
3   to turn the production line around.
4 Q.  Is W. Diamond in the business of menswear?
5 A.  Yes.
6 Q.  And tailored as well?
7 A.  Yes.
8 Q.  And before W. Diamond?
9 A.  Empire Clothing.
10 Q.  What were they in the business of at the
11   time you were employed?
12 A.  Men's tailored clothing.
13 Q.  And how long were you there?
14 A.  I'd say two years maybe.
15 Q.  And your title?
16 A.  Designer.
17 Q.  And before Empire?
18 A.  Dongsan Cambridge.
19 Q.  And what are they in the business of?
20 A.  Men's suits.
21 Q.  Is that also tailored?
22 A.  Yes.
23 Q.  And what was your title there?
24 A.  Designer.
25 Q.  And did you have any job after your

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

Page 25

1         DIDUCH
2    technical degree and before Dongsan?
3    A.  Yes.
4    Q.  Where was that?
5    A.  Before Dong San was S. Cohen; before that
6    was UTEX Corporation; before that was Samuelsohn;
7    and before that was La Maison Deux Claroche
8    (phonetic).
9    Q.  At La Maison, what was your title?
10   A.  I didn't have one.
11   Q.  What did you do?
12   A.  I made patterns.  I made samples.  I
13   coordinated production with factory.  I packed
14   boxes.  I did anything that was asked of me.
15   Q.  How long were you there?
16   A.  A year.
17   Q.  And at Samuelsohn, how long were you
18   employed by them?
19   A.  About two years.
20   Q.  Is W. Diamond your longest job?
21   A.  That or UTEX.
22   Q.  Okay.  And at Samuelsohn, what was your
23   title?
24   A.  I was a section foreman.
25   Q.  What does that mean?

Page 26

1         DIDUCH
2    A.  I was responsible for a department on the
3    sewing floor.
4    Q.  As a section foreman, were you involved
5    with design at all?
6    A.  To a certain extent.
7    Q.  How so?
8    A.  I worked with the designer because I had
9    design background.  It wasn't their initial
10   intention to have me as a section foreman when they
11   brought me in.
12   Q.  What was their initial intention?
13   A.  They wanted me to be the technical
14   advisor to the factory manager.
15   Q.  Did you later become the technical
16   advisor?
17   A.  No.
18   Q.  So you were a section foreman the entire
19   time at Samuelsohn?
20   A.  Correct.
21   Q.  And at UTEX, what did you do?
22   A.  I worked as an assistant designer.
23   Q.  For how long?
24   A.  Approximately four or five years.
25   Q.  And at S. Cohen?

Page 27

1         DIDUCH
2    A.  I was Vice President of Design and Quality.
3    Q.  For how long?
4    A.  Two, two and a half years.
5    Q.  What did you do for -- with regards to
6    quality at S. Cohen?
7    A.  I was responsible for all aspects of
8    quality.
9    Q.  There was nobody else that headed quality
10   at S. Cohen.  It was you?
11   A.  It was me.
12   Q.  And is that menswear as well?
13   A.  Yes.
14   Q.  Tailored?
15   A.  Yes.
16   Q.  And Samuelsohn, it was tailored men's
17   suits?
18   A.  Yes.
19   Q.  Do you know what strikeback is?
20   A.  Yes.
21   Q.  What does that mean to you?
22   A.  Strikeback is when the resin that is
23   adhered to one side of a substrate is passed through
24   to the opposite side of the fabric.
25   Q.  Through your career from La Maison to

Page 28

1         DIDUCH
2    Hardwick, had you ever seen strikeback?
3    A.  Yes.
4    Q.  When was that?
5    A.  At S. Cohen.
6    Q.  Can you tell me about that instance?
7    A.  There were nonfusible parts that were
8    adhering to each other when they were being put
9    through the fusible press.
10   Q.  Did you determine what was causing that?
11   A.  With some assistance.
12   Q.  And what was the cause?
13   A.  That we were fusing the pieces together
14   in a technique known as sandwich fusing, so there
15   would be two pieces of interlining that were
16   connected, and as it went through, some of the resin
17   was seeping through connecting the pieces together.
18   Q.  So was it a -- was the cause that you
19   were sandwich fusing?
20   A.  Yes.
21   Q.  At too high a temperature?
22   A.  No.
23   Q.  Was it the sheer fact of sandwich fusing
24   as opposed to some other method of fusing?
25   A.  Yes.

Page 29

1      DIDUCH
2  Q.   And what was the proper method that would
3  have resolved the issue?
4      MR. D'ANGELO: Objection.
5      THE WITNESS: It's -- it's a -- an accepted
6  method of fusing.  We were shown that we could
7  either peel it or we could fuse them apart as
8  opposed to sandwich fusing.
9      BY MS. MORGAN:
10 Q.   You said you had some assistance.  Was
11 that somebody in S. Cohen?
12 A.   No.
13 Q.   Was that an outside entity?
14 A.   Yes.
15 Q.   What entity?
16 A.   It was Vera Herman.
17 Q.   Is that a person or a company?
18 A.   That's a person.
19 Q.   And what did Vera Herman do?
20 A.   She owned Veratex.
21 Q.   And what services did Veratex provide
22 with regard to that analysis?
23 A.   Veratex was a supplier of certain
24 interlinings to us, and she was also considered one
25 of the leading industry experts in the matter of

Page 30

1      DIDUCH
2  fusible, and so she came to our company and she
3  taught me a lot of things about fusibles.
4  Q.   Today do you believe that Veratex --
5  strike that question.
6      Do you -- do you have any understanding
7  as to whether Veratex still exists today?
8  A.   Yes.
9  Q.   And is -- do you have any opinion as to
10 whether Veratex has any expert opinion with regards
11 to interlining?
12     MR. D'ANGELO: Objection.
13     MR. NIEDERER: Objection to form.
14     THE WITNESS: Yes.
15     BY MS. MORGAN:
16 Q.   And what is that opinion?
17 A.   They, as distributors of interlining,
18 know a few things about the product they're selling.
19 Q.   Is Vera Herman still alive?
20 A.   No.
21 Q.   Is there somebody at Veratex that you
22 believe has an expert opinion on interlining?
23     MR. D'ANGELO: Objection.
24     MR. NIEDERER: Objection to form.
25     THE WITNESS: Not to the extent that she did.

Page 31

1      DIDUCH
2      MR. D'ANGELO: Did you get my objection,
3  Karen?
4      THE REPORTER: Yes, I did.
5      THE WITNESS: Not to the extent that she did.
6      BY MS. MORGAN:
7  Q.   And who do you believe has some
8  knowledge, but as you noted to a lesser degree?
9  A.   Barry Diamond.
10 Q.   And anybody else?
11 A.   No.
12 Q.   In your -- in your lay opinion, do you
13 believe that Barry Diamond is an expert in
14 interlining?
15     MR. D'ANGELO: Objection.
16     MR. NIEDERER: Objection to form.
17     THE WITNESS: I don't know.
18     BY MS. MORGAN:
19 Q.   So at Hickey Freeman as VP of Design,
20 what are your job duties?
21 A.   I'm responsible for product development
22 and pattern making.  I oversee quality.
23 Q.   Anything else?
24 A.   That's pretty much the sum of it.
25 Q.   Is there pretty much something else?

Page 32

1      DIDUCH
2      MR. D'ANGELO: Objection.
3      THE WITNESS: (Indicating.)
4      BY MS. MORGAN:
5  Q.   No?  Is that a no?
6  A.   No, sorry.
7  Q.   No problem.
8      For the product development, what does
9  that entail?
10 A.   Creating styles, whether it be original
11 sketches or interpreting sketches or photos of
12 garments, creating patterns for that, selecting
13 trims when necessary for those garments, supervising
14 the production of the first samples of those
15 garments, and subsequently supervising the
16 production of those garments.
17 Q.   So when -- when Hickey Freeman sells a
18 suit, are you the person that originally designed
19 such a suit, for example?
20 A.   Most of the time.
21 Q.   And do you design every detail such as
22 the composition of the suit and the way it looks and
23 all the details with buttons or pockets and whatnot?
24     MR. D'ANGELO: Objection.
25     THE WITNESS: Not all of them.

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

---

Page 33

1    DIDUCH
2    BY MS. MORGAN:
3  Q.  Which ones are you responsible for?
4  A.  Everything except buttons and lining.
5  Q.  Who does -- who's responsible for buttons
6    and lining currently?
7  A.  Aliya Morehead.
8  Q.  When you come up with a design -- and is
9    it fair to characterize that as design?  Do you know
10   what I mean when I'm asking -- when I'm referring to
11   when you come up with a design?
12  A.  Are you specific -- are you using it as a
13    noun or a verb?
14  Q.  A noun.  As in a picture of a suit that
15    you'd like to create.  Do you understand that?
16  A.  Yes.
17  Q.  What is the process by which, if any,
18    that is approved for production?
19  A.  We will first make a prototype.  We will
20    review the prototype.  We will make corrections if
21    necessary.  We will often make a second prototype.
22    Then we will go to making showroom samples and
23    salesmen samples.  And then once those have been
24    reviewed, then we could go into production with it.
25  Q.  By "prototype", do you mean an actual

---

Page 34

1    DIDUCH
2    physical sample of the suit?
3  A.  Yes.
4  Q.  And when you're discussing that you would
5    display that with a showroom or salesroom, is that
6    to get potential customer feedback?
7  A.  And sales, yes.
8  Q.  Oh, you actually sell the prototypes
9    before mass production?
10  A.  This is used as a selling tool to show
11    the customer what this garment would look like and
12    they place orders against it.
13  Q.  And when -- when such a prototype is
14    created, is there any document that memorializes the
15    components of the prototype?
16  A.  Yes.
17  Q.  What is that called, if anything?
18  A.  What we call a spec sheet and a
19    manufacturing statement.
20  Q.  What is on the spec sheet?
21  A.  Details of certain trim components and
22    construction items.
23  Q.  And by spec, do you mean specification?
24  A.  Yes.
25  Q.  So the -- can you list for me the

---

Page 35

1    information that's provided on the specification
2    sheet?
3  A.  There's a general description of the
4    garment including certain design details, certain
5    tools to be used in the construction of the garment,
6    some measurements, and some trim items.
7  Q.  Anything else?
8  A.  That's it.
9  Q.  The general description, does it also
10   include what it looks like?
11  A.  Yes.
12  Q.  Is it a photo or a sketch?
13  A.  A sketch.
14  Q.  And the design details, what does that
15    mean generally?
16  A.  It means the shape of the lapel, the type
17    of pockets, the type of vents, the type of finishing
18    of the sleeve, any other relevant design details,
19    whether it's fully lined or partially lined, how
20    it's lined, that's in sum.
21  Q.  Does it also include whether the suit
22    will use interlining or not?
23  A.  Yes.
24  Q.  When you're creating the prototype, do

---

Page 36

1    DIDUCH
2    you also pick the article of interlining that will
3    be used?
4  A.  Yes.
5  Q.  Do you personally do that selection?
6  A.  In most cases.
7  Q.  Who else would do that?
8  A.  Donny Wray.
9  Q.  What factors do you consider when
10    selecting an interlining?
11  A.  I consider the weight, the hand feel, the
12    elasticity, the bond strength, the construction of
13    it, the composition of it, that's it.
14  Q.  And when you said the construction of it
15    and the composition of it, is it fair to say that
16    "it" is the suit?
17  A.  No.  The interlining.
18  Q.  Do you also consider the type of fabric
19    that will be used in the suit?
20  A.  Yes.
21  Q.  And is the decision over what interlining
22    to use exclusively yours?
23  A.  No.
24  Q.  Excuse me, let me rephrase that question.
25    After you decide on a specific type of

---

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

Page 37

DIDUCH

1     DIDUCH
2  interlining, does anybody approve that decision?
3     MR. D'ANGELO: Objection.
4     THE WITNESS: No, not specifically.
5     BY MS. MORGAN:
6  Q.  Does somebody generally approve it?
7  A.  I may have comments from our chief
8  creative officer limited to whether he thinks it may
9  be too stiff or too soft.
10  Q.  Who's the chief creative officer?
11  A.  Arnold Silverstein.
12  Q.  We'll come back to that topic.
13     Do you -- in your role as VP of design,
14  do you supervise anybody?
15  A.  Yes.
16  Q.  Who do you supervise?
17  A.  Salvatore Miceli.
18  Q.  Anybody else?
19  A.  Not directly and not at this moment.
20  Q.  Who do you indirectly supervise?
21  A.  Nico Manno reports to Sal.
22  Q.  What is Salvatore -- were you going to
23  say something?
24  A.  I was going to say Galena -- and I'm
25  drawing a blank on her last name.  I can't believe I

Page 38

DIDUCH

1     DIDUCH
2  can't remember her last name.
3  Q.  We can put a space holder in the --
4  A.  It's Russian anyway, and I'm not sure how
5  to spell it.
6  Q.  Do you remember what letter it starts
7  with?
8  A.  L, Lisankard (phonetic) I believe.
9  Q.  Okay.  And she -- Galena is a woman?
10  A.  Yes.
11  Q.  Does Galena report to Sal?
12  A.  She is now reporting to me.
13  Q.  What is Sal's title?
14  A.  He is now Vice President of Quality.
15  Q.  So are you the -- you testified that your
16  job entails quality analyses, correct?
17  A.  Yes.
18     MR. D'ANGELO: Objection.
19     BY MS. MORGAN:
20  Q.  Does -- is there anybody higher than you
21  that is responsible for quality?
22  A.  No.
23  Q.  What does Nico do?
24  A.  Nico works under Sal on the production
25  floor.

Page 39

DIDUCH

1     DIDUCH
2  Q.  In quality?
3  A.  In quality and in general assistance.
4  Q.  Is Nico a personal assistant to Sal?
5  A.  Not a personal assistant, but he assists
6  in manners on the shop depending on what's going
7  through the shop.
8  Q.  And Galena?
9  A.  Galena's an assistant pattern maker.
10  Q.  Do you have daily duties that you are
11  required to fulfill with regard to your quality
12  portion of your job?
13  A.  They're not enumerated.
14  Q.  Do you have any set responsibilities with
15  regard to the quality portion that may not be daily,
16  but, you know, some weekly endeavor you do with
17  regard to the quality component of your job?
18  A.  They're not enumerated.
19  Q.  How do you know how to do that portion of
20  your job?
21  A.  I know how to do it based on 20-some odd
22  years of experience doing it.
23  Q.  Did you receive any training when you
24  joined Hickey Freeman?
25  A.  Insomuch as I was made familiar with the

Page 40

DIDUCH

1     DIDUCH
2  product they were making.
3  Q.  And by that you mean men's tailored suits?
4  A.  Specifically the type of product they
5  were making.
6  Q.  Do you mean the specific style?  What do
7  you mean by that?
8  A.  The styles, the type of fits of garments
9  they were making.
10  Q.  And how did you get that training?
11  A.  I worked with the person I was to
12  replace.
13  Q.  Who did you replace?
14  A.  Paul Farrington.
15  Q.  Last week, for example, what are some
16  things that you did under the -- that fall under the
17  umbrella of your quality role of your job?
18  A.  I oversaw production of our samples and
19  samples for other customers of ours.
20  Q.  Anything else?
21  A.  Not last week.
22  Q.  Within Hickey Freeman, is there a quality
23  control department?
24  A.  There are Sal and Nico.
25  Q.  And yourself?

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

DIDUCH

1  A.  I guess, yes.
2  Q.  Are there divisions within that, for
3  example, quality control that relates to shipping or
4  quality control that relates to manufacturing?  Can
5  you describe it, if at all?
6  **A.  Within each section in the sewing floor**
7  **and the cutting room, there's a section supervisor,**
8  **also known as a foreman when I was at Samuelsohn.**
9  **Those supervisors are responsible for a certain**
10 **number of quality checks within their section.**
11 Q.  How many sections are on the floor?
12 **A.  I think there's twelve.**
13 Q.  And when we say on the -- when you say
14 "on the floor", do you mean the manufacturing floor
15 of the Rochester plant?
16 **A.  That is correct.**
17 Q.  And how many manufacturing floors does it
18 have?
19 **A.  When I use the term "the floor", it's a**
20 **term to mean the factory.  It's not in specific**
21 **reference to a physical floor or a level.**
22 Q.  How many quality sections does the
23 factory have?
24 **A.  They're not quality sections.  They're**

1   DIDUCH
2  A.  I guess, yes.
3  Q.  Are there divisions within that, for
4  example, quality control that relates to shipping or
5  quality control that relates to manufacturing?  Can
6  you describe it, if at all?
7  **A.  Within each section in the sewing floor**
8  **and the cutting room, there's a section supervisor,**
9  **also known as a foreman when I was at Samuelsohn.**
10 **Those supervisors are responsible for a certain**
11 **number of quality checks within their section.**
12 Q.  How many sections are on the floor?
13 **A.  I think there's twelve.**
14 Q.  And when we say on the -- when you say
15 "on the floor", do you mean the manufacturing floor
16 of the Rochester plant?
17 **A.  That is correct.**
18 Q.  And how many manufacturing floors does it
19 have?
20 **A.  When I use the term "the floor", it's a**
21 **term to mean the factory.  It's not in specific**
22 **reference to a physical floor or a level.**
23 Q.  How many quality sections does the
24 factory have?
25 **A.  They're not quality sections.  They're**

DIDUCH

1   DIDUCH
2  **sub assembly sections.  For example, one section**
3  **sews the sleeves together; one section sews the**
4  **collars together; there's another section that**
5  **assembles the collar to the coat, for example.**
6  Q.  How many sections of the factory are
7  there?
8  **A.  As I said, I think there's about twelve.**
9  Q.  Twelve.  So would it be fair to say that
10 then there's twelve foremen?
11 **A.  Yes.**
12 Q.  During your time at Hickey Freeman, has
13 there ever been less than one foreman per section?
14 **A.  No.**
15 Q.  Is it fair to say that Sal, Nico, and
16 yourself are the employees of the quality
17 department?
18 **A.  I phrase it differently.**
19 Q.  How do you phrase it?
20 **A.  I tell people that every single person in**
21 **the building is a quality inspector.**
22 Q.  Who do you tell that to?
23 **A.  Everybody.**
24 Q.  You mean customers?
25 **A.  Yes.**

DIDUCH

1   DIDUCH
2  Q.  Once a -- when you're in the process of
3  designing a suit, do you make any determinations at
4  that point with regard to quality, quality checks or
5  anything of that nature?
6  **A.  Yes.**
7  Q.  And what do you do?
8  **A.  It depends on the fabric.**
9  Q.  Are there any protocols that you follow
10 while you're designing a suit to check for quality?
11 **MR. D'ANGELO:** Objection.
12 **THE WITNESS:** It depends on the style.
13 BY MS. MORGAN:
14 Q.  So there's no set, for example, document
15 like a checklist of things that you go through
16 concerning quality when you're in the process of
17 designing the suit?
18 **A.  Not me personally.**
19 Q.  Does Hickey Freeman have any kind of
20 document like that that you know of?
21 **A.  Yes.**
22 Q.  And what is that called?
23 **A.  We have a few of them.  We have a DHU**
24 **report, which means defects per hundred units, and**
25 **we have certain documents that are posted at six QC**

DIDUCH

1   DIDUCH
2  **stations that list certain general items that they**
3  **need to check for.**
4  Q.  And by QC, you mean quality control?
5  **A.  Quality control.**
6  Q.  Okay.  Is there anything else other than
7  the DHU report and the six -- the docs at the six QC
8  stations?
9  **A.  We document recuts, and when the**
10 **made-to-measure garments are inspected, there's also**
11 **a report that is provided to me about rejected units**
12 **and the causes.**
13 Q.  Is that when they're rejected on the
14 floor?
15 **A.  At final inspection.**
16 Q.  What about with non made-to-measure
17 suits, are those -- if those are rejected, do you
18 also get a report about that?
19 **A.  The DHU report.**
20 Q.  And the docs at the six QC stations, what
21 are those?
22 **A.  They're inspection stations where a**
23 **person is tasked with looking at the garments and**
24 **looking for specific defects, looking generally at**
25 **the appearance and the sewing of the garments before**

Page 45

DIDUCH

1  DIDUCH
2  they're either passed into pressing or passed out of
3  the pressing line into shipping.
4  Q.  And by documents, are they documents that
5  are, you know, affixed to the machines?
6  A.  Yes.
7  Q.  All six of them?
8  A.  Yes.
9  Q.  In the manufacturing process after you've
10  designed and it's ready to be produced, what are the
11  quality control points that a suit would go through,
12  if any?
13     MR. D'ANGELO: You're asking about after full
14  construction of the suit?
15     BY MS. MORGAN:
16  Q.  I'm asking about when it's manufactured.
17  A.  During the manufacturing process?
18  Q.  Yes.
19  A.  There are approximately 78 points of
20  inspection that the supervisors are responsible for
21  which are documented in the DHU report.  I mentioned
22  the six final inspection points.  Sal, Nico, and I
23  walked through the production lines looking randomly
24  at things.  And the supervisors are on the floor and
25  they are checking random sampling of bundles.

Page 46

1  DIDUCH
2  Q.  Any other quality points?
3  A.  In the sense that I make every single
4  operator in the factory responsible for the output
5  of their operations, but also the entire garment,
6  meaning to the extent possible, I'd like them
7  looking at as much as possible on the garment as it
8  goes through.
9  Q.  Anything else?
10  A.  That's about it.
11  Q.  What you're referring to with the
12  operators, do you mean that, for example, if they're
13  tasked with affixing something on the shoulder,
14  you'd also like them to look at the entire component
15  of the piece they're working on?
16  A.  I would like them to feel that if they
17  see something else that's not related to their job
18  that is incorrect, that they stop that garment
19  rather than passing it through.
20  Q.  And how do you communicate, if at all,
21  that message to them?
22  A.  By stating precisely that.  By rewarding
23  behavior when they do stop things.
24  Q.  And do you discourage that behave --
25  discourage the lack of making those observations

Page 47

1  DIDUCH
2  when you notice them?
3  A.  Yes.
4  Q.  The supervisors you mentioned that walk
5  through the floor and check, do you mean the
6  foremen?
7  A.  Yes.
8  Q.  And when you walk through with Sal, do
9  you divide up certain sections of the floor or is it
10  random?
11  A.  It's random.
12  Q.  And is there any set times of the day
13  that you make those walkthroughs?
14  A.  I try to make them sometime early morning
15  and then early after lunch and then another two
16  times whenever during the day.
17  Q.  And is Sal walking at the same time you
18  are generally?
19  A.  Not with me, no.  He's just always on the
20  floor.
21  Q.  And the 78 points of inspection that you
22  said is in the DHU report, does the DHU report state
23  whether the garment has passed each of the
24  78 points?
25     MR. D'ANGELO: You mean for every single

Page 48

1  DIDUCH
2  garment you're asking?
3     BY MS. MORGAN:
4  Q.  Yes.  There's a DHU report for every
5  garment, right?
6  A.  No.
7  Q.  Oh, okay.
8  A.  The DHU report has a list of the 78
9  inspection points.  The supervisors within their
10  section would have a list of a certain number of
11  those inspection points.  They're responsible for
12  looking at these points on the bundles of garments.
13  These bundles of garments have a bar code on them
14  that allows to track the garments.  They're
15  responsible for scanning that bar code which
16  documents that they have looked at that bundle, and
17  they're responsible for entering the number of
18  rejects out of that bundle.
19  Q.  And that review done by the foreman, --
20  A.  Yes.
21  Q.  -- correct, is that recorded and saved?
22  A.  Yes.
23  Q.  Where is that information stored?
24  A.  It's an Excel spread -- a series of Excel
25  spreadsheets that are stored on a server.

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

Page 49

        DIDUCH
1
2  Q.  Have you ever heard of the AS900?
3  A.  AS400.
4  Q.  AS400, you've heard of it?
5  A.  Yes.
6  Q.  Is that where that information is stored?
7  A.  No.
8  Q.  Is there a certain amount of time, if
9  any, that the information is saved that's in that
10  Excel spreadsheet that you mentioned?
11  A.  I don't know.
12  Q.  Can you remind me what the acronym DHU
13  stands for?
14  A.  Defects per hundred units.
15  Q.  So is there one DHU report for every
16  100 suits?
17  A.  No.  There's one report every week.
18  Q.  If a suit is produced and it goes through
19  the whole manufacturing process and one wanted to
20  see if it was reviewed for quality, is there a way
21  you can determine if one single unit was reviewed?
22  A.  We could determine if a bundle was
23  reviewed.
24  Q.  And the bundle is the -- can you tell me
25  what a bundle means?

Page 50

        DIDUCH
1
2  A.  A bundle is essentially a unit of
3  transport, whether it's one garment or multiple
4  garments together.
5  Q.  And to determine if a bundle is reviewed,
6  you would look at the DHU report?
7  A.  We would look in a system called Leadtec.
8  Q.  Can you spell that?
9  A.  L-e-a-d-t-e-c.
10  Q.  What does that system do?
11  A.  This is a tracking system that records
12  the progress of the bundles through the factory.  It
13  also tracks the amount of time each bundle remained
14  at any given operation.
15  Q.  Aside from the DHU reports and the
16  Leadtec tracking system, is there any other source
17  of information that records the quality review as
18  it's going through the manufacturing floor?
19  A.  Not as a report as such.
20  Q.  Can you describe the other way in which
21  that could be recorded?
22  A.  When a garment is being sent back for
23  repair, they generally get a tag attached to them
24  with the location of the defect.
25  Q.  Were you done with the answer?

Page 51

        DIDUCH
1
2  A.  Yes.
3  Q.  And so the recording there, would that be
4  the tag?
5  A.  The tag.
6  Q.  And are those tags saved?
7  A.  No.
8  Q.  So once a suit is returned on the floor
9  to be repaired, after it's repaired, is the tag
10  flown away?
11  A.  It goes back to QC.  They look at the tag
12  to see what has to be corrected.  They check the
13  suit to see if it was corrected.  If it was
14  corrected, it passes.  If it was not corrected, it
15  goes back.  And if it can't be corrected, then it
16  would be damaged.
17  Q.  And if it's corrected, what do they do
18  with the tag?
19  A.  I don't know.
20  Q.  Did you come up with the 78 points of
21  inspection that are used?
22  A.  No.
23  Q.  Who did, if you know?
24  A.  I don't know.
25  Q.  Have you ever mended anything to the

Page 52

        DIDUCH
1
2  checks that are done for quality while you've been
3  at Hickey Freeman?
4  A.  Yes.
5  Q.  What have you changed, if at all?
6  A.  I added the final inspector who looks at
7  the made-to-measures only.  I give guidance on the
8  sort of things that we need to focus on every week
9  because it's constantly changing.  So in that
10  respect, I might say we have a certain kind of
11  fabric that's problematic, we need to look at these
12  points more specifically, and that's how we give
13  guidance or changes to our protocols.
14  Q.  How do you give that guidance?  Do you
15  have meetings with your employees?
16  A.  It depends on what it is.  I either do it
17  directly on the production floor with the people
18  there or I might call a meeting in my office or in
19  the conference room to talk about these things with
20  them.
21  Q.  While at Hickey Freeman, have you ever
22  wanted to hire any other employee with regards to
23  quality?
24  A.  Yes.
25  Q.  And what job did you want that person to

Page 53

1 DIDUCH
2 perform?
3 **A. The person looking at the**
4 **made-to-measure. That final inspector that I was**
5 **describing.**
6 Q. Other than the final inspector, anybody
7 else?
8 **A. I wanted to hire somebody to look at**
9 **markers.**
10 Q. Are you done with your answer?
11 **A. Yes.**
12 Q. And what is -- what are markers?
13 **A. Markers are the layout of the pattern**
14 **pieces within a space which represents the size of**
15 **the cloth that we're going to cut.**
16 Q. While at Hickey Freeman, was there ever
17 any lack of an employee in the shipping department?
18 **MR. D'ANGELO:** Objection.
19 **THE WITNESS:** How would you constitute a lack
20 of an employee?
21 **BY MS. MORGAN:**
22 Q. I'll rephrase that question.
23 Does Hickey Freeman have a shipping
24 department?
25 **A. Yes, we do.**

Page 54

1 DIDUCH
2 Q. Has the shipping department ever not had
3 enough employees in your opinion?
4 **A. I'm not qualified to make that judgment.**
5 Q. What do you think -- what qualifications
6 do you think somebody would need to answer that?
7 **A. They would need to be the shipping room**
8 **manager.**
9 Q. As quality -- as a top quality
10 professional at Hickey Freeman, are you involved
11 with the shipping department at all?
12 **A. Only to the extent that I wanted somebody**
13 **to look at garments hanging in the shipping.**
14 Q. And by saying you wanted somebody to look
15 at them, do you mean that there wasn't somebody that
16 would be looking at the garments, but you wanted
17 somebody to?
18 **A. Yes.**
19 Q. Did you express your desire to anybody?
20 **A. Yes.**
21 Q. And who did you express that to?
22 **A. Alan Abramowicz, Roy Nicholls.**
23 Q. And what was the response, if any?
24 **A. We put people.**
25 Q. You put people in shipping?

Page 55

1 DIDUCH
2 **A. Yes.**
3 Q. How many?
4 **A. I couldn't say with precision.**
5 Q. Do you know approximately?
6 **A. Two or three.**
7 Q. Are they still there today?
8 **A. Yes.**
9 Q. With the fusing machines on -- strike that.
10 Are there fusing machines on the floor at
11 the Rochester plant?
12 **A. Yes.**
13 Q. And when I say Rochester plant, do you
14 understand I'm saying -- I'm discussing Hickey
15 Freeman plant in Rochester, New York?
16 **A. Yes.**
17 Q. How many fusing machines are at the plant?
18 **A. Three.**
19 Q. Is -- are there quality control checks at
20 the three fusing machines?
21 **A. Yes.**
22 Q. And what are they?
23 **A. There are checks of the machines -- the**
24 **functioning of the machines themselves, and there**
25 **are checks of the pieces as they come out of the**

Page 56

1 DIDUCH
2 **fusing machines.**
3 Q. Anything else?
4 **A. We perform a check of fusible interlining**
5 **at that machine, whether they be considered part of**
6 **that.**
7 Q. And when you say "we," who do you mean?
8 **A. We as the company.**
9 Q. Any other quality control checks at the
10 fusing machines?
11 **A. No.**
12 Q. And are all those checks done at each of
13 the three machines?
14 **A. Yes.**
15 Q. What are the three machines on the floor?
16 **A. Could you restate.**
17 Q. What are the three machines on the floor?
18 **A. There are two Kannegiesser machines and a**
19 **Reliant.**
20 Q. Can you spell Reliant, please.
21 **A. R-e-l-i-a-n-t or -e-n-t, I'm not sure.**
22 Q. And do you know the make and model?
23 **A. Not all three of them.**
24 Q. Can you tell me the ones you know?
25 **A. I know CX1400.**

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

Page 57

1      DIDUCH
2  Q.  And which one is that for?
3  A.  That's our blue machine that we use for
4  doing skin fusing.
5  Q.  Is that a Kannegiesser or a Reliant?
6  A.  It's a Kannegiesser.
7  Q.  The checks of the -- the checks that you
8  described to determine if the machines are
9  functioning, can you describe that process for me?
10  A.  Twice a day we have a piece of fabric
11  that's placed in the machines with a piece of
12  fusible interlining on top of it.  We insert a paper
13  strip that has temperature sensitive rectangles on
14  it that allows us to measure the temperature on the
15  inside of the layers of fabric.  We do a test by
16  pulling the pieces apart to make sure that there's
17  an adequate dot transfer.  Periodically we will
18  check the whole width of the machine to see
19  variations in the roller pressure.
20  Q.  Anything else?
21  A.  On the machines themselves?  While the
22  bond test piece of fabric is being put through the
23  machine, we use a stopwatch to make sure that the
24  speed is running correctly.  We look at general
25  maintenance, accumulation of debris twice a day,

Page 58

1      DIDUCH
2  cleanliness of the rollers.  That's all I can think
3  of.
4  Q.  Okay.  The tests that you stated involved
5  the fabric with the interlining with the paper strip
6  and the pull test, are those -- are there any
7  records of those tests?
8  A.  There are now.
9  Q.  When did that start to be recorded?
10  A.  About the time we had this problem with
11  the interlining.
12  Q.  And what time was that?
13  A.  February of 2017.
14  Q.  And on the checking of the width of the
15  roller, is that recorded?
16  A.  No.
17  Q.  And what about the stopwatch test?
18  A.  That's recorded now.
19  Q.  And prior to February 2017?
20  A.  It was not.
21  Q.  And checking the debris twice a day, is
22  that recorded?
23  A.  No.
24  Q.  The performance check of the interlining
25  that you described, can you -- is that any -- in any

Page 59

1  greater detail than what you've already described?
2      MR. D'ANGELO:  Objection.
3      THE WITNESS:  The tests that we performed to
4  test the machines is very similar to the tests that
5  we use to test the performance of the interlining.
6  When we test the interlining itself, we also do --
7  when we're doing the pull test, we will measure the
8  bond strength when we're pulling it.
9      BY MS. MORGAN:
10  Q.  How do you measure the bond strength?
11  A.  There's a device that looks like a fish
12  scale.  It's attached to the cloth.  We pull the
13  fusing away from the cloth and we measure the amount
14  of resistance.
15  Q.  Do you know what that device is that
16  looks like a fish scale?
17  A.  It probably is a fish scale.
18  Q.  Is that test -- are the results of that
19  recorded?
20  A.  I believe they are now.
21  Q.  And prior to February 2017?
22  A.  I can't state with certainty.
23  Q.  If they were recorded prior to February
24  2017, where do you think those records may be?

Page 60

1      DIDUCH
2  A.  In the lab.
3  Q.  Where in the lab?
4  A.  Presumably in a filing cabinet.
5  Q.  And in the lab, you mean a lab in the
6  plant?
7  A.  That's correct.
8  Q.  And is there any special name for that
9  test where you use the fish scale?
10  A.  Not an industry accepted norm that
11  everybody calls it.  We might call it a pull test or
12  a bond strength test.
13  Q.  And you stated that now that is recorded
14  as of February 2017?
15  A.  I believe it is.
16  Q.  And how do you check the pieces as they
17  come out of the fusing machines?
18  A.  The pieces are inspected to make sure
19  that the fusible has not lapped over an edge, to
20  make sure there's no folds or pleats, to generally
21  assess whether it looks like it's adhered correctly
22  in the proper position.
23  Q.  And that's a visual test?
24  A.  Yes.
25  Q.  And is that recorded -- the results of

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

Page 61

1   DIDUCH
2   that recorded?
3   A.  No.
4   Q.  If there's a -- if the test comes back
5   with an unsatisfactory result, are those recorded?
6   A.  No.
7   Q.  What happens?
8   MR. D'ANGELO:  You're asking about
9   specifically the pieces on the machine test?
10  BY MS. MORGAN:
11  Q.  Any of the checks that are performed at
12  the fusing machines.
13  A.  We record now the results of strikeback
14  tests.
15  Q.  What do you -- what is the strikeback
16  test?  What does that entail?
17  A.  We run a piece of fabric infusible
18  through the fusing machine.  We then take it and a
19  piece of pocketing and run it through two or three
20  of the underpressing -- front -- first underpressing
21  operations and then determine if the pocketing has
22  adhered at all to the fusible.
23  Q.  And was -- did that start when?
24  A.  In February 2017.
25  Q.  Before February 2017, if there was a

Page 62

1   DIDUCH
2   negative or unsatisfactory result from the testing
3   that was done at the fusing machine, you testified
4   that that wouldn't be recorded, but what would
5   happen at that point?
6   A.  It would depend what the problem is.
7   Q.  Can you give me an example of what would
8   happen if the pull test would not be -- would have
9   an unsatisfactory result?
10  A.  We would --
11  MR. D'ANGELO:  Objection.
12  THE WITNESS:  We would examine the parameters
13  of the fusing.  If the machine were running
14  correctly and the internal temperature was correct,
15  we would then take that role of fusible out of
16  circulation and try to assess further whether it
17  was, in fact, defective interlining or if any of the
18  parameters of the machine might need adjusting.
19  BY MS. MORGAN:
20  Q.  If there's a problem at the fusing
21  machine with regards to one of the results of these
22  checks, who is the person that would, if anybody,
23  would then assist in resolving the issue?
24  A.  If it's relatively minor, Sal Miceli and
25  Eva Cossio.  If it's somewhat more major, then I

Page 63

1   DIDUCH
2   will get involved usually with our mechanics.
3   Q.  How many mechanics does Hickey Freeman
4   currently have?
5   A.  I think we're down to three.
6   Q.  Since you started at Hickey Freeman, were
7   there more than three?
8   A.  Yes.
9   Q.  How many?
10  A.  I don't recall exactly.
11  Q.  Do you remember if it was more than five?
12  A.  It may have been six or seven.  I don't
13  think there were that many.
14  Q.  Do you know what happened to the other
15  mechanics?
16  A.  We laid one of them off and one of them's
17  been having health problems.  We may have laid
18  another off.  I don't recall.
19  Q.  Is Hickey Freeman currently recruiting
20  for any other mechanic?
21  A.  I'm not aware of that.
22  Q.  Would you be aware of that generally as
23  VP of quality?
24  A.  No, not for mechanics.
25  Q.  Do you know how many machines are on the

Page 64

1   DIDUCH
2   floor at the plant?
3   A.  No.
4   Q.  With the fusing machines, are they --
5   MR. D'ANGELO:  That was a question regarding
6   any and all machines in total?  I assume you
7   answered.
8   MS. MORGAN:  How many machines were on the
9   floor?
10  MR. D'ANGELO:  Yeah.  Yeah.
11  BY MS. MORGAN:
12  Q.  Yes, that was for, in general, all
13  machines, and do you know the answer to that?
14  A.  No.
15  Q.  For the fusing machines, do they have
16  certain parameters that they operate under?
17  A.  Yes.
18  Q.  What are those?
19  A.  They have temperature, pressure, and speed.
20  Q.  In other?
21  A.  No.
22  Q.  And is the -- does Hickey Freeman
23  regulate the temperature?
24  A.  Yes.
25  Q.  How does it do so?

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

Page 65

1    DIDUCH
2  A.  There are regulating devices on the
3    machines.
4  Q.  Can you describe those devices?
5  A.  They're buttons.
6  Q.  And how were they used with regards to
7    regulating the temperature?
8  A.  They're pushed to either raise or lower
9    the temperature.
10 Q.  Does an operator of that fusing machine
11   have discretion to change the temperature?
12 A.  No.
13     MR. D'ANGELO: Objection.
14     BY MS. MORGAN:
15 Q.  Does Hickey Freeman -- does Hickey
16   Freeman use the same temperature range during the
17   manufacturing process?
18 A.  Most of the time.
19 Q.  And what is that range?
20 A.  90 percent of the time; 95 percent of the
21   time.
22 Q.  What is the temperature range?
23 A.  The machines are set to roughly 135 on
24   the top and 145 on the bottom.
25 Q.  And the 10 percent where they go outside

Page 66

1    DIDUCH
2    of that range, is that what you're saying?
3  A.  What's the question?
4  Q.  Is it correct that 10 percent -- roughly
5    10 percent of the time the fusing machines are
6    outside of that range?
7  A.  They are set to something outside of that
8    range.
9  Q.  And when would that occur?
10 A.  It's a fabric, it's very, very heavy, or
11   for some reason we're not able to achieve a correct
12   internal temperature.
13 Q.  Are the machines set at 135 to 145, and
14   by that I mean is it impossible to change the
15   temperature --
16     MR. D'ANGELO: Objection.
17     BY MS. MORGAN:
18 Q.  -- with the buttons?  Are they locked?
19   Is that temperature set locked in?
20 A.  No.
21 Q.  If they went outside of -- if the fusing
22   press machines went outside of the 135 to
23   145 degrees and that's Celsius?
24 A.  Yes.
25 Q.  Is there somebody that needs to approve

Page 67

1    the fusing machines coming out of that temperature
2    range?
3     MR. D'ANGELO: Objection.
4     THE WITNESS: Typically the supervisor of that
5     section and Sal will know about it.
6     BY MS. MORGAN:
7  Q.  Do you believe that interlining requires
8    a certain temperature range to use it?
9  A.  Yes.
10     MR. D'ANGELO: Objection.
11     BY MS. MORGAN:
12 Q.  And is -- how many -- how many different
13   types of interlining does Hickey Freeman currently
14   use?
15 A.  I would guess at around ten.
16 Q.  Is that an approximation or a complete
17   guess?
18 A.  That's an approximation.
19 Q.  Okay.  And so would it be fair to say
20   that those ten different articles of interlining
21   would generally operate under the 135 to 145 degrees
22   Celsius temperature range?
23 A.  The 135 to 145 aren't the important
24   temperature ranges.

Page 68

1    DIDUCH
2  Q.  What is the important temperature range?
3  A.  The internal glue line temperature.
4  Q.  And is there -- the ten articles of
5    interlining that Hickey Freeman generally uses now,
6    do they have a similar range with internal glue line
7    temperature?
8  A.  Yes.
9  Q.  And what is that?
10 A.  Around 121 to 127.
11 Q.  And that's Celsius?
12 A.  Correct.
13     MR. NIEDERER: Can you just read back the
14   question.  I don't need the response, just the
15   question.
16     (Whereupon, the record was read
17     as requested.)
18     MR. NIEDERER: Thank you, I just needed the
19   word "now".
20     BY MS. MORGAN:
21 Q.  For the -- you know, we were discussing
22   the other parameters with the fusing machine, and
23   you said the pressure.  Is that regulated at all at
24   the plant?
25 A.  It's regulated on two of the machines.

Page 69

1    DIDUCH
2  Q.  On the Kannegiessers?
3  **A.  On the Kannegiesser and the Reliant.**
4  Q.  So there's one Kannegiesser machine where
5  the pressure is not regulated?
6  **A.  The pressure is regulated in the sense**
7  **that we bypass the regulator so it cannot be**
8  **adjusted or fluctuate.**
9  Q.  Okay.  And how is the pressure regulated
10  on the other two machines?
11  **A.  There's a knob.**
12  Q.  And can you describe how the knob
13  interacts with the machine?
14  **A.  No.**
15  Q.  How does the knob relate to the amount of
16  pressure?
17  **A.  You raise and lower the pressure by**
18  **turning the knob.**
19  Q.  And is the knob set at a specific quantity?
20  **A.  Three bars.**
21  Q.  And is that -- like the temperature
22  range, it's set at three bars during the production?
23  **A.  Yes.**
24  Q.  And is there a --
25     MR. D'ANGELO: Let her ask the question first.

Page 70

1    DIDUCH
2     **BY MS. MORGAN:**
3  Q.  No, that was actually -- that was
4  actually done.
5     Is there a percentage -- like before you
6  gave 90 percent of the time the machines stay in
7  that temperature range.  Is there a percentage where
8  it typically stays at three bars?
9  **A.  I can't think of a percentage, but very,**
10  **very rarely it might change.**
11  Q.  And when the suits are being produced, is
12  the temperature and the pressure recorded anywhere?
13  **A.  Insomuch as we record the temperature**
14  **twice a day when we do the tests.**
15  Q.  What about the pressure?
16  **A.  I don't think so.**
17  Q.  If a piece of garment went through the
18  fusing machine and you wanted to determine if the
19  pressure was correctly applied or not, could you be
20  able to do that?
21  **A.  It might be difficult to determine it**
22  **based on the piece.**
23  Q.  Is there another way you could do that?
24  **A.  There is a test to test the pressure of**
25  **the machine that's not quantifiable.  It's rather**

Page 71

1    DIDUCH
2  subjective.
3  Q.  Can you describe that?
4  **A.  You can run the length of ribbon through**
5  **the machine, and when the ribbon comes out the other**
6  **end, you pull it and you get a sense of what the**
7  **pressure is.**
8  Q.  Is there any other type of tests that
9  could be performed or a way to determine the way
10  that whether the pressure is accurate or not?
11  **A.  It can't be measured.  It cannot be**
12  **measured.**
13  Q.  Well, you just explained you can run a
14  piece of ribbon to determine if the pressure is
15  adequate; is that fair to say?
16     **MR. D'ANGELO:** Objection.
17     **THE WITNESS:** It's a subjective evaluation.
18  It's not a measurement.
19     BY MS. MORGAN:
20  Q.  Is there any other type of evaluation?
21  **A.  Not to measure the pressure.**
22  Q.  Is there any other type of evaluation to
23  determine if the pressure was adequate when a
24  garment was being used in a fusing press?
25     MR. D'ANGELO: Objection.

Page 72

1    DIDUCH
2     **THE WITNESS:** Not pressure alone.
3     **BY MS. MORGAN:**
4  Q.  Can you explain it a little bit more?
5  **A.  We determine whether the combination of**
6  **pressure, dwell time, and temperature were adequate.**
7  Q.  How?
8  **A.  By checking the bond strength.**
9  Q.  How do you do that?
10  **A.  With the pull test that I described**
11  **earlier.**
12  Q.  And that was in place prior to
13  February 2017?
14  **A.  Yes.**
15  Q.  So going from the fusing machines to the
16  pressing machines, how many pressing machines are on
17  the factory floor?
18  **A.  I couldn't say with certainty.**
19  Q.  Can you give an approximation?
20  **A.  40 or 50 maybe.**
21  Q.  And is quality -- is the quality of --
22  excuse me, strike that.
23     Is quality controlled at the pressing
24  machines?
25     MR. D'ANGELO: Objection.

Ellen Grauer Court Reporting Co. LLC

Page 73

1    DIDUCH
2    **THE WITNESS:** The garments are checked.
3    **BY MS. MORGAN:**
4  Q.  How are they checked?
5  **A.  Visually.**
6  Q.  Is temperature regulated at the pressing
7  machine?
8  **A.  No.**
9  Q.  What about pressure?
10 **A.  Yes.**
11 Q.  And how are they -- how is the pressure
12 regulated?
13 **A.  There are typically control boxes on the**
14 **machines.**
15 Q.  Do some of the pressing machines not have
16 control boxes?
17 **A.  Yes.**
18 Q.  And can you describe how the control
19 boxes help to regulate the pressure?
20 **A.  The control boxes are programmable**
21 **devices that would regulate pressure, the dwell**
22 **time, the vacuum, and any other programmable**
23 **parameter.**
24 Q.  And are those parameters set much like
25 the temperature that we described earlier?

Page 74

1    DIDUCH
2    **MR. D'ANGELO:** Objection.
3    **THE WITNESS:** Yes.
4    **BY MS. MORGAN:**
5  Q.  And do you know the program -- the set
6  parameters for those programmable features?
7    **MR. D'ANGELO:** Objection.
8    **THE WITNESS:** No.
9    **BY MS. MORGAN:**
10 Q.  Do you know who would know that?
11 **A.  Mark Corbett.**
12 Q.  Corbett?
13 **A.  Corbett, C-o-r-b-e-t-t.**
14 Q.  What does he do?
15 **A.  He's the director of maintenance.**
16 Q.  Do they ever need to be changed or
17 altered, the programmable parameters?
18 **A.  If we were to determine that there was an**
19 **issue with the quality of the pressing, then we**
20 **would determine a different program.**
21 Q.  And who would make that determination?
22 **A.  Me, Sal, and the mechanics.**
23 Q.  Have you ever done that while you were at
24 Hickey Freeman?
25 **A.  Not the programs.**

Page 75

1    **DIDUCH**
2  Q.  Have you changed any of the parameters
3  with regards to pressure, maybe not in the programs,
4  with the pressing machines?
5  **A.  No.**
6  Q.  Is the duration that a garment is
7  utilized in the pressing machine a regulated factor
8  on the floor?
9  **A.  Yes.**
10 Q.  And how is that regulated?
11 **A.  The control box.**
12 Q.  Can you describe that?
13 **A.  What are you asking me to describe?**
14 Q.  How a control box regulates the duration.
15 **A.  It's a computerized control box that the**
16 **mechanics program for the length of time for each**
17 **stage of pressing.**
18 Q.  Do you know how long the stages are?
19 **A.  Not all of them.**
20 Q.  Can you tell me the ones you know?
21   **MR. D'ANGELO:** You're asking him all 40 to 50
22 pressing machines?
23   **BY MS. MORGAN:**
24 Q.  Just approximately.
25 **A.  The first underpressing operations are**

Page 76

1    **DIDUCH**
2  **about 20 seconds in total.  Of those 20 seconds,**
3  **7 seconds are dwell time pressure.  The rest are a**
4  **vacuum.**
5  Q.  And do you have any other approximations?
6  Maybe after the first press, you know, the second or
7  third?
8  **A.  The second or third are also within that**
9  **range, some are 16 seconds total time.  Typically**
10 **they're under 10 seconds of pressure.**
11 Q.  And the vacuum aspect, is that also
12 controlled through the control box?
13 **A.  Yes.**
14 Q.  Are the parameters that are set with the
15 control box, are those recorded anywhere?
16 **A.  They would have to be, yes.**
17 Q.  If you wanted to look those up, could you
18 do that?
19 **A.  I would have to get maintenance to show**
20 **that to me.**
21 Q.  You testified that they would have to be,
22 but do you, in fact, know if -- have you ever looked
23 at them with maintenance?
24   **MR. D'ANGELO:** Objection.
25   **THE WITNESS:** Not the records.

Page 77

```
 1      DIDUCH
 2      BY MS. MORGAN:
 3  Q.  Have you looked at them with maintenance
 4  in some other way?
 5  A.  No.  I've looked at the machines.
 6  Q.  Can you tell what the programmable
 7  parameters are by looking at the machine?
 8  A.  Sometimes.
 9  Q.  Do you know which ones you can tell by
10  the face of the machine?
11  A.  Not all of them, no.
12  Q.  Can you tell me the ones you know?
13  A.  I couldn't tell you the name of which
14  machines.
15  Q.  My question is the programmable
16  parameters that you can tell by looking at the
17  machine, are they displayed on the face of it?
18  A.  Some of the parameters are displayed,
19  some of them have a pressure gauge on the front of
20  machine so that when the pressure is engaged, you
21  can see and you can see when it drops.  Some of them
22  have boxes on the side that have lights that
23  visually represent the time of each cycle of
24  pressing, and while it's not explicitly stated on
25  the box, you could usually figure out by watching
```

Page 78

```
 1      DIDUCH
 2  the press cycle what's going on and then determining
 3  the amount of time each cycle is happening.
 4  Q.  Do the operators get any training on the
 5  machines?
 6  A.  They get training on how to position the
 7  garment, they get training in the general
 8  requirements of the appearance of the garment, and
 9  when necessary they get training on which programs
10  to use.
11  Q.  But do the operators -- for example, you
12  referenced the lights can show the duration and the
13  gauge can display other features.  Do they get any
14  training on those physical components?
15  A.  Not specifically.
16      MR. D'ANGELO:  Objection.
17      BY MS. MORGAN:
18  Q.  And when you mentioned they get training
19  on what program to use, is that right, you said?
20  A.  Yes.
21  Q.  Can you describe what you mean by that?
22  A.  Certain operations may require different
23  programs to be used depending on the type of cloth
24  that's being pressed.
25  Q.  And by program, you mean the parameters
```

Page 79

```
 1  that would be applied to the pressing machines; is
 2  that right?
 3  A.  I'm not sure I understand the question.
 4  Q.  What do you mean by program?
 5  A.  It's a number that they're told for --
 6  for example, if it's a tuxedo, use program number
 7  one.
 8  Q.  And how's that communicated to them?
 9  A.  It's written on the machine.
10  Q.  As the designer of the suit, do you come
11  up with the program?
12  A.  They haven't been changed in 20 years or
13  more.
14  Q.  So is that a no?
15  A.  No.  If I had to -- if we had to come up
16  with a new program, I would be involved in the
17  determining of the program.
18  Q.  Is steam used in the manufacturing
19  process at Hickey Freeman?
20  A.  Yes.
21  Q.  How is steam used?
22  A.  Steam is used in conjunction with hand
23  irons and the presses.
24  Q.  Where if -- where does the source of the
25
```

Page 80

```
 1      DIDUCH
 2  steam come from?
 3  A.  We have a boiler.
 4  Q.  Where is the boiler located?
 5  A.  In an outbuilding.
 6  Q.  Does Hickey Freeman own the boiler?
 7  A.  I don't know if it's owned or leased.
 8  Q.  Is the steam that's used in the
 9  manufacturing process regulated?
10  A.  Yes.
11  Q.  How is it regulated?
12  A.  I don't know.
13  Q.  Who would know that?
14  A.  Mark Corbett.
15  Q.  Because he's the mechanic?
16  A.  He's the head of maintenance and
17  mechanics.
18  Q.  Is the regulation of steam an aspect of
19  the quality control that you oversee?
20  A.  I'm not sure how to answer that.
21  Q.  Do you understand my question?
22  A.  Maybe not.
23  Q.  Okay.  I'll rephrase it.
24      In your job, you are responsible for
25  quality on the floor, correct?
```

Page 81

1      DIDUCH
2  **A.  That's correct.**
3  Q.  And as part of that, do you -- are you
4  responsible for making sure that steam is regulated
5  in the manufacturing process?
6  **A.  No.**
7  Q.  Is that exclusively the mechanic's
8  responsibility?
9  **A.  Yes.**
10 Q.  Do you know if the mechanic checks the
11 boiler and the -- let's start with that.  Do you
12 know if he does that?
13 **A.  Yes.**
14 Q.  And how often does the mechanic do that,
15 if you know?
16 **A.  I don't know.**
17 Q.  Is it one mechanic that regulates the
18 steam or is it several mechanics?
19 **A.  I don't know the answer to that.**
20 Q.  Do you know if the mechanic records the
21 steam temperature on a regular basis at any point?
22 **A.  I don't know.**
23 Q.  You said the steam is -- comes from a
24 boiler that's outside of the plant; is that what you
25 said?

Page 82

1      DIDUCH
2  **A.  It's a small outbuilding.**
3  Q.  Near the plant?
4  **A.  Yes.**
5  Q.  And do you know if it's checked before
6  it's -- if there's any kind of inspection or check
7  before the steam enters the plant?
8  **A.  I don't know.**
9  Q.  Are there any other quality control
10 procedures that we haven't discussed so far today?
11     MR. D'ANGELO: Objection.
12     THE WITNESS: I'm trying to think if there's
13 anything.  I'm trying to go over what we discussed
14 and thinking if there's anything we haven't
15 discussed.  I think we've covered everything.
16     BY MS. MORGAN:
17 Q.  What about when a garment is finished
18 with the manufacturing process, what happens after
19 that point?  Does it go to shipping?
20 **A.  Yes.**
21 Q.  And is there any interaction with quality
22 and shipping?
23 **A.  We will periodically go through the**
24 **shipping department and just see how things are**
25 **being stored and look at the state of the garments.**

Page 83

1      DIDUCH
2  Q.  Who's responsible for that?
3  **A.  Sal and myself.**
4  Q.  And if you -- and these are visual
5  inspections you're saying that you and Sal do?
6  **A.  Yes.**
7  Q.  And if you determine that a suit is
8  unacceptable for some reason, what happens to that
9  suit?
10 **A.  It would depend on the reason it was**
11 **unacceptable.**
12 Q.  Can you give me an example of when you've
13 visually inspected a suit at the shipping section
14 and pulled it from being shipped?
15 **A.  An example would be if it was incorrectly**
16 **bagged and a front was folded back on itself**
17 **creating pleats in the garment, we would bring it**
18 **back and re-press it.**
19 Q.  And do you and Sal inspect every suit in
20 shipping?
21 **A.  No.**
22 Q.  It's a general overview --
23 **A.  Random sampling.**
24 Q.  Random sampling.
25 **A.  Sorry, I cut you off.**

Page 84

1      DIDUCH
2  Q.  No, it's okay.
3      Aside from the changes in February of
4  2017 that you already testified to, are you aware of
5  any other changes to the quality control procedures
6  from January 1, 2013, let's say, until February of
7  2017?
8      MR. D'ANGELO: January 2013?
9      BY MS. MORGAN:
10 Q.  Yes.
11 **A.  I'm not sure that I would be aware of**
12 **things that were done prior to me joining the**
13 **company.**
14 Q.  Let's start then with once you joined in
15 2015.
16 **A.  I joined in 2016.**
17 Q.  Okay.  So when you joined in 2016.
18 **A.  Then what's the question?**
19 Q.  The question is are you aware of any
20 other change to the quality control procedures from
21 the first day of starting at Hickey Freeman until
22 February 2017?
23     MR. D'ANGELO: Objection.
24     **THE WITNESS:** We are constantly modifying and
25 adjusting depending on what's going through the shop.

---

**Page 85**

DIDUCH

BY MS. MORGAN:

Q.  When you say "depending on what's going through the shop," do you mean depending on the type of suit?

A.  And the type of fabric.

Q.  How were those modifications communicated to the staff, if at all?

A.  Orally.

Q.  And do you come up with the modifications?

A.  Some.

Q.  Who else does?

A.  Sal.

Q.  Can you give me an example of how a quality control was modified based on the fabric of a suit?

A.  If a particular fabric is more reactive to humidity, we might measure it more frequently or we might let it rest for longer between operations.

MS. MORGAN: Can you read that back, please.

(Whereupon, the record was read as requested.)

BY MS. MORGAN:

Q.  Now, are the modifications to the quality control determined at the design stage?

---

**Page 86**

DIDUCH

A.  Insomuch as prototyping is part of the design stage or they're done when we're in production.

MR. D'ANGELO: We've been going about an hour and 45 minutes.  Can we take a break soon?

MS. MORGAN: Up to your discretion.

THE WITNESS: I prefer a break.

(Whereupon, a short break was taken.)

BY MS. MORGAN:

Q.  Mr. Diduch, do you understand that you're still under oath?

A.  Yes.

Q.  The lawsuit that your company has brought against my client, that involves a certain alleged damage to suits, correct?

A.  Yes.

Q.  Did you design those suits?

A.  Some of them.

Q.  The ones that you designed, can you tell me about those in terms of maybe there's a -- the style model or a way to differentiate the ones that you designed yourself?

A.  There might be certain models within that

---

**Page 87**

DIDUCH

bunch of them that I had introduced new within some of the families of suits that we produced.  Most of them, if anything, they were just modifications of existing styles, yeah.

Q.  And so is it fair to say that you didn't create a new model?

A.  I created new models within a family of -- I'm trying to think of how to describe it so it's clear to you.  We have groups of silhouettes and there could be 30 or 40 or 50 models within that group, and maybe within that group, I created one or two models within that silhouette, but most of the features remain the same.

Q.  And one -- those one or two models that you modified, did they then get a different identification number?

A.  Yes.

Q.  And what were the two models that you designed or modified?

A.  I couldn't recall.

Q.  You don't recall.

And the modifications that you made, do you recall what those were?

A.  Not at this point.

---

**Page 88**

DIDUCH

Q.  Do you recall if it related to the type of interlining article?

A.  No.

Q.  All the suits that are the subject of this lawsuit, is it correct that the interlining had been selected prior -- selected by someone other than you?

MR. D'ANGELO: Objection.

THE WITNESS: Could you restate that.

BY MS. MORGAN:

Q.  Sure.  Earlier you testified that each suit has a certain sheet with it that discusses certain components.  Do you recall that testimony?

A.  Yes.

Q.  And one of those components is a type of interlining to use, correct?

A.  Yes.

Q.  Were you involved in the selection of the type of interlining to use in any of the suits that are the subject of this complaint?

A.  No.

Q.  Do you know who was?

A.  Not with certainty.

Q.  Do you have an approximation of who it was?

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

---

Page 89

DIDUCH

1
2  A.  I think it was Ralph van Overdyke.
3  Q.  Is he still with Hickey Freeman?
4  A.  No.
5  Q.  Were you involved in the fabric selection
6  of any of the suits that are the subject of this
7  complaint?
8  A.  No.
9  Q.  Do you know who was?
10  A.  I assume it was Aliya Morehead and
11  Arnold Silverstone.
12  Q.  Since you joined Hickey Freeman, have you
13  created a suit where you have the responsibility of
14  selecting the interlining?
15      MR. D'ANGELO:  You mean selecting the
16  interlining for that suit or just in general?
17      BY MS. MORGAN:
18  Q.  For that suit.
19  A.  I'd like to perhaps make a distinction
20  between an interlining which is selected because of
21  the style of it or an interlining which is selected
22  because of the type of fabric.  Where the
23  interlining is style related, I make that selection.
24  Where the interlining is fabric related
25  specifically, then Donny Wray is responsible for

---

Page 90

DIDUCH

1
2  making that call.
3  Q.  Are you familiar with an article called
4  the 3069 -- an article of interlining called the
5  3069?
6  A.  No.
7  Q.  Are you familiar with an article of
8  interlining numbered 630?
9  A.  Yes.
10  Q.  At any point in time while you've been
11  with Hickey Freeman, have they used the 630?
12  A.  Yes.
13  Q.  Do you know when Hickey Freeman started
14  using the 630?
15  A.  No.
16  Q.  Do you know what type of interlining was
17  used in the suits that are the subject of this
18  complaint?
19  A.  Yes.
20  Q.  What type?
21  A.  630.
22  Q.  Prior to the production of the suits that
23  are the subject of this complaint, had you overseen
24  the manufacturing of suits using the 630?
25  A.  Are you saying prior to my time at

---

Page 91

DIDUCH

1
2  Hickey Freeman or prior to this incident?
3  Q.  Prior to the production of the suits that
4  are the subject of this complaint, during your time
5  at Hickey Freeman, did you use the 630 for the
6  production of other suits?
7  A.  Yes.
8  Q.  When was the first time you used the 630
9  at Hickey Freeman?  When was the first time that you
10  used the 630 --
11  A.  That I personally used?
12  Q.  That you're aware that Hickey Freeman
13  used the 630 at Hickey -- in a production run?
14  A.  I have seen a garment that was made in
15  2014 that had the 630 in it.
16      MR. NIEDERER:  Can you just read that back?
17      MS. MORGAN:  2014.
18      MR. NIEDERER:  Don't read it back.
19      BY MS. MORGAN:
20  Q.  The suits that are the subject of this
21  complaint, did you review the sheet that accompanies
22  suits with the specifications at any point in time
23  where it discusses its components and the
24  interlining?
25  A.  Yes.

---

Page 92

DIDUCH

1
2  Q.  And can you refresh my recollection what
3  that sheet is called?
4  A.  The sheet that would mention the 630
5  would be the manufacturing statement.
6  Q.  Is that different than the spec sheet?
7  A.  Yes.
8  Q.  And what does the manufacturing statement
9  include?
10  A.  The manufacturing statement has other
11  instructions whether technical instructions about
12  how it's to be sewn or certain trim items which are
13  not specified on the specification like the 630.
14  Q.  And does the manufacturing statement
15  travel with the garment as it goes through the
16  manufacturing process?
17  A.  Yes.
18  Q.  Does the spec sheet as well?
19  A.  No.
20  Q.  Does any other document other than the
21  manufacturing statement travel with the garment as
22  it goes through the manufacturing process?
23  A.  No.
24  Q.  When a suit at Hickey Freeman is in the
25  design process, is it tested during that process?

---

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

DIDUCH

1    DIDUCH
2  **A.  Define "tested."**
3  Q.   What do you -- what do you know, if any,
4  testing that is done on suits as they're in the
5  design process?
6  **A.   We will evaluate the suit for appearance**
7  **and fit and quality.**
8  Q.   How do you evaluate it for quality?
9  **A.   Visually.**
10  Q.   Is there any testing that needs to be
11  done with the fabric and the other components of the
12  suit to ensure that they all work together --
13      MR. D'ANGELO: Objection.
14      BY MS. MORGAN:
15  Q.   -- through the various parameters?
16  **A.   Part of the prototyping process is to**
17  **determine whether all the elements go together**
18  **correctly and perform correctly.**
19  Q.   And can you describe that part of the
20  prototype process?
21  **A.   It's a visual and tactile test where we**
22  **put them together.  Does it feel correct?  Does it**
23  **look correct?  Does it drape correctly?**
24  Q.   How is an interlining model selected at
25  the prototype phase?

1    DIDUCH
2  **A.   If it's a style related interlining, then**
3  **it's evaluated on its own merits as an interlining**
4  **and then it's fused to the fabric that we intend to**
5  **use and evaluated for hand feel and bond strength.**
6  Q.   And with the -- when it's fused, is that
7  result recorded?
8  **A.   The result of what?**
9  Q.   Of the fusing of the interlining with the
10  fabric?
11  **A.   No.**
12  Q.   Is any sample saved of that endeavor?
13      MR. D'ANGELO: Objection.
14      THE WITNESS: Sometimes we have the garment.
15      BY MS. MORGAN:
16  Q.   The prototype you mean?
17  **A.   Yes.**
18  Q.   Do you know if Hickey Freeman has the
19  prototype of any of the suits that are the subject
20  of this complaint?
21  **A.   I don't know.**
22  Q.   So you mentioned that you had the visual
23  and tactile test for the fusible that relates to
24  style, correct?
25  **A.   Yes.**

1    DIDUCH
2  Q.   And the other type you mentioned, there's
3  style and another distinct -- fabric related
4  interlining?
5  **A.   That is also evaluated.**
6  Q.   And how is that evaluated?
7  **A.   The same.**
8  Q.   Is that a separate fuse test?
9  **A.   It's the same test.**
10  Q.   When the fusing is done at the prototype
11  stage, how does Hickey Freeman know, if at all, what
12  parameters to fuse under?
13  **A.   If it's a new fusible, we have a data**
14  **sheet that accompanies it.**
15  Q.   And who is that data sheet provided by,
16  if anybody?
17  **A.   The supplier of the fusible.**
18  Q.   Do you also have a data sheet from the
19  manufacturer?
20  **A.   Sometimes.**
21  Q.   And does Hickey Freeman essentially just
22  use the parameters that the supplier provides and
23  the data sheet?
24      MR. D'ANGELO: Objection.
25      THE WITNESS: We determine if those parameters

1    DIDUCH
2  are appropriate to our intended process.
3      BY MS. MORGAN:
4  Q.   How does Hickey Freeman do that?
5  **A.   We determine whether when following the**
6  **parameters we get a correct result.**
7  Q.   Through the evaluations that you do with
8  the prototypes?
9  **A.   And the testing, pull testing and --**
10  Q.   For the suits that are the subject of
11  this complaint, do you know if the specifications
12  were changed at all from the data sheet provided by
13  the supplier?
14      MR. D'ANGELO: Objection.
15      MR. NIEDERER: Sorry, can you have that
16  question read back, please.
17      (Whereupon, the record was read
18      as requested.)
19      MR. NIEDERER: I'm going to object to form.
20      THE WITNESS: Which specifications?
21      BY MS. MORGAN:
22  Q.   For the six -- I'm going to rephrase my
23  question.
24      For the 630 that was used in the
25  production of these allegedly defective suits, did

Page 97

1      DIDUCH
2   you receive a data sheet from the supplier of the
3   interlining?
4   **A.   Yes, we received a data sheet.**
5   Q.   And did that data sheet contain certain
6   information?
7   **A.   Yes, it did.**
8   Q.   What information did it contain?
9   **A.   It had the content, it had the weight, it**
10  **had the temperature settings, it had typically a**
11  **glue line, and it'll have a dwell time and pressure.**
12  Q.   During the manufacturing process of the
13  suits, were those parameters followed?
14  **A.   Yes.**
15  Q.   Without any alteration?
16  **A.   Yes.**
17  Q.   Was the testing with the prototypes done
18  for the models that were eventually produced in the
19  production run that's the subject of this complaint,
20  that occurred before you arrived at Hickey Freeman,
21  correct?
22      **MR. D'ANGELO:** Objection.  Can I have the
23  question read back, please.
24      **BY MS. MORGAN:**
25  Q.   I can rephrase it.

Page 98

1      DIDUCH
2   **A.   Okay.  Rephrase it.**
3   Q.   You described how there's certain testing
4   done during the prototype phase of the design of the
5   suit, correct?
6   **A.   Yes.**
7   Q.   For the suits in question, was that
8   testing with the prototype done prior to your
9   arrival at Hickey Freeman?
10  **A.   No.**
11  Q.   Okay.  Were you involved in the prototype
12  testing for the suits that are involved in this
13  lawsuit?
14  **A.   Yes.**
15  Q.   And did you use the parameters of -- did
16  Hickey Freeman use the parameters in the -- from the
17  data sheet from the supplier during that testing at
18  the prototype phase?
19  **A.   Yes.**
20  Q.   And were there any problems with those
21  parameters that you observed?
22  **A.   No.**
23  Q.   At that prototype evaluation stage, did
24  Hickey Freeman have any data sheet from the
25  manufacturer of the interlining?

Page 99

1      DIDUCH
2   **A.   No.**
3   Q.   Was that ever requested from the
4   supplier?
5      **MR. D'ANGELO:** Objection, foundation.
6      **THE WITNESS:** I don't know.
7      **BY MS. MORGAN:**
8   Q.   When I'm talking about supplier, do you
9   know who that is?
10  **A.   Are you referring to Chargeurs or to**
11  **Veratex?**
12  Q.   That's what I'm asking you.
13      **MR. D'ANGELO:** You're asking him who the
14  supplier is?
15      **BY MS. MORGAN:**
16  Q.   Do you know who the supplier of the 630
17  is to Hickey Freeman?
18  **A.   We buy a Chargeurs product through Veratex.**
19  Q.   So when you were using the term
20  "supplier", did you mean Chargeurs or Veratex?
21  **A.   We use the term interchangeably.**
22  Q.   The data sheet that you were referring
23  to, was that a Veratex data sheet or a Chargeurs
24  data sheet?
25  **A.   That was a Veratex data sheet.**

Page 100

1      DIDUCH
2   Q.   Do you recall when that data sheet was
3   provided to Hickey Freeman?
4   **A.   I was provided with a data sheet in**
5   **October of 2016.  Hickey Freeman already had a copy**
6   **of that data sheet from I don't know when.**
7   Q.   Does Hickey Freeman keep the data sheets
8   it receives from certain suppliers or manufacturers
9   on site?
10  **A.   Yes.**
11  Q.   And where is that located?
12  **A.   That's maintained by the trim purchaser.**
13  Q.   Do you know what -- do you know what the
14  pressure was that was applied during the
15  manufacturing process of the suits that are the
16  subject of this complaint?
17  **A.   Do I know because I looked at the machine**
18  **at the time or do I know because that's the**
19  **parameter?**
20  Q.   Do you know in any way whatever the
21  source is from?
22  **A.   Our standard was three bars.**
23  Q.   Do you know if it was, in fact, three
24  bars --
25      **MR. D'ANGELO:** Objection.

Page 101

1    DIDUCH
2    **BY MS. MORGAN:**
3  Q.  -- at the time of the manufacturing?
4    **MR. D'ANGELO:** Objection.
5    **THE WITNESS:** Not with certainty.
6    **BY MS. MORGAN:**
7  Q.  Did Hickey Freeman receive any
8  recommendation from Veratex with regards to the
9  parameters on the data sheet that were different
10  than those stated on the data sheet?
11 **A.  Yes.**
12 Q.  And can you describe that for me, please.
13 **A.  I got an e-mail from Barry Diamond that**
14 **stated that they recommend using certain parameters**
15 **which did not match those on the data sheet.**
16 Q.  Do you remember when you received that
17 e-mail approximately?
18 **A.  October of 2016 I think.**
19 Q.  Did you say "I think"?
20 **A.  I think.**
21 Q.  And do you know what Hickey Freeman
22 followed in terms of the -- strike that.
23     Did Hickey Freeman accept those
24 recommendations?
25     **MR. D'ANGELO:** Objection.

Page 102

1    DIDUCH
2    **THE WITNESS:** We maintained the parameters as
3  stated on the data sheet.
4    **BY MS. MORGAN:**
5  Q.  Did Hickey Freeman do anything after
6  receiving the recommendation in the October 26
7  e-mail -- 2016 e-mail from Veratex that had
8  different parameters?
9    **MR. NIEDERER:** Objection to form. Just note
10 my running objection to the use of the term
11 "recommended" or "recommendation."
12    **MR. D'ANGELO:** I'll object, too. You're
13 asking him if they did anything after that?
14    **BY MS. MORGAN:**
15 Q.  With that information.
16 **A.  Can I have the question again.**
17 Q.  Sure. I'll rephrase it.
18     The -- after receiving that e-mail that
19 had the recommendations as you put it, did you do
20 anything with those recommendations such as further
21 testing or --
22 **A.  I believe we tried them out.**
23    **MR. D'ANGELO:** Just note my objection to
24 mischaracterizing the witness's testimony.
25

Page 103

1    DIDUCH
2    **BY MS. MORGAN:**
3  Q.  And can you describe how you tried them
4  out?
5  **A.  We would have run some fusing tests with**
6  **those different parameters.**
7  Q.  Do you remember if you did?
8  **A.  I'm fairly certain we did.**
9  Q.  Do you remember if those fusing tests --
10  the results of those were recorded anywhere?
11 **A.  No.**
12 Q.  Do you remember the results of those
13 fusing tests?
14 **A.  Vaguely.**
15 Q.  Can you tell me what you do remember?
16 **A.  That we tested it out. There wasn't**
17 **substantial difference in the performance of it, so**
18 **we stayed with the data sheet recommendations.**
19 Q.  Did you ever discuss the different
20 parameters in the October 2016 e-mail with
21 Barry Diamond?
22    **MR. D'ANGELO:** You're asking about at any
23 point in time?
24    **BY MS. MORGAN:**
25 Q.  Yeah, at any point in time.

Page 104

1    DIDUCH
2  **A.  I don't remember.**
3  Q.  Do you know what the temperature
4  parameters were that were at the time of the
5  manufacturing of the allegedly defective suits?
6  **A.  I don't remember them exactly.**
7  Q.  If you wanted to look them up, could you
8  do that?
9  **A.  Possibly.**
10 Q.  How would you do that?
11 **A.  Maintenance might have a record of it.**
12 Q.  Do you know if any search has been
13 conducted to determine if maintenance has those
14 records?
15 **A.  I think so.**
16 Q.  What is your basis of that belief?
17 **A.  I think that Roy looked for it.**
18 Q.  And do you know if anything resulted from
19 Roy Nichols' search?
20 **A.  I don't know.**
21 Q.  And were the temperature parameters, were
22 they also sourced from the temperature parameters in
23 the Veratex data sheet?
24    **MR. D'ANGELO:** Objection.
25    **THE WITNESS:** Probably.

Page 105

1    DIDUCH
2    **BY MS. MORGAN:**
3  Q.  Is there a way to determine if they were
4  or not?
5       **MR. D'ANGELO:** Are you asking about the glue
6  line temp or the machine temp?  Because there's
7  several different ones.  I just want to be sure.
8       **BY MS. MORGAN:**
9  Q.  Any of the temperatures that were used in
10  the manufacturing process, were they sourced from
11  the Veratex data sheet?
12  **A.  That was done before my arrival, so I**
13  **couldn't say.**
14       **MR. D'ANGELO:** Can you note my objection to
15  the prior question.  Thank you.
16       **BY MS. MORGAN:**
17  Q.  Is there a way to know if a garment has
18  passed through the quality inspection points on the
19  floor?
20  **A.  Yes.**
21  Q.  Can you tell me how those are?
22  **A.  How what are?**
23  Q.  How you can determine if they've
24  passed -- if a suit has passed through the quality
25  control points on the floor?

Page 106

1    DIDUCH
2  **A.  A hundred percent of suits are passed**
3  **through final inspection, and if they've gone**
4  **through the DHU reports, we can find and detect**
5  **whether they've been inspected.**
6  Q.  When Hickey Freeman receives interlining
7  from a supplier, is any testing conducted on that
8  interlining?
9  **A.  Yes.**
10  Q.  What does that entail?
11  **A.  I believe I described it earlier.**
12  Q.  Before I recall you describing the
13  testing that's done at the prototype phase --
14       **MR. D'ANGELO:** Objection.
15       **BY MS. MORGAN:**
16  Q.  -- with interlining.  Were you referring
17  to a different type of testing?
18  **A.  The prototype phase is relative to the**
19  **individual fabrics.  When the interlining comes in,**
20  **each roll of interlining is tested.**
21  Q.  And what types of tests are conducted?
22  **A.  Bond strength and now we do strikeback**
23  **testing.**
24  Q.  And is that with each shipment that
25  arrives?

Page 107

1    DIDUCH
2  **A.  Every single roll.**
3  Q.  Are those testing results recorded?
4  **A.  Yes.**
5  Q.  And were they recorded prior to
6  February 2017?
7  **A.  Not to my knowledge.**
8  Q.  Did they start to be recorded after
9  February 2017?
10  **A.  Yes.**
11  Q.  For the testing that's done on the
12  interlining as Hickey Freeman receives the shipment,
13  are there testing protocols that are memorialized
14  anywhere?
15       **MR. D'ANGELO:** Sorry, I missed that question.
16  Karen, would you mind reading it back.
17       (Whereupon, the record was read
18       as requested.)
19       **THE WITNESS:** I don't know.
20       **BY MS. MORGAN:**
21  Q.  And who performs that testing?
22  **A.  Gloria de Leon.**
23  Q.  Does Hickey Freeman ever ask a supplier
24  to test the interlining for them prior to receiving
25  the interlining?  And this is during, we'll say,

Page 108

1    DIDUCH
2  your time at Hickey Freeman.
3  **A.  I think it's understood that the supplier**
4  **does their testing.**
5  Q.  Does Hickey Freeman receive test results
6  from suppliers of interlining?
7  **A.  No.**
8  Q.  What's the basis of that understanding
9  that you believe Hickey Freeman has?
10       **MR. D'ANGELO:** The basis for his understanding
11  that Hickey Freeman what?
12       **BY MS. MORGAN:**
13  Q.  That the supplier tests the interlining
14  before Hickey Freeman receives it.
15       **MR. D'ANGELO:** Thank you.
16       **THE WITNESS:** It's an industry norm that their
17  product goes through a QC process.
18       **MR. NIEDERER:** Can we go off the record for a
19  second?
20       (Whereupon, a discussion was had
21       off the record.)
22       **BY MS. MORGAN:**
23  Q.  When you were just discussing the
24  supplier in the context of performing certain tests
25  as per industry norm, were you referring to a

Page 109

```
1       DIDUCH
2   distributor of interlining or a manufacturer of
3   interlining?
4   A.  It's understood that the manufacturer of
5   the interlining tests the product before it leaves
6   their facility -- their manufacturing facility.
7   Q.  And for a distributor of the interlining,
8   is that same understanding known in the industry?
9       MR. NIEDERER: Objection to form.
10      THE WITNESS: Repeat, sorry.
11      BY MS. MORGAN:
12  Q.  Is the supplier -- excuse me, is the
13  distributor of the interlining, does it typically
14  perform testing as well?
15      MR. NIEDERER: Objection.
16      THE WITNESS: I only currently work with one
17  distributor of interlining. The other interliners
18  we get directly from the manufacturer.
19      BY MS. MORGAN:
20  Q.  And what's that one distributor?
21  A.  Veratex.
22  Q.  In your prior experience before
23  Hickey Freeman, did you work with any other
24  distributor other than Veratex?
25  A.  Once.
```

Page 110

```
1       DIDUCH
2   Q.  What distributor was that?
3   A.  B-Gaps.
4   Q.  B-Gaps?
5   A.  Yes.
6   Q.  And did B-Gaps perform testing on the
7   interlining prior to shipping it to your employer at
8   that time?
9   A.  No.
10  Q.  To your understanding, does Veratex test
11  the interlining before it provides it to
12  Hickey Freeman?
13      MR. NIEDERER: Objection to form.
14      THE WITNESS: I don't know if they do.
15      BY MS. MORGAN:
16  Q.  Do you know if Veratex performed any
17  testing of the interlining that was ultimately used
18  in the allegedly defective suits?
19  A.  Are you asking if they tested it prior to
20  shipping to us?
21  Q.  Yes.
22  A.  I don't know.
23  Q.  Do you know who the manufacturer of the
24  630 is?
25  A.  Chargeurs -- some incarnation of
```

Page 111

```
1       DIDUCH
2   Chargeurs with Lainiére de Picardie.
3   Q.  Do you know if Chargeurs tested the
4   interlining prior to it ultimately being received by
5   Hickey Freeman?
6   A.  I don't know.
7   Q.  Did you ever ask anybody at Veratex if
8   they had tested the interlining prior to shipping it
9   to Hickey Freeman?
10  A.  Did I ask if Veratex had tested it?
11  Q.  Yes, did you ask anybody at Veratex if
12  they tested the interlining before shipping it to
13  Hickey Freeman?
14      MR. D'ANGELO: You're asking him the
15  question -- if he posed that question prior to
16  shipping or if he posed the question at any time --
17      MS. MORGAN: At any time.
18      MR. D'ANGELO: -- regarding what happened
19  prior to shipping?
20      BY MS. MORGAN:
21  Q.  At any time.
22  A.  I didn't ask Veratex if they had tested it.
23  Q.  Did you ask Veratex at any time if
24  Chargeurs had tested the interlining?
25  A.  Fairly certain I did, yes.
```

Page 112

```
1       DIDUCH
2   Q.  And do you recall what the response was,
3   if any?
4   A.  No.
5   Q.  The different suits -- strike that.
6       The suits that are the subject of the
7   complaint, do they all have the same fabric?
8   A.  No.
9   Q.  Was each of the fabric type of the suits
10  tested -- excuse me, let's go off the record for a
11  second.
12      (Whereupon, a discussion was had
13      off the record.)
14      (Whereupon, the record was read
15      as requested.)
16      BY MS. MORGAN:
17  Q.  So I'll start over with that question.
18      Were the different fabrics tested with
19  the 630 prior to being produced?
20  A.  Yes.
21  Q.  And are those -- was that testing, the
22  result of that recorded anywhere?
23  A.  Insomuch as the part of the testing
24  process is making prototypes and samples and showing
25  to suppliers, we might have written communication to
```

---

Page 113

DIDUCH

1
2  the effect that we saw this garment and it's nice or
3  it's approved or whatever, but not as a matter of
4  course.
5  Q.  Do you know any of those communications
6  exist?
7  A.  Not off the top of my head.  Sorry, can I
8  strike that?  I do know of communications of one
9  sample.
10  Q.  Okay.  Can you describe that
11  communication?
12  A.  There's an e-mail from Charles Hufford
13  who is one of the buyers of Dillard's, and he has
14  what we call a top of production sample which is the
15  first garment that comes off of production line
16  which is sent off to Dillard's for approval before
17  we ship.  So this is -- this is no longer
18  prototyping.  This is an example of production.
19  Charles Hufford refers to it in his e-mail and he
20  said, when we first got this garment, it looked
21  fine, it's now exhibiting this bubbling defect.
22  Q.  When was that e-mail?
23  A.  I don't recall the month.  It would have
24  been the spring of last year.
25  Q.  These -- the suits that are the subject

---

Page 114

DIDUCH

1
2  of the complaint are spring suits, correct?
3  A.  Yes.
4  Q.  Were they -- the production run with the
5  630 prior to that, did that involve a different
6  season?
7  A.  We would have used it on spring and fall
8  goods.
9  Q.  Prior to the production run that --
10  A.  That was problematic.  I'm sorry, I cut
11  you off.
12  Q.  Did Hickey Freeman receive samples of the
13  630 at any point in time?
14  A.  Yes.
15  Q.  And do you recall the first time that
16  Hickey Freeman received such samples?
17  A.  No.
18  Q.  Do you recall the first time while you've
19  been at Hickey Freeman that it received any samples?
20  A.  No.
21  Q.  Did Hickey Freeman receive the samples
22  prior to you joining?
23  A.  Yeah.
24  Q.  And how do you know that?
25  A.  We discussed it with the trim purchaser

---

Page 115

DIDUCH

1
2  at Samuelsohn.
3  Q.  Can you tell me the sum and substance of
4  that conversation?
5  A.  I think we were trying to figure out when
6  we started using it and who had done the testing.
7  It seemed to have predated Samuelsohn's purchaser,
8  so none of us were entirely sure exactly at what
9  point we started using it in the company.
10  Q.  Do you know why Hickey Freeman started
11  using the 630?
12  A.  We started using skin fusible in general
13  because the company's now using lighter weight
14  cloths than we were accustomed to in the past and
15  they required stabilization.
16  Q.  Do you know why Hickey Freeman decided to
17  use the 630 in particular?
18  A.  It was currently in use at Samuelsohn and
19  had been for several years.
20  Q.  Did Hickey Freeman start using the 630
21  based on a recommendation from Samuelsohn?
22  MR. D'ANGELO: Objection.
23  THE WITNESS: I wasn't there.  I don't know.
24  BY MS. MORGAN:
25  Q.  What does a trim purchaser do?

---

Page 116

DIDUCH

1
2  A.  She purchases trims.
3  Q.  And that includes interlining?
4  A.  Yes.
5  Q.  During your discussions with the trim
6  purchaser at Samuelsohn, did that topic ever come up
7  how Hickey Freeman started to use the 630?
8  A.  Yes.
9  Q.  And what were the discussions?
10  A.  It was more about why the company started
11  using it in general and when.  I don't remember any
12  more specifics about what was discussed.
13  Q.  And when you say "the company", you mean
14  Hickey Freeman?
15  A.  Well, also Samuelsohn, luxury men's
16  apparel group.
17  Q.  Do you know why Samuelsohn started using
18  the 630?
19  A.  Not the 630 in particular.
20  Q.  Can you describe what you mean by that
21  response?
22  A.  I know why they started using skin
23  fusing, but I don't know why they started using the
24  630.
25  Q.  Do you know if anybody from Hickey

---

Page 117

1    DIDUCH
2    Freeman communicated to Veratex what type of suits
3    it wanted to use the 630 for?  And by "suits" I mean
4    the ones that are the subject of the complaint.
5  A.  Probably.
6  Q.  Is that a guess?
7  A.  It's an assumption.
8  Q.  Based on what?
9  A.  That's usually the course of our
10   business.  We communicate with the supplier about
11   what we intend to use it for.
12  Q.  When we're talking about supplier here,
13   when you're using that word, do you mean the
14   distributor or the manufacturer?
15  A.  Well, in this case, the distributor.
16  Q.  So is it typically -- is it fair to say
17   that it's typically Hickey Freeman's practice to
18   discuss the type of fabric it's going to use with
19   Veratex?
20  A.  Yes.
21  Q.  Is that what you're saying?
22     Do you recall specifically if
23   Hickey Freeman discussed the type of fabric that is
24   the subject -- that is in the suits of the
25   subject -- strike that.  I've had too much coffee

Page 118

1    DIDUCH
2    this morning.
3     Do you specifically recall if
4    Hickey Freeman told Veratex what kind of fabric it
5    was going to be using in the subject suits with the
6    630?
7  A.  I don't remember specifics.
8  Q.  Do you remember generalities?
9  A.  I don't recall.  We chat about it, but I
10   don't -- you know, we don't get into -- super into
11   the weeds about it.
12  Q.  When you say "we chat about it," who do
13   you mean?  Who's the "we"?
14  A.  I would discuss it with Barry.
15  Q.  Do you remember telling Barry about the
16   type of suits you were going to use for this
17   particular production?
18     MR. D'ANGELO:  Objection.
19     MR. NIEDERER:  Objection to form, asked and
20   answered.
21     MR. D'ANGELO:  Mine's just an objection to
22   form.
23     THE WITNESS:  Can I have it read back, please.
24     (Whereupon, the record was read
25     as requested.)

Page 119

1    DIDUCH
2     THE WITNESS:  Generally.
3     BY MS. MORGAN:
4  Q.  When Hickey Freeman receives samples of
5   interlining, what is the purpose of that?
6  A.  Purpose of what?
7  Q.  Receiving the samples.  Is it to
8   determine if they wanted to ultimately start
9   purchasing and using the interlining?
10  A.  Yes.
11  Q.  Once Hickey Freeman receives a sample,
12   can you describe the types of tests that are
13   performed?
14  A.  We would do the bond strength test, we
15   would make a garment with it, and then we would
16   evaluate the garment.
17  Q.  And who typically does the testing on the
18   sampling?
19  A.  Are you saying the initial sample -- the
20   swatch or the garment?
21  Q.  I'm talking about the sample of
22   interlining that you -- that Hickey Freeman
23   receives.
24  A.  The lab would perform the initial tests
25   and then we make a garment.

Page 120

1    DIDUCH
2  Q.  What are the tests that the lab performs?
3  A.  The bond strength test and now we do a
4   strikeback test.
5  Q.  Did Hickey Freeman at any point tell any
6   defendant in this lawsuit that they were conducting
7   testing on the interlining samples of the 630?
8  A.  At any point in time?
9  Q.  Yes.
10  A.  Yes.
11  Q.  When was that?
12  A.  At the very least, I told them we were
13   testing it.
14  Q.  When was that?
15  A.  In February.
16  Q.  Of what year?
17  A.  2017.
18  Q.  Isn't it correct that Hickey Freeman
19   received samples of the interlining before
20   February 2017?
21  A.  Yes.
22  Q.  And at that point when it received the
23   samples and did the testing, did Hickey --
24  A.  Well, we didn't receive samples in 2017.
25   We were testing the product.

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

---

Page 121

      DIDUCH
1
2  Q.  Correct.  So my question is prior to
3  February 2017, Hickey Freeman received samples of
4  the 630, correct?
5  A.  Yes.
6  Q.  And when it received the samples, it
7  conducted testing on that, correct?
8  A.  Presumably.
9  Q.  Assuming that it did, are you aware of
10  Hickey Freeman telling any defendant that it was
11  performing that testing?
12  A.  I wasn't there at the time.
13  Q.  Are you aware, even though you weren't
14  there, that whether or not any Hickey Freeman
15  employee communicated that to any defendant?
16  A.  It would be safe to assume that if we
17  purchased that, that someone said, yes, it's good.
18  Q.  My question is if you're aware of anybody
19  from Hickey Freeman communicating to any defendant
20  that it was testing the interlining samples of the
21  630?
22      MR. D'ANGELO: Objection, asked and answered,
23  objection to form.
24      THE WITNESS: When we were given a sample to
25  test, we say, yes, we're testing it or, no, we're

---

Page 122

      DIDUCH
1
2  not testing it.  And then if we buy it, it means the
3  test was successful.
4      BY MS. MORGAN:
5  Q.  So is it -- is it fair to say that you
6  don't know specifically if that statement was ever
7  made to any defendant, but you assume that it was?
8      MR. D'ANGELO: Objection to form,
9  mischaracterizes testimony.
10      THE WITNESS: I wasn't there, so I can't say
11  what was said or not.
12      MS. MORGAN: So you don't know, okay.
13      MR. D'ANGELO: Is that a question?
14      MS. MORGAN: No.
15      MR. D'ANGELO: Okay.  It's just a statement.
16      BY MS. MORGAN:
17  Q.  With regards to the 630, at any point in
18  time, did Hickey Freeman ask any other party to
19  perform testing on it?
20      MR. D'ANGELO: Objection.  I'm going to
21  instruct the witness to exclude from his answer
22  any -- anything he may have learned over the course
23  of this case from counsel or any other contents or
24  privileged communications.
25  To the extent you can answer the question

---

Page 123

1  without revealing the contents of privileged
2  communications, you may do so.
3      MR. NIEDERER: Can I just get a clarification
4  on your instruction.  You're talking about any
5  specifically retained experts.  You're not talking
6  about any factual information regarding Veratex or
7  Chargeurs?
8
9      MR. D'ANGELO: Well, the question wasn't about
10  what Chargeurs or Veratex did.  The question was
11  about what Hickey Freeman did.
12      MR. NIEDERER: Right, Hickey Freeman's
13  knowledge regarding testing.
14      MS. MORGAN: Well, it's what Hickey Freeman --
15  whether Hickey Freeman asked another party to
16  perform testing --
17      MR. NIEDERER: Yeah.
18      MS. MORGAN: -- on the interlining.
19      MR. D'ANGELO: Right.
20      MS. MORGAN: And I don't want to know about
21  any work that may or may not be being done by
22  experts being retained in this litigation.
23      MR. D'ANGELO: Outside the context of anything
24  that Hickey Freeman may or may not be doing as part
25  of this litigation, you can testify about any

---

Page 124

1  requests that Hickey Freeman made to any third party
2  to perform testing.
3      THE WITNESS: Yes.
4      BY MS. MORGAN:
5  Q.  What parties or party would be that?
6  A.  Fran Natale.
7  Q.  Anybody else?
8  A.  I think Barry was involved in that
9  conversation, though I remember it was Fran who was
10  going to perform the testing.
11  Q.  Anybody else?
12  A.  Would that include dry cleaners?
13  Q.  Yes, if they were contracted to do testing.
14      MR. D'ANGELO: I guess I'm going to object to
15  vagueness, because it's not clear what you mean by
16  "testing."  I think that's where the witness's
17  confusion stems.
18      BY MS. MORGAN:
19  Q.  If a dry cleaner was -- if Hickey Freeman
20  asked a dry cleaner to perform any testing on the
21  630, then that would fall under that question.
22  A.  The dry cleaner wouldn't have been asked
23  to provide any kind of opinion or result.  They were
24  just asked to dry clean the garment so then we could

---

Page 125

DIDUCH

1   DIDUCH
2   subsequently determine the result.
3   Q.  Do you remember what dry cleaner was used?
4   A.  We used two different dry cleaners in
5   Rochester, and there was a dry cleaner in
6   Little Rock.
7   Q.  The two in Rochester, what were those?
8   A.  I don't recall the names.
9   Q.  When was that testing -- when was that
10  dry cleaning done?
11  A.  It was in the spring of 2017.
12  Q.  Do you remember the name of the one in
13  Little Rock?
14  A.  No.
15  Q.  If you wanted to find out those names,
16  could you do it?
17  A.  Probably.
18  Q.  How would you do that?
19  A.  The dry cleaning that was done in
20  Rochester was performed by Donny Wray and
21  Pranay Shah, and so they would likely remember the
22  names of the dry cleaners.  The one in Little Rock
23  we used on the recommendation of Dillard's, and so I
24  could find out which one it was.
25  Q.  Other than the three dry cleaners,

Page 126

1   DIDUCH
2   Fran Natale and Barry Diamond, did Hickey Freeman
3   ask anybody else to perform any type of testing on
4   the interlining?
5       MR. D'ANGELO:  And the same instruction to the
6   witness to exclude from his answer any testing that
7   may or may not be performed in the context of the
8   litigation.
9       THE WITNESS:  I think that was it.
10      MS. MORGAN:  Did you get that?
11      THE REPORTER:  "I think that was it."
12      BY MS. MORGAN:
13  Q.  Okay.  Did Hickey Freeman ask Chargeurs
14  to do any testing on the interlining?
15      MR. D'ANGELO:  You mean after February 2017?
16      THE WITNESS:  Yes.
17      BY MS. MORGAN:
18  Q.  At any point in time.
19  A.  Yes.
20  Q.  And are you referring to Fran Natale?
21  A.  Yes.
22  Q.  Anybody else other than Fran Natale?
23  A.  No.
24  Q.  The conversation that you testified to
25  earlier that included Barry Diamond, can you tell me

Page 127

1   DIDUCH
2   about that?
3   A.  At that time, they were in our
4   presence -- premises rather, we were trying to
5   determine -- at that point, we really didn't know
6   the cause.  We were trying to determine the cause.
7   We were trying to determine whether peeling would be
8   a sufficient remedy or if after peeling, because the
9   strikeback was so bad, it could re-adhere in
10  subsequent pressings.
11      We were going to perform dry cleaning
12  tests and Fran offered to do some testing.  Knowing
13  that Fran would have access to better dry cleaners
14  and better testing equipment and better testing
15  facilities than we did, I was relying on Fran's
16  advice as to whether this would be an adequate
17  remedy.
18  Q.  The pulling?
19  A.  Yes.
20  Q.  What made you believe that Fran had
21  access to better testing?
22  A.  Fran was in the New York City area where
23  there's lots of dry cleaners and facilities, and if
24  you want to have something tested properly, you can
25  access it here, whereas in Rochester, we don't have

Page 128

1   DIDUCH
2   these things.
3   Q.  And do you know if Mr. Natale, in fact,
4   performed that testing?
5   A.  Yes, he did.
6   Q.  And was that -- were those testing
7   results communicated to you?
8   A.  Yes, they were.
9   Q.  And how were they communicated to you?
10  A.  He called me and said, we did our
11  testing, it's not going to re-adhere after cleaning.
12  Q.  And by "cleaning", do you mean dry
13  cleaning?
14  A.  Dry cleaning.
15  Q.  When was that conversation?
16  A.  Within days of their visit in
17  February 2017.
18  Q.  On that call with Fran Natale, was
19  Barry Diamond also on the phone?
20  A.  No.
21  Q.  Did Fran Natale communicate any other
22  results of his testing?
23  A.  I don't recall.
24  Q.  Other than Fran Natale having access to
25  New York City facilities, is there any other reason

Page 129

DIDUCH

1 DIDUCH
2 why, to use your words, you relied on Mr. Natale's
3 testing?
4 A. Being a representative of a manufacturer
5 of fusible interlining, I figured he'd have a better
6 idea of testing protocols for fusible.
7 Q. Any other reasons?
8 A. No.
9 Q. Did Mr. Natale discuss the way in which
10 he performed any of the testing in New York City?
11 A. I don't recall details of it.
12 Q. Do you know if Veratex performed any
13 testing after their visit in February 2017?
14 A. I don't know.
15 Q. When did Hickey Freeman first learn of
16 the alleged defect that's the subject of the
17 complaint?
18 A. February 20, 2017.
19 Q. How did they learn of the alleged defect?
20 A. We received an e-mail with some photos
21 from our customer.
22 Q. Which customer?
23 A. Ascot Shop.
24 Q. And who received that e-mail?
25 A. I think our account executive

Page 130

1 DIDUCH
2 Michael Delaney received it who would have forwarded
3 it to the Natalie Condon who would have then
4 forwarded it to me.
5 Q. After receipt of that e-mail around
6 February 20, 2017, what did you do when it was
7 forwarded to you?
8 A. I stopped production. We isolated all
9 the rolls of 630. I went into the warehouse to try
10 to find a suit in similar fabric to the fabric that
11 was hanging in the Ascot Shop to determine if I
12 could find strikeback there. I contacted Barry and
13 told them we had a problem. I started a vast series
14 of tests which included testing alternate
15 interlinings. I instructed our purchasing
16 department to order a replacement interlining for at
17 least a week to keep us going so that we could use
18 something other than the 630 while we determined
19 what was going on. That was -- yeah, that was a
20 busy day.
21 Q. Did you do all that in one day, in the
22 same day?
23 A. Yes.
24 Q. Do you remember when you personally
25 received the e-mail about the Ascot Shop?

Page 131

DIDUCH

1 DIDUCH
2 A. I'm fairly certain it was toward noon on
3 the 21st of February.
4 Q. And so you immediately stopped production
5 the same day that you received it?
6 A. Instantly.
7 Q. And what about that e-mail caused you to
8 instantly stop the production?
9 A. There was some terrible bubbles on the
10 front of the coat which appeared to have been the
11 result of a fusible interlining, and we couldn't
12 take the risk of continuing using an interlining if
13 there was a problem, so we had to stop cutting and
14 fusing and using it until we determined what was
15 going on.
16 Q. So by pictures, you mean the e-mail
17 contained photos?
18 A. Yes.
19 Q. Did you contact the Ascot Shop that day?
20 A. Again, our account executive did.
21 Q. That day you stopped production?
22 A. I think he would have contacted them the
23 day before.
24 Q. And did -- was that conversation
25 communicated to you?

Page 132

1 DIDUCH
2 A. The gist of it.
3 Q. What was the gist of it?
4 A. That they had a problem in the store.
5 They didn't want to take them off the floor for too
6 long because they were going to lose some selling
7 time, so they wanted to know what was the problem.
8 Q. And did Hickey Freeman provide an answer?
9 A. I don't remember if we wrote an answer to
10 that specific query.
11 Q. Did Hickey Freeman at any point tell
12 Ascot Shop what the problem was?
13 A. I believe we communicated it to them.
14 Q. When you went and determined -- when you
15 looked at the premises of Hickey Freeman to see if
16 there was a suit that matched the suits at
17 Ascot Shop, did you find any?
18 A. It was my recollection that I did.
19 Q. And what did you do with that find?
20 A. I peeled some of the pocketing that had
21 adhered and was able to determine that it was actual
22 strikeback and not delamination.
23 Q. Did you make that determination based on
24 finding the similar -- the suit that was similar to
25 the Ascot Shop fabric?

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

Page 133

DIDUCH
1
2 A. Yes.
3 Q. And the peeling that you did, how did you
4 know -- how did you get the idea to peel the suit?
5 A. To test whether it was delamination or
6 strikeback, it's easy to sort of take one of the
7 bubbles and you can either separate the fabric from
8 the fusible, in which case it's delamination. I
9 couldn't do that. Instead I was able to determine
10 that the cloth and the fusible together were bonding
11 to the pocketing, which indicated it was strikeback.
12 Q. The peeling method that you used, when
13 did you learn that as a method?
14 A. As a method -- how to peel two pieces of
15 fabric apart?
16 Q. Yes.
17 A. In 1998. I mean, it was --
18 Q. Was it during your time at the university?
19 A. No. It was at either at S. Cohen or
20 previous. Vera showed me.
21 Q. And it was at that point that you
22 determined it was strikeback?
23 A. Yes.
24 Q. And did you confer with anybody about
25 that conclusion that you had?

Page 134

DIDUCH
1
2 A. I notified Barry. I sent him a picture,
3 and he said, no, that's not strikeback. And I
4 responded, yes, it is, get here.
5 Q. Do you know what Barry thought it was, if
6 anything?
7 A. I'm not a mind reader.
8 Q. Did he communicate that to you at all?
9 A. No.
10 Q. Did you share your observation of --
11 excuse me, strike that.
12 Did you share your conclusion of
13 strikeback with anybody at Hickey Freeman at that
14 point?
15 A. Yes.
16 Q. And who did you share that with?
17 A. I would have shared it with Sal; I would
18 have shared it with Roy; I would have shared it with
19 Natalie; I would have shared it with Alan.
20 Q. Did anybody at Hickey Freeman have a
21 different conclusion than you?
22 A. No.
23 Q. Did anyone at Hickey Freeman come to that
24 same conclusion independently?
25 A. They concurred with it. We weren't

Page 135

DIDUCH
1
2 leading parallel investigations, so we didn't have
3 somebody else doing the same thing somewhere else
4 and they also came and said, yes, it's this. I made
5 the initial determination and then people said, yes,
6 you're right, that's what it is.
7 Q. The series of tests that you started to
8 perform after you contacted Barry, what were those?
9 A. Can we get into that after lunch, because
10 it's really lengthy or do I need to answer that now?
11 Q. Oh, let's talk about that. We can go off
12 the record to discuss lunch.
13 (Whereupon, a discussion was had
14 off the record.)
15 (Whereupon, a lunch break was
16 taken from 12:31 p.m. - 1:23 p.m.)
17 (Whereupon, Defendant's
18 Deposition Exhibit Nos. 3 and 4
19 were marked for identification.)
20 BY MS. MORGAN:
21 Q. Mr. Diduch, do you understand that you're
22 still under oath?
23 A. Yes.
24 Q. Previously we were discussing the data
25 sheet from Veratex. Do you recall that?

Page 136

DIDUCH
1
2 A. Yes.
3 Q. If you could take a look at Exhibit 3,
4 this is a data sheet for the 630 by Veratex, and
5 when you've had an opportunity to review, please let
6 me know.
7 A. Yes.
8 Q. So with the subject suits that -- strike
9 that.
10 With the suits that are the subject of
11 the complaint, when they were being manufactured,
12 was Hickey Freeman using the parameters in that data
13 sheet?
14 MR. NIEDERER: Objection to form.
15 THE WITNESS: Yes.
16 BY MS. MORGAN:
17 Q. If Hickey Freeman wanted to check the
18 parameters that were actually used at the time of
19 that manufacturing, could it do so?
20 MR. D'ANGELO: Objection to form. Could it do
21 so now or could it have done so at the time or --
22 MS. MORGAN: Now.
23 THE WITNESS: I think we would have a record
24 of what the parameters were at the time.
25

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

Page 137

1    DIDUCH
2    BY MS. MORGAN:
3  Q.  Okay.  And where -- where is that record?
4  A.  Maintenance would have that if it exists.
5  Q.  To the extent that it exists?
6  A.  If it exists.
7  Q.  And by record, do you mean that
8  maintenance may know the -- wait a minute a
9  moment -- may know the actual temperature, glue line
10  pressure and time that was used during the
11  manufacturing process?
12  A.  Maintenance would know what the machine
13  settings were at the time.
14  Q.  And I apologize to be a little bit
15  particular, but they do -- they would know or you
16  think that they may know?
17  A.  I think that they may know.
18  Q.  And other than maintenance, do you know
19  of any other source to determine if these parameters
20  and the data sheet were used in the manufacturing
21  process?
22  A.  I don't know.
23  Q.  I'm presenting you as well with Exhibit
24  Number 4.  If you could take a look at that.  That
25  is a Chargeurs data sheet of the 3069.  And after

Page 138

1    DIDUCH
2  you've had an opportunity to review it, please let
3  me know.
4  A.  Uh-huh.
5  Q.  Is that a yes?
6  A.  Yes.
7  Q.  Prior to me presenting you with this
8  exhibit, had you seen that data sheet before?
9  A.  Not within the context of our ordinary
10  business.
11  Q.  Aside from any preparation for this
12  deposition and me presenting you with this exhibit,
13  had you seen that data sheet before?
14  A.  No.
15  Q.  You can put those exhibits aside,
16  Mr. Diduch.
17  A.  There may be a test.
18  MR. D'ANGELO: The whole day is a test.
19  BY MS. MORGAN:
20  Q.  Earlier you testified that the time
21  period when Hickey Freeman potentially received
22  samples of the 630 was before your time.  Do you
23  recall that?
24  A.  Yes.
25  Q.  Do you know if, in fact, Hickey Freeman

Page 139

1  did receive samples?
2  MR. D'ANGELO: Objection to form.
3  THE WITNESS: I'm assuming.  Well, we got a
4  piece.  It's not necessarily samples.  Samuelsohn
5  would have sent us a piece of it, yes, to test out.
6  I mean, I suppose how do you define "samples?"
7  BY MS. MORGAN:
8  Q.  Did Veratex provide any samples of the
9  630 prior to Hickey Freeman using the 630?
10  A.  To the best of my knowledge, yes.
11  Q.  And what is your knowledge based on?
12  A.  Conversations with people who were around
13  previous to me.
14  Q.  And which people were those?
15  A.  Maggie, perhaps Paul.
16  Q.  And Maggie, what is Maggie's last name?
17  A.  Leedka (phonetic).
18  Q.  Is Maggie employed by Hickey Freeman?
19  A.  She's employed by Samuelsohn.
20  Q.  And the other individual, can you state
21  their full name?
22  A.  Paul Farrington.
23  Q.  And was he employed by Hickey Freeman at
24  the time of this conversation?

Page 140

1    DIDUCH
2  A.  Perhaps.  He was my predecessor at
3  Hickey Freeman, there was a brief period of overlap,
4  and then he went to Samuelsohn.
5  Q.  Is that where he is currently?
6  A.  Yes.
7  Q.  And is it your understanding that Maggie
8  and Paul discussed with you that Veratex provided
9  samples of the 630 to Hickey Freeman?
10  A.  I don't recall.
11  Q.  So the conversation that you were just
12  testifying about, was that -- that potentially
13  happened or potentially did not?  You're not sure?
14  A.  I don't remember the exact details of the
15  conversation.
16  Q.  Do you remember any details of it?
17  A.  I remember talking about the fact that it
18  had been in use at Samuelsohn previously for quite a
19  bit of time.  I remember Paul talking about using it
20  at Hickey Freeman.  I don't remember a lot more
21  details.
22  Q.  You previously stated that Samuelsohn may
23  have given you a piece of the 630 I believe.  Can
24  you just -- was that a yes?
25  A.  That's correct.

Page 141

```
 1      DIDUCH
 2 Q.  You were nodding, okay.
 3      Can you describe what you were referring
 4 to?
 5 A.  Samuelsohn has in the past given us
 6 pieces of things that they use for us to test out.
 7 Q.  And by "pieces", do you mean pieces of
 8 interlining?
 9 A.  Yes.
10 Q.  Does that include anything else?
11 A.  It could be sleeve heads or shoulder pads
12 or it could be any number of the 80 components that
13 go into a suit.
14 Q.  And do you know if at any point in time
15 Samuelsohn gave Hickey Freeman a piece of the 630?
16 A.  I think they might have.
17 Q.  What is the basis of that belief?
18 A.  It would either have come from Samuelsohn
19 or from Veratex.  Because Samuelsohn was using it,
20 it might have been easier simply to transfer a piece
21 in her company than for us to set up a vendor and
22 purchase it.
23 Q.  Did Samuelsohn recommend to Hickey
24 Freeman to use the 630?
25 A.  I don't know.
```

Page 142

```
 1      DIDUCH
 2      MR. D'ANGELO: Objection to form and asked and
 3 answered.
 4      MR. NIEDERER: Can we go off the record for a
 5 minute?
 6      MS. MORGAN: Yeah.
 7      (Whereupon, a discussion was had
 8      off the record.)
 9      (Whereupon, the record was read
10      as requested.)
11      BY MS. MORGAN:
12 Q.  Mr. Diduch, previously when you were
13 talking about samples being provided to Hickey
14 Freeman, whether it came from Samuelsohn or Veratex,
15 was that a supposition or was that based on actual
16 knowledge?
17      MR. D'ANGELO: Objection to form.
18      THE WITNESS: What was what based on
19 supposition?
20      BY MS. MORGAN:
21 Q.  That Hickey Freeman at one point received
22 samples of the 630 from either Veratex or
23 Samuelsohn?
24 A.  It's a reasonable supposition.  We don't
25 adopt a product without getting a sample of it and
```

Page 143

```
 1      DIDUCH
 2 testing it.
 3 Q.  Did Hickey Freeman at any point tell
 4 Samuelsohn that it was performing testing on any
 5 samples of the 630 to ensure that there would be no
 6 strikeback?
 7      MR. D'ANGELO: Objection.
 8      THE WITNESS: Prior to my arrival, I don't know.
 9      BY MS. MORGAN:
10 Q.  And to your knowledge, is the -- any
11 testing that was performed on any samples done prior
12 to your arrival?
13 A.  Say it again.
14 Q.  Was any testing done on samples of the
15 630 done prior to your arrival?
16      MR. D'ANGELO: Just note my objection to the
17 term "sample" as being vague.
18      THE WITNESS: I would assume so.
19      BY MS. MORGAN:
20 Q.  Earlier you testified to a series of
21 events that you did after receiving an e-mail from
22 Ascot Shop.  Do you recall that?
23 A.  Yes.  Yes.
24 Q.  You mentioned that you started a series
25 of tests.  Do you recall that?
```

Page 144

```
 1      DIDUCH
 2 A.  Yes.  Yes.
 3 Q.  Can you describe to me those tests that
 4 you initiated.
 5 A.  Yes, they were a rather elaborate set of
 6 tests to attempt to identify and isolate variables
 7 such as the different materials, the different
 8 interlinings, the different components that might
 9 have come into contact, the different machines, the
10 different operations.  The initial challenge in
11 performing adequate testing was that when I went to
12 look for what would serve as a control piece,
13 meaning a piece of interlining that we had used
14 previously and had no problem with, when I selected
15 a roll that was marked as being 630, I looked at the
16 back of it and the dot pattern was very different
17 from the problematic rolls.  And I asked Barry about
18 it and he says, well, the rainbow design is the
19 proprietary dot pattern of Chargeurs, and so I
20 assumed we must have mislabeled the other roll
21 because the dot pattern was completely different.
22      So I started trying to do testing without
23 a proper control piece.  I had some two or three
24 samples from competitors of the same weight that I
25 used to test the fusing machine to see how they
```

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

Page 145

DIDUCH

1 DIDUCH
2 would each react and then use those three pieces at
3 each pressing machine to see if I could determine
4 whether strikeback was a result more of the actual
5 interlining or if it was to do with one of the
6 machines.
7 I was able to show that the Chargeurs
8 interlining was failing after certain operations
9 where the competitor's interlining was not. This
10 was a part of my process in selecting an alternate
11 interlining because when we stopped production, I
12 couldn't send 300 people home for a week. We needed
13 to figure out how to keep running, but we couldn't
14 keep running with the 630. So I needed to determine
15 whether these alternate fusibles would fail under
16 these normal circumstances.
17 Normally I would like to make a garment
18 rather than just testing swatches, but that would
19 have taken at least a week and we didn't have that
20 time. But since it was very clear in that initial
21 testing that the Chargeurs fusible was failing where
22 the others were still performing, I felt comfortable
23 in making a selection of a competitor product.
24 I then did some testing where I tested
25 the pocketing that we used in those suits versus

Page 146

1 DIDUCH
2 different kinds of pocketing of different qualities
3 to see if perhaps there was some kind of chemical
4 reaction happening between them. I tested the
5 canvas and different kinds of canvas in pressing
6 against it. What else did I do?
7 I was testing every single roll of the
8 Chargeurs product to see if there was certain rolls
9 that might behave differently than others. It was
10 difficult to measure the amount of strikeback. It
11 seemed just from observing that certain ones were
12 maybe slightly better or worse than others, but it
13 was not clear that there were certain rolls that
14 clearly failed and others didn't.
15 What else did I do? I'm drawing a blank
16 now. So that's maybe sort of it. I may remember
17 something later.
18 Q. Okay. Would the control piece that you
19 referenced, what did the pattern look like to you if
20 you recall?
21 A. The actual dot seemed smaller and it
22 seemed more of a random scatter pattern than the
23 very distinct rainbow pattern. I thought it was
24 another thing entirely, another quality of fusible
25 from somebody else that we had just mislabeled.

Page 147

1 DIDUCH
2 MR. NIEDERER: Can you read back that
3 response. I don't need the question, just the
4 response.
5 (Whereupon, the record was read
6 as requested.)
7 BY MS. MORGAN:
8 Q. You referenced a phone call with
9 Barry Diamond; is that correct?
10 A. Yes.
11 Q. Can you tell me about that conversation.
12 A. I don't remember much other than him
13 telling me that the rainbow pattern was a
14 proprietary pattern to Chargeurs, which led me to
15 think that this other piece could not, therefore, be
16 Chargeurs.
17 Q. Did Barry tell you anything to the extent
18 that the product was mislabeled?
19 A. No.
20 Q. When you discussed with Mr. Diamond
21 about -- strike that.
22 Did you tell Mr. Diamond that you saw a
23 random pattern?
24 MR. D'ANGELO: Objection.
25 THE WITNESS: I don't recall.

Page 148

1 DIDUCH
2 BY MS. MORGAN:
3 Q. Did you discuss with Mr. Diamond any
4 thoughts that the interlining may be mislabeled?
5 A. I don't recall whether I mentioned it.
6 I think I just asked him about the pattern, but I
7 don't remember precisely.
8 Q. And did you end up using that control
9 piece in any testing?
10 A. No.
11 Q. When you tested every other roll of the
12 Chargeurs product, what -- did that product have the
13 random pattern as well or a rainbow pattern or some
14 other pattern?
15 A. They had the rainbow pattern.
16 MR. D'ANGELO: Can you read back the answer
17 and the question, please, Karen.
18 (Whereupon, the record was read
19 as requested.)
20 BY MS. MORGAN:
21 Q. Does Hickey Freeman still have that
22 control piece?
23 A. I don't know.
24 Q. And what was that? It was a prior stock
25 or what was the control piece?

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

Page 149

DIDUCH

1    DIDUCH
2  A.  When fusible comes into the house, the
3  rolls are in plastic bags and there's a sticker on
4  the plastic bag which has the roll number and the
5  article number.  When we open the roll, we take the
6  sticker off and we put it inside the end of the roll
7  or sometimes we write a number on the roll.  All I
8  had on this roll which was labeled with 630 was that
9  we thought it was 630, but I had no way of knowing
10  for sure that this actually was 630, so I discounted
11  it thinking when I saw the difference in the
12  patterns, I said this can't possibly be 630, we must
13  have put the wrong ticket into the roll.
14  Q.  Was it just one roll that had that other
15  pattern?
16  A.  At the time.
17  Q.  Later did you find other rolls that were
18  labeled 630 and didn't have the rainbow pattern that
19  you discussed?
20  A.  There may have been a couple, but if it
21  wasn't specifically labeled like attached to the
22  roll, I didn't spend too much time looking at it
23  because I wasn't sure -- I couldn't be sure it was it.
24  Q.  And when you mean attached to the roll,
25  do you mean the article number affixed to the roll

Page 150

1    DIDUCH
2  with some kind of adhesive?
3  A.  That's correct.
4  Q.  The alternate fusibles that you used
5  without the control piece, what were those?
6  A.  They were also 34-gram skin fusibles from
7  competitors.
8  Q.  Which ones?
9  A.  Freudenberg and Kufner.
10  Q.  And is it correct that you also used a
11  Chargeurs interlining with the rainbow pattern that
12  you found; is that right?
13  A.  That was the 630.
14  Q.  Yes.  So you located -- you put the
15  control piece -- the interlining with the roll that
16  had the scattered pattern and you located a roll
17  that was labeled 630 that appeared to have the
18  rainbow pattern?
19  A.  That's correct.
20  Q.  And you used that with these two
21  competitor interlinings; is that correct?
22  A.  That's correct.
23  Q.  And can you tell me how you conducted
24  that test?
25  A.  I ran in through the fusing machine, so I

Page 151

1    DIDUCH
2  looked at the bond strength, and then I ran them
3  through a series of underpressing operations to
4  simulate the production of a coat.
5  Q.  Did you do anything else?
6  A.  No.
7  Q.  Was that videotaped?
8  A.  Not the process.
9  Q.  Well, was any part of it videotaped?
10  A.  The result of one of them.
11  Q.  Who videotaped it?
12  A.  I did.
13  Q.  You said "the result of one of them"?
14  A.  Yes.
15  Q.  And can you describe what you mean by
16  that.
17  A.  I didn't videotape the process of testing
18  it, but when it came off of one of the pressing
19  operations, I had somebody holding my phone filming
20  where I lifted the pocketing off of a competitor
21  product and it lifted right off, and then I picked
22  up the Chargeurs product and the pocketing was
23  adhering.  Do you remember which competitor product
24  was videoed?

Page 152

1    DIDUCH
2  A.  It was a BVM40 from Freudenberg.
3  Q.  What about the Kufner?
4  A.  I don't remember the article numbers.
5  Q.  Did -- was that -- was the result of the
6  Kufner test recorded?
7  A.  No.
8  Q.  Why not?
9  A.  I just had one swatch that I had where I
10  was trying to communicate to Barry that under these
11  machine settings, one of them clearly fails and one
12  of them clearly is performing correctly.
13  Q.  I guess my question is -- let me rephrase
14  it -- if you recorded the results of the
15  Chargeurs -- the test with the Chargeurs interlining
16  and the recorded results of the interlining with
17  the Freudenberg, why did you not record the results
18  with the Kufner?
19  A.  My interest was just to show that I have
20  two different products of the same weight side by
21  side and here's a side by side comparison.  I didn't
22  do three different video recordings.  I just said
23  here's two products and the Freudenberg was the one
24  I preferred out of all of them and I said look at
25  how these work.

Page 153

1      DIDUCH
2   Q.  Do you remember the results of the test
3   with Kufner?
4   A.  Yes.
5   Q.  And can you describe those results?
6   A.  It performed properly.
7   Q.  Was anybody with you while you were doing
8   those tests?
9   A.  Somebody would have been holding my phone
10   to look at the results.  I don't remember who that
11   was.
12   Q.  You said you preferred the Freudenberg.
13   Why is that?
14   A.  I preferred the hand of it -- the hand
15   feel.
16   Q.  Over the hand feel of the Kufner?
17   A.  That's correct.
18   Q.  What did the Kufner feel like?
19   A.  It just didn't appeal to me as much as
20   the Freudenberg did.
21   Q.  Did it feel rough or grainy?
22   A.  No.
23   Q.  And how did the Chargeurs interlining
24   perform?
25   A.  It struck back.

Page 154

1      DIDUCH
2   Q.  After that one test with the two
3   competitors, did you do another test with
4   competitors?
5   A.  Not different competitors products.
6   Q.  Did you run the same test with
7   Freudenberg and Kufner again?
8      MR. D'ANGELO: After the first time?
9      MS. MORGAN: Correct.
10      THE WITNESS: I think the first time I ran
11   them, just the underpressing operations, and then I
12   did them again and I took them through the final
13   pressing operations as well.
14      BY MS. MORGAN:
15   Q.  Did you record the final pressing
16   operation?
17   A.  No.
18   Q.  Why not?
19   A.  I didn't feel the need to.
20   Q.  And was anybody with you while you were
21   doing the testing with the final pressing with the
22   competitors?
23   A.  I don't think so.
24   Q.  The individual who was holding your phone
25   at the underpressing, do you recall if they were

Page 155

1      DIDUCH
2   with you at the final pressing?
3   A.  No, I don't think so.
4   Q.  Do you know if anybody else at
5   Hickey Freeman performed any testing with
6   competitors?
7   A.  I don't think so.
8   Q.  You mentioned that for the video
9   recording that you did, that you wanted to show
10   Barry or you testified to something to that effect.
11   Did you share that recording with Barry Diamond?
12   A.  Yes, I'm fairly certain I did.
13   Q.  And when did you do that?
14   A.  I don't remember the date.
15   Q.  How did you share it with him?
16   A.  I think I e-mailed it to him.
17   Q.  And did Mr. Diamond respond at all?
18   A.  I don't remember.
19   Q.  Aside from Barry Diamond, did you talk to
20   anybody else at Veratex during this investigation
21   stage in approximately after February 2017?
22      MR. D'ANGELO: Just note my objection to form.
23      THE WITNESS: No.
24      BY MS. MORGAN:
25   Q.  Given you had three different articles of

Page 156

1      DIDUCH
2   interlining that you were testing, what were the
3   specifications that were used at the time of the
4   testing?
5   A.  What were what specifications?
6   Q.  I mean what were the temperature
7   parameters?  What were the pressure parameters?
8   Things of that nature.
9   A.  We didn't change any of the parameters on
10   that fusing machines.
11   Q.  Can you tell me what the -- what you
12   believe the parameters were at that time?
13      MR. D'ANGELO: Objection.
14      THE WITNESS: I don't recall well enough to say.
15      BY MS. MORGAN:
16   Q.  Did you record the parameters of that
17   testing at the time?
18   A.  I did not.
19   Q.  Did somebody else?
20   A.  I would doubt it.
21   Q.  Do you remember any -- anything -- any
22   part of the article of the Kufner, maybe just the
23   number or the letters associated with the article
24   reference?
25   A.  No.

Page 157

1     DIDUCH
2  Q.  Which -- strike that.
3     Did you end up selecting either the
4  Freudenberg or the Kufner that you used in that
5  testing as the, we'll call it, the replacement
6  interlining after you stopped the production with
7  the 630?
8  A.  Yes.
9  Q.  Which one?
10 A.  BVM40.
11 Q.  How long did Hickey Freeman use the BVM40?
12 A.  We still do.
13 Q.  Does Hickey Freeman use the 630 at all
14 today?
15 A.  No.
16 Q.  After February 2017 when you stopped the
17 production with the 630, did Hickey Freeman use the
18 630 after any point in time following that?
19 A.  No.
20 Q.  After February 2017, does Hickey Freeman
21 still -- does Hickey Freeman purchase any
22 interlining from Veratex?
23 A.  We may purchase a small part fusible.
24 I'm not sure.
25 Q.  Does that -- do you recall the article

Page 158

1     DIDUCH
2  number for that small part?
3  A.  No.
4  Q.  Aside from the 630, prior to
5  February 2017, was Hickey Freeman purchasing other
6  articles from Veratex?
7  A.  I don't know.
8  Q.  Aside from the 630, had Hickey Freeman
9  had any other problems with interlining purchased
10 from Veratex?
11 A.  State again.
12 Q.  Aside from the 630, has Hickey Freeman
13 ever had any other problems with interlining
14 purchased from Veratex?
15 A.  No, not to my knowledge.
16 Q.  Aside from the 630, which is manufactured
17 by Chargeurs, is there any other time in which
18 Hickey Freeman has had a problem with an interlining
19 article manufactured by any of the Chargeurs
20 entities?
21    MR. D'ANGELO: Objection to form.
22    THE WITNESS: Not to my knowledge.
23    BY MS. MORGAN:
24 Q.  The testing with pocketing, can you
25 describe that testing that was performed.

Page 159

1     DIDUCH
2  A.  I laid a piece of fabric which had
3  fusible adhered to it on an underpressing machine
4  and I laid a folded piece of pocketing to simulate
5  the pocket bag on it, because at that point in
6  production, the coat would have had a pocket bag
7  attached to it, so this would accurately represent
8  the pressure and the thickness of a coat at that
9  stage in production.
10 Q.  And what were the results of the testing?
11 A.  The Chargeurs product stuck to the pocket.
12 Q.  Was that testing recorded?
13    MR. D'ANGELO: Objection to form.
14    THE WITNESS: Not the test itself, but the
15 result.
16    BY MS. MORGAN:
17 Q.  Where was the result recorded?
18 A.  On a video.
19 Q.  Was somebody with you while you were
20 performing that test?
21    MR. D'ANGELO: Objection to form.
22    THE WITNESS: We've gone through this already.
23    MR. D'ANGELO: Asked and answered.
24    BY MS. MORGAN:
25 Q.  Is that the person that you can't identify?

Page 160

1     DIDUCH
2  A.  Somebody was holding my phone to film that.
3  Q.  And the canvas that you tested, can you
4  describe that?
5  A.  It's a wool canvas product that we use as
6  a basis of the foundation of our coat.
7  Q.  What was the testing that you did?
8  A.  Similarly to the pocketing, I placed a
9  piece of canvas over the layers of fabric to
10 simulate how the garment would be in production in
11 the machine.
12 Q.  And what were the results of that test?
13 A.  It didn't change.
14 Q.  Do you believe that -- excuse me.  Does
15 Hickey Freeman believe that the Chargeurs
16 interlining, the 3069, or as labeled by Veratex the
17 630 is defective?
18 A.  I believe it changed and the change
19 format of it did not function the way it's supposed
20 to.
21 Q.  What do you -- and I'm asking for
22 Hickey Freeman's position on that question.  Was
23 that Hickey Freeman's answer or your own belief?
24    MR. D'ANGELO: Objection.
25    THE WITNESS: I'm not sure how I would

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

---

Page 161

DIDUCH

1  DIDUCH
2  distinguish between the two.
3  BY MS. MORGAN:
4  Q.  Well, for example, you as Mr. Diduch
5  could hold an opinion that Hickey Freeman doesn't
6  agree with and Hickey Freeman may have some other
7  opinion.
8  A.  Who or what is Hickey Freeman?
9  Q.  So today you're testifying on behalf of
10  Hickey Freeman.  Do you understand that?
11  A.  Yes.
12  Q.  And it's also your personal testimony.
13  Do you understand that?
14  A.  Yes.
15  Q.  So what I'm asking is Hickey Freeman's
16  position on whether the Chargeurs interlining is
17  defective or not?
18  A.  Our position is that we did extensive
19  production on a product that was labeled as a 630
20  and it functioned correctly.  At some point, there
21  was a change made to the product that was still
22  labeled as a 630.  This change was not communicated
23  to Hickey Freeman, and this happened to coincide
24  with the timing of a failure of the product.
25  Q.  Do you know what the change was?

---

Page 162

1  DIDUCH
2  A.  The resin clearly changed.
3  Q.  What do you think changed about the resin?
4  A.  The transfer pattern and it seems the
5  size of the dots themselves had changed.
6  Q.  Anything else?
7  A.  Not that I know of.
8  Q.  Did you -- did you measure the dots that
9  you saw on the control piece?
10  A.  No.
11  Q.  Is your -- what is the basis of the
12  conclusion that the size of the dots changed?
13  A.  Maggie recently found a sample from we
14  think is 2012 that was labeled as a 630 and it looks
15  similar to the piece that I had originally thought
16  was a control piece and I compared it under a loop
17  to what had been shipped to us as 630 and looked at
18  the dot patterns, and the pattern on the sample that
19  she sent to us looked like the original random
20  scatter with the smaller dot.
21  Q.  In the 2012 sample that Maggie had, that
22  was a 630 interlining?
23  A.  It was labeled as 630.
24  Q.  Did the 2012 piece that Maggie located,
25  did that have the similar pattern that the control

---

Page 163

1  DIDUCH
2  piece had at Hickey Freeman?
3  A.  Yes.
4  Q.  Does Hickey Freeman have the 2012 sample
5  from Maggie in its possession?
6  A.  Somewhere.
7  Q.  At the plant?
8  A.  I think so.
9  Q.  What makes you believe that it's at the
10  plant?
11  A.  It came to me at the plant last week.
12  I don't remember exactly what we did with it.
13  Q.  Do you mean through the mail?
14  A.  No.  I think Alan brought it.
15  Q.  Do you know how much quantity-wise --
16  A.  It's about, --
17  Q.  -- Alan brought?
18  A.  -- I would say, no more than six square
19  inches.
20  Q.  Aside from what you believe Alan brought,
21  are you aware of Hickey Freeman having any other
22  quantity of the 2012 sample from Maggie?
23  A.  No.
24  Q.  Or anybody else at Samuelsohn?
25  A.  No, I don't think so.

---

Page 164

1  DIDUCH
2  Q.  And did you say that you don't know what
3  you did with it or --
4  A.  I don't remember if I gave it to somebody
5  or if it's still in my office or if I have it in my
6  suitcase.
7  Q.  I'm not interested in anything that has
8  to do with your litigation purposes, but do you know
9  why Alan brought the six square inches to you?
10  A.  I asked him to.
11  Q.  Why did you ask him to?
12  A.  I wanted --
13  MR. D'ANGELO:  Again, just in the context of
14  giving your answer, if anything was discussed with
15  counsel, I'd ask you not to reveal the contents of
16  those conversations or any conversations you had as
17  a result of conversations with counsel.
18  THE WITNESS:  What conversations were not the
19  result of conversations with counsel?
20  MR. D'ANGELO:  Then if you're not able to
21  answer the question without referencing that, then
22  you can't answer the question, which is fine.
23  THE WITNESS:  Remembering that I had perceived
24  the difference between what I thought was 630 and
25  what was actually labeled as 630 and knowing there

---

---

Page 165

DIDUCH

1  DIDUCH
2  was a visible difference between the two, I wanted
3  him to bring the piece so I could look at it and say
4  does this look like what I remember as being what we
5  thought was 630 but then was potentially not, and is
6  there a visible difference in the resin pattern
7  between the sample that Maggie had and what we had
8  been delivered as 630.
9      MS. MORGAN:  Can you read that answer back,
10 please.
11     (Whereupon, the record was read
12     as requested.)
13     BY MS. MORGAN:
14 Q.  So for the -- did you believe that the
15 2012 sample might look like the control piece you
16 had looked at after February 2017?
17 A.  Yes.
18 Q.  And when you looked at it, what did you
19 think?
20 A.  **They were very, very different.  The**
21 **resin patterns were very different between the piece**
22 **she had from 2012 and what we had been delivered in**
23 **February of 2017.**
24 Q.  Did you discuss that thought with Maggie?
25     **MR. D'ANGELO:** Objection to form.

---

Page 166

1  DIDUCH
2  **THE WITNESS:** I don't think so, no.
3  **BY MS. MORGAN:**
4  Q.  Is Samuelsohn using the 630 currently?
5  A.  No.
6  Q.  Do you know when they stopped using the
7  630?
8  A.  No.
9  Q.  Aside from the resin change that you
10 described, is there any other way in which you think
11 the interlining may have changed?
12 A.  **The only other change possible would be a**
13 **change to the substrate, but it doesn't look to the**
14 **naked eye that that was changed.**
15     **MR. NIEDERER:** Whenever you have time for a
16 short break.
17     **MS. MORGAN:** That's fine.  Right now.
18     (Whereupon, a short break was
19     taken.)
20     **BY MS. MORGAN:**
21 Q.  Mr. Diduch, do you understand that you're
22 still under oath?
23 A.  **Yes.**
24 Q.  The sample -- strike that.
25     The six-by-six square inch that you

---

Page 167

1  DIDUCH
2  mentioned that Alan Abramowicz brought to you in the
3  past week, can you describe to me what it looks like
4  that he brought you and the quantity to the best of
5  your knowledge.
6  A.  **It's not six-by-six.  It's probably**
7  **two-by-three.  There's -- it's my recollection**
8  **there's a piece of white and a piece of black and**
9  **they're stuck to a piece of paper, and the label**
10 **that would have come off the roll that that**
11 **represented is on the paper.**
12 Q.  And do you know if Maggie has more than
13 that amount?
14 A.  **I don't think so.**
15 Q.  What about anybody else at Hickey Freeman?
16 A.  **No.**
17     MS. MORGAN:  Okay.  So to the extent that that
18 piece can be located, Frank, we call for production
19 of that and a sample of that to the extent it can be
20 given.
21     MR. D'ANGELO:  Yeah, it'll be subject to the
22 same testing protocols that we've been working on
23 with respect to other materials that we've been
24 exchanging, but we'll discuss it offline.
25

---

Page 168

1  DIDUCH
2  **BY MS. MORGAN:**
3  Q.  Did Alan Abramowicz bring you anything
4  else from Maggie that's related to that?
5  A.  **No.**
6  Q.  Aside from Mr. Diamond as you testified
7  stating to you that there's a rainbow pattern that's
8  associated with Chargeurs's interlining, did you
9  take -- did you undertake any investigation to
10 determine if any other type of interlining had that
11 kind of rainbow pattern?
12 A.  **No.**
13 Q.  And the change to the substrate, the
14 other possibility, can you describe to me if that
15 had occurred, what it would have looked like?
16 A.  **There could have been a different number**
17 **of yarns per inch in either the warp or the weft.**
18 Q.  Any other description for that?
19 A.  **There could have been a visual difference**
20 **to the quality of the yarn used to weave it.**
21 Q.  Is a change to a substrate something that
22 can be seen with the naked eye?
23 A.  **Sometimes.**
24 Q.  And when it's not, what kind of testing,
25 if any, can be performed to see if the substrate is

---

Page 169

```
 1      DIDUCH
 2   changed?
 3   A.  I'm not aware of the actual tests.  I
 4   know it can be done, but I don't know the details of
 5   the tests.
 6   Q.  How do you know it can be done?
 7   A.  Because it's not unusual to send textiles
 8   out for testing which includes studying the yarn,
 9   the weight, the composition.
10   Q.  Has Hickey Freeman ever done that before?
11   A.  Not that test.
12   Q.  Did Hickey Freeman communicate the
13   concept that the interlining had changed to anybody
14   at Chargeurs?  And by Chargeurs, I mean, LP, Inc.,
15   Lainiére de Picardie, Wujiang, any of the Chargeurs
16   defendants.
17   A.  I'm not aware of any communication.
18   Q.  Was any other testing -- strike that.
19       Was any testing done to determine if the
20   resin had changed?
21       MR. D'ANGELO: And I'll instruct you,
22   Mr. Diduch, to exclude from your answer anything
23   that Hickey Freeman may or may not be doing in the
24   context of this litigation in connection with
25   counsel.
```

Page 170

```
 1      DIDUCH
 2       THE WITNESS: No.
 3       BY MS. MORGAN:
 4   Q.  Is it possible to have a third party test
 5   whether resin has changed?
 6   A.  Yes.
 7   Q.  And has Hickey Freeman ever -- I don't
 8   want to know about the context of this litigation,
 9   but has Hickey Freeman other than whether they may
10   or may not have done that for this litigation
11   conducted that test?
12   A.  Not to my knowledge.
13   Q.  Have they ever hired a third party to
14   conduct that test?
15       MR. D'ANGELO: Same instruction, Mr. Diduch.
16       THE WITNESS: Not to my knowledge.
17       BY MS. MORGAN:
18   Q.  Do you know if that testing were to be
19   performed, roughly how much it costs?
20   A.  I don't know.
21   Q.  How do you know that that testing can be
22   performed?
23   A.  I was first told about it by Vera many
24   years ago.
25   Q.  What did she tell you about it?
```

Page 171

```
 1      DIDUCH
 2   A.  That there were ways of looking at it
 3   under a microscope or under magnification to look at
 4   the dot, that there are things you could see.
 5   Bob Tomlinson used to talk about it frequently.
 6   Q.  Did you look at the -- any interlining in
 7   the investigation after February 2017 with a
 8   microscope?
 9   A.  No.
10   Q.  And what did Bob Tomlinson used to
11   describe to you concerning resin testing?
12   A.  He would -- he talked about the fact that
13   there were labs that could look at the resins and
14   analyze dot formation and the size and the weight of
15   the dot and look at properties of the dot to see if
16   it was subject to delamination or other things.  He
17   described a new product that they had developed that
18   was proprietary and how it was less susceptible to
19   things like delamination and strikeback.
20   Q.  Did you -- did anybody from Hickey Freeman
21   discuss with Bob Tomlinson the perceived defective
22   interlining?
23   A.  No.
24   Q.  When did you have these conversations
25   about the -- what labs could test with Bob Tomlinson?
```

Page 172

```
 1      DIDUCH
 2   A.  Fifteen years ago, ten years ago.
 3   Q.  And at that time, do you know who
 4   Bob Tomlinson was employed by, if anyone?
 5   A.  I thought it was Chargeurs.
 6   Q.  Is that an assumption?
 7   A.  If he was not employed by Chargeurs, he
 8   was a consultant or some kind of representative for
 9   them.  He was visiting us in some kind of capacity
10   on behalf of Chargeurs.
11   Q.  And at what company was that with when
12   you were visited?
13   A.  He came to me at UTEX and at S. Cohen.
14   I saw him -- I was seeing him not so much anymore,
15   but I used to see him frequently twice a year.
16   Q.  Was there any -- and I don't want to know
17   what you may or may not be doing for this
18   litigation, but was there any testing other than
19   that done with the allegedly defective suits?
20       MR. D'ANGELO: I'm sorry, can I have the
21   question read back, please.
22       (Whereupon, the record was read
23       as requested.)
24       MR. D'ANGELO: I object to form.
25       THE WITNESS: I mentioned the dry cleaning
```

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

Page 173

DIDUCH

1    DIDUCH
2    tests that we performed.  Do we have to go through
3    that again?
4        BY MS. MORGAN:
5    Q.   Aside from the dry cleaning test.
6    A.   We did some attempts to press and
7    separate several times to see if we could
8    definitively determine that pressing and separating
9    could eliminate any future cause of strikeback.
10   That's all that comes to mind now.
11   Q.   Some suits were returned to Hickey Freeman
12   that were allegedly defective; is that correct?
13   A.   Yes.
14   Q.   When those suits were returned, did
15   Hickey Freeman perform any testing on them?
16   A.   Yes.
17   Q.   And is that the press and separate
18   several times testing?
19   A.   Yes.
20   Q.   And what was the purpose of that test?
21   A.   That was to determine whether we -- if we
22   separated them a few times, the strikeback would
23   never reoccur.
24   Q.   Who, if anybody, came up with that method?
25   A.   It was discussed between myself and Roy.

Page 174

DIDUCH

1    DIDUCH
2    I don't remember who else would have been in on the
3    discussion.
4    Q.   And what were your observations after
5    conducting that testing?
6    A.   It seemed that we could get the fusible
7    to a point where it was no longer re-adhering, but
8    the appearance of the suits was not very good
9    anymore because we overpressed it.
10   Q.   What were the parameters of the pressing --
11       MR. D'ANGELO: Objection to form.
12       BY MS. MORGAN:
13   Q.   -- at that testing?
14   A.   We were pressing with manual -- we call
15   them Hoffman presses.  Just press them as hard as
16   possible.  Harder than a dry cleaner would.
17   Q.   Are those hand pressing machines?
18   A.   They're -- sort of.  In the sense that
19   what we call automatic machines have a computer
20   operator and they push a button and they go.  These
21   are pressing machines that look like a clamshell
22   that you close the top, you press a locking
23   mechanism, there's a button for steam, a button for
24   vacuum, so they're not automated, but you don't
25   control the pressure.

Page 175

DIDUCH

1    DIDUCH
2    Q.   And by pressing, is that with your foot
3    that you do it?
4    A.   You use a foot lever to help bring the
5    cover down because it's very heavy, bring it down
6    and another foot lever to lock it.
7    Q.   Were those Hoffman presses specially
8    brought to the plant for these remedial measures
9    with the damaged suits?
10   A.   No.
11   Q.   They already existed at the plant?
12   A.   Yes.
13   Q.   And were these same Hoffman presses used
14   in the manufacturing of the allegedly defective
15   suits?
16   A.   Yes.
17   Q.   And can you describe to me how they were
18   overpressed?
19   A.   Impressions of seam allowances become
20   visible.  A certain amount of shine develops from
21   overpressing.  They looked a bit scorched and they
22   didn't have a fresh, round appearance anymore.  They
23   just looked overpressed.
24   Q.   And is the temperature and steam that
25   were used during the Hoffman presses, were those

Page 176

DIDUCH

1    DIDUCH
2    parameters recorded anywhere?
3    A.   No.
4    Q.   Aside from the press and separate, that
5    was three times, correct?
6    A.   We did a variety of times.  We did three
7    times.  I think we did up to five times.
8    Q.   Aside from that, was anything else done
9    on the suits that had been returned to Hickey
10   Freeman having been allegedly damaged?
11   A.   Done in what sense?
12   Q.   Any other way?  Was anything else done to
13   the allegedly damaged suits other than pressing and
14   separating several times, whether it's three or
15   five?
16       MR. D'ANGELO: Objection to form.
17       THE WITNESS: Are you saying done in terms of
18   testing or anything else at all?
19       BY MS. MORGAN:
20   Q.   Did Hickey Freeman take any other action
21   to attempt to remedy the suits?
22   A.   We took some pants which were pleated and
23   we dismantled the plants and converted them into
24   plain front pants.
25   Q.   Anything other than that?

Page 177

1    DIDUCH
2  A.  I think that was it.
3  Q.  Okay.  When was the first time that a
4  garment had been returned by a customer to the
5  Hickey Freeman plant?
6  A.  Ever?
7  Q.  Related to these allegedly damaged suits.
8  A.  I don't know what date it was.
9  Q.  Do you remember roughly what month?
10  A.  I would have to guess it.
11    MR. D'ANGELO:  Could we go off the record for
12  a second.
13    (Whereupon, a discussion was had
14    off the record.)
15    BY MS. MORGAN:
16  Q.  I don't want you to guess, but do you
17  remember if it was relatively soon after
18  February 2017?
19  A.  I would have to guess.
20  Q.  The testing that happened at Little Rock,
21  when was that conducted?
22  A.  At the end of April.
23  Q.  Where was it in Little Rock?  Was it at
24  Dillard's facility?
25  A.  Dillard's head office is in Little Rock.

Page 178

1    DIDUCH
2  They sent -- they had some garments that they sent
3  out for dry cleaning.
4  Q.  What was the purpose of you being there?
5  A.  We sent garments that we had done our
6  testing of press and peel several times that we
7  thought that this would be an adequate remedy for
8  the problem.  We sent them to Dillard's.  They sent
9  them to their dry cleaner.  When they came back from
10  the dry cleaner, they said we don't like the
11  appearance of these garments, we think the problem
12  has recurred.  And I said, I don't know if I concur
13  with that, but I can't tell unless I'm there, so I
14  will fly down on Monday and we'll look at this
15  together.
16  Q.  When the suits were returned to Dillard's
17  having been pressed and pulled by Hickey Freeman,
18  did Dillard's agree with the appearance of them upon
19  arrival of being shipped to them?
20  A.  My recollection was that they looked
21  okay-ish.  There were some packing rumples, but they
22  weren't terrible.
23  Q.  What does packing rumples mean?
24  A.  When you're shipping a garment in a box,
25  the box can be lying flat or upside down and those

Page 179

1    DIDUCH
2  things can get crinkled a little bit.
3  Q.  When you stated earlier you didn't know
4  if the suits were okay or not and you wanted to fly
5  down there, was that based on visually looking at
6  the suits through photographs or some other basis?
7  A.  They sent us photographs.
8  Q.  And when you flew down there, what was
9  your role?
10  A.  I was going to go see, as the most
11  technical person in the company, to go and address
12  this and look at it with them and determine was this
13  actually strikeback that was recurring because we
14  were still trying to work out a way that we could
15  repair these garments for them and they were not
16  satisfied with the result.
17  Q.  Were the suits that were ultimately
18  returned back to Dillard's, did Hickey Freeman dry
19  clean them before sending them to Dillard's?
20  A.  We did not dry clean them.
21  Q.  When you were on site in Little Rock, did
22  you visit physically the dry cleaners?
23  A.  Yes, I did.
24  Q.  And that's the vendor you don't recall
25  the name of; is that right?

Page 180

1    DIDUCH
2  A.  That's correct.
3  Q.  Sitting here now do you recall the name?
4  A.  No.
5  Q.  Did you actually observe the dry cleaning
6  process?
7  A.  I did not observe the dry cleaning
8  process.  I observed the pressing process.
9  Q.  And did you have an opinion as to the
10  pressing that was done by this particular dry
11  cleaning?
12  A.  Yes.
13  Q.  What's your opinion?
14  A.  I thought it was terrible.
15  Q.  Why was it terrible?
16  A.  It was done in a way that would cause
17  rumples and wrinkles to the garment and remove the
18  shape that we built into it.
19  Q.  And could you tell that by -- did you
20  watch as the dry cleaner actually pressed suits?
21  A.  Yes.
22  Q.  And could you tell that it was terrible
23  by just looking and it being performed?
24  A.  Yes.
25  Q.  And did you say something to the person

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

---

Page 181

1      DIDUCH
2  or persons that were dry cleaning it?
3  A.  No.
4  Q.  Did you record your observations in any
5  way?
6  A.  I recorded them pressing.
7  Q.  With your phone?
8  A.  Yes.
9  Q.  Do you still have that video?
10  A.  Yes.
11      MS. MORGAN: Frank, we call for the production
12  of that video.
13      MR. D'ANGELO: Okay.  Put it in writing.
14  We'll take it under advisement.
15      MR. NIEDERER: We join in that request.
16      MR. D'ANGELO: Same response.
17      BY MS. MORGAN:
18  Q.  Did the dry cleaners know that you were
19  from Hickey Freeman?
20  A.  Yes.
21  Q.  And did you have any discussions with
22  them when you were observing the pressing?
23  A.  No.
24  Q.  How many people were pressing the suits?
25  A.  There was one person who was pressing

---

Page 182

1      DIDUCH
2  these suits.
3  Q.  Do you remember that person's name?
4  A.  No.
5  Q.  Even the first name?
6  A.  No, I didn't get it.
7  Q.  While you were at this dry cleaner, did
8  you see any suits that had been sent from Hickey
9  Freeman prior to this dry cleaner pressing them?
10  A.  While I was there?
11  Q.  Yes.
12  A.  No.
13  Q.  Did you ever see any of those suits in
14  person?
15  A.  So while I was -- I had brought suits
16  with me to be cleaned and pressed.
17  Q.  Okay.  Was it Dillard's that contracted
18  with this dry cleaners?
19      MR. D'ANGELO: Let her ask the question.
20      THE WITNESS: I'm sorry, you're done?
21      BY MS. MORGAN:
22  Q.  Yeah.
23  A.  Okay.  Dillard's had originally sent the
24  garments out to that cleaner.  They said this is the
25  best cleaner in town, so we sent out these garments

---

Page 183

1      DIDUCH
2  that you allegedly fixed and we sent it to the
3  cleaner and it came back and we didn't like the
4  appearance.
5  Q.  So then you flew down to Little Rock with
6  your own sample of suits and had that dry cleaner
7  press them?
8  A.  That's correct.
9  Q.  Did you take any photographs or
10  recordings of the suits as they looked at
11  Hickey Freeman's plant?
12  A.  I don't think so.
13  Q.  And then you packaged these suits and
14  took them on the plane with you?
15  A.  That's correct.
16  Q.  How many suits?
17  A.  I believe it was four.
18  Q.  Did the dry cleaners press all four suits?
19  A.  Yes.
20  Q.  Where are those suits today?
21  A.  I'm not sure.
22  Q.  What happened after the dry cleaners?
23  Did you take back possession of those four suits?
24  A.  Yes.
25  Q.  Did you have any discussion with

---

Page 184

1      DIDUCH
2  Dillard's after that?
3  A.  Yes.
4  Q.  What was that discussion?
5  A.  I was still in Little Rock.  I was about
6  to board a flight back to Rochester.  I called Alan
7  in Budapest and got him on a conference call with
8  the buyer of Dillard's.  Alan was still trying to
9  get them to take the suits or find some way that we
10  could accommodate them, and Charles, the buyer, told
11  him flat out, I just don't want these things, I
12  don't care what you do, I don't want them.
13  Q.  Did -- was there any other -- anything
14  else you wanted to add about that conversation?
15  A.  I mean, that was the gist of the
16  conversation.
17  Q.  I couldn't tell if you were done.
18  A.  No.
19  Q.  Did you ever tell Dillard's, I went to
20  the dry cleaner, I saw him do this terrible pressing
21  job.  Did you describe those observations to
22  Dillard's?
23  A.  Yes.
24  Q.  Who at Dillard's?
25  A.  Charles Hufford.

---

Page 185

1     DIDUCH
2   Q.   And what did you say to Charles Hufford?
3   A.   I told him in probably colorful language
4   that they didn't know how to press.  I may have also
5   sent him the video.
6   Q.   And what was Charles' response, if
7   anything?
8   A.   Just generally he wasn't interested.  He
9   didn't want the suits.
10  Q.   And did you take those four suits back
11  with you when you flew back to Rochester?
12  A.   We got them -- I'm now thinking did I
13  ship them or bring them?  I'm almost positive I
14  carried them back to Rochester with me.
15  Q.   Did Hickey Freeman dry clean any of the
16  allegedly damaged suits with any other vendor other
17  than the one in Little Rock?
18  A.   Yes, we discussed the two dry cleaners in
19  Rochester.
20  Q.   And did those look okay after they were
21  dry cleaned?
22  A.   They looked all right.
23  Q.   How many suits were dry cleaned at the
24  two vendors in Rochester?
25  A.   Two at each.

Page 186

1     DIDUCH
2   Q.   Where are those four suits, if you know,
3   today?
4   A.   I assume we still have them.
5   Q.   Was the work that was done at those two
6   vendors in Rochester, dry cleaning vendors, was that
7   recorded in any way?
8   A.   In what sense?
9   Q.   Video or maybe you wrote some notes about
10  the job that was done?  Anything of that nature.
11  A.   There may have been an e-mail about it.
12  There may have been a photo taken.  I don't recall.
13     MS. MORGAN: We'll put our writing in a
14  written request, but -- our demand in a written
15  request, but we'll call for that as well.
16     MR. D'ANGELO: For the production of what?
17     MS. MORGAN: Of any e-mail or photo
18  referencing the dry cleaning that was done at the
19  two vendors in Rochester and for any sample of those
20  four suits.
21     MR. D'ANGELO: To the extent they exist or the
22  suits can even be ascertained, we'll consider the
23  request if you put it in writing.
24     MR. NIEDERER: I think the suits are part of
25  the requested protocol for production.

Page 187

1     DIDUCH
2     MR. D'ANGELO: I indicated last night via
3   e-mail it wasn't clear what was being asked as part
4   of that item in the production, and you had
5   indicated you wanted to discuss it today, so we can
6   discuss that offline.
7     MR. NIEDERER: Okay.  That's fine.
8     MR. D'ANGELO: It was not clear to me what was
9   being asked for.
10     MR. NIEDERER: All right.
11   BY MS. MORGAN:
12  Q.   Did any other -- at any other time was
13  any other dry cleaner -- strike that.
14     Did any other dry cleaner perform any
15  work on any allegedly damaged suits other than the
16  two in Rochester and the one in Little Rock that you
17  know of?
18  A.   Not to my knowledge.
19  Q.   And when you had the four suits dry
20  cleaned at the two different branches in Rochester,
21  was that pressing and dry cleaning or just pressing?
22  A.   Dry cleaning and pressing.
23  Q.   In the fall of 2016, did Hickey Freeman
24  have any problem with the 630?
25  A.   I observed an occasional visible amount

Page 188

1     DIDUCH
2   of strikeback around the armhole of the coat.
3   Q.   When you say coat, you mean jacket,
4   correct?
5   A.   Yes.
6   Q.   Jacket to a suit, correct?
7   A.   They're used interchangeably.
8   Q.   Just for the record.
9     Let me ask you a different question.
10  Prior to February 2017, had Hickey Freeman
11  experienced any problems with the 630?  Earlier I
12  said the fall of 2016, but it might have been before
13  that.
14     MR. D'ANGELO: Just note my objection to form.
15     THE WITNESS: It was in the fall of that
16  period that I noticed a handful of garments.
17   BY MS. MORGAN:
18  Q.   And what did you notice in the handful of
19  garments?
20  A.   There was a visible amount of strikeback
21  around the armhole.
22  Q.   Anywhere else?
23  A.   No.
24  Q.   And how did you discover those garments?
25  A.   I saw them hanging on the production line.

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

Page 189

1     DIDUCH
2  Q.  Was it through one of your walkthroughs
3  on the floor?
4  A.  Yes.
5  Q.  And did Sal ever notice those armhole --
6  A.  I don't remember --
7  Q.  -- items?
8  A.  -- if he had seen it as well.
9     MR. D'ANGELO:  Just let her get the question
10  out before you respond.
11     BY MS. MORGAN:
12  Q.  Go ahead.
13  A.  I don't remember if he mentioned it
14  independently or if I brought it up with him.  It
15  was just a thing that we had noticed, and so next
16  time I'm talking to Barry, I want to bring it up
17  with him.
18  Q.  So can you describe more what you
19  observed.  You said the armhole area.  What did the
20  armhole area look like?
21  A.  This portion of the cloth (indicating) --
22  Q.  If you can also describe with words.
23  A.  Yeah, I'm trying to -- so roughly two to
24  three inches from the armhole from about two or
25  three inches down from the shoulder seam, down

Page 190

1     DIDUCH
2  several inches down the front.  There is a portion
3  of the cloth that was sticking to the canvas
4  underneath and it was visible from the outside.
5     MR. D'ANGELO:  Let the record reflect the
6  witness is gesturing with his fingers approximately
7  two to three inches apart from the top of his
8  shoulder down to just above the breast pocket on the
9  left side of his armhole -- left armhole.
10     BY MS. MORGAN:
11  Q.  And that was -- it looked, in layman's
12  terms, it was wrinkled and what else?
13  A.  It was very obvious where it was stuck
14  because the rest of the cloth was free to move
15  around, and where it was stuck was visibly obvious
16  that it was stuck.
17  Q.  What season of suits was that noticed in?
18  A.  It could have been late fall or early
19  spring.
20  Q.  And roughly how many suits did you notice
21  that in?
22  A.  I'd say five or six.
23  Q.  And was that through the same walkthrough
24  you found five or six?
25  A.  No.  Over -- I don't remember the time

Page 191

1     DIDUCH
2  frame.  They weren't all at once.  I would walk
3  through and notice a garment, and then a week or two
4  or a month later notice another garment.
5  Q.  Do you remember from when you noticed the
6  first garment to the last the rough time span of
7  that?
8  A.  No.
9  Q.  Can you approximate like two months or
10  more or maybe a month and a half?
11     MR. D'ANGELO:  Objection.
12     THE WITNESS:  I don't have a good enough
13  memory of it.
14     BY MS. MORGAN:
15  Q.  Was any testing done by Hickey Freeman to
16  determine the cause of this armhole damage?
17  A.  No.
18  Q.  Why is that?
19  A.  We couldn't replicate the problem.
20  Q.  So replicating the problem was tried?
21  A.  We didn't have other garments that struck
22  back.  In order to test for something, you need to
23  be able to reproduce the problem.
24  Q.  Was some kind of endeavor performed to
25  determine if the same manufacturing would lead to

Page 192

1     DIDUCH
2  the strikeback in the armhole area?
3     MR. D'ANGELO:  Objection.
4     THE WITNESS:  Say that again.
5     MS. MORGAN:  Can you repeat the question.
6  (Whereupon, the record was read
7  as requested.)
8     THE WITNESS:  Well, insomuch as they were
9  being manufactured the same way and some of them
10  struck back and some of them didn't, there was
11  really little we could do until the next time that
12  we had an example.
13     BY MS. MORGAN:
14  Q.  An example of --
15  A.  Of strikeback.
16  Q.  So when you had -- after you observed the
17  first damage in the armhole area and then you came
18  upon the second suit, did you still have that first
19  suit?
20  A.  No.
21  Q.  After you saw the second suit, did you
22  preserve the second suit?
23  A.  No.
24  Q.  Was there ever a time when you had two
25  damaged suits --

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

---

Page 193

1      DIDUCH
2  A.  No.
3  Q.  -- at the armhole area?
4  A.  No.
5  Q.  Why do you need two damaged suits to do
6  testing?
7  A.  There are a lot of variables involved.
8  If you want to try to determine if it's necessarily
9  the fusible that's bad or if it's a fabric issue,
10  you need two different finishes of fabric.  You may
11  want different styles.  In order to eliminate
12  variables, otherwise if you're just looking at it,
13  it could be any number of things.
14  Q.  So did Hickey Freeman do any testing to
15  determine the cause of that armhole damage?
16      MR. D'ANGELO: Objection, asked and answered.
17      THE WITNESS: No.
18      BY MS. MORGAN:
19  Q.  And what eventually -- strike that.
20      Did the armhole damage eventually stop --
21  A.  Yes.
22  Q.  -- appearing?
23  A.  Yes.
24  Q.  Did you communicate this damage to
25  Barry Diamond?

---

Page 194

1      DIDUCH
2  A.  Yes.
3  Q.  And what did you say to him?
4  A.  I said to him we've had intermittent
5  issues with it.  I think we need to look at it.
6  Q.  How did you tell him this?
7  A.  In an e-mail.
8  Q.  And what was Mr. Diamond's response, if
9  any?
10  A.  That was when he responded with the
11  different parameters from his data sheet.
12  Q.  Did he respond with anything else?
13  A.  He asked if we had been doing anything
14  differently.  He may have asked if I wanted him to
15  come.
16  Q.  And did he say anything else?
17  A.  I don't remember.
18  Q.  Did you accept his invitation to come?
19  A.  No.
20  Q.  Why not?
21  A.  I had nothing to show him.
22  Q.  At that point, you didn't have one
23  damaged suit?
24  A.  No.
25  Q.  Did you throw them away?

---

Page 195

1      DIDUCH
2  A.  No.  They were just -- when we have
3  something like that in production, we peel the issue
4  and let it pass.  We're fulfilling orders.
5  Q.  Did those suits ever get returned that
6  had the armhole damage?
7  A.  No.
8  Q.  Did Hickey Freeman change any of its
9  manufacturing protocols after having seen the
10  armhole damaged suits?
11  A.  No.
12  Q.  What about in its quality control
13  procedures?
14  A.  No.
15  Q.  What about was there any testing done
16  with the 630 interlining following seeing the
17  armhole damaged suits?
18      MR. D'ANGELO: Objection.
19      THE WITNESS: No.
20      MR. D'ANGELO: Just note my objection to form.
21  Jeffery, if you could give me a chance to object
22  before you answer.
23      THE WITNESS: Sorry.
24      BY MS. MORGAN:
25  Q.  Did those suits use the 630?

---

Page 196

1      DIDUCH
2  A.  Yes.
3  Q.  And how do you know?
4  A.  I was told.
5  Q.  By who?
6  A.  Probably Donny Wray.
7  Q.  Who's Donny Wray?
8  A.  He is the person who assigns that
9  interlining.
10  Q.  She's an employee of Hickey Freeman?
11  A.  He is an employee of Hickey Freeman.
12  Q.  Oh, excuse me.
13      Do you remember Donny Wray telling you
14  that or is that an assumption?
15  A.  That's -- I asked Donny about it and he
16  said at that point, he didn't tell me 630.  He said
17  that's the skin fusing from Veratex.
18  Q.  And at that point, was that the only
19  fusible that Hickey Freeman was purchasing from
20  Veratex?
21  A.  I don't know.  Let me rephrase.  That was
22  the only woven fusible we were purchasing from
23  Veratex I think.  It was the only skin fusing we
24  were purchasing from Veratex.
25  Q.  And did you undertake any other actions

---

Page 197

DIDUCH

1    DIDUCH
2   to determine if it was the 630 in those suits?
3  A.  No.
4  Q.  Aside from the testing that was done at
5   Hickey Freeman's plant, the dry cleaner vendors in
6   Rochester, the dry cleaning vendor in Little Rock
7   and any testing that Fran Natale may or may not have
8   done, are you aware of any other testing that's been
9   performed concerning the allegedly damaged suits?
10   And I don't want to know about anything
11   Hickey Freeman's doing or may not be doing for this
12   litigation.
13     MR. D'ANGELO: Note my objection to form.
14   Objection to the characterization of dry cleaning,
15   pressing that's being testing, and I'll instruct the
16   witness to omit from his answer anything that's --
17   anything that may or may not have been done in
18   connection with this litigation in conjunction with
19   counsel.
20     THE WITNESS: No.
21     BY MS. MORGAN:
22  Q.  Did Samuelsohn perform any testing for
23   Hickey Freeman?
24     MR. D'ANGELO: Same instruction and objection.
25     THE WITNESS: No.

Page 198

1    DIDUCH
2     BY MS. MORGAN:
3  Q.  Did any of the defendants in this
4   litigation make any representations as to the
5   interlining to -- as to the 630 or the 3069 to
6   Hickey Freeman?
7     MR. D'ANGELO: Note my objection to this
8   question. This witness has not been designated to
9   speak to this issue.
10     BY MS. MORGAN:
11  Q.  If you personally know.
12  A.  They haven't said anything to me.
13  Q.  Aside from the e-mails you referenced
14   concerning the communications with Barry Diamond
15   about the armhole damaged suits, did you communicate
16   in any other way with Veratex concerning that
17   matter?
18     MR. D'ANGELO: Objection to form. The
19   question's vague.
20     BY MS. MORGAN:
21  Q.  Did you call Barry Diamond or anybody
22   else from Veratex to discuss it?
23     MR. D'ANGELO: Objection, form, vague.
24   Objection as to time frame.
25     THE WITNESS: Can you repeat or rephrase.

Page 199

1    DIDUCH
2     BY MS. MORGAN:
3  Q.  In addition to e-mailing Barry about the
4   armhole damage that you saw in the suits, did you
5   have any other communications with Barry Diamond or
6   anybody else from Veratex?
7     MR. D'ANGELO: Objection to form, vague.
8     THE WITNESS: I may have had a phone call with
9   Barry.
10     BY MS. MORGAN:
11  Q.  And do you remember the sum and substance
12   of that phone conversation?
13  A.  No.
14  Q.  Do you remember when that was?
15  A.  No.
16  Q.  Was it in 2016?
17  A.  Probably.
18  Q.  Is that a guess?
19  A.  It's a guess.
20  Q.  Aside from -- strike that.
21     To your knowledge, what are the potential
22   causes of strikeback?
23  A.  The amount of resin permeates through the
24   substrate.
25  Q.  Aside from potentially defective

Page 200

1    DIDUCH
2   interlining, do you think there can be any other
3   cause of strikeback?
4     MR. D'ANGELO: Objection to form.
5     THE WITNESS: The only time I'd ever seen it
6   before was when two pieces of interlining were put
7   through a fusing machine face-to-face to each other.
8     BY MS. MORGAN:
9  Q.  Aside from what you've seen, maybe you
10   have some knowledge about what could cause
11   strikeback through your education or some other
12   source, but do you have any understanding as to
13   whether or not strikeback can be caused by anything
14   other than defective interlining?
15     MR. D'ANGELO: Objection to form.
16     THE WITNESS: I think it could be done with
17   the incorrect pressing parameters or fusing
18   parameters.
19     BY MS. MORGAN:
20  Q.  Anything else?
21  A.  No.
22  Q.  And do you think incorrect pressing or
23   incorrect fusing parameters led to the loss that
24   Hickey Freeman sustained that's the subject of this
25   complaint?

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

Page 201

1    DIDUCH
2    **MR. D'ANGELO:** Objection.
3    **THE WITNESS:** I do not.
4    **MR. NIEDERER:** Can you read back that last
5    question.  I got the answer.  Just the question.
6    (Whereupon, the record was read
7    as requested.)
8    **BY MS. MORGAN:**
9    Q.  Were you present -- strike that.
10   Was there a time when Barry Diamond and
11   Fran Natale came to the Hickey Freeman plant?
12   **A.  They came at that moment when we called**
13   **them and they were in Europe and they came after**
14   **that.  Barry may have come on another occasion.**
15   Q.  In the time that they came after being in
16   Europe, was that approximately when?
17   **A.  That was the end of February.**
18   Q.  And when they came that day, was it just
19   one day at the plant?
20   **A.  Yeah, I think so.**
21   Q.  And were you with them for the duration
22   of their visit?
23   **A.  If not all of it, then nearly all of it.**
24   Q.  What did you do with them during that day?
25   **A.  We looked at the fusing machines.  We did**

Page 202

1    DIDUCH
2    **some testing of the temperature and the general**
3    **condition of the machines.  We did some testing like**
4    **I had done with the competitor's product on the**
5    **underpressing machines and we went into the shipping**
6    **area.**
7    Q.  The testing that you did with a
8    competitor's product, which competitor was that?
9    **A.  It would have been Freudenberg.**
10   Q.  What did you go into the shipping area
11   for?
12   **A.  We went to go see if we could find some**
13   **garments that were exhibiting strikeback.**
14   Q.  And did you find any?
15   **A.  We found some garments that were struck**
16   **back, but not showing the bubbling.**
17   Q.  How did they look if they were not
18   bubbling to indicate strikeback?
19   **A.  They didn't look bad.  They looked**
20   **normal.  I found there was strikeback because it was**
21   **a similar cloth that we had looked at with the Ascot**
22   **Shop.**
23   Q.  And what kind of cloth was that?
24   **A.  It was a wool cloth.**
25   Q.  So did you believe that the suit had

Page 203

1    DIDUCH
2    strikeback just because it was a wool -- included a
3    wool cloth?
4    **A.  I was able to reach and separate the**
5    **layers and show that they were sticking together.**
6    **At that point, Barry and Fran acknowledged that**
7    **there was strikeback and there was a problem.**
8    Q.  How did they do that?
9    **A.  They said, yes, this is strikeback; yes,**
10   **this is a problem; and Fran said, well, this is what**
11   **we have insurance for.**
12   Q.  Did Barry say that?
13   **A.  Fran said that.**
14   Q.  Did Barry say, yes, this is strikeback?
15   **A.  They both acknowledged that there was**
16   **strikeback.**
17   Q.  Verbally?
18   **A.  Yes.**
19   Q.  And as to the insurance comment, was that
20   exclusively something Fran said?
21   **A.  Yes.**
22   Q.  When did Barry and Fran make the comment
23   that, yes, this is strikeback effectively?
24   **A.  While we were in shipping.**
25   Q.  When you pulled the suit that looked like

Page 204

1    DIDUCH
2    the Ascot fabric?
3    **A.  That's correct.**
4    Q.  And did you observe them pulling it
5    themselves?
6    **A.  I don't recall.**
7    Q.  And did you respond at all to that comment?
8    **A.  I would have responded in the affirmative.**
9    Q.  Would the testing that was done with the
10   Freudenberg, was that on the floor?
11   **A.  Yes.**
12   Q.  And when you were conducting -- were you
13   the one conducting that testing?
14   **A.  Yes.**
15   Q.  And were both Barry and Fran watching you
16   do that testing?
17   **A.  Yes.**
18   Q.  And did they have any impressions that
19   you noticed after the testing was done?
20   **MR. NIEDERER:** Objection to form.
21   **MR. D'ANGELO:** Can I get the question read
22   back, please.
23   **MS. MORGAN:** I can rephrase it.
24   **BY MS. MORGAN:**
25   Q.  After the testing had been done with the

Page 205

DIDUCH

1    DIDUCH
2    Freudenberg, did Barry and Fran say anything about
3    the result of that test?
4    A.  They acknowledged there was visibly a
5    difference between the two.
6    Q.  Do you remember what they said
7    specifically?
8    A.  I don't remember the words that were used.
9    Q.  And is it your recollection that Fran and
10   Barry both said words to that effect?
11   A.  Yes.
12   Q.  At that point, did either Fran or Barry
13   mention anything about strikeback?
14   A.  The fact that there was some present.
15   Q.  At the -- after the testing with the
16   competitor?
17   A.  When we were testing with the competitor,
18   we had one piece of the competitor's and one piece
19   of Chargeurs that we would lay side by side on each
20   machine so that the conditions would be identical.
21   Q.  And do you recall what they said with
22   regard to strikeback?
23   A.  I don't remember the words that were
24   used, no.
25   Q.  But is it your understanding that both

Page 206

1    DIDUCH
2    Fran and Barry indicated that there was strikeback?
3    A.  They both acknowledged the presence of
4    strikeback.
5    Q.  Verbally?
6    A.  Yes.
7    Q.  And aside from the shipping area and the
8    time of the testing with the competitor, was there
9    any other point in time that day that Barry or Fran
10   made any comment concerning strikeback?
11   A.  We would have gone back to my office to
12   discuss our next steps, and they asked for all of
13   the rolls to be packed up and to be sent back to us.
14   They said they would credit us the value of the
15   rolls and that they would do some of their own
16   testing.
17   Q.  Concerning the crediting of the rolls, do
18   you recall who gave you that assertion?
19   A.  Barry.
20   Q.  Did Fran make any comment like that?
21   A.  We didn't buy directly from Fran, so any
22   talk of buying or shipping or anything was done with
23   Barry.
24       MR. NIEDERER:  Yeah, and I don't want to cut
25   you off, just note my objection to the question.

Page 207

1    DIDUCH
2    BY MS. MORGAN:
3    Q.  The meeting in your office where you
4    mentioned that they described further testing, did
5    Barry Diamond describe any testing that he or
6    Veratex would perform?
7        MR. NIEDERER:  Objection to form.
8        THE WITNESS:  I don't recall.
9        BY MS. MORGAN:
10   Q.  And what about with Fran?
11   A.  Fran didn't describe the testing he was
12   going to do, but he said he was going to do testing.
13   Q.  In the --
14   A.  I now remember that we did a sample of
15   every single roll, and one of the two of them left
16   with those samples.  And by sample I mean a piece of
17   fabric and a piece of fusible and a piece of
18   pocketing which went through the fusible -- fusing
19   machine, was then put in an underpressing machine
20   and it had strikeback, and one of the two of them
21   left with all of those samples.
22   Q.  In the -- when you say sample of every
23   roll, every roll of what?
24   A.  Of 630.
25   Q.  Including that control one?

Page 208

1    DIDUCH
2    A.  No.
3    Q.  So was it every roll of 630 that had the
4    630 affixed to the roll inside?
5    A.  That's correct.
6    Q.  When Barry was there that day, did you
7    mention the potential of the control interlining
8    maybe not being a 630?
9    A.  I don't think I mentioned it at all
10   because at that point, I didn't believe it was 630.
11   I thought it was some random other thing that was
12   mislabeled.
13   Q.  Do you remember how many rolls that
14   samples were taken from?  An approximation is okay
15   as well.
16   A.  Twenty-ish.
17   Q.  Twenty?
18   A.  Yeah.  I think it was, like, sixteen
19   black and four white or something to that effect.
20   Q.  And the testing that was done -- I may
21   have asked you this before, but the testing that was
22   done when Fran and Barry were there that day, the
23   parameters of that were not recorded; is that
24   correct?
25       MR. D'ANGELO:  Objection, vague.

Page 209

1     DIDUCH
2     **THE WITNESS:** They were on current production
3  parameters.
4     **BY MS. MORGAN:**
5  Q.  That was after February 2017 when you
6  noticed the strikeback, correct?
7  **A.  Yes.  Yes.**
8  Q.  And did they --
9     **MR. D'ANGELO:** Objection to form.
10     **BY MS. MORGAN:**
11  Q.  Did the parameters change at all from
12  prior to that incident?
13     **MR. D'ANGELO:** Objection.
14     **BY MS. MORGAN:**
15  Q.  For example, the pressure or the
16  temperature settings that the machines were
17  regularly set at?
18     **MR. D'ANGELO:** What time are you asking about?
19  It's not clear what time you're asking about.
20     **BY MS. MORGAN:**
21  Q.  I'm asking about for after February 2017
22  if the parameters that were maintained on the floor
23  changed?
24     **MR. D'ANGELO:** But you understand Barry and
25  Fran visited in February.  You're asking about their

Page 210

1     DIDUCH
2  visit or about --
3     **BY MS. MORGAN:**
4  Q.  No.  I'm asking about after the alleged
5  strikeback was discovered, I think you said it was
6  early February 2017, after that discovery point,
7  were the parameters that were on the production
8  floor changed at all?
9  **A.  No.  Until they came.**
10  Q.  And when they came, how were they changed?
11  **A.  Barry wanted to try changing some of the**
12  **parameters, dwell time, temperature, so on, I don't**
13  **remember exactly what he tried, but they were reset**
14  **to very similar to previous.  There may have been a**
15  **three-degree change in something.  I don't recall.**
16  Q.  Set manually?
17  **A.  Yes.**
18  Q.  By whom?
19  **A.  We had the mechanics with us at one point.**
20  Q.  And did the alterations in the parameters
21  come from Barry's suggestions?
22  **A.  Yes.**
23  Q.  And do you recall what those were?
24  **A.  All I remember is that we tried altering**
25  **the ratio of heat from the top to the bottom.  They**

Page 211

1     **DIDUCH**
2  **were fairly similar I think, and he said what if we**
3  **try reducing the top a whole lot and increasing the**
4  **bottom a whole lot and see what happens.  Other than**
5  **that, I don't remember.**
6  Q.  And did you, in fact, do that?
7  **A.  Yes.**
8  Q.  And was there any difference?
9  **A.  It wasn't something that we needed to**
10  **continue.  There may have been a different, but it**
11  **wasn't something that we said, let's continue with**
12  **this.**
13  Q.  Because the difference wasn't material?
14  **A.  It didn't help anything.  It didn't**
15  **change anything.**
16  Q.  Aside from the one alteration in the
17  parameter as per Barry's suggestion, were there any
18  other changes on that day?
19  **A.  I don't remember.**
20     **MR. D'ANGELO:** Can we go off?
21  (Whereupon, a short break was
22  taken.)
23     **BY MS. MORGAN:**
24  Q.  Mr. Diduch, do you understand that you're
25  still under oath?

Page 212

1     DIDUCH
2  **A.  Yes.**
3  Q.  When you previously testified about the
4  manipulation of the temperature at the site visit
5  day with Barry Diamond and Fran Natale, you
6  referenced roughly three degrees.  Do you recall
7  that?
8  **A.  Yes.**
9  Q.  And that was a three-degree change with
10  what?
11  **A.  I'm not sure I follow you.**
12  Q.  Does that mean that you increased a
13  certain machine with the temperature of three
14  degrees and, if so, what machine?
15  **A.  The fusing machine might have been**
16  **changed, and I don't remember which.  Just that**
17  **number sticks out in my head.**
18  Q.  Oh, the three degrees?
19  **A.  Yes.**
20  Q.  You also previously testified that
21  Mr. Diamond suggested turning the temperature way up
22  or something to that effect.  Would three degrees do
23  that?
24  **A.  No.**
25  Q.  So was it maybe a different number that

Page 213

```
 1      DIDUCH
 2   you don't recall?
 3   A.  Three degrees may be what we left it at
 4   at the end of it.  When he said let's turn it way
 5   up, it would be more like a ten-degree spread
 6   between the top and the bottom.
 7   Q.  After you were done conducting the
 8   testing on the floor with Barry Diamond and
 9   Fran Natale, did you return the machines to the
10   prior settings from before they arrived?
11   A.  They were either returned to the prior
12   settings or there was maybe a three-degree
13   difference between what they were before and what
14   they ended up at.
15   Q.  Is there any reason why they would not
16   have been changed to exactly what they were before?
17   A.  I don't recall.  It's possible at that
18   point.  Because we had changed interlinings, there
19   may have been a little change.
20   Q.  Oh, you mean after you started using --
21   A.  BVM40, sorry.
22   Q.  Yes, I was thinking about the
23   competitor's name.  I know that's the number, but
24   what's -- the Freudenberg?
25   A.  Freudenberg.
```

Page 214

```
 1      DIDUCH
 2   Q.  Did the use of Freudenberg require you to
 3   change your machines by three degrees?
 4      MR. D'ANGELO: Objection.
 5      THE WITNESS: It might have.
 6      BY MS. MORGAN:
 7   Q.  You have no memory of whether it did or
 8   not?
 9   A.  No.
10   Q.  Do you know the -- do you know the
11   recommended temperature in the, you know, the
12   parameters of the data sheet -- let me start over
13   with that.
14      Does the Freudenberg that you use have a
15   data sheet?
16   A.  Yes.
17   Q.  And do you know if the parameters in that
18   data sheet are different than the ones in the 630?
19   A.  To my memory, the parameters are very
20   similar to the Veratex 630 data sheet parameters.
21   Q.  What makes you think that the -- there
22   may have been a three-degree change with the use of
23   the Freudenberg?
24   A.  It's just a number that sticks in my head
25   for some reason, and I could be wrong.
```

Page 215

```
 1      DIDUCH
 2   Q.  Do you remember determining whether any
 3   parameters needed to be changed once you started
 4   using the Freudenberg?
 5   A.  Because it was in such close proximity to
 6   their visit, I can't recall whether it was relative
 7   to Barry or Fran or if it was a suggestion made by
 8   Barry or Fran or I just don't remember.
 9   Q.  And is that difference in degrees, are
10   you referring to the glue line temperature or some
11   other temperature indication?
12   A.  No.  The set temperature on the fusing
13   machine.
14   Q.  Do you know what the set temperature on
15   the fusing machines are today?
16   A.  I believe they're 135 on top, 145 on the
17   bottom.
18   Q.  145 on the bottom?
19   A.  Yes.
20   Q.  Since Hickey Freeman has been using the
21   Freudenberg after February 2017, has Hickey Freeman
22   had any problems with strikeback?
23   A.  No.
24   Q.  Has Hickey Freeman adopted a strikeback
25   test after February 2017?
```

Page 216

```
 1      DIDUCH
 2   A.  Yes.
 3   Q.  And has that testing resulted in finding
 4   any suits with strikeback?
 5   A.  No.
 6   Q.  Or any portion of the garment?
 7   A.  No.
 8   Q.  During the site visit with Fran and
 9   Barry Diamond, you said a mechanic was present?
10   A.  Yes.
11   Q.  Was it just one?
12   A.  I don't remember.
13   Q.  Do you remember the name of any mechanic
14   that was present with Barry and Fran and yourself
15   during the site visit?
16   A.  Probably Mark Corbett would have been
17   there and Nick might have been there.
18   Q.  Is Nick also a mechanic?
19   A.  Yes.
20   Q.  And do you know Nick's last name?
21   A.  I'm blanking on it right now.  It's gone.
22   Q.  Okay.  Do you recall Mark or Nick
23   commenting that day on the status of any of the
24   machines?
25   A.  Yes.
```

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

Page 217

DIDUCH

1  DIDUCH
2  Q.  And what did -- what did either of them
3  say if you recall?
4  A.  There was some discussion about a
5  pressure regulator on one of the machines.
6  Q.  Which machine?
7  A.  The green machine.
8  Q.  Does it have a name?
9  A.  It's a Kannegiesser green machine.
10  Q.  There's three Kannegiessers, right?
11  A.  There are two Kannegiessers and one
12  Reliant.
13  Q.  That's right.  And the other
14  Kannegiesser, is that also green?
15  A.  It's blue.
16  Q.  Okay.  So for the green Kannegiesser,
17  what was the comment concerning it?
18  A.  I think Barry was trying to make a change
19  to the pressure, but he couldn't, and he thought it
20  was something wrong with the machine, but in
21  reality, we had bypassed the pressure regulator on
22  that machine so that it couldn't be changed.  There
23  was some discussion about the blue machine.
24  Q.  For the green machine, did a mechanic say
25  anything about the green Kannegiesser?

Page 218

1  DIDUCH
2  A.  This was the -- and I don't remember
3  exactly what was said by whom, but there was
4  discussion about the pressure regulator on the green
5  Kannegiesser that had been bypassed.
6  Q.  And do you know when the pressure
7  regulator had been bypassed?
8  A.  I believe it was five or six years ago.
9  Q.  And does that mean that because it was
10  bypassed, that the pressure can never change on the
11  green Kannegiesser?
12  A.  That's correct.
13  Q.  And is there a constant pressure
14  measurement that it always passed?
15  A.  It's always at three bars.
16  Q.  What did Barry want to change it to?
17  A.  I don't know.
18  Q.  More pressure or less pressure?
19  A.  I don't know.  I wasn't concerned because
20  we don't do skin fusing on that machine.
21  Q.  And the blue Kannegiesser, what were any
22  comments with regard to that?
23  A.  We discussed in modification to the
24  machine.
25  Q.  And who's "we"?

Page 219

1  DIDUCH
2  A.  Mark Corbett would have talked with, I
3  guess, Barry, maybe Roy was involved.
4  Q.  What was the discussion?
5  A.  There was a modification to a roller.
6  Q.  What was the modification?
7  A.  The roller that came installed in the
8  machine was an inflatable bladder roller.  It was
9  found to be faulty.  It was replaced three times and
10  then it was changed with a solid silicone roller
11  which is the more common type of roller found on
12  those machines.
13  Q.  When was it replaced with the silicone
14  roller?
15  A.  In 2012.
16  Q.  So was the discussion just about how it
17  had been replaced with a silicone one?
18  A.  That's correct.
19  Q.  Did that impact the performance of the
20  blue Kannegiesser in any way?
21  A.  It made it better.
22  Q.  How did that discussion originate?
23  A.  I think Barry was familiar with the model
24  machine and was discussing some of the parts with
25  Mark.  I don't know exactly how it came up.

Page 220

1  DIDUCH
2  Q.  During Hickey Freeman's investigation,
3  and I don't want to know about anything Hickey
4  Freeman's done that's with -- along with this
5  litigation.  Did Hickey Freeman look at the repair
6  or replacement parts that were involved in the
7  machinery?  For example, here we have a blue
8  Kannegiesser that had a replacement part in 2012.
9  Did Hickey Freeman look at the other machines on the
10  floor that were used in the manufacturing process of
11  the defective suits to determine if there was a
12  recent part or a recent repair that had been done?
13  A.  I'm not aware of that.
14  MR. D'ANGELO: Objection to form.
15  BY MS. MORGAN:
16  Q.  On that day of the site visit with Barry
17  and Fran, did any mechanic state that anything was
18  wrong with any of the machines on the floor?
19  A.  I don't remember hearing anything of that
20  sort.
21  Q.  Has any mechanic ever reported that to you?
22  A.  That there was something wrong with the
23  machine?
24  Q.  On the floor, yes, that could have
25  contributed to the damaged suits.

Page 221

1    DIDUCH
2  A.  No.
3  Q.  Do you remember the name of the mechanic
4    that was laid off?
5  A.  No.
6  Q.  Was it Mark or Nick?
7  A.  No.
8  Q.  Aside from the Kannegiesser green machine
9    and the blue machine, was there any other discussion
10   about any other machines on the floor that day?
11 A.  I don't think we looked at the Reliant
12   machine.  I don't recall.
13 Q.  You mentioned at the end of the visit
14   that there was a meeting between yourself and Barry
15   and Fran.  Prior to the walkthrough on the floor,
16   was there a meeting that morning?
17 A.  We met in my office just as a matter of
18   course.  That's the meeting point before we go into
19   the factory.
20 Q.  And was there any discussion at that
21   meeting?
22 A.  I'm sure there was.  I don't remember what.
23 Q.  In going back to those -- the sample of
24   the 20 rolls that you believe someone took, --
25     MR. D'ANGELO: Objection to form.

Page 222

1    DIDUCH
2     BY MS. MORGAN:
3  Q.  -- do you recall what size sample was
4    from each roll?
5  A.  It would have been maybe four-by-six,
6    maybe a little larger.
7     MR. NIEDERER: Inches or --
8     THE WITNESS: Inches.
9     MR. NIEDERER: Usually I can't question.
10   That's just for clarity of the record.
11    MS. MORGAN: It's fine.
12    BY MS. MORGAN:
13 Q.  And aside from those four-by-six inch
14   samples of the 20 rolls, was there any other kind of
15   sample or item taken from Hickey Freeman's plant
16   that day?
17    MR. D'ANGELO: Just note my objection.  The
18   witness didn't testify to 20 rolls.  He said it
19   might be anywhere from 14 to 20.
20    THE WITNESS: They took things.  I just don't
21   remember what they took.  They took some samples,
22   like a length of some fusible.  I don't remember
23   what else they took, but I know they took some things.
24    BY MS. MORGAN:
25 Q.  And the Freudenberg that was used in the

Page 223

1    DIDUCH
2    testing with Barry and Fran, was that the BV40?
3  A.  BVM40.
4  Q.  BVM40, thank you.
5    Aside from the resin change that you
6    testified about, did Hickey Freeman make -- did
7    Hickey Freeman perform any testing with regards to
8    the weight of the interlining?
9     MR. D'ANGELO: And I'll instruct the witness
10   to omit from his answer anything that may or may not
11   have been done or may being done in connection with
12   this litigation in conjunction with counsel.
13    THE WITNESS: I had attempted to do a somewhat
14   unscientific comparison between several products.
15    BY MS. MORGAN:
16 Q.  What products did you compare?
17 A.  I compared the Chargeurs with 630 with
18   the BVM40 and the Kufner, and I don't remember the
19   article number of it.
20 Q.  And any other product?
21 A.  I don't think so.  I don't remember.
22 Q.  When -- and this was weight testing that
23   you did?
24 A.  That's correct.
25 Q.  When was that performed?

Page 224

1    DIDUCH
2  A.  That was right around that time of the
3    21st or 22nd of February.
4  Q.  And what -- how did you compare the
5    weight of those three products?
6  A.  I cut a meter square of each of them, and
7    we have a fairly sensitive scale in our lab and I
8    weighed them.
9  Q.  Do you remember what the testing resulted
10   in?
11 A.  The Chargeurs appeared lighter than the
12   other two.  I don't remember by how much.  I
13   reported this to Barry and he said, oh, that's
14   normal, there can be some variation.
15 Q.  Variation among different lines of
16   interlining?
17 A.  What he meant is the variation in the
18   weight of the actual -- from one roll to the next.
19 Q.  From one what?
20 A.  Roll to the next.
21 Q.  But did you compare a six -- a sample of
22   the 630 from one roll with another sample of a 630
23   from another roll?
24 A.  No.
25 Q.  So did you believe that the 630 had some

Page 225

1      DIDUCH
2   variance in weight based on a prior 630?
3   A.   The other two interlining samples were
4   also stated as being 34 grams, so theoretically all
5   three pieces should weigh the exact same.  When the
6   Chargeurs product was lighter, Barry said, well,
7   they can vary.
8   Q.   And how much lighter do you recall?
9   A.   I don't.  It was enough to be
10  statistically significant, but maybe not enough
11  really to be concerned about.
12  Q.   Did you record that weight -- those
13  weight measurements anywhere?
14  A.   I don't think so.
15  Q.   When you discussed the weight difference
16  with Barry Diamond, when he said there can be some
17  variance, did he give any more detail to that?
18  A.   No.
19  Q.   And aside from the testing you did in the
20  lab, did you concern yourself with anything else
21  regarding the weight of the 630?
22  A.   Not the weight, per se.
23  Q.   Can you elaborate?
24  A.   I was observing it trying to understand
25  why it was so prone to strikeback.  I made some

Page 226

1      DIDUCH
2   casual observations about the kind of weave that
3   could have contributed to it.
4   Q.   And what do you mean by "the kind of
5   weave"?
6   A.   The 630 is a plain weave, meaning it's a
7   one-by-one -- I'm not sure how to describe that in a
8   layman's term.  One thread over, one thread under,
9   one thread over, one thread under.  It's a very fine
10  yarn and a relatively loose weave such that from
11  what's considered the right-side up where there's no
12  resin, you could see the resin dot through, and I
13  thought if I can see through this, if it's that thin
14  and I can see those big dots through it, it may be
15  prone to those dots seeping through.
16  Q.   Did you think that there was a change in
17  the nature of the weave?
18  A.   I didn't know.  It seemed that there had
19  been a change of some sort because we did not change
20  anything in our manufacturing parameters or product,
21  and all of a sudden we had problems and so I was
22  trying to figure out what had changed or -- I didn't
23  know what to look at.
24  Q.   Other than the change in the weave that
25  you may have remarked on, is there anything else

Page 227

1      DIDUCH
2   about the physical aspect of the 630 that you
3   considered as a potential change or factor relating
4   to the interlining?
5      MR. D'ANGELO:  Objection to form.
6      THE WITNESS:  I now see that the resin was
7   very different from one to the next.  My
8   understanding is that the resin application system
9   to get a specific pattern is different from the
10  system to apply resin for a random scatter.  Other
11  than that, I just -- I had noticed that the type of
12  yarn used for the 630 is a very, very fine yarn,
13  whereas it's more common to use a texturized yarn
14  which has slightly more volume at the same weight.
15     BY MS. MORGAN:
16  Q.   How do you know that the application of
17  the resin is different concerning the patterns?
18  A.   I had read that somewhere.
19  Q.   Do you remember where?
20  A.   No.
21  Q.   And the BVM40, does that have -- what
22  kind of characteristic yarn does it have, if any?
23  A.   It has a texturized yarn.  It also has
24  a -- I think it's a broken twill weave.  It's not a
25  plain weave.

Page 228

1      DIDUCH
2   Q.   Broken twill weave?
3   A.   That's correct.
4   Q.   Does Hickey Freeman have any weight
5   testing that it undertakes concerning the
6   interlining at any point in the manufacturing
7   process?
8   A.   No.
9   Q.   Does it do so now after February 2017?
10  A.   No.
11  Q.   The sample you obtained from 2012, did
12  you weigh that?
13  A.   No.
14  Q.   Did you do anything with it?
15  A.   No.
16  Q.   And is it your testimony that Hickey
17  Freeman did not weigh the 630 from an interlining
18  roll that was from the subject shipment with any
19  other type of 630?  It was a 630 compared to BMV40
20  or Kufner in the weight test you were doing?
21  A.   That is correct.
22  Q.   In addition to the visit with Fran and
23  Barry, did you also have some type of store visits
24  that day or something else organized that day in
25  your schedule?

Page 229

```
 1        DIDUCH
 2  A.  I don't think so, no.  Do you mean store
 3  visits that we go to the stores or having somebody
 4  else coming in?
 5  Q.  Where you go to the store.
 6  A.  Oh, no, I don't think so.
 7  Q.  Did anybody else visit you that day?
 8  A.  I don't remember.
 9        MS. MORGAN:  Okay.  Can you mark this?  I
10  think we're on three.
11        THE REPORTER:  Five.
12        MS. MORGAN:  Oh, five.
13        (Whereupon, Defendant's
14        Deposition Exhibit No. 5 was
15        marked for identification.)
16        BY MS. MORGAN:
17  Q.  Mr. Diduch, if you could take a look at
18  this exhibit and let me know when you've reviewed it.
19  A.  I reviewed it.
20  Q.  This is an e-mail from Alan Abramowicz to
21  yourself dated April 13, 2017.  Within this chain,
22  another e-mail states that there's a quality control
23  issue with a shipment that was sent on 2/27/17 to a
24  customer of Hickey Freeman.
25        My question to you, Mr. Diduch, is that
```

Page 230

```
 1        DIDUCH
 2  given that this e-mail is dated April 13, 2017, how
 3  is it that the shipment left on 2/27/17 from
 4  Hickey Freeman after Hickey Freeman having been
 5  aware of the potential strikeback issue?
 6  A.  When we first --
 7        MR. D'ANGELO:  Objection to form.
 8        THE WITNESS:  When we first became aware of
 9  the issue, we were looking for bubbling that had
10  been shown in the photos.  We were of the opinion at
11  the time that if the garment looked fine, there
12  wasn't a problem with it.  We later determined that
13  these bubbles could manifest themselves at a later
14  date.  At this point in time, we weren't aware of
15  that.
16        BY MS. MORGAN:
17  Q.  When did Hickey Freeman learn that the
18  bubbling could manifest at a later date?
19  A.  I don't know when we first became aware
20  of it.
21  Q.  Do you remember the month?
22  A.  No.
23  Q.  So you don't remember if it was in
24  February?
25  A.  It certainly wasn't in February.
```

Page 231

```
 1        DIDUCH
 2  Q.  Was it in March?
 3  A.  I can't tell you.  You know, it all runs
 4  together now.
 5  Q.  And how does the bubbling manifest later?
 6  A.  We think it's either from the jostling
 7  and movement in shipping or from a phenomenon that's
 8  like delamination due to differential shrinkage.
 9  Q.  What's that phenomenon called?
10  A.  Delamination.
11  Q.  So you believe that -- let's take that
12  one at a time.
13        So the jostling and movement in shipping,
14  what is the basis of that belief?
15  A.  We eventually came to the understanding
16  that we were shipping garments that looked fine and
17  later looked bad.  So the -- there weren't a lot of
18  things that could be doing this other than movement
19  and shipping or differential shrinkage.
20  Q.  Did Hickey Freeman perform any tests to
21  see if movement could cause the bubbling to return?
22  A.  We did some tests to see not if it would
23  return, but it would manifest itself in the first
24  place.
25  Q.  Can you describe that test?
```

Page 232

```
 1        DIDUCH
 2  A.  Well, we just took jackets and we bounced
 3  them around and shipped them around a bit and pulled
 4  and tugged and made them move and said does this
 5  make them separate to an extent that it becomes
 6  visible.
 7  Q.  What suits did you do that with?
 8  A.  I don't remember which.
 9  Q.  Were they suits that you believed had the
10  630 in it?
11  A.  Yes.
12  Q.  And did they already have bubbling on it?
13  A.  No.
14  Q.  So it was 630 suits that had gone through
15  production and no bubbling had manifested at all?
16  A.  Correct.
17  Q.  And was any pulling done on these suits?
18  A.  "Pulling" in what sense?
19  Q.  Pulling the face of the jacket from the
20  interlining.
21  A.  Before we did the tests, we pulled
22  carefully on a corner to determine whether it was
23  strikeback or not, and then if there was strikeback,
24  then we said let's bounce it around and see if it
25  starts to bubble or separate.
```

Page 233

DIDUCH

1
2 Q.  And when you say "bounce it around", what
3  do you mean exactly?
4 A.  Literally that, let's shake it up and
5  down and move it around, simulate the kind of
6  beating it might get when it's being shipped in a
7  box.
8 Q.  And who would do that simulation?
9 A.  I did it and Roy did it and I don't
10  remember who else did it.
11 Q.  And was that just with the jackets?
12 A.  There may have been pants on a hanger.
13  I don't remember.
14 Q.  And was the bouncing around, was it while
15  the suit was on a hanger?
16 A.  Yes.
17 Q.  And was it, you know, holding the hanger
18  and then shaking it, the suit?
19 A.  Shaking the suit or, you know, jostling
20  it so it hits against the surface.  Just sort of the
21  kind of movements that it would experience during
22  shipping and handling.
23 Q.  For how long was the jostling?
24 A.  A minute or two.
25 Q.  So a minute or two per suit?

Page 234

DIDUCH

1
2 A.  Yes.
3 Q.  And after the minute or two of shaking it
4  about, was it placed back on a rack or what would --
5  where were the suits positioned?
6 A.  Either on a rack or we had hooks on walls
7  or depending on where we happened to be.
8 Q.  And were the suits also at that point in
9  time when they're being jostled, did you also touch
10  the suits with your hands?
11 A.  Probably, yes.
12 Q.  Well, do you recall touching them with
13  your hands?
14 A.  Well, we would have to have touched them
15  if we were holding them and jostling them.
16 Q.  Well, I suppose you could be holding the
17  hanger and not actually touching the suit.  So my
18  question is do you recall, you yourself, actually
19  touching the fabric of the suit?
20     MR. D'ANGELO:  You mean while the test is
21  performed or before it or after it?
22     BY MS. MORGAN:
23 Q.  While the test is being performed.
24 A.  The way that we were holding it is such
25  that if you're shaking a hanger, we're making sure

Page 235

DIDUCH

1
2  that it's not going to fall off the hanger, so you
3  got a bit of the neck of the suit in your hand as
4  well.
5 Q.  Did you touch any of the front facing of
6  the jacket with your hands?
7 A.  Possibly.
8 Q.  Do you recall doing that?
9 A.  No.
10 Q.  Do you recall seeing Roy Nicholls do that?
11 A.  I don't have a recollection of it.
12 Q.  And did anybody else other than you and
13  Roy Nicholls engage in that jostling test?
14 A.  It's very possible.  I don't remember.
15 Q.  And after you jostled it for a minute or
16  two and hung it back up, did you wait a certain
17  period of time to see if the bubbling returned?
18 A.  It's not that bubbling returned.  It is
19  that it's manifesting itself in the first place.
20     MR. D'ANGELO:  Note my objection to form to
21  the question.
22     BY MS. MORGAN:
23 Q.  Well, did you wait a period of time after
24  hanging the jacket up after the jostling test to see
25  if bubbles appeared?

Page 236

DIDUCH

1
2 A.  We didn't need to wait.  They were
3  starting to become apparent.
4 Q.  Within how -- within what approximate
5  amount of time from doing the jostling?
6 A.  Sometimes immediately.
7 Q.  Did you yourself notice immediately
8  bubbling?
9 A.  On certain occasions I noticed separation.
10 Q.  Did that separation include bubbles?
11 A.  Some form of bubbles.
12 Q.  And aside from immediately occasionally
13  observing the bubbles, once you hung the suits back
14  up, did you then later inspect them again to see if
15  the bubbles were there?
16 A.  Yes.
17 Q.  And about how much time did you wait to
18  do that additional inspection?
19 A.  I don't recall.
20 Q.  Do you remember if it was more than an
21  hour, a couple hours, less than an hour, any
22  approximation?
23 A.  In certain instances, it would have been
24  an hour, and in other instances, we'd look back at
25  it in a few days, even a week later to see what it

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

---

Page 237

1    DIDUCH
2  looked like.
3  Q.  Is the jostling test, we'll call it, is
4  that fair, do you know what I'm saying when I say
5  jostling test?
6  A.  Yes.
7  Q.  Is the jostling test a test that
8  Hickey Freeman currently uses?
9  A.  No.
10  Q.  Would the jostling test help to determine
11  if there's strikeback in a suit?
12  A.  No.
13  Q.  What would it help to determine?
14  A.  If a suit that previously looked like it
15  was correct in terms of quality would later manifest
16  evidence of bubbling or other defects.
17  Q.  Is the bubbling that is manifested due to
18  strikeback?
19  A.  Yes.
20     MR. D'ANGELO: On these specific suits?
21     MS. MORGAN: Just in general.
22     MR. D'ANGELO: Objection to form.
23     THE WITNESS: The bubbling we were discussing
24  was the result of strikeback that was separating.
25

---

Page 238

1    DIDUCH
2     BY MS. MORGAN:
3  Q.  So the -- is there any reason why
4  Hickey Freeman wouldn't then perform this additional
5  jostling test to catch any strikeback with future
6  suits?
7  A.  The jostling test wasn't to test for
8  strikeback. It was to test for the development of
9  bubbles in suits we already knew had strikeback. We
10  have not had strikeback since, so there's no need to
11  test for any development of defects due to
12  strikeback.
13  Q.  Is there a pull test currently being used
14  by Hickey Freeman to determine if there's
15  strikeback?
16     MR. D'ANGELO: Objection, asked and answered.
17     THE WITNESS: We will look at the garments and
18  inspect them visually and feel them.
19     BY MS. MORGAN:
20  Q.  And so you're saying that you never have
21  to do the jostling test because you've never found
22  strikeback from the pull test?
23  A.  That's correct.
24  Q.  And you don't recall when you and Roy
25  started using the jostling test?

---

Page 239

1    DIDUCH
2  A.  No.
3  Q.  If you performed the jostling test and
4  bubbles appeared, what would you then -- and that,
5  in fact, happened, correct?
6  A.  Pardon?
7  Q.  Did it, in fact, happen that you
8  performed the jostling test and bubbles appeared?
9  A.  Yes.
10  Q.  What did you do with that suit after?
11  A.  I don't recall.
12  Q.  Was there --
13     MR. D'ANGELO: Can we go off the record for a
14  second? Just take a very, very quick break, two
15  minutes.
16     (Whereupon, a short break was
17     taken.)
18     MS. MORGAN: Can we get the last question and
19  answer, please.
20     (Whereupon, the record was read
21     as requested.)
22     BY MS. MORGAN:
23  Q.  Do you remember when Hickey Freeman
24  stopped performing any jostling test?
25  A.  The only reason we were performing this

---

Page 240

1    DIDUCH
2  test was just to test out of theory that this could
3  be what was happening, that bubbles would manifest
4  later due to them being jostled, so it wasn't
5  something that was required to be ongoing.
6  Q.  So once you performed the jostling test
7  and observed bubbles appearing due to that movement,
8  did the jostling test cease?
9  A.  Yes.
10  Q.  You also mentioned that the two factors
11  that could relate to delayed onset of bubbling was
12  either jostling and movement with the shipping or
13  the delamination. Do you recall that?
14  A.  Yes.
15  Q.  Can you describe the delamination factor
16  for me?
17  A.  Delamination is normally the effect of
18  fabric separating from fusible and it results in
19  visible bubbles. In this case, it's as though the
20  fabric and the fusible were acting as one membrane
21  which had become glued to the cotton, the cotton
22  pocketing very evenly, and then experienced
23  localized delamination from the cotton pocketing
24  which manifested in bubbles.
25  Q.  And did you determine if any of the

---

---

1     DIDUCH
2  bubbling was due to delamination?
3     MR. D'ANGELO: Objection to form,
4  mischaracterizes the witness's testimony.
5     THE WITNESS: It's a theory that has a lot of
6  plausibility to it.  It would be very difficult to
7  test.
8     BY MS. MORGAN:
9  Q.  Were you finished?
10  A.  Yes.
11  Q.  Did Hickey Freeman take any actions to
12  determine if it was delamination?
13     MR. D'ANGELO: Objection, form,
14  mischaracterizes the witness's testimony.
15     THE WITNESS: It wasn't delamination as we
16  normally characterize it, but the fabric
17  delaminating from the pocket that it was adhered to
18  due to strikeback.
19     BY MS. MORGAN:
20  Q.  Did Hickey Freeman take any action to
21  determine if it was delaminating from the pocket?
22  A.  Well, it was clearly delaminating from
23  the pocket.  That was the bubble.
24  Q.  So previously you described two factors
25  that could have been causing the bubbling, the

---

1     DIDUCH
2  jostling, the movement, and the other factor that
3  you described as delamination or differential in
4  shrinkage, right?
5  A.  Delamination due to differential shrinkage.
6  Q.  Did Hickey Freeman take any -- did
7  Hickey Freeman make any tests to determine if the
8  bubbling was caused from differential shrinkage or --
9  A.  No.
10     MR. D'ANGELO: Let her finish the question.
11     THE WITNESS: Sorry.
12     BY MS. MORGAN:
13  Q.  Differential shrinkage is the same thing
14  in your mind as delamination?
15  A.  Delamination can be caused by
16  differential shrinkage.
17  Q.  Did Hickey Freeman take any -- did
18  Hickey Freeman perform any tests to determine if
19  differential shrinkage was causing the bubbling?
20  A.  There's no known tests in that scenario.
21  Q.  Is it fair to say that there was no test
22  performed with regard to the second factor of
23  delamination?
24     MR. D'ANGELO: Objection to form,
25  mischaracterizes the witness's testimony.

---

1     DIDUCH
2     THE WITNESS: Could you repeat the question.
3     (Whereupon, the record was read
4     as requested.)
5     THE WITNESS: Yes.
6     MR. NIEDERER: Can we just take a one-minute
7  break.  Just a one-minute break.
8     MS. MORGAN: Okay.
9     (Whereupon, a short break was
10     taken.)
11     BY MS. MORGAN:
12  Q.  Mr. Diduch, with regard to the jostling
13  test that you and Roy performed, is it now
14  Hickey Freeman's position that the jostling, in
15  fact, caused some of the bubbling to appear on the
16  damaged suits?
17     MR. D'ANGELO: Objection to form,
18  mischaracterizes the witness's testimony.
19     THE WITNESS: It's our opinion that the
20  movement and jostling can cause the fabric which is
21  struck back to the pocketing to start to separate.
22     BY MS. MORGAN:
23  Q.  Is it Hickey Freeman's conclusion that,
24  in fact, that did happen with -- along the course of
25  the shipping with some of these damaged suits?

---

1     DIDUCH
2     MR. D'ANGELO: Objection to form, vague and
3  mischaracterizes the witness's testimony.
4     THE WITNESS: Can you rephrase.
5     BY MS. MORGAN:
6  Q.  Sure.  Some of the suits were shipped to
7  customers that were allegedly defective, allegedly
8  damaged, correct?
9  A.  Yes.
10  Q.  And is it Hickey Freeman's position that
11  any of those suits that left Hickey Freeman's
12  production floor that went to the customers were
13  damaged by having the movement of the shipment cause
14  the bubbles to appear on the jacket?
15     MR. D'ANGELO: Objection.
16     THE WITNESS: No, they weren't damaged by
17  movement.  They were damaged by having strikeback
18  which was not visible during production or at the
19  end of inspection, but then became visible later
20  when it started to separate.
21     BY MS. MORGAN:
22  Q.  So is it Hickey Freeman's position that
23  the strikeback became noticeable on some of the
24  suits through bubbling by way of the shipping?
25     MR. D'ANGELO: Objection, vague.

---

Page 245

1 DIDUCH
2 **THE WITNESS:** It's a possibility.
3 **BY MS. MORGAN:**
4 Q. Do you know if Hickey Freeman put any of
5 the damaged suits in a test shipment and shipped it
6 to themselves?
7 **A. No, we did not.**
8 Q. Did Hickey Freeman ever discuss doing
9 that test?
10 **A. Yes, we did.**
11 Q. And why wasn't that done?
12 **A. We discussed this later in the context of**
13 **another discussion about things that can occur**
14 **during shipping.**
15 Q. And do you know the reason why the test
16 shipment was never done by Hickey Freeman?
17 **A. We didn't think it necessary.**
18 Q. Why not?
19 **A. We thought we would have to ship far too**
20 **many garments to get potential results.**
21 Q. Do you mean that, for example, you would
22 have to ship a hundred garments to see if a portion
23 of those hundred would have some kind of bubbling
24 result due to the shipment?
25 **A. That is correct.**

Page 246

1 DIDUCH
2 Q. Do you know if Hickey Freeman shipped any
3 of the allegedly damaged suits to its own premises
4 in New York City?
5 **A. No, we did not.**
6 Q. What was the basis of Hickey Freeman's
7 belief that the shipping may have required, you
8 know, a number of suits to determine if there was a
9 bubbling effect from the shipment?
10 **A. It didn't appear that the bubbling showed**
11 **up on every single suit. If it showed up on every**
12 **single suit, we could send out one or two suits and**
13 **see it would come back. But because it was only on**
14 **certain suits, if we shipped out ten suits, we**
15 **weren't guaranteed to get a result that they may**
16 **come back looking perfect and it wouldn't validate**
17 **the theory.**
18 Q. Were the certain suits that came back --
19 strike that.
20 Were the certain suits that were
21 delivered to the customer with bubbling, did they
22 all share any common factor like the fabric type or
23 anything of that nature?
24 **A. We had a variety of different fabric**
25 **types that had bubbling.**

Page 247

1 DIDUCH
2 Q. Are you aware of any factor that all the
3 suits that had bubbling after shipment shared?
4 **A. They had all 630 fusible.**
5 Q. Any other factor?
6 **A. They all had pockets.**
7 Q. Any other factor?
8 **A. Not that would be -- that would**
9 **contribute to this issue.**
10 (Whereupon, Defendant's
11 Deposition Exhibit No. 6 was
12 marked for identification.)
13 **BY MS. MORGAN:**
14 Q. Mr. Diduch, if you could take a look at
15 Exhibit 6, and let me know when you've had an
16 opportunity to review it.
17 **A. Yes.**
18 Q. This is an e-mail chain, the last one
19 being dated October 24, 2016, and it's an e-mail
20 from Barry Diamond to yourself. Going on -- looking
21 at page what's labeled HF106, it's the second page.
22 Do you see that?
23 **A. Yes.**
24 Q. In the middle e-mail, it's from you to
25 Barry Diamond dated October 24, 2016, it states:

Page 248

1 DIDUCH
2 Quote, while I have your ear, though, we
3 have been having terrible strikeback with the skin
4 fusing that we are using and will need to look at
5 this closer.
6 Do you see that?
7 **A. Yes.**
8 Q. Is that in reference to when you have an
9 armhole problem with the 630?
10 **A. Yes.**
11 Q. And here you use the term "terrible
12 strikeback". Can you describe to me what was
13 terrible about it?
14 **A. It was visible from the outside.**
15 Q. And when you said that we need to look at
16 this closer, did you take any further action?
17 **A. Not at that moment.**
18 Q. When you had the -- when you noticed what
19 you term as a "terrible strikeback", did
20 Hickey Freeman continue to use the 630?
21 **A. Yes.**
22 Q. Did Hickey Freeman consider not using the
23 630 at that point?
24 **A. No.**
25 Q. And --

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

Page 249

1    DIDUCH
2  A.  Well, we considered looking at
3  alternatives.
4  Q.  And what other alternatives did
5  Hickey Freeman consider, if any?
6  A.  We didn't at that point.  We considered
7  the possibility of looking at alternatives.
8  Q.  Were other alternatives ever looked at?
9  A.  Eventually, yes.
10  Q.  And when was that?
11  A.  February.
12  Q.  I see that Roy Nicholls is also included
13  in this e-mail from yourself to Barry.  Was
14  Roy Nicholls aware of the strikeback in -- what you
15  called strikeback -- in that time period with the
16  armholes?
17    MR. D'ANGELO: Objection to form.
18    THE WITNESS: To the extent that he was copied
19  on this e-mail, that's what he knew.
20    BY MS. MORGAN:
21  Q.  Did you ever discuss it with him?
22  A.  No.
23  Q.  Did Mr. Nicholls ever become involved in
24  any of the discussions with Veratex by e-mail or
25  otherwise or anything concerning the armhole issue?

Page 250

1    DIDUCH
2  A.  I don't think so.
3  Q.  In October 24, 2016, Roy Nicholls was the
4  VP of production; is that correct?
5  A.  That would be correct.
6  Q.  And do you know if he took any action
7  with regards to the production of menswear after
8  receiving this e-mail noting that there is terrible
9  strikeback?
10    MR. D'ANGELO: Objection.
11    THE WITNESS: I don't think he did.
12    BY MS. MORGAN:
13  Q.  If you'd take a look at the first page,
14  Barry Diamond writes to yourself:
15    Quote, perhaps you are going on different
16  fabrics in which reaction is different, end quote.
17    Do you see that?
18  A.  Yes.
19  Q.  Is there -- was there any difference in
20  fabric use that you think could have contributed to
21  the armhole issue?
22  A.  There weren't enough examples of it to
23  make any kind of conclusion.
24  Q.  After receiving this e-mail from
25  Mr. Diamond where he also notes, you know,

Page 251

1  perhaps -- quote, or perhaps the fusing cycle, or
2  pressing cycle has changed.
3    Did you make any determinations whether
4  the fusing cycle or pressing cycle had changed?
5  A.  Yes.
6  Q.  And what were your conclusions?
7  A.  They had not changed.
8  Q.  How did you check to see if the fusing or
9  pressing cycle had changed?
10  A.  I asked the mechanics and I asked the
11  supervisor of the section.
12  Q.  Who was that?
13  A.  Eva Cossio.
14    MR. NIEDERER: Sorry, just read back that last
15  part, didn't ask the mechanics and didn't ask --
16    MS. MORGAN: He did ask.
17    MR. D'ANGELO: He said did ask.
18    MR. NIEDERER: Oh, he did ask.  Not didn't.
19  You're right.
20    MS. MORGAN: Do you want to just read it back?
21    MR. NIEDERER: Did ask the mechanics and did
22  ask --
23    (Whereupon, the record was read
24    as requested.)

Page 252

1    DIDUCH
2    BY MS. MORGAN:
3  Q.  And what section are you referring to?
4  A.  The fusing section.
5  Q.  Do you know how the supervisor -- let me
6  start that question over.
7    What did the supervisor tell you when you
8  asked if the pressing or fusing cycles had changed?
9  A.  She told me that there had been no change.
10  Q.  And do you know what she did to determine
11  that answer?
12  A.  If there had been a change, they would
13  have had to change the parameters that are posted on
14  the machine.
15  Q.  You mean on the pieces of paper that are
16  on the machine?
17  A.  That's correct.
18  Q.  Have those ever changed while you've been
19  at Hickey Freeman?
20  A.  Yes.
21  Q.  And when was that?
22  A.  The last one was June of last year I think.
23  Q.  How did those change?
24  A.  I don't remember the exact change to it.
25  Q.  And you're referring to June 2017, right?

Page 253

1     DIDUCH
2  A.  Yes.
3  Q.  Do you remember what aspect was changed?
4  A.  No, I don't remember.
5  Q.  When the parameters are changed, are
6  they -- are the prior pieces of paper that are on
7  the machines saved?
8  A.  I don't believe the pieces of paper on
9  the machines are saved, but the mechanics may have
10 the Excel sheet or the Word document or whatever was
11 used to do the previous ones.  I don't know.
12 Q.  Do you mean, like, a template for what's
13 put on the machines?
14 A.  No.  Whatever they -- they typed it up in
15 some kind of Word process or Excel spreadsheet in
16 order to print it to put into the machines.  I am
17 assuming they saved it.  They saved that file.
18 Q.  And is it the mechanics that type that up?
19 A.  Yes.
20 Q.  Aside from June 2017, is there any other
21 time the parameters have been changed on those types
22 of documents that you know of?
23 A.  If we made a change after Barry's visit,
24 we would have changed those documents.  I can't
25 think of another moment off the top of my head.

Page 254

1     DIDUCH
2  Q.  And although you don't know what
3  parameters were changed in June 2017, do you know
4  why they were changed?
5  A.  I don't remember why.
6  Q.  Who would make that decision?
7  A.  It would be in concordance between me and
8  Sal and perhaps the fusing section manager or the
9  mechanics.
10 Q.  But would you need to approve of any
11 change?
12 A.  Usually, yes.
13 Q.  Does anybody else have the authority to
14 approve that change?
15 A.  Sal Miceli might.
16 Q.  Anybody else?
17    THE REPORTER:  Say that again.
18    THE WITNESS:  Sal Miceli.
19    MR. D'ANGELO:  Sal Miceli might.
20    THE WITNESS:  Meaning he might give that
21 approval.  No.
22    MS. MORGAN:  Did you get that okay?
23    THE REPORTER:  Yes.
24    BY MS. MORGAN:
25 Q.  Were they changed in 2017 as a result of

Page 255

1  the February 2017 discovery of alleged strikeback?
2  A.  No.  It's more likely they were changed
3  because of the change in the fusible, the actual
4  fusible itself.
5  Q.  Do you remember when Hickey Freeman
6  started using that new fusible?
7  A.  Yes.
8  Q.  And when was that?
9  A.  February twenty -- the last week of
10 February of 2017.
11 Q.  And so from February 2017 to June 2017,
12 was the new fusible used with the same parameters as
13 the 630?
14 A.  I believe so.
15 Q.  And did any problems occur from that?
16 A.  No.
17 Q.  So do you know what prompted the
18 June 2017 change?
19    MR. D'ANGELO:  Objection, asked and answered.
20    THE WITNESS:  I don't recall.
21    BY MS. MORGAN:
22 Q.  Here we have in the same exhibit, Barry
23 continues to write:
24    Quote, normally we recommend fusing at

Page 256

1     DIDUCH
2  130 to 145 degrees Celsius on this item and 2.5 to
3  30 bars, 8 to 10 seconds.
4     Do you see that?
5  A.  Yes.
6  Q.  Is that the recommendation that you
7  testified earlier to?
8     MR. D'ANGELO:  Objection.
9     MR. NIEDERER:  Object as to form.
10    THE WITNESS:  Is --
11    BY MS. MORGAN:
12 Q.  I'll ask my question a different way.
13    Earlier do you recall testifying to
14 Barry Diamond writing you an e-mail recommending
15 parameters that were different than what was on the
16 Veratex data sheet?
17 A.  Yes.
18 Q.  Is that this e-mail?
19 A.  Yes.
20 Q.  And did Hickey Freeman ever consider
21 using a 34 mesh rather than a 23 mesh?
22 A.  No.
23 Q.  And why is that?
24 A.  He himself thought it might be problematic.
25 Q.  What did -- what were Hickey Freeman's

Page 257

1     DIDUCH
2   thoughts on that, if any?
3   A.  **If he thought it might be problematic, we**
4   **didn't want to take the risk.**
5       MS. MORGAN: You can put that exhibit away.
6   Can you mark that, please.
7       (Whereupon, Defendant's
8       Deposition Exhibit No. 7 was
9       marked for identification.)
10      BY MS. MORGAN:
11  Q.  Mr. Diduch, if you could take a look at
12  Exhibit 7 and let me know when you're done.
13  A.  Yes.
14  Q.  This is an e-mail from yourself to
15  Barry Diamond dated February 21, 2017, and you
16  write: "It was intermittent, as we spoke about it
17  once already, it would come and go."
18      Do you see that sentence?
19  A.  Yes.
20  Q.  Are you referring to the alleged
21  strikeback from October 2016 in that sentence?
22  A.  Yes.
23  Q.  You later write:  Quote, we have not
24  changed our fusing or pressing protocols lately, end
25  quote.

Page 258

1     DIDUCH
2       Do you recall changing the fusing or
3   pressing protocols at any point in time while you
4   were at Hickey Freeman?
5   A.  **The pressing protocols have not changed.**
6   **As I said, the fusing protocols had changed June 1**
7   **of last year and maybe at another time, but that's**
8   **it.**
9   Q.  This e-mail was written on February 21,
10  2017 prior to the June 2017 change.  So my question
11  relates to pressing protocols changing -- pressing
12  or fusing protocols changing prior to this e-mail?
13  A.  No.
14  Q.  Prior to the 630, do you know if any
15  fusible that Hickey Freeman used for skin fusing?
16      MR. D'ANGELO: Sorry, I missed the question.
17  Can you read it back, please.
18      (Whereupon, the record was read
19      as requested.)
20      THE WITNESS: I'm not aware.
21      BY MS. MORGAN:
22  Q.  So is it that on your first day, they had
23  already been using the 630?
24  A.  Yes.
25      MS. MORGAN: You can put that exhibit away, sir.

Page 259

1     DIDUCH
2       (Whereupon, Defendant's
3       Deposition Exhibit No. 8 was
4       marked for identification.)
5       BY MS. MORGAN:
6   Q.  And, Mr. Diduch, if you could take a look
7   at this exhibit and let me know when you're done.
8   A.  Okay.
9   Q.  This exhibit is an e-mail from yourself
10  to Natalie Condon dated February 21, 2017.  On the
11  first page you write:
12      Quote, the issue we have been having from
13  time to time is that the resin seeps through the
14  very fine membrane and adheres to other layers in
15  what we call strikeback.
16      Do you see that, sir?
17  A.  Yes.
18  Q.  The issue here where you write it's
19  been -- you've been -- Hickey Freeman's been having
20  it from time to time, when is the first time that
21  you recall Hickey Freeman having a strikeback issue?
22  A.  **It was sometime in the fall of 2016.**
23  Q.  And is that referring to the armhole
24  strikeback damage?
25  A.  Yes.

Page 260

1     DIDUCH
2   Q.  You continue to write:
3       Quote, we have seen very minor incidences
4   of strikeback but nothing as bad as what we see in
5   this photo.
6       Do you see that, sir?
7   A.  Yes.
8   Q.  And the minor incidences of strikeback,
9   are you referring to the armhole strikeback issue --
10  A.  Yes.
11  Q.  -- of the fall of 2016?
12  A.  Yes.
13  Q.  When that was occurring, was the sales
14  team informed?
15  A.  No.
16  Q.  Was anybody other than Roy Nicholls
17  informed?
18  A.  **I didn't feel it was necessary to inform**
19  **people something which represented perhaps one-half**
20  **of a percent of the production.  It was just not**
21  **necessary to raise any big flags.**
22  Q.  I understand, sir.  But was, in fact,
23  anybody else notified other than Roy Nicholls?
24  That's my question.
25  A.  **I would certainly have discussed it with**

Page 261

DIDUCH

1      DIDUCH
2   Sal, but other than that, I don't -- don't remember.
3   Q.  You said Sal there, right?
4   A.  Yes.
5   Q.  You write later:
6      Quote, we have reviewed our fusing
7   protocols against the requirements of the article in
8   question and we are doing it correctly, end quote.
9      Do you see that?
10  A.  Yes.
11  Q.  What is the comparison that you did?
12  A.  I took the data sheet for the fusible and
13  went to see if we were meeting the parameters for
14  heat, dwell time, and pressure.
15  Q.  Are you talking about the Veratex data
16  sheet?
17  A.  That is correct.
18  Q.  And how did you check it with the
19  parameters that you were using?
20  A.  We took a temperature test strip and
21  tested the internal temperature, we used the
22  stopwatch to check the dwell time, and we checked
23  the pressure gauge on the machine.
24  Q.  And when you say "we", did you do that
25  yourself?

Page 262

1      DIDUCH
2   A.  Yes.
3   Q.  And anybody else?
4   A.  Oh, I don't remember who else would have
5   been with me.
6   Q.  You next write:
7      Quote, I have had a meeting with all the
8   QC, inspectors and most of the pressing operators so
9   that they keep an eye out for this as it can
10  sometimes be difficult to spot, at least fresh off
11  the press.
12     Do you see that?
13  A.  Yes.
14  Q.  Did you have any instructions to QC,
15  inspectors and/or the pressing operators with
16  regards to visual inspections?
17     MR. D'ANGELO: Objection to form.
18     THE WITNESS: I had a picture that I
19  circulated from the Ascot Shop.  I said we need to
20  be on the lookout for something like this.
21     BY MS. MORGAN:
22  Q.  Were there any other directions or
23  guidance or instructions regarding the visual
24  instructions to look out for it?
25  A.  If they were to see any evidence of it,

Page 263

1      DIDUCH
2   they had to get me immediately.
3   Q.  And did that happen?
4      MR. D'ANGELO: Objection to form.
5      THE WITNESS: I don't remember.
6      BY MS. MORGAN:
7   Q.  You don't remember that ever happening?
8   A.  I don't remember specific instances of
9   somebody on the line saying, hey, I found some
10  bubbling.
11  Q.  And "on the line", do you mean the
12  production line?
13  A.  Production and press line, sorry, jargon.
14  Q.  It's okay.  You later write:
15     Quote, I already have samples from two
16  alternate suppliers which we are testing and I am
17  very much inclined to immediately discontinue this
18  article, parentheses, and perhaps this supplier, end
19  parentheses, and order a replacement tomorrow.
20     Do you see that, sir?
21  A.  Yes.
22  Q.  Is the testing you're referring to the
23  prior testing you have testified about with the
24  Kufner and the other brand?
25  A.  That is correct.

Page 264

1      DIDUCH
2   Q.  And lastly, the sentence towards the
3   bottom of that same paragraph:  Quote, if the
4   customer does not want to lose selling time, we can
5   show him how to separate the layers, although this
6   might be a little delicate.  If there is a way to
7   maybe get them from them for a day and have someone
8   do it for them, it might avoid certain questions
9   being asked.
10     Do you see that?
11  A.  Yes.
12  Q.  What were the questions that would have
13  been avoided being asked?
14  A.  It's very difficult to communicate to the
15  customer exactly what should be stuck together and
16  should not.  In the course of making the garment,
17  there are certain rows of invisible stitching inside
18  that if you try to separate the layers, they
19  shouldn't separate.  You can pull them and rip them
20  apart, but you could damage the suit in so doing.
21  So it was hard to get into it with them of what
22  should be pulled and what should be separated and
23  what shouldn't be separated and what is right and
24  what is wrong.  I felt it was getting into the weeds.
25  Q.  Did any of the customers that -- the

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

Page 265

DIDUCH

1     DIDUCH
2  retail customers that Hickey Freeman dealt with or
3  yourself personally -- let me start that question
4  over.
5     Did you personally interact with any of
6  the customers concerning this strikeback issue?
7  **A.  I don't remember if I did or not.**
8  **I certainly offered to.  Usually the account**
9  **executives do the communicating with the stores and**
10  **I don't remember if I spoke with any of them**
11  **directly.**
12  Q.  Did -- do you know if the customers were
13  aware that interlining was in Hickey Freeman's
14  suits?
15  **A.  Some of them were.**
16  Q.  And do you remember which ones?
17  **A.  No.**
18  Q.  Do you know if Dillard's was aware?
19  **A.  Yes, they were.**
20  Q.  And how do you know that?
21  **A.  We had a product made for them which**
22  **specifically carried fusible.**
23  Q.  Which product was that?
24  **A.  It was a blazer.**
25  Q.  Was it a Hickey Freeman brand?

Page 266

1     DIDUCH
2  **A.  Yes.**
3  Q.  Was that blazer part of a suit?
4  **A.  No.  A blazer is just a jacket by itself.**
5  Q.  A standalone jacket?
6  **A.  Yes.**
7  Q.  Do you know if Dillard's was aware or not
8  of whether the Hickey Freeman branded suits had
9  interlining in them?
10  **A.  That particular jacket, I think it's**
11  **maybe useful to specify that any kind of canvas can**
12  **be referred to as interlining as well.  Half canvas**
13  **product will have a very heavy interlining; skin**
14  **fusing is a very lightweight interlining.**
15  **So all garments have interlining in them**
16  **of some kind or another.  Dillard's was aware that**
17  **there was a fusible interlining in there.**
18  Q.  In the suits?
19  **A.  In their blazer and perhaps in others.**
20  Q.  Perhaps in others because they knew it
21  was in Blazer?
22  **A.  I know for a fact they knew it in the**
23  **blazer.  Whether they knew there was stuff in other**
24  **items, I don't know.  I wasn't privy to those**
25  **discussions.**

Page 267

1     DIDUCH
2  Q.  Okay.  You can put that exhibit away.
3  **A.  Can I take a quick bathroom break?**
4  Q.  Sure.
5     (Whereupon, a short break was
6     taken.)
7     (Whereupon, Defendant's
8     Deposition Exhibit No. 9 was
9     marked for identification.)
10     BY MS. MORGAN:
11  Q.  Mr. Diduch, if you could look at
12  Exhibit 9 and let me know when you're done.
13  **A.  Okay.**
14  Q.  In this e-mail that's from Salvatore
15  Miceli to yourself dated February 28, 2017, included
16  in the chain is an e-mail from Fran Natale who
17  wrote:  Quote, meanwhile, is it possible to lessen
18  the cycle on the Rotondi front press machine, end
19  quote.
20     And your colleague Salvatore wrote, I
21  will follow up -- quote, I will follow up in the
22  morning, end quote.
23     Do you know if Salvatore followed up with
24  the suggestion to lessen the cycle of time?
25  **A.  He came back and told me that he didn't**

Page 268

1     DIDUCH
2  **think it was necessary to lessen the cycle time.**
3  **And in any case at that point, we had stopped using**
4  **the 630, so it wasn't an issue.**
5  Q.  When did he -- when did Salvatore come
6  back and say it's not necessary to lessen the cycle
7  time?
8  **A.  It would have been the next day.**
9  Q.  And what was his reasoning for that?
10  **A.  The cycle time that Fran observed was the**
11  **entire cycle time, and it's a 21-second cycle time,**
12  **which appears long, but it's really only a**
13  **seven-second pressure dwell time which is fairly**
14  **minimal.  And so our opinion was that Fran just**
15  **didn't know what he was looking at when he saw that**
16  **cycle time.**
17  Q.  So Salvatore's writing of "I will follow
18  up in the morning", is that following up with you?
19  **A.  Yes.**
20  Q.  And other than lessening the cycle on the
21  Rotondi, did Mr. Natale provide any other
22  suggestions to -- following your meeting at the
23  plant?
24  **A.  The only follow-up I had from him was**
25  **when we called and said, we tested and it's not**

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

---

Page 269

DIDUCH

1    going to re-adhere after dry cleaning.  I think that
2    was it.
3  Q.  Do you recall if Mr. Natale made any
4    other suggestions other than lessening the cycle
5    time on the Rotondi?
6  A.  I don't think so.
7  Q.  You can put that away.
8       (Whereupon, Defendant's
9       Deposition Exhibit No. 10 was
10      marked for identification.)
11    BY MS. MORGAN:
12  Q.  Mr. Diduch, when you've had a chance to
13    look at Exhibit Number 10, let me know.
14  A.  Yes.
15  Q.  In this e-mail, there's an e-mail chain,
16    there's some exchanges.  If you look at the one from
17    Ralph to yourself on April 21, 2017, Ralph writes
18    about two suits that were sent back on April 6, 2017
19    to be fixed and, quote, looks like we got most of
20    it, but as you can see not all of it, end quote.
21       Do you see that?
22  A.  Yes.
23  Q.  Were these garments that were sent back
24    to Hickey Freeman to be repaired and then --

---

Page 270

DIDUCH

1    repaired by Hickey Freeman and then sent back to a
2    customer?
3  A.  It would appear so.
4  Q.  Are you saying that because that's what
5    it seems to make sense from reading the e-mail?
6  A.  Correct.
7  Q.  Do you remember that ever happening?
8  A.  Where we had things come back to fix and
9    re-send them?
10  Q.  Yes.
11  A.  Yes, I think it happened.  I mean, that's
12    what we were trying to work out with Dillard's, that
13    we would take them, do whatever we had to do to fix
14    them and send them back.
15  Q.  Where you write:  Quote, whoever was
16    doing this in the shipping missed the breast pocket,
17    end quote.  Were there any issue that Hickey Freeman
18    with the repair that was done where, you know,
19    certain areas were missed or anything of that nature?
20  A.  It was very difficult to separate the
21    breast pocket or even feel whether it had adhered or
22    not.  I think at one point in time, and I'm not sure
23    until what point, if they saw that the breast pocket
24    looked clean and they tried to find an edge of a

---

Page 271

DIDUCH

1    pocket and couldn't find anything sticking, they
2    assumed that it wasn't sticking so went by it.
3    Clearly either they missed it because they couldn't
4    feel it or, I mean, it looks like it bubbled up
5    later.  So I was guessing that they were just -- it
6    looked clean, they tried it, did it, they didn't
7    feel the pocket, so they said it's not sticking,
8    it's fine.
9  Q.  Did you ever pull at the breast pocket of
10    any damaged suits?
11  A.  Did I ever?
12  Q.  Yes.
13  A.  Yes.
14  Q.  And could you do it?
15  A.  Yes.
16  Q.  Was it difficult for you to do?
17  A.  Yes.
18  Q.  And did you ever provide any further
19    assistance or any guidance to any of the people that
20    were pulling the suits as to the -- any focus on the
21    breast pocket?
22  A.  Yes.
23  Q.  And what was that guidance you gave?
24  A.  I showed them how the pocket was

---

Page 272

DIDUCH

1    constructed from the inside, because you can't see
2    where the bag is from the outside and there's a few
3    parts that are tapped down, so you almost have to go
4    from just your mental imagery of what's happening
5    inside the suit to find that edge of the pocket, so
6    you really need to know where it is.  You can't see
7    it.  So I showed them the insides and how it was
8    constructed so they'd have a better idea of what
9    they were looking for.
10  Q.  Okay.  You can put that away.
11       While -- strike the beginning of that.
12       Did any customer that you're aware of
13    report that the pulling technique did work?
14  A.  We had certainly our salespeople and I
15    think maybe -- I don't remember if it was customers
16    or salespeople, they said there's bubbling, we
17    pulled it, it didn't work because it's still
18    bubbling.
19  Q.  Did any customer that you're aware of
20    report that pulling did work?
21  A.  Yes.
22  Q.  Who was that?
23  A.  I don't recall.
24  Q.  Do you recall if it was more than one

---

Page 273

```
 1      DIDUCH
 2  customer?
 3  A.  We -- I was mostly dealing with the sales
 4  executives and not customers themselves.  I don't
 5  remember -- it's easy for me to conflate what a
 6  sales executive would report back versus what a
 7  store was reporting, which would have come through
 8  the sales executive anyway.  So I don't remember
 9  what was the store's comment or what was the AE,
10  account executive.
11  Q.  Okay.  Let's separate that.  So do you
12  remember you yourself having received any feedback
13  from -- directly from a customer that the pulling
14  technique worked?
15  A.  Not directly from a customer.  Through
16  our salespeople.
17  Q.  So through the salespeople --
18  A.  Meaning our sales representatives.
19  Q.  Understood.
20      Through a Hickey Freeman sales
21  representative, do you recall them reporting to you
22  that the pulling technique worked with certain
23  customers?
24  A.  Yes.
25  Q.  And do you recall roughly how many
```

Page 274

```
 1      DIDUCH
 2  customers that worked?
 3  A.  No.
 4  Q.  Do you remember if it was more than five?
 5  A.  It was a significant -- statistically
 6  significant portion of them.  The majority of people
 7  who were doing pulling to separate reported that,
 8  yes, when we pull it, the bubbling disappears.
 9  Q.  The customers that were reporting either
10  directly to you or through the salespeople that the
11  pulling worked -- strike that question.
12      My question is did anybody use the
13  pulling technique that resolved the issue and the
14  bubbling never came back that you know of?
15  A.  That I know of, yes.
16  Q.  Is that through the indirect
17  communication from the sales team of Hickey Freeman?
18  A.  Yes.
19  Q.  And do you recall that number of
20  customers?  Is that the statistically significant
21  number?
22      MR. D'ANGELO:  Objection to form.
23      THE WITNESS:  It was -- if, for example, we
24  had eight reports of bubbling, six or seven of them
25  said it was resolved, there would only have been one
```

Page 275

```
 1      DIDUCH
 2  who said, hey, I pulled it and it still didn't help.
 3      BY MS. MORGAN:
 4  Q.  Did Hickey Freeman get that kind of
 5  reporting?
 6  A.  We had responses back from our
 7  salespeople who were giving us feedback about what
 8  was going on in the stores.
 9  Q.  Were those informal reports?
10  A.  No.  They were just e-mails or phone calls.
11  Q.  Does Hickey Freeman have any conclusion
12  as to why the pulling worked on some suits and not
13  others?
14  A.  I think that the people -- some of the
15  people who were doing the pulling just weren't able
16  to locate the pocket itself.  They were pulling the
17  front away from the canvas and thinking that would
18  be sufficient to separate everything, because they
19  didn't have an idea outside of what's pocketing,
20  what's canvas, where it's located or how to do it
21  correctly.
22  Q.  I know you just answered that with what
23  you personally think, but do you know if
24  Hickey Freeman has a position as to whether -- as to
25  why the pulling technique worked on some suits and
```

Page 276

```
 1      DIDUCH
 2  not others?
 3  A.  It is our position that the person doing
 4  the pulling had improper technique.
 5  Q.  Are you aware of any customers
 6  complaining about any other damage other than
 7  strikeback with regards to these suits?
 8  A.  I remember complaints about things in
 9  general.  Whether it was specifically those suits, I
10  can't recall.
11  Q.  I'm -- when I say those suits, I'm
12  referring to the suits --
13  A.  That are effected in the damage --
14      MR. D'ANGELO:  Let her finish the question.
15      BY MS. MORGAN:
16  Q.  I'm referring to the suits that are
17  alleged to be damaged in this lawsuit.
18  A.  Correct.
19  Q.  With that qualification, do you recall a
20  customer complaining about any other problem with
21  the suits other than the strikeback or the bubbling?
22  A.  Yes.
23  Q.  And what were those complaints?
24  A.  Puckering is a complaint.  There were
25  little issues.  At the time, they were struggling to
```

1      DIDUCH
2  meet their sales figures, and so Natalie Condon
3  instructed her salespeople to go into stores and try
4  to find out why there were problems.  She said go
5  and take pictures of possible quality issues as a
6  possible explanation for us not meeting our sales
7  goals.  She had people actively going into stores
8  looking for things and taking pictures of them.  And
9  so when you take an active role of looking, you can
10 always find something.
11 Q.  And what were some of the things that
12 were found?
13 A.  As I said, there was either just rumpling
14 or wrinkling or the mistaken impression of tight
15 sewing or I remember one customer said something
16 about heavy canvas which wasn't the case.
17 Q.  Any others that you recall?
18 A.  I don't remember any more.
19 Q.  Do you recall any complaints about loose
20 threads?
21 A.  Oh, sure, we get that from time to time.
22 Q.  And what are loose threads caused by?
23 A.  It can be caused by a thread that was not
24 trimmed at the end of the seam; it can be caused by
25 fibers from the inside that are naturally coming out

1      DIDUCH
2  of the seam; it can be caused by a number of things.
3  Q.  Can loose threads be caused by
4  interlining?
5  A.  No.
6  Q.  What about lapel pressing issues?
7  A.  What about it?
8  Q.  Did any customers complain about any
9  overpressing on the lapel, if you recall?
10 A.  I only remember one of our salespeople
11 making a comment about one lapel that she saw.
12 Q.  And do you remember what that comment
13 was?
14 A.  Not the specific wording, but I remember
15 her saying something about wrong pressing around the
16 edge of the lapel.
17 Q.  And who was that?
18 A.  Dani Tinelli.
19 Q.  Is there interlining in the lapel of a
20 Hickey Freeman suit?
21 A.  There is canvas.  There's not fusible
22 interlining in that portion of the lapel.
23 Q.  I'll use your characterization of Dani.
24 Was her comment that there was overpressing on the
25 lapel?

1      DIDUCH
2  A.  As I said, I don't remember what her
3  specific comment was.  She's not technical and
4  usually her comments had little bearing to the
5  actual cause, so she could say that there was
6  something here and say it's overpressing or it's not
7  really overpressing, it's just a different pressing
8  defect but it's not overpressing.
9  Q.  If something were wrong with the pressing
10 of the lapel, whether it be overpressing or some
11 other form of a pressing issue, would that be
12 related or caused by interlining?
13 A.  No.
14 Q.  And is that because there's no
15 interlining in the lapel?
16 A.  There's no fusible interlining in that
17 portion.
18 Q.  Yes, that's what I'm referring to.
19     MR. D'ANGELO: Objection, asked and answered.
20     THE WITNESS: Yes.
21     MR. D'ANGELO: Can we go off the record for
22 two minutes?
23     (Whereupon, a short break was
24     taken.)
25

1      DIDUCH
2      (Whereupon, Defendant's
3      Deposition Exhibit No. 11 was
4      marked for identification.)
5      BY MS. MORGAN:
6  Q.  Mr. Diduch, when you've reviewed
7  Number 11, let me know.
8  A.  Yes.
9  Q.  In this e-mail that you wrote to
10 Alan Abramowicz dated April 29, 2017, you wrote:
11     Quote, we seem to have more trouble with
12 Dillard's garments than others, though this is
13 purely anecdotal so far.  However, I wonder if the
14 rain finish, parentheses, or indeed any of the
15 performance finishes, end parentheses, that is
16 exclusive to Dillard's is making things worse.
17     Did you undertake any investigation to
18 determine if there was any truth to that thought?
19 A.  Yes.
20 Q.  Can you tell me about that?
21 A.  First I did a visual inspection of the
22 garments that had rain finish versus the ones that
23 didn't.  And, in fact, the ones that didn't have
24 that finish looked much worse.  I took some swatches
25 of fabric with the rain finish and did fuse tests to

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

Page 281

1      DIDUCH
2  compare it to other fabrics to see if there was any
3  kind of noticeable difference in dot transfer or in
4  strikeback and there wasn't anything measurable.
5  Q.  With the nonvisual testing that you did,
6  were those results memorialized anywhere?
7  A.  No.
8  Q.  And other than those two tests, did you
9  undertake any other tests?
10 A.  No.
11 Q.  You later wrote, we should -- quote, we
12 would perhaps ask the mill about this, and do some
13 testing of our own using performance finishes and
14 regular finishes, end quote.
15     The "mill" there, who is that?
16 A.  In this case, it was Loro Piana, L-o-r-o,
17 P-i-a-n-a.
18 Q.  And Loro Piana is -- does what for these
19 suits?
20 A.  They make fabric.
21 Q.  And is this for the Hickey Freeman suits
22 or the Daniel Cremieux suits?
23 A.  I think they make both.
24 Q.  Did you call Loro Piana?
25 A.  I asked our merchandiser about it.

Page 282

1      DIDUCH
2  Q.  And what did they say?
3  A.  She said she had talked to them and she
4  said she didn't think it would do anything.
5  Q.  And the testing that you said "of our
6  own", is that the testing you just testified about?
7  A.  Yes.
8  Q.  And did you use a performance finish --
9  A.  Yes.
10 Q.  -- on that testing?
11     And is that the rain finish you were
12 referring to?
13 A.  Yes.
14 Q.  And what is the regular finish?
15 A.  A regular finish cloth that doesn't have
16 any kind of rain finish or any kind of water or
17 stain resistant finishing.
18 Q.  Did all the suits that are the subject of
19 this litigation have some kind of finish on them?
20 A.  All fabric has a finish on it.  Some of
21 the suits had a rain finish on them.
22 Q.  And aside from the rain finish and the
23 regular finish, was there any other kind of finish?
24     MR. D'ANGELO: Objection.
25     THE WITNESS: I don't remember anything

Page 283

1  specifically branded as anything else.
2     BY MS. MORGAN:
3  Q.  And was the rain finish exclusive to
4  Dillard's?
5  A.  Yes.
6  Q.  Going to your -- to the next paragraph,
7  you said that: Quote, I said during our call that
8  the puckering on the garments that Dillard's cleaned
9  doesn't look like the strikeback -- doesn't look
10 like strikeback to me for three reasons.  First you
11 say -- let me ask you right now, do you think that
12 the puckering on the garments that Dillard's cleaned
13 was related to strikeback or not?
14 A.  No, I don't.
15 Q.  And why not?
16 A.  What I thought it was, and I specified
17 later in the e-mail, that it was the result of
18 blowing steam through a steam dummy was actually
19 what they were doing.
20     MR. NIEDERER: Can you read that back.
21     (Whereupon, the record was read
22 as requested.)
23     BY MS. MORGAN:
24 Q.  Here you're talking about the garments

Page 284

1      DIDUCH
2  that Dillard's cleaned, correct?
3  A.  Correct.
4  Q.  And so you're not referring to all
5  Dillard's garments.  Just the ones they cleaned?
6  A.  That's correct.
7  Q.  And how many garments did Dillard's clean
8  that you're referring to?
9  A.  Two or three.  Right now I don't
10 remember.  It was just a tiny number.
11 Q.  Was that the suits that were cleaned
12 around the time of your Little Rock visit?
13 A.  Yes.
14 Q.  And is it -- do you have any
15 determination as to whether aside from these two or
16 three suits that Dillard's cleaned, whether any of
17 the other suits Dillard's complained about were not
18 due to strikeback?
19 A.  Can you rephrase that.
20 Q.  Sure.  In this e-mail, you're referring
21 to suits that Dillard's cleaned that were damaged
22 but you didn't think it related to strikeback.  Do
23 you agree with that?
24 A.  Yes.
25 Q.  Aside from these couple of suits that

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

Page 285

1    DIDUCH
2  Dillard's cleaned, did you believe that any other
3  suits that Dillard's complained about was not
4  related to strikeback?
5    MR. D'ANGELO: Objection to form.
6    THE WITNESS: Dillard's could have complained
7  about other suits for other reasons unrelated to
8  this if that's what you're asking.
9    BY MS. MORGAN:
10  Q.  I'm just asking if you believe that any
11  of the Dillard's suits other than the ones that you
12  reference here that were cleaned were not -- were
13  not caused by strikeback, the damage?
14    MR. D'ANGELO: Objection to form.
15    THE WITNESS: I think that the suits that were
16  returned for strikeback actually had strikeback
17  problems on them.
18    BY MS. MORGAN:
19  Q.  So are you aware of any other Dillard's
20  suits other than the ones that were cleaned that you
21  reference here that were not damaged by strikeback?
22    MR. D'ANGELO: Objection to form.
23    THE WITNESS: Are you only referring to the
24  suits that are subject to the litigation or suits in
25  general?

Page 286

1    DIDUCH
2    BY MS. MORGAN:
3  Q.  That are subject to the litigation.
4  A.  I don't recall any off of the top of my
5  head.
6  Q.  And the ones that they cleaned that you
7  referenced here, are those also suits that are part
8  of this litigation?
9  A.  Yes.
10  Q.  You can put that away, sir.
11    (Whereupon, Defendant's
12    Deposition Exhibit No. 12 was
13    marked for identification.)
14    BY MS. MORGAN:
15  Q.  Mr. Diduch, when you've had an
16  opportunity to look at this exhibit, let me know.
17  A.  Okay.
18  Q.  This exhibit is an e-mail from yourself
19  to Alan Abramowicz and others dated March 21, 2017.
20  In the e-mail you write:
21    Quote, regarding the QC stations, we
22  still do not have a full-time person in shipping,
23  end quote.
24    Why did Hickey Freeman not have a
25  full-time person in shipping in March of 2017?

Page 287

1    DIDUCH
2  A.  We never had one prior to that.
3  Q.  Were you in the process of trying to
4  recruit a full-time person in shipping?
5  A.  Not necessarily to recruit, but find
6  somebody within our organization that we could put
7  there.
8  Q.  And did you ultimately find somebody?
9  A.  Yes.
10  Q.  And who's that?
11  A.  Rashmi Nepali, last name.  I can't
12  remember.
13  Q.  Rashmi?
14  A.  Rashmi.
15  Q.  Oh, Rashmi, okay.
16    And when did -- to your knowledge, when
17  did Hickey Freeman start to wish to have a full-time
18  person in shipping?
19    MR. D'ANGELO: Just note my objection to form.
20    THE WITNESS: I can't pinpoint the time.
21    BY MS. MORGAN:
22  Q.  Do you know if it was in 2017?
23  A.  I can't say when we first began to want
24  somebody there.
25  Q.  And do you know why Hickey Freeman wanted

Page 288

1    DIDUCH
2  a full-time person in shipping?
3    MR. D'ANGELO: Objection to form.
4    THE WITNESS: I felt there were things that
5  were showing up in stores that I was convinced
6  weren't leaving the pressing area or the factory
7  looking like that, that either something was
8  happening in shipping or in transport or something,
9  so I just wanted an extra layer of eyes on things to
10  go through in the shipping after we left it -- let
11  it out of the shop.
12    BY MS. MORGAN:
13  Q.  And before Rashmi became the full-time
14  person in shipping, was it part-time individuals
15  doing that job?
16  A.  We had put some people into the shipping,
17  yes, part-time or when they had downtime in the
18  factory or something, but it wasn't somebody who was
19  tasked all the time to be in shipping looking at
20  garments.
21  Q.  What is Rashmi's title?
22  A.  She doesn't really have a title.
23  Q.  Does she have any name to the post that
24  is related to what she does in shipping?
25  A.  She's a QC inspector I guess.

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

Page 289

1      DIDUCH
2  Q.  You also noted:
3      Quote, we are also in the middle of
4  rehanging everything since I found that the garments
5  were all squished together so Robert has asked that
6  everything be spaced out, parentheses, there are
7  spacers on the bars which were not being used
8  correctly, end parentheses, end quote.
9      So the squishing together, what did that
10  entail?
11 **A.  When garments are hung too close together**
12 **and they're pressed together, certain portions of**
13 **the sleeve and the shoulder can get crushed and**
14 **create little wrinkles in them.**
15 Q.  So that because too many suits are put in
16  a box?
17 **A.  No.  These are hanging on bars together**
18 **and there are too many suits too close together on**
19 **these bars.**
20 Q.  Is this in the shipping box?
21 **A.  In the shipping room --**
22 Q.  Oh, in the shipping room.
23 **A.  -- before it even gets in the shipping**
24 **box.**
25 Q.  Okay.  Does Hickey Freeman have any kind

Page 290

1      DIDUCH
2  of protocol about how many suits can be on a bar at
3  a time in the shipping room?
4  **A.  Not per bar, but there's a corrugated**
5  **spacing system and they're supposed to leave one**
6  **empty spot between suits.  In this case, they**
7  **didn't -- they had a suit in every spot rather than**
8  **leaving an empty spot between them.**
9  Q.  And are we -- excuse me, are you
10  referring to the -- here where you're referring to
11  the garments, are these suits that ended up being
12  the subject of this litigation?
13 **A.  In that particular case, the ones that**
14 **were squished together, I don't remember.**
15 Q.  And the spacers on the bars, that's what
16  you just testified about with the corrugated spaces?
17 **A.  Yes.**
18 Q.  Are there corrugated spaces -- strike that.
19     Is there a bar in the shipping box that
20  the suits are hung on?
21 **A.  Yes.**
22 Q.  And does that have the corrugated spaces?
23 **A.  No.**
24 Q.  So is there anything to prevent the suits
25  from squishing together in the shipping box?

Page 291

1      DIDUCH
2  **A.  When the suits are placed in the box,**
3  **they're placed on a horizontal bar and then**
4  **there's -- I don't know how to describe it, but**
5  **another piece of plastic that's slid over them and**
6  **then it's clamped into place, and so the tension is**
7  **supposed to keep the hangers from falling off the**
8  **bars and from sliding around too close to each other.**
9  Q.  Does that clamp have a name or anything
10  in particular?
11 **A.  It may.  I don't know.**
12 Q.  And because of the squishing that you
13  referred to in this e-mail, were some suits required
14  to be re-pressed?
15 **A.  Yes.**
16 Q.  Going to Exhibit 2, can you turn to that,
17  please.  Can you review items 24 through 32 and let
18  me know if you're in a position to testify about any
19  of those topics?
20     **MR. D'ANGELO:** Just note my objection to this
21  line of questioning on the same basis that I
22  objected earlier in the deposition; namely, that the
23  new and newly expanded topics were noticed less than
24  48 hours before the 30(b)(6) deposition was
25  scheduled to start and this was the subject of an

Page 292

1      DIDUCH
2  e-mail exchange between counsel prior to today's
3  deposition.
4     **BY MS. MORGAN:**
5  Q.  And, Mr. Diduch, let me also give you as
6  a reference a copy of the complaint if you need it
7  because some of these topics reference a specific
8  paragraph in the complaint that was filed in June
9  of --
10    **MR. D'ANGELO:** Do you want to mark a copy?
11    **MS. MORGAN:** Am I marking a copy?  Yeah.  June
12 of --
13    **MR. D'ANGELO:** Just for the sake of
14 completeness.
15    **MS. MORGAN:** -- 2017.  Yeah, yeah, I brought
16 copies for that purpose.
17    (Whereupon, Defendant's
18    Deposition Exhibit No. 13 was
19    marked for identification.)
20    **BY MS. MORGAN:**
21 Q.  And, Mr. Diduch, perhaps we can go one by
22  one.  If we want to start with Number 24.
23 **A.  This I can't tell you off the top of my**
24 **head.**
25 Q.  And "this" you mean Number 24?

Page 293

1    DIDUCH
2  A.  **Number 24.**
3  Q.  And let me also give you, sir, as
4  Number 13 a copy of the complaint.  There's some --
5  something got it on it.  I must have put some on
6  there.
7       So as you can see, these reference
8  certain paragraphs.  If you need to look at them in
9  the complaint, you can certainly do so.
10      So 24 you believe you could not testify
11 about?
12 A.  **No.**
13 Q.  What about 25?
14 A.  **Not the precise number, no.**
15 Q.  Do you know the approximate number of
16 that?
17 A.  **We use about three different kinds of**
18 **canvas, but shell fabric I can't tell you.**
19 Q.  And as you're looking at these, if
20 there's any portion of the question that you can
21 answer, please do so.
22      So for 25, it was three different kinds
23 of canvas?
24 A.  **Approximately.**
25 Q.  Approximately.  And --

Page 294

1    DIDUCH
2      **MR. D'ANGELO:** Can we go off the record for
3  one second?
4      **MS. MORGAN:** I wasn't done talking.  I was
5  in -- right in the middle.
6      **MR. D'ANGELO:** I wasn't going to confer with
7  him.  I was going to do something that might be
8  easier, but go ahead.
9      **BY MS. MORGAN:**
10 Q.  And you said for the shell fabric, you
11 were unclear?
12 A.  **Yes.**
13     **MS. MORGAN:** Now you can say your comment.
14     **MR. D'ANGELO:** Off the record.
15     (Whereupon, a discussion was had
16     off the record.)
17     **MS. MORGAN:** Yeah, if to the extent -- and we
18 can put this on the record, I'll say this, but to
19 the extent that you can answer a portion of it or to
20 the extent that -- are you putting this on?
21     **THE REPORTER:** Yeah.
22     **MS. MORGAN:** That's fine.  That's fine.
23     **MR. D'ANGELO:** Wait, sorry, we're on now or
24 we're off?
25     **MS. MORGAN:** As soon as I said we're on, she

Page 295

1    DIDUCH
2  went back on.  It's okay.
3      **BY MS. MORGAN:**
4  Q.  So to the extent that you can answer a
5  portion of these, to the extent that you can refer
6  to a document that you know about that would answer
7  the question or, you know, any other avenue you can
8  think of that would provide some response, please do
9  so.
10 A.  **The exact composition of the fiber**
11 **content in Number 24 I think would be located on the**
12 **statement.  We have provided many statements to you,**
13 **but I wasn't involved in the production, so I can't**
14 **say for sure that all of them are included.  I would**
15 **have to consult with people to see if they're all in**
16 **there.  So knowing that, if we have all of the**
17 **statements, I think we could go through all however**
18 **many of them there are and tabulate the composition**
19 **of all those fabrics.**
20 Q.  The statement that you're referring to,
21 is there another word that Hickey Freeman uses to
22 describe that document?
23 A.  **Roy sometimes refers to it as a work order.**
24 Q.  Okay.  Thank you.
25      So you believe if one were to look at the

Page 296

1    DIDUCH
2  statement or work order, one would be able to figure
3  out the answer to Number 24?
4  A.  **I think the content is on this statement.**
5  **You would then have to go through all of the**
6  **statements for all of the fabrics that had that 630,**
7  **and I don't know of a summary saying there were this**
8  **number of statements, so we couldn't be sure that we**
9  **had all of them.  It would require a little bit of**
10 **work.**
11 Q.  Okay.  Let's go to --
12 A.  **So 25.**
13 Q.  -- 25.
14 A.  **The precise number of different**
15 **canvas/shell fabric model or types used by**
16 **Hickey Freeman.  I'm not aware of a report that says**
17 **how many fabric types.  Again, if all the statements**
18 **have been provided, we could count them.  It may**
19 **have been tabulated.  I don't know.**
20 Q.  And if we had the statements, would that
21 be a precise number after tabulating them all or --
22 A.  **Assuming we have them all.  I would want**
23 **some method of checking it against some of the**
24 **record to make sure we had them all.**
25 Q.  And can you think of any method that's

Page 297

1    DIDUCH
2  available to Hickey Freeman to determine if we had
3  all the statements?
4  A.  I'm not aware of them because I was never
5  involved in that side of the business.
6  Q.  The statements?
7  A.  The statements and any records of cutting
8  and production planning, all that side of it, that
9  was Roy and Lynda.
10    MR. D'ANGELO: Go off the record for a moment
11  again, please.
12    (Whereupon, a discussion was had
13    off the record.)
14    BY MS. MORGAN:
15  Q.  So now we're on -- are you done with
16  Number 25?
17  A.  Done with Number 25.
18    Number 26, yes, the Dillard's QR program
19  had a rain system finish applied to it.
20  Q.  And you said the Dillard's what?
21  A.  QR, the quick replenishment.
22  Q.  Okay.  Had a rain finish?
23  A.  Yes.  I can't say for certain if there
24  were other special finishes on any other cloth.
25  There wasn't any significant number of garments made

Page 298

1    DIDUCH
2  with a finish, but there may have been a couple in
3  there.
4  Q.  And with the Dillard's quick
5  replenishment, was that Daniel Cremieux and
6  Hickey Freeman?
7  A.  No, that was just Hickey Freeman.
8  Q.  And would that also be on the statement?
9  A.  It might be.
10  Q.  Other than the statement, where else
11  would the detailed finish be?
12  A.  Somewhere within the AS400.
13  Q.  Anywhere else?
14  A.  Not that I know of, but I'm not
15  intimately aware of all those details.
16  Q.  Okay.  Can you provide any other
17  information about 26?
18  A.  No.
19  Q.  So for 27?
20  A.  The specific name, make and model of the
21  fusing press used to do the skin fusing was the
22  Kannegiesser CX1400.
23  Q.  And is that the blue one or the green one?
24  A.  That's the blue one.
25  Q.  Okay.  Do you want to do -- go to 28?

Page 299

1    DIDUCH
2  A.  I really don't have any idea where to
3  find this stuff.  The sent to customers and
4  returned, there would be invoices and RAs.  Dates of
5  when the suits were manufactured, I'm not sure where
6  to find that.
7  Q.  You don't know?
8  A.  I don't know where to find that.  I know
9  it can be found.  I just don't know where.
10  Q.  And do you know who would know that
11  information if you had to ask somebody?
12  A.  Unfortunately, both people are no longer
13  with us.  I could do some digging and figure it out.
14  Q.  Were you referring to Roy Nicholls?
15  A.  Yes.
16  Q.  And who is the second person?
17  A.  Lynda Forken.
18  Q.  Was Lynda replaced?
19  A.  Lynda's job was absorbed by Roy and
20  Mark Donovan.
21  Q.  So is Mark Donovan doing Roy's job now?
22  A.  No.
23  Q.  So would Mark Donovan know Number 28
24  essentially?
25  A.  No.

Page 300

1    DIDUCH
2  Q.  Well, let's move on to 29.
3  A.  Information concerning all customers.  So
4  what information is --
5  Q.  This is seeking the names of all customers.
6    MR. D'ANGELO: I mean, that's in our
7  production, so I don't really --
8    THE WITNESS: Yeah, and I don't know where
9  that is.
10    MR. D'ANGELO: It doesn't seem like an
11  efficient way to get the information.
12    BY MS. MORGAN:
13  Q.  Aside from what's been produced, did
14  Hickey Freeman do any -- did Hickey Freeman track
15  which customers potentially got the 630 -- damaged
16  suit with the 630?
17  A.  I don't know what was done with that.
18  I know reports were provided in production, but I am
19  not aware of them and not familiar with them.
20  Q.  And what reports were you referring to
21  that were provided with production?
22  A.  Well, okay, I assume that they were
23  provided, that there was a list of customers, and I
24  thought I had seen something similar once.
25  Q.  But is that a guess?

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

Page 301

1      DIDUCH
2  A.  It's probably a guess, yes.
3  Q.  Okay.  So let's go to Number 30.
4  A.  Information about shipment -- I'm
5  mumbling as I read aloud.
6       I can speak to some of this and maybe not
7  entirely accurately.  Depending on how many suits
8  are going to any given place, they may be shipped
9  individually in a box, they may ship it two to a
10  box, or they may be shipped two to a box.  They are
11  shipped on hangers.  They have a clear plastic poly
12  bag around them.  They generally have tissue paper
13  that's wadded up and inserted inside the shoulder
14  and the sleeve.  The boxes, when it's multiple
15  garments, have that clamp thing that I don't know
16  what to call.  The boxes are labeled as "this side
17  up" and "do not tip", but we know that they do.  The
18  individual shipping boxes don't have a direction or
19  they don't stand up.  They just -- they're flat
20  boxes, so they get tossed onto conveyor belts.
21  That's about the extent of my knowledge of the
22  shipping.
23  Q.  The individual boxes, do you mean if
24  you're shipping only one unit, it's a box by itself
25  that's flat?

Page 302

1      DIDUCH
2  A.  That's correct.
3  Q.  If there's two suits, do they use that
4  flat box?
5  A.  There's a slightly bigger box.
6  Q.  That's flat?
7  A.  That's more or less flat.  It's coffin
8  shaped.
9  Q.  When does the number of suits require
10  this vertical box?
11  A.  We either ship one or two in the small
12  box or we ship -- and I'm not sure if it's six or
13  seven in the larger box.
14  Q.  What about three suits, what is that
15  shipped in?
16  A.  I believe that would be in a two and a one.
17  Q.  Oh, so it's once it gets to six, that's
18  in a standing box?
19  A.  Yes.  I could be wrong.
20  Q.  On the "do not tip", how do you know that
21  they tip?
22  A.  We've had discussions with the shippers,
23  with UPS and FedEx, and also they come in sometimes
24  pretty beat up.
25  Q.  To the customer?

Page 303

1      DIDUCH
2  A.  Yes.
3  Q.  So in Number 30 where we say the shipper,
4  to the shippers you're aware of, you said UPS and
5  what was the other?
6  A.  FedEx.
7  Q.  And are you aware of any other shippers?
8  A.  I know we have some kind of freight
9  forwarding, but I don't know anything about it.
10  Q.  Let's go to Number 31, please.
11  A.  I think we've covered that.  I'm not sure
12  what else we're looking for here.
13  Q.  I would agree with that.  I think we
14  covered 31.
15      For 32, do you know about the location of
16  any --
17  A.  Not of all of them.
18  Q.  -- defective suits?
19  A.  I know there are some defective suits in
20  Rochester.  I can't speak to the exact number, nor
21  can I speak to the location of the rest of them.
22  Q.  Where are they in Rochester?
23  A.  There are a couple in Roy's old office
24  and there are a group of them in what we call the
25  old blue pencil office.

Page 304

1      DIDUCH
2  Q.  The old blue pencil office?
3  A.  That's correct.
4  Q.  And anywhere else?
5  A.  I don't think so.
6  Q.  Do you know approximately how many are in
7  Roy's old office?
8  A.  There may be half a dozen.
9  Q.  And what about the old blue pencil office?
10  A.  I'm guesstimating at a couple dozen, and
11  I can't speak to 33.
12      MS. MORGAN:  So let me go sit by myself in a
13  room and consult my notes and I'll return.
14      (Whereupon, a short break was
15      taken.)
16      BY MS. MORGAN:
17  Q.  I have a couple more questions on the 630
18  data sheet, but that's about it.  I think it was, I
19  want to say, three or four.
20      After you've taken a look at that data
21  sheet, sir, let me know when you've had an
22  opportunity to review the Exhibit Number 3.
23  A.  Yes.
24  Q.  Do you see the paragraph at the bottom of
25  this exhibit?

Page 305

1    DIDUCH
2 A.  Yes.
3 Q.  Okay.  It says, quote, in view of the
4 wide variety of existing fabrics and other materials
5 used in the clothing industry, we recommend that
6 industrial use, that complete tests are carried out
7 with the fabrics and other materials to be used, and
8 on the machinery that will be used, end quote.
9    When you had previously looked at the 630
10 data sheet, do you recall reading this paragraph?
11 A.  I recall seeing it on many of these data
12 sheets.  I don't remember if I saw this one in
13 particular.
14 Q.  Did Hickey Freeman ever perform a
15 complete test as suggested in this Veratex data
16 sheet?
17    MR. D'ANGELO: Objection to the form.
18    THE WITNESS: Every new type of fabric that we
19 manufacture, we will do at least a prototype and a
20 sample, and that is our testing process.  We make it
21 up, we put it through the exact production scenario,
22 and then we evaluate it.  So we do do this.
23    BY MS. MORGAN:
24 Q.  To your knowledge, has anybody from
25 Hickey Freeman asked Veratex what they mean by the

Page 306

1    DIDUCH
2 phrase "complete test"?
3 A.  No.
4 Q.  And in the portion of this paragraph
5 where it states that testing should be carried out
6 on the machinery that will be used, does
7 Hickey Freeman test its machinery on a regular
8 basis?
9 A.  Test its machinery?
10 Q.  Yes.
11    MR. D'ANGELO: Objection to form.
12    THE WITNESS: We address the testing that we
13 do with the fusing machines.  I'm not sure what that
14 refers to this.  That they're saying tested on the
15 machines that you're going to be using.  They're
16 saying you test this material on the specific
17 machines you're going to use to manufacture the
18 suits, meaning if you have another set of presses
19 over here, don't press it on presses.  Test it on
20 the line that you're going to do it.
21    BY MS. MORGAN:
22 Q.  Let's take that adoption and does -- did
23 Hickey Freeman do that with the machinery it was
24 going to use prior to its use of the 630 for every
25 production run?

Page 307

1    DIDUCH
2 A.  Yes.
3 Q.  And aside for every production run, does
4 Hickey Freeman routinely check the status of the
5 machines whether it's used in that specific
6 production run or not, just as a regular course?
7    MR. D'ANGELO: Objection, asked and answered.
8    THE WITNESS: There is a maintenance schedule.
9 I'm not sure exactly what it is.
10    BY MS. MORGAN:
11 Q.  Have you seen the maintenance schedule
12 before?
13 A.  No.
14 Q.  How do you know that a maintenance
15 schedule exists?
16 A.  They've discussed that on a certain
17 interval that I don't remember.  They need to check
18 the covers of the presses for accumulated debris,
19 for example.  Whether it's written down or it's
20 oral, I don't know, but --
21 Q.  And by "they've discussed", do you mean
22 the mechanics?
23 A.  The mechanics and supervisors.
24 Q.  And the testing that you just referenced
25 that Hickey Freeman does on the machinery that will

Page 308

1    DIDUCH
2 be used in the production with the 630 interlining,
3 that is not recorded?
4 A.  No.
5    MS. MORGAN: Okay.  I have no further
6 questions.  However, we are reserving our rights to
7 re-question Mr. Diduch on just for the 30(b)6, not
8 individually, for certain topics that he was not
9 prepared on.
10    MR. D'ANGELO: Note my continued objection
11 given the untimely service of an updated notice of
12 deposition.
13    MS. MORGAN: And some of those topics included
14 topics that were in the February 3, 2018 notice.
15    MR. D'ANGELO: I'll note my disagreement with
16 that, but that's -- can we go off the record for a
17 moment?
18    (Whereupon, a discussion was had
19    off the record.)
20    MS. MORGAN: I have nothing further.
21 Can you just read back the last sentence Frank
22 said.  Thank you.
23    (Whereupon, the record was read
24    as requested.)
25    MS. MORGAN: So I have nothing further.

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

---

Page 309

1  DIDUCH

2  **MR. D'ANGELO:** So counsel discussed off the

3  record some additional materials that Hickey Freeman

4  will make available for circulation among the

5  parties -- division among the parties and testing as

6  they see fit pursuant to a testing protocol to be

7  agreed upon by the parties, specifically the Veratex

8  header with old sample swatches of 630 interlining

9  and lengths of interlining that may or may not be

10  old 630 interlining that were recently located that

11  we recently were made aware of.

12  So the parties have been coordinating on

13  testing protocols with respect to other materials

14  and will make those materials available for testing

15  as well pursuant to a similar protocol, okay.

16  **MS. MORGAN:** Okay.  Off the record.

17  (Whereupon, a discussion was had

18  off the record.)

19  (Time noted:  6:27 p.m.)

20

21

22

23

24

25

---

Page 310

1  A C K N O W L E D G M E N T

2

3  STATE OF NEW YORK  )

4  )ss:

5  COUNTY OF        )

6

7  I, ROBERT JEFFERY DIDUCH, hereby certify

8  that I have read the transcript of my testimony

9  taken under oath in my deposition of June 21, 2018;

10  that the transcript is a true, complete and correct

11  record of my testimony, and that the answers on the

12  record as given by me are true and correct.

13

14

15  _____

16  ROBERT JEFFERY DIDUCH

17

18

19  Signed and Subscribed to before me,

20  this   day of           , 2018.

21

22

23  _____

24  Notary Public, State of _____

25

---

Page 311

1  C E R T I F I C A T E

2

3  STATE OF NEW YORK        )

4                           )ss:

5  COUNTY OF NEW YORK       )

6

7  I, KAREN E. RIGONI, CSR, a Notary Public

8  within and for the State of New York, do hereby

9  certify:

10  That ROBERT JEFFERY DIDUCH, the witness

11  whose deposition is herein before set forth, was

12  duly sworn by me and that such deposition is a true

13  record of the testimony given by such witness.

14  I further certify that I am not related

15  to any of the parties to this action by blood or

16  marriage; and that I am in no way interested in the

17  outcome of this matter.

18  IN WITNESS WHEREOF, I have hereunto set

19  my hand this 2nd day of July, 2018.

20

21

22

23

24  _____
    KAREN E. RIGONI, CSR

25  Commission Number: 01RI6245518
    Expires:  07/25/2019

---

Page 312

1  *** ERRATA SHEET ***

2  ELLEN GRAUER COURT REPORTING CO., LLC

3  126 East 56th Street, Fifth Floor
   New York, New York  10022

4  212-750-6434

5  NAME OF CASE:  HICKEY FREEMAN vs. CHARGEURS
   DATE OF DEPOSITION:  JUNE 21, 2018

6  NAME OF WITNESS:  ROBERT JEFFERY DIDUCH

7  PAGE LINE   FROM        TO       REASON

8  ___|___|_____|_____|_____

9  ___|___|_____|_____|_____

10  ___|___|_____|_____|_____

11  ___|___|_____|_____|_____

12  ___|___|_____|_____|_____

13  ___|___|_____|_____|_____

14  ___|___|_____|_____|_____

15  ___|___|_____|_____|_____

16  ___|___|_____|_____|_____

17  ___|___|_____|_____|_____

18  ___|___|_____|_____|_____

19  ___|___|_____|_____|_____

20  ___|___|_____|_____|_____

21

22  Subscribed and sworn before me

23  this_____day of _____, 2018

24  _____     _____

25  (Notary Public)      My Commission Expires:

---

# A

**ability (2)**
9:17,21

**able (11)**
9:21;66:11;70:20;
132:21;133:9;145:7;
164:20;191:23;203:4;
275:15;296:2

**above (1)**
190:8

**Abramowicz (11)**
10:3;12:14;19:12;
21:12;23:19;54:22;
167:2;168:3;229:20;
280:10;286:19

**absorbed (1)**
299:19

**accept (2)**
101:23;194:18

**acceptable (1)**
10:20

**accepted (2)**
29:5;60:10

**access (4)**
127:13,21,25;
128:24

**accommodate (1)**
184:10

**accompanies (2)**
91:21;95:14

**account (4)**
129:25;131:20;
265:8;273:10

**accumulated (1)**
307:18

**accumulation (1)**
57:25

**accurate (1)**
71:10

**accurately (2)**
159:7;301:7

**accustomed (1)**
115:14

**achieve (1)**
66:11

**acknowledged (4)**
203:6,15;205:4;
206:3

**acronym (1)**
49:12

**acting (1)**
240:20

**action (6)**
6:18;14:25;176:20;
241:20;248:16;250:6

**actions (2)**
196:25;241:11

**active (1)**
277:9

**actively (1)**
277:7

**actual (10)**
33:25;132:21;
137:9;142:15;145:4;
146:21;169:3;224:18;
255:4;279:5

**actually (13)**
34:8;70:3,4;136:18;
149:10;164:25;
179:13;180:5,20;
234:17,18;283:19;
285:16

**add (1)**
184:14

**added (1)**
52:6

**addition (2)**
199:3;228:22

**additional (3)**
236:18;238:4;309:3

**address (3)**
6:6;179:11;306:12

**adequate (7)**
57:17;71:15,23;
72:6;127:16;144:11;
178:7

**adhered (7)**
27:23;60:21;61:22;
132:21;159:3;241:17;
270:22

**adheres (1)**
259:14

**adhering (2)**
28:8;151:23

**adhesive (1)**
150:2

**adjusted (1)**
69:8

**adjusting (2)**
62:18;84:25

**adopt (1)**
142:25

**adopted (1)**
215:24

**adoption (1)**
306:22

**advice (1)**
127:16

**advisement (1)**
181:14

**advisor (2)**
26:14,16

**AE (1)**
273:9

**affirmative (1)**
204:8

**affixed (3)**
45:5;149:25;208:4

**affixing (1)**
46:13

**again (13)**
102:16;131:20;
143:13;154:7,12;
158:11;164:13;173:3;

**192:4;236:14;254:17;
296:17;297:11**

**against (6)**
34:12;86:16;146:6;
233:20;261:7;296:23

**ago (5)**
17:14;170:24;
172:2,2;218:8

**agree (3)**
161:6;178:18;
284:23;303:13

**AGREED (4)**
5:3,8,11;309:7

**ahead (2)**
189:12;294:8

**Alan (18)**
12:14;19:12;21:12;
23:19,20;54:22;
134:19;163:14,17,20;
164:9;167:2;168:3;
184:6,8;229:20;
280:10;286:19

**alive (1)**
30:19

**Aliya (2)**
33:7;89:10

**alleged (7)**
86:16;129:16,19;
210:4;255:2;257:20;
276:17

**allegedly (16)**
96:25;104:5;
110:18;172:19;
173:12;175:14;
176:10,13;177:7;
183:2;185:16;187:15;
197:9;244:7,7;246:3

**allowances (1)**
175:19

**allows (2)**
48:14;57:14

**almost (2)**
185:13;272:4

**alone (1)**
72:2

**along (3)**
19:25;220:4;243:24

**aloud (1)**
301:5

**alteration (2)**
97:15;211:16

**alterations (1)**
210:20

**altered (1)**
74:17

**altering (1)**
210:24

**alternate (5)**
130:14;145:10,15;
150:4;263:16

**alternatives (4)**
249:3,4,7,8

**although (2)**

**254:2;264:5**

**always (4)**
47:19;218:14,15;
277:10

**amended (3)**
8:15,17,23

**American (1)**
15:24

**among (4)**
5:4;224:15;309:4,5

**amount (12)**
49:8;50:13;59:14;
69:15;78:3;146:10;
167:13;175:20;
187:25;188:20;
199:23;236:5

**analyses (1)**
38:16

**analysis (1)**
29:22

**analyze (1)**
171:14

**and/or (1)**
262:15

**anecdotal (1)**
280:13

**answered (11)**
64:7;118:20;
121:22;142:3;159:23;
193:16;238:16;
255:20;275:22;
279:19;307:7

**anymore (3)**
172:14;174:9;
175:22

**apart (5)**
29:7;57:16;133:15;
190:7;264:20

**apologize (1)**
137:14

**apparel (1)**
116:16

**apparent (1)**
236:3

**appeal (1)**
153:19

**appear (4)**
243:15;244:14;
246:10;270:4

**appearance (8)**
44:25;78:8;93:6;
174:8;175:22;178:11,
18;183:4

**appeared (6)**
131:10;150:17;
224:11;235:25;239:4,
8

**appearing (2)**
193:22;240:7

**appears (1)**
268:12

**application (2)**
227:8,16

**applied (2)**
70:19;79:2;100:14;
297:19

**apply (1)**
227:10

**appointed (1)**
7:19

**appropriate (1)**
96:2

**approval (2)**
113:16;254:21

**approve (5)**
37:2,6;66:25;
254:10,14

**approved (2)**
33:18;113:3

**approximate (3)**
191:9;236:4;293:15

**approximately (15)**
8:20;11:8;22:11,19;
26:24;45:19;55:5;
75:24;101:17;155:21;
190:6;201:16;293:24,
25;304:6

**approximation (6)**
67:17;179:12;72:19;
88:25;208:14;236:22

**approximations (1)**
76:5

**April (6)**
177:22;229:21;
230:2;269:18,19;
280:10

**Arandt (1)**
21:14

**area (10)**
127:22;189:19,20;
192:2,17;193:3;
202:6,10;206:7;288:6

**areas (1)**
270:20

**Arkansas (1)**
13:17

**armhole (24)**
188:2,21;189:5,19,
20,24;190:9,9;
191:16;192:2,17;
193:3,15,20;195:6,10,
17;198:15;199:4;
248:9;249:25;250:21;
259:23;260:9

**armholes (1)**
249:16

**Arnold (2)**
37:11;89:11

**around (19)**
24:3;67:16;68:10;
130:5;139:13;188:2,
21;190:15;224:2;
232:3,3,3,24;233:2,5,
14;278:15;284:12;
291:8;301:12

**arrival (6)**

98:9;105:12;143:8,
12,15;178:19
**arrived (2)**
97:20;213:10
**arrives (1)**
106:25
**article (15)**
36:2;88:3;90:3,4,7;
149:5,25;152:4;
156:22,23;157:25;
158:19;223:19;261:7;
263:18
**articles (4)**
67:21;68:4;155:25;
158:6
**AS400 (3)**
49:3,4;298:12
**AS900 (1)**
49:2
**ascertained (1)**
186:22
**Ascot (11)**
129:23;130:11,25;
131:19;132:12,17,25;
143:22;202:21;204:2;
262:19
**Aside (33)**
50:15;84:3;138:11,
15;155:19;158:4,8,12,
16;163:20;166:9;
168:6;173:5;176:4,8;
197:4;198:13;199:20,
25;200:9;206:7;
211:16;221:8;222:13;
223:5;225:19;236:12;
253:20;282:22;
284:15,25;300:13;
307:3
**aspect (4)**
76:11;80:18;227:2;
253:3
**aspects (1)**
27:7
**assembles (1)**
42:5
**assembly (1)**
42:2
**assertion (1)**
206:18
**assess (2)**
60:21;62:16
**assigns (1)**
196:8
**assist (1)**
62:23
**assistance (4)**
28:11;29:10;39:3;
271:20
**assistant (4)**
26:22;39:4,5,9
**assists (1)**
39:5
**associated (2)**

156:23;168:8
**assume (8)**
6:25;64:6;89:10;
121:16;122:7;143:18;
186:4;300:22
**assumed (2)**
144:20;271:3
**Assuming (4)**
121:9;139:4;
253:17;296:22
**assumption (3)**
117:7;172:6;196:14
**attached (5)**
50:23;59:13;
149:21,24;159:7
**attempt (2)**
144:6;176:21
**attempted (1)**
223:13
**attempting (1)**
21:19
**attempts (1)**
173:6
**attention (1)**
10:11
**attorney (2)**
11:7;12:8
**Attorneys (1)**
3:4
**authority (1)**
254:13
**automated (1)**
174:24
**automatic (1)**
174:19
**available (3)**
297:2;309:4,14
**avenue (1)**
295:7
**avoid (1)**
264:8
**avoided (1)**
264:13
**aware (37)**
22:2;63:21,22;84:4,
11,19;91:12;121:9,13,
18;163:21;169:3,17;
197:8;220:13;230:5,
8,14,19;247:2;
249:14;258:20;
265:13,18;266:7,16;
272:13,20;276:5;
285:19;296:16;297:4;
298:15;300:19;303:4,
7;309:11
**away (10)**
51:10;59:14;
194:25;257:5;258:25;
267:2;269:8;272:11;
275:17;286:10

**B**

**BA (1)**
15:22
**bachelor's (1)**
15:22
**back (61)**
37:12;50:22;51:11,
15;61:4;68:13;83:16,
18;85:20;91:16,18;
96:16;97:23;107:16;
118:23;144:16;147:2;
148:16;153:25;165:9;
172:21;178:9;179:18;
183:3,23;184:6;
185:10,11,14;191:22;
192:10;201:4;202:16;
204:22;206:11,13;
221:23;234:4;235:16;
236:13,24;243:21;
246:13,16,18;251:15,
21;258:17;267:25;
268:6;269:19,24;
270:2,9,15;273:6;
274:14;275:6;283:21;
295:2;308:21
**background (1)**
26:9
**bad (5)**
127:9;193:9;
202:19;231:17;260:4
**bag (5)**
149:4;159:5,6;
272:3;301:12
**bagged (1)**
83:16
**bags (1)**
149:3
**bankrupt (1)**
24:2
**bar (6)**
48:13,15;290:2,4,
19;291:3
**Barry (70)**
31:9,13;101:13;
103:21;118:14,15;
124:9;126:2,25;
128:19;130:12;134:2,
5;135:8;144:17;
147:9,17;152:10;
155:10,11,19;189:16;
193:25;198:14,21;
199:3,5,9;201:10,14;
203:6,12,14,22;
204:15;205:2,10,12;
206:2,9,19,23;207:5;
208:6,22;209:24;
210:11;212:5;213:8;
215:8;216:9,14;
217:18;218:16;219:3,
23;220:16;221:14;
223:2;224:13;225:6,
16;228:23;247:20,25;
249:13;250:14;
255:23;256:14;

257:15
**Barry's (3)**
210:21;211:17;
253:23
**bars (12)**
69:20,22;70:8;
100:22,24;218:15;
256:3;289:7,17,19;
290:15;291:8
**based (11)**
39:21;70:22;85:15;
115:21;117:8;132:23;
139:12;142:15,18;
179:5;225:2
**basis (13)**
10:11;81:21;
104:16;108:8,10;
141:17;160:6;162:11;
179:6;231:14;246:6;
291:21;306:8
**bathroom (1)**
267:3
**BC (1)**
15:2
**bearing (1)**
279:4
**beat (1)**
302:24
**beating (1)**
233:6
**became (5)**
230:8,19;244:19,
23;288:13
**become (5)**
26:15;175:19;
236:3;240:21;249:23
**becomes (1)**
232:5
**began (1)**
287:23
**beginning (1)**
272:12
**behalf (3)**
7:20;161:9;172:10
**behave (2)**
46:24;146:9
**behavior (1)**
46:23
**belief (5)**
104:16;141:17;
160:23;231:14;246:7
**belts (1)**
301:20
**best (6)**
8:19;9:17,21;
139:11;167:4;182:25
**better (8)**
127:13,14,14,21;
129:5;146:12;219:21;
272:9
**B-Gaps (3)**
110:3,4,6
**big (2)**

226:14;260:21
**bigger (1)**
302:5
**binding (1)**
7:23,25
**bit (8)**
72:4;137:14;
140:19;175:21;179:2;
232:3;235:3;296:9
**black (2)**
167:8;208:19
**bladder (1)**
219:8
**blank (1)**
37:25;146:15
**blanking (1)**
216:21
**blazer (6)**
265:24;266:3,4,19,
21,23
**blazers (1)**
23:8
**blowing (1)**
283:19
**blue (12)**
57:3;217:15,23;
218:21;219:20;220:7;
221:9;298:23,24;
303:25;304:2,9
**BMV40 (1)**
228:19
**board (1)**
184:6
**Bob (5)**
171:5,10,21,25;
172:4
**boiler (5)**
80:3,4,6;81:11,24
**bond (11)**
36:12;57:22;59:9,
11;60:12;72:8;94:5;
106:22;119:14;120:3;
151:2
**bonding (1)**
133:10
**both (9)**
8:9;17:19;203:15;
204:15;205:10,25;
206:3;281:23;299:12
**bottom (8)**
65:24;210:25;
211:4;213:6;215:17,
18;264:3;304:24
**Boulevard (1)**
3:5
**bounce (2)**
232:24;233:2
**bounced (1)**
232:2
**bouncing (1)**
233:14
**box (25)**
75:11,14,15;76:12,

15;77:25;178:24,25;
233:7;289:16,20,24;
290:19,25;291:2;
301:9,10,10,24;302:4,
5,10,12,13,18
**boxes (11)**
25:14;73:13,16,19,
20;77:22;301:14,16,
18,20,23
**branches (1)**
187:20
**brand (2)**
263:24;265:25
**branded (2)**
266:8;283:2
**break (18)**
7:7,10;86:6,8,9;
135:15;166:16,18;
211:21;239:14,16;
243:7,7,9;267:3,5;
279:23;304:14
**breast (6)**
190:8;270:17,22,
24;271:10,22
**brief (1)**
140:3
**bring (8)**
19:6;83:17;165:3;
168:3;175:4,5;
185:13;189:16
**broken (2)**
227:24;228:2
**brought (14)**
6:18;10:10;26:11;
86:15;163:14,17,20;
164:9;167:2,4;175:8;
182:15;189:14;
292:15
**bubble (2)**
232:25;241:23
**bubbled (1)**
271:5
**bubbles (16)**
131:9;133:7;
230:13;235:25;
236:10,11,13,15;
238:9;239:4,8;240:3,
7,19,24;244:14
**bubbling (35)**
113:21;202:16,18;
230:9,18;231:5,21;
232:12,15;235:17,18;
236:8;237:16,17,23;
240:11;241:2,25;
242:8,19;243:15;
244:24;245:23;246:9,
10,21,25;247:3;
263:10;272:17,19;
274:8,14,24;276:21
**Budapest (1)**
184:7
**building (1)**
42:21

**built (1)**
180:18
**bunch (1)**
87:2
**bundle (8)**
48:16,18;49:22,24,
25;50:2,5,13
**bundles (4)**
45:25;48:12,13;
50:12
**business (7)**
23:5;24:4,10,19;
117:10;138:10;297:5
**busy (1)**
130:20
**button (3)**
174:20,23,23
**buttons (5)**
32:23;33:4,5;65:5;
66:18
**buy (3)**
99:18;122:2;206:21
**buyer (2)**
184:8,10
**buyers (1)**
113:13
**buying (1)**
206:22
**BV40 (1)**
223:2
**BVM40 (8)**
152:2;157:10,11;
213:21;223:3,4,18;
227:21
**bypass (1)**
69:7
**bypassed (4)**
217:21;218:5,7,10

---

## C

**cabinet (1)**
60:4
**call (26)**
11:9;12:7,10;18:7;
34:18;52:18;60:11;
90:2;113:14;128:18;
147:8;157:5;167:18;
174:14,19;181:11;
184:7;186:15;198:21;
199:8;237:3;259:15;
281:24;283:8;301:16;
303:24
**called (14)**
6:10;22:17;34:17;
43:22;50:7;90:3,4;
92:3;128:10;184:6;
201:12;231:9;249:15;
268:25
**calls (2)**
60:11;275:10
**Cambridge (1)**
24:18

**came (23)**
30:2;135:4;142:14;
151:18;163:11;
172:13;173:24;178:9;
183:3;192:17;201:11,
12,13,15,18;210:9,10;
219:7;25;231:15;
246:18;267:25;
274:14
**can (182)**
7:6,7,9;10:15;12:2;
14:21;17:6;22:24;
28:6;34:25;38:3;41:5;
49:12,21,24;50:8,20;
56:20,24;57:9;58:2,
25;62:7;65:4;68:13;
69:12;71:3,4,13;72:4,
19;73:18;75:12,20;
77:6,9,12,16,21,21;
78:12,13,21;83:12;
85:14,20;86:6,21;
91:16;92:2;93:19;
96:15;97:22,25;
101:12;102:16;103:3,
15;105:14,21,23;
106:4;108:18;113:7,
10;115:3;116:20;
118:23;119:12;
122:25;123:4,25;
126:25;127:24;133:7;
135:9,11;138:15;
139:21;140:23;141:3;
142:4;144:3;147:2,
11;148:16;150:23;
151:15;153:5;156:11;
158:24;160:3;165:9;
167:3,18,19;168:14,
22,25;169:4,6;
170:21;172:20;
175:17;178:25;179:2;
186:22;187:5;189:18,
22;191:9;192:5;
198:25;200:2,13;
201:4;204:21,23;
211:20;218:10;
224:14;225:7,16,23;
226:13,14;229:9;
231:25;239:13,18;
240:15;242:15;243:6,
20;244:4;245:13;
248:12;257:5,6;
258:17,25;262:9;
264:4,19;266:11;
267:2,3;269:8,21;
272:11;277:9,23,24;
278:2,3;279:21;
280:20;283:21;
284:19;286:10;
289:13;290:2;291:16,
17;292:21;293:7,9,
20;294:2,13,18,19;
295:4,5,7;296:25;
298:16;299:9;301:6;

303:21;308:16,21
**Canadian (2)**
14:10,12
**Canadiens (1)**
15:18
**canvas (14)**
146:5,5;160:3,5,9;
190:3;266:11,12;
275:17,20;277:16;
278:21;293:18,23
**canvas/shell (1)**
296:15
**capacity (1)**
172:9
**caption (1)**
14:23
**capture (1)**
7:6
**care (1)**
184:12
**career (1)**
27:25
**carefully (1)**
232:22
**Caroline (1)**
6:17
**carried (4)**
185:14;265:22;
305:6;306:5
**case (9)**
117:15;122:23;
133:8;240:19;268:3;
277:16;281:16;290:6,
13
**cases (1)**
36:6
**Casiano (1)**
11:12
**casual (1)**
226:2
**catch (1)**
238:5
**cause (14)**
28:12,18;127:6,6;
173:9;180:16;191:16;
193:15;200:3,10;
231:21;243:20;
244:13;279:5
**caused (12)**
131:7;200:13;
242:8,15;243:15;
277:22,23,24;278:2,3;
279:12;285:13
**causes (2)**
44:12;199:22
**causing (3)**
28:10;241:25;
242:19
**cease (1)**
240:8
**Celsius (4)**
66:23;67:23;68:11;
256:2

**certain (54)**
10:2,5;15:4;19:8;
26:6;29:23;34:21;
35:5,5;41:10;43:25;
44:2;47:9;48:10;49:8;
52:10;64:16;67:9;
78:22;86:16,25;
88:13,14;92:12;97:5;
98:3;100:8;101:14;
103:8;108:24;111:25;
131:2;145:8;146:8,
11,13;155:12;175:20;
212:13;235:16;236:9,
23;246:14,18,20;
264:8,17;270:20;
273:22;289:12;293:8;
297:23;307:16;308:8
**certainly (5)**
230:25;260:25;
265:8;272:15;293:9
**certainty (4)**
59:23;72:18;88:24;
101:5
**certification (1)**
5:5
**certify (1)**
310:7
**chain (4)**
229:21;247:18;
267:16;269:16
**challenge (1)**
144:10
**chance (3)**
17:25;195:21;
269:13
**change (43)**
65:11;66:14;70:10;
84:20;156:9;160:13,
18;161:21,22,25;
166:9,12,13;168:13,
21;195:8;209:11;
210:15;211:15;212:9;
213:19;214:3,22;
217:18;218:10,16;
223:5;226:16,19,19,
24;227:3;252:9,12,13,
23,24;253:23;254:11,
14;255:4,19;258:10
**changed (43)**
52:5;74:16;75:2;
79:13;96:12;160:18;
162:2,3,5,12;166:11,
14;169:2,13,20;
170:5;209:23;210:8,
10;212:16;213:16,18;
215:3;217:22;219:10;
226:22;251:3,5,8,10;
252:8,18;253:3,5,21,
24;254:3,4,25;255:3;
257:24;258:5,6
**changes (4)**
52:13;84:3,5;
211:18

**changing (5)**
52:9;210:11;258:2,
11,12
**characteristic (1)**
227:22
**characterization (2)**
197:14;278:23
**characterize (2)**
33:9;241:16
**Chargeurs (39)**
99:10,18,20,23;
110:25;111:2,3,24;
123:8,10;126:13;
137:25;144:19;145:7,
21;146:8;147:14,16;
148:12;150:11;
151:22;152:15,15;
153:23;158:17,19;
159:11;160:15;
161:16;169:14,14,15;
172:5,7,10;205:19;
223:17;224:11;225:6
**Chargeurs's (1)**
168:8
**Charles (5)**
113:12,19;184:10,
25;185:2
**Charles' (1)**
185:6
**chat (2)**
118:9,12
**check (15)**
43:10;44:3;47:5;
51:12;56:4;57:18;
58:24;60:16;82:6;
136:17;251:9;261:18,
22;307:4,17
**checked (4)**
73:2,4;82:5;261:22
**checking (5)**
45:25;58:14,21;
72:8;296:23
**checklist (1)**
43:15
**checks (13)**
41:11;43:4;52:2;
55:19,23,25;56:9,12;
57:7,7;61:11;62:22;
81:10
**chemical (1)**
146:3
**Chief (3)**
22:21;37:7,10
**Chris (1)**
21:14
**Cindy (1)**
21:14
**circulated (1)**
262:19
**circulation (2)**
62:16;309:4
**circumstances (1)**
145:16

**City (4)**
127:22;128:25;
129:10;246:4
**clamp (2)**
291:9;301:15
**clamped (1)**
291:6
**clamshell (1)**
174:21
**clarification (1)**
123:4
**clarity (1)**
222:10
**Claroche (1)**
25:7
**class (1)**
17:15
**Claudia (3)**
11:10,21;13:23
**clean (7)**
124:25;179:19,20;
185:15;270:25;271:7;
284:7
**cleaned (15)**
182:16;185:21,23;
187:20;283:9,13;
284:2,5,11,16,21;
285:2,12,20;286:6
**cleaner (21)**
13:7,13;124:20,21,
23;125:3,5;174:16;
178:9,10;180:20;
182:7,9,24,25;183:3,
6;184:20;187:13,14;
197:5
**cleaners (12)**
124:13;125:4,22,
25;127:13,23;179:22;
181:18;182:18;
183:18,22;185:18
**cleaning (21)**
125:10,19;127:11;
128:11,12,13,14;
172:25;173:5;178:3;
180:5,7,11;181:2;
186:6,18;187:21,22;
197:6,14;269:2
**cleanliness (1)**
58:2
**clear (8)**
87:10;124:16;
145:20;146:13;187:3,
8;209:19;301:11
**clearly (6)**
146:14;152:11,12;
162:2;241:22;271:4
**client (1)**
86:16
**close (5)**
174:22;215:5;
289:11,18;291:8
**closer (2)**
248:5,16

**cloth (14)**
53:15;59:13,14;
78:23;133:10;189:21;
190:3,14;202:21,23,
24;203:3;282:15;
297:24
**Clothes (1)**
22:9
**Clothing (3)**
24:9,12;305:5
**cloths (1)**
115:14
**Club (2)**
20:25;21:8
**coat (8)**
42:5;131:10;151:4;
159:6,8;160:6;188:2,
3
**code (2)**
48:13,15
**coffee (1)**
117:25
**coffin (1)**
302:7
**Cohen (8)**
25:5;26:25;27:6,10;
28:5;29:11;133:19;
172:13
**coincide (1)**
161:23
**collar (1)**
42:5
**collars (1)**
42:4
**colleague (1)**
267:20
**college (3)**
15:12,17,25
**colorful (1)**
185:3
**combination (2)**
22:23;72:5
**comfortable (1)**
145:22
**coming (4)**
7:3;67:2;229:4;
277:25
**comment (12)**
203:19,22;204:7;
206:10,20;217:17;
273:9;278:11,12,24;
279:3;294:13
**commenting (1)**
216:23
**comments (3)**
37:7;218:22;279:4
**common (3)**
219:11;227:13;
246:22
**communicate (9)**
46:20;117:10;
128:21;134:8;152:10;
169:12;193:24;

198:15;264:14
**communicated (9)**
79:9;85:7;117:2;
121:15;128:7,9;
131:25;132:13;
161:22
**communicating (2)**
121:19;265:9
**communication (4)**
112:25;113:11;
169:17;274:17
**communications (6)**
113:5,8;122:24;
123:3;198:14;199:5
**company (15)**
7:19;22:2,12;24:2;
29:17;30:2;56:8;
84:13;86:15;115:9;
116:10,13;141:21;
172:11;179:11
**company's (2)**
7:20;115:13
**compare (4)**
223:16;224:4,21;
281:2
**compared (3)**
162:16;223:17;
228:19
**comparison (3)**
152:21;223:14;
261:11
**competitor (8)**
145:23;150:21;
151:20,24;202:8;
205:16,17;206:8
**competitors (7)**
144:24;150:7;
154:3,4,5,22;155:6
**competitor's (5)**
145:9;202:4,8;
205:18;213:23
**complain (1)**
278:8
**complained (3)**
284:17;285:3,6
**complaining (2)**
276:6,20
**complaint (21)**
88:21;89:7;90:18,
23;91:4,21;94:20;
96:11;97:19;100:16;
112:7;114:2;117:4;
129:17;136:11;
200:25;276:24;292:6,
8;293:4,9
**complaints (3)**
276:8,23;277:19
**complete (5)**
67:17;305:6,15;
306:2;310:10
**completely (1)**
144:21
**completeness (1)**

292:14
**component (2)**
39:17;46:14
**components (9)**
34:15,21;78:14;
88:14,16;91:23;
93:11;141:12;144:8
**composition (6)**
32:22;36:13,15;
169:9;295:10,18
**computer (1)**
174:19
**computerized (1)**
75:15
**concept (1)**
169:13
**concern (1)**
225:20
**concerned (2)**
218:19;225:11
**concerning (13)**
43:16;171:11;
197:9;198:14,16;
206:10,17;217:17;
227:17;228:5;249:25;
265:6;300:3
**conclusion (8)**
133:25;134:12,21,
24;162:12;243:23;
250:23;275:11
**conclusions (1)**
251:7
**concordance (1)**
254:7
**concur (1)**
178:12
**concurred (1)**
134:25
**condition (1)**
202:3
**conditions (1)**
205:20
**Condon (3)**
130:3;259:10;277:2
**conduct (1)**
170:14
**conducted (7)**
104:13;106:7,21;
121:7;150:23;170:11;
177:21
**conducting (5)**
120:6;174:5;
204:12,13;213:7
**confer (2)**
133:24;294:6
**conference (2)**
52:19;184:7
**conflate (1)**
273:5
**confusion (1)**
124:18
**conjunction (3)**
79:23;197:18;

223:12
connected (1)
    28:16
Connecticut (1)
    3:6
connecting (1)
    28:17
connection (3)
    169:24;197:18;
    223:11
consider (7)
    36:9,11,18;186:22;
    248:22;249:5;256:20
considered (6)
    29:24;56:5;226:11;
    227:3;249:2,6
constant (1)
    218:13
constantly (2)
    52:9;84:24
constitute (1)
    53:19
constructed (2)
    272:2,9
construction (7)
    17:10,15;34:22;
    35:6;36:12,14;45:14
consult (2)
    295:15;304:13
consultant (1)
    172:8
contact (2)
    131:19;144:9
contacted (3)
    130:12;131:22;
    135:8
contain (2)
    97:5,8
contained (1)
    131:17
Cont'd (1)
    3:1
content (2)
    97:9;295:11;296:4
contents (3)
    122:23;123:2;
    164:15
context (8)
    108:24;123:23;
    126:7;138:9;164:13;
    169:24;170:8;245:12
continue (5)
    16:11;211:10,11;
    248:20;260:2
continued (1)
    308:10
continues (1)
    255:24
continuing (1)
    131:12
contracted (2)
    124:14;182:17
contribute (1)

247:9
contributed (3)
    220:25;226:3;
    250:20
control (41)
    40:23;41:4,5;44:4,
    5;45:11;55:19;56:9;
    73:13,16,18,20;75:11,
    14,15;76:12,15;
    80:19;82:9;84:5,20;
    85:15,25;105:25;
    144:12,23;146:18;
    148:8,22,25;150:5,15;
    162:9,16,25;165:15;
    174:25;195:12;
    207:25;208:7;229:22
controlled (2)
    72:23;76:12
conversation (12)
    115:4;124:10;
    126:24;128:15;
    131:24;139:25;
    140:11,15;147:11;
    184:14,16;199:12
Conversations (7)
    139:13;164:16,16,
    17,18,19;171:24
converted (1)
    176:23
conveyor (1)
    301:20
convinced (1)
    288:5
coordinated (1)
    25:13
coordinating (1)
    309:12
copied (1)
    249:18
copies (1)
    292:16
copy (6)
    8:10;100:5;292:6,
    10,11;293:4
Corbett (8)
    11:10;13:21;74:11,
    12,13;80:14;216:16;
    219:2
C-o-r-b-e-t-t (1)
    74:13
corner (1)
    232:22
Corporation (1)
    25:6
corrected (6)
    51:12,13,14,14,15,
    17
corrections (1)
    33:20
correctly (12)
    57:24;60:21;62:14;
    70:19;93:18,18,23;
    152:12;161:20;261:8;

275:21;289:8
corrugated (4)
    290:4,16,18,22
Cossio (4)
    11:12,23;62:25;
    251:14
costs (1)
    170:19
cotton (3)
    240:21,21,23
counsel (14)
    5:4;8:16,22;10:7;
    12:13;122:23;164:15,
    17,19;169:25;197:19;
    223:12;292:2;309:2
count (1)
    296:18
COUNTY (1)
    310:5
couple (7)
    149:20;236:21;
    284:25;298:2;303:23;
    304:10,17
course (7)
    113:4;117:9;
    122:22;221:18;
    243:24;264:16;307:6
coursework (6)
    16:11,14,16,20;
    17:6,23
Court (2)
    5:14;7:6
Couturiers (1)
    15:18
cover (1)
    175:5
covered (3)
    82:15;303:11,14
covers (1)
    307:18
create (3)
    33:15;87:7;289:14
created (4)
    34:14;87:8,12;
    89:13
Creating (1)
    32:10,12;35:25;
    83:17
creative (3)
    22:21;37:8,10
credit (1)
    206:14
crediting (1)
    206:17
Cremieux (2)
    281:22;298:5
crinkled (1)
    179:2
crushed (1)
    289:13
current (2)
    18:15;209:2
currently (10)

33:6;63:4,19;67:14;
    109:16;115:18;140:5;
    166:4;237:8;238:13
customer (20)
    20:23;21:3;34:6,11;
    129:21,22;177:4;
    229:24;246:21;264:4,
    15;270:3;272:13,20;
    273:2,13,15;276:20;
    277:15;302:25
customers (26)
    20:9,13,19,21;21:8;
    40:19;42:24;244:7,
    12;264:25;265:2,6,
    12;272:16;273:4,23;
    274:2,9,20;276:5;
    278:8;299:3;300:3,5,
    15,23
cut (5)
    53:15;83:25;
    114:10;206:24;224:6
cutting (3)
    41:8;131:13;297:7
CX1400 (2)
    56:25;298:22
cycle (18)
    77:23;78:2,3;251:2,
    3,5,5,10;267:18,24;
    268:2,6,10,11,11,16,
    20;269:5
cycles (1)
    252:8

D

daily (2)
    39:10,15
damage (13)
    86:17;191:16;
    192:17;193:15,20,24;
    195:6;199:4;259:24;
    264:20;276:6,13;
    285:13
damaged (28)
    51:16;175:9;
    176:10,13;177:7;
    185:16;187:15;
    192:25;193:5;194:23;
    195:10,17;197:9;
    198:15;220:25;
    243:16,25;244:8,13,
    16,17;245:5;246:3;
    271:11;276:17;
    284:21;285:21;
    300:15
D'ANGELO (194)
    8:12;9:2,24;10:24;
    14:16;17:25;29:4;
    30:12,23;31:2,15;
    32:2,24;37:3;38:18;
    43:11;45:13;47:25;
    53:18;59:3;61:8;
    62:11;64:5,10;65:13;

66:16;67:4,11;69:25;
    71:16,25;72:25;74:2,
    7;75:21;76:24;78:16;
    82:11;84:8,23;86:5;
    88:9;89:15;93:13;
    94:13;95:24;96:14;
    97:22;99:5,13;
    100:25;101:4,25;
    102:12,23;103:22;
    104:24;105:5,14;
    106:14;107:15;
    108:10,15;111:14,18;
    115:22;118:18,21;
    121:22;122:8,13,15,
    20;123:9,19,23;
    124:15;126:5,15;
    136:20;138:18;139:3;
    142:2,17;143:7,16;
    147:24;148:16;154:8;
    155:22;156:13;
    158:21;159:13,21,23;
    160:24;161:4,13,20;
    165:25;167:21;
    169:21;170:15;
    172:20,24;174:11;
    176:16;177:11;
    181:13,16;182:19;
    186:16,21;187:2,8;
    188:14;189:9;190:5;
    191:11;192:3;193:16;
    195:18,20;197:13,24;
    198:7,18,23;199:7;
    200:4,15;201:2;
    204:21;208:25;209:9,
    13,18,24;211:20;
    214:4;220:14;221:25;
    222:17;223:9;227:5;
    230:7;234:20;235:20;
    237:20,22;238:16;
    239:13;241:3,13;
    242:10,24;243:17;
    244:2,15,25;249:17;
    250:10;251:18;
    254:19;255:20;256:8;
    258:16;262:17;263:4;
    274:22;276:14;
    279:19,21;282:24;
    285:5,14,22;287:19;
    288:3;291:20;292:10,
    13;294:2,6,14,23;
    297:10;300:6,10;
    305:17;306:11;307:7;
    308:10,15;309:2
Dani (2)
    278:18,23
Daniel (2)
    281:22;298:5
Danier (1)
    21:13
Darleni (1)
    12:4
data (45)
    95:13,15,18,23;

96:12;97:2,4,5;98:17,
24;99:22,23,24,25;
100:2,4,6,7;101:9,10,
15;102:3;103:18;
104:23;105:11;
135:24;136:4,12;
137:20,25;138:8,13;
194:11;214:12,15,18,
20;256:16;261:12,15;
304:18,20;305:10,11,
15

**date (4)**
155:14;177:8;
230:14,18

**dated (10)**
10:2;229:21;230:2;
247:19,25;257:15;
259:10;267:15;
280:10;286:19

**dates (2)**
19:22;299:4

**day (34)**
47:12,16;57:10,25;
58:21;70:14;84:21;
130:20,21,22;131:5,
19,21,23;138:18;
201:18,19,24;206:9;
208:6,22;211:18;
212:5;216:23;220:16;
221:10;222:16;
228:24,24;229:7;
258:22;264:7;268:8;
310:20

**days (2)**
128:16;236:25

**de (5)**
15:2,2;107:22;
111:2;169:15

**dealing (1)**
273:3

**dealt (1)**
265:2

**debris (3)**
57:25;58:21;307:18

**decide (1)**
36:25

**decided (2)**
19:9;115:16

**decision (1)**
36:21;37:2;254:6

**defect (5)**
50:24;113:21;
129:16,19;279:8

**defective (16)**
62:17;96:25;104:5;
110:18;160:17;
161:17;171:21;
172:19;173:12;
175:14;199:25;
200:14;220:11;244:7;
303:18,19

**defects (5)**
43:24;44:24;49:14;

237:16;238:11

**defendant (6)**
15:7;120:6;121:10,
15,19;122:7

**defendants (5)**
6:17;14:14,25;
169:16;198:3

**Defendant's (12)**
6:1;15:9;135:17;
229:13;247:10;257:7;
259:2;267:7;269:9;
280:2;286:11;292:17

**Define (2)**
93:2;139:7

**definitively (1)**
173:8

**degree (8)**
15:19,25;16:3,10;
17:3,8;25:2;31:8

**degrees (10)**
66:23;67:22;212:6,
14,18,22;213:3;
214:3;215:9;256:2

**delaminating (3)**
241:17,21,22

**delamination (19)**
132:22;133:5,8;
171:16,19;231:8,10;
240:13,15,17,23;
241:2,12,15;242:3,5,
14,15,23

**Delaney (1)**
130:2

**delay (1)**
19:9

**delayed (1)**
240:11

**delicate (1)**
264:6

**delivered (3)**
165:8,22;246:21

**demand (1)**
186:14

**department (10)**
21:25;26:2;40:23;
42:17;53:17,24;54:2,
11;82:24;130:16

**depend (2)**
62:6;83:10

**depending (7)**
39:6;78:23;84:25;
85:3,4;234:7;301:7

**depends (3)**
43:8,12;52:16

**deposed (1)**
6:19

**deposition (30)**
5:6,12;6:1,22;7:11,
15;8:7,15;9:13;10:8,
11;11:6;12:19,24;
135:18;138:12;
229:14;247:11;257:8;
259:3;267:8;269:10;

280:3;286:12;291:22,
24;292:3,18;308:12;
310:9

**Des (1)**
15:18

**describe (39)**
17:6;41:6;50:20;
57:9;65:4;69:12;71:3;
73:18;75:12,13;
78:21;87:9;93:19;
101:12;103:3;113:10;
116:20;119:12;141:3;
144:3;151:15;153:5;
158:25;160:4;167:3;
168:14;171:11;
175:17;184:21;
189:18,22;207:5,11;
226:7;231:25;240:15;
248:12;291:4;295:22

**described (12)**
57:8;58:25;59:2;
72:10;73:25;98:3;
106:11;166:10;
171:17;207:4;241:24;
242:3

**describing (2)**
53:5;106:12

**description (3)**
35:4,10;168:18

**design (27)**
17:9;18:17,20,25;
19:3,11;22:6;23:23;
26:5,9;27:2;31:19;
32:21;33:8,9,11;35:5,
15,19;37:13;85:25;
86:3,19;92:25;93:5;
98:4;144:18

**designated (2)**
9:25;198:8

**designed (5)**
32:18;45:10;86:21,
24;87:20

**designer (9)**
15:20;16:10;17:3,8;
24:16,24;26:8,22;
79:11

**designing (3)**
43:3,10,17

**desire (1)**
54:19

**detail (3)**
32:21;59:2;225:17

**detailed (1)**
298:11

**details (11)**
32:23;34:21;35:5,
15,19;129:11;140:14,
16,21;169:4;298:15

**detect (1)**
106:4

**determination (4)**
74:21;132:23;
135:5;284:15

**determinations (2)**
43:3;251:4

**determine (56)**
28:10;49:21,22;
50:5;57:8;61:21;
70:18,21;71:9,14,23;
72:5;74:18,20;83:7;
93:17;95:25;96:5;
104:13;105:3,23;
119:8;125:2;127:5,6,
7;130:11;132:21;
133:9;137:19;145:3,
14;168:10;169:19;
173:8,21;179:12;
191:16,25;193:8,15;
197:2;220:11;232:22;
237:10,13;238:14;
240:25;241:12,21;
242:7,18;246:8;
252:10;280:18;297:2

**determined (6)**
85:25;130:18;
131:14;132:14;
133:22;230:12

**determining (3)**
78:2;79:18;215:2

**Deux (1)**
25:7

**developed (1)**
171:17

**development (5)**
22:6;31:21;32:8;
238:8,11

**develops (1)**
175:20

**device (2)**
59:12,16

**devices (3)**
65:2,4;73:21

**DHU (13)**
43:23;44:7,19;
45:21;47:22,22;48:4,
8;49:12,15;50:6,15;
106:4

**Diamond (38)**
22:17;23:22,24;
24:4,8;25:20;31:9,13;
101:13;103:21;126:2,
25;128:19;147:9,20,
22;148:3;155:11,17,
19;168:6;193:25;
198:14,21;199:5;
201:10;207:5;212:5,
21;213:8;216:9;
225:16;247:20,25;
250:14,25;256:14;
257:15

**Diamond's (1)**
194:8

**DICKER (1)**
3:3

**Diduch (332)**
6:5,16;7:1;8:1;9:1,

8,25;10:1;11:1;12:1;
13:1;14:1;15:1,11;
16:1;17:1;18:1;19:1;
20:1;21:1;22:1;23:1;
24:1;25:1;26:1;27:1;
28:1;29:1;30:1;31:1;
32:1;33:1;34:1;35:1;
36:1;37:1;38:1;39:1;
40:1;41:1;42:1;43:1;
44:1;45:1;46:1;47:1;
48:1;49:1;50:1;51:1;
52:1;53:1;54:1;55:1;
56:1;57:1;58:1;59:1;
60:1;61:1;62:1;63:1;
64:1;65:1;66:1;67:1;
68:1;69:1;70:1;71:1;
72:1;73:1;74:1;75:1;
76:1;77:1;78:1;79:1;
80:1;81:1;82:1;83:1;
84:1;85:1;86:1,12;
87:1;88:1;89:1;90:1;
91:1;92:1;93:1;94:1;
95:1;96:1;97:1;98:1;
99:1;100:1;101:1;
102:1;103:1;104:1;
105:1;106:1;107:1;
108:1;109:1;110:1;
111:1;112:1;113:1;
114:1;115:1;116:1;
117:1;118:1;119:1;
120:1;121:1;122:1;
123:1;124:1;125:1;
126:1;127:1;128:1;
129:1;130:1;131:1;
132:1;133:1;134:1;
135:1,21;136:1;
137:1;138:1,16;
139:1;140:1;141:1;
142:1,12;143:1;
144:1;145:1;146:1;
147:1;148:1;149:1;
150:1;151:1;152:1;
153:1;154:1;155:1;
156:1;157:1;158:1;
159:1;160:1;161:1,4;
162:1;163:1;164:1;
165:1;166:1,21;
167:1;168:1;169:1,
22;170:1,15;171:1;
172:1;173:1;174:1;
175:1;176:1;177:1;
178:1;179:1;180:1;
181:1;182:1;183:1;
184:1;185:1;186:1;
187:1;188:1;189:1;
190:1;191:1;192:1;
193:1;194:1;195:1;
196:1;197:1;198:1;
199:1;200:1;201:1;
202:1;203:1;204:1;
205:1;206:1;207:1;
208:1;209:1;210:1;
211:1,24;212:1;

213:1;214:1;215:1;
216:1;217:1;218:1;
219:1;220:1;221:1;
222:1;223:1;224:1;
225:1;226:1;227:1;
228:1;229:1,17,25;
230:1;231:1;232:1;
233:1;234:1;235:1;
236:1;237:1;238:1;
239:1;240:1;241:1;
242:1;243:1,12;
244:1;245:1;246:1;
247:1,14;248:1;
249:1;250:1;251:1;
252:1;253:1;254:1;
255:1;256:1;257:1,
11;258:1;259:1,6;
260:1;261:1;262:1;
263:1;264:1;265:1;
266:1;267:1,11;
268:1;269:1,13;
270:1;271:1;272:1;
273:1;274:1;275:1;
276:1;277:1;278:1;
279:1;280:1,6;281:1;
282:1;283:1;284:1;
285:1;286:1,15;
287:1;288:1;289:1;
290:1;291:1;292:1,5,
21;293:1;294:1;
295:1;296:1;297:1;
298:1;299:1;300:1;
301:1;302:1;303:1;
304:1;305:1;306:1;
307:1;308:1,7;309:1;
310:7,16

**difference (15)**
14:24;103:17;
149:11;164:24;165:2,
6;168:19;205:5;
211:8,13;213:13;
215:9;225:15;250:19;
281:3

**different (56)**
15:4;67:13,21;
74:20;78:22;87:16;
92:6;101:9;102:8;
103:6,19;105:7;
106:17;112:5,18;
114:5;125:4;134:21;
144:7,7,8,9,10,16,21;
146:2,2,5;152:20,22;
154:5;155:25;165:20,
21;168:16;187:20;
188:9;193:10,11;
194:11;211:10;
212:25;214:18;
224:15;227:7,9,17;
246:24;250:15,16;
256:12,15;279:7;
293:17,22;296:14

**differential (8)**
231:8,19;242:3,5,8,

13,16,19

**differentiate (1)**
86:23

**differently (3)**
42:18;146:9;194:14

**difficult (7)**
70:21;146:10;
241:6;262:10;264:14;
270:21;271:17

**digging (1)**
299:13

**Dillard's (40)**
113:13,16;125:23;
177:24,25;178:8,16,
18;179:18,19;182:17,
23;184:2,8,19,22,24;
265:18;266:7,16;
270:13;280:12,16;
283:5,9,13;284:2,5,7,
16,17,21;285:2,3,6,
11,19;297:18,20;
298:4

**direct (2)**
10:16,19

**direction (1)**
301:18

**directions (1)**
262:22

**directly (8)**
37:19;52:17;
109:18;206:21;
265:11;273:13,15;
274:10

**director (4)**
13:22;18:25;19:2;
74:15

**disagree (1)**
23:3

**disagreement (2)**
22:25;308:15

**disappears (1)**
274:8

**discontinue (1)**
263:17

**discounted (1)**
149:10

**discourage (2)**
46:24,25

**discover (1)**
188:24

**discovered (1)**
210:5

**discovery (2)**
210:6;255:2

**discretion (2)**
65:11;86:7

**discuss (17)**
10:22,24;103:19;
117:18;118:14;129:9;
135:12;148:3;165:24;
167:24;171:21;187:5,
6;198:22;206:12;
245:8;249:21

**discussed (19)**
82:10,13,15;
114:25;116:12;
117:23;140:8;147:20;
149:19;164:14;
173:25;185:18;
218:23;225:15;
245:12;260:25;
307:16,21;309:2

**discusses (2)**
88:13;91:23

**discussing (7)**
34:4;55:14;68:21;
108:23;135:24;
219:24;237:23

**discussion (21)**
108:20;112:12;
135:13;142:7;174:3;
177:13;183:25;184:4;
217:4,23;218:4;
219:4,16,22;221:9,20;
245:13;294:15;
297:12;308:18;
309:17

**discussions (6)**
116:5,9;181:21;
249:24;266:25;
302:22

**dismantled (1)**
176:23

**display (2)**
34:5;78:13

**displayed (2)**
77:17,18

**distinct (1)**
95:3;146:23

**distinction (2)**
15:23;89:19

**distinguish (1)**
161:2

**distributor (9)**
109:2,7,13,17,20,
24;110:2;117:14,15

**distributors (1)**
30:17

**divide (1)**
47:9

**division (1)**
309:5

**divisions (1)**
41:3

**docs (2)**
44:7,20

**document (8)**
34:14;43:14,20;
44:9;92:20;253:10;
295:6,22

**documented (1)**
45:21

**documents (11)**
12:18,21,22;13:2;
19:20;43:25;45:4,4;
48:16;253:22,24

**done (75)**
14:16;48:19;50:25;
52:2;53:10;56:12;
62:3;70:4;74:23;
84:12;86:3;93:4,11;
95:10;97:17;98:4,8;
105:12;106:13;
107:11;115:6;123:21;
125:10,19;136:21;
143:11,14,15;169:4,6,
10,19;170:10;172:19;
176:8,11,12,17;178:5;
180:10,16;182:20;
184:17;186:5,10,18;
191:15;195:15;197:4,
8,17;200:16;202:4;
204:9,19,25;206:22;
208:20,22;213:7;
220:4,12;223:11,11;
232:17;245:11,16;
257:12;259:7;267:12;
270:19;294:4;297:15,
17;300:17

**Dong (1)**
25:5

**Dongsan (2)**
24:18;25:2

**Donny (3)**
21:22;36:8;89:25;
125:20;196:6,7,13,15

**Donovan (3)**
299:20,21,23

**dot (13)**
57:17;144:16,19,
21;146:21;162:18,20;
171:4,14,15,15;
226:12;281:3

**dots (5)**
162:5,8,12;226:14,
15

**doubt (1)**
156:20

**down (15)**
63:5;175:5,5;
178:14,25;179:5,8;
183:5;189:25,25;
190:2,8;233:5;272:4;
307:19

**downtime (1)**
288:17

**dozen (3)**
8:20;304:8,10

**drape (1)**
93:23

**draping (1)**
17:9

**drawing (3)**
12:5;37:25;146:15

**drops (1)**
77:21

**dry (56)**
13:7,13;124:13,20,
21,23,25;125:3,4,5,

10,19,22,25;127:11,
13,23;128:12,14;
172:25;173:5;174:16;
178:3,9,10;179:18,20,
22;180:5,7,10,20;
181:2,18;182:7,9,18;
183:6,18,22;184:20;
185:15,18,21,23;
186:6,18;187:13,14,
19,21,22;197:5,6,14;
269:2

**due (10)**
231:8;237:17;
238:11;240:4,7;
241:2,18;242:5;
245:24;284:18

**duly (1)**
6:11

**dummy (1)**
283:19

**duration (4)**
75:6,14;78:12;
201:21

**during (26)**
17:21;42:12;45:17;
47:16;65:16;69:22;
91:4;92:25;97:12;
98:4,17;100:14;
107:25;116:5;133:18;
137:10;155:20;
175:25;201:24;216:8,
15;220:2;233:21;
244:18;245:14;283:8

**duties (2)**
31:20;39:10

**dwell (8)**
72:6;73:21;76:3;
97:11;210:12;261:14,
22;268:13

---

## E

**ear (1)**
248:2

**earlier (12)**
72:11;73:25;88:12;
106:11;126:25;
138:20;143:20;179:3;
188:11;256:7,13;
291:22

**early (4)**
47:14,15;190:18;
210:6

**easier (2)**
141:20;294:8

**easy (2)**
133:6;273:5

**EDELMAN (1)**
3:3

**edge (4)**
60:19;270:25;
272:6;278:16

**educate (1)**

8:19
**education (3)**
  15:10;16:5;200:11
**effect (9)**
  5:13;8:3;113:2;
  155:10;205:10;
  208:19;212:22;
  240:17;246:9
**effected (1)**
  276:13
**effectively (1)**
  203:23
**efficient (1)**
  300:11
**eight (1)**
  274:24
**either (23)**
  20:7;22:6;29:7;
  45:2;52:16;65:8;
  133:7,19;141:18;
  142:22;157:3;168:17;
  205:12;213:11;217:2;
  231:6;234:6;240:12;
  271:4;274:9;277:13;
  288:7;302:11
**elaborate (2)**
  144:5;225:23
**elasticity (1)**
  36:12
**elements (1)**
  93:17
**eliminate (2)**
  173:9;193:11
**else (70)**
  11:19;12:3,16;13:3;
  16:22;17:13;18:11;
  27:9;31:10,23,25;
  35:8;36:7;37:18;
  40:20;44:6;46:9,17;
  53:7;56:3;57:20;
  85:12;124:8,12;
  126:3,22;135:3,3;
  141:10;146:6,15,25;
  151:5;155:4,20;
  156:19;162:6;163:24;
  167:15;168:4;174:2;
  176:8,12,18;184:14;
  188:22;190:12;
  194:12,16;198:22;
  199:6;200:20;222:23;
  225:20;226:25;
  228:24;229:4,7;
  233:10;235:12;
  254:13,16;260:23;
  262:3,4;283:2;
  298:10,13;303:12;
  304:4
**ELSER (1)**
  3:3
**e-mail (53)**
  8:16,23;10:7;19:14;
  101:13,17;102:7,7,18;
  103:20;113:12,19,22;

129:20,24;130:5,25;
131:7,16;143:21;
186:11,17;187:3;
194:7;229:20,22;
230:2;247:18,19,24;
249:13,19,24;250:8,
24;256:14,18;257:14;
258:9,12;259:9;
267:14,16;269:16,16;
270:6;280:9;283:18;
284:20;286:18,20;
291:13;292:2
**e-mailed (1)**
  155:16
**e-mailing (1)**
  199:3
**e-mails (3)**
  12:20;198:13;
  275:10
**Empire (2)**
  24:9,17
**employed (8)**
  14:5;24:11;25:18;
  139:19,20,24;172:4,7
**employee (6)**
  52:22;53:17,20;
  121:15;196:10,11
**employees (4)**
  19:8;42:16;52:15;
  54:3
**employer (1)**
  110:7
**empty (2)**
  290:6,8
**end (24)**
  71:6;148:8;149:6;
  157:3;177:22;201:17;
  213:4;221:13;244:19;
  250:16;257:24;261:8;
  263:18;267:18,22;
  269:21;270:18;
  277:24;280:15;
  281:14;286:23;289:8,
  8;305:8
**endeavor (3)**
  39:16;94:12;191:24
**ended (2)**
  213:14;290:11
**engage (1)**
  235:13
**engaged (1)**
  77:20
**engineer (1)**
  13:24
**enough (6)**
  54:3;156:14;
  191:12;225:9,10;
  250:22
**ensure (2)**
  93:12;143:5
**e-n-t (1)**
  56:21
**entail (4)**

32:9;61:16;106:10;
289:10
**entails (1)**
  38:16
**entering (1)**
  48:17
**enters (1)**
  82:7
**entire (4)**
  26:18;46:5,14;
  268:11
**entirely (5)**
  7:25;15:4;115:8;
  146:24;301:7
**entities (1)**
  158:20
**entity (2)**
  29:13,15
**enumerated (2)**
  39:13,18
**equipment (1)**
  127:14
**equivalent (1)**
  15:24
**ERIC (1)**
  3:7
**ericniederer@wilsonelsercom (1)**
  3:9
**ESQ (1)**
  3:7
**essentially (3)**
  50:2;95:21;299:24
**Europe (2)**
  201:13,16
**Eva (7)**
  11:12,23,24,25;
  13:25;62:25;251:14
**E-v-a (1)**
  11:25
**evaluate (4)**
  93:6,8;119:16;
  305:22
**evaluated (4)**
  94:3,5;95:5,6
**evaluation (4)**
  71:17,20,22;98:23
**evaluations (1)**
  96:7
**even (5)**
  121:13;182:5;
  186:22;236:25;
  270:22;289:23
**evenly (1)**
  240:22
**events (1)**
  143:21
**eventually (5)**
  97:18;193:19,20;
  231:15;249:9
**Everybody (1)**
  42:23;60:11
**evidence (2)**
  237:16;262:25

**exact (7)**
  12:5;140:14;225:5;
  252:24;295:10;
  303:20;305:21
**exactly (11)**
  63:10;104:6;115:8;
  163:12;210:13;
  213:16;218:3;219:25;
  233:3;264:15;307:9
**EXAMINATION (1)**
  6:13
**examine (2)**
  9:11;62:12
**examined (1)**
  6:11
**example (24)**
  14:25;15:22;32:19;
  40:15;41:4;42:2,5;
  43:14;46:12;62:7;
  78:11;79:7;83:12,15;
  85:14;113:18;161:4;
  192:12,14;209:15;
  220:7;245:21;274:23;
  307:19
**examples (1)**
  250:22
**Excel (5)**
  48:24,24;49:10;
  253:10,15
**except (2)**
  5:9;33:4
**exchange (4)**
  8:16,23;10:7;292:2
**exchanges (1)**
  269:17
**exchanging (1)**
  167:24
**exclude (3)**
  122:21;126:6;
  169:22
**exclusive (2)**
  280:16;283:4
**exclusively (3)**
  36:22;81:7;203:20
**Excuse (8)**
  36:24;72:22;
  109:12;112:10;
  134:11;160:14;
  196:12;290:9
**executive (5)**
  129:25;131:20;
  273:6,8,10
**executives (2)**
  265:9;273:4
**Exhibit (42)**
  6:2;8:6,14;9:11,14,
  18;10:3,6,22,22,23;
  14:17;135:18;136:3;
  137:23;138:8,12;
  229:14,18;247:11,15;
  255:23;257:5,8,12;
  258:25;259:3,7,9;
  267:2,8,12;269:10,14;

280:3;286:12,16,18;
291:16;292:18;
304:22,25
**exhibiting (2)**
  113:21;202:13
**exhibits (3)**
  9:7;14:22;138:15
**exist (2)**
  113:6;186:21
**existed (1)**
  175:11
**existing (2)**
  87:5;305:4
**exists (5)**
  30:7;137:4,5,6;
  307:15
**expanded (2)**
  8:20;291:23
**expect (1)**
  10:10
**experience (3)**
  39:22;109:22;
  233:21
**experienced (2)**
  188:11;240:22
**expert (3)**
  30:10,22;31:13
**experts (3)**
  29:25;123:6,22
**explain (1)**
  72:4
**explained (1)**
  71:13
**explanation (1)**
  277:6
**explicitly (1)**
  77:24
**express (2)**
  54:19,21
**extensive (1)**
  161:18
**extent (19)**
  26:6;30:25;31:5;
  46:6;54:12;122:25;
  137:5;147:17;167:17,
  19;186:21;232:5;
  249:18;294:17,19,20;
  295:4,5;301:21
**extra (1)**
  288:9
**eye (3)**
  166:14;168:22;
  262:9
**eyes (1)**
  288:9

**F**

**fabric (53)**
  17:9;27:24;36:18;
  43:8;52:11;57:10,15,
  22;58:5;61:17;66:10;
  85:6,15,17;89:5,22,

24;93:11;94:4,10;
95:3;112:7,9;117:18,
23;118:4;130:10,10;
132:25;133:7,15;
159:2;160:9;193:9,
10;204:2;207:17;
234:19;240:18,20;
241:16;243:20;
246:22,24;250:20;
280:25;281:20;
282:20;293:18;
294:10;296:15,17;
305:18

**fabrics (8)**
106:19;112:18;
250:16;281:2;295:19;
296:6;305:4,7

**face (3)**
77:10,17;232:19

**face-to-face (1)**
200:7

**facilities (3)**
127:15,23;128:25

**facility (3)**
109:6,6;177:24

**facing (1)**
235:5

**fact (18)**
14:21;28:23;62:17;
76:22;100:23;128:3;
138:25;140:17;
171:12;205:14;211:6;
239:5,7;243:15,24;
260:22;266:22;
280:23

**factor (9)**
75:7;227:3;240:15;
242:2,22;246:22;
247:2,5,7

**factors (4)**
22:23;36:9;240:10;
241:24

**factory (12)**
23:7;25:13;26:14;
41:21,24;42:6;46:4;
50:12;72:17;221:19;
288:6,18

**factual (1)**
123:7

**fail (1)**
145:15

**failed (1)**
146:14

**failing (2)**
145:8,21

**fails (1)**
152:11

**failure (1)**
161:24

**fair (11)**
33:9;36:15;42:9,15;
67:20;71:15;87:6;
117:16;122:5;237:4;

242:21

**fairly (7)**
103:8;111:25;
131:2;155:12;211:2;
224:7;268:13

**Fairport (1)**
6:8

**fall (10)**
40:16;114:7;
124:22;187:23;
188:12,15;190:18;
235:2;259:22;260:11

**falling (1)**
291:7

**familiar (6)**
14:21;39:25;90:3,7;
219:23;300:19

**families (1)**
87:3

**family (1)**
87:8

**far (3)**
82:10;245:19;
280:13

**Farrington (2)**
40:14;139:23

**Fashion (6)**
15:20;16:10,13;
17:2,7,10

**faulty (1)**
219:9

**features (3)**
74:6;78:13;87:14

**February (55)**
9:4;10:3;18:19;
58:13,19;59:22,24;
60:14;61:24,25;
72:13;84:3,6,22;
107:6,9;120:15,20;
121:3;126:15;128:17;
129:13,18;130:6;
131:3;155:21;157:16,
20;158:5;165:16,23;
171:7;177:18;188:10;
201:17;209:5,21,25;
210:6;215:21,25;
224:3;228:9;230:24,
25;249:11;255:2,10,
11,12;257:15;258:9;
259:10;267:15;
308:14

**FedEx (2)**
302:23;303:6

**feedback (3)**
34:6;273:12;275:7

**feel (14)**
36:11;46:16;93:22;
94:5;153:15,16,18,21;
154:19;238:18;
260:18;270:22;271:5,
8

**felt (3)**
145:22;264:24;

288:4

**female (2)**
11:22;14:7

**few (5)**
30:18;43:23;
173:22;236:25;272:3

**fiber (1)**
295:10

**fibers (1)**
277:25

**Fifteen (1)**
172:2

**figure (6)**
77:25;115:5;
145:13;226:22;296:2;
299:13

**figured (1)**
129:5

**figures (1)**
277:2

**file (1)**
253:17

**filed (1)**
292:8

**filing (2)**
5:5;60:4

**film (1)**
160:2

**filming (1)**
151:19

**final (16)**
44:15;45:22;52:6;
53:4,6;106:3;154:12,
15,21;155:2

**find (22)**
10:18;106:4;
125:15,24;130:10,12;
132:17,19;149:17;
184:9;202:12,14;
270:25;271:2;272:6;
277:4,10;287:5,8;
299:3,6,8

**finding (2)**
132:24;216:3

**fine (13)**
113:21;164:22;
166:17;187:7;222:11;
226:9;227:12;230:11;
231:16;259:14;271:9;
294:22,22

**fingers (1)**
190:6

**finish (22)**
242:10;276:14;
280:14,22,24,25;
282:8,11,14,15,16,19,
20,21,22,23,23;283:4;
297:19,22;298:2,11

**finished (2)**
82:17;241:9

**finishes (5)**
193:10;280:15;
281:13,14;297:24

**finishing (2)**
35:18;282:17

**first (40)**
6:11,21;7:9;10:17;
11:15;18:23;32:14;
33:19;61:20;69:25;
75:25;76:6;84:21;
91:8,9;113:15,20;
114:15,18;129:15;
154:8,10;170:23;
177:3;182:5;191:6;
192:17,18;230:6,8,19;
231:23;235:19;
250:13;258:22;
259:11,20;280:21;
283:11;287:23

**fish (4)**
59:12,17,18;60:9

**fit (2)**
93:7;309:6

**fits (1)**
40:8

**five (11)**
23:21;26:24;63:11;
176:7,15;190:22,24;
218:8;229:11,12;
274:4

**fix (2)**
270:9,14

**fixed (2)**
183:2;269:20

**flags (1)**
260:21

**flat (7)**
178:25;184:11;
301:19,25;302:4,6,7

**flew (3)**
179:8;183:5;185:11

**flight (1)**
184:6

**floating (1)**
21:2

**floats (1)**
20:16

**floor (39)**
11:14;26:3;38:25;
41:7,12,15,15,20,22;
44:14;45:24;47:5,9,
20;50:18;51:8;52:17;
55:10;56:15,17;64:2,
9;72:17;75:8;80:25;
105:19,25;132:5;
189:3;204:10;209:22;
210:8;213:8;220:10,
18,24;221:10,15;
244:12

**floors (1)**
41:18

**flown (1)**
51:10

**fluctuate (1)**
69:8

**fly (2)**

178:14;179:4

**focus (2)**
52:8;271:21

**folded (2)**
83:16;159:4

**folds (1)**
60:20

**follow (5)**
43:9;212:11;
267:21,21;268:17

**followed (3)**
97:13;101:22;
267:23

**following (6)**
8:16;96:5;157:18;
195:16;268:18,22

**follows (1)**
6:12

**follow-up (1)**
268:24

**foot (3)**
175:2,4,6

**force (1)**
5:13

**foreman (7)**
25:24;26:4,10,18;
41:9;42:13;48:19

**foremen (2)**
42:10;47:6

**Forken (2)**
21:13;299:17

**form (62)**
5:9;15:10;30:13,24;
31:16;96:19;102:9;
109:9;110:13;118:19,
22;121:23;122:8;
136:14,20;139:3;
142:2,17;155:22;
158:21;159:13,21;
165:25;172:24;
174:11;176:16;
188:14;195:20;
197:13;198:18,23;
199:7;200:4,15;
204:20;207:7;209:9;
220:14;221:25;227:5;
230:7;235:20;236:11;
237:22;241:3,13;
242:24;243:17;244:2;
249:17;256:9;262:17;
263:4;274:22;279:11;
285:5,14,22;287:19;
288:3;305:17;306:11

**format (1)**
160:19

**formation (1)**
171:14

**forth (1)**
10:6

**Forty (1)**
12:11

**forwarded (3)**
130:2,4,7

**forwarding (1)**
303:9
**found (13)**
10:18;150:12;
162:13;190:24;
202:15,20;219:9,11;
238:21;263:9;277:12;
289:4;299:9
**foundation (2)**
99:5;160:6
**four (11)**
22:19;26:24;
183:17,18,23;185:10;
186:2,20;187:19;
208:19;304:19
**four-by-six (2)**
222:5,13
**frame (2)**
191:2;198:24
**Fran (43)**
124:7,10;126:2,20,
22;127:12,13,20,22;
128:18,21,24;197:7;
201:11;203:6,10,13,
20,22;204:15;205:2,9,
12;206:2,9,20,21;
207:10,11;208:22;
209:25;212:5;213:9;
215:8;216:8,14;
220:17;221:15;223:2;
228:22;267:16;
268:10,14
**Frank (7)**
11:12,19,22;14:3;
167:18;181:11;
308:21
**Fran's (1)**
127:15
**free (1)**
190:14
**Freeman (247)**
6:18;7:16,23;8:3,8,
18;14:5;18:15,18;
22:8;23:2,9,10,11,12,
18;31:19;32:17;
39:24;40:22;42:12;
43:19;52:3,21;53:16,
23;54:10;55:15;63:3,
6,19;64:22;65:15,16;
67:14;68:5;74:24;
79:20;80:6;84:21;
89:3,12;90:11,13;
91:2,5,9,12;92:24;
94:18;95:11,21;96:4;
97:20;98:9,16,24;
99:17;100:3,5,7;
101:7,21,23;102:5;
106:6;107:12,23;
108:2,5,9,11,14;
109:23;110:12;111:5,
9,13;114:12,16,19,21;
115:10,16,20;116:7,
14;117:2,23;118:4;

119:4,11,22;120:5,18;
121:3,10,14,19;
122:18;123:11,14,15,
24;124:2,20;126:2,
13;129:15;132:8,11,
15;134:13,20,23;
136:12,17;138:21,25;
139:10,19,24;140:3,9,
20;141:15,24;142:14,
21;143:3;148:21;
155:5;157:11,13,17,
20,21;158:5,8,12,18;
160:15;161:5,6,8,10,
23;163:2,4,21;
167:15;169:10,12,23;
170:7,9;171:20;
173:11,15;176:10,20;
177:5;178:17;179:18;
181:19;182:9;185:15;
187:23;188:10;
191:15;193:14;195:8;
196:10,11,19;197:23;
198:6;200:24;201:11;
215:20,21,24;220:5,9;
223:6,7;228:4,17;
229:24;230:4,4,17;
231:20;237:8;238:4,
14;239:23;241:11,20;
242:6,7,17,18;245:4,
8,16;246:2;248:20,
22;249:5;252:19;
255:6;256:20;258:4,
15;259:21;265:2,25;
266:8;269:25;270:2,
18;273:20;274:17;
275:4,11,24;278:20;
281:21;286:24;
287:17,25;289:25;
295:21;296:16;297:2;
298:6,7;300:14,14;
305:14,25;306:7,23;
307:4,25;309:3
**Freeman's (21)**
9:16;117:17;
123:12;160:22,23;
161:15;183:11;197:5,
11;220:2,4;222:15;
243:14,23;244:10,11,
22;246:6;256:25;
259:19;265:13
**freight (1)**
303:8
**French (1)**
16:24
**frequently (3)**
85:18;171:5;172:15
**fresh (2)**
175:22;262:10
**Freudenberg (20)**
150:9;152:2,17,23;
153:12,20;154:7;
157:4;202:9;204:10;
205:2;213:24,25;

214:2,14,23;215:4,7,
21;222:25
**front (9)**
61:20;77:19;83:16;
131:10;176:24;190:2;
235:5;267:18;275:17
**fulfill (1)**
39:11
**fulfilling (1)**
195:4
**full (3)**
23:7;45:13;139:22
**full-time (6)**
286:22,25;287:4,
17;288:2,13
**fully (1)**
35:20
**function (1)**
160:19
**functioned (1)**
161:20
**functioning (2)**
55:24;57:9
**FURTHER (10)**
5:8,11;62:16;
102:20;207:4;248:16;
271:19;308:5,20,25
**fuse (4)**
29:7;95:8,12;
280:25
**fused (2)**
94:4,6
**fusible (41)**
28:9;30:2;56:4;
57:12;60:19;61:22;
62:15;94:23;95:13,
17;115:12;129:5,6;
131:11;133:8,10;
145:21;146:24;149:2;
157:23;159:3;174:6;
193:9;196:19,22;
207:17,18;222:22;
240:18,20;247:4;
255:4,5,7,13;258:15;
261:12;265:22;
266:17;278:21;
279:16
**fusibles (4)**
30:3;145:15;150:4,
6
**fusing (72)**
14:2,9;28:13,14,19,
23,24;29:6,8;55:9,10,
17,20;56:2,10;57:4;
59:14;60:17;61:12,
18;62:3,13,20;64:4,
15;65:10;66:5,21;
67:2;68:22;70:18;
71:24;72:15;94:9;
95:10;103:5,9,13;
116:23;131:14;
144:25;150:25;
156:10;196:17,23;

200:7,17,23;201:25;
207:18;212:15;
215:12,15,18;220;
248:4;251:2,5,9;
252:4,8;254:8;
255:25;257:24;258:2,
6,12,15;261:6;
266:14;298:21,21;
306:13
**future (2)**
173:9;238:5

**G**

**Galena (4)**
37:24;38:9,11;39:8
**Galena's (1)**
39:9
**garment (44)**
17:10,15;34:11;
35:5,6;46:5,7,18;
47:23;48:2,5;50:3,22;
70:17;71:24;75:6;
78:7,8;82:17;83:17;
91:14;92:15,21;
94:14;105:17;113:2,
15,20;119:15,16,20,
25;124:25;145:17;
160:10;177:4;178:24;
180:17;191:3,4,6;
216:6;230:11;264:16
**garments (48)**
17:17;32:12,13,15,
16;40:8;44:10,23,25;
48:12,13,14;50:4;
54:13,16;73:2;82:25;
178:2,5,11;179:15;
182:24,25;188:16,19,
24;191:21;202:13,15;
231:16;238:17;
245:20,22;266:15;
269:24;280:12,22;
283:9,13,25;284:5,7;
288:20;289:4,11;
290:11;297:25;
301:15
**gauge (3)**
77:19;78:13;261:23
**gave (5)**
70:6;141:15;164:4;
206:18;271:24
**general (15)**
35:4,10;39:3;44:2;
57:24;64:12;78:7;
83:22;89:16;115:12;
116:11;202:2;237:21;
276:9;285:25
**generalities (1)**
118:8
**generally (14)**
22:2,3;35:16;37:6;
44:24;47:18;50:23;
60:20;63:22;67:22;

68:5;119:2;185:8;
301:12
**gesturing (1)**
190:6
**gets (2)**
289:23;302:17
**gist (3)**
132:2,3;184:15
**given (10)**
50:14;121:24;
140:23;141:5;155:25;
167:20;230:2;301:8;
308:11;310:12
**giving (5)**
7:2;164:14;275:7
**Gloria (1)**
107:22
**glue (6)**
68:3,6;97:11;105:5;
137:9;215:10
**glued (1)**
240:21
**goals (2)**
277:7
**goes (7)**
46:8;49:18;51:11,
15;92:15,22;108:17
**Good (4)**
6:16;121:17;174:8;
191:12
**goods (1)**
114:8
**grainy (1)**
153:21
**grams (1)**
225:4
**Granovsky (1)**
21:16
**great (1)**
9:5
**greater (1)**
59:2
**green (10)**
217:7,9,14,16,24,
25;218:4,11;221:8;
298:23
**ground (1)**
6:22
**group (7)**
20:8,10;22:17;
87:12,12;116:16;
303:24
**groups (1)**
87:10
**guaranteed (1)**
246:15
**guess (17)**
15:9;23:21;41:2;
67:16,18;117:6;
124:15;152:13;
177:10,16,19;199:18,
19;219:3;288:25;
300:25;301:2

**guessing (2)**
7:13;271:6
**guesstimating (1)**
304:10
**guidance (6)**
52:7,13,14;262:23;
271:20,24

## H

**half (6)**
11:9;12:13;27:4;
191:10;266:12;304:8
**hand (10)**
17:18;18:10;36:11;
79:23;94:5;153:14,
14,16;174:17;235:3
**handful (2)**
188:16,18
**handling (1)**
233:22
**hands (3)**
234:10,13;235:6
**hanger (6)**
233:12,15,17;
234:17,25;235:2
**hangers (2)**
291:7;301:11
**hanging (5)**
54:13;130:11;
188:25;235:24;
289:17
**happen (5)**
62:5,8;239:7;
243:24;263:3
**happened (9)**
63:14;111:18;
140:13;161:23;
177:20;183:22;234:7;
239:5;270:12
**happening (7)**
78:3;146:4;240:3;
263:7;270:8;272:5;
288:8
**happens (4)**
61:7;82:18;83:8;
211:4
**hard (2)**
174:15;264:21
**Harder (1)**
174:16
**Hardwick (7)**
22:9,16,20,22,25;
23:25;28:2
**head (10)**
7:4,4;80:16;113:7;
177:25;212:17;
214:24;253:25;286:5;
292:24
**headed (1)**
27:9
**header (1)**
309:8

**heads (2)**
21:25;141:11
**health (1)**
63:17
**heard (2)**
49:2,4
**hearing (1)**
220:19
**heat (2)**
210:25;261:14
**heavy (4)**
66:10;175:5;
266:13;277:16
**help (6)**
73:19;175:4;
211:14;237:10,13;
275:2
**HEREBY (3)**
5:3,7;310:7
**herein (1)**
6:10
**here's (2)**
152:21,23
**hereto (1)**
5:4
**Herman (3)**
29:16,19;30:19
**hey (2)**
263:9;275:2
**HF106 (1)**
247:21
**Hickey (270)**
6:18;7:16,23;8:3,8,
18;9:16;14:5;18:15,
18;22:8;23:2,9,10,11,
12,18;31:19;32:17;
39:24;40:22;42:12;
43:19;52:3,21;53:16,
23;54:10;55:14;63:3,
6,19;64:22;65:15,15;
67:14;68:5;74:24;
79:20;80:6;84:21;
89:3,12;90:11,13;
91:2,5,9,12,13;92:24;
94:18;95:11,21;96:4;
97:20;98:9,16,24;
99:17;100:3,5,7;
101:7,21,23;102:5;
106:6;107:12,23;
108:2,5,9,11,14;
109:23;110:12;111:5,
9,13;114:12,16,19,21;
115:10,16,20;116:7,
14,25;117:17,23;
118:4;119:4,11,22;
120:5,18,23;121:3,10,
14,19;122:18;123:11,
12,14,15,24;124:2,20;
126:2,13;129:15;
132:8,11,15;134:13,
20,23;136:12,17;
138:21,25;139:10,19,
24;140:3,9,20;141:15,

23;142:13,21;143:3;
148:21;155:5;157:11,
13,17,20,21;158:5,8,
12,18;160:15,22,23;
161:5,6,8,10,15,23;
163:2,4,21;167:15;
169:10,12,23;170:7,9;
171:20;173:11,15;
176:9,20;177:5;
178:17;179:18;
181:19;182:8;183:11;
185:15;187:23;
188:10;191:15;
193:14;195:8;196:10,
11,19;197:5,11,23;
198:6;200:24;201:11;
215:20,21,24;220:2,3,
5,9;222:15;223:6,7;
228:4,16;229:24;
230:4,4,17;231:20;
237:8;238:4,14;
239:23;241:11,20;
242:6,7,17,18;243:14,
23;244:10,11,22;
245:4,8,16;246:2,6;
248:20,22;249:5;
252:19;255:6;256:20,
25;258:4,15;259:19,
21;265:2,13,25;
266:8;269:25;270:2,
18;273:20;274:17;
275:4,11,24;278:20;
281:21;286:24;
287:17,25;289:25;
295:21;296:16;297:2;
298:6,7;300:14,14;
305:14,25;306:7,23;
307:4,25;309:3
**High (2)**
16:6;28:21
**higher (1)**
38:20
**highest (1)**
15:10
**himself (1)**
256:24
**hire (2)**
52:22;53:8
**hired (1)**
170:13
**hits (1)**
233:20
**hobby (1)**
16:18
**Hoffman (4)**
174:15;175:7,13,25
**hold (1)**
161:5
**holder (1)**
38:3
**holding (8)**
151:19;153:9;
154:24;160:2;233:17;

234:15,16,24
**home (1)**
145:12
**hooks (1)**
234:6
**horizontal (1)**
291:3
**hour (4)**
86:5;236:21,21,24
**hours (5)**
11:8,9;12:13;
236:21;291:24
**house (1)**
149:2
**how's (1)**
79:9
**Hufford (4)**
113:12,19;184:25;
185:2
**humidity (1)**
85:18
**hundred (5)**
43:24;49:14;106:2;
245:22,23
**hung (4)**
235:16;236:13;
289:11;290:20

## I

**idea (5)**
129:6;133:4;272:9;
275:19;299:2
**identical (1)**
205:20
**identification (12)**
6:3;87:17;135:19;
229:15;247:12;257:9;
259:4;267:9;269:11;
280:4;286:13;292:19
**identify (2)**
144:6;159:25
**illustration (1)**
17:11
**imagery (1)**
272:5
**immediately (6)**
131:4;236:6,7,12;
263:2,17
**impact (1)**
219:19
**important (2)**
67:24;68:2
**impossible (1)**
66:14
**impression (1)**
277:14
**Impressions (2)**
175:19;204:18
**improper (1)**
276:4
**Inc (2)**
15:3;169:14

**incarnation (1)**
110:25
**inch (3)**
166:25;168:17;
222:13
**inches (8)**
163:19;164:9;
189:24,25;190:2,7;
222:7,8
**incidences (2)**
260:3,8
**incident (2)**
91:2;209:12
**inclined (1)**
263:17
**include (6)**
35:11,22;92:9;
124:13;141:10;
236:10
**included (7)**
126:25;130:14;
203:2;249:12;267:15;
295:14;308:13
**includes (2)**
116:3;169:8
**including (2)**
35:5;207:25
**incorrect (4)**
46:18;200:17,22,23
**incorrectly (1)**
83:15
**increased (1)**
212:12
**increasing (1)**
211:3
**indeed (1)**
280:14
**independently (2)**
134:24;189:14
**indicate (1)**
202:18
**indicated (5)**
8:18;133:11;187:2,
5;206:2
**Indicating (2)**
32:3;189:21
**indication (1)**
215:11
**indirect (1)**
274:16
**indirectly (1)**
37:20
**individual (7)**
11:21;15:14;
106:19;139:21;
154:24;301:18,23
**individually (4)**
19:24;20:4;301:9;
308:8
**individuals (2)**
20:2;288:14
**industrial (1)**
305:6

**industry (6)**
29:25;60:10;
108:16,25;109:8;
305:5
**inflatable (1)**
219:8
**inform (1)**
260:18
**informal (1)**
275:9
**information (15)**
35:2;48:23;49:6,9;
50:17;97:6,8;102:15;
123:7;298:17;299:11;
300:3,4,11;301:4
**informed (2)**
260:14,17
**infusible (1)**
61:17
**initial (7)**
26:9,12;119:19,24;
135:5;144:10;145:20
**initially (1)**
19:6
**initiated (1)**
144:4
**insert (1)**
57:12
**inserted (1)**
301:13
**inside (8)**
57:15;149:6;208:4;
264:17;272:2,6;
277:25;301:13
**insides (1)**
272:8
**Insomuch (5)**
39:25;70:13;86:2;
112:23;192:8
**inspect (3)**
83:19;236:14;
238:18
**inspected (4)**
44:10;60:18;83:13;
106:5
**inspection (14)**
44:15,22;45:20,22;
47:21;48:9,11;51:21;
82:6;105:18;106:3;
236:18;244:19;
280:21
**inspections (2)**
83:5;262:16
**inspector (5)**
42:21;52:6;53:4,6;
288:25
**inspectors (2)**
262:8,15
**installed (1)**
219:7
**instance (1)**
28:6
**instances (3)**

236:23,24;263:8
**Instantly (2)**
131:6,8
**Instead (1)**
133:9
**instruct (4)**
122:21;169:21;
197:15;223:9
**instructed (2)**
130:15;277:3
**instruction (4)**
123:5;126:5;
170:15;197:24
**instructions (5)**
92:11,11;262:14,
23,24
**insurance (2)**
203:11,19
**intend (2)**
94:4;117:11
**intended (1)**
96:2
**intention (3)**
19:6;26:10,12
**interact (1)**
265:5
**interaction (1)**
82:21
**interacts (1)**
69:13
**interchangeably (2)**
99:21;188:7
**interest (1)**
152:19
**interested (3)**
7:12;164:7;185:8
**interliners (1)**
109:17
**interlining (139)**
28:15;30:11,17,22;
31:14;35:23;36:2,10,
17,21;37:2;56:4;
57:12;58:5,11,24;
59:6,7;62:17;67:8,14,
21;68:5;88:3,6,17,20;
89:14,16,20,21,23,24;
90:4,8,16;91:24;
93:24;94:2,3,9;95:4;
97:3;98:25;106:6,8,
16,19,20;107:12,24,
25;108:6,13;109:2,3,
5,7,13,17;110:7,11,
17;111:4,8,12,24;
116:3;119:5,9,22;
120:7,19;121:20;
123:18;126:4,14;
129:5;130:16;131:11,
12;141:8;144:13;
145:5,8,9,11;148:4;
150:11,15;152:15,16;
153:23;156:2;157:6,
22;158:9,13,18;
160:16;161:16;

162:22;166:11;168:8,
10;169:13;171:6,22;
195:16;196:9;198:5;
200:2,6,14;208:7;
223:8;224:16;225:3;
227:4;228:6,17;
232:20;265:13;266:9,
12,13,14,15,17;278:4,
19,22;279:12,15,16;
308:2;309:8,9,10
**interlinings (5)**
29:24;130:15;
144:8;150:21;213:18
**intermittent (2)**
194:4;257:16
**internal (5)**
62:14;66:12;68:3,6;
261:21
**interpreting (1)**
32:11
**interval (1)**
307:17
**intimately (1)**
298:15
**into (23)**
33:24;45:2,3;
118:10,10;130:9;
135:9;141:13;144:9;
149:2,13;176:23;
180:18;202:5,10;
221:18;253:16;
264:21,24;277:3,7;
288:16;291:6
**introduced (1)**
87:2
**investigation (5)**
155:20;168:9;
171:7;220:2;280:17
**investigations (1)**
135:2
**invisible (1)**
264:17
**invitation (1)**
194:18
**invoices (1)**
299:4
**involve (1)**
114:5
**involved (21)**
19:8;20:7;21:11,13,
13;26:4;54:10;58:4;
63:2;79:17;88:19;
89:5;98:11,12;124:9;
193:7;219:3;220:6;
249:23;295:13;297:5
**involves (1)**
86:16
**iron (1)**
18:10
**irons (1)**
79:24
**isolate (1)**
144:6

isolated (1)
130:8
**issue (21)**
29:3;62:23;74:19;
193:9;195:3;198:9;
229:23;230:5,9;
247:9;249:25;250:21;
259:12,18,21;260:9;
265:6;268:4;270:18;
274:13;279:11
**issues (7)**
10:8;22:7,7;194:5;
276:25;277:5;278:6
**item (3)**
187:4;222:15;256:2
**items (9)**
11:3;22:6;34:22;
35:7;44:2;92:12;
189:7;266:24;291:17

**J**

**jacket (10)**
13:12;188:3,6;
232:19;235:6,24;
244:14;266:4,5,10
**jackets (2)**
232:2;233:11
**January (2)**
84:6,8
**jargon (1)**
263:13
**Jeffery (4)**
6:5;195:21;310:7,
16
**job (17)**
21:20;24:25;25:20;
31:20;38:16;39:12,
17,20;40:17;46:17;
52:25;80:24;184:21;
186:10;288:15;
299:19,21
**join (1)**
181:15
**joined (5)**
39:24;84:14,16,17;
89:12
**joining (2)**
84:12;114:22
**jostled (3)**
234:9;235:15;240:4
**jostling (26)**
231:6,13;233:19,
23;234:15;235:13,24;
236:5;237:3,5,7,10;
238:5,7,21,25;239:3,
8,24;240:6,8,12;
242:2;243:12,14,20
**judgment (1)**
54:4
**June (12)**
8:15;252:22,25;
253:20;254:3;255:12,

19;258:6,10;292:8,
11;310:9

**K**

**Kannegiesser (16)**
56:18;57:5,6;69:3,
4;217:9,14,16,25;
218:5,11,21;219:20;
220:8;221:8;298:22
**Kannegiessers (3)**
69:2;217:10,11
**Karen (3)**
31:3;107:16;148:17
**keep (8)**
7:13;23:7;100:7;
130:17;145:13,14;
262:9;291:7
**khaki (1)**
23:8
**kind (33)**
15:22;43:19;52:10;
82:6;118:4;124:24;
146:3;150:2;168:11,
24;172:8,9;191:24;
202:23;222:14;226:2,
4;227:22;233:5,21;
245:23;250:23;
253:15;266:11,16;
275:4;281:3;282:16,
16,19,23;289:25;
303:8
**kinds (4)**
146:2,5;293:17,22
**knew (5)**
238:9;249:19;
266:20,22,23
**knob (5)**
69:11,12,15,18,19
**Knowing (4)**
127:12;149:9;
164:25;295:16
**knowledge (21)**
10:17;19:12;22;
31:8;107:7;123:13;
139:11,12;142:16;
143:10;158:15,22;
167:5;170:12,16;
187:18;199:21;
200:10;287:16;
301:21;305:24
**known (5)**
23:20;28:14;41:9;
90:18;242:20
**Kufner (13)**
150:9;152:3,6,18;
153:3,16,18;154:7;
156:22;157:4;223:18;
228:20;263:24

**L**

**La (3)**

25:7,9;27:25

**lab (8)**
60:2,3,5,5;119:24;
120:2;224:7;225:20

**label (1)**
167:9

**labeled (12)**
149:8,18,21;
150:17;160:16;
161:19,22;162:14,23;
164:25;247:21;
301:16

**labs (2)**
171:13,25

**L'Academie (1)**
15:18

**lack (3)**
46:25;53:17,19

**laid (5)**
63:16,17;159:2,4;
221:4

**Lainiére (4)**
15:2,2;111:2;
169:15

**language (1)**
185:3

**Languages (2)**
16:21,24

**lapel (10)**
35:17;278:6,9,11,
16,19,22,25;279:10,
15

**lapped (1)**
60:19

**larger (2)**
222:6;302:13

**last (24)**
11:2,9,15;12:5;
37:25;38:2;40:15,21;
113:24;139:17;
163:11;187:2;191:6;
201:4;216:20;239:18;
247:18;251:15;
252:22,22;255:10;
258:7;287:11;308:21

**lasted (1)**
11:8

**lastly (1)**
264:2

**late (1)**
190:18

**lately (1)**
257:24

**later (22)**
12:2;26:15;146:17;
149:17;191:4;230:12,
13,18;231:5,17;
236:14,25;237:15;
240:4;244:19;245:12;
257:23;261:5;263:14;
271:6;281:11;283:18

**Lauren (2)**
21:6,7

**lawsuit (6)**
14:15;86:15;88:6;
98:13;120:6;276:17

**lay (2)**
31:12;205:19

**layer (1)**
288:9

**layers (6)**
57:15;160:9;203:5;
259:14;264:5,18

**layman's (2)**
190:11;226:8

**layout (1)**
53:13

**lead (1)**
191:25

**leading (2)**
29:25;135:2

**Leadtec (2)**
50:7,16

**L-e-a-d-t-e-c (1)**
50:9

**learn (5)**
17:20;129:15,19;
133:13;230:17

**learned (1)**
122:22

**learning (1)**
17:17

**leased (1)**
80:7

**least (5)**
120:12;130:17;
145:19;262:10;
305:19

**leave (3)**
22:22;23:24;290:5

**leaves (1)**
109:5

**leaving (2)**
288:6;290:8

**led (2)**
147:14;200:23

**Leedka (1)**
139:18

**left (8)**
190:9,9;207:15,21;
213:3;230:3;244:11;
288:10

**length (3)**
71:4;75:16;222:22

**lengths (1)**
309:9

**lengthy (1)**
135:10

**Leon (1)**
107:22

**less (6)**
42:13;171:18;
218:18;236:21;
291:23;302:7

**lessen (4)**
267:17,24;268:2,6

**lessening (2)**
268:20;269:5

**lesser (1)**
31:8

**letter (1)**
38:6

**letters (1)**
156:23

**level (1)**
41:22

**lever (2)**
175:4,6

**license (1)**
16:7

**lifted (2)**
151:20,21

**lighter (4)**
115:13;224:11;
225:6,8

**lights (2)**
77:22;78:12

**lightweight (1)**
266:14

**likely (2)**
125:21;255:3

**limited (1)**
37:8

**Linaris (1)**
21:14

**line (16)**
24:3;45:3;68:3,6;
97:11;105:6;113:15;
137:9;188:25;215:10;
263:9,11,12,13;
291:21;306:20

**lined (3)**
35:20,20,21

**lines (2)**
45:23;224:15

**Lining (3)**
3:4;33:4,6

**Lisankard (1)**
38:8

**list (9)**
9:22;10:12,16,17;
34:25;44:2;48:8,10;
300:23

**listed (1)**
11:20

**Literally (1)**
233:4

**litigation (20)**
12:24;13:9;123:22,
25;126:8;164:8;
169:24;170:8,10;
172:18;197:12,18;
198:4;220:5;223:12;
282:19;285:24;286:3,
8;290:12

**Little (25)**
13:17;72:4;125:6,
13,22;137:14;177:20,
23,25;179:2,21;

**183:5;184:5;185:17;
187:16;192:11;197:6;
213:19;222:6;264:6;
276:25;279:4;284:12;
289:14;296:9

**LLP (1)**
3:3

**localized (1)**
240:23

**locate (1)**
275:16

**located (9)**
80:4;100:11;
150:14,16;162:24;
167:18;275:20;
295:11;309:10

**location (6)**
13:14,15,16;50:24;
303:15,21

**lock (1)**
175:6

**locked (2)**
66:18,19

**locking (1)**
174:22

**Lockstitch (3)**
18:6,7,8

**lodge (1)**
8:13

**lodged (1)**
8:18

**long (17)**
12:10;16:2;17:14;
19:2;22:10,18;23:20;
24:13;25:15,17;
26:23;27:3;75:18;
132:6;157:11;233:23;
268:12

**longer (4)**
85:19;113:17;
174:7;299:12

**longest (1)**
25:20

**look (63)**
8:6,9;9:7;13:2;
14:21;34:11;46:14;
50:6,7;51:11;52:11;
53:8;54:13,14;57:24;
76:17;82:25;93:23;
104:7;136:3;137:24;
144:12;146:19;
152:24;153:10;165:3,
4,15;166:13;171:3,6,
13,15;174:21;178:14;
179:12;185:20;
189:20;194:5;202:17,
19;220:5,9;226:23;
229:17;236:24;
238:17;247:14;248:4,
15;250:13;257:11;
259:6;262:24;267:11;
269:14,17;283:10,10;
286:16;293:8;295:25;

**304:20

**looked (38)**
12:20;13:6;48:16;
76:22;77:3,5;100:17;
104:17;113:20;
132:15;144:15;151:2;
162:17,19;165:16,18;
168:15;175:21,23;
178:20;183:10;
185:22;190:11;
201:25;202:19,21;
203:25;221:11;
230:11;231:16,17;
237:2,14;249:8;
270:25;271:7;280:24;
305:9

**looking (28)**
44:23,24,24;45:23;
46:7;48:12;53:3;
54:16;77:7,16;
149:22;171:2;179:5;
180:23;193:12;230:9;
246:16;247:20;249:2,
7;268:15;272:10;
277:8,9;288:7,19;
293:19;303:12

**lookout (1)**
262:20

**looks (10)**
32:22;35:11;52:6;
59:12,17;60:21;
162:14;167:3;269:20;
271:5

**loop (1)**
162:16

**loose (4)**
226:10;277:19,22;
278:3

**Loro (3)**
281:16,18,24

**L-o-r-o (1)**
281:16

**lose (2)**
132:6;264:4

**loss (1)**
200:23

**lot (7)**
30:3;140:20;193:7;
211:3,4;231:17;241:5

**lots (1)**
127:23

**lower (2)**
65:8;69:17

**LP (1)**
169:14

**Ltd (1)**
3:4

**lunch (4)**
47:15;135:9,12,15

**Lutrer (1)**
21:13

**luxury (1)**
116:15

**lying (1)**
178:25
**Lynda (4)**
21:13;297:9;
299:17,18
**Lynda's (1)**
299:19

# M

**machine (66)**
11:13,22;14:7,8;
18:6,8;56:5;57:3,18,
23;61:9,18;62:3,13,
18,21;65:10;68:22;
69:4,13;70:18,25;
71:5;73:7;75:7;77:7,
10,17,20;79:10;
100:17;105:6;137:12;
144:25;145:3;150:25;
152:11;159:3;160:11;
200:7;205:20;207:19,
19;212:13,14,15;
215:13;217:6,7,9,20,
22,23,24;218:20,24;
219:8,24;220:23;
221:8,9,12;252:14,16;
261:23;267:18
**machinery (10)**
17:20,24;18:5;
220:7;305:8;306:6,7,
9,23;307:25
**machines (73)**
45:5;55:9,10,17,20,
23,24;56:2,10,13,15,
17,18;57:8,11,21;
59:5;60:17;61:12;
63:25;64:4,6,8,13,15;
65:3,23;66:5,13,22;
67:2;68:25;69:10;
70:6;72:15,16,16,24;
73:14,15;75:4,22;
77:5,14;78:5;79:2;
144:9;145:6;156:10;
174:17,19,21;201:25;
202:3,5;209:16;
213:9;214:3;215:15;
216:24;217:5;219:12;
220:9,18;221:10;
253:7,9,13,16;306:13,
15,17;307:5
**made-to-measure (3)**
44:10,16;53:4
**made-to-measures (1)**
52:7
**Maggie (13)**
139:16,17,19;
140:7;162:13,21,24;
163:5,22;165:7,24;
167:12;168:4
**Maggie's (1)**
139:17
**magnification (1)**

171:3
**mail (1)**
163:13
**maintained (3)**
100:12;102:2;
209:22
**maintenance (16)**
13:22;57:25;74:15;
76:19,23;77:3;80:16;
104:11,13;137:4,8,12,
18;307:8,11,14
**Maison (3)**
25:7,9;27:25
**major (1)**
62:25
**majority (1)**
274:6
**maker (1)**
39:9
**makes (2)**
163:9;214:21
**making (15)**
23:8;31:22;33:22;
40:2,5,9;46:25;81:4;
90:2;112:24;145:23;
234:25;264:16;
278:11;280:16
**management (3)**
20:11;21:10,24
**manager (3)**
26:14;54:8;254:8
**manifest (6)**
230:13,18;231:5,
23;237:15;240:3
**manifested (1)**
232:15;237:17;
240:24
**manifesting (1)**
235:19
**manipulation (1)**
212:4
**manners (1)**
39:6
**Manno (1)**
37:21
**manual (1)**
174:14
**manually (1)**
210:16
**manufacture (2)**
305:19;306:17
**manufactured (6)**
45:16;136:11;
158:16,19;192:9;
299:5
**manufacturer (8)**
95:19;98:25;109:2,
4,18;110:23;117:14;
129:4
**manufacturers (1)**
100:8
**manufacturing (36)**
34:19;41:5,15,18;

45:9,17;49:19;50:18;
65:17;79:19;80:9;
81:5;82:18;90:24;
92:5,8,10,14,16,21,
22;97:12;100:15;
101:3;104:5;105:10;
109:6;136:19;137:11,
20;175:14;191:25;
195:9;220:10;226:20;
228:6
**many (32)**
41:12,18,23;42:6;
55:3,17;63:3,9,13,25;
64:8;67:13,13;72:16;
170:23;181:24;
183:16;185:23;
190:20;208:13;
245:20;273:25;284:7;
289:15,18;290:2;
295:12,18;296:17;
301:7;304:6;305:11
**March (3)**
231:2;286:19,25
**Mark (16)**
11:10,21;13:21;
74:11;80:14;216:16,
22;219:2,25;221:6;
229:9;257:6;292:10;
299:20,21,23
**marked (12)**
6:2;135:19;144:15;
229:15;247:12;257:9;
259:4;267:9;269:11;
280:4;286:13;292:19
**markers (3)**
53:9,12,13
**marking (1)**
292:11
**mass (1)**
34:9
**match (1)**
101:15
**matched (1)**
132:16
**material (2)**
211:13;306:16
**materials (7)**
144:7;167:23;
305:4,7;309:3,13,14
**matter (4)**
29:25;113:3;
198:17;221:17
**may (72)**
5:12;14:15,20;37:7,
8;39:15;59:25;63:12,
17;78:22;122:22;
123:3,21,21,24,24;
126:7,7;137:8,9,16,
17;138:17;140:22;
146:16;148:4;149:20;
157:23;161:6;166:11;
169:23,23;170:9,10;
172:17,17;185:4;

186:11,12;193:10;
194:14;197:7,7,11,17,
17;199:8;201:14;
208:20;210:14;
211:10;213:3,19;
214:22;223:10,10,11;
226:14,25;233:12;
246:7,15;253:9;
291:11;296:18;298:2;
301:8,9,10;304:8;
309:9,9
**maybe (25)**
24:14;72:20;75:3;
76:6;80:22;86:22;
87:12;146:12,16;
156:22;186:9;191:10;
200:9;208:8;212:25;
213:12;219:3;222:5,
6;225:10;258:7;
264:7;266:11;272:16;
301:6
**mean (69)**
20:5;25:25;27:21;
33:10,25;34:23;
35:16;40:3,6,7;41:15,
21;42:24;44:4;46:12;
47:5,25;54:15;56:7;
60:5;66:14;78:21,25;
79:5;85:4;89:15;
94:16;99:20;116:13,
20;117:3,13;118:13;
124:16;126:15;
128:12;131:16;
133:17;137:7;139:7;
141:7;149:24,25;
151:15;156:6;163:13;
169:14;178:23;
184:15;188:3;207:16;
212:12;213:20;218:9;
226:4;229:2;233:3;
234:20;245:21;
252:15;253:12;
263:11;270:12;271:5;
292:25;300:6;301:23;
305:25;307:21
**meaning (6)**
46:6;144:13;226:6;
254:20;273:18;
306:18
**means (5)**
7:25;35:17;43:24;
49:25;122:2
**meant (1)**
224:17
**meanwhile (1)**
267:17
**measurable (1)**
281:4
**measure (8)**
57:14;59:8,11,14;
71:21;85:18;146:10;
162:8
**measured (2)**

71:11,12
**measurement (2)**
71:18;218:14
**measurements (2)**
35:7;225:13
**measures (1)**
175:8
**mechanic (3)**
63:20;80:15;81:10,
14,17,20;216:9,13,18;
217:24;220:17,21;
221:3
**mechanics (18)**
14:4;63:2,3,15,24;
74:22;75:16;80:17;
81:18;210:19;251:11,
16,22;253:9,18;
254:9;307:22,23
**mechanic's (1)**
81:7
**mechanism (1)**
174:23
**meet (1)**
277:2
**meeting (17)**
11:7;12:12;19:22;
20:8,11,15;21:10;
52:18;207:3;221:14,
16,18,21;261:13;
262:7;268:22;277:6
**meetings (8)**
20:6,8,10,12;21:8,
24;22:5;52:15
**membrane (2)**
240:20;259:14
**memorialized (3)**
19:20;107:13;281:6
**memorializes (1)**
34:14
**memory (3)**
191:13;214:7,19
**mended (1)**
51:25
**men's (6)**
22:12;24:12,20;
27:16;40:3;116:15
**menswear (4)**
22:12;24:4;27:12;
250:7
**mental (1)**
272:5
**mention (3)**
92:4;205:13;208:7
**mentioned (19)**
14:8;17:5;20:4;
45:21;47:4;49:10;
78:18;94:22;95:2;
143:24;148:5;155:8;
167:2;172:25;189:13;
207:4;208:9;221:13;
240:10
**merchandiser (1)**
281:25

**merits (1)**
94:3
**mesh (2)**
256:21,21
**message (1)**
46:21
**met (1)**
221:17
**meter (1)**
224:6
**method (9)**
28:24;29:2,6;
133:12,13,14;173:24;
296:23,25
**Miceli (6)**
37:17;62:24;
254:15,18,19;267:15
**Michael (1)**
130:2
**microscope (2)**
171:3,8
**middle (3)**
247:24;289:3;294:5
**might (31)**
52:10,18;60:11;
62:18;70:10,21;
85:18,19;86:25;
104:11;112:25;
141:16,20;144:8;
146:9;165:15;188:12;
212:15;214:5;216:17;
222:19;233:6;254:15,
19,20;256:24;257:3;
264:6,8;294:7;298:9
**mill (2)**
281:12,15
**mind (6)**
7:14;16:23;107:16;
134:7;173:10;242:14
**Mine's (1)**
118:21
**minimal (1)**
268:14
**minor (3)**
62:24;260:3,8
**minute (6)**
137:8;142:5;
233:24,25;234:3;
235:15
**minutes (4)**
12:11;86:6;239:15;
279:22
**mischaracterizes (6)**
122:9;241:4,14;
242:25;243:18;244:3
**mischaracterizing (1)**
102:24
**mislabeled (5)**
144:20;146:25;
147:18;148:4;208:12
**missed (5)**
107:15;258:16;
270:17,20;271:4

**mistaken (1)**
277:14
**model (7)**
56:22;86:23;87:7;
93:24;219:23;296:15;
298:20
**models (8)**
86:25;87:3,8,11,13,
15,19;97:18
**modification (3)**
218:23;219:5,6
**modifications (5)**
85:7,10,24;87:4,23
**modified (3)**
85:15;87:16,20
**modifying (1)**
84:24
**moment (7)**
37:19;137:9;
201:12;248:17;
253:25;297:10;
308:17
**Monday (2)**
10:4;178:14
**month (7)**
19:4,5;113:23;
177:9;191:4,10;
230:21
**monthly (1)**
19:19
**months (1)**
191:9
**more (31)**
52:12;62:25;63:7,
11;72:4;79:14;85:17,
18;116:10,12;140:20;
145:4;146:22;163:18;
167:12;189:18;
191:10;213:5;218:18;
219:11;225:17;
227:13,14;236:20;
255:3;272:25;274:4;
277:18;280:11;302:7;
304:17
**Morehead (2)**
33:7;89:10
**MORGAN (240)**
6:15,17;9:4,6;
10:14;11:4;14:18,19;
18:4;29:9;30:15;31:6,
18;32:4;33:2;37:5;
38:19;43:13;45:15;
48:3;53:21;59:10;
61:10;62:19;64:8,11;
65:14;66:17;67:7,12;
68:20;70:2;71:19;
72:3;73:3;74:4,9;
75:23;77:2;78:17;
82:16;84:9;85:2,20,
23;86:7,11;88:11;
89:17;91:17,19;
93:14;94:15;96:3,21;
97:24;99:7,15;101:2,

6;102:4,14;103:2,24;
105:2,8,16;106:15;
107:20;108:12,22;
109:11,19;110:15;
111:17,20;112:16;
115:24;119:3;122:4,
12,14,16;123:14,18,
20;124:5,19;126:10,
12,17;135:20;136:16,
22;137:2;138:19;
139:8;142:6,11,20;
143:9,19;147:7;
148:2,20;154:9,14;
155:24;156:15;
158:23;159:16,24;
161:3;165:9,13;
166:3,17,20;167:17;
168:2;170:3,17;
173:4;174:12;176:19;
177:15;181:11,17;
182:21;186:13,17;
187:11;188:17;
189:11;190:10;
191:14;192:5,13;
193:18;195:24;
197:21;198:2,10,20;
199:2,10;200:8,19;
201:8;204:23,24;
207:2,9;209:4,10,14,
20;210:3;211:23;
214:6;220:15;222:2,
11,12,24;223:15;
227:15;229:9,12,16;
230:16;234:22;
235:22;237:21;238:2,
19;239:18,22;241:8,
19;242:12;243:8,11,
22;244:5,21;245:3;
247:13;249:20;
250:12;251:17,21;
252:2;254:22,24;
255:22;256:11;257:5,
10;258:21,25;259:5;
262:21;263:6;267:10;
269:12;275:3;276:15;
280:5;283:3,24;
285:9,18;286:2,14;
287:21;288:12;292:4,
11,15,20;294:4,9,13,
17,22,25;295:3;
297:14;300:12;
304:12,16;305:23;
306:21;307:10;308:5,
13,20,25;309:16
**morning (6)**
6:16;47:14;118:2;
221:16;267:22;
268:18
**MOSKOWITZ (1)**
3:3
**Most (9)**
23:16;32:20;36:6;
65:18;87:3,13;

179:10;262:8;269:20
**mostly (1)**
273:3
**mouth (1)**
7:3
**move (4)**
190:14;232:4;
233:5;300:2
**movement (10)**
231:7,13,18,21;
240:7,12;242:2;
243:20;244:13,17
**movements (1)**
233:21
**much (16)**
31:24,25;46:7;
73:24;117:25;147:12;
149:22;153:19;
163:15;170:19;
172:14;224:12;225:8;
236:17;263:17;
280:24
**multiple (2)**
50:3;301:14
**mumbling (1)**
301:5
**Musialowski (1)**
11:11
**must (3)**
144:20;149:12;
293:5
**Myself (4)**
21:12;83:3;173:25;
304:12

**N**

**naked (3)**
166:14;168:22
**name (28)**
6:4,16;11:13,15,16;
12:5;15:9,16;37:25;
38:2;60:8;77:13;
125:12;139:17,22;
179:25;180:3;182:3,
5;213:23;216:13,20;
217:8;221:3;287:11;
288:23;291:9;298:20
**namely (1)**
291:22
**names (6)**
14:15,20;125:8,15,
22;300:5
**Natale (16)**
124:7;126:2,20,22;
128:3,18,21,24;129:9;
197:7;201:11;212:5;
213:9;267:16;268:21;
269:4
**Natale's (1)**
129:2
**Natalie (4)**
130:3;134:19;

259:10;277:2
**naturally (1)**
277:25
**nature (7)**
16:8;43:5;156:8;
186:10;226:17;
246:23;270:20
**navy (1)**
23:8
**Near (1)**
82:3
**nearly (1)**
201:23
**necessarily (3)**
139:5;193:8;287:5
**necessary (8)**
32:13;33:21;78:9;
245:17;260:18,21;
268:2,6
**neck (1)**
235:3
**need (25)**
44:3;52:8,11;54:6,
7;62:18;68:14;74:16;
135:10;147:3;154:19;
191:22;193:5,10;
194:5;236:2;238:10;
248:4,15;254:10;
262:19;272:7;292:6;
293:8;307:17
**needed (5)**
68:18;145:12,14;
211:9;215:3
**needs (2)**
66:25;93:10
**negative (1)**
62:2
**Nepali (1)**
287:11
**New (20)**
6:8;8:20;10:23;
55:15;79:17;87:2,7,8,
13;95:13;127:22;
128:25;129:10;
171:17;246:4;255:7,
13;291:23;305:18;
310:3
**newly (2)**
8:20;291:23
**next (10)**
10:4;189:15;
192:11;206:12;
224:18,20;227:7;
262:6;268:8;283:7
**nice (1)**
113:2
**Nicholls (13)**
11:11;21:12,18;
54:22;235:10,13;
249:12,14,23;250:3;
260:16,23;299:14
**Nicholls' (1)**
21:20;104:19

**Nick (4)**
216:17,18,22;221:6

**Nick's (1)**
216:20

**Nico (7)**
37:21;38:23,24;
39:4;40:24;42:15;
45:22

**NIEDERER (41)**
3:7;8:24;9:5;30:13,
24;31:16;68:13,18;
91:16,18;96:15,19;
102:9;108:18;109:9,
15;110:13;118:19;
123:4,12,17;136:14;
142:4;147:2;166:15;
181:15;186:24;187:7,
10;201:4;204:20;
206:24;207:7;222:7,
9;243:6;251:15,19,
22;256:9;283:21

**night (2)**
11:2;187:2

**nobody (1)**
27:9

**nodding (2)**
7:4;141:2

**non (1)**
44:16

**none (1)**
115:8

**nonfusible (1)**
28:7

**nonvisual (1)**
281:5

**noon (1)**
131:2

**nor (1)**
303:20

**norm (3)**
60:10;108:16,25

**normal (3)**
145:16;202:20;
224:14

**Normally (4)**
145:17;240:17;
241:16;255:25

**Nos (2)**
6:2;135:18

**Notary (2)**
5:13;310:24

**note (19)**
8:12,21;9:24;102:9,
23;105:14;143:16;
155:22;188:14;
195:20;197:13;198:7;
206:25;222:17;
235:20;287:19;
291:20;308:10,15

**noted (3)**
31:8;289:2;309:19

**notes (3)**
186:9;250:25;

**notice (14)**
8:15,17,23;10:2,6;
47:2;188:18;189:5;
190:20;191:3,4;
236:7;308:11,14

**noticeable (2)**
244:23;281:3

**noticed (10)**
188:16;189:15;
190:17;191:5;204:19;
209:6;227:11;236:9;
248:18;291:23

**notices (2)**
8:7;10:9

**notified (2)**
134:2;260:23

**noting (1)**
250:8

**noun (2)**
33:13,14

**Number (51)**
6:22;41:11;48:10,
17;79:6,7;87:17;
137:24;141:12;149:4,
5,7,25;156:23;158:2;
168:16;193:13;
212:17,25;213:23;
214:24;223:19;246:8;
269:14;274:19,21;
278:2;280:7;284:10;
292:22,25;293:2,4,14,
15;295:11;296:3,8,14,
21;297:16,17,18,25;
299:23;301:3;302:9;
303:3,10,20;304:22

**numbered (1)**
90:8

**numbers (1)**
152:4

## O

**oath (5)**
86:13;135:22;
166:22;211:25;310:9

**object (7)**
7:11;96:19;102:12;
124:15;172:24;
195:21;256:9

**objected (1)**
291:22

**objection (134)**
8:13,18,22;29:4;
30:12,13,23,24;31:2,
15,16;32:2,24;37:3;
38:18;43:11;53:18;
59:3;62:11;65:13;
66:16;67:4,11;71:16,
25;72:25;74:2,7;
76:24;78:16;82:11;
84:23;88:9;93:13;
94:13;95:24;96:14;

97:22;99:5;100:25;
101:4,25;102:9,10,23;
104:24;105:14;
106:14;109:9,15;
110:13;115:22;
118:18,19,21;121:22,
23;122:8,20;136:14,
20;139:3;142:2,17;
143:7,16;147:24;
155:22;156:13;
158:21;159:13,21;
160:24;165:25;
174:11;176:16;
188:14;191:11;192:3;
193:16;195:18,20;
197:13,14,24;198:7,
18,23,24;199:7;200:4,
15;201:2;204:20;
206:25;207:7;208:25;
209:9,13;214:4;
220:14;221:25;
222:17;227:5;230:7;
235:20;237:22;
238:16;241:3,13;
242:24;243:17;244:2,
15,25;249:17;250:10;
255:20;256:8;262:17;
263:4;274:22;279:19;
282:24;285:5,14,22;
287:19;288:3;291:20;
305:17;306:11;307:7;
308:10

**objections (1)**
5:9

**observation (1)**
134:10

**observations (5)**
46:25;174:4;181:4;
184:21;226:2

**observe (3)**
180:5,7;204:4

**observed (7)**
98:21;180:8;
187:25;189:19;
192:16;240:7;268:10

**observing (4)**
146:11;181:22;
225:24;236:13

**obtain (4)**
15:19;16:2,7;17:2

**obtained (1)**
228:11

**obtaining (1)**
17:7

**obvious (2)**
190:13,15

**occasion (1)**
201:14

**occasional (1)**
187:25

**occasionally (1)**
236:12

**occasions (1)**

236:9

**occur (3)**
66:9;245:13;255:16

**occurred (2)**
97:20;168:15

**occurring (1)**
260:13

**o'clock (1)**
20:16

**October (8)**
100:5;101:18;
102:6;103:20;247:19,
25;250:3;257:21

**odd (1)**
39:21

**off (45)**
63:16,18;83:25;
108:18,21;112:10,13;
113:7,15,16;114:11;
132:5;135:11,14;
142:4,8;149:6;
151:18,20,21;167:10;
177:11,14;206:25;
211:20;221:4;235:2;
239:13;253:25;
262:10;279:21;286:4;
291:7;292:23;294:2,
14,16,24;297:10,13;
308:16,19;309:2,6,
18

**offer (1)**
23:2

**offered (3)**
23:25;127:12;265:8

**office (11)**
52:18;164:5;
177:25;206:11;207:3;
221:17;303:23,25;
304:2,7,9

**officer (3)**
22:21;37:8,10

**offline (2)**
167:24;187:6

**often (2)**
33:21;81:14

**okay-ish (1)**
178:21

**old (7)**
303:23,25;304:2,7,
9;309:8,10

**omit (2)**
197:16;223:10

**once (13)**
33:23;43:2;51:8;
84:14;109:25;119:11;
191:2;215:3;236:13;
240:6;257:17;300:24;
302:17

**one (110)**
6:22;8:24,24;9:2,4;
12:14;14:4,22;16:24;
20:15,16,23,24;21:2,
5;25:10;27:23;29:24;

236:9

**occur (3)**
66:9;245:13;255:16

42:2,3,13;49:15,17,
19,21;50:3;57:2;
62:21;63:16,16;69:4;
79:8;81:17;87:12,15,
15;88:16;109:16,20;
113:8,13;125:12,22,
24;130:21;133:6;
142:21;145:5;149:14;
151:10,13,18;152:9,
11,11,23;154:2;
157:9;181:25;185:17;
187:16;189:2;194:22;
201:19;204:13;
205:18,18;207:15,20,
25;210:19;211:16;
216:11;217:5,11;
219:17;224:18,19,22;
226:8,8,9,9;227:7;
231:12;240:20;
246:12;247:18;
252:22;269:17;
270:23;272:25;
274:25;277:15;
278:10,11;287:2;
290:5;292:21,22;
294:3;295:25;296:2;
298:23,23,24;301:24;
302:11,16;305:12

**one-by-one (1)**
226:7

**one-half (1)**
260:19

**one-minute (2)**
243:6,7

**ones (22)**
9:20;33:3;56:24;
75:20;77:9,12;86:21,
23;105:7;117:4;
146:11;150:8;214:18;
253:11;265:16;
280:22,23;284:5;
285:11,20;286:6;
290:13

**one's (1)**
8:25

**ongoing (1)**
240:5

**only (18)**
20:6;23:8;52:7;
54:12;109:16;166:12;
196:18,22,23;200:5;
239:25;246:13;
268:12,24;274:25;
278:10;285:23;
301:24

**onset (1)**
240:11

**onto (1)**
301:20

**open (1)**
149:5

**operate (4)**
14:8;17:20;64:16;

67:22
**operation (2)**
50:14;154:16
**operations (11)**
46:5;61:21;75:25;
78:22;85:19;144:10;
145:8;151:3,19;
154:11,13
**operator (5)**
11:14;14:7;46:4;
65:10;174:20
**operators (5)**
46:12;78:4,11;
262:8,15
**opinion (14)**
30:9,10,16,22;
31:12;54:3;124:24;
161:5,7;180:9,13;
230:10;243:19;
268:14
**opportunity (8)**
8:8;9:10;23:25;
136:5;138:2;247:16;
286:16;304:22
**opposed (4)**
7:3,4;28:24;29:8
**opposite (1)**
27:24
**oral (1)**
307:20
**Orally (1)**
85:9
**order (7)**
130:16;191:22;
193:11;253:16;
263:19;295:23;296:2
**orders (2)**
34:12;195:4
**ordinary (1)**
138:9
**organization (1)**
287:6
**organized (1)**
228:24
**original (3)**
9:2;32:10;162:19
**originally (3)**
32:18;162:15;
182:23
**originate (1)**
219:22
**others (12)**
18:9;145:22;146:9,
12,14;266:19,20;
275:13;276:2;277:17;
280:12;286:19
**otherwise (2)**
193:12;249:25
**ours (1)**
40:19
**out (45)**
7:3;10:18,18;23:9;
45:2;48:18;55:25;

60:17;62:15;67:2;
71:5;77:25;102:22;
103:4,16;115:5;
125:15,24;139:6;
141:6;145:13;152:24;
169:8;178:3;179:14;
182:24,25;184:11;
189:10;212:17;
226:22;240:2;246:12,
14;262:9,24;270:13;
277:4,25;288:11;
289:6;296:3;299:13;
305:6;306:5
**outbuilding (2)**
80:5;82:2
**output (1)**
46:4
**outside (12)**
29:13;65:25;66:6,7,
21,22;81:24;123:23;
190:4;248:14;272:3;
275:19
**over (15)**
36:21;60:19;82:13;
112:17;122:22;
153:16;160:9;190:25;
214:12;226:8,9;
252:6;265:4;291:5;
306:19
**Overdyke (1)**
89:2
**overlap (1)**
140:3
**overpressed (3)**
174:9;175:18,23
**overpressing (7)**
175:21;278:9,24;
279:6,7,8,10
**oversaw (1)**
40:18
**oversee (2)**
31:22;80:19
**overseen (1)**
90:23
**overview (1)**
83:22
**own (8)**
80:6;94:3;160:23;
183:6;206:15;246:3;
281:13;282:6
**owned (2)**
29:20;80:7
**owner (2)**
22:25;23:3
**owners (1)**
23:2

## P

**packaged (1)**
183:13
**packed (2)**
25:13;206:13

**packing (2)**
178:21,23
**pads (1)**
141:11
**page (4)**
247:21,21;250:13;
259:11
**pants (3)**
176:22,24;233:12
**paper (8)**
57:12;58:5;167:9,
11;252:15;253:6,8;
301:12
**paragraph (6)**
264:3;283:7;292:8;
304:24;305:10;306:4
**paragraphs (1)**
293:8
**parallel (1)**
135:2
**parameter (3)**
73:23;100:19;
211:17
**parameters (67)**
62:12,18;64:16;
68:22;73:24;74:6,17;
75:2;76:14;77:7,16,
18;78:25;93:15;
95:12,22,25;96:6;
97:13;98:15,16,21;
101:9,14;102:2,8;
103:6,20;104:4,21,22;
136:12,18,24;137:19;
156:7,7,9,12,16;
174:10;176:2;194:11;
200:17,18,23;208:23;
209:3,11,22;210:7,12,
20;214:12,17,19,20;
215:3;226:20;252:13;
253:5,21;254:3;
255:13;256:15;
261:13,19
**Pardon (1)**
239:6
**parentheses (6)**
263:18,19;280:14,
15;289:6,8
**part (19)**
56:5;81:3;86:2;
93:16,19;112:23;
123:24;145:10;151:9;
156:22;157:23;158:2;
186:24;187:3;220:8,
12;251:16;266:3;
286:7
**partially (1)**
35:20
**participate (1)**
20:7
**particular (13)**
19:9;20:23;21:3;
85:17;115:17;116:19;
118:17;137:15;

180:10;266:10;
290:13;291:10;
305:13
**parties (6)**
5:4;124:6;309:5,5,
7,12
**parts (4)**
28:7;219:24;220:6;
272:4
**part-time (2)**
288:14,17
**party (6)**
122:18;123:15;
124:2,6;170:4,13
**pass (1)**
195:4
**passed (9)**
27:23;45:2,2;47:23;
105:18,24,24;106:2;
218:14
**passes (1)**
51:14
**passing (1)**
46:19
**past (3)**
115:14;141:5;167:3
**Pattern (30)**
17:9;31:22;39:9;
53:13;144:16,19,21;
146:19,22,23;147:13,
14,23;148:6,13,13,14,
15;149:15,18;150:11,
16,18;162:4,18,25;
165:6;168:7,11;227:9
**patterns (6)**
25:12;32:12;
149:12;162:18;
165:21;227:17
**Paul (5)**
40:14;139:16,23;
140:8,19
**peel (5)**
29:7;133:4,14;
178:6;195:3
**peeled (1)**
132:20
**peeling (4)**
127:7,8;133:3,12
**pencil (3)**
303:25;304:2,9
**pending (1)**
7:8
**people (19)**
23:16;42:20;52:17;
54:24,25;135:5;
139:13,15;145:12;
181:24;260:19;
271:20;274:6;275:14,
15;277:7;288:16;
295:15;299:12
**per (9)**
42:13;43:24;49:14;
108:25;168:17;

211:17;225:22;
233:25;290:4
**perceived (2)**
164:23;171:21
**percent (8)**
65:20,20,25;66:4,5;
70:6;106:2;260:20
**percentage (3)**
70:5,7,9
**perfect (1)**
246:16
**perform (24)**
53:2;56:4;93:18;
109:14;110:6;119:24;
122:19;123:16;124:3,
11,21;126:3;127:11;
135:8;153:24;173:15;
187:14;197:22;207:6;
223:7;231:20;238:4;
242:18;305:14
**performance (7)**
58:24;59:6;103:17;
219:19;280:15;
281:13;282:8
**performed (29)**
59:4;61:11;71:9;
110:16;119:13;
125:20;126:7;128:4;
129:10,12;143:11;
153:6;155:5;158:25;
168:25;170:19,22;
173:2;180:23;191:24;
197:9;223:25;234:21,
23;239:3,8;240:6;
242:22;243:13
**performing (9)**
108:24;121:11;
143:4;144:11;145:22;
152:12;159:20;
239:24,25
**performs (2)**
107:21;120:2
**perhaps (14)**
89:19;139:16;
140:2;146:3;250:15;
251:2,2;254:8;
260:19;263:18;
266:19,20;281:12;
292:21
**period (6)**
138:21;140:3;
188:16;235:17,23;
249:15
**Periodically (2)**
57:17;82:23
**permeates (1)**
199:23
**person (25)**
19:16;23:17;29:17,
18;32:18;40:11;
42:20;44:23;52:25;
53:3;62:22;159:25;
179:11;180:25;

181:25;182:14;196:8;
276:3;286:22,25;
287:4,18;288:2,14;
299:16
**personal (3)**
39:4,5;161:12
**personally (8)**
36:5;43:18;91:11;
130:24;198:11;265:3,
5;275:23
**persons (1)**
181:2
**person's (1)**
182:3
**phase (5)**
93:25;98:4,18;
106:13,18
**phenomenon (2)**
231:7,9
**phone (12)**
11:9;13:7;128:19;
147:8;151:19;153:9;
154:24;160:2;181:7;
199:8,12;275:10
**phonetic (5)**
12:4;21:14;25:8;
38:8;139:18
**photo (4)**
35:13;186:12,17;
260:5
**photographs (3)**
179:6,7;183:9
**Photography (1)**
16:17
**photos (4)**
32:11;129:20;
131:17;230:10
**phrase (3)**
42:18,19;306:2
**physical (4)**
34:2;41:22;78:14;
227:2
**physically (1)**
179:22
**Piana (3)**
281:16,18,24
**P-i-a-n-a (1)**
281:17
**Picardie (4)**
15:2,3;111:2;
169:15
**pick (1)**
36:2
**picked (1)**
151:21
**picture (3)**
33:14;134:2;262:18
**pictures (3)**
131:16;277:5,8
**piece (45)**
46:15;57:10,11,22;
61:17,19;70:17,22;
71:14;139:5,6;

140:23;141:15,20;
144:12,13,23;146:18;
147:15;148:9,22,25;
150:5,15;159:2,4;
160:9;162:9,15,16,24;
163:2;165:3,15,21;
167:8,8,9,18;205:18,
18;207:16,17,17;
291:5
**pieces (19)**
28:13,15,17;53:14;
55:25;57:16;60:16,
18;61:9;133:14;
141:6,7,7;145:2;
200:6;225:5;252:15;
253:6,8
**pinpoint (1)**
287:20
**place (6)**
34:12;72:12;
231:24;235:19;291:6;
301:8
**placed (5)**
57:11;160:8;234:4;
291:2,3
**plain (3)**
176:24;226:6;
227:25
**plane (1)**
183:14
**planning (1)**
297:8
**plant (24)**
13:14;41:16;55:11,
13,15,17;60:6;64:2;
68:24;81:24;82:3,7;
163:7,10,11;175:8,11;
177:5;183:11;197:5;
201:11,19;222:15;
268:23
**plants (1)**
176:23
**plastic (4)**
149:3,4;291:5;
301:11
**plausibility (1)**
241:6
**please (24)**
6:24;7:8,13;8:9;
56:20;85:20;96:16;
97:23;101:12;118:23;
136:5;138:2;148:17;
165:10;172:21;
204:22;239:19;257:6;
258:17;291:17;
293:21;295:8;297:11;
303:10
**pleated (1)**
176:22
**pleats (2)**
60:20;83:17
**pm (3)**
135:16,16;309:19

pocket (17)
159:5,6,11;190:8;
241:17,21,23;270:17,
22,24;271:2,8,10,22,
25;272:6;275:16
**pocketing (16)**
61:19,21;132:20;
133:11;145:25;146:2;
151:20,22;158:24;
159:4;160:8;207:18;
240:22,23;243:21;
275:19
**pockets (3)**
32:23;35:18;247:6
**point (48)**
12:15;43:4;62:5;
81:21;82:19;87:25;
90:10;91:22;103:23,
25;114:13;115:9;
120:5,8,22;122:17;
126:18;127:5;132:11;
133:21;134:14;
141:14;142:21;143:3;
157:18;159:5;161:20;
174:7;194:22;196:16,
18;203:6;205:12;
206:9;208:10;210:6,
19;213:18;221:18;
228:6;230:14;234:8;
248:23;249:6;258:3;
268:3;270:23,24
**points (13)**
45:11,19,22;46:2;
47:21,24;48:9,11,12;
51:20;52:12;105:18,
25
**politics (1)**
19:8
**poly (1)**
301:11
**portion (14)**
39:12,15,19;
189:21;190:2;216:6;
245:22;274:6;278:22;
279:17;293:20;
294:19;295:5;306:4
**portions (2)**
10:23;289:12
**posed (2)**
111:15,16
**position (12)**
9:16;60:22;78:6;
160:22;161:16,18;
243:14;244:10,22;
275:24;276:3;291:18
**positioned (1)**
234:5
**positive (1)**
185:13
**possession (2)**
163:5;183:23
**possibility (3)**
168:14;245:2;249:7

possible (10)
46:6,7;166:12;
170:4;174:16;213:17;
235:14;267:17;277:5,
6
**Possibly (3)**
104:9;149:12;235:7
**post (1)**
288:23
**posted (2)**
43:25;252:13
**potential (6)**
34:6;199:21;208:7;
227:3;230:5;245:20
**potentially (6)**
138:21;140:12,13;
165:5;199:25;300:15
**practice (1)**
117:17
**Pranay (2)**
21:22;125:21
**precise (3)**
293:14;296:14,21
**precisely (2)**
46:22;148:7
**precision (1)**
55:4
**predated (1)**
115:7
**predecessor (1)**
140:2
**predetermined (1)**
20:18
**prefer (1)**
86:8
**preferred (4)**
7:5;152:24;153:12,
14
**premises (3)**
127:4;132:15;246:3
**preparation (2)**
12:23;138:11
**prepare (3)**
10:23;11:5;12:18
**prepared (1)**
308:9
**presence (2)**
127:4;206:3
**present (4)**
201:9;205:14;
216:9,14
**presenting (3)**
137:23;138:7,12
**preserve (1)**
192:22
**President (5)**
18:17;19:7;23:23;
27:2;38:14
**press (5)**
14:9;28:9;66:22;
71:24;76:6;78:2;
173:6,17;174:15,22;
176:4;178:6;183:7,

18;185:4;262:11;
263:13;267:18;
298:21;306:19
**pressed (6)**
13:12;78:24;
178:17;180:20;
182:16;289:12
**presses (8)**
79:24;174:15;
175:7,13,25;306:18,
19;307:18
**pressing (59)**
45:2,3;72:16,16,23;
73:6,15;74:19;75:4,7,
17,22;77:24;79:2;
145:3;146:5;153:18;
154:13,15,21;155:2;
173:8;174:10,14,17,
21;175:2;176:13;
180:8,10;181:6,22,24,
25;182:9;184:20;
187:21,21,22;197:15;
200:17,22;251:3,5,10;
252:8;257:24;258:3,
5,11,11;262:8,15;
278:6,15;279:7,9,11;
288:6
**pressings (1)**
127:10
**pressure (47)**
57:19;64:19;68:23;
69:5,6,9,16,17;70:12,
15,19,24;71:7,10,14,
21,23;72:2,6;73:9,11,
19,21;75:3;76:3,10;
77:19,20;97:11;
100:14;137:10;156:7;
159:8;174:25;209:15;
217:5,19,21;218:4,6,
10,13,18,18;261:14,
23;268:13
**Presumably (2)**
60:4;121:8
**pretty (3)**
31:24,25;302:24
**prevent (1)**
290:24
**previous (5)**
12:20;133:20;
139:14;210:14;
253:11
**Previously (10)**
135:24;140:18,22;
142:12;144:14;212:3,
20;237:14;241:24;
305:9
**print (1)**
253:16
**prior (50)**
10:7,11;58:19;
59:22,24;72:12;
84:12;88:7;90:22,25;
91:2,3;98:8;105:15;

107:5,24;109:22;
110:7,19;111:4,8,15,
19;112:19;114:5,9,
22;121:2;138:7;
139:10;143:8,11,15;
148:24;158:4;182:9;
188:10;209:12;
213:10,11;221:15;
225:2;253:6;258:10,
12,14;263:23;287:2;
292:2;306:24
**privileged (2)**
122:24;123:2
**privy (1)**
266:24
**probably (11)**
59:18;104:25;
117:5;125:17;167:6;
185:3;196:6;199:17;
216:16;234:11;301:2
**problem (22)**
32:7;58:10;62:6,20;
130:13;131:13;132:4,
7,12;144:14;158:18;
178:8,11;187:24;
191:19,20,23;203:7,
10;230:12;248:9;
276:20
**problematic (5)**
52:11;114:10;
144:17;256:24;257:3
**problems (10)**
63:17;98:20;158:9,
13;188:11;215:22;
226:21;255:16;277:4;
285:17
**procedures (4)**
82:10;84:5,20;
195:13
**process (38)**
33:17;43:2,16;45:9,
17;49:19;57:9;65:17;
79:20;80:9;81:5;
82:18;92:16,22,25,25;
93:5,16,20;96:2;
97:12;100:15;105:10;
108:17;112:24;
137:11,21;145:10;
151:8,17;180:6,8,8;
220:10;228:7;253:15;
287:3;305:20
**produced (9)**
12:24;13:8;45:10;
49:18;70:11;87:3;
97:18;112:19;300:13
**product (32)**
30:18;31:21;32:8;
40:2,4;99:18;108:17;
109:5;120:25;142:25;
145:23;146:8;147:18;
148:12,12;151:21,22,
24;159:11;160:5;
161:19,21,24;171:17;

202:4,8;223:20;
225:6;226:20;265:21,
23;266:13
**production (64)**
24:3;25:13;32:14,
16;33:18,24;34:9;
38:24;40:18;45:23;
52:17;69:22;86:4;
90:22;91:3,6,13;
96:25;97:19;113:14,
15,18;114:4,9;
118:17;130:8;131:4,
8,21;145:11;151:4;
157:6,17;159:6,9;
160:10;161:19;
167:18;181:11;
186:16,25;187:4;
188:25;195:3;209:2;
210:7;232:15;244:12,
18;250:4,7;260:20;
263:12,13;295:13;
297:8;300:7,18,21;
305:21;306:25;307:3,
6;308:2
**products (6)**
152:20,23;154:5;
223:14,16;224:5
**professional (1)**
54:10
**program (11)**
74:5,20;75:16;
78:19,25;79:5,7,12,
17,18;297:18
**programmable (6)**
73:20,22;74:6,17;
77:6,15
**programs (4)**
74:25;75:3;78:9,23
**progress (1)**
50:12
**promoted (1)**
19:5
**prompted (1)**
255:18
**prone (2)**
225:25;226:15
**proper (3)**
29:2;60:22;144:23
**properly (2)**
127:24;153:6
**properties (1)**
171:15
**proprietary (3)**
144:19;147:14;
171:18
**protocol (4)**
186:25;290:2;
309:6,15
**protocols (14)**
43:9;52:13;107:13;
129:6;167:22;195:9;
257:24;258:3,5,6,11,
12;261:7;309:13

**prototype (20)**
33:19,20,21,25;
34:13,15;35:25;
93:20,25;94:16,19;
95:10;98:4,8,11,18,
23;106:13,18;305:19
**prototypes (4)**
34:8;96:8;97:17;
112:24
**prototyping (3)**
86:2;93:16;113:18
**provide (8)**
29:21;124:24;
132:8;139:9;268:21;
271:19;295:8;298:16
**provided (13)**
35:2;44:11;95:15;
96:12;100:3,4;140:8;
142:13;295:12;
296:18;300:18,21,23
**provides (2)**
95:22;110:11
**proximity (1)**
215:5
**Public (2)**
5:13;310:24
**Puckering (3)**
276:24;283:9,13
**pull (13)**
58:6;59:8,13;60:11;
62:8;71:6;72:10;96:9;
238:13,22;264:19;
271:10;274:8
**pulled (8)**
83:14;178:17;
203:25;232:3,21;
264:22;272:18;275:2
**pulling (20)**
57:16;59:9;127:18;
204:4;232:17,18,19;
271:21;272:14,21;
273:13,22;274:7,11,
13;275:12,15,16,25;
276:4
**purchase (3)**
141:22;157:21,23
**purchased (3)**
121:17;158:9,14
**purchaser (5)**
100:12;114:25;
115:7,25;116:6
**purchases (1)**
116:2
**purchasing (6)**
119:9;130:15;
158:5;196:19,22,24
**purely (1)**
280:13
**purpose (6)**
21:23;119:5,6;
173:20;178:4;292:16
**purposes (1)**
164:8

**pursuant (3)**
8:17;309:6,15
**push (1)**
174:20
**pushed (1)**
65:8
**put (31)**
28:8;38:3;54:24,25;
57:22;93:22;102:19;
138:15;149:6,13;
150:14;181:13;
186:13,23;200:6;
207:19;245:4;253:13,
16;257:5;258:25;
267:2;269:8;272:11;
286:10;287:6;288:16;
289:15;293:5;294:18;
305:21
**putting (1)**
294:20

## Q

**QC (10)**
43:25;44:4,7,20;
51:11;108:17;262:8,
14;286:21;288:25
**QR (2)**
297:18,21
**qualification (1)**
276:19
**qualifications (1)**
54:5
**qualified (1)**
54:4
**qualities (1)**
146:2
**quality (62)**
22:7;27:2,6,8,9;
31:22;38:14,16,21;
39:2,3,11,15,17;
40:17,22;41:4,5,11,
23,25;42:16,21;43:4,
4,10,16;44:4,5;45:11;
46:2;49:20;50:17;
52:2,23;54:9,9;55:19;
56:9;63:23;72:21,21,
23;74:19;80:19,25;
82:9,21;84:5,20;
85:15,24;93:7,8;
105:18,24;146:24;
168:20;195:12;
229:22;237:15;277:5
**quantifiable (1)**
70:25
**quantity (3)**
69:19;163:22;167:4
**quantity-wise (1)**
163:15
**query (1)**
132:10
**question's (1)**
198:19

**quick (4)**
239:14;267:3;
297:21;298:4
**quite (1)**
140:18
**Quote (32)**
248:2;250:15,16;
251:2;255:25;257:23,
25;259:12;260:3;
261:6,8;262:7;
263:15;264:3;267:17,
19,21,22;269:20,21;
270:16,18;280:11;
281:11,14;283:8;
286:21,23;289:3,8;
305:3,8

## R

**rack (2)**
234:4,6
**rain (10)**
280:14,22,25;
282:11,16,21,22;
283:4;297:19,22
**rainbow (10)**
144:18;146:23;
147:13;148:13,15;
149:18;150:11,18;
168:7,11
**raise (3)**
65:3;69:17;260:21
**Ralph (5)**
21:6,7;89:2;269:18,
18
**ran (3)**
150:25;151:2;
154:10
**random (11)**
45:25;47:10,11;
83:23,24;146:22;
147:23;148:13;
162:19;208:11;
227:10
**randomly (1)**
45:23
**range (14)**
65:16,19,22;66:2,6,
8;67:3,9,23;68:2,6;
69:22;70:7;76:9
**ranges (1)**
67:25
**rarely (1)**
70:10
**RAs (1)**
299:4
**Rashmi (5)**
287:11,13,14,15;
288:13
**Rashmi's (1)**
288:21
**rather (8)**
10:12;46:19;70:25;

127:4;144:5;145:18;
256:21;290:7
**ratio (1)**
210:25
**reach (1)**
203:4
**react (1)**
145:2
**reaction (2)**
146:4;250:16
**reactive (1)**
85:17
**read (40)**
68:13,16;85:20,21;
91:16,18;96:16,17;
97:23;107:17;112:14;
118:23,24;142:9;
147:2,5;148:16,18;
165:9,11;172:21,22;
192:6;201:4,6;
204:21;227:18;
239:20;243:3;251:15,
21,24;258:17,18;
283:21,22;301:5;
308:21,23;310:8
**reader (1)**
134:7
**re-adhere (3)**
127:9;128:11;269:2
**re-adhering (1)**
174:7
**reading (3)**
107:16;270:6;
305:10
**ready (1)**
45:10
**reality (1)**
217:21
**really (10)**
127:5;135:10;
192:11;225:11;
268:12;272:7;279:7;
288:22;299:2;300:7
**reason (9)**
66:11;83:8,10;
128:25;213:15;
214:25;238:3;239:25;
245:15
**reasonable (1)**
142:24
**reasoning (1)**
268:9
**reasons (3)**
129:7;283:11;285:7
**recall (75)**
18:5;63:10,18;
87:21,22,24;88:2,14;
100:2;106:12;112:2;
113:23;114:15,18;
117:22;118:3,9;
125:8;128:23;129:11;
135:25;138:23;
140:10;143:22,25;

146:20;147:25;148:5;
154:25;156:14;
157:25;179:24;180:3;
186:12;204:6;205:21;
206:18;207:8;210:15,
23;212:6;213:2,17;
215:6;216:22;217:3;
221:12;222:3;225:8;
234:12,18;235:8,10;
236:19;238:24;
239:11;240:13;
255:21;256:13;258:2;
259:21;269:4;272:24,
25;273:21,25;274:19;
276:10,19;277:17,19;
278:9;286:4;305:10,
11
**receipt (1)**
130:5
**receive (8)**
39:23;97:2;101:7;
108:5;114:12,21;
120:24;139:2
**received (17)**
97:4;101:16;111:4;
114:16,19;120:19,22;
121:3,6;129:20,24;
130:2,25;131:5;
138:21;142:21;
273:12
**receives (7)**
100:8;106:6;
107:12;108:14;119:4,
11,23
**receiving (7)**
102:6,18;107:24;
119:7;143:21;250:8,
24
**recent (2)**
220:12,12
**recently (3)**
162:13;309:10,11
**recollection (6)**
92:2;132:18;167:7;
178:20;205:9;235:11
**recommend (4)**
101:14;141:23;
255:25;305:5
**recommendation (6)**
101:8;102:6,11;
115:21;125:23;256:6
**recommendations (4)**
101:24;102:19,20;
103:18
**recommended (2)**
102:11;214:11
**recommending (1)**
256:14
**reconvert (1)**
24:2
**record (63)**
6:4;8:13,21;9:24;
61:13;68:16;70:13;

85:21;96:17;104:11;
107:17;108:18,21;
112:10,13,14;118:24;
135:12,14;136:23;
137:3,7;142:4,8,9;
147:5;148:18;152:17;
154:15;156:16;
165:11;172:22;
177:11,14;181:4;
188:8;190:5;192:6;
201:6;222:10;225:12;
239:13,20;243:3;
251:24;258:18;
279:21;283:22;294:2,
14,16,18;296:24;
297:10,13;308:16,19,
23;309:3,16,18;
310:11,12
**recorded (31)**
48:21;50:21;58:9,
15,18,22;59:20,24;
60:13,25;61:2,5;62:4;
70:12;76:15;94:7;
103:10;107:3,5,8;
112:22;152:6,14,16;
159:12,17;176:2;
181:6;186:7;208:23;
308:3
**recording (3)**
51:3;155:9,11
**recordings (2)**
152:22;183:10
**records (8)**
50:11,17;58:7;
59:25;76:25;81:20;
104:14;297:7
**recruit (3)**
23:10;287:4,5
**recruited (2)**
23:11,18
**recruiting (1)**
63:19
**rectangles (1)**
57:13
**recurred (1)**
178:12
**recurring (1)**
179:13
**recuts (1)**
44:9
**reducing (1)**
211:3
**refer (1)**
295:5
**reference (8)**
41:22;156:24;
248:8;285:12,21;
292:6,7;293:7
**referenced (7)**
78:12;146:19;
147:8;198:13;212:6;
286:7;307:24
**referencing (2)**

164:21;186:18
**referred (2)**
266:12;291:13
**referring (29)**
15:8;33:10;46:11;
99:10,22;106:16;
108:25;126:20;141:3;
215:10;252:3,25;
257:20;259:23;260:9;
263:22;276:12,16;
279:18;282:12;284:4,
8,20;285:23;290:10,
10;295:20;299:14;
300:20
**refers (3)**
113:19;295:23;
306:14
**reflect (1)**
190:5
**refresh (1)**
92:2
**regard (9)**
29:22;39:11,15,17;
43:4;205:22;218:22;
242:22;243:12
**regarding (9)**
8:23;10:5;64:5;
111:18;123:7,13;
225:21;262:23;
286:21
**regards (12)**
27:5;30:10;52:22;
62:21;65:6;75:3;
101:8;122:17;223:7;
250:7;262:16;276:7
**regular (7)**
81:21;281:14;
282:14,15,23;306:7;
307:6
**regularly (1)**
209:17
**regulate (1)**
64:23;73:19,21
**regulated (12)**
68:23,25;69:5,6,9;
73:6,12;75:7,10;80:9,
11;81:4
**regulates (2)**
75:14;81:17
**regulating (2)**
65:2,7
**regulation (1)**
80:18
**regulator (5)**
69:7;217:5,21;
218:4,7
**rehanging (1)**
289:4
**rejected (3)**
44:11,13,17
**rejects (1)**
48:18
**relate (2)**

69:15;240:11
**related (14)**
16:13;46:17;88:2;
89:23,24;94:2;95:3;
168:4;177:7;279:12;
283:14;284:22;285:4;
288:24
**relates (4)**
41:4,5;94:23;
258:11
**relating (2)**
227:3
**relative (2)**
106:18;215:6
**relatively (3)**
62:24;177:17;
226:10
**relevant (1)**
35:19
**Reliant (6)**
56:19,20;57:5;69:3;
217:12;221:11
**R-e-l-i-a-n-t (1)**
56:21
**relied (1)**
129:2
**relying (1)**
127:15
**remain (1)**
87:14
**remained (1)**
50:13
**remarked (1)**
226:25
**remedial (1)**
175:8
**remedy (4)**
127:8,17;176:21;
178:7
**remember (120)**
11:13,15,20;12:5;
38:2,6;63:11;101:16;
103:7,9,12,15;104:2,
6;116:11;118:7,8,15;
124:10;125:3,12,21;
130:24;132:9;140:14,
16,17,19,20;146:16;
147:12;148:7;151:24;
152:4;153:2,10;
155:14,18;156:21;
163:12;164:4;165:4;
174:2;177:9,17;
182:3;189:6,13;
190:25;191:9;194:17;
196:13;199:11,14;
205:6,8,23;207:14;
208:13;210:13,24;
211:5,19;212:16;
215:2,8;216:12,13;
218:2;220:19;221:3,
22;222:21,22;223:18,
21;224:9,12;227:19;
229:8;230:21,23;

232:8;233:10,13;
235:14;236:20;
239:23;252:24;253:3,
4;254:5;255:6;261:2;
262:4;263:5,7,8;
265:7,10,16;270:8;
272:16;273:5,8,12;
274:4;276:8;277:15,
18;278:10,12,14;
279:2;282:25;284:10;
287:12;290:14;
305:12;307:17
**Remembering (1)**
164:23
**remind (1)**
49:12
**remove (1)**
180:17
**reoccur (1)**
173:23
**repair (5)**
50:23;179:15;
220:5,12;270:19
**repaired (4)**
51:9,9;269:25;
270:2
**Repeat (4)**
109:10;192:5;
198:25;243:2
**rephrase (13)**
36:24;53:22;80:23;
96:22;97:25;98:2;
102:17;152:13;
196:21;198:25;
204:23;244:4;284:19
**replace (2)**
40:12,13
**replaced (5)**
21:18;219:9,13,17;
299:18
**replacement (5)**
130:16;157:5;
220:6,8;263:19
**replenishment (2)**
297:21;298:5
**replicate (1)**
191:19
**replicating (1)**
191:20
**report (24)**
19:10,13,23,25;
21:16;38:11;43:24;
44:7,11,18,19;45:21;
47:22,22;48:4,8;
49:15,17;50:6,19;
272:14,21;273:6;
296:16
**reported (3)**
220:21;224:13;
274:7
**REPORTER (9)**
6:4,6;7:6;31:4;
126:11;229:11;

254:17,23;294:21
**reporting (7)**
19:20;22:4;38:12;
273:7,21;274:9;275:5
**reports (7)**
37:21;50:15;106:4;
274:24;275:9;300:18,
20
**represent (3)**
6:17;77:23;159:7
**representations (1)**
198:4
**representative (4)**
7:19;129:4;172:8;
273:21
**representatives (1)**
273:18
**represented (2)**
167:11;260:19
**represents (1)**
53:14
**re-press (1)**
83:18
**re-pressed (1)**
291:14
**reproduce (1)**
191:23
**request (4)**
181:15;186:14,15,
23
**requested (21)**
68:17;85:22;96:18;
99:3;107:18;112:15;
118:25;142:10;147:6;
148:19;165:12;
172:23;186:25;192:7;
201:7;239:21;243:4;
251:25;258:19;
283:23;308:24
**re-question (1)**
308:7
**requests (1)**
124:2
**require (4)**
78:22;214:2;296:9;
302:9
**required (5)**
39:11;115:15;
240:5;246:7;291:13
**requirements (2)**
78:8;261:7
**requires (1)**
67:8
**re-send (1)**
270:10
**reserved (1)**
5:10
**reserving (1)**
308:6
**reset (1)**
210:13
**residence (1)**
14:12

**resin (19)**
27:22;28:16;162:2,
3;165:6,21;166:9;
169:20;170:5;171:11;
199:23;223:5;226:12,
12;227:6,8,10,17;
259:13
**resins (1)**
171:13
**resistance (1)**
59:15
**resistant (1)**
282:17
**resolved (3)**
29:3;274:13,25
**resolving (1)**
62:23
**respect (4)**
10:9;52:10;167:23;
309:13
**respective (1)**
5:4
**respond (4)**
155:17;189:10;
194:12;204:7
**responded (2)**
134:4;194:10;204:8
**response (10)**
54:23;68:14;112:2;
116:21;147:3,4;
181:16;185:6;194:8;
295:8
**responses (2)**
7:2;275:6
**responsibilities (1)**
39:14
**responsibility (2)**
81:8;89:13
**responsible (17)**
22:4;26:2;27:7;
31:21;33:3,5;38:21;
41:10;45:20;46:4;
48:11,15,17;80:24;
81:4;83:2;89:25
**rest (4)**
76:3;85:19;190:14;
303:21
**restate (2)**
56:16;88:10
**result (25)**
61:5;62:2,9;94:7,8;
96:6;112:22;124:24;
125:2;131:11;145:4;
151:10,13;152:5;
159:15,17;164:17,19;
179:16;205:3;237:24;
245:24;246:15;
254:25;283:18
**resulted (3)**
104:18;216:3;224:9
**results (21)**
59:19;60:25;61:13;
62:21;103:10,12;

107:3;108:5;128:7,
22;152:14,16,17;
153:2,5,10;159:10;
160:12;240:18;
245:20;281:6
**retail (1)**
265:2
**retained (2)**
123:6,22
**return (4)**
213:9;231:21,23;
304:13
**returned (5)**
51:8;173:11,14;
176:9;177:4;178:16;
179:18;195:5;213:11;
235:17,18;285:16;
299:4
**reveal (1)**
164:15
**revealing (1)**
123:2
**review (10)**
12:18;33:20;48:19;
50:17;91:21;136:5;
138:2;247:16;291:17;
304:22
**reviewed (5)**
12:23;33:24;49:20,
21,23;50:5;229:18,
19;261:6;280:6
**rewarding (1)**
46:22
**ribbon (3)**
71:4,5,14
**Ridge (1)**
6:7
**right (25)**
12:6;48:5;78:19;
79:3;123:12,19;
135:6;150:12;151:21;
166:17;179:25;
185:22;187:10;
216:21;217:10,13;
224:2;242:4;251:20;
252:25;261:3;264:23;
283:12;284:9;294:5
**rights (1)**
308:6
**right-side (1)**
226:11
**rip (1)**
264:19
**risk (2)**
131:12;257:4
**Robert (4)**
6:5;289:5;310:7,16
**Rochester (22)**
13:13;19:16;41:16;
55:11,13,15;125:5,7,
20;127:25;184:6;
185:11,14,19,24;
186:6,19;187:16,20;

197:6;303:20,22
**Rock (14)**
13:17;125:6,13,22;
177:20,23,25;179:21;
183:5;184:5;185:17;
187:16;197:6;284:12
**role (5)**
37:13;40:17;62:15;
179:9;277:9
**roll (30)**
106:20;107:2;
144:15,20;146:7;
148:11;149:4,5,6,7,8,
13,14,22,24,25;
150:15,16;167:10;
207:15,23,23;208:3,4;
222:4;224:18,20,22,
23;228:18
**roller (8)**
57:19;58:15;219:5,
7,8,10,11,14
**rollers (1)**
58:2
**rolls (13)**
130:9;144:17;
146:8,13;149:3,17;
206:13,15,17;208:13;
221:24;222:14,18
**room (7)**
41:8;52:19;54:7;
289:21,22;290:3;
304:13
**Rotondi (3)**
267:18;268:21;
269:6
**rough (2)**
153:21;191:6
**roughly (8)**
65:23;66:4;170:19;
177:9;189:23;190:20;
216:6;273:25
**round (1)**
175:22
**routinely (1)**
307:4
**rows (1)**
264:17
**Roy (27)**
11:11,18,18,21;
21:12,18,20;54:22;
104:17,19;134:18;
173:25;219:3;233:9;
235:10,13;238:24;
243:13;249:12,14;
250:3;260:16,23;
295:23;297:9;299:14,
19
**Roy's (3)**
299:21;303:23;
304:7
**rules (1)**
6:22
**rumples (3)**

178:21,23;180:17
**rumpling (1)**
277:13
**run (13)**
61:17,19;71:4,13;
91:13;97:19;103:5;
114:4,9;154:6;
306:25;307:3,6
**running (5)**
57:24;62:13;
102:10;145:13,14
**runs (1)**
231:3
**Russian (1)**
38:4

## S

**Saddle (1)**
6:7
**safe (1)**
121:16
**sake (1)**
292:13
**Sal (24)**
37:21;38:11,24;
39:4;40:24;42:15;
45:22;47:8,17;62:24;
67:6;74:22;83:3,5,19;
85:13;134:17;189:5;
254:8,15,18,19;261:2,
3
**sales (10)**
34:7;260:13;273:3,
6,8,18,20;274:17;
277:2,6
**salesmen (1)**
33:23
**salespeople (8)**
272:15,17;273:16,
17;274:10;275:7;
277:3;278:10
**salesroom (1)**
34:5
**Sal's (1)**
38:13
**Salvatore (6)**
37:17,22;267:14,
20,23;268:5
**Salvatore's (1)**
268:17
**same (33)**
5:6,13;10:5;47:17;
65:16;87:14;95:7,9;
109:8;112:7;126:5;
130:22;131:5;134:24;
135:3;144:24;152:20;
154:6;167:22;170:15;
175:13;181:16;
190:23;191:25;192:9;
197:24;225:5;227:14;
242:13;255:13,23;
264:3;291:21

**sample (32)**
34:2;94:12;113:9,
14;119:11,19,21;
121:24;142:25;
143:17;162:13,18,21;
163:4,22;165:7,15;
166:24;167:19;183:6;
186:19;207:14,16,22;
221:23;222:3,15;
224:21,22;228:11;
305:20;309:8
**samples (40)**
22:6;25:12;32:14;
33:22,23;40:18,19;
112:24;114:12,16,19,
21;119:4,7;120:7,19,
23,24;121:3,6,20;
138:22;139:2,5,7,9;
140:9;142:13,22;
143:5,11,14;144:24;
207:16,21;208:14;
222:14,21;225:3;
263:15
**sampling (4)**
45:25;83:23,24;
119:18
**Samuelsohn (28)**
25:6,17,22;26:19;
27:16;41:9;115:2,18,
21;116:6,15,17;139:5,
20;140:4,18,22;141:5,
15,18,19,23;142:14,
23;143:4;163:24;
166:4;197:22
**Samuelsohn's (1)**
115:7
**San (1)**
25:5
**sandwich (4)**
28:14,19,23;29:8
**SAS (1)**
15:2
**satisfied (1)**
179:16
**saved (8)**
48:21;49:9;51:6;
94:12;253:7,9,17,17
**saw (13)**
113:2;147:22;
149:11;162:9;172:14;
184:20;188:25;
192:21;199:4;268:15;
270:24;278:11;
305:12
**saying (16)**
54:14;55:14;66:2;
83:5;90:25;117:21;
119:19;176:17;237:4;
238:20;263:9;270:5;
278:15;296:7;306:14,
16
**scale (5)**
59:13,17,18;60:9;

224:7
**scanning (1)**
48:15
**scatter (3)**
146:22;162:20;
227:10
**scattered (1)**
150:16
**scenario (2)**
242:20;305:21
**schedule (4)**
228:25;307:8,11,15
**scheduled (5)**
20:6,8,12;21:8;
291:25
**school (2)**
16:6;17:6
**scorched (1)**
175:21
**se (1)**
225:22
**sealing (1)**
5:5
**seam (4)**
175:19;189:25;
277:24;278:2
**search (2)**
104:12,19
**season (2)**
114:6;190:17
**second (14)**
33:21;76:6,8;
108:19;112:11;
177:12;192:18,21,22;
239:14;242:22;
247:21;294:3;299:16
**seconds (6)**
76:2,2,3,9,10;256:3
**section (19)**
14:2;25:24;26:4,10,
18;41:7,8,11;42:2,3,4,
13;48:10;67:6;83:13;
251:12;252:3,4;254:8
**sections (6)**
41:12,23,25;42:2,6;
47:9
**seeing (4)**
172:14;195:16;
235:10;305:11
**seek (1)**
23:9
**seeking (1)**
300:5
**seem (2)**
280:11;300:10
**seemed (6)**
115:7;146:11,21,
22;174:6;226:18
**seems (2)**
162:4;270:6
**seeping (2)**
28:17;226:15
**seeps (1)**

259:13
**selected (6)**
88:7,7;89:20,21;
93:24;144:14
**selecting (6)**
32:12;36:10;89:14,
15;145:10;157:3
**selection (6)**
17:10;36:5;88:19;
89:5,23;145:23
**sell (1)**
34:8
**selling (4)**
30:18;34:10;132:6;
264:4
**sells (1)**
32:17
**send (4)**
145:12;169:7;
246:12;270:15
**sending (1)**
179:19
**sense (8)**
46:3;69:6;71:6;
174:18;176:11;186:8;
232:18;270:6
**sensitive (2)**
57:13;224:7
**sent (22)**
50:22;113:16;
134:2;139:6;162:19;
178:2,2,5,8,8;179:7;
182:8,23,25;183:2;
185:5;206:13;229:23;
269:19,24;270:2;
299:3
**sentence (4)**
257:18,21;264:2;
308:21
**separate (17)**
95:8;133:7;173:7,
17;176:4;203:4;
232:5,25;243:21;
244:20;264:5,18,19;
270:21;273:11;274:7;
275:18
**separated (3)**
173:22;264:22,23
**separating (4)**
173:8;176:14;
237:24;240:18
**separation (2)**
236:9,10
**series (6)**
48:24;130:13;
135:7;143:20,24;
151:3
**serve (1)**
144:12
**served (2)**
8:15;10:2
**server (1)**
48:25

**service (3)**
8:13,14,16;308:11
**services (1)**
29:21
**set (21)**
10:6;19:22;39:14;
43:14;47:12;65:23;
66:7,13,19;69:19,22;
73:24;74:5;76:14;
141:21;144:5;209:17;
210:16;215:12,14;
306:18
**settings (6)**
97:10;137:13;
152:11;209:16;
213:10,12
**seven (3)**
63:12;274:24;
302:13
**seven-second (1)**
268:13
**several (10)**
14:14;81:18;105:7;
115:19;173:7,18;
176:14;178:6;190:2;
223:14
**sew (1)**
17:17
**sewing (4)**
26:3;41:7;44:25;
277:15
**sewn (1)**
92:12
**sews (2)**
42:3,3
**Shah (2)**
21:22;125:21
**shake (1)**
233:4
**shaking (5)**
7:4;233:18,19;
234:3,25
**shall (2)**
5:6,10
**shape (2)**
35:17;180:18
**shaped (1)**
302:8
**share (6)**
134:10,12,16;
155:11,15;246:22
**shared (5)**
134:17,18,18,19;
247:3
**sheens (1)**
17:18
**sheer (1)**
28:23
**sheet (53)**
34:18,20;35:3;
88:13;91:21;92:3,4,6,
18;95:14,15,18,23;
96:12;97:2,4,5;98:17,

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

24;99:22,23,24,25;
100:2,4,6;101:9,10,
15;102:3;103:18;
104:23;105:11;
135:25;136:4,13;
137:20,25;138:8,13;
194:11;214:12,15,18,
20;253:10;256:16;
261:12,16;304:18,21;
305:10,16

**sheets (2)**
100:7;305:12

**shell (2)**
293:18;294:10

**shine (1)**
175:20

**ship (7)**
113:17;185:13;
245:19,22;301:9;
302:11,12

**shipment (12)**
106:24;107:12;
228:18;229:23;230:3;
244:13;245:5,16,24;
246:9;247:3;301:4

**shipped (13)**
83:14;162:17;
178:19;232:3;233:6;
244:6;245:5;246:2,
14;301:8,10,11;
302:15

**shipper (1)**
303:3

**shippers (3)**
302:22;303:4,7

**shipping (58)**
41:4;45:3;53:17,23;
54:2,7,11,13,25;
82:19,22,24;83:13,20;
110:7,20;111:8,12,16,
19;178:24;202:5,10;
203:24;206:7,22;
231:7,13,16,19;
233:22;240:12;
243:25;244:24;
245:14;246:7;270:17;
286:22,25;287:4,18;
288:2,8,10,14,16,19,
24;289:20,21,22,23;
290:3,19,25;301:18,
22,24

**shop (15)**
39:6,7;84:25;85:4;
129:23;130:11,25;
131:19;132:12,17,25;
143:22;202:22;
262:19;288:11

**short (9)**
86:9;166:16,18;
211:21;239:16;243:9;
267:5;279:23;304:14

**shortly (1)**
18:22

**shoulder (6)**
46:13;141:11;
189:25;190:8;289:13;
301:13

**show (9)**
34:10;76:19;78:12;
145:7;152:19;155:9;
194:21;203:5;264:5

**showed (6)**
12:14;133:20;
246:10,11;271:25;
272:8

**showing (3)**
112:24;202:16;
288:5

**shown (2)**
29:6;230:10

**showroom (2)**
33:22;34:5

**shrinkage (8)**
231:8,19;242:4,5,8,
13,16,19

**side (13)**
27:23,24;77:22;
152:20,21,21,21;
190:9;205:19,19;
297:5,8;301:16

**signed (3)**
5:12,14;310:19

**significant (5)**
225:10;274:5,6,20;
297:25

**silhouette (1)**
87:13

**silhouettes (1)**
87:10

**silicone (3)**
219:10,13,17

**Silverstone (2)**
37:11;89:11

**similar (13)**
59:5;68:6;130:10;
132:24,24;162:15,25;
202:21;210:14;211:2;
214:20;300:24;
309:15

**Similarly (1)**
160:8

**simply (1)**
141:20

**simulate (4)**
151:4;159:4;
160:10;233:5

**simulation (1)**
233:8

**single (9)**
42:20;46:3;47:25;
49:21;107:2;146:7;
207:15;246:11,12

**sit (1)**
304:12

**site (6)**
100:9;179:21;

212:4;216:8,15;
220:16

**Sitting (1)**
180:3

**six (21)**
11:8,8;12:13;23:21;
43:25;44:7,7,20;45:7,
22;63:12;96:22;
163:18;164:9;190:22,
24;218:8;224:21;
274:24;302:12,17

**six-by-six (2)**
166:25;167:6

**sixteen (1)**
208:18

**size (5)**
53:14;162:5,12;
171:14;222:3

**sketch (2)**
35:13,14

**sketches (2)**
32:11,11

**skin (11)**
57:4;115:12;
116:22;150:6;196:17,
23;218:20;248:3;
258:15;266:13;
298:21

**sleeve (4)**
35:19;141:11;
289:13;301:14

**sleeves (1)**
42:3

**slid (1)**
291:5

**sliding (1)**
291:8

**slightly (3)**
146:12;227:14;
302:5

**small (4)**
82:2;157:23;158:2;
302:11

**smaller (2)**
146:21;162:20

**soft (1)**
37:9

**solid (1)**
219:10

**somebody (26)**
23:12;29:11;30:21;
37:6;53:8;54:6,12,14,
15,17;66:25;135:3;
146:25;151:19;153:9;
156:19;159:19;160:2;
164:4;229:3;263:9;
287:6,8,24;288:18;
299:11

**someone (4)**
88:7;121:17;
221:24;264:7

**sometime (2)**
47:14;259:22

**Sometimes (9)**
77:8;94:14;95:20;
149:7;168:23;236:6;
262:10;295:23;
302:23

**somewhat (2)**
62:25;223:13

**somewhere (4)**
135:3;163:6;
227:18;298:12

**soon (3)**
86:6;177:17;294:25

**Sorry (19)**
8:10;14:16;18:3;
32:6;83:25;96:15;
107:15;109:10;113:7;
114:10;172:20;
182:20;195:23;
213:21;242:11;
251:15;258:16;
263:13;294:23

**sort (7)**
52:8;133:6;146:16;
174:18;220:20;
226:19;233:20

**sound (2)**
14:15,20

**source (5)**
50:16;79:25;
100:21;137:19;
200:12

**sourced (2)**
104:22;105:10

**space (2)**
38:3;53:14

**spaced (1)**
289:6

**spacers (2)**
289:7;290:15

**spaces (3)**
290:16,18,22

**spacing (1)**
290:5

**span (1)**
191:6

**speak (8)**
11:19;12:3;20:21;
198:9;301:6;303:20,
21;304:11

**spec (5)**
34:18,20,23;92:6,
18

**special (2)**
60:8;297:24

**specially (1)**
175:7

**specific (19)**
17:24;18:5;23:17;
33:12;36:25;40:6;
41:21;44:24;69:19;
132:10;227:9;237:20;
263:8;278:14;279:3;
292:7;298:20;306:16;

307:5

**Specifically (17)**
16:13;37:4;40:4;
52:12;61:9;78:15;
89:25;117:22;118:3;
122:6;123:6;149:21;
205:7;265:22;276:9;
283:2;309:7

**specification (3)**
34:23;35:2;92:13

**specifications (5)**
91:22;96:11,20;
156:3,5

**specifics (2)**
116:12;118:7

**specified (2)**
92:13;283:17

**specify (1)**
266:11

**speculation (1)**
7:13

**speed (2)**
57:24;64:19

**spell (3)**
38:5;50:8;56:20

**spelling (1)**
12:2

**spend (1)**
149:22

**spoke (9)**
11:10,10,11,11,12,
12;12:4;257:16;
265:10

**spot (4)**
262:10;290:6,7,8

**spread (2)**
48:24;213:5

**spreadsheet (2)**
49:10;253:15

**spreadsheets (1)**
48:25

**spring (5)**
113:24;114:2,7;
125:11;190:19

**square (4)**
163:18;164:9;
166:25;224:6

**squished (2)**
289:5;290:14

**squishing (3)**
289:9;290:25;
291:12

**ss (1)**
310:4

**stabilization (1)**
115:15

**staff (1)**
85:8

**stage (7)**
75:17;85:25;86:3;
95:11;98:23;155:21;
159:9

**stages (1)**

75:18

**stain (1)**
282:17

**Stamford (1)**
3:6

**stand (1)**
301:19

**standalone (1)**
266:5

**standard (1)**
100:22

**standing (1)**
302:18

**stands (1)**
49:13

**start (16)**
18:18;58:9;61:23;
81:11;84:14;107:8;
112:17;115:20;119:8;
214:12;243:21;252:6;
265:3;287:17;291:25;
292:22

**started (22)**
18:24;23:13;63:6;
90:13;115:6,9,10,12;
116:7,10,17,22,23;
130:13;135:7;143:24;
144:22;213:20;215:3;
238:25;244:20;255:7

**starting (2)**
84:21;236:3

**starts (2)**
38:6;232:25

**State (9)**
6:4;47:22;59:23;
82:25;139:21;158:11;
220:17;310:3,24

**stated (10)**
7:24;58:4;60:13;
77:24;101:10,14;
102:3;140:22;179:3;
225:4

**statement (14)**
34:19;92:5,8,10,14,
21;122:6,15;295:12,
20;296:2,4;298:8,10

**statements (9)**
295:12,17;296:6,8,
17,20;297:3,6,7

**states (3)**
229:22;247:25;
306:5

**stating (2)**
46:22;168:7

**stations (5)**
44:2,8,20,22;
286:21

**statistically (3)**
225:10;274:5,20

**status (2)**
216:23;307:4

**stay (1)**
70:6

**stayed (1)**
103:18

**stays (1)**
70:8

**steam (15)**
79:19,22,23;80:2,8,
18;81:4,18,21,23;
82:7;174:23;175:24;
283:19,19

**stems (1)**
124:18

**Stephen (1)**
21:16

**steps (1)**
206:12

**sticker (2)**
149:3,6

**sticking (5)**
190:3;203:5;271:2,
3,8

**sticks (2)**
212:17;214:24

**stiff (1)**
37:9

**still (23)**
30:7,19;55:7;86:13;
89:3;135:22;145:22;
148:21;157:12,21;
161:21;164:5;166:22;
179:14;181:9;184:5,
8;186:4;192:18;
211:25;272:18;275:2;
286:22

**STIPULATED (3)**
5:3,8,11

**stitching (1)**
264:17

**stock (1)**
148:24

**stop (5)**
46:18,23;131:8,13;
193:20

**stopped (9)**
130:8;131:4,21;
145:11;157:6,16;
166:6;239:24;268:3

**stopwatch (3)**
57:23;58:17;261:22

**store (5)**
132:4;228:23;
229:2,5;273:7

**stored (4)**
48:23,25;49:6;
82:25

**stores (6)**
229:3;265:9;275:8;
277:3,7;288:5

**store's (1)**
273:9

**strategy (1)**
23:5

**strength (10)**
36:12;59:9,11;

60:12;72:8;94:5;
106:22;119:14;120:3;
151:2

**strike (21)**
30:5;55:9;72:22;
101:22;112:5;113:8;
117:25;134:11;136:8;
147:21;157:2;166:24;
169:18;187:13;
193:19;199:20;201:9;
246:19;272:12;
274:11;290:18

**strikeback (95)**
27:19,22;28:2;
61:13,15;106:22;
120:4;127:9;130:12;
132:22;133:6,11,22;
134:3,13;143:6;
145:4;146:10;171:19;
173:9,22;179:13;
188:2,20;192:2,15;
199:22;200:3,11,13;
202:13,18,20;203:2,7,
9,14,16,23;205:13,22;
206:2,4,10;207:20;
209:6;210:5;215:22,
24;216:4;225:25;
230:5;232:23,23;
237:11,18,24;238:5,8,
9,10,12,15,22;241:18;
244:17,23;248:3,12,
19;249:14,15;250:9;
255:2;257:21;259:15,
21,24;260:4,8,9;
265:6;276:7,21;
281:4;283:10,11,14;
284:18,22;285:4,13,
16,16,21

**strip (3)**
57:13;58:5;261:20

**struck (5)**
153:25;191:21;
192:10;202:15;
243:21

**struggling (1)**
276:25

**stuck (6)**
159:11;167:9;
190:13,15,16;264:15

**study (1)**
16:2

**studying (1)**
169:8

**stuff (2)**
266:23;299:3

**style (8)**
40:6;43:12;86:23;
89:21,23;94:2,24;
95:3

**styles (4)**
32:10;40:8;87:5;
193:11

**sub (1)**

42:2

**subject (29)**
88:5,21;89:6;90:17,
23;91:4,20;94:19;
96:10;97:19;100:16;
112:6;113:25;117:4,
24,25;118:5;129:16;
136:8,10;167:21;
171:16;200:24;
228:18;282:18;
285:24;286:3;290:12;
291:25

**subjective (2)**
71:2,17

**subjects (1)**
9:18

**Subscribed (1)**
310:19

**subsequent (1)**
127:10

**subsequently (2)**
32:15;125:2

**substance (2)**
115:3;199:11

**substantial (1)**
103:17

**substrate (6)**
27:23;166:13;
168:13,21,25;199:24

**successful (1)**
122:3

**sudden (1)**
226:21

**sufficient (2)**
127:8;275:18

**suggested (2)**
212:21;305:15

**suggestion (3)**
211:17;215:7;
267:24

**suggestions (3)**
210:21;268:22;
269:5

**suit (63)**
32:18,19,22;33:14;
34:2;35:22;36:16,19;
43:3,10,17;45:11,14;
49:18;51:8,13;79:11;
83:7,9,13,19;85:5,16;
88:13;89:13,16,18;
92:24;93:6,12;98:5;
105:24;130:10;
132:16,24;133:4;
141:13;188:6;192:18,
19,21,22;194:23;
202:25;203:25;
233:15,18,19,25;
234:17,19;235:3;
237:11,14;239:10;
246:11,12;264:20;
266:3;272:6;278:20;
290:7;300:16

**suitcase (1)**

164:6

**suits (170)**
24:20;27:17;40:3;
44:17;49:16;70:11;
86:17,19;88:5,20;
89:6;90:17,22,24;
91:3,6,20,22;93:4;
94:19;96:10,25;
97:13;98:7,12;
100:15;104:5;106:2;
110:18;112:5,6,9;
113:25;114:2;117:2,
3,24;118:5,16;
132:16;136:8,10;
145:25;172:19;
173:11,14;174:8;
175:9,15;176:9,13,21;
177:7;178:16;179:4,
6,17;180:20;181:24;
182:2,8,13,15;183:6,
10,13,16,18,20,23;
184:9;185:9,10,16,23;
186:2,20,22,24;
187:15,19;190:17,20;
192:25;193:5;195:5,
10,17,25;197:2,9;
198:15;199:4;216:4;
220:11,25;232:7,9,14,
17;234:5,8,10;
236:13;237:20;238:6,
9;243:16,25;244:6,11,
24;245:5;246:3,8,12,
14,14,18,20;247:3;
265:14;266:8,18;
269:19;271:11,21;
275:12,25;276:7,9,11,
12,16,21;281:19,21,
22;282:18,21;284:11,
16,17,21,25;285:3,7,
11,15,20,24,24;286:7;
289:15,18;290:2,6,11,
20,24;291:2,13;
299:5;301:7;302:3,9,
14;303:18,19;306:18

**sum (4)**
31:24;35:21;115:3;
199:11

**summary (1)**
296:7

**super (1)**
118:10

**supervise (3)**
37:14,16,20

**supervising (2)**
32:13,15

**supervisor (6)**
14:2;41:8;67:5;
251:12;252:5,7

**supervisors (6)**
41:10;45:20,24;
47:4;48:9;307:23

**supplier (20)**
29:23;95:17,22;

96:13;97:2;98:17;
99:4,8,14,16,20;
106:7;107:23;108:3,
13,24;109:12;117:10,
12;263:18
**suppliers (4)**
100:8;108:6;
112:25;263:16
**suppose (2)**
139:7;234:16
**supposed (3)**
160:19;290:5;291:7
**supposition (3)**
142:15,19,24
**sure (41)**
7:25;9:23;15:7;
38:4;56:21;57:16,23;
60:18,20;79:4;80:20;
81:4;84:11;88:12;
102:17;105:7;115:8;
140:13;149:10,23,23;
157:24;160:25;
183:21;212:11;
221:22;226:7;234:25;
244:6;267:4;270:23;
277:21;284:20;
295:14;296:8,24;
299:5;302:12;303:11;
306:13;307:9
**surface (1)**
233:20
**susceptible (1)**
171:18
**sustained (1)**
200:24
**swatch (2)**
119:20;152:9
**swatches (3)**
145:18;280:24;
309:8
**sworn (3)**
5:14;6:11,14
**system (9)**
15:25;50:7,10,11,
16;227:8,10;290:5;
297:19

**T**

**tabulate (1)**
295:18
**tabulated (1)**
296:19
**tabulating (1)**
296:21
**tactile (2)**
93:21;94:23
**tag (6)**
50:23;51:4,5,9,11,
18
**tags (1)**
51:6
**Tailored (7)**

22:14;24:6,12,21;
27:14,16;40:3
**talk (5)**
52:19;135:11;
155:19;171:5;206:22
**talked (4)**
11:2;171:12;219:2;
282:3
**talking (12)**
99:8;117:12;
119:21;123:5,6;
140:17,19;142:13;
189:16;261:15;
283:25;294:4
**tapped (1)**
272:4
**tasked (3)**
44:23;46:13;288:19
**taught (1)**
30:3
**team (2)**
260:14;274:17
**tech (1)**
18:20
**Technical (14)**
15:12,16,25;17:5;
18:17,25;19:2,10;
25:2;26:13,15;92:11;
179:11;279:3
**technique (7)**
28:14;272:14;
273:14,22;274:13;
275:25;276:4
**telephone (1)**
19:14
**telling (4)**
118:15;121:10;
147:13;196:13
**temp (2)**
105:6,6
**temperature (49)**
28:21;57:13,14;
62:14;64:19,23;65:7,
9,11,16,22;66:12,15,
19;67:2,9,23,25;68:2,
3,7;69:21;70:7,12,13;
72:6;73:6,25;81:21;
97:10;104:3,21,22;
137:9;156:6;175:24;
202:2;209:16;210:12;
212:4,13,21;214:11;
215:10,11,12,14;
261:20,21
**temperatures (1)**
105:9
**template (1)**
253:12
**ten (5)**
67:16,21;68:4;
172:2;246:14
**ten-degree (1)**
213:5
**tension (1)**

291:6
**term (9)**
41:20,21;99:19,21;
102:10;143:17;226:8;
248:11,19
**terms (5)**
86:22;101:22;
176:17;190:12;
237:15
**terrible (11)**
131:9;178:22;
180:14,15,22;184:20;
248:3,11,13,19;250:8
**test (98)**
57:15,22;58:6,17;
59:5,6,7,8,19;60:9,11,
12,23;61:4,9,16;62:8;
70:24,24;72:10;
93:21;94:23;95:8,9;
107:24;108:5;110:10;
119:14;120:3,4;
121:25;122:3;133:5;
138:17,18;139:6;
141:6;144:25;150:24;
152:6,15;153:2;
154:2,3,6;159:14,20;
160:12;169:11;170:4,
11,14;171:25;173:5,
20;191:22;205:3;
215:25;228:20;
231:25;234:20,23;
235:13,24;237:3,5,7,
7,10;238:5,7,7,8,11,
13,21,22,25;239:3,8,
24;240:2,2,6,8;241:7;
242:21;243:13;245:5,
9,15;261:20;305:15;
306:2,7,9,16,19
**tested (21)**
92:25;93:2;103:16;
106:20;110:19;111:3,
8,10,12,22,24;112:10,
18;127:24;145:24;
146:4;148:11;160:3;
261:21;268:25;
306:14
**testified (18)**
6:12;38:15;62:3;
76:21;84:4;88:12;
126:24;138:20;
143:20;155:10;168:6;
212:3,20;223:6;
256:7;263:23;282:6;
290:16
**testify (8)**
9:17,21,25;10:5;
123:25;222:18;
291:18;293:10
**testifying (4)**
10:4;140:12;161:9;
256:13
**testimony (16)**
7:6,12,20,23;88:14;

102:24;122:9;161:12;
228:16;241:4,14;
242:25;243:18;244:3;
310:8,11
**testing (151)**
62:2;93:4,10;96:9,
9;97:17;98:3,8,12,17;
102:21;106:7,13,17,
23;107:3,11,13,21;
108:4;109:14;110:6,
17;112:21,23;115:6;
119:17;120:7,13,23,
25;121:7,11,20,25;
122:2,19;123:13,16;
124:3,11,14,17,21;
125:9;126:3,6,14;
127:12,14,14,21;
128:4,6,11,22;129:3,
6,10,13;130:14;143:2,
4,11,14;144:11,22;
145:18,21,24;146:7;
148:9;151:17;154:21;
155:5;156:2,4,17;
157:5;158:24,25;
159:10,12;160:7;
167:22;168:24;169:8,
18,19;170:18,21;
171:11;172:18;
173:15,18;174:5,13;
176:18;177:20;178:6;
191:15;193:6,14;
195:15;197:4,7,8,15,
22;202:2,3,7;204:9,
13,16,19,25;205:15,
17;206:8,16;207:4,5,
11,12;208:20,21;
213:8;216:3;223:2,7,
22;224:9;225:19;
228:5;263:16,22,23;
281:5,13;282:5,6,10;
305:20;306:5,12;
307:24;309:5,6,13,14
**tests (37)**
58:4,7;59:4,5;
61:14;70:14;71:8;
103:5,9,13;106:21;
108:13,24;109:5;
119:12,24;120:2;
127:12;130:14;135:7;
143:25;144:3,6;
153:8;169:3,5;173:2;
231:20,22;232:21;
242:7,18,20;280:25;
281:8,9;305:6
**textiles (1)**
169:7
**texturized (2)**
227:13,23
**them's (1)**
63:16
**theoretically (1)**
225:4
**theory (3)**

240:2;241:5;246:17
**therefore (1)**
147:15
**thickness (1)**
159:8
**thin (1)**
226:13
**thinking (5)**
82:14;149:11;
185:12;213:22;
275:17
**third (5)**
76:7,8;124:2;170:4,
13
**though (6)**
10:21;121:13;
124:10;240:19;248:2;
280:12
**thought (22)**
13:10;17:12;23:7;
134:5;146:23;149:9;
162:15;164:24;165:5,
24;172:5;178:7;
180:14;208:11;
217:19;226:13;
245:19;256:24;257:3;
280:18;283:17;
300:24
**thoughts (2)**
148:4;257:2
**thread (5)**
226:8,8,9,9;277:23
**threads (3)**
277:20,22;278:3
**three (47)**
6:7;16:4;55:6,18,
20;56:13,15,17,23;
61:19;63:5,7;69:20,
22;70:8;100:22,23;
125:25;144:23;145:2;
152:22;155:25;176:5,
6,14;189:24,25;
190:7;212:6,13,18,22;
213:3;214:3;217:10;
218:15;219:9;224:5;
225:5;229:10;283:11;
284:9,16;293:17,22;
302:14;304:19
**three-degree (4)**
210:15;212:9;
213:12;214:22
**throw (1)**
194:25
**Thursday (1)**
20:21
**Thursdays (1)**
20:15
**ticket (1)**
149:13
**tight (1)**
277:14
**timely (2)**
10:2,11

**times (12)**
47:12,16;173:7,18,
22;176:5,6,7,7,14;
178:6;219:9

**timing (1)**
161:24

**Tinelli (1)**
278:18

**tiny (1)**
284:10

**tip (3)**
301:17;302:20,21

**tissue (1)**
301:12

**title (12)**
18:15,23;19:9;
22:20;23:22;24:15,
23;25:9,23;38:13;
288:21,22

**today (15)**
9:13;10:8,13,22;
16:12;30:4,7;55:7;
82:10;157:14;161:9;
183:20;186:3;187:5;
215:15

**today's (1)**
292:2

**together (22)**
20:3;28:13,17;42:3,
4;50:4;93:12,17,22;
133:10;178:15;203:5;
231:4;264:15;289:5,
9,11,12,17,18;290:14,
25

**told (10)**
79:6;118:4;120:12;
130:13;170:23;
184:10;185:3;196:4;
252:9;267:25

**Tomlinson (5)**
171:5,10,21,25;
172:4

**tomorrow (1)**
263:19

**took (15)**
17:7;154:12;
176:22;183:14;
221:24;222:20,21,21,
23,23;232:2;250:6;
261:12,20;280:24

**tool (1)**
34:10

**tools (1)**
35:6

**top (14)**
54:9;57:12;65:24;
113:7,14;174:22;
190:7;210:25;211:3;
213:6;215:16;253:25;
286:4;292:23

**topic (2)**
37:12;116:6

**topics (11)**

**8:21;10:2,5,9,12;
291:19,23;292:7;
308:8,13,14

**tossed (1)**
301:20

**total (3)**
64:6;76:2,9

**touch (2)**
234:9;235:5

**touched (1)**
234:14

**touching (3)**
234:12,17,19

**toward (1)**
131:2

**towards (1)**
264:2

**town (1)**
182:25

**track (2)**
48:14;300:14

**tracking (2)**
50:11,16

**tracks (1)**
50:13

**Trail (1)**
6:7

**training (8)**
39:23;40:10;78:4,6,
7,9,14,18

**transcript (2)**
310:8,10

**transfer (4)**
57:17;141:20;
162:4;281:3

**transport (2)**
50:3;288:8

**travel (2)**
92:15,21

**trial (1)**
5:10

**tried (7)**
102:22;103:3;
191:20;210:13,24;
270:25;271:7

**trim (7)**
34:21;35:7;92:12;
100:12;114:25;
115:25;116:5

**trimmed (1)**
277:24

**trims (2)**
32:13;116:2

**trouble (1)**
280:11

**trousers (1)**
23:8

**true (2)**
310:10,12

**Trunk (2)**
20:25;21:7

**truth (1)**
280:18

**try (9)**
24:2;47:14;62:16;
130:9;193:8;210:11;
211:3;264:18;277:3

**trying (17)**
82:12,13;87:9;
115:5;127:4,6,7;
144:22;152:10;
179:14;184:8;189:23;
217:18;225:24;
226:22;270:13;287:3

**Tuesday (1)**
10:4

**tugged (1)**
232:4

**turn (3)**
24:3;213:4;291:16

**turning (2)**
69:18;212:21

**tuxedo (1)**
79:7

**twelve (4)**
41:13;42:8,9,10

**Twenty (2)**
208:17;255:10

**Twenty-ish (1)**
208:16

**Twice (5)**
57:10,25;58:21;
70:14;172:15

**twill (2)**
227:24;228:2

**two (72)**
8:25;9:3;15:5;
18:13;19:4,5;22:11;
24:14;25:19;27:4,4;
28:15;47:15;55:6;
56:18;61:19;68:25;
69:10;87:13,15,19;
125:4,7;133:14;
144:23;150:20;
152:20,23;154:2;
161:2;165:2;185:18,
24,25;186:5,19;
187:16,20;189:23,24;
190:7;191:3,9;
192:24;193:5,10;
200:6;205:5;207:15,
20;217:11;224:12;
225:3;233:24,25;
234:3;235:16;239:14;
240:10;241:24;
246:12;263:15;
269:19;279:22;281:8;
284:9,15;301:9,10;
302:3,11,16

**two-by-three (1)**
167:7

**type (35)**
35:17,18,18;36:18,
25;40:4,8;71:8,20,22;
78:23;85:4,6;88:2,16,
20;89:22;90:16,20;

**95:2;106:17;112:9;
117:2,18,23;118:16;
126:3;168:10;219:11;
227:11;228:19,23;
246:22;253:18;
305:18

**typed (1)**
253:14

**types (7)**
67:14;106:21;
119:12;246:25;
253:21;296:15,17

**Typically (9)**
67:5;70:8;73:13;
76:9;97:10;109:13;
117:16,17;119:17

**U**

**ultimately (5)**
110:17;111:4;
119:8;179:17;287:8

**umbrella (1)**
40:17

**unacceptable (2)**
83:8,11

**unclear (1)**
294:11

**under (21)**
38:24;40:16,16;
64:16;67:22;76:10;
86:13;95:12;124:22;
135:22;145:15;
152:10;162:16;
166:22;171:3,3;
181:14;211:25;226:8,
9;310:9

**underneath (1)**
190:4

**underpressing (9)**
61:20,20;75:25;
151:3;154:11,25;
159:3;202:5;207:19

**understood (3)**
108:3;109:4;273:19

**undertake (4)**
168:9;196:25;
280:17;281:9

**undertakes (1)**
228:5

**Unfortunately (1)**
299:12

**unit (3)**
49:21;50:2;301:24

**units (3)**
43:24;44:11;49:14

**university (1)**
133:18

**unless (1)**
178:13

**unrelated (1)**
285:7

**unsatisfactory (3)**

**61:5;62:2,9

**unscientific (1)**
223:14

**untimely (1)**
308:11

**unusual (1)**
169:7

**up (47)**
12:14;33:8,11;47:9;
51:20;76:17;79:12,
16;85:10;86:7;104:7;
116:6;141:21;148:8;
151:22;157:3;173:24;
176:7;189:14,16;
206:13;212:21;213:5,
14;219:25;226:11;
233:4;235:16,24;
236:14;246:11,11;
253:14,18;267:21,21,
23;268:18,18;271:5;
288:5;290:11;301:13,
17,19;302:24;305:21

**updated (3)**
8:14;9:3;308:11

**upon (3)**
178:18;192:18;
309:7

**UPS (2)**
302:23;303:4

**upside (1)**
178:25

**use (57)**
35:23;36:22;41:20;
57:3,23;59:6;60:9;
65:16;67:9,15;78:10,
19;79:7;88:17,20;
91:5;94:5;95:22;
98:15,16;99:21;
102:10;115:17,18;
116:7;117:3,11,18;
118:16;129:2;130:17;
140:18;141:6,24;
145:2;157:11,13,17;
160:5;175:4;195:25;
214:2,14,22;227:13;
248:11,20;250:20;
274:12;278:23;282:8;
293:17;302:3;305:6;
306:17,24,24

**used (63)**
34:10;35:6;36:3,19;
51:21;65:6;71:24;
78:23;79:19,22,23;
80:8;90:11,17;91:8,
10,11,13;96:24;
105:9;110:17;114:7;
125:3,4,23;133:12;
136:18;137:10,20;
144:13,25;145:25;
150:4,10,20;156:3;
157:4;168:20;171:5,
10;172:15;175:13,25;
188:7;205:8,24;

220:10;222:25;
227:12;238:13;
253:11;255:13;
258:15;261:21;289:7;
296:15;298:21;305:5,
7,8;306:6;307:5;
308:2
**useful (1)**
266:11
**uses (3)**
68:5;237:8;295:21
**using (41)**
33:12;90:14,24;
99:19;101:14;115:6,
9,11,12,13,20;116:11,
17,22,23;117:13;
118:5;119:9;131:12,
14;136:12;139:10;
140:19;141:19;148:8;
166:4,6;213:20;
215:4,20;238:25;
248:4,22;250:15;
255:7;256:21;258:23;
261:19;268:3;281:13;
306:15
**usually (7)**
63:2;77:25;117:9;
222:9;254:12;265:8;
279:4
**UTEX (4)**
25:6,21;26:21;
172:13
**utilized (1)**
75:7

# V

**vacuum (4)**
73:22;76:4,11;
174:24
**vague (7)**
143:17;198:19,23;
199:7;208:25;244:2,
25
**Vaguely (1)**
103:14
**vagueness (1)**
124:16
**validate (1)**
246:16
**value (1)**
206:14
**van (1)**
89:2
**variables (3)**
144:6;193:7,12
**variance (2)**
225:2,17
**variation (3)**
224:14,15,17
**variations (1)**
57:19
**variety (3)**

176:6;246:24;305:4
**various (1)**
93:15
**vary (1)**
225:7
**vast (1)**
130:13
**vendor (4)**
141:21;179:24;
185:16;197:6
**vendors (5)**
185:24;186:6,6,19;
197:5
**vents (1)**
35:18
**Vera (5)**
29:16,19;30:19;
133:20;170:23
**Veratex (60)**
3:4;29:20,21,23;
30:4,7,10,21;99:11,
18,20,23,25;101:8;
102:7;104:23;105:11;
109:21,24;110:10,16;
111:7,10,11,22,23;
117:2,19;118:4;
123:7,10;129:12;
135:25;136:4;139:9;
140:8;141:19;142:14,
22;155:20;157:22;
158:6,10,14;160:16;
196:17,20,23,24;
198:16,22;199:6;
207:6;214:20;249:24;
256:16;261:15;
305:15,25;309:7
**verb (1)**
33:13
**verbal (1)**
7:2
**Verbally (2)**
203:17;206:5
**versus (3)**
145:25;273:6;
280:22
**vertical (1)**
302:10
**via (1)**
187:2
**Vice (5)**
18:17;19:7;23:23;
27:2;38:14
**video (12)**
13:6,8,11,18,19;
152:22;155:8;159:18;
181:9,12;185:5;186:9
**videoed (1)**
151:25
**videos (2)**
13:3,5
**videotape (1)**
151:17
**videotaped (3)**

151:7,9,11
**view (2)**
13:5;305:3
**visible (11)**
165:2,6;175:20;
187:25;188:20;190:4;
232:6;240:19;244:18,
19;248:14
**visibly (2)**
190:15;205:4
**visit (15)**
128:16;129:13;
179:22;201:22;210:2;
212:4;215:6;216:8,
15;220:16;221:13;
228:22;229:7;253:23;
284:12
**visited (2)**
172:12;209:25
**visiting (1)**
172:9
**visits (2)**
228:23;229:3
**visual (8)**
60:23;83:4;93:21;
94:22;168:19;262:16,
23;280:21
**Visually (6)**
73:5;77:23;83:13;
93:9;179:5;238:18
**volume (1)**
227:14
**VP (6)**
18:20;19:10;31:19;
37:13;63:23;250:4

# W

**wadded (1)**
301:13
**wait (6)**
137:8;235:16,23;
236:2,17;294:23
**waived (1)**
5:7
**walk (3)**
47:4,8;191:2
**walked (1)**
45:23
**walking (1)**
47:17
**walkthrough (2)**
190:23;221:15
**walkthroughs (2)**
47:13;189:2
**walls (1)**
234:6
**warehouse (1)**
130:9
**warp (1)**
168:17
**Washington (1)**
3:5

**watch (1)**
180:20
**watching (2)**
77:25;204:15
**water (1)**
282:16
**way (33)**
19:15,17;32:22;
49:20;50:20;70:23;
71:9,9;77:4;86:23;
100:20;105:3,17;
129:9;149:9;160:19;
166:10;176:12;
179:14;180:16;181:5;
184:9;186:7;192:9;
198:16;212:21;213:4;
219:20;234:24;
244:24;256:12;264:6;
300:11
**ways (1)**
171:2
**weave (10)**
168:20;226:2,5,6,
10,17,24;227:24,25;
228:2
**weeds (2)**
118:11;264:24
**week (14)**
10:4;11:9;40:15,21;
49:17;52:8;130:17;
145:12,19;163:11;
167:3;191:3;236:25;
255:10
**weekly (7)**
19:19;20:11,17;
21:10,23;22:4;39:16
**weft (1)**
168:17
**weigh (2)**
225:5;228:12,17
**weighed (1)**
224:8
**weight (20)**
36:11;97:9;115:13;
144:24;152:20;169:9;
171:14;223:8,22;
224:5,18;225:2,12,13,
15,21,22;227:14;
228:4,20
**weren't (11)**
121:13;134:25;
178:22;191:2;230:14;
231:17;244:16;
246:15;250:22;
275:15;288:6
**whatnot (1)**
32:23
**what's (19)**
22:2;39:6;66:3;
78:2;84:18,25;85:3;
108:8;109:20;180:13;
213:24;226:11;231:9;
247:21;253:12;272:5;

275:19,20;300:13
**whenever (1)**
47:16;166:15
**whereas (2)**
127:25;227:13
**Whereupon (48)**
6:1;68:16;85:21;
86:9;96:17;107:17;
108:20;112:12,14;
118:24;135:13,15,17;
142:7,9;147:5;
148:18;165:11;
166:18;172:22;
177:13;192:6;201:6;
211:21;229:13;
239:16,20;243:3,9;
247:10;251:24;257:7;
258:18;259:2;267:5,
7;269:9;279:23;
280:2;283:22;286:11;
292:17;294:15;
297:12;304:14;
308:18,23;309:17
**white (2)**
167:8;208:19
**whole (5)**
49:19;57:18;
138:18;211:3,4
**who's (10)**
10:3;21:20;23:15;
33:5;37:10;83:2;
118:13;196:7;218:25;
287:10
**wide (1)**
305:4
**width (2)**
57:18;58:14
**WILSON (1)**
3:3
**wish (1)**
287:17
**within (22)**
5:6,12;40:22;41:3,
7,11;48:9;53:14;76:8;
86:25;87:2,8,11,12,
13;128:16;138:9;
229:21;236:4,4;
287:6;298:12
**without (7)**
10:19;97:15;123:2;
142:25;144:22;150:5;
164:21
**WITNESS (135)**
6:5,7,10,14;8:19;
10:12;11:2;15:14;
18:3;29:5;30:14,25;
31:5,17;32:3,25;37:4;
43:12;53:19;59:4;
62:12;67:5;71:17;
72:2;73:2;74:3,8;
76:25;82:12;84:24;
86:8;88:10;94:14;
95:25;96:20;99:6;

101:5;102:2;104:25;
107:19;108:16;
109:10,16;110:14;
115:23;118:23;119:2;
121:24;122:10,21;
124:4;126:6,9,16;
136:15,23;139:4;
142:18;143:8,18;
147:25;154:10;
155:23;156:14;
158:22;159:14,22;
160:25;164:18,23;
166:2;170:2,16;
172:25;176:17;
182:20;188:15;190:6;
191:12;192:4,8;
193:17;195:19,23;
197:16,20,25;198:8,
25;199:8;200:5,16;
201:3;207:8;209:2;
214:5;222:8,18,20;
223:9,13;227:6;
230:8;237:23;238:17;
241:5,15;242:11;
243:2,5,19;244:4,16;
245:2;249:18;250:11;
254:18,20;255:21;
256:10;258:20;
262:18;263:5;274:23;
279:20;282:25;285:6,
15,23;287:20;288:4;
300:8;305:18;306:12;
307:8
**witness's (7)**
102:24;124:17;
241:4,14;242:25;
243:18;244:3
**woman (1)**
38:9
**wonder (1)**
280:13
**wooden (1)**
17:18
**wool (4)**
160:5;202:24;
203:2,3
**word (5)**
68:19;117:13;
253:10,15;295:21
**wording (1)**
278:14
**words (7)**
6:8;7:3;129:2;
189:22;205:8,10,23
**work (15)**
93:12;109:16,23;
123:21;152:25;
179:14;186:5;187:15;
270:13;272:14,18,21;
295:23;296:2,10
**worked (9)**
26:8,22;40:11;
273:14,22;274:2,11;

275:12,25
**working (3)**
23:13;46:15;167:22
**works (1)**
38:24
**worse (3)**
146:12;280:16,24
**woven (1)**
196:22
**Wray (7)**
21:22;36:8;89:25;
125:20;196:6,7,13
**wrinkled (1)**
190:12
**wrinkles (2)**
180:17;289:14
**wrinkling (1)**
277:14
**write (12)**
149:7;255:24;
257:16,23;259:11,18;
260:2;261:5;262:6;
263:14;270:16;
286:20
**writes (2)**
250:14;269:18
**writing (5)**
181:13;186:13,23;
256:14;268:17
**written (6)**
79:10;112:25;
186:14,14;258:9;
307:19
**wrong (9)**
149:13;214:25;
217:20;220:18,22;
264:24;278:15;279:9;
302:19
**wrote (7)**
132:9;186:9;
267:17,20;280:9,10;
281:11
**Wujiang (1)**
169:15

**Y**

**yarn (8)**
168:20;169:8;
226:10;227:12,12,13,
22,23
**yarns (1)**
168:17
**year (7)**
17:2;25:16;113:24;
120:16;172:15;
252:22;258:7
**years (15)**
16:4;22:11,19;
23:21;24:14;25:19;
26:24;27:4;39:22;
79:13;115:19;170:24;
172:2,2;218:8

**yesterday (2)**
11:8;12:12
**York (7)**
6:8;55:15;127:22;
128:25;129:10;246:4;
310:3

**0**

**06901 (1)**
3:6

**1**

**1 (6)**
6:2;8:6;10:3,6;
84:6;258:6
**1:23 (1)**
135:16
**10 (7)**
65:25;66:4,5;76:10;
256:3;269:10,14
**100 (1)**
49:16
**1010 (1)**
3:5
**11 (3)**
20:16;280:3,7
**12 (2)**
6:7;286:12
**12:31 (1)**
135:16
**121 (1)**
68:10
**127 (1)**
68:10
**13 (4)**
229:21;230:2;
292:18;293:4
**130 (1)**
256:2
**135 (6)**
65:23;66:13,22;
67:22,24;215:16
**14 (1)**
222:19
**14450 (1)**
6:8
**145 (8)**
65:24;66:13,23;
67:22,24;215:16,18;
256:2
**16 (1)**
76:9
**18 (1)**
8:15
**1996 (1)**
17:4
**1998 (1)**
133:17

**2**

**2 (11)**
6:2;8:7,14;9:11,14,
18;10:22,22,23;
18:19;291:16
**2.5 (1)**
256:2
**2/27/17 (2)**
229:23;230:3
**20 (9)**
76:2,2;79:13;
129:18;130:6;221:24;
222:14,18,19
**2012 (10)**
162:14,21,24;
163:4,22;165:15,22;
219:15;220:8;228:11
**2013 (2)**
84:6,8
**2014 (2)**
91:15,17
**2015 (1)**
84:15
**2016 (16)**
18:19;84:16,17;
100:5;101:18;102:7;
103:20;187:23;
188:12;199:16;
247:19,25;250:3;
257:21;259:22;
260:11
**2017 (61)**
58:13,19;59:22,25;
60:14;61:24,25;
72:13;84:4,7,22;
107:6,9;120:17,20,24;
121:3;125:11;126:15;
128:17;129:13,18;
130:6;155:21;157:16,
20;158:5;165:16,23;
171:7;177:18;188:10;
209:5,21;210:6;
215:21,25;228:9;
229:21;230:2;252:25;
253:20;254:3,25;
255:2,11,12,12,19;
257:15;258:10,10;
259:10;267:15;
269:18,19;280:10;
286:19,25;287:22;
292:15
**2018 (3)**
308:14;310:9,20
**203 (1)**
3:8
**20-some (1)**
39:21
**21 (6)**
257:15;258:9;
259:10;269:18;
286:19;310:9
**21-second (1)**
268:11
**21st (2)**

131:3;224:3
**22nd (1)**
224:3
**23 (1)**
256:21
**24 (10)**
247:19,25;250:3;
291:17;292:22,25;
293:2,10;295:11;
296:3
**25 (6)**
293:13,22;296:12,
13;297:16,17
**26 (3)**
102:6;297:18;
298:17
**27 (1)**
298:19
**28 (3)**
267:15;298:25;
299:23
**29 (2)**
280:10;300:2

**3**

**3 (5)**
10:3;135:18;136:3;
304:22;308:14
**30 (4)**
87:11;256:3;301:3;
303:3
**300 (1)**
145:12
**3069 (5)**
90:4,5;137:25;
160:16;198:5
**30b6 (3)**
7:15;291:24;308:7
**31 (2)**
303:10,14
**32 (2)**
291:17;303:15
**33 (1)**
304:11
**34 (2)**
225:4;256:21
**34-gram (1)**
150:6
**388-9100 (1)**
3:8

**4**

**4 (2)**
135:18;137:24
**40 (3)**
72:20;75:21;87:11
**45 (1)**
86:6
**48 (1)**
291:24

HICKEY FREEMAN TAILORED CLOTHING, INC. VS.
CHARGEURS, S.A., et al

ROBERT JEFFERY DIDUCH
June 21, 2018

| 5 | 9 |
|---|---|

**5 (1)**
  229:14
**50 (3)**
  72:20;75:21;87:11

**9 (2)**
  267:8,12
**90 (2)**
  65:20;70:6
**95 (1)**
  65:20

| 6 |
|---|

**6 (3)**
  247:11,15;269:19
**6:27 (1)**
  309:19
**630 (120)**
  90:8,11,14,21,24;
  91:5,8,10,13,15;92:4,
  13;96:24;99:16;
  110:24;112:19;114:5,
  13;115:11,17,20;
  116:7,18,19,24;117:3;
  118:6;120:7;121:4,
  21;122:17;124:22;
  130:9,18;136:4;
  138:22;139:10,10;
  140:9,23;141:15,24;
  142:22;143:5,15;
  144:15;145:14;149:8,
  9,10,12,18;150:13,17;
  157:7,13,17,18;158:4,
  8,12,16;160:17;
  161:19,22;162:14,17,
  22,23;164:24,25;
  165:5,8;166:4,7;
  187:24;188:11;
  195:16,25;196:16;
  197:2;198:5;207:24;
  208:3,4,8,10;214:18,
  20;223:17;224:22,22,
  25;225:2,21;226:6;
  227:2,12;228:17,19,
  19;232:10,14;247:4;
  248:9,20,23;255:14;
  258:14,23;268:4;
  296:6;300:15,16;
  304:17;305:9;306:24;
  308:2;309:8,10

| 7 |
|---|

**7 (3)**
  76:3;257:8,12
**78 (5)**
  45:19;47:21,24;
  48:8;51:20

| 8 |
|---|

**8 (2)**
  256:3;259:3
**80 (1)**
  141:12